UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>                Movants,<br><br>v.<br><br>MILO YIANNOPOULOS,<br>                Respondent. | Misc. Case. No. 20-241<br><br>Related to Civil Action No. 3:17-cv-00072-NKM, pending in the United States District Court for the Western District of Virginia, Charlottesville Division |

### NOTICE OF MOVANTS' MOTION TO COMPEL
### MILO YIANNOPOULOS TO COMPLY WITH SUBPEONA

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Compel Milo Yiannopoulos to Comply with Subpoena and the Declaration of Michael L. Bloch and its accompanying exhibits, Movants Elizabeth Sines, Seth Wispelwey, Marissa Blair, April Muniz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe, and Thomas Baker, by their undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 1007-1312, on a date and time to be determined by the Court, for an order pursuant to Rule 45(d) or 45(g) of the Federal Rules of Civil Procedure compelling Respondent Milo Yiannopoulos to comply with a subpoena issued to him in connection with the pending action of *Elizabeth Sines et al. v. Jason Kessler, et al.*, No. 3:17-cv-00072 (W.D. Va.) (NKM).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1 of the Local Rules for the Southern and Eastern Districts of New York, Yiannopoulos' papers in opposition, if any, are due within fourteen (14) days after service of Movants' moving papers, and Movants' reply papers, if any, are due seven (7) days after service of Yiannopoulos' papers.

| | |
|---|---|
| Dated: June 25, 2020 | Respectfully submitted, |
| | /s/ Michael L. Bloch |
| | Michael L. Bloch |
| | Roberta A. Kaplan |
| | Julie E. Fink |
| | Gabrielle E. Tenzer |
| | Michael L. Bloch |
| | Benjamin D. White |
| | KAPLAN HECKER & FINK LLP |
| | 350 Fifth Avenue, Suite 7110 |
| | New York, NY 10118 |
| | Telephone: (212) 763-0883 |
| | mbloch@kaplanhecker.com |
| | rkaplan@kaplanhecker.com |
| | jfink@kaplanhecker.com |
| | gtenzer@kaplanhecker.com |
| | bwhite@kaplanhecker.com |
| | |
| | *Counsel for Movants and for the Plaintiffs in the Underlying Litigation* |
| | |
| Yotam Barkai | Jessica E. Phillips |
| BOIES SCHILLER FLEXNER LLP | BOIES SCHILLER FLEXNER LLP |
| 55 Hudson Yards | 1401 New York Avenue, NW |
| New York, NY 10001 | Washington, DC 20005 |
| Telephone: (212) 446-2300 | Telephone: (202) 237-2727 |
| Fax: (212) 446-2350 | Fax: (202) 237-6131 |
| ybarkai@bsfllp.com | jphillips@bsfllp.com |

Karen L. Dunn
William A. Isaacson
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com

J. Benjamin Rottenborn
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600

Alan Levine
Philip Bowman
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

Robert T. Cahill
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

David E. Mills
Joshua M. Siegel
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

*Additional Counsel for the Plaintiffs in the Underlying Litigation*