# EXHIBIT 5

*File enclosed on compact disc provided to the Court*