# EXHIBIT 10

*File enclosed on compact disc provided to the Court*