# EXHIBIT 11

| | |
|---|---|
| **From:** | MILO |
| **To:** | Michael Bloch |
| **Subject:** | Re: Sines v. Kessler - Subpoena |
| **Date:** | Friday, December 6, 2019 11:47:25 AM |

I've just looked at the basis for the lawsuit and I think I can help you more than you might realize. We can discuss when I see you.

On Fri, Dec 6, 2019 at 11:33 AM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Mr. Yiannopoulos,
>
> I represent the Plaintiffs in the matter of Elizabeth Sines, et al. v. Jason Kessler, et al., Civil Action No. 3:17-cv-00072-NKM.  On November 5, 2019, you were served the attached subpoena to produce documents concerning this litigation by December 5, 2019 at 5:00 p.m.  This email is to inform you that your time to comply has elapsed. We have not heard from you or received any materials in response to our subpoena.  If it is your intention to resist compliance, we intend to seek to enforce the subpoena.  If, however, you would like to discuss prompt compliance, I am available to discuss the matter at the numbers below.  Please let me know by the close of business on Monday, December 9, whether you intend to produce materials in response to the subpoena and how you would like to proceed. Thanks.
>
> **Michael Bloch** | **Kaplan Hecker** & **Fink LLP**
> Counsel
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.367.4573 | (M) 646.398.0345
> mbloch@kaplanhecker.com
>
> *This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*