# EXHIBIT 12

| | |
|---|---|
| **From:** | MILO |
| **To:** | Michael Bloch |
| **Subject:** | Re: Sines v. Kessler - Subpoena |
| **Date:** | Thursday, December 12, 2019 10:01:16 PM |

Yeah ok. Just make it as late as you can and I'll be there.

On Thu, Dec 12, 2019 at 21:52 Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Any chance you could do the morning on Wednesday? We're trying to coordinate schedules and having some difficulty. We're not able to make Wednesday afternoon work unfortunately.
>
> **Michael Bloch | Kaplan Hecker & Fink LLP**
> Counsel
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.367.4573 | (M) 646.398.0345
> mbloch@kaplanhecker.com
>
> **From:** MILO <m@milo.net>
> **Sent:** Wednesday, December 11, 2019 12:22 PM
> **To:** Michael Bloch <mbloch@kaplanhecker.com>
> **Subject:** Re: Sines v. Kessler - Subpoena
>
> Understood. I can do the afternoon that Weds
>
> On Wed, Dec 11, 2019 at 10:38 Michael Bloch <mbloch@kaplanhecker.com> wrote:
>
>> Milo, we'll extend the date for compliance to the subpoena to December 31, and are willing to reschedule our meeting regarding the scope of your production to next Wednesday, December 18. We are running up against deadlines in the litigation so cannot afford to delay this issue much further, but we are willing to accommodate another week if you can confirm that you can meet with us next Wednesday. Let me know if 10:00 a.m. on Wednesday, December 18 in our office works for you. Thanks.
>>
>> **Michael Bloch | Kaplan Hecker & Fink LLP**
>> Counsel
>> 350 Fifth Avenue | Suite 7110
>> New York, New York 10118
>> (W) 929.367.4573 | (M) 646.398.0345

> mbloch@kaplanhecker.com

**From:** MILO <m@milo.net>
**Sent:** Wednesday, December 11, 2019 4:23 AM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v. Kessler - Subpoena

Apologies, Michael. I had some family issues over this weekend. Any chance we could do next week?

On Tue, Dec 10, 2019 at 20:00 Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Mr. Yiannopolous, it was my understanding that you intend to comply with our subpoena, which is why we discussed a meeting to further discuss the scope of your production. I have not heard from you since Friday confirming our meeting. If it remains your intention to comply voluntarily, please let me know as soon as possible whether we can expect you tomorrow at 4pm in our office at the address below. Thanks.
>
> **Michael Bloch** | Kaplan Hecker & Fink LLP
> Counsel
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.367.4573 | (M) 646.398.0345
> mbloch@kaplanhecker.com

> **From:** Michael Bloch
> **Sent:** Monday, December 9, 2019 6:05 PM
> **To:** MILO <m@milo.net>
> **Subject:** RE: Sines v. Kessler - Subpoena
>
> Mr. Yiannopolous, please let me know whether 4pm on Wednesday, December 11 in our office works for you. Thanks.
>
> **Michael Bloch** | Kaplan Hecker & Fink LLP
> Counsel
> 350 Fifth Avenue | Suite 7110

New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** Michael Bloch
**Sent:** Sunday, December 8, 2019 2:13 PM
**To:** MILO <m@milo.net>
**Subject:** RE: Sines v. Kessler - Subpoena

Thanks. Just wanted to confirm that 4pm on Wednesday, December 11 in our office works for you.

**Michael Bloch | Kaplan Hecker & Fink LLP**
Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** MILO <m@milo.net>
**Sent:** Friday, December 6, 2019 11:47 AM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v. Kessler - Subpoena

I've just looked at the basis for the lawsuit and I think I can help you more than you might realize. We can discuss when I see you.



On Fri, Dec 6, 2019 at 11:33 AM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Mr. Yiannopoulos,
>
> I represent the Plaintiffs in the matter of Elizabeth Sines, et al. v. Jason Kessler, et al., Civil Action No. 3:17-cv-00072-NKM.  On November 5, 2019, you were served the

attached subpoena to produce documents concerning this litigation by December 5, 2019 at 5:00 p.m.  This email is to inform you that your time to comply has elapsed. We have not heard from you or received any materials in response to our subpoena. If it is your intention to resist compliance, we intend to seek to enforce the subpoena. If, however, you would like to discuss prompt compliance, I am available to discuss the matter at the numbers below.  Please let me know by the close of business on Monday, December 9, whether you intend to produce materials in response to the subpoena and how you would like to proceed. Thanks.

**Michael Bloch | Kaplan Hecker & Fink LLP**
Counsel

350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*