UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH SINES, *et al.*,

               Movants,

      -v.-

MILO YIANNOPOLOUS,

               Respondent.

20 Misc. 241 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Respondent's letter complying with the Court's September 1, 2020 Order. (Dkt. #15). Due to the sensitive nature of the information contained therein, the Clerk of Court is directed to file Respondent's letter and accompanying exhibits under seal, viewable only to the Court and parties. Movants are invited to submit a reply to Respondent's letter on or before September 9, 2020.

    SO ORDERED.

Dated:  September 1, 2020
          New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge

*A copy of this Order was emailed by Chambers to:*

Milo Yiannopolous at: m@milo.net