

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

Direct Dial: **(212) 763-0883**
Direct Email: bwhite@kaplanhecker.com

**MEMO ENDORSED**

September 9, 2020

**By ECF & E-mail**

The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

  Re: *Sines et al. v. Yiannopoulos*, No. 20-mc-00241 (KPF)

Dear Judge Failla:

  We write pursuant to Section 9 of Your Honor's Individual Rules of Practice in Civil Cases seeking Court approval to file under seal Movants' response to a letter that Respondent Milo Yiannopoulos e-mailed to the Court on September 1, 2020. Your Honor ordered the Clerk of Court to file Mr. Yiannopoulos' letter under seal "[d]ue to the sensitive nature of the information contained therein," Dkt. 16, and the Clerk of Court proceeded accordingly, *see* Dkt. 17. Because Movants' planned response to Mr. Yiannopoulos' letter, which is to be filed today pursuant to the Court's order, quotes selected portions of Mr. Yiannopoulos' sealed letter, Movants request permission to file their letter under seal.

                Respectfully submitted,

                */s/ Benjamin D. White*
                Benjamin D. White

  Cc: Respondent Milo Yiannopoulos (by e-mail)

```
Application GRANTED.  Movants shall file their response under seal, viewable to
the Court and parties only.

Dated:    September 9, 2020              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA