**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br>            Movants, <br><br><br> v. <br><br> MILO YIANNOPOULOS, <br>            Respondent. | Misc. Case. No. 20-241 <br><br> **DECLARATION OF MICHAEL L. BLOCH** |

I, MICHAEL L. BLOCH, an attorney duly admitted to practice law before this Court, declares the following to be true under penalty of perjury pursuant to 28 U.S.C § 1746:

1.      I am counsel at the law firm of Kaplan Hecker & Fink LLP, attorneys for Movants Elizabeth Sines, Seth Wispelwey, Marissa Blair, April Muñiz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe, and Thomas Baker.  I make this declaration in support of Movants' Motion to Compel Milo Yiannopoulos to Comply with Subpoena, which relates to the pending action of *Elizabeth Sines et al. v. Jason Kessler, et al.*, No. 3:15-cv-00072 (W.D. Va.) (NKM) (the "Underlying Litigation").

2.      In the Underlying Litigation, plaintiffs have deposed more than thirty individuals (defendants and non-parties), issued nearly one hundred subpoenas, and filed more than twenty discovery-related motions.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' [Corrected] First Set of Requests for Production of Documents to All Defendants, served on January 25, 2018 in the Underlying Litigation.

4.      To my knowledge, there are no recordings that have been produced to or otherwise made available to the plaintiffs in the Underlying Litigation that match the description of recordings of in-person meetings described to me by Respondent Milo Yiannopoulos, nor has any witness deposed in the Underlying Litigation testified as to the existence of recordings that match the description of the recordings described to me by Mr. Yiannopoulos.

5.      Attached hereto as Exhibit 2 is a true and correct copy of an October 25, 2018 subpoena issued to Evan McLaren in the Underlying Litigation.

6.      Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Second Set of Interrogatories to All Individual Defendants, served on October 29, 2019 in the Underlying Litigation.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Richard Spencer taken on July 1, 2020 in the Underlying Litigation.

8.      Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Matthew Heimbach taken on August 9, 2019 in the Underlying Litigation.

9.      Attached here to as Exhibit 6 is a true and copy of the transcript of the deposition of Elliot Kline taken on August 7, 2019 in the Underlying Litigation.

10.      Attached here to as Exhibit 7 is a true and copy of the transcript of the deposition of Elliot Kline taken on August 12, 2020 in the Underlying Litigation.