# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, SETH          )
WISPELWEY, MARISSA             )
BLAIR, TYLER MAGILL,           )
APRIL MUNIZ, HANNAH            )
PEARCE, MARCUS MARTIN,         )
NATALIE ROMERO, CHELSEA        )
ALVARADO, AND JOHN DOE,        )
                               )
          Plaintiffs,          )
                               ) CIVIL ACTION FILE
     vs.                       )
                               ) NO: 3:17-CV-00072-NKM
JASON KESSLER, RICHARD         )
SPENCER, CHRISTOPHER           )
CANTWELL, JAMES ALEX           )
FIELDS, JR., VANGUARD          )
AMERICA, ANDREW ANGLIN,        )
MOONBASE HOLDINGS, LLC,        )
ROBERT "AZZMADOR" RAY,         )
NATHAN DAMIGO, ELLIOT          )
KLINE A/K/A ELI MOSLEY,        ) DEPOSITION OF MICHAEL HEIMBACH
IDENTITY EVROPA, MATTHEW       )
HEIMBACH, MATTHEW PARROTT      ) FRIDAY, AUGUST 9, 2019
A/K/A DAVID MATTHEW            )
PARROTT, TRADITIONALIST        )
WORKER PARTY, MICHAEL          )
HILL, MICHEL TUBBS,            )
LEAGUE OF THE SOUTH, JEFF      )
SCHOEP, NATIONAL SOCIALIST     )
MOVEMENT, NATIONAL FRONT,      ) Job No: 165619
AUGUSTUS SOL INVICTUS,         )
FRATERNAL ORDER OF THE         )
ALT-KNIGHTS, MICHAEL           )
"ENOCH" PEINOVICH, LOYAL       )
WHITE KNIGHTS OF THE           )
KU KLUX KLAN, AND EAST         )
COAST KNIGHTS OF THE           )
KU KLUX KLAN A/K/A             )
EAST COAST KNIGHTS OF THE      )
TRUE INVISIBLE EMPIRE,         )
                               )
          Defendants.          )

Page 2

VIDEOTAPED DEPOSITION OF MICHAEL HEIMBACH

KNOXVILLE, TENNESSEE

FRIDAY, AUGUST 9, 2019

REPORTED BY: TANYA L. VERHOVEN-PAGE,
CCR-B-1790

FILE NO. 165619

Page 3

August 9, 2019
8:35 a.m.

Videotaped deposition of
MICHAEL HEIMBACH, held at the offices
of Howard H. Baker, Jr. United States
Courthouse, 800 Market Street, Knoxville,
Tennessee before Tanya L. Verhoven-Page,
Certified Court Reporter and Notary Public of
the State of Tennessee.

Page 4

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

KAPLAN HECKER & FINK
350 Fifth Avenue
New York, New York 10118
BY: MICHAEL BLOCH, ESQ.
BY: ALEXANDRA CONLON, ESQ.

ALSO PRESENT: John Hylton
Courtnay Roberts

On behalf of the Defendants Matthew Parrott, Robert
Ray, Traditionalist Worker Party, Jason Kessler,
Nathan Damigo, Identity Europa, Inc., and Christopher
Cantwell:

LAW OFFICE OF JAMES E. KOLENICH
9435 Waterstone Boulevard
Cincinnati, Ohio 45249
BY: JAMES KOLENICH, ESQ.
    (By Telephone)

Page 5

APPEARANCES OF COUNSEL

On Behalf of Defendant Richard Spencer:
LAW OFFICE OF JOHN A. DINUCCI
8180 Greensboro Drive
McLean, Virginia 22102

BY: JOHN DINUCCI, ESQ.

On behalf of Defendant James A. Fields, Jr.:
DUANE, HAUCK, DAVIS & GRAVATT
100 West Franklin Street
Richmond, Virginia 23220
BY: DAVID CAMPBELL, ESQ.

    (By Telephone)

THE VIDEOGRAPHER: Robin Greenwood

        -  -  -

Page 6

I N D E X

WITNESS: MATTHEW HEIMBACH

Examination                    Page
BY MR. BLOCH                    12

        EXHIBITS:

Heimbach
Deposition
Exhibit         Description          Page

Exhibit 1    Jump drive (Podcasts)    34

Exhibit 2    Complaint                37

Exhibit 3    Motion to Admit James
             E. Kolenich Pro Hac
             Vice                     39

Exhibit 4    E-mail from Mr. Kolenich
             to Karen Dotson          47
Exhibit 5    Plaintiffs' (corrected)
             First Set of Requests
             for Production of
             Documents to All
             Defendants               48
Exhibit 6    Plaintiffs' First Set
             of Interrogatories to
             All Defendants           55
Exhibit 7    Defendant Matthew
             Heimbach's Responses
             to Defendant's First
             Interrogatories and
             request for production
             of documents             56

Page 7

        EXHIBITS:

Heimbach
Deposition
Exhibit         Description          Page

Exhibit 8     Postings on Discord     79
Exhibit 9     Postings on Discord     81
Exhibit 10    Postings on Discord     83
Exhibit 11    Posting on Discord      86
Exhibit 12    Posting on Discord
              on January 19th,
              2018                     91
Exhibit 13    Postings on Discord    103
Exhibit 14    Posting on VK on
              February 16, 2019      115

Exhibit 15    E-mail from Matthew
              Heimbach to Michael
              Bloch dated June 10,
              2019                    126
Exhibit 16    Posting on Gab         134
Exhibit 17    Posting on Gab         135
Exhibit 18    Posting on Daily
              Stormer                150

Exhibit 19    Picture of a video
              posted on Traditionalist
              Worker Party YouTube   156

Exhibit 20    Screen shot of
              therightstuff.biz      163
Exhibit 21    Postings on Discord    169
Exhibit 22    Posting on Gab         172

Page 8

        EXHIBITS:

Heimbach
Deposition
Exhibit         Description          Page

Exhibit 23    Postings on Discord    177
Exhibit 24    Screen shot of Twitter
              account @HeimbachMatthew  180

Exhibit 25    Posting on Twitter
              March 8th, 2019        182
Exhibit 26    Postings on Discord    188
Exhibit 27    Postings on Discord    199
Exhibit 28    Screenshot of Trad
              Worker website         203

Exhibit 29    Postings on Discord    208

Exhibit 30    Posting on Discord     211

Exhibit 31    Postings on Discord    215

Exhibit 32    Memo to call people
              to come to the Unite
              the Right event on
              August 12th            220
Exhibit 33    Printout of the
              TradWorker ticket
              e-mail system          225
Exhibit 34    Postings on Discord    228
Exhibit 35    Postings on Discord    233
Exhibit 36    E-mail from Matthew
              Heimbach               236

Exhibit 37    TradWorker affiliated
              Twitter account posting  263

Page 9

        EXHIBITS:

Heimbach
Deposition
Exhibit         Description          Page

Exhibit 38    TradWorker VK page     265
Exhibit 39    Tradyouth.org website  272
Exhibit 40    List of leaders of
              Nationalist Front      277

Exhibit 41    Ticket from NFunity.org  282

Exhibit 42    Postings on Discord    286

Exhibit 43    Post from Mr. Parrott's
              Facebook page          291
Exhibit 44    Exhibit A Stipulation
              and Order for the
              Imaging, Preservation
              and Production of
              Documents              305
Exhibit 45    Jury Trial Demand      373
Exhibit 46    Declaration of Matthew
              Heimbach               374

Exhibit 47    Motion to compel
              Defendants to permit
              inspection and imaging
              of electronic devices  377
Exhibit 48    E-mail from Karen Dotson
              dated January 28, 2019  383

Exhibit 49A   Kolenich e-mail to
              Mr. Heimbach from
              11/20/2018 that contains
              the Discord consent    380
Exhibit 49B   Docket                 385

3

Page 10

EXHIBITS:

Heimbach
Deposition
Exhibit          Description          Page

Exhibit 50      Transcript of Motion
                Hearing On June 3, 2019   392

Exhibit 51      Respondent's Motion
                to Dismiss          393

Exhibit 52      TWP VK account article
                posted by Matthew
                Heimbach on November 6th,
                2017          407

Exhibit 53      TWP VK account contact
                listing Matthew Parrott
                and Matthew Heimbach     408

Exhibit 54      TradWorker website
                listing different
                levels of membership    410

Exhibit 55      Discord post          413

Page 11

M. HEIMBACH

KNOXVILLE, TENNESSEE; FRIDAY, AUGUST 9, 2019
8:35 A.M.

P R O C E E D I N G S

THE VIDEOGRAPHER:  This is the start of Tape Number One of the videotaped deposition of Matthew Heimbach in the matter of Elizabeth Sines, et al., versus Jason Kessler, et al., in the United States District Court for the Western District of Virginia, Charlottesville Division; No. 3:17-CV-00072-NKM.

This deposition is being held at Howard Baker Jr. U.S. -- United States Courthouse, 800 Market Street, Knoxville, Tennessee 37902 on August 9th, 2019.  The time is 8:35 a.m.

My name is Robin Greenwood.  I'm the legal video specialist from TSG Reporting, Inc., headquartered at 747 3rd Avenue, New York.  The court reporter is Tanya Page, in association with TSG

Page 12

M. HEIMBACH

Reporting.

Will counsel please introduce yourselves.

MR. BLOCH:  Yes.  For the Plaintiffs, this is Michael Bloch from Kaplan, Hecker & Fink.

MR. KOLENICH:  For Defendant Jason Kessler and several others, this is Jim Kolenich, Kolenich Law Office, Cincinnati, Ohio.

MR. CAMPBELL:  For Defendant James Fields, this is Dave Campbell, Duane, Hauck.

THE VIDEOGRAPHER:  Would the court reporter please swear the witness.

Thereupon --

MATTHEW HEIMBACH, called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION
BY MR. BLOCH:

Q    Good morning, Mr. Heimbach.

Page 13

M. HEIMBACH

A    Good morning, Mr. Bloch.  How are you?

Q    I'm good.  Thanks.  How are you?

A    Another day in paradise.

Q    Mr. Heimbach, as you know, my name is Michael Bloch.  I represent the plaintiffs in Sines versus Kessler.  Before we start, I just want to go over a few ground rules.

First is, as you know, Tanya, is a court reporter.  She's transcribing everything that's being said.  So that we have a clean record, if you could just wait until I finish my questions before you answer so that she can get everything down.

A    Okay.

Q    If you don't understand a question, just let me know.  I'm happy to rephrase it.  There may be objections from counsel here today on the phone.  Those objections are for the record.  You're still obligated to answer the question regardless of the objection.

Do you understand?

A    Yup.

Q    If you need a break at any time, let me know.  If there's a question pending, I would just ask that you answer the question before we take the

Page 14

M. HEIMBACH

break.

You understand that you've sworn to tell the truth today?

A    Yup.

Q    Are you under the influence of any medication or drugs that would impair your ability to testify truthfully and accurately?

A    No.

Q    And is there any other reason you may not be able to testify truthfully and accurately?

A    No.

Q    Could you state your name, your full name for the record?

A    Matthew Warren Heimbach.

Q    Have you ever gone by any other names?

A    No.

Q    Have you ever gone by the name Matthew John Heimbach?

A    Well, John is my baptismal Christian name.

Q    Okay.  So what name is on your birth certificate?

A    Matthew Warren Heimbach.

Q    How old are you?

Page 15

M. HEIMBACH

A    Twenty-eight.

Q    And what is your educational background?

A    I have a Bachelor's degree in history and I minored in education.

Q    From where?

A    Towson University.

Q    Are you currently employed?

A    Yes.

Q    What do you do?

A    I'm self-employed.

Q    Doing what?

A    I'm a delivery driver.  I'm a courier.

Q    And in addition to your educational background, do you have any vocational training?

A    No.

Q    Prior to being self-employed, have you done any other work?

A    Yeah.  I sold closet organization systems door to door.  I sold health insurance.  I worked at Barnes and Noble.  I bagged groceries for my local market when I was 14.

That's about all I can think of off the top of my head.

Q    Great.  Let me just pause for a second.

Page 16

M. HEIMBACH

MR. BLOCH:  Did someone just join us on the phone?

MR. DINUCCI:  Yes.  This is John DiNucci for Richard Spencer.

MR. BLOCH:  Okay.

BY MR. BLOCH:

Q    Okay.  Are you currently married, Mr. Heimbach?

A    Yes.

Q    And were you -- are you currently married to Brooke Heimbach?

A    No.

Q    Were you previously married to Brooke Heimbach?

A    Yes.

Q    And what's the status of your -- the formal status of your relationship with Brooke Heimbach?

A    Divorced, but a positive co-parenting relationship.

Q    And when were you legally divorced?

A    I don't know.  Like, five months ago or so.  I don't know the exact date.  I'd have to go --

Q    Can you approximate a month?

Page 17

M. HEIMBACH

A    I don't know.  February or March, I think.

Q    Of?

A    Of 2019.

Q    Have you published any articles?

A    Like, ever?

Q    Yeah.

A    Yes.

Q    How many, approximately?

A    Over a hundred, probably.

Q    And what publications have you published articles in?

A    I've published for the Traditionalist Worker Party website; for our newspaper, Action.  I've posted articles on -- let's see -- I did a podcast back in 2013 with articles on Counter Currents.

When I was in college, I wrote for the Youth for Western Civilization blog.  I've had articles published in the Council of Conservative Citizens newspaper and the League of the South newspaper, the Free Magnolia.  Off the top of my head.

Q    Do you get paid for your writing?

5

Page 18

M. HEIMBACH

A    No.  I wish.

Q    And do you get paid in connection with any of your advocacy work for white nationalism?

A    I also wish, but no.

Q    Do you have any other sources of income other than your current occupation?

A    No.

Q    Have you ever had any legal training?

A    No.

Q    And without telling me the substance of the advice that you've been given, is somebody currently giving you legal advice on any aspect of this case?

A    In terms of, like, actual legal advice?

Q    Yes.

A    No.  I mean, I've sent out for a variety of different people to look over my filings, including my wife, but in terms of legal advice from attorneys, no.

I spoke with Mr. Kolenich -- not as a client, but just in terms of discussing defense strategy -- probably about three weeks ago.  So I guess that would probably be the extent of it.

Q    So regarding -- when you said you sent

Page 19

M. HEIMBACH

out your filings for review -- I think you said?

A    Uh-huh.

Q    -- who have you sent those filings to?

A    Matt Parrott, who is a co-defendant, but he's not a lawyer, so --

Q    I believe you said you sent it out to a bunch of different people?

A    Yeah, my wife, I shared it with her.  I sent it to Matt Parrott.  I discussed the content of it with Mr. Kolenich several weeks ago.

Q    And when you say your wife, do you mean your current wife?

A    Yes.

Q    And what's her name?

A    Jessica.

Q    Jessica what?

A    Heimbach.

Q    Is Jessica Heimbach formerly Jessica Parrott?

A    Indeed.

Q    And when did you and Jessica Parrott get married?

A    That would have been early July of this year.

Page 20

M. HEIMBACH

Q    Did you send documents to Mr. Kolenich -- withdrawn.

The documents that you have submitted in this case in the last six weeks or so --

A    No.  I haven't sent him --

Q    Got it.

A    Oh.  Sorry.

Q    Let me just finish the question.

The documents that you have filed in this case since June of 2019, did you send those to Mr. Kolenich for review?

A    No.

Q    Did you talk to Mr. Kolenich about those filings?

A    Not about the filings in terms of the specifics, but in terms of the overall defense strategy, of which I was notifying him that I was going to be filing several motions.

Q    Who notified you of that?

A    What do you mean?  I said I notified him.

Q    I see.

A    Yeah.

Q    And what did you and Mr. Kolenich discuss about defense strategy in the last six weeks?

Page 21

M. HEIMBACH

A    Essentially, that everyone was going to comply with discovery, depositions and work towards moving the process along as quickly as possible.

Q    And in what format did you discuss that with him?  On the phone?

A    On the phone.

Q    And how long did you guys talk for?

A    Maybe 20 minutes, 25 minutes.

You guys would know better, you have my phone records.

Q    How many times have you spoken to Mr. Kolenich in the last -- since June of 2019?

A    Off the top of my head, once, maybe twice, but I can only think of one time.

Q    Have you e-mailed with Mr. Kolenich since June of 2019?

A    No.

Q    Has he e-mailed you?

A    I don't believe so.  Oh, yes.  To get copies of interrogatories, because, since I was representing myself, I needed to get all of the paperwork that he had filed on my behalf when he was my counsel.  So he had e-mailed me copies of all those filings.

6

M. HEIMBACH

Q    Did you e-mail him first to request copies of those filings?

A    No, we spoke on the phone and I requested them.

Q    I see.

MR. BLOCH:  Mr. Kolenich, I'm going to just ask that you produce that document.

BY MR. BLOCH:

Q    Other than Mr. Kolenich, have you spoken with any attorneys regarding your -- this case since -- withdrawn.

Other than Mr. Kolenich and Mr. Woodard, have you spoken with any other attorneys about this case?

A    Not in terms of asking for legal counsel. Friends, asking as friends, but not asking for legal advice.

Q    But for advice about this case?

A    Not in terms of specifics or legal advice.

Q    But you spoke about this case, right?

A    Yes.

Q    And you're saying you would not

M. HEIMBACH

personally count that as legal advice, but you spoke with other attorneys about this case, right?

A    Yes.

Q    And who are they?

A    Augustus Invictus.

Q    Who else?

A    That would be it.

Q    And did you e-mail with Mr. Augustus Invictus?

A    Yes.  Which you guys also have a copy of.

Q    We do?

A    Well, you have my gmail account, so you would.

Q    You're saying there is a copy of it in your gmail account?

A    Yes.

Q    And if we were to search that, you believe that we would find it; is that what you're saying?

A    Yeah, the full exchange.

Q    You agree with me we don't actually have it right now?

A    Well --

Q    Question is, you agree with me we

M. HEIMBACH

don't have it right now, which is what you said, right?

A    Well, I'm not sure.  That's based on a third-party vendor.

Q    Have you given us a copy of that e-mail? Have you provided that?

A    No, but I can.

Q    But my question is:  Have you provided that e-mail?

A    No.

The e-mail itself or my e-mail address?

Q    That e-mail.

A    No.

Q    Other than this case, have you been a defendant in any other lawsuits?

A    Not to my knowledge.

Q    You've never been a defendant in any other lawsuit?

A    Oh, in regards to a Donald Trump rally.

Q    And what's the name of that case?

A    I couldn't tell you.  Not out of abstinence, but I couldn't tell.

Q    Is that the Nwanguma lawsuit?

A    Yes.

M. HEIMBACH

Q    Regarding your conduct at a Trump rally, right?

A    Yes.

Q    Were you represented -- sorry. Withdrawn.

Other than the Nwanguma case and this case, have you been a defendant in any other lawsuit?

A    No.

Q    Were you represented in the Nwanguma case?

A    No.

Q    Is that case still going on?

A    I haven't gotten any updates about it in over a year at this point.

Q    Did you provide any discovery in that case?

A    I don't believe I -- any was ever requested.

What I believe is after President Trump -- is judge had ruled against him being included, there was total radio silence coming forward.

Q    Okay.  But my question was:  Have you provided any discovery in that case?

Page 26

M. HEIMBACH

A    No.

Q    Have you ever been deposed before?

A    Nope.  First time.

Q    Do you have any formal training in information technology?

A    No.

Q    Did you do anything to prepare for today's deposition?

A    Just got a good night's sleep.

Q    Did you speak with anybody in preparation for this deposition?

A    I spoke with Matt Parrott about it.

Q    When?

A    Yesterday.

Q    How?

A    On the phone.

Q    How long did you speak?

A    About this matter specifically or just in general?

Q    Let's start with in general.

A    I don't know, 45 minutes.

Q    How long did you speak about this matter?

A    Five or ten minutes.

Q    And what was the substance of that

Page 27

M. HEIMBACH

conversation?

A    Essentially, just we both discussed what had happened prior, and we agreed that being calm, cool and collected was the way to go about it.

Q    When you said you discussed what had happened prior, what do you mean by that?

A    Oh, just in regards to, you know, the planning of the event, the questions that you were probably going to ask.

Q    Have you spoken with any lawyers to prepare for this deposition?

A    No.

Q    Have you ever spoken with Kyle Bristow?

A    As a friend, yes.

Q    Have you spoken with Kyle Bristow since August of 2017?

A    Yes.

Q    Has Mr. Bristow provided you any advice regarding this case?

A    No.  He specifically told me that he cannot provide any legal advice, so we only talked about things like our kids, social matters, goings-on within the white nationalist movement.  But he specifically has said that he cannot advise me in any

Page 28

M. HEIMBACH

legal questions.

Q    Have you e-mailed with Mr. Bristow about this case?

A    I can't recall, but I don't think so.  I could look.

Q    Have you texted with Mr. Bristow about this case?

A    We've primarily spoken over the phone.  We've spoken by text message, but in terms of the details of the case, anytime I've ever tried to contact him and, you know, I had a legal question, he specifically told me he couldn't answer.

Q    Okay.  So my question is:  Have you texted with Mr. Bristow about this case?

A    I can't recall.

Q    Would looking at your text messages refresh your recollection about that?

A    Sure.

Q    Okay.  We'll come back to that.

Have you spoken with Mr. DiNucci at all about this case?

A    I don't believe so.

Q    Have you spoken with Mr. Campbell at all about this case?

Page 29

M. HEIMBACH

A    No, I don't believe so.

Q    Have you spoken to Eli Mosley in the past two months?

A    I reached -- I messaged him on what I thought was his old number just to see how he was doing, but I got no response.  So I don't even know if that's his same number.

So no, we haven't spoken at all.

Q    And by Eli Mosley, you understand who I mean?

A    Elliott Kline.

Q    Right.

And what phone number did you message Mr. Kline on?

A    Am I allowed to look at my phone?

Q    Sure.

A    That would be (610)406-2229.

Q    And you didn't receive a response?

A    No.

Q    What did you text him?

A    I asked him how he was doing.

Q    Can you read it?

A    No, because I don't have it.

Q    Didn't you just look at it?

8

Page 30

M. HEIMBACH

A    No, I just looked up his account.

Q    Didn't you just look at your phone to see the text messages you sent Mr. Mosley?

A    No. I just looked up his account in the telegram.

Q    On what format did you text him?

A    I can't recall.

Q    Didn't you just look at it?

A    No.

Q    You just looked at your phone, right?

A    Yes. To look up his contact information.

Q    And what did you look at to look at his contact information?

A    His contact profile.

Q    Didn't you earlier say that you sent him a text message?

A    Yes.

Q    And you sent him a text message, right?

A    Yeah, I believe so.

Q    Do you have the text message on your phone that you sent him?

A    No.

Q    Did you delete it?

A    If it was in Signal, messages auto

Page 31

M. HEIMBACH

delete.

Q    What format did you text him on?

A    You guys can probably tell me better.

Q    Mr. Heimbach.

A    Yes.

Q    What platform did you text Mr. Kline on within the last two months?

A    I can't recall.

Q    What did you just look at?

A    I looked at his contact, along with 500 others that are there.

Q    Do you have a text message stream with Mr. Kline on your phone right now?

A    I don't believe so.

Q    Can you check?

A    Sure. (Witness complies.)
     No, I do not.

Q    Have you spoken with Mr. Kline this week?

A    No.

Q    Did you review any documents in preparation for this deposition?

A    Just what you guys sent me.

Q    Did any of those documents refresh your recollection about the events in this case?

Page 32

M. HEIMBACH

A    No.

Q    And when you say just what we sent you, do you mean the documents that I attached in the July 7th e-mail to you of the case filings?

A    Yes.

Q    And you reviewed those in preparation for your deposition today?

A    Yes.

Q    Did you read Discord in preparation for your deposition today?

A    No, because Discord shut down my account, so I have no access to any of the content on Discord. You guys would know better what happened on Discord than I would.

Q    When did you first become aware of the idea of the Unite the Right event?

A    It would have been after the -- the first one, the first Charlottesville event. I don't know exactly when.

Q    Was the first Charlottesville event in May of 2017?

A    Yes.

Q    And how long after the first Charlottesville event in May of 2017 did you become

Page 33

M. HEIMBACH

aware of the idea of the Unite the Right event?

A    I can't recall.

Q    Approximately?

A    I don't know. April, maybe, June. I really don't know.

Q    But it was after May of 2017?

A    Yes.

Q    And how did you become aware of it?

A    I think Jason Kessler made a public post of some kind discussing the event.

Q    When did you become aware that you were a defendant in this case?

A    I guess when it was front page news, whenever it started.

Q    Well, if I represent to you that this lawsuit was filed on October 11th, 2017, in relation to that, when did you become aware you were a defendant?

A    I can't recall exactly.

Q    Was it the day after that this lawsuit was filed?

A    I can't recall.

Q    Are you -- withdrawn.
     You have a podcast called the Daily

Page 34

M. HEIMBACH

Traditionalist, right?

A   Not anymore.

Q   You did have a podcast called the Daily Traditionalist, right?

A   Yes.

Q   And that's a podcast where you discuss white nationalist concepts, right?

A   Sure. Yeah.

Q   And you had an episode on October 12th of 2017, right?

A   I guess.

Q   Isn't it true, Mr. Heimbach, that you spoke about being a defendant in this lawsuit on the Daily Traditionalist podcast on October 12, 2017?

A   I can't recall, but if you have the recording, I assume so.

MR. BLOCH: Okay. Can we mark that.

(Heimbach Deposition Exhibit No. 1 was marked for the record.)

BY MR. BLOCH:

Q   Okay. I'm going to play Exhibit 1 which is a podcast. Just have a listen, sir.

Podcast Recording Played:

Page 35

M. HEIMBACH

(I need to bring you back to --)

BY MR. BLOCH:

Q   I'm going to pause it right there. Is that your voice?

A   Yes.

Q   And is that you on the Daily Traditionalist podcast?

A   Yes.

Podcast Recording Played:

(-- of the reality that we, unfortunately, have, but there has been a very interesting sort of development today. Not one, but two lawsuits, is what I woke up to this morning, pertaining to Charlottesville.

And there's a lot of stuff to talk about on this that I think is very interesting. And if you're listening to this, I'm --)

BY MR. BLOCH:

Q   Mr. Heimbach, does that refresh your recollection that you spoke about this lawsuit, the day after it was filed, on the Daily Traditionalist podcast?

Page 36

M. HEIMBACH

A   I mean, not particularly, but I'm agreeing that that happened, probably.

Q   Well, probably or it happened?

A   Well I assume you're telling me the truth about what date it was aired, so --

Q   You agree that that's your voice on the podcast talking about this lawsuit, right?

A   Yes.

Q   You're just saying that you are not sure, as you sit here right now, whether that was on --

A   October 12th.

Q   -- October 12th?

Did you review the complaint in this case before that podcast?

A   I can't recall.

Q   Did you review the complaint in this case?

A   Yes.

Q   And did you review the complaint at or about the time that you heard about the lawsuit?

A   I guess. I can't recall specifics, but I assume so.

Q   So would it be fair to say that you reviewed the complaint in this case at or around the

Page 37

M. HEIMBACH

time of approximately October 12th, 2017?

A   I don't believe I had gone through all 112 pages within a day.

Q   Okay. Would you say you went through 112 pages at all?

A   As of now, yes.

Q   Okay. And would you say you did that within, say, a month of learning of the lawsuit?

A   No, I can't really recall.

Q   Okay. But you understood at that time that you were the subject matter of a suit that concerned -- withdrawn.

You understood that you were a defendant in a suit that concerned your participation in the Unite the Right rally, right?

A   Yes.

Q   And in November of 2017, you were served with the complaint at your home, right?

A   Yes.

Q   And I'm going to show you --

(Heimbach Deposition Exhibit No. 2 was marked for the record.)

BY MR. BLOCH:

Q   I'm showing you, Mr. Heimbach, what's

M. HEIMBACH

been marked as Exhibit 2.

Q   Do you recognize that?

A   It looks like the complaint.

Q   Okay.  And you read that, right?

A   Over the last two years, yes.

Q   Sometime after you were sued, you hired attorneys, right?

A   Yes.

Q   And who are they?

A   Mr. Kolenich.

Q   Anyone else?

A   Oh, Mr. Woodard.

Q   And when did you hire Mr. Kolenich and Mr. Woodard?

A   I don't recall.  I didn't handle that.

Q   Who handled it?

A   That would have been Matt Parrott.

Q   Why did Matt Parrott handle hiring a lawyer for you?

A   Well, he handled all the back end stuff.

Q   What does all the back end stuff mean?

A   Anything from IT stuff to logistics and infrastructure.

Q   So when did Mr. Parrott hire an attorney

M. HEIMBACH

for you?

A   I can't recall.

Q   By the way, when you say back end stuff, you mean for Traditionalist Worker Party?

A   Yes.

Q   Which you are the chairman of, right?

A   Yes.

Q   Would it be fair to say that you had hired Mr. Kolenich and Mr. Woodard by December 1st, 2017?

A   I mean, I can't recall.  I wasn't really involved in it.

(Heimbach Deposition Exhibit No. 3 was marked for the record.)

BY MR. BLOCH:

Q   Mr. Heimbach, I'm showing you -- oh, withdrawn.

Would you agree with me that, approximately, by the end of 2017, you were represented by Mr. Woodard and Mr. Kolenich?

A   I mean, I'm going to assume so based on your line of questioning, but in terms of do I recall if it was even in 2017, no, I don't.

Q   I don't want you to assume, Mr. Heimbach,

M. HEIMBACH

so I'm going to show you what's marked Exhibit 3.

Q   Have you seen that document before?

A   Just now.

Q   Okay.  And is that a filing that Mr. Kolenich made, representing to the court on December 1st, 2017, that he was representing you?

A   It looks like.

Q   Well, is it?

A   Yes.

Q   And --

A   By the way, misspelled the name of the organization.  Sad.

Q   Sorry about that.

Does that refresh your recollection that you were represented by Mr. Kolenich by December 1st, 2017?

A   Sure.

Q   When you -- did you, I take it, communicate with Mr. Kolenich and Mr. Woodard during the time that they represented you?

A   Yes -- well, not Mr. Woodard.  I've only spoken to Mr. Woodard once, I believe, and that was not in relation to this case.  That was in relation to a criminal matter he was handling for someone

M. HEIMBACH

else.

Q   For whom?

A   Jake Goodwin.

Q   When did you speak to Mr. Woodard about Jake Goodwin?

A   Whenever he had a bail hearing, which I can't recall when.  I'm sure we can look it up.

Q   And was that with respect to Mr. Goodwin's participation in the Unite the Right?

A   Yes.

Q   And the event for which he was arrested?

A   Yes.

Q   And did you e-mail or text with Mr. Woodard about that?

A   I don't believe so.

Q   What did you speak to Mr. Woodard about, specifically, with respect to Mr. Goodwin?

A   Trying to get Mr. Goodwin bail and a place to stay in Charlottesville as he awaited trial, but I didn't get to speak to him until after the hearing was already done, and that's the only time that I can recall that I ever contacted him.

Q   When you said you didn't get to speak to him, you meant Mr. Woodard?

11

Page 42

M. HEIMBACH

A    Yes.

Q    And you were -- did you reach out to Mr. Woodard?

A    I just walked up to him.

Q    But he didn't reach out to you for help for Mr. Goodwin.  You reached out to Mr. Woodard for help for Mr. Goodwin?

A    He didn't know me from Adam when I walked up to him.

Q    So the answer to that question is yes?

A    Yes.

Q    And you were offering to help out with bail and a place to stay for Mr. Goodwin?

A    To connect with people that would be able to do that, yes.  Not me personally.

Q    When did you do that?

A    Whenever his case was.

Q    And did you know Mr. Goodwin prior to Unite the Right?

A    On a first-name basis, no.

Q    But you had interacted with him?

A    Yes.

Q    And you had communicated with him about Unite the Right prior to Unite the Right, right?

Page 43

M. HEIMBACH

A    I can't recall.

Q    Well, did you?

A    I mean, I talked to a lot of people.  I have absolutely no idea.

Q    Well, do you recall -- you said you knew him -- withdrawn.

MR. BLOCH:  Sorry.  We're having technical issues.

(Brief pause.)

BY MR. BLOCH:

Q    When I asked you if you knew Mr. Goodwin prior to Unite the Right, you said:  On a first-name basis, no.

Right?

A    Yes.

Q    Am I correct that you knew him in some capacity prior to Unite the Right?

A    Like we were at the same place together?  Yes.  He came to the rally in Pikeville, Kentucky, which was in April of 2017.  In terms of I don't know if I even spoke to him at that event, and -- so I mean, no, I guess.

In terms of like knowing him or having conversations, having a beer, no.  We went to the

Page 44

M. HEIMBACH

same white nationalist event prior to Unite the Right.

Q    And you interacted with him at that event prior to Unite the Right, right?

A    I can't recall an actual interaction with him, but he was there at the same event along with 200 other people.

Q    When did you become aware that he was at that event?  At the event?

A    Well, after -- after you Unite the Right, to where I was able to put a name to a face.

Q    Okay.  Did you discuss the Unite the Right rally with Mr. Goodwin, ever?

A    I don't know.

Q    Is it possible?

A    Other than when I visited him in jail, but that wasn't in regard -- that was in regards to say his case.

Q    And just to be clear, you talked to him about his case, right?

A    Yeah.  I told him to keep his head up.

Q    I'm sorry?

A    Told him to keep his head up.

Q    And when you say the case that you talked

Page 45

M. HEIMBACH

to him about, that's referring to the incident for which he was arrested at Unite the Right, right?

A    Yes.

Q    When you communicated with your attorneys -- withdrawn.

When you communicated with Mr. Kolenich, did you communicate with him by telephone?

A    Primarily, yes.

Q    Did you also communicate with him by e-mail?

A    I can't remember a whole lot of times of e-mailing him.  Again, usually Matt Parrott handled all the communications with the lawyers.

Q    Okay.  So I'm not asking the number of times or who else communicated with him.

I'm asking did you ever communicate with Mr. Kolenich over e-mail.

A    Besides the time we already just talked about, in regards to getting the interrogatories and such?

Q    Yes.

A    I can't recall.

Q    During the time that Mr. Kolenich represented you, did you communicate with him over

12

Page 46

M. HEIMBACH

e-mail?

A    I can't recall.

Q    Did he send you documents over e-mail?

A    I can't recall.

Q    Did Mr. Kolenich ever send you documents to review during the time that he represented you?

A    I can't recall.

Q    When you communicated with him by telephone, what was your phone number?

A    Same number I've always had, (301)525-1474.

Q    And what e-mail address did you have at the time you were represented by Mr. Kolenich?

A    Matthew.w.heimbach@gmail.com.

Q    And do you have ability to send text messages on that phone?

A    Yes.

Q    And can you get voicemails on that phone?

A    Yes.

Q    Do you check your voicemails?

A    No.

Q    Never?

A    I have too much debt.

Q    I'm sorry?

Page 47

M. HEIMBACH

A    I have too much debt, debt collections. I never answer numbers I don't know and don't check my voicemail.

Q    At some point, you fired Mr. Kolenich and Mr. Woodard, right?

A    Yes.

Q    And why did you do that?

A    I couldn't afford to pay them.

Q    And when did you fire them?

A    I can't recall.

(Heimbach Deposition Exhibit No. 4 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit No. 4.

Is that an e-mail from Mr. Kolenich to Karen Dotson at the court?

A    Yes.

Q    And does it state:  Mr. Heimbach fired me and forbid me to take any further action on his behalf?

A    Yes.

Q    And was that e-mail sent on December 17th, 2018?

Page 48

M. HEIMBACH

A    Yes.

Q    So does that refresh your recollection that that is around the time that you fired Mr. Kolenich?

A    Yes.

Let's make a pile.

(Heimbach Deposition Exhibit No. 5 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit 5.

Do you recognize that document?

A    No.

Q    Just take a look through it.

A    Yeah, I believe you and Mr. Bloch sent me a copy of this at some point in the not too distant past.

Q    Did you receive that prior to my having sent it to you, at any point?

A    I can't recall.

Q    Did you ever discuss the contents of that document with anybody?

A    I can't recall.

Q    Are those the requests for documents that Plaintiffs served on you?

Page 49

M. HEIMBACH

A    I assume so.

Q    Well, is that what it says?

A    Yes.

Q    And do you recall receiving these in 2018 at any time?

A    I can't recall.

Q    Have you ever read that document prior to my sending it -- withdrawn.

Have you ever read that document?

A    Since you sent to it to me?  Yes.

Q    Have you read it at any time before my sending it to you?

A    I can't recall.

Q    Do you understand what the document is?

A    I believe so.

Q    What is it?

A    A request for maintaining discovery.

Q    Is it a request from Plaintiffs to you requesting documents from you?

A    That's my name.

Q    So is the answer yes?

A    Yes.

Q    And you understand -- and you're saying you have no recollection of having received this

13

Page 50

M. HEIMBACH

document prior to my sending it to you?

A    I can't recall.

Q    You don't know if Mr. Kolenich sent it to you, ever?

A    I can't recall.  He would have probably a better record than I do.

Q    You don't recall having any discussions about what documents you need to produce in this case?

A    I can't recall.

Q    If you could turn to page three.

Do you see Paragraph 5 states:  Events means the occurrence and activities described in Paragraph 45 to 335 of the Amended Complaint?

A    Yes.

Q    And if you could turn to page -- sorry. If you could turn to page two.  And you see the definition, Paragraph No. 3 for concerning?

A    I can see it.  I'm reading it now.  Yes.

Q    You understand that's an extraordinarily broad definition of the word concerning?

A    Indeed.

Q    And if you could turn to page eight.

And you see that this requests all

Page 51

M. HEIMBACH

documents and communications concerning the events including, without limitation, all documents and communications, and then it lists eight categories, right?

A    Yes.

Q    You understand, Mr. Heimbach, that this document request is asking for any documents that concerned anything having to do with the Unite the Right event?

A    Yes.

Q    The events leading up to the Unite the Right?

A    Yes.

Q    Including the May 13th event in Charlottesville, right?

A    I suppose so.

Q    Well, is that right?

A    I mean, if that's what you requested, then yes.

Q    Is that what we requested?

A    I mean, I haven't seen anything in regards to the first rally, but sure.  Yes.

Q    Well, if you'd look at Request No. 2, it asks for all documents, communications concerning

Page 52

M. HEIMBACH

events, meetings, rallies, conferences or conversations held prior to the events that relate to the events in any way.

Do you see that?

A    Yes.

Q    And you'd agree that includes the Charlottesville 1.0 event?

A    I mean, I would disagree.  I think they were completely separate events with separate purposes.

Q    So you think Charlottesville 1.0 had nothing to do with Charlottesville 2.0?

A    No, it was more of a conference and dinner sort of arrangement.

Q    Wasn't there a torch light rally at Charlottesville, 1.0?

A    Yes.

Q    Weren't there references in planning Charlottesville 2.0 to Charlottesville 1.0?

A    I suppose so.

Q    And you understand that this document requests all documents concerning -- I'm focused on Request No. 3 -- communications concerning or with a number of entities, including Traditionalist Worker

Page 53

M. HEIMBACH

Party?

A    Yes.

Q    Do you understand this includes a request for documents about violence on the basis of race, religion or ethnicity?

A    Yes.

Q    This includes a request for documents about your social media accounts?

A    Yup.

Q    And it requests documents concerning your communications about or with other defendants, right?

A    Yes.

Q    And you understand that when we request documents, that includes videos, right?

A    Sure.

Q    Does it?

A    Yes.

Q    You understand that, right?

A    Yes.

Q    Photographs?

A    Yes.

Q    E-mails, right?

A    Yes.

Q    Text messages?

14

Page 54

M. HEIMBACH

A    Yes.

Q    Podcasts?

A    Yes.

Q    Social media content, right?

A    Yes.

Q    And is it your testimony that you don't have any recollection of reviewing that document or discussing that document in any way prior to my sending it to you in June of 2019?

A    I can't recall.

Q    So is the answer to my question, yes, you have no recollection of that?

A    I have no recollection.

Q    If you could turn to page five.

Do you understand, Mr. Heimbach, that the instructions in Paragraph G state that:  Whether or not you object, you must preserve all documents and communications relevant to the lawsuit, including all documents and communications responsive to these requests?

A    Yes.

Q    And that includes, for example, laptops, right?

A    Yes.

Page 55

M. HEIMBACH

Q    Personal computers?

A    Yup.

Q    Personal digital assistants?

A    Yes.

Q    Handheld wireless device?

A    Yes.

Q    Mobile telephones, right?

A    Yes.

(Heimbach Deposition Exhibit No. 6 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach I'm showing you what's been marked as Exhibit 6.

Do you recognize this?

A    No.

Q    Take a minute.

A    I think I get the gist.

Q    Are those Plaintiffs' First Set of Interrogatories to All Defendants?

A    Yes.

Q    And you understand that All Defendants includes you?

A    Yes.

Q    And do you recognize those documents --

Page 56

M. HEIMBACH

that document?  Have you received it before?

A    I can't recall reading it prior to -- I believe you sent this to me, as well.

Q    So you recall that I sent it to you?

A    I believe so, yes.

Q    And you've reviewed it since I sent it to you?

A    I'm reviewing it now.

Q    Prior to right now, have you reviewed these ever?

A    No, I don't believe so.

Q    Do you recall receiving those anytime in 2018?

A    I don't recall.

Q    So you might have; you might not have?

A    I don't recall one way or the other.

Q    You understand that that document requests information about sources of documents?

A    Yes.

(Heimbach Deposition Exhibit No. 7 was marked for the record.)

BY MR. BLOCH:

Q    And, Mr. Heimbach, I'm now showing you what's been marked as Exhibit 7.

Page 57

M. HEIMBACH

Do you recognize that document?

A    No.

Q    Take a look through it.

A    Okay.

Q    Do you recognize that document?

A    No.

Q    Have you ever received that document before?

A    I don't know.  Given that it's an interrogatory, I assume this is what Mr. Kolenich had sent me, but I haven't reviewed it.

Q    Didn't I send you that document last week?

A    I don't believe I opened it.

Q    Didn't you request me to send that to you multiple times?

A    Yes.

Q    And did you receive an e-mail from me last week with an attachment?

A    I assume so, yes.  You sent me an e-mail with attachments.

Q    And you didn't open it?

A    This is going to be upcoming the first weekend I've actually had off from work, where I was

15

Page 58

M. HEIMBACH

going to be digging through all the things I've received over the last month or so.

Q   So is the answer to my question, no, you didn't open it?

A   No.

Q   If you could turn to the back page, is that your signature, Mr. Heimbach?

A   Yes.

Q   And you signed this on April 11th, 2018, right?

A   Yes.

Q   And you signed it under an acknowledgment that states:  Personally appeared before me, Matthew Heimbach, on April 11, 2018, and did swear that the above responses to the interrogatories and requests for production of documents are true and correct to the best of his knowledge on that date listed in this acknowledgment.

Right?

A   Yes.

Q   And the notary who notarized that was Jessica Parrott, right?

A   Yes.

Q   The document includes questions and

Page 59

M. HEIMBACH

answers, right?

A   Yes.

Q   And you can tell, by looking at it, which are the questions and which are the answers, right?

A   Yes.

Q   And did you supply the information that appears in the answers?

A   I believe I had a conversation with Mr. Kolenich, who had written this.

Q   And is it your understanding that he wrote those answers in response to the information that you gave to him?

A   Yes.

Q   And you agree with me that, after that was done, you reviewed it and signed and swore that the responses are true and correct to the best of your knowledge on April 11, 2018?

A   Yes.  I don't even recall doing this, but it's in front of me.  So --

Q   You agree that that happened?

A   Yes.

Q   Now, you agree, Mr. Heimbach -- I'm done with that for the time being.  We'll come back to it.

You agree that you've communicated with

Page 60

M. HEIMBACH

other people about the events at issue in this case, right?

A   Yes.

Q   And just to be clear, when I say the events at issue in this case, I am referring to the definition in those documents requests.

A   Uh-huh.

Q   That we just went over, right?

A   Right.

Q   You agree that you generated documents about the events at issue in this case, right?

A   Yes.

Q   You generated documents before August 12th, 2017, right?

A   I can't recall.

Q   Did you send an e-mail or a text message about Unite the Right prior to August 12th, 2017?

A   To just other people?

Q   Yes.

A   Yes.

Q   Do you agree that you generated some form of documents during the events on August 12th, 2017, right?

A   I can't recall.

Page 61

M. HEIMBACH

Q   Do you -- did you send a text message on August 12, 2017 to anybody concerning Unite the Right?

A   I can't recall.

Q   Do you agree with me that you generated documents after the events on August 12th, 2017 that concerned the events in this case, right?

A   Yes.

Q   And you have sent and received text messages about the events at issue in this case?

A   Yes.

Q   You have sent and received e-mails about it?

A   Yes.

Q   You have posted about it on social media platforms, right?

A   I can't recall specifics.

Q   Do you agree with me that you have posted about the events at issue in this case on any social media platform?

A   I can't recall any specific postings.

Q   I'm not talking about the recollection of specific content of postings.

Have you posted on any social media

16

Page 62

M. HEIMBACH

platform about the events at issue in this case?

A   I can't recall.

Q   You don't recall if you had a Discord account?

A   I did have a Discord account.

Q   Did you post on Discord about the events at issue in this case?

A   After the event?

Q   At any time.

A   I can't recall the specifics.  You guys would have the transcripts of Discord.

Q   I'm not asking you about specifics.

My question is:  Did you post, at all, on Discord about the Unite the Right rally, ever?

A   I can't recall what my postings were.

Q   I'm not asking you what the postings were, Mr. Heimbach.

A   Well, one kind of needs to know what the postings were as if they related.

Q   Is it your testimony that sitting here today you do not recall whether or not you have posted anything on any social media platform about the events at issue in this case?

A   I almost -- I certainly have done some

Page 63

M. HEIMBACH

postings, but I can't recall what they were.

Q   But you agree with me you've done some posings, right?

A   Sure.

Q   You've spoken about the events at issue in this case on podcasts, right?

A   Yes.

Q   You've written articles about it, right?

A   I assume so.

Q   You have spoken about it on videos, right?

A   Yes.

Q   You have given speeches about Unite the Right, right?

A   Yes.

Q   You have given media interviews about Unite the Right, right?

A   Yes.

Q   Have you communicated about the Unite the Right rally or any of the events at issue in this case in any other fashion?

A   Not that I can recall.

Q   I'm now going to go through a list of people and ask if you've communicated with them about

Page 64

M. HEIMBACH

the events at issue in this case.  Okay?

A   Okay.

Q   Matthew Parrott?

A   Yes.

Q   How have you communicated in -- with Matthew Parrott about the events at issue in this case, and by that I mean by what format?

A   I mean, most exclusively verbal.

Q   Have you sent text messages to Matthew Parrott about the events at issue in this case?

A   Yes.

Q   E-mail?

A   I can't recall.

Q   Possibly?

A   Honestly -- I mean, we live next door to each other, so almost all our communication was verbal.

Q   I'm not asking about almost all of your communications.

A   I don't know.

Q   I'm asking is it possible you have sent an e-mail to Matthew Parrott about the events at issue in this case?

A   I don't know.

Page 65

M. HEIMBACH

Q   Is it possible you've received an e-mail from Matthew Parrott about the events at issue in this case?

A   I don't know.

Q   Tony Hovater?

A   Yes.

Q   By text?

A   Meaning?

Q   Have you sent or received a text message with Tony Hovater about the events at issue in this case at any time?

A   Yes.

Q   E-mail?

A   I can't recall.

Q   Social media platform?

A   I can't recall.

Q   Ike Baker?

A   Yes.

Q   Have you texted with him about the events at issue in this case?

A   Ever?

Q   Yes.

A   Yes.

Q   E-mail?

17

Page 66

M. HEIMBACH

A    I can't recall.

Q    In-person?

A    Yes.

Q    Mike Peinovich?

A    I can't recall discussing it with him at all.

Q    You can't recall ever discussing with Mike Peinovich the events at issue in this case?

A    No, Enoch's kind of part of a different subculture where there's not a whole lot of overlap.

Q    If you could go back to Exhibit 7?

A    Uh-huh.

Q    And if you look at Discovery Request No. 3?

A    Yes.

Q    And it says:  Identify all persons with whom you communicated concerning the events, whether before, during or after the events.

        Right?

A    Uh-huh.

Q    And you listed Mike Peinovich, right?

A    Yes.

Q    Does that refresh your recollection that you communicated with him about the events at issue

Page 67

M. HEIMBACH

in this case?

A    Not particularly, but if I said it in April of 2018, my memory was probably a little fresher.

Q    Jason Kessler?

A    Yes.

Q    Text?

A    Yes.

Q    E-mail?

A    I can't recall.

Q    Social media?

A    I can't recall that, either.

Q    Have you met in-person with Mr. Kessler about the events at issue in this case?

A    I had lunch with him, but that was after the first Charlottesville event, or it might have been before -- somewhere in there -- but we didn't discuss this matter.  I can't recall meeting him any other time until, you know, August 12th.

Q    On August 12th, did you meet with him and discuss the events at issue in this case?

A    I didn't see him, no.

Q    Didn't you just say you can't recall meeting him until August 12th?

Page 68

M. HEIMBACH

A    Well, I mean we were at the same place.

Q    Did you see him?

A    No, I didn't see him until -- we did text, however, on August 13th, I believe.

Q    You specifically remember sending a text message with Jason Kessler on August 13th?

A    Yes.

Q    But you don't recall whether or not you've texted at all with Mike Peinovich?

A    About this event?  No.

        The reason I remember that I texted Mr. Kessler is he had asked us to come with him to his press conference, which -- in which he was brutally assaulted.

        So I declined that, and then saw it on the news, so that kind of sticks in the old noggin.

Q    It's your testimony Mr. Kessler was brutally assaulted at his press conference?

A    Yes.

Q    Have you spoken with Jeff Schoep about this case?

A    Yes.

Q    By text?

A    Yes.

Page 69

M. HEIMBACH

Q    E-mail?

A    I don't believe -- I can't recall.

Q    In-person?

A    Yes.

Q    Social media?

A    I can't recall.

Q    Have you spoken with Richard Spencer about the events at issue in this case?

        MR. DINUCCI:  Mike, I'd like -- this is John DiNucci.  At this point, I'd like to interject an objection just based on the Paragraph 4 of Judge Hoppe's order of July 3rd.  I'm --

        MR. BLOCH:  Understood, Mr. DiNucci.

        MR. DINUCCI:  And I would ask if you would agree that I have a continuing objection based on the language of Paragraph 4 of that order so I don't have to keep interrupting you.

        MR. BLOCH:  You do have a continuing objection.  I appreciate you not interrupting or anymore speaking objections.

18

Page 70

M. HEIMBACH

MR. DINUCCI:  Then we have an agreement.  Thank you.

And so I object --

MR. BLOCH:  I'm sorry.

MR. DINUCCI:  Go ahead.

BY MR. BLOCH:

Q    Richard Spencer, did you communicate with him by text about the events at issue in this case?

A    I can't recall.

Q    Have you ever texted with Richard Spencer, ever?

A    Yes.

Q    By e-mail?

A    I can't recall.

Q    Have you ever e-mailed with Mr. Spencer, ever?

A    I can't recall.

Q    You can't recall whether you've sent or received an e-mail from Mr. Spencer?

A    No.

Q    Did you communicate with Mr. Spencer in-person about the events at issue in this case?

A    I can't recall.

Q    Chris Cantwell, have you communicated

Page 71

M. HEIMBACH

with him by text about this case?

A    Yes.

Q    And about the events at issue in this case?

A    Yes.

Q    By e-mail?

A    I can't recall.

Q    Do you recall sending or receiving an e-mail from anybody, ever, about this case?

A    No.

Q    Communicate in-person with Mr. Cantwell about the events at issue in this case?

A    In relation to his specific case, not in relation to the civil lawsuit.

Q    So you're saying you have spoken with Mr. Cantwell about the case for which he was arrested at the Unite the Right rally, right?

A    The night before the Unite the Right rally, but yes.

Q    Meaning on August 11th torch light march?

A    Yes.

Q    You've spoken with Mr. Cantwell about that?

A    Yes.

Page 72

M. HEIMBACH

Q    How about James Alex Fields, have you ever communicated with him in any way about the events at issue in this case?

A    I don't believe so, no.  I might have sent a letter that didn't discuss the details, but I can't recall.

Q    Okay.  It's possible that the letter you sent might have discussed the events at issue in this case, right?

A    Potentially.

Q    Did you ever communicate with Mr. Fields by text?

A    No.

Q    E-mail?

A    No.

Q    Have you ever received a letter from Mr. Fields?

A    No.

Q    How about Dillon Hopper, ever discuss with him the events at issue in this case?

A    Yes.

Q    Texted with him?

A    Primarily in-person, but yes, we have texted.

Page 73

M. HEIMBACH

Q    About the events at issue?

A    Yes.

Q    E-mail?

A    No -- well, I don't recall.

Q    Thomas Rousseau?

A    Not at all, I don't think, except for seeing him at the event, which is the only time I've ever seen him.

Q    Michael Hill?

A    Yes.

Q    Text?

A    I can't recall.

Q    Possible that you texted with him?

A    I can't recall.

Q    E-mail?

A    I can't recall.

Q    Michael Tubbs?

A    I can't recall.

Q    You can't recall ever communicating with Michael Tubbs about the events at issue in this case?

A    No.  I mean, besides seeing him there, in person.

Q    Did you speak to him on August 12th?

A    Yes.

19

Page 74

M. HEIMBACH

Q   Did you speak to Michael Hill on August 12th?
A   Yes.
Q   Did you speak to Thomas Rousseau on August 12th?
A   Yes.
Q   Did you speak to James Fields on August 12th?
A   No.
Q   Did you speak to Mr. Cantwell on August 12th?
A   I can't recall.
Q   How about Augustus -- withdrawn.
     Did you speak to Eli Kline on August 12th?
A   I can't recall.
Q   Augustus Sol Invictus, ever communicate with him about this case?
A   Yes.
Q   Derek Davis?
A   Yes.
Q   Does Derek Davis also go by Commander Davis?
A   I mean, only if I go by Chairman

Page 75

M. HEIMBACH

Heimbach.
Q   Is the answer to the question, yes?
A   At one time that would have been his position, yes -- well, no, actually.  Because he was the party quartermaster.
     So I don't know about his social media handles, but his actual position would have been quartermaster.
Q   But you texted with him about Unite the Right, right?
A   I can't recall.
Q   E-mail?
A   I can't recall.
Q   Cesar Ortiz?
A   Yes.
Q   Communicate with him about the events at issue here?
A   Well, he was there, so we spoke on that day.
Q   That's the only time you've every spoken to Cesar Ortiz about the Unite the Right rally?
A   I can't recall any other times.
Q   Did you ever text with Cesar Ortiz?
A   I can't recall.

Page 76

M. HEIMBACH

Q   Does Cesar Ortiz also go by Cesar Hess?
A   On social media.
Q   Does Cesar Ortiz also go by Cesar Adolfo?
A   I don't know.
Q   How long have you known Cesar Ortiz?
A   I don't know.  Three years.
Q   Have you ever e-mailed with him about the events at issue in this case?
A   I can't recall.
Q   Is there anyone else that you can recall, sitting here today, communicating with about the events at issue in this case, other than the people that I mentioned?
A   No, I can't recall anyone.
Q   You're familiar with Discord, right?
A   Yes.
Q   And you had an account on Discord, right?
A   Yes.
Q   When did you create your account on Discord?
A   I can't recall.
Q   Was it prior to 2017?
A   I don't know.
Q   Was it prior to the Unite the Right

Page 77

M. HEIMBACH

rally?
A   Yes, I believe.
Q   When was the Unite the Right rally?
A   August of 2017.
Q   And did you create a Discord account prior to that?
A   I believe so.
Q   How long prior to the Unite the Right rally had you created your Discord account?
A   I can't recall.
Q   Now, when you sign up for a Discord account, you provide an e-mail address that's associated with the account, right?
A   I can't recall.
Q   Is it your testimony, Mr. Heimbach, sitting here today, you can't recall whether there was an e-mail address associated with your Discord account?
A   I can't remember the set-up process, so -- if you're -- if you're telling me there's an e-mail, then I'm willing to believe you, but I don't remember the set-up process.
     The account was set up several years ago. I don't remember the set-up.

Page 78

M. HEIMBACH

Q    I'm asking you, was there an e-mail address associated with your Discord account?

A    Yes.  I don't recall, however, if it was part of the initial sign-up process.

Q    That wasn't my question.

What was the e-mail address associated with your Discord account?

A    That would have been matthew.w.heimbach@gmail.com.

Q    So just to be clear, based on the question that I just asked you, you do recall whether or not you had an e-mail address associated with your Discord account, right?

A    You said when I signed up.

Q    You do recall that there's an e-mail address associated with your Discord account, correct?

A    Yes, I'm just saying I don't recall if that was part of the initial set-up process.

Q    And there also was a four-digit number associated with your account, right?

A    I can't recall.

Q    Do you remember that the number 4345 was associated with your Discord account?

Page 79

M. HEIMBACH

A    I can't recall.

(Heimbach Deposition Exhibit No. 8 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit No. 8, Mr. Heimbach, if you could take a look at that.

Do you see about halfway down the page there's a screen shot of your Discord account?

A    Yes.

Q    And you agree that that's your Discord account?

A    Yes.

Q    And you agree that the handle associated with the Discord account is MatthewHeimbach#4345?

A    Yes.

Q    And just to be clear, MatthewHeimbach is one word, right?

A    Yes.

Q    With no space in between W and Heimbach, correct?

A    Yes.

Q    Now, you were the only person that had access to your user name and password, right, to Discord?

Page 80

M. HEIMBACH

A    I believe so.

Q    And so you would agree that the messages posted on Discord with the handle MatthewHeimbach, one word, were posted by you, right?

A    I assume so.

Q    Well, isn't that true, Mr. Heimbach?

A    I believe so, yes.

Q    Did you also send private messages on Discord?

A    Yes.

Q    And other than MatthewHeimbach, one word, did you have any other accounts on Discord?

A    No.

Q    Did you use your phone or your commune -- or your computer to communicate on Discord?

A    I don't believe so.

Q    Well --

A    Or in terms of the phone, on the computer.

Q    You used your computer to communicate over Discord?

A    Yes.

Q    And did you also have an app -- withdrawn.

Page 81

M. HEIMBACH

Did you also have the Discord app on your phone?

A    I don't recall.

Q    Do you still have a Discord account?

A    No.

Q    When did you stop using Discord?

A    When Discord shut my account down.

Q    And when was that?

A    I can't recall.

Q    How did become aware that Discord had, in your own words, shut your account down?

A    They had sent me an e-mail, I believe.

Q    And was that to your matthew.w.heimbach@gmail.com account?

A    Yes.

(Heimbach Deposition Exhibit No. 9 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you, Mr. Heimbach, Exhibit No. 9.

Mr. Heimbach, is that a shot of your -- some postings you made on Discord?

A    It looks like.

Q    And is -- referring to the top posting,

21

Page 82

M. HEIMBACH

that says MatthewHeimbach 2017-8-3 -- meaning August 3rd, 2017 -- and the text says:  The helmets have arrived.

And there's a photo underneath of a stack of helmets.

A    Hard hats, but yes.

Q    Hard hats.  Thank you.

You posted that on Discord, right?

A    Yes.

Q    And did you take that photo?

A    No.

Q    Who took that photo?

A    Derek Davis.

Q    And how did it get onto your Discord account?

A    He sent it to me.  I'm not sure where.  I assume probably over Discord.

Q    And then you uploaded it to your Discord account?

A    Yes, I believe so.

Q    Do you know, how would Derek Davis have sent you that photo over Discord?

A    Through private message, I assume.

Q    Is it possible he texted it to you?

Page 83

M. HEIMBACH

A    I don't know.

Q    Is it possible?

A    I don't know.

Q    Well, that's sort of a yes or no question.

Is it possible that he texted that to you?  It's either possible or it's not possible.

A    I guess.

Q    Is it possible he e-mailed it to you?

A    No.  I can't recall ever e-mailing with Mr. Davis.

Q    But you know for sure that you didn't take that photo?

A    Yeah, it's not my house.

(Heimbach Deposition Exhibit No. 10 was marked for the record.)

BY MR. BLOCH:

Q    I'm going to show you Exhibit 10, Mr. Heimbach.

Mr. Heimbach, are those posts that were made on Discord, including one of yours?

A    It looks like.

Q    And you see the fourth post down, there's a post by someone named J-A-P-Z-Z-I, who writes:

Page 84

M. HEIMBACH

Anywhere you can see pictures from the event.  Cheering you guys on.

Do you see that?

A    Yes.

Q    And underneath that is a post by you, right?

A    Yes.

Q    And you wrote on Discord:  Quote, As soon as it's happening, we'll have them.

Right?

A    Yes.

Q    And you wrote that on August 9th, 2017, right?

A    Looks like.

Q    Well, isn't that true?

A    Yes.

Q    And why did you believe that there would be photographs from the event at that time?

A    Well, at that time, I thought the Charlottesville Police Department, the state police, the National Guard and the FBI would do their jobs to allow a permitted rally, where we could peacefully assemble, give speeches, take photographs, take video, and then we could all go home.

Page 85

M. HEIMBACH

So, at that point, I assumed the police were going to do their jobs.

Q    And did you also assume that somebody would be taking photographs on behalf of the Traditionalist Worker Party?

A    Yes.

Q    And who is that, that was going to be doing that?

A    That would be Jason Augustus.

Q    Okay.  And Mr. Augustus took photographs of the Unite the Right rally?

A    His camera was destroyed at the event, I believe.  We didn't get any usable photographs or video that I can recall.

Q    But the plan was for Mr. Augustus to take pictures of the event, right?

A    Yes.

Q    And he did take pictures of the event, right?

A    He got maced very early on.  I don't know if he actually was even able to take any photos.

Q    How do you know that Mr. Augustus's camera was broken?

A    Because he no longer had the camera after

Page 86

M. HEIMBACH

the event.

Q    Did he tell you that?

A    Not that I can recall, but we weren't able to film videos for an extended period of time until a new camera was purchased.

Q    Are you aware of any photographs that were taken at the Unite the Right rally?

A    Just the ones, really, in the media.

Q    Why was Jason Augustus tasked with taking photographs for the Traditionalist Worker Party?

A    Because he had a camera.

Q    And that was his role in the Traditionalist Worker Party to do that?

A    Yeah.

Q    When did you learn his camera was destroyed?

A    When I asked him when we were going to be uploading pictures and video and there was none.

Q    And what date was that, approximately?

A    Not too long after the event.

(Heimbach Deposition Exhibit No. 11 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit No.

Page 87

M. HEIMBACH

11.

Do you see that?

A    Yes.

Q    And do you see that you posted, at the top, on Discord on August 20th?

You see that, right?

A    Yes.

Q    And do you see that you wrote:  Hey, crackers.  I'm working on a big video, party-wide e-mail, et cetera.  Just wanted to let everyone know that I'm alive, LOL.  How is everyone tonight?

Did you post that on Discord on August 20th, 2017?

A    Yes.

Q    And what is the big video that you were referring to?

A    Well, it never got made, but we were planning on taking the various news reports and cutting it into a video.

Q    About Charlottesville?

A    Yeah.

Q    And don't you say in the post, I'm working on a big video?

A    Well, I never did any of the tech stuff.

Page 88

M. HEIMBACH

Q    But were you, in fact, in the process of working on a video at the time you posted that?

A    I wasn't, no.

Q    Didn't you say in the post, I'm working on a big video?

A    Yes, but that would have been Jason Augustus who was working on the video.

Q    So when you said, I'm working on a big video, was that true?

A    Well, I was looking and overseeing a collection of news reports with footage available, and then working to try and provide that, see how we could gets things licensed and such.

Q    And Jason Augustus was tasked with that project?

A    Yes.

Q    And where is that video?

A    It never got made, I don't believe.

Q    Do you know if it ever got made?

A    It wasn't never posted.  I don't believe it ever got made.

Q    Why didn't it get made?

A    Because we couldn't get licensing, primarily, for -- in terms of cost, from news

Page 89

M. HEIMBACH

agencies, and we moved on to other projects.

Q    Did Jason Augustus tell you that?

A    I can't recall an exact conversation.

Q    How did you become aware of that conversation?

A    Well, it was never -- well, I looked up what it would cost to license videos from journalists who were there and it was cost prohibitive.  If we were to violate copyright, they would just pull it down anyway.

Q    You also say in that message, party-wide e-mail, right?

A    Uh-huh.

Q    What does that refer to?

A    I assume I sent an e-mail.

Q    And where did you send that e-mail?

A    That would have been through Matt Parrott and the infrastructure, back end of the party, which you guys should have a copy of.

Q    What e-mail address did you send that from?

A    Mr. Parrott, I would write things and then he would handle the distribution.

Q    When you say you would write things, what

23

Page 90

M. HEIMBACH

device did you write those things on?

A   Gmail and Google Docs.

Q   So you wrote --

A   On my laptop.

Q   On your laptop.  And you would write them in your --

And when you say gmail, do you mean your matthew.w.heimbach@gmail.com account?

A   Yes.

Q   And then you e-mailed that to Mr. Parrott?

A   Or, most likely, just shared him on the document.

Q   And when you say shared him, what do you mean?

A   When you hit the share button and you can choose other users who can view it.  There's no point in e-mailing it when you can just share it.

Q   On Google Docs?

A   Yeah.

Q   When you share something on Google Docs, do you get an e-mail alert that the document has been shared?

A   Maybe, I guess.

Page 91

M. HEIMBACH

Q   You do, right?  You don't know?

A   Not off the top of my head.

I can share on something real quick, though, and check.

Q   Maybe we'll do that on a break.

When it was shared with Mr. Parrott, how would Mr. Parrott distribute it?

A   He ran our e-mails.

Q   And when you say our e-mails, what do you mean?

A   The Traditionalist Worker Party.

Q   And that is a domain address at tradworker.org; is that right?

A   Yeah, there was a ticket system that he designed, so that's how messages would be sent out, through the ticket system.  So he would have handled all that distribution.

(Heimbach Deposition Exhibit No. 12 was marked for the record.)

BY MR. BLOCH:

Q   Mr. Heimbach, I'm showing you Exhibit 12.  Exhibit 12, is that a Discord post that you posted on January 19th, 2018?

A   Yes.

Page 92

M. HEIMBACH

Q   And you wrote:  Quote, I wrote the POWs today, did you, end quote.

Correct?

A   Yes.

Q   And then there's a photograph of five envelopes; isn't that true?

A   That is accurate.

Q   And then, below the envelopes, you wrote:  Quote, We all need to be sending letters, by the way.  -- at 1 -- on January 19th, 2018, right?

A   Yup.

Q   Did you take that photograph?

A   I assume so, yeah.

Q   And on what device did you take that photograph?

A   The phone I had at the time.

Q   And what phone was that?

A   The phone that was subsequently thrown out by my now ex-wife.

Q   Okay.  What kind of phone was that?

A   I can't recall.  It was an Android.

Q   Did you list that phone on the certification that you filled out in this case on July 6th?

Page 93

M. HEIMBACH

A   I believe so.

Q   And -- and then after you took that photo, you uploaded it to Discord, right?

A   Sounds about right.

Q   Is that true?

A   Yes.

Q   And the envelopes are -- it's a photograph of five envelopes, correct?

A   Yes.

Q   And they are addressed to Jacob Goodwin, right?

A   Uh-huh.

Q   Dylann Storm Roof, right?

A   Yes.

Q   James Fields, right?

A   Yes.

Q   Alex Ramos?

A   Yup.

Q   And Daniel Borden; isn't that true?

A   Yeah.

Q   What does POW mean, Mr. Heimbach?

A   It means prisoner of war.

Q   Is that someone captured on the battlefield of war, in your view?

24

Page 94

M. HEIMBACH

A    I mean, that can be a definition.

Q    Is that the definition that you meant in this when you wrote POWs?

A    What I meant more is a political system much like Irish Republicans were persecuted for advocating for the best interests of their community, their culture and the future of their nation, that men were being held by an imperialist regime.

Q    It would be fair to say that you believe these people in the five envelopes are POWs that fought on your side of a war?

A    Not necessarily my side of a war, but in terms of they are being held by an antiwhite government.

Q    Would it be fair to say these are people that share the same objectives as you?

A    No, not necessarily.

Q    Well, what's the war you're referring to?

A    The war that's being waged against the demographic, social, economic, political future of Europeans around the world.

Q    And is it your view that Charlottesville was a battle in that war?

A    It was only a battle because the police

Page 95

M. HEIMBACH

allowed us to be attacked by mobs of antifascists, stood down through either incompetence or corruption and violated our First Amendment rights to assemble.

So a battle by the other side. We were trying to exercise our First Amendment rights.

Q    So is the answer to my question, yes, you would agree that Charlottesville was a battle?

A    More like a protest that was deliberately, by the regime, allowed to go sideways, to incite violence against people like myself.

Q    And what regime is that?

A    The Federal government.

Q    Why were you sending these five people letters?

A    Doesn't Jesus say that it's kind of a thing to comfort the prisoner while they were in jail? Feed the hungry, clothe the naked?

Q    So were you trying to comfort these prisoners.

A    Fulfill my Christian duty.

Q    So is my question to my question, yes, you were trying to comfort these prisoners?

A    Yes.

Q    And why did you choose those particular

Page 96

M. HEIMBACH

prisoners?

A    Those are prisoners that are probably not getting a whole lot of letters.

Q    Did you send any other prisoners letters that day?

A    No, I don't believe so.

Q    Who is Jacob Goodwin?

A    A fellow from Arkansas who was arrested after Charlottesville.

Q    And was he also convicted of maliciously wounding a black man named DeAndre Harris at the Unite the right event?

A    I think falsely, but yes.

Q    And who's Alex Ramos?

A    Another gentleman in the same situation, still falsely convicted.

Q    But you agree with me he was convicted of maliciously wounding a black man named DeAndre Harris at Unite the Right?

A    Innocent people get convicted every day.

Q    So is the answer to my question, yes, he was convicted?

A    Yes.

Q    And is it also your testimony that he --

Page 97

M. HEIMBACH

notwithstanding the fact that he was convicted, he is, in fact, innocent?

A    Yes.

Q    And who is Daniel Borden?

A    Same story.

Q    Was Daniel Borden convicted of maliciously wounding DeAndre Harris at Unite the Right?

A    Falsely, yes.

Q    And when you say falsely, is it your view that Daniel Borden is innocent of the charge for which he was convicted?

A    Overwhelmingly, yes.

Q    Overwhelmingly innocent?

A    Yes.

Q    Who is James Fields?

A    James Fields was convicted of driving his car into a counter protesters on his way home.

Q    Was he, in fact, convicted of murdering Heather Heyer at Unite the Right?

A    Yes.

Q    Do you think James Fields was innocent?

A    Innocent of first degree capital murder, yes, and I do believe that the guilt of the entire

Page 98

M. HEIMBACH

situation rests with the Charlottesville Police Department, the state police, government officials.

So, yeah, the charge he was convicted of, of capital murder, yes, I don't believe the evidence proves premeditated intent.

Q    Do you believe Mr. Fields was guilty of anything at Unite the Right?

A    I mean, I don't believe he got a fair trial, so it's hard to tell.

Q    So you don't know, sitting here today, whether you believe Mr. Fields was guilty of anything at the Unite the Right rally, right?

A    I believe if he was given a fair trial outside of Charlottesville, we would be allowed to objectively look at the evidence and obtain a legitimate verdict.

Q    Who is Dylann Roof?

A    He was a shooter who killed folks in a church in South Carolina.

Q    Did he, in fact, kill nine black people in a church --

A    Yeah, he did.

Q    -- in South Carolina?

Was Dylann Roof innocent?

Page 99

M. HEIMBACH

A    No.

Q    And you sent each of these five people letters, right?

A    Yes.

For the record, I would like to state that, after Dylann Roof's shooting, at my own expense, I traveled to South Carolina to participate in a series of vigils in mourning for the loss of those who had their lives taken, and I do not endorse Mr. Roof's actions. However, I do believe it's a Christian responsibility to comfort prisoners.

Q    But only those five prisoners, right?

A    That day, yes.

Q    The letter that you sent to Mr. Fields, what device did you type that on?

A    I believe I handwrote it.

Q    Or -- are you sure you handwrote it?

A    No.

Q    You might have typed it?

A    Possibly.  I don't recall.

Q    Did you type the other letters in Exhibit 12?

A    I really don't know.

Q    So you're saying you may have typed them,

Page 100

M. HEIMBACH

you may have handwritten them?

A    I'm leaning towards handwriting, but it's hypothetically possible.

Q    What did your letter to James Fields say?

A    Essentially not to despair, I believe.  I don't recall the specifics.  But, you know, I assumed he was getting a lot of hate mail and he probably felt very alone and scared.  So just trying to provide some, you know, Christian comfort.

Q    And to be clear, you were providing -- withdrawn.

You understood that Mr. Fields was imprisoned at the time for what he had done at Charlottesville, right?

A    Allegedly done, yes.

Q    Still alleged to you?

A    I don't believe he got a fair trial.

Q    What did your letter to Mr. Goodwin say?

A    I mean, essentially, all of them are going to say the same thing, to keep your spirits up, I believe.  Just trying to be positive.

Q    How many letters did you write to Mr. Fields?

A    Just the one, I believe.

Page 101

M. HEIMBACH

Q    And how many letters did you write to the others?

A    Mr. Roof, just one, because I hadn't gotten a response from either of those.

I believe several to the others, and I had spoken on the phone with Mr. Borden several times.

Q    While Mr. Borden was in jail?

A    Yes.

Q    Did you make any copies of any of these letters that you wrote?

A    No.

Q    You also wrote on the Discord post, We all need to be sending letters, BTW, right?

A    Yes.

Q    BTW is by the way?

A    Yes.

Q    And would it be fair to say you were addressing that comment to your folks within Traditionalist Worker Party?

A    Yes.

Q    And why did you want other people to send these guys letters?

A    Because I think it's your Christian duty

26

Page 102

M. HEIMBACH

to try and support prisoners.

Q    And to be clear, you believe it was your Christian duty to try to support these particular prisoners, right?

A    Yes.

Q    Did you receive any communications from Mr. Fields since Unite the Right?

A    No.

Q    Did you ever receive a letter from Mr. Fields?

A    No.

Q    Did you ever speak to him on the phone?

A    No.

Q    Did you ever receive any letters from Mr. Goodwin?

A    Yes.

Q    And that was in response to your letter?

A    Yes.

Q    And where is that letter?

A    In a dumpster somewhere.

Q    You threw it away?

A    No.  My ex-wife did.

Q    Can you describe the circumstances by which your ex-wife threw away a letter you received

Page 103

M. HEIMBACH

from Jake Goodwin?

A    Yeah, she took an extended vacation to Texas with my two children and told the neighbors that they could toss everything in the house to make it ready for new tenants, at which where I lost my Social Security card, birth certificate, college transcripts.  You know, basically all my stuff.

Q    Where was that letter that you received from Jacob Goodwin?

A    I believe it was in a box that had all my other personal effects.

Q    Was that the same box that you had your birth certificate and Social Security card?

A    Yes.

Q    Did you ever receive a letter from Mr. Ramos?

A    I can't recall on that one.

(Heimbach Deposition Exhibit No. 13 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit 13.  Is that a copy of posts that people made on Discord, including yourself?

A    Yes.

Page 104

M. HEIMBACH

Q    And on February 4th, 2018, did you post on Discord:  Quote, I just got responses from Borden and Ramos?

A    Yes.

Q    And is that because you had just gotten a response from Mr. Ramos?

A    I assume so.  I can't recall the letter, but that would make sense.

Q    You believe based on that post you got a letter back from Mr. Ramos?

A    Yes.

Q    Where is that letter?

A    Same story.

Q    What's the story?

A    It was kept with all my other personal effects.

Q    Is it your testimony that you don't receive -- you don't recall receiving a letter from Mr. Ramos, but you do recall the circumstances in which it got destroyed?

A    Well, if it was -- if I received the letter -- which I'm assuming based on this post that I did -- I would have put it in the same place that I put all my other personal effects.

Page 105

M. HEIMBACH

Q    Why would you put that letter in a box?

A    I mean, I'm not just going to throw it out, right?  Like, that's rude.

Q    So the reason why you put Mr. Goodwin's and Mr. Ramos and Mr. Borden's letter -- withdrawn.  The reason you put Mr. Goodwin and Mr. Ramos's letters in a box because it would be rude to throw it out?

A    Well, and for the historical record.

Q    What -- what do you mean, the historical record?

A    When true history can be told of the events, I believe that those would have been important historical documents.

Q    Did you receive a response from Mr. Borden?

A    Yes.

Q    Where is that?

A    Same thing.

Q    You put that letter in a box that got thrown out by your neighbors?

A    More of a tub, but yes.

Q    Can you describe the tub?

A    Yeah, just one of the ones that's about

27

Page 106

M. HEIMBACH

this big (indicating), plastic, you get at Walmart.

Q    Did it have a top on it?

A    I didn't keep a top on it, but it came with a top.

Q    And what color was it?

A    Green or blue.

Q    So you put all of your personal effects, your Social Security card, your birth certificate, and all the documents that you believed were important for the true historical record in an open-top blue tub?

A    Yes.

Q    Did you ever receive a response from Mr. Roof?

A    No, I didn't.

Q    Did you ever talk to any of those five people on the phone?

A    Dan Borden.

Q    I'd like to talk about your e-mail address.

You currently have an e-mail address that's matthew.w.heimbach@gmail.com, right?

A    Yes.

Q    When did you set up that account?

Page 107

M. HEIMBACH

A    Back in college, I think, like 2013 or '14, maybe.

Q    And you still use that account, right?

A    Yes.

Q    And did you send or receive e-mails from that e-mail address that concerned the events at issue in this case?

A    Yes.

Q    Have you had any other e-mail accounts in the last four years?

A    I had an e-mail account that was set up by the National Socialist Movement when I joined that organization, which, when I had resigned my position in the group, I was locked out of.

Q    And what was the e-mail address for that account?

A    I can't recall, but I'm sure the Defendant NSM would be able to provide that.

Q    Who, personally, is the person that gave you that account?

A    Burt Colucci, who is currently the leader of the National Socialist Movement.

Q    And you used that account to send e-mails?

Page 108

M. HEIMBACH

A    For a very brief period, yes.

Q    And those e-mails concerned, among other things, the Nationalist -- withdrawn.

A    Nationalist Front, is that what you're looking for?

Q    Well, part of what I'm looking for.

Those e-mails that you sent on your NSM e-mail address concerned the Nationalist Front?

A    No, because the Nationalist Front no longer existed at the time.

Q    Did e-mails that you sent on the NSM e-mail account concern the NSM?

A    Yes.

Q    And what is NSM?

A    National Socialist Movement.

Q    And was that created of after Unite the Right?

A    Yes.

Q    Other than -- withdrawn.

You believe Burt Colucci would know what that e-mail address was?

A    He set me up and he locked me out of it, so I assume so.

Q    And you had that in 2018?

Page 109

M. HEIMBACH

A    Yes.

Q    Other than the gmail account and the NSM account, have you had any other e-mail accounts in the last four years?

A    I don't believe so.

Hold that. For the internal ticket system, I believe an e-mail of some sort was set up by Mr. Parrott, but he would have all the information on that.

Q    An e-mail account for you?

A    Well, not so much an e-mail, as the way I understand it. More of just like -- in terms of the internal ticket system where you basically send e-mails, but I don't know. That would be a tech question for Mr. Parrott. But he would have set that up and had all the credentials.

Q    Did you send an e-mail over that ticket system?

A    Yes.

Q    That concerned the events at issue in this case?

A    Yes, I believe.

Q    And how did you log onto the ticket system?

Page 110

M. HEIMBACH

A   Mr. Parrott had set up the password and the account, and he had auto logged me in on my laptop.

Q   So you could log in from your laptop to the TradWorker ticket system, right?

A   Yes.

Q   And you could send e-mails from that e-mail system, right?

A   Yes.

Q   And what was -- did you have a domain address?

A   I can't recall, but I know Mr. Parrott has all the information, which I think he's provided.

Q   So other than the gmail account, the NSM e-mail account and the TradWorker ticket e-mail system to which you had access, were there any other e-mail accounts that you used to communicate about the events at issue in this case?

A   I don't believe so.

Q   Have you deleted any e-mails that you sent or received that concerned the events at issue in this case?

A   I don't believe so.

Q   Have you instructed anyone else to delete

Page 111

M. HEIMBACH

any e-mails you've sent or received concerning events at issue in this case?

A   I don't believe so.

Q   Are you familiar with the social media site called VK?

A   Yes.

Q   What's VK?

A   It's a Russian clone of Facebook.

Q   And users can send messages that are public, right?

A   Yes.

Q   And private?

A   Yes.

Q   And a user has friends on VK, right?

A   Yes.

Q   And friends are people that can see the messages that you post on your page, right?

A   Yes.

Q   And you were friends on VK with people who went to Unite the right in Charlottesville?

A   I can't recall.

Q   Were you friends on VK with some of the Defendants?

A   I can't recall.

Page 112

M. HEIMBACH

Q   But you did have a VK account, right?

A   At one time, yes.

Q   And the -- your user name on VK was MatthewHeimbach, one word, right?

A   Sounds right.

Q   Well, is it right?

A   I'm assuming so, yes.  Yes.

Q   And to sign up for VK, do you give a phone number?

A   Yes.

Q   And what phone number did you give?

A   I believe (301)525-1474.

Q   And do you give a phone number when you sign up so you can retrieve your user name or password when you lose it?

A   I believe so, yes.

Q   They can text it to you, right?

A   I believe so.

Q   And when did you create the VK account?

A   I can't recall.

Q   Approximately?

A   I don't know.  It was very rarely used, so I don't recall.

Q   Can you give a year?

Page 113

M. HEIMBACH

A   No.

Q   You don't know -- can you approximate a decade?

A   Within the last ten years.

Q   Okay.  Was it prior to Unite the Right?

A   I think so.

Q   And approximately how long prior to Unite the Right did you create the VK account?

A   I don't recall.

Q   Well, to get into the VK account, you need a log in and a password, right?

A   Uh-huh.

Q   And you were the only person with access to those credentials, right?

A   Well, no.  I had all my passwords written down on a piece of paper.  So my wife, and my ex-wife would have had access.

Q   Okay.  You're saying your wife or ex-wife would have had access if they had seen the piece of paper that you had written your password on, right?

A   Yes.

Q   Are you, as you sit here today, aware of them actually having seen your log-in and password?

A   Yeah, both of them have seen it.  I just

29

Page 114

M. HEIMBACH

keep it next to my computer.

Q    Well, as far as you're aware, you're the only person that posted content on the VK account, right?

A    That would be accurate, I believe.

Q    And you posted content on your VK account about the events at issue in this case, right?

A    I can't recall.

Q    If I could direct you to Exhibit 7. Right? And on Exhibit 7, these are your interrogatory responses, right?

A    Yes.

Q    And the first -- on the first page, Paragraph 1, it says: Identify all means of communication used by you to communicate concerning the events.

A    Uh-huh.

Q    Right?

And your answer that you affirmed under oath is true, included VK, MatthewHeimbach, right?

A    Yup.

Q    And what kind of content did you post about Unite the Right on your VK account?

A    I can't recall.

Page 115

M. HEIMBACH

Q    You have no idea?

A    It was like two years ago.

Q    So is the answer to my question, no, you have no idea?

A    No.

(Heimbach Deposition Exhibit No. 14 was marked for the record.)

BY MR. BLOCH:

Q    If I could show you Exhibit No. 14, Mr. Heimbach.

Is this your VK account?

A    Yes.

Q    And is this a post that you made on February 16, 2019 to your VK account?

A    Yes.

Q    And in that post, do you say: Reverend James Hart Stern is now the president and director of the National Socialist Movement according to legal filings?

A    Yes.

Q    And what legal filings are you referring to?

A    Mr. Stern, I believe, had asserted that he had been given legal control of the board of

Page 116

M. HEIMBACH

directors of the National Socialist Movement.

Q    And those are legal filings that Mr. Stern made in this litigation, right?

A    Yes.

Q    And, in fact, he made those filings in this litigation the day before you posted that on VK, right?

A    I believe so, yes.

Q    How did you become aware of Mr. Stern's filing?

A    It was in the news. I mean, a black civil rights activist taking over the NSM is newsworthy.

Q    Now, you deleted your VK account since posting that message, right?

A    I did not delete my VK account, no.

No, it's deleted, but I didn't delete it.

Q    Okay. Your VK account is deleted, right?

A    Yes.

Q    Your VK account became deleted since you posted that message in February 2019, right?

A    Yes.

Q    In fact, isn't it true that your VK, in your words, became deleted -- withdrawn.

Page 117

M. HEIMBACH

Isn't it true your VK account became deleted in April of this year?

A    I believe so.

Q    And how did your VK account become deleted?

A    My current wife and I had had an argument and she had deleted my social media account.

Q    And is your current wife Jessica Heimbach?

A    Heimbach, yes.

Q    And what was the argument about?

A    I don't know. Taking out the trash. I don't recall.

Q    Okay. And explain how it is that the argument went from taking out the trash to your wife deleting your VK account.

A    Oh, really simple. It's the same thing she did with my Gab account, like, six or nine months earlier.

You know, I invested a lot of time and energy in social media and networking, and then, you know, why yell when you can really get back at your hubby. So yeah, that was a very frustrating day.

Q    Explain how it is that Ms. Heimbach, your

30

Page 118

M. HEIMBACH

wife, deleted your VK account.

A    I assume she just logged in and deleted it.

Q    Did you assume that or do you know that?

A    Well, I mean, she told me, so yeah.

Q    When did she tell you?

A    The day after.

Q    And did she tell you why she deleted your VK account?

A    Because she was mad at me.

Q    Now, Jessica Heimbach is the same Jessica Parrott who notarized your interrogatory responses, right?

A    Yes, but we were not in a relationship at that specific time.

Q    But Jessica Parrott is the same person -- withdrawn.

The person you claim deleted your VK account is the same person that notarized your interrogatory response, right?

A    Yes.

Q    And you agree with me that Ms. Parrott was aware that you were involved in litigation concerning this case, right?

Page 119

M. HEIMBACH

A    In terms of any of the specifics or requirements, no.

Q    Well, the interrogatory response that she notarized for you included your representation that VK was an account that you used to communicate about Unite the Right; isn't that true?

A    I suppose.

Q    And did you ever tell Ms. Parrott that you had an obligation to preserve your social media accounts?

A    I don't believe so.  I tried to not discuss these matters with, really, anyone.

Q    Do you mean other than asking her to notarize a document that you served in this case?

A    A year before.

Q    What did you do when you learned the day after that Ms. Heimbach, your current wife, deleted your VK account?

A    We had an argument about it.

Q    Did you tell anybody that that happened?

A    I don't recall.

Q    You don't recall doing so; is that your testimony?

A    Yeah.

Page 120

M. HEIMBACH

Q    Did you notify Mr. Kolenich that your wife had deleted documents that you were required to preserve in this litigation?

A    I don't believe he was my attorney at the time.

Q    So is the answer to my question, no?

A    I don't think I did.

Q    Did you notify Plaintiffs that your current wife had deleted documents that you were required to preserve in this litigation?

A    I didn't know I had to.

Q    Just listen to my question, Mr. Heimbach.

A    Yes.  And the answer would be no.

Q    Did you notify the court that your wife had deleted documents that you are required to preserve in this litigation?

A    No, because I didn't know that I was supposed to.  I'm not a lawyer.

Q    Did you do anything other than speak to your wife about the fact that your wife had deleted documents that you were required to preserve for this litigation?

A    No, because I believed in the discovery process that the third-party vendor might be able to

Page 121

M. HEIMBACH

recover it.

Q    Well, by that point, you had not submitted your credentials to the third-party vendor, right?

A    Yes.

Q    Did you make any efforts to recover any content from your VK account after your current wife deleted it?

A    No.

Q    Prior to your wife's deleting your VK account, did you make any effort to preserve any of the content from your VK account?

A    Well, I mean, I hadn't deleted it, so all the -- I mean, all the posts were public, and I hadn't deleted the account, so the private messages would have existed.

Q    The private messages would have existed?

A    I believe so.

Q    So my question is:  Prior to your wife having deleted your account, did you take any steps to preserve the content of your VK account?

A    No.  I don't know how I would have done that.

Q    Did you take any screen shots of anything

Page 122

M. HEIMBACH

you posted concerning Unite the Right on your VK account?

A    No, but journalists and antifascists have, which they've been publicly posted.

Q    Did you -- to be clear, you have not seen publicly posted anywhere the entire contents of your VK account, right?

A    No.

Q    And to be clear, you have not seen, anywhere, the content of private messages you sent over VK anywhere, correct?

A    No.

Q    Did you take any steps to have the contents of your VK account forensically imaged prior to the time that your wife deleted it in 2019?

A    No.

Q    And you have made no efforts, ever, to recover the contents from your VK account; isn't that true?

A    Yeah, I guess.

Q    And how is it that your wife had access to your VK account?

A    I just keep a list of all my passwords near my computer.

Page 123

M. HEIMBACH

Q    Is that -- I see.

And so is it your testimony that you had a list of passwords near your computer sometime in 2019?

A    Yes.

Q    And that included the password to your VK account, right?

A    I believe so, yeah.

Q    Did it include passwords to your Facebook account?

A    Yeah.

Q    Did it include a passwords to your Gab account?

A    No.

Q    What accounts were there passwords that you had listed on a list -- withdrawn.

The list that you say was on your computer in 2019 that contained passwords and credentials to social media accounts --

A    Yes.

Q    -- what accounts were there credentials to?

A    Gmail, Facebook, VK, Steam, the gaming platform.  That's all I can recall off the top of my

Page 124

M. HEIMBACH

head.

MR. BLOCH:  One moment.

THE WITNESS:  No problem.

MR. BLOCH:  I think we have a tape change in three minutes.

THE VIDEOGRAPHER:  This marks the end of Media Number One in the deposition of Matthew Heimbach.  The time is 10:22 a.m.

(Brief pause.)

THE VIDEOGRAPHER:  This begins Video Two in the deposition of Matthew Heimbach.  Time is 10:30 a.m.

BY MR. BLOCH:

Q    Mr. Heimbach, we were talking when we broke about a sheet of paper that had your log-in information that was next to your computer in 2019, right?

A    Yeah.

Q    And that sheet of paper that had the log-in information that was next to your computer in 2019 included credentials to your Facebook account, right?

A    Yeah.

Page 125

M. HEIMBACH

Q    Twitter account?

A    Yes.

Q    And did you say it did not include your Gab account, credentials to your Gab account?

A    I don't believe so.

Q    Isn't it true, Mr. Heimbach, that you represented to Plaintiffs and to the Court that that sheet of paper that had your log-in information to Facebook and Twitter accounts was in that box that was destroyed in March of 2018?

A    Different sheets.  I don't keep the same passwords forever, especially for dead accounts. Like when you asked about Discord or, you know, Facebook, which were deleted, there's no reason to maintain those.

And it would have to be a really big sheet of paper to keep all the passwords I've ever had.

Q    But isn't it true that you represented to the Court and Plaintiffs that the sheet of paper that had your log-in information to your Facebook and Twitter accounts, in particular, was in that box that was thrown away in March of 2018?

A    To the Facebook accounts in question

32

Page 126

M. HEIMBACH

involved to Unite the Right, yes.

Q    So is the answer to my question, yes?

A    We're talking about two different things here.

Q    Listen to my question.

A    Right.

Q    Isn't it true that you represented to Plaintiffs and the Court that there was a sheet of paper that had your log-in information to your Facebook and Twitter accounts that was in the box or tub that was thrown away?

A    We're talking about two different sheets. Different sets of accounts. I probably had -- I don't know -- three Facebooks that Facebook has shut down.

(Heimbach Deposition Exhibit No. 15 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 15.
Is that an e-mail that you sent to me on June 10th of this year?

A    Yes. And again, we're talking about two separate sheets.

Q    That's the only question.

Page 127

M. HEIMBACH

A    Okay.

Q    And did you also send that e-mail to the Court?

A    Yes.

Q    And does that e-mail state -- and you wrote this e-mail, right?

A    Uh-huh.

Q    And does it state, with respect to the box that was thrown away by your --

A    Ex-wife.

Q    -- ex-wife: Quote, This would include a sheet of paper that had my log-in information to my Facebook and Twitter accounts in question.
Did you write that?

A    Yes, because the one in relation to the accounts in question was thrown away.

Q    And is it your testimony that you created a new Facebook account?

A    After the one in question had been deleted, yes, but it also was shut down by Facebook.

Q    And did you create a second Twitter account?

A    Yes.

Q    And didn't you send this to the Court as

Page 128

M. HEIMBACH

a representation as to why you were not able to access your Facebook and Twitter accounts?

A    Yes. I'm not sure if I'm being clear, but we're talking about different time periods.
I'm poor, but I'm not too poor to not have two pieces of paper to my name.

Q    Did you -- what's the second Facebook account you created?

A    That would have been after Unite the Right. I think it was a similar log-in name with the e-mail.

Q    And did you post content about National Socialist Movement on that Facebook account?

A    I can't recall.

Q    What did you post on that Facebook account?

A    I can't recall.

Q    Did you post anything related to white nationalism on that Facebook account?

A    I can't recall.

Q    Is it possible that you posted anything concerning the Unite the Right rally on that Facebook account?

A    I can't recall.

Page 129

M. HEIMBACH

Q    Is it possible you posted anything concerning Traditionalist Worker Party on that account?

A    I can't recall.

Q    Is it possible you posted anything concerning National Socialist Movement on that Facebook account?

A    I can't recall.

Q    Can you recall a single post that you made on that second Facebook account after the tub was thrown away?

A    No.

Q    When did -- was that account open?

A    I can't recall. But after the first one was deleted.

Q    Okay. So agree with me that sometime in the last year?

A    No. 2017. I mean, there was the fire storm that came down after Charlottesville, where basically everyone got banned from everything. So any things would have been post-Charlottesville, not necessarily the last year. I don't know.

Q    So you had two Facebook accounts prior to March of 2018?

33

Page 130

M. HEIMBACH

A    Like, ever?

Q    Yeah.

A    Two active accounts, no.

Q    What does that mean?

A    Because Facebook deleted the account, the primary account that I'd had since I was in high school.

Q    What's the second account?

A    It was under the same name with the same e-mail, so when I requested from Facebook to provide all information to Plaintiffs, that would have been covered.

Q    I'm sorry.  Say that again?

A    Well, when I requested from Facebook to provide you guys with all of the information in relation to accounts that were tied to the same gmail account that we've said a thousand times, that should have been --

Q    All the Facebook accounts that you had were tied to the same e-mail account?

A    I believe so, yeah.

Q    How many Facebook accounts did you have?

A    I think two.

Q    And it's your testimony that it's

Page 131

M. HEIMBACH

possible that both accounts could -- withdrawn.

It's possible that both accounts included information concerning the events at issue in this case, right?

A    No, not necessarily.

Q    Is it possible that both accounts included information concerning the events at issue in this case?

A    I can't recall, so I can't be certain.

Q    So the answer to my question is, yes, it's possible?

A    No, because I feel like that's a yes, and I really can't recall.

Q    You're familiar with the social media platform Gab?

A    Yeah.

Q    And users on Gab can send messages that are public, right?

A    Yes.

Q    And messages that are private?

A    Yes.

Q    You had a Gab account?

A    Yes.

Q    When did you create your Gab account?

Page 132

M. HEIMBACH

A    I can't recall.

Q    It was prior to Unite the Right, correct?

A    I don't recall.

Q    Well, your user name on Gab was @MatthewWHeimbach, right?

A    I can't recall.

Q    Could you look at Exhibit 7.

A    Seven.

Q    You agree, Mr. Heimbach, that on your sworn interrogatory responses you stated that you had an account on Gab that you used to communicate about the events at issue in this case?

A    Yes.

Q    And that the user name was MatthewWHeimbach, right?

A    Yup.

Q    When you create a Gabin account -- withdrawn.

When you create a Gab account, do you associate it with an e-mail address?

A    Yes.

Q    And that's to be able to retrieve your user name and password if you lose it?

A    Yes.

Page 133

M. HEIMBACH

Q    And what e-mail address did you use?

A    Matthew.w.heimbach@gmail.com.

Q    And you had your own log-in and password to your Gab account?

A    Yes.

Q    Other than @Matthew.W.Heimbach, did you have any other Gab accounts?

A    I don't believe so.

Q    You've only ever had one Gab account in your life?

A    I think that was my user name.  I don't know.  I might have had two.  I don't recall.

Q    What sort of content did you post on Gab about Unite the Right?

A    I don't recall.

Q    Could it have included planning about Unite the Right?

A    I don't recall.

Q    Is it possible you posted content on your Gab account concerning how people should behave at Unite the Right?

A    I don't recall.

Q    Did you send private messages on Gab?

A    I don't recall.

34

Page 134

M. HEIMBACH

Q    Were you in any groups on Gab?

A    I don't recall.

Q    Was there a group devoted to Charlottesville?

A    On Discord -- I don't know about Gab.

Q    In 2017, you agree with me that you had hundreds of followers on Gab?

A    I don't recall.

Q    Do you recall -- do you recall anything about your Gab account?

A    Not a whole lot.

(Heimbach Deposition Exhibit No. 16 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit No. 16.

Is this a screen shot of your Gab account?

A    Yup.

Q    And where was that photo taken?

A    Charlottesville.

Q    At the Unite the Right rally?

A    Yes.

Q    And you agree that you had 409 followers

Page 135

M. HEIMBACH

at that time?

A    Yes.

Q    Who took that photo?

A    I don't know.

Q    How did you get it to your Gab account?

A    I don't recall.

Q    Did you upload it?

A    Yes.

Q    From where?

A    I don't recall.

(Heimbach Deposition Exhibit No. 17 was marked for the record.)

BY MR. BLOCH:

Q    And I'm showing you Exhibit 17.

Is this a screen shot of something you posted on Gab?

A    It looks like.

Q    Is it?

A    Yes.

Q    And you posted on Gab:  Quote, Christopher Cantwell being denied bail over his political briefs -- withdrawn.

Christopher Cantwell being denied bail over his political beliefs is proof that we live in

Page 136

M. HEIMBACH

Weimerica.  Please support Chris and all the men behind the wire.

And then you wrote:  You can write Chris at Christopher Cantwell, Number 631424, 160 Peregory Lane, Charlottesville, Virginia 22902.

And then you posted a link on YouTube. Correct?

A    Yes.

Q    You posted that?

A    Yes.

Q    Did you write Chris Cantwell letters while he was in jail?

A    I can't recall.

Q    It's possible?

A    Possible.

Q    Where are those letters?

A    I don't know.

Q    Is your Gab account still active, Mr. Heimbach?

A    No.

Q    What happened to it?

A    Oddly enough -- and it's not the best -- but a similar argument situation broke out and my Gab account was deleted, which I did, however, e-mail Gab

Page 137

M. HEIMBACH

and I contacted Defendant Parrott to directly contact Andrew Torba, the head of Gab, to try and recover the information.

Q    So can you tell us how your Gab account was deleted?

A    Yes, I mean, my now wife was, again, mad at me over a silly argument and she knew that I invested a lot of time in Gab, and she had deleted it.

Q    When you say you invested a lot of time in Gab, what do you mean?

A    I spent a lot of time posting.

Q    And despite the fact that you invested a lot of time in Gab, you can't recall a single post you ever posted on Gab?

A    Besides the ones you're showing me.

Q    And when did this argument happen with your wife?

A    I don't recall.

Q    And when you say your wife, who are you referring to?

A    Jessica.

Q    Well, approximately, when was your Gab account deleted?

35

Page 138

M. HEIMBACH

A    Last -- I don't recall.  You guys would probably know better than me.

Q    Last what?

A    I don't recall.

Q    Was it in 2018?

A    Potentially.

Q    Well, when did -- it was after Jessica Parrott became your wife, right?

A    No.

Q    Well, didn't you say your wife deleted your account?

A    Well, she's my wife now.

Q    Was it after you had separated from Brooke Heimbach?

A    Yes.

Q    And were you living with Jessica Parrott at the time?

A    At that time, yes.

Q    And so when did you move in with Jessica Parrott?

A    I don't recall.

Q    You don't recall when you moved in with your wife?

A    No.

Page 139

M. HEIMBACH

Q    You agree with me that it happened in the last year, right?

A    Not necessarily.

Q    Well, you were arrested for domestic violence against Brooke Heimbach in March of 2018, right?

A    Right.

Q    And were you living with Jessica Parrott at the time?

A    No.

Q    So you moved in with Jessica Parrott sometime after March of 2018, right?

A    Right, which wouldn't -- it'd just be a year.

Q    Okay.  But it's your testimony that, despite the fact that you moved in with your current wife sometime in the last year and about six months, you don't remember when that was?

A    No.  But I do remember her birthday, so I get points for that.

Q    So is the answer to my question, no?

A    No.

Q    And so how long after you moved in with Jessica Parrott did she delete your Gab account?

Page 140

M. HEIMBACH

A    I don't recall.

Q    Well, what was the argument that led to it?

A    I don't recall.

Q    How do you recall -- do you recall anything about this incident where your wife, you say, deleted your Gab account?

A    No.

Q    Are you even sure that that's how your Gab account got deleted?

A    I'm pretty sure.

Q    But not totally sure?

A    Pretty sure.

Q    Can you say with certainty that Jessica Parrott deleted your Gab account?

A    Not with a hundred percent.

Q    So it's fair to say you're not entirely sure how your Gab account got deleted, right?

A    Yes.

Q    And yet, you claim to have some recollection of an argument that led to Ms. Parrott deleting your Gab account?

A    I believe so, yeah.

Q    But you're not sure?

Page 141

M. HEIMBACH

A    It was a long time ago.  Do you remember every argument you've ever had with a spouse or when you guys moved in together?

Q    Did Jessica Parrott have access -- well, withdrawn.

How did Jessica Parrott have access to your Gab credentials?

A    Well, I was auto logged in, so, I mean, I guess hypothetically, we had had numerous house guests as well, so I mean --

Q    I'm not asking for hypotheticals, Mr. Heimbach.

A    You've asked a lot of hypotheticals.

Q    Did Ms. Parrott have access to your Gab credentials?

A    Anyone who entered my home would have had access, yeah, because it was logged in.

Q    I see.  So you just left your computer open with your social media accounts open to anybody who happened to come in your house; is that your testimony?

A    I lived in a holler.

Q    I'm sorry?

A    I lived in a holler.  Not a whole lot of

36

Page 142

M. HEIMBACH

people coming up there.

Q    So the answer to my question is, yes, you left your computer open and with the --

A    Yes.

Q    -- social media account open to anybody who wanted to come use it?

A    Yes.

Q    And your testimony is that Jessica Parrott, in response to some argument, decided to delete your Gab account, right?

A    I believe so.

Q    But you don't know?

A    Love's a messy thing.

Q    At any time -- what did you do when you learned that your Gab account -- well, do you recall learning that your Gab account was deleted?

A    Yeah, when I tried to go to it.

Q    And when was that?

A    After it was deleted.

Q    And when was that?

A    I don't recall.

Q    And when you learned it was deleted, what did you do?

A    Contacted Defendant Parrott to see if he

Page 143

M. HEIMBACH

could get Andrew Torba to restore the account and retrieve the data.

Q    And how did you contact Mr. Parrott?

A    I don't recall.

Q    Did you ever contact -- well, was Mr. Parrott or Mr. Torba able to restore your Gab account?

A    Mr. Torba was not.

Q    Did you speak to him?

A    No.

Q    So how do you know he was not able to?

A    I believed Mr. Parrott.

Q    I see.  So you spoke to Mr. Torba through Mr. Parrott?

A    Well -- yes.

Q    Why didn't you contact Mr. Torba directly or write to Gab and ask them to restore your account?

A    I believe I might have sent an e-mail, in which point then I contacted Defendant Parrott to go in the back end.  And, you know, Mr. Torba is a fellow nerd and tech guy.

Q    When did you contact Mr. Parrott about this?

A    I don't recall exactly.

Page 144

M. HEIMBACH

Q    Was it in 2018?

A    Yes.

Q    Was it mid 2018?

A    I don't recall.

Q    Who is Andrew Torba?

A    The CEO of Gab.

Q    Do you know him personally?

A    No.

Q    Does Mr. Parrott?

A    To some extended degree, I believe.

Q    But you were in communication with Mr. Parrott in 2018?

A    Yes.

Q    Did you ever report to the Court that your Gab account had been deleted?

A    I didn't know I had to.

Q    Did you ever report to the Court that your Gab account had been deleted?

A    No, because I didn't know I had to.

Q    Did you ever report to Plaintiffs that your Gab account had been deleted?

A    No, because I didn't know I had to.

Q    Did you report to anybody, other than Mr. Parrot, that your Gab account had been deleted?

Page 145

M. HEIMBACH

A    I mean, the CEO of the company in question, you know.

Q    You spoke personally with Mr. Torba?

A    Well, no, I'm saying I relayed a message through Mr. Parrott.  So --

Q    Okay.  So my question is:  Did you ever speak to anybody other than Mr. Parrott about the fact that your Gab account had been deleted?

A    I don't believe so.

Q    Prior to your Gab account being deleted, did you ever take any screen shots of the content that concerned Unite the Right?

A    I didn't know I had to.

Q    Did you ever take screen shots of the content that concerned Unite the Right?

A    No, because I didn't know I had to.

Q    You didn't know in 2018 that you had an obligation to preserve the content of the documents that you created that concerned Charlottesville; is that your testimony?

A    Well, no, but I'm saying I didn't know I had to take screen shots of all my posts.  That seems like an arduous burden.

Q    Did you take any step at all to preserve

Page 146

M. HEIMBACH

the content of your Gab account before it was deleted?

A    Not that I can think of.  I don't know what form that would exactly take.

Q    Do you -- withdrawn.  Did you understand -- withdrawn.

Is it your testimony that you did not understand, in 2018, that you had an obligation to preserve the content of your documents concerning Charlottesville?

A    I had not fully evaluated the -- if you guys have it off the top of your head, what the number was.

Q    Do you mean the requests for production?

A    Indeed.

Q    And nobody told you prior to -- nobody told you at any time -- withdrawn.

Did anybody tell you at any time that you had an obligation to preserve your documents?

A    I don't recall.

Q    You don't recall anybody ever telling you that you had an obligation to preserve documents in this case?

A    I don't recall.

Page 147

M. HEIMBACH

Q    Did Mr. Kolenich ever tell you that you had to preserve documents?

A    I don't recall all of our conversations, no.

Q    Mr. Heimbach, when you say -- well, you -- you claim that you reached out to Mr. Torba through Mr. Parrott in 2018, right?

A    I believe so, yes.

Q    And was it your understanding, in 2018, that Mr. Torba was not able to recover the content of your Gab account?

A    That was my understanding.

Q    And you learned that sometime in 2018, right?

A    Yes.

Q    On July 7th, 2019, did you send me an e-mail with a screen shot of a request to Gab?

A    I believe so.

Q    And that was a request that you made to Gab sometime in the last two months, right?

A    Yes.

Q    And you sent Plaintiffs a screen shot of that request to Gab to show your efforts to recover your Gab account, right?

Page 148

M. HEIMBACH

A    Yeah.

Q    And isn't it true that at the time sent that screen shot to Gab, you already knew that Gab was not able to recover the content of your account?

A    It's a constantly changing company.  I thought it was worth another shot to be as cooperating as possible with the process.

Q    So when you sent the e-mail to Gab recently, you had already learned from the CEO of the company that your account was not recoverable, right?

A    I attempted to do it directly to show a good faith effort.

Q    I need you to answer my question.

When you sent the e-mail to Gab in the last couple months to purportedly attempt to recover the content of your account, you had already heard from the CEO of the company that the content was not recoverable, right?

A    Well, I'm essentially a tech Luddite, so I thought I would give it another shot.  I didn't know, maybe things had changed.

Q    I need a yes or no to that question.

Did you understand from Mr. Torba that the content from your Gab account was not recoverable

Page 149

M. HEIMBACH

at the time you recently sent Gab another e-mail?

A    Well, again, things could change.

Q    You're not going to answer that question?

A    No, but I feel like you're not listening, where it's always worth another try, isn't it?  With expanding infrastructure, the fund raising they've done.

Q    Is Mr. Torba still the CEO of Gab?

A    I don't know.  I think so.

Q    Did you ever receive a response from your recent e-mail to Gab?

A    Yes.

Q    What was the response?

A    That it was not recoverable.

Q    When did you receive that?

A    Whenever I sent you the screen shot.  I think it was the same day or within a close period.

Q    You have an e-mail in your gmail account right now from Gab that says the account is not recoverable?

A    I believe so.

Q    I'm going to ask that you produce that e-mail.

A    Okay.

Page 150

M. HEIMBACH

Q    Are you familiar with the Daily Stormer?

A    Unfortunately.

Q    And why do you say unfortunately?

A    I mean, Andrew Anglin's part of my language, but he's an asshole.

Q    And is the Daily Stormer a white nationalist message board?

A    No, I would more put that in the white supremacist category, which is very different.

Q    And you can post comments to things that are posted on the Daily Stormer, right?

A    Once upon a time, yes.  They've changed their process, I believe.

Q    Okay.  Well, you had an account on Daily Stormer, right?

A    Yes.

Q    And your user name on that account was MatthewHeimbach, right?

A    I guess.  I don't know.

        (Heimbach Deposition Exhibit No. 18 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit 18. Do you see that?

Page 151

M. HEIMBACH

A    Yes.

Q    And is that a screen shot of a posting that you made on Daily Stormer?

A    Yeah.  Very sad.  I had a misspelling in this, so that's kind of embarrassing.

Q    And your account name on Daily Stormer was MatthewHeimbach, one word, right?

A    Yes.

Q    And did anyone else have access to your account to post content on the Daily Stormer?

A    I don't believe so.

Q    And you posted what we see in Exhibit 32 --

A    Yes.

Q    Sorry.

        You posted what we see in Exhibit 18, right?

A    Yes.  You're getting ahead of yourself.

Q    I suspect we'll get there.

        And you agree with me that you posted content to the Daily Stormer that concerned Unite the Right, right?

A    I guess.  I hadn't even remembered that I posted on the Stormer up until this moment.  It's

Page 152

M. HEIMBACH

kind of a blast from the past.

Q    Well, other than that -- well, that particular post states that you were not the lead organizer, right?

A    That is true.

Q    And that's about Charlottesville, right?

A    Yes.

Q    And what else did you post in relation to Charlottesville?

A    I don't know.

Q    When did you open your account on Daily Stormer?

A    I don't know.

Q    And can you send private messages on Daily Stormer?

A    I don't know.

Q    You don't know?

A    Uh-uh.

Q    You agree with me that you posted the -- withdrawn.

        You agree with me that you opened the account on Daily Stormer prior to the Unite the Right event?

A    I assume so.

Page 153

M. HEIMBACH

Q    Isn't that a fair inference from the post?

A    Well, yeah, but I'm not exactly sure of the date, so --

Q    Do you still have access to your Daily Stormer account?

A    I don't believe so.

Q    And when is the last time you logged on to Daily Stormer?

A    It's been a long time.  I don't recall. I mean, I can try.

Q    Well, Daily Stormer requires credentials to log into, right?

A    Yeah, I think it's not -- I don't really recall.  It might be -- I think it's another -- well, at the time, I believe it was a different service to make comments on news articles that they were using. But they've changed formats several different times, so I can't really recall the set-up process.

Q    When -- but do you know if you have access to content on the Daily Stormer?

A    No.

Q    Is your -- withdrawn.

        Is your Daily Stormer account active?

39

Page 154

M. HEIMBACH

A    I don't know.

Q    You didn't check your Daily Stormer account when you were asked to produce documents in this case; is that true?

A    I didn't even remember that I had a Daily Stormer commenting account.

Q    So the answer to my question is, no, you had never checked the Daily Stormer account to attempt to produce responsive content in this case?

A    No.  I mean going back over a year, I didn't even think about it.

Q    Mr. Heimbach, I'm going to need you to answer my question.  You can provide an explanation if you want.

Did you check the Daily Stormer account at any point to see if there was responsive content in relation to this case?

A    No, but I'd be happy to do so going forward, if it's still available.

Q    Have you taken any steps at all to preserve the content of what you posted on the Daily Stormer about Unite the Right?

A    No, because I had forgotten I even had a commenting out there.

Page 155

M. HEIMBACH

Q    Did you have a YouTube account?

A    Yes.

Q    And you need credentials to get into your YouTube account, right?

A    Yes.

Q    Did anyone else have access to those credentials?

A    No.

Q    When did you open your YouTube account?

A    I can't recall, but it's been a while.

Q    You had videos on your YouTube account, right?

A    Yes.

Q    You agree with me that you opened your YouTube account prior to Unite the Right, right?

A    Yes.

Q    And your YouTube account had videos that concerned Unite the Right, right?

A    No, I can't recall.

Q    Is it possible that your YouTube account had videos that concerned Unite the Right?

A    I really don't think so, given that the Traditionalist Worker Party had a YouTube account where content like that would have been posted.

Page 156

M. HEIMBACH

Q    So you had -- there were videos of you discussing Unite the Right on the Traditionalist Worker Party YouTube account, right?

A    I can't recall specifics, but I never had credentials, to the best of my knowledge, to said YouTube account.

Q    You're saying you never had credentials to the Traditionalist Worker YouTube account?

A    I don't believe so.

(Heimbach Deposition Exhibit No. 19 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 19.

Do you recognize that?

A    Yes.

Q    What is that?

A    It's a picture of me doing a video.

Q    And what's the video about?

A    Unite the Right.

Q    And where was that posted?

A    The Traditionalist Worker Party YouTube, not mine.

Q    Was that video also posted on your YouTube account?

Page 157

M. HEIMBACH

A    I can't recall.

Q    What videos were posted on your YouTube account?

A    I think there were a few of me talking.

Q    About?

A    White nationalism.

Q    Any talking about Traditionalist Worker Party?

A    I can't recall.  Primarily, because all of our content was going on the official Traditionalist Worker Party YouTube account.

Q    Well, what videos did you post on your YouTube account that concerned white nationalism?

A    I gave a speech at the Council of Conservative Citizens in Maryland in 2014, maybe.  I gave a speech at Camp Camaraderie on behalf of the Traditionalist Youth Network, which is a separate organization, back in 2014, I believe.  Not a whole lot.

Q    Do you agree with me that you posted videos that concern the National Socialist Movement?

A    No.  I don't recall any.

Q    Can you testify with any certainty that there was never a video on your YouTube account that

Page 158

M. HEIMBACH

concerned the events at issue in this case?

A    I can't recall.  You'd probably know better than I would.

Q    Prior to the videos being uploaded to your YouTube account, where were they?

A    To my YouTube account?  In different formats.  I had filmed a talk in Indiana University, in Bloomington, in 2014, which isn't even about white nationalism.  That was on a really cruddy camera that I had that I ended up losing in Weinheim, Germany, which was pretty lame.

But I can't recall in terms of my YouTube account because we didn't really use it for party business.

Q    Do you still have access to your YouTube account?

A    Yes.

Q    Are there still videos on your YouTube account?

A    A lot of them got taken down, I believe, by YouTube.

Q    When?

A    I mean, over the last -- I don't know -- I think -- I never really uploaded very much to it.

Page 159

M. HEIMBACH

So they're there, I believe.  Another third-party vendor has the credentials through my Google account to access it.

Q    What does that mean, through your Google account?

A    Well, because it's the same credentials because they're the same company.

Q    Did you list your YouTube account on your certification you filled out in this case?

A    No, because I don't believe there was anything in relation to the subject at hand.

Q    Did you ever check the content of the videos on your YouTube account to see if there's anything in relation to the subject at hand?

A    When I have, I hadn't seen anything.

Q    My question is:  Did you ever check?

A    Yes.

Q    When?

A    I can't recall.

Q    Approximately?

A    I don't know.  In the last couple of months.

Q    And you have access to your account right now?

Page 160

M. HEIMBACH

A    Yeah.

Q    And it still has videos on it?

A    I believe so.

Q    Any problem with us taking a look at it during the break?

A    No, that's fine.

Q    Did you have credentials to the TWP YouTube account?

A    I don't believe so.

Q    It's possible?

A    Hypothetically.

Q    But you agree with me that that account had -- had -- withdrawn.

The Traditionalist Worker Party YouTube account had content related to Unite the Right, right?

A    Yes, but I don't believe I ever had the credentials for it.

Q    So the answer to my question is, yes, right?

A    Yes.

Q    And do you know if that account still exists?

A    I have no idea.  That would be in

Page 161

M. HEIMBACH

Defendant Parrott's wheelhouse.

Q    And you're in communication with him, right?

A    I could be, if you want me to be.

Q    My question is:  Are you in communication with Defendant Parrott?

A    On a regular basis, yes.

Q    Did you ever ask him for Unite the Right related videos from the YouTube account in connection with your production efforts in this case?

A    Considering it wasn't my account, no, I don't believe so, but I can't recall.

Q    What is therightstuff.biz?

A    It's a website that hosts articles and podcasts.

Q    And you had credentials to that website, right?

A    Once upon a time.

Q    When?

A    Back when they had a forum, that they deleted.

Q    When was that?  I need a date.

A    I can't recall.

Q    Can you tell me a year when you had

41

Page 162

M. HEIMBACH

access to therightstuff.biz?

A    2017, maybe.

Q    And do you still have an account on therightstuff.biz?

A    They deleted their forum, so I don't believe anyone has any accounts.

Q    So do you still have an account on therightstuff.biz?

A    I don't believe so because they deleted their forum.

Q    You agree with me that there is content on therightstuff -- withdrawn.

There's content on therightstuff.biz that you have access to -- withdrawn.

A    No.

Q    Do you agree that there is content on therightstuff.biz that you had access to that concerned the Unite the Right event, right?

A    I can't recall.

Q    Did you post podcasts to therightstuff.biz?

A    I never posted the podcasts.

Q    Did you do podcasts that got posted to therightstuff.biz?

Page 163

M. HEIMBACH

A    Yeah, but I never posted them.

Q    And you agree that some of those podcasts concerned the events at issue in this case, right?

A    Potentially.

Q    You don't recall, as you sit here today?

A    I don't.  It's been a minute.

(Heimbach Deposition Exhibit No. 20 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 20.

Is this a screen shot of therightstuff.biz?

A    Yes.

Q    And is there a -- and this was something you had access to at one point, right?

A    I don't believe so.

Q    This is a post from February 2018?

A    Yeah -- well this isn't the forum.  The forum was a separate thing.

Tony Hovater was the one who handled uploading all the files, and I believe he had credentials.  I don't recall ever having them.

Q    Well, this shows a podcast that you and Tony Hovater were in, correct?

Page 164

M. HEIMBACH

A    Yes.

Q    And that podcast discusses the events at issue in this case, at some level, right?

A    I don't recall.

Q    Well, you agree that this podcast discusses the lawyer that you had in this case?

A    I assume so, based on the -- based on this.  I don't recall the episode.

Q    Okay.  And does this post from therightstuff.biz also include, on the next page, a message that says, Help Out Our POWs?

A    Yes.

Q    And the POWs are Alex Ramos, James Fields, Jake Goodwin and Daniel Borden and William Planer, right?

A    Yes.

Q    And you agree that some of those folks are related to the Unite the Right event, right?

A    Yes.

Q    And are you saying that you didn't have access to make comments on this posting?

A    I don't recall.  I assume there's going to be some.  Oh, there we go.

Yeah, I guess I did.  I just don't

Page 165

M. HEIMBACH

recall.

Q    Okay.  But you agree with me that you had a -- log-in credentials to therightstuff.biz that allowed you to make comments that concerned the Unite the Right; isn't that true?

A    I suppose.

Q    Well, do you agree -- you see a -- on page four, there's a post by you, right?

A    Yeah.  I don't wrote exactly know the specifics of what commenting required in terms of if it was a third-party service or if it was posted on hosted on the site.  I can't recall.

Q    Did you have the account Heimbach on therightstuff.biz?

A    I don't recall, but I assume so based on this.

Q    Well, nobody else had access to your rightstuff.biz credentials, right?

A    I don't believe so.

Q    So do you agree with me that you posted this comment that we see in Exhibit 20?

A    Sure.  Yes.

Q    And you agree that this comment falls under a comment thread about an episode of the

42

Page 166

M. HEIMBACH

podcast that, in some part, concerned Unite the Right, correct?

A    Sure.

Q    Do you still have access to your rightstuff.biz account?

A    I don't believe so, because the mobs of therightstuff deleted all the Action podcasts, their forum and associated accounts, I believe, but that would be, you know, on them.

Q    When did that happen?

A    Right after this episode aired, actually, in terms of deleting all the content off.

Q    And this -- how did you become aware that that happened?

A    I don't recall.

Q    Did you get an e-mail about it?

A    I don't recall.

MR. BLOCH:  Can somebody on the phone go on mute?  There's a lot of noise coming through the speaker.  So if somebody who is making all noise --

MR. DINUCCI:  I was on mute.  It wasn't me.

MR. BLOCH:  Okay.

Page 167

M. HEIMBACH

BY MR. BLOCH:

Q    Did you write the content on that post, Help Our -- Help Out Our POWs?

A    No, Tony Hovater did, because he was the one who posted it, as you can see on page one.

Q    And Tony Hovater was a member of Traditionalist Worker Party, right?

A    Yes.

Q    Did you take any steps to preserve the content of what was posted on therightstuff.biz, ever?

A    Well, I didn't exactly plan on them deleting all the content out of hand, so no.  I was under the assumption that the content would remain where it was and continue to be expanded upon.

Q    Did you ever alert your attorney to content that was on rightstuff.biz that was responsive to this case?

A    No, because I had forgotten that these even existed.

Q    Are you aware of any steps taken by you or any counsel to preserve any of the content from therightstuff.biz?

A    Well, considering I didn't post this, I

Page 168

M. HEIMBACH

figured that would fall under Tony Hovater, so no, I didn't.

Q    Are you aware of whether Mr. Tony Hovater took any such steps?

A    No idea.

Q    What is Iron March?

A    It is a former forum.

Q    And it's a social media network, right?

A    Well, yeah, it was.

Q    And you read Iron March?

A    Well, it doesn't exist anymore, so --

Q    You have read Iron March?

A    Yes.

Q    And you had an account on Iron March, right?

A    Yes.

Q    And you posted content on Iron March, right?

A    Yes.

Q    And you posted content that concerned the events at issue in this case, correct?

A    I can't recall.

Q    And that's because you don't recall any of the content you posted on Iron March?

Page 169

M. HEIMBACH

A    No.

Q    Is that correct?

A    Yeah, I don't recall.

Q    So it's possible that you posted content that concerned the events at issue in this case on Iron March, right?

A    I don't recall.

Q    Do you agree with me that you posted content on Iron March concerning Traditionalist Worker Party?

A    I don't recall any of my posts.

Q    So it's possible that you posted content concerning Traditionalist Worker Party on Iron March, right?

A    I could have posted things about Big Foot, I suppose.

Q    In addition to things -- did you post things about Big Foot?

A    I can't recall.

(Heimbach Deposition Exhibit No. 21 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 21.  This is a shot of some posts from

43

Page 170

M. HEIMBACH

Discord, including posts by you, correct?

A    Let me take a look at it.

It looks like.

Q    And the third post from the bottom is somebody named Estalia. And Estalia wrote on May 23rd, 2017: Quote, The TWP does some really neat stuff and I've really enjoyed your posting on IM, Matt. I'm glad to be here.

Do you see that?

A    Yes.

Q    And then two posts down, you wrote, on May 23rd, 2017, approximately 25 seconds later: Glad to have you here. Getting our Discord up and running and regional coordinators is going to make us much more effective on a national level.

Right?

A    Yup.

Q    And you believe that Estalia is referencing a post that you made on Iron March?

A    I assume so.

Q    Because IM is, most likely, Iron March right?

A    Most likely.

Q    Does that refresh your recollection that

Page 171

M. HEIMBACH

you've made posts on Iron March that concern the Traditionalist Worker Party?

A    No.

Q    Do you still have access to your Iron March account?

A    No, because the individual who created Iron March deleted everything and is off living his best life somewhere in the Russian Federation.

Q    And who is that that created Iron March?

A    Slavaros.

Q    And are you -- do you know Slavaros?

A    No.

Q    How do you spell Slavaros?

A    S-L-A-V-A-R-O-S.

Q    And when did Slavaros delete the content to Iron March?

A    I can't recall. I mean, it was in the news. I'm sure you can just look it up.

Q    Can you give us a year?

A    No.

Q    Was it after Unite the Right?

A    I can't recall.

Q    Did you take any steps at any time to preserve the content of what you posted on Iron

Page 172

M. HEIMBACH

March?

A    Well, I didn't really expect the fellow to have a nervous breakdown and delete everything. So the answer would be, no.

Q    Are you familiar with PayPal?

A    Yes.

Q    What's PayPal?

A    It's a fund transferring site.

Q    And you had a PayPal account, right?

A    Many moons ago.

Q    Well, you had a PayPal account before Unite the Right Charlottesville, right?

A    I can't recall.

(Heimbach Deposition Exhibit No. 22 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 22. And that's a Gab post that you made, right?

A    I guess, yeah.

Q    Is it?

A    Yes.

Q    And you wrote on Gab: After Cville, my PayPal account was shut down sadly. We are opening a new P.O. Box in the next few days actually, so I'll

Page 173

M. HEIMBACH

keep you posted. Thank you, Comrade. P.S. Be sure to check your spam filter. My hatreon confirmation ended up there.

Did you write that on Gab?

A    I believe so.

Q    Did you?

A    Yes.

Q    And Cville means Charlottesville, right?

A    Indeed.

Q    And so, what were you referring to when you said, After Cville my PayPal account was shut down sadly?

A    I don't remember if this was a 32 account or one that was related to the Traditionalist Worker Party. I can't recall.

Q    But you agree that you had a PayPal account that was open before Charlottesville, right?

A    I can't recall but, based on this, I would assume so.

Q    And did you raise money on PayPal for Unite the Right?

A    I don't recall.

Q    You don't recall that?

A    No.

Page 174

M. HEIMBACH

Q    Did you raise money on the Traditionalist Worker Party PayPal account for Unite the Right?

A    I don't recall.

Q    Do you have any recollection as to how you raised money for Unite the Right?

A    No.

Q    Did you raise money for Unite the Right?

A    I don't recall.

Q    Do you recall anything about -- withdrawn.

A    However, based upon infrastructure, that would probably be a question for Mr. Parrott.

Q    Do you agree with me that on PayPal, when somebody sends funds, they can include messages with the funds, right?

A    I don't recall.

Q    Do you -- you don't recall how PayPal works?

A    No.

Q    Do you still have a PayPal account?

A    No.

Q    Do you recall if there were messages sent over your PayPal account that concern Unite the Right?

Page 175

M. HEIMBACH

A    I don't recall.

Q    Do you agree that it's possible?

A    Anything is possible.  This is America.

Q    Did you make any efforts to check whether your PayPal account had content concerning Unite the Right?

A    The -- any of the PayPal accounts, I believe, were shut down by PayPal themselves, so I don't believe there was an opportunity.

Q    Did you reach out to PayPal and see if you could recover the content from your PayPal account?

A    Well, until this moment, I had forgotten a PayPal had even existed, but I would be happy to do that.

Q    So is the answer to my question, no?

A    No, I hadn't even thought about PayPal in a very long time.

Q    Mr. Heimbach, when you filled out your interrogatory response on Exhibit 7 that asked you to list the social media accounts that had responsive content, what did you do to determine which social media accounts you had used that include responsive content?

Page 176

M. HEIMBACH

A    Oh, I just thought of it off the top of my head.

Q    How long did you spend on it?

A    Oh, ages.  No.  I don't know.  I can't recall.

Q    Seconds?

A    I can't recall.  Time is a relative thing.

Q    Did you have a Hatreon account?

A    I believe so.

Q    Did you raise money on your Hatreon account for Charlottesville?

A    I don't recall.

Q    Was there a GoyFundMe account?

A    Possibly.

Q    You don't recall whether there was a --

A    I believe I did, I just don't recall if anything had actually been funded.

Both Hatreon and GoyFundMe, along with numerous other fund-raising platforms, were all shut down, had their credit card processing blocked, very flash in the pan sort of things.  So, I don't recall.

Q    You agree you did have a GoyFundMe account, correct?

Page 177

M. HEIMBACH

A    I believe so.

Q    And did you raise money on your GoyFundMe account for Unite the Right?

A    I don't recall.

Q    And the GoyFundMe account includes a messaging function?

A    I don't recall.

Q    Do you recall anything about GoyFundMe?

A    Only that it lasted a very short period of time.

Q    Well, you agree with me that it was still in existence -- withdrawn.

The GoyFundMe account that you had access to was still in existence in December of 2017, right?

A    I don't recall.

(Heimbach Deposition Exhibit No. 23 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 23, and just take a look at that.

A    Oh, now everybody is going to know I'm a Warhammer 40K nerd.

Q    I'm sorry?

A    It's a picture of a tech priest from the

45

Page 178

M. HEIMBACH

Warhammer 40K miniature gaming.

Q    You agree that these are -- this is a screen shot of posts that were made on Discord, including some by you, right?

A    Yes.

Q    And the first post is by somebody (H) Sterie Ciumetti, on December 23rd, 2017, right?

A    Yes.

Q    Do you know who that is?

A    Nope.

Q    And that person wrote:  What happened to GoyFundMe.

Right?

A    Uh-huh.

Q    And then you wrote, approximately one minute later, on December 23rd, 2017:  Temporarily down.  It will be back up shortly.

Right?

A    Looks like, yeah.

Q    Does that refresh your recollection that your GoyFundMe account was still in existence as of December 2017?

A    The website existed.  I don't recall about my specific account, though.

Page 179

M. HEIMBACH

Q    Well, isn't that what you were referring to in that post?

A    No, no.  The website itself.  The website was down.

Q    Now, you disclosed a Twitter account?

A    Uh-huh.

Q    In this case with the handle @MatthewW -- withdrawn.  Sorry.

You disclose a Twitter account with the handle @MatthewHeimbach, right?

A    Yes.

Q    Is that the only Twitter account you've ever had?

A    No.  I had one at some point earlier this year.  It didn't really get any traction.  Then I don't believe that I ever discussed anything involving Unite the Right or the aftermath or the planning or anything.

Q    Okay.  So let me unpack that.

You agree with me that you had an additional Twitter account to the @MatthewHeimbach, right?

A    Yes, which based upon the question, I do not believe had any content relation.

Page 180

M. HEIMBACH

Q    Okay.  And what was the handle for --

A    I think it was @MatthewHeimbach.

Q    Did you have an account that was @HeimbachMatthew?

A    It could have been that one, yeah.

Q    When did you create that account?

A    I don't recall.

Q    But you agree that it was active this year, right?

A    Yes.

Q    And are you saying you did not use that account to discuss anything concerning Charlottesville?

A    I don't believe so.

(Heimbach Deposition Exhibit No. 24 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit No. 24.  And is that --

UNKNOWN SPEAKER:  I'm sorry?

MR. BLOCH:  Was there a comment on the phone?

BY MR. BLOCH:

Q    Okay.  Mr. Heimbach, is that a screen

Page 181

M. HEIMBACH

shot of your Twitter account @HeimbachMatthew?

A    Yes.

Q    And is there a post by you at the bottom of the page?

A    There is.

Q    And does that post say:  Not abandoning the Cville POWs or my own guys that got caught in trouble?

A    Uh-huh.

Q    PF has had like ten guys arrested in the past year and it seems from all I've heard that they've been left to the wolves.

Right?

A    Uh-huh.

Q    And then it goes on?

A    Yeah.  Sad situation.

Q    And you posted that message on March 14th, 2019; isn't that true?

A    Looks like.

Q    And -- well, is that true?

A    Based on this, yes.

Q    And no one else had access to that Twitter account, right?

A    No.

46

Page 182

M. HEIMBACH

Q   And does Cville mean Charlottesville?

A   Yes.

Q   And does POWs means prisoners of war?

A   It does.

Q   And so who are these Cville POWs that you're referring to in --

A   The Ramos, Borden, Goodwin, Fields, whose cases had concluded.

(Heimbach Deposition Exhibit No. 25 was marked for the record.)

THE WITNESS:  Do you guys want to do like one more and I'll fill my the water bottle real quick?  Is that okay?

BY MR. BLOCH:

Q   Exhibit 25 I'm showing you, and is that something you posted on Twitter March 8th, 2019?

A   Yeah, it looks like.

Q   And did you write on Twitter:  Everyone post Cville:  Discord has publicly said that they are helping the SPLC and will leave all chats.  Let's stop using Discord?

A   Yes.

Q   What does Cville mean?

A   Charlottesville.

Page 183

M. HEIMBACH

Q   And is it your view that that Twitter account did not post any content -- withdrawn.

Is it your view that you did not post any content on that Twitter account that concerned Charlottesville?

A   Not in regards to what was outlined.  And based on my understanding of what was required, it was not about the planning or anything like that, or communications about the ongoing litigation.  It was -- this is a comment about Discord.

Q   Did the definition of concerning that we read earlier include anything that referred to Charlottesville?

A   Perhaps I misunderstood and, if so, that was an oversight.

Q   So you would agree with me that you have content on your second Twitter account that concerned Charlottesville, right?

A   I really think that's more of a fishing expedition, but we'll see where this goes.

Q   What's the answer to my question?

A   In regards to -- I mean, where I'd post a Blood Post or Yelp review based on the nice bistro in Charlottesville, would that be considered part of

Page 184

M. HEIMBACH

this?

Q   Did you write, Charlottesville Prisoners of War, referring to people that were arrested for violence that they were alleged to have committed at Charlottesville Unite the Right?

A   Yes.

Q   Do you still have that Twitter account?

A   No, I do not.

Q   And why not?

A   I was being post banned where no one was seeing any of my comments, so it just really wasn't worth the time.

Q   You agree with me that you deleted that Twitter account, right?

A   Yes, based on my understanding of the Plaintiffs' request that I had -- by deleting it, I was not violating any of the requests, because I did not discuss the case, I did not discuss anything other than the thing on Discord or the guys that were already sentenced and in prison that weren't even in Charlottesville anymore and needed support.  So --

Q   So just to be clear, the answer to my question is you deleted this Twitter account, right?

A   Based upon my understanding that I was

Page 185

M. HEIMBACH

not in violation of any requirements by the court.

Q   Is the answer to my question, yes?

A   Along with the addendum, but yes.

Q   And you did so after March of 2019, right?

A   That would be accurate.

MR. BLOCH:  Should we take a five-minute break.

THE WITNESS:  That would be great.

THE VIDEOGRAPHER:  We're going off the record.  The time is 11:33 a.m.

(Brief pause.)

THE VIDEOGRAPHER:  We're back on record in the deposition of Matthew Heimbach.  The time is 11:40 a.m.

BY MR. BLOCH:

Q   Mr. Heimbach, you're aware that the Court recently ordered you to submit consent forms to give us access to your Twitter accounts, right?

A   Yes.

Q   And you understood that you were required to give us consent to all your Twitter accounts that concerned Unite the Right, right?

A   Well like I had said, if I had

47

Page 186

M. HEIMBACH

misunderstood in relation to the secondary account, I simply misunderstood and would be happy to amend anything that needs to be amended.

Q    Right.  So let's just answer my question first.

You understood that you were required to give us content to all Twitter accounts that concerned the events at issue in this case, right?

A    That concerned the events, yes, which to my understanding was only the account that was in effect during the before and after period of Unite the Right.

Q    I'm sorry.  Say that again.

What was your understanding?

A    My understanding was that related to the account that was in use prior and post August 12th of 2017, because that would have had the relation to it. And I didn't understand that these would be considered falling under that umbrella.  I would be happy to remedy that.

Q    Why did you think these didn't fall under the umbrella?  Because they were created after Unite the Right?

A    No, because they weren't discussing with

Page 187

M. HEIMBACH

anyone about it and it wasn't even discussing the event itself.

Q    You agree with me that in the -- you did submit a Twitter consent form, right?

A    Yes.

Q    And you agree with me that you did not include your @MatthewHeimbach Twitter account, right?

A    No, @HeimbachMatthew.  I did include @MatthewHeimbach.

Q    I'm sorry.  You did include @MatthewHeimbach, right?

A    Yes.

Q    You did not include @HeimbachMatthew, right?

A    Yes, as I did not think that it fell under the Plaintiffs' filings.  But again, if that's an issue, I'd be happy to fix it.

Q    Are you familiar with 8chan?

A    I mean, I guess, yeah.

Q    Are you familiar with 8chan?

A    It has a website.

Q    And have you ever had an 8chan account?

A    I don't believe so.

If I had, that would be news to me.

Page 188

M. HEIMBACH

Q    Did you have an 8chan account, ever?

A    Not that I can recall.

Q    8chan requires -- in order to see the content that's posted on 8chan, you need to have an 8chan account?

A    No.

Q    You can see 8chan from anywhere?

A    Yes.

(Heimbach Deposition Exhibit No. 26 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 26.  And is this a Discord post -- withdrawn.

Is this a post that you posted on Discord on October -- sorry -- November 29th, 2017?

A    Yes.

Q    And did you write:  I have 8chan bitching that I pointed out the Russian Communist Party isn't Bolshevik anymore and it has basically NS policies but that meets --

And then there's a number?

A    Yes.

Q    Did you write that on October -- sorry -- on November 29, 2017?

Page 189

M. HEIMBACH

A    Yes.

Q    Does that -- what does that refer to?

A    I think that's probably in reference to articles and podcasts I've done, specifically with Dr. Matthew Raphael Johnson, on the Daily Traditionalist where we cover the Russian Communist Party.

I don't recall ever having an account or posting on 8chan, but they have posted forum threads about me, generally bitching about me.

Q    And, I mean, are you -- can you assure us with any level of certainty that you did not have an 8chan account?

A    I don't recall ever having one, but they've had multiple threads in relation to me, which I've been notified of and read.

Q    Have you ever had a 4chan account?

A    I don't believe so.

Q    Other than the social media accounts that we discussed, have you ever had any other social media accounts?

A    Not that I can think of.

Q    Now, you founded the Traditionalist Worker Party, right?

48

Page 190

M. HEIMBACH

A    Yes.

Q    And you were the chairman of it, right?

A    Uh-huh.

Q    And when was it founded?

A    2015, officially, I guess.

Q    And in 2017, who else, other than you, was in a leadership position in TWP?

A    Matt Parrott, Tony Hovater.  I guess that would be basically the brain trust.  Right?

Q    Anybody else?

A    Not that I can really think of.

Q    Derek Davis?

A    Yeah, but not like at the -- the top level.

Q    Okay.  But the answer is, yes, Derek Davis was in a leadership position in TWP?

A    Depends how -- you have to define leadership position.

Q    Jason Augustus?

A    I mean, he wasn't on our board or anything.

Q    Cesar Ortiz?

A    He wasn't on the board.

Q    Did TWP have a spokesman at or around

Page 191

M. HEIMBACH

time of Unite the Right?

A    I guess that would have been me.

Q    And when you sent messages on behalf of TWP about Unite the Right, how did you do so?

A    Generally through Mr. Parrott, in the ticket system.

Q    So you would send a message through the ticket system to Mr. Parrott?

A    No, not necessarily.  I could just -- you know, I'd walk over and tell him what I wanted said and then he would send it out.

Q    Meaning you would go to his house and he would type -- you would essentially dictate to him?

A    I mean, sometimes, yeah.  He lived next door.  It was pretty easy.

Q    Were there times where you sent Mr. Parrott e-mails that were on behalf of TWP, to be circulated?

A    Not that I can recall.

Q    Who else within TWP participated in planning for the Unite the Right rally?

A    In terms of, like, just the overall logistics?

Q    Any part of planning?

Page 192

M. HEIMBACH

A    That mostly would have been me and Parrott.

Q    How about Derek Davis?

A    Somewhat, I guess.

Q    Jason Augustus?

A    No.  His job was just to make pretty pictures.

Q    For Unite the Right?

A    Just in general.

Q    Did he also produce pictures or content of some sort that concerned Unite the Right?

A    I can't recall.

Q    Did -- was somebody in charge of propaganda?

A    I can't recall.  A lot of things were crowd funded, outside of even our organization.

Q    You're the chairman of the party, right?

A    Uh-huh.

Q    Is it fair to say Unite the Right is the biggest rally that TWP has attended, ever?

A    Yeah.

Q    And you can't recall -- and you know that you had people in charge of propaganda for the rally, right?

Page 193

M. HEIMBACH

A    I can't recall the specifics.

Q    You can't recall, as the chairman of TWP, whether you had somebody producing propaganda for the Unite the Right rally?

A    Well, I'm not a propagandist, so it would have been outside of my wheelhouse.

Q    You are the chairman of the party, right?

A    Uh-huh.

Q    So wouldn't propaganda fall within your wheelhouse?

A    No.  I'm primarily dealing with media and writing the newspaper.

Q    You?

A    Yeah.

Q    And so you don't know, as you sit here today, who produced propaganda for the Unite the right rally?

A    I can't recall.  Like I said, there were a lot of things created on the chans.  There were a lot of things created in the Discord by anonymous users.  There was a lot of content created by a lot of people that I don't know.

Q    But you did not have one person in charge or two people in charge of creating propaganda for

49

Page 194

M. HEIMBACH

the rally?

A    I don't recall.

Q    Do you recall anything about the planning of the Unite the Right rally?

A    Just primarily that we worked to network as much as possible with local and state police to ensure that we had a designated parking area and everyone could get in safe.  That was primarily the planning that happened.

Q    That's all you did to plan the Unite the Right rally, is coordinate with the police?

A    That's the most of it.  I can't really think of other specifics.  But you have a handy refresher.  That always helps.

Q    Cesar Ortiz, was he involved in any part planning Unite the Right?

A    I can't recall.

Q    Was he involved with logistics?

A    I can't recall.

Q    Tony Hovater, did he have any part in planning Unite the Right?

A    I can't recall.

Q    Are you still in touch with Tony Hovater?

A    We don't talk.

Page 195

M. HEIMBACH

Q    Why not?

A    I mean, friends can grow apart.

Q    Is that what happened?

A    Essentially.

Q    When?

A    I mean, over the last year.

Q    Is it fair to say that you communicated with Tony Hovater on regular basis in the lead-up to Unite the Right rally?

A    I can't recall.

Q    Can you recall communicating at all with Tony Hovater about Unite the Right rally?

A    No.  Basically all my communications were with Matt Parrott, that I can recall.

Q    Do you recall ever speaking to Tony Hovater?

A    Ever?

Q    Ever.

A    Well, I was in his wedding, so I'd hope so.

Q    When was that?

A    2017, maybe.

Q    Other than Matthew Parrott, Derek Davis, Jason Augustus, Cesar Ortiz, Tony Hovater, is there

Page 196

M. HEIMBACH

anyone else within TWP that had anything to do with planning the Unite the Right rally?

A    Not that I can think of.

Q    You'd agree with me that Derek Davis was referred to as Commander Davis on Discord, right?

A    If that was his handle, then that was his handle.

Q    Well, wasn't that his handle?

A    I don't recall.

Q    When is the last time you communicated with Derek Davis?

A    I believe over a year.

Q    How did you communicate with him?

A    I'm trying to think.  By phone, maybe.

Q    Text?

A    I might have spoken on the phone.

Q    What's his phone number?

A    (804)647-9011.

Q    He attended Unite the Right, right?

A    I mean, yeah, you've got the picture of him right behind me.

Q    So is the answer yes?

A    Yes.

Q    Jason Augustus, when's the last time you

Page 197

M. HEIMBACH

spoke to him?

A    Over a year.

Q    What's his phone number?

A    He didn't have one last time.

Q    Do you have a phone number for him in your phone?

A    I don't know.  (812)777-2091.
     Should I just keep this out?

Q    I think you're good.
     Who is Augustus Sol Invictus?

A    He's a former Libertarian candidate for Senate.

Q    Is he a different person from Jason Augustus?

A    Yes.  Both Roman pagans, though, so there's that.

Q    What's Tony Hovater's number?

A    You told me to put my phone away.

Q    Sorry.  One more.

A    (937)207-9718.
     Now can I put it away?

Q    Maybe one more.
     Are you familiar with Allison Denver?

A    No.

50

M. HEIMBACH

Q   Did TWP have a website?

A   Yes, tradworker.org.

Q   And when was that created?

A   2015, I guess.

Q   And who created it?

A   Matt Parrott.

Q   Who updated it and monitored it?

A   Matt Parrott.

Q   Do you agree that there's content posted on that website that concerned Unite the Right?

A   I assume so.

Q   Do you know?

A   Not off the top of my head.

Q   As the chairman of Traditionalist Worker Party, you don't know if there was anything posted to the Traditionalist Worker Party website that concerned Charlottesville?

A   I don't recall it.

Q   Did you ever look at the website?

A   Well, it's been down for over a year, so it's kind of hard to refresh the old neurons.

Q   My question was:  Did you ever look at the website?

A   I have, indeed, viewed the website

M. HEIMBACH

before.

Q   And is there content on there -- was there ever content on there that concerned Unite the Right?

A   I don't recall.

Q   Didn't you post content to the website?

A   Yes.

Q   Wasn't there a section on Traditionalist Worker Party website, tradworker.org, that was explicitly devoted to Unite the Right rally?

A   I can't recall.

(Heimbach Deposition Exhibit No. 27 was marked for the record.)

BY MR. BLOCH:

Q   I'm showing you Exhibit 27.

A   Uh-huh.

Q   This is a shot of Discord that includes posts by you, right?

A   It looks like.

Q   And on July 29, 2017, at 2:47 p.m., did you write on Discord:  And so everyone knows, please sign up at www.tradworker.org/Cville?

A   It looks like.

Q   Did you write that?

M. HEIMBACH

A   Yes.

Q   And what is Cville?

A   Charlottesville.

Q   And by Charlottesville, that means Unite the Right rally, right?

A   That would be accurate.

Q   And you agree with me that there was a section on the website devoted explicitly to Unite the Right rally?

A   I suppose so.

Q   And what was posted in that section of the website?

A   I can't recall.

Q   Were there instructions?

A   I can't recall.

Q   Was there a schedule?

A   I can't recall.

Q   Were there logistics?

A   I can't recall.

Q   Was there a code of conduct?

A   I can't recall.

Q   Is it possible that there was a code of conduct posted in the Charlottesville section of the tradworker.org website?

M. HEIMBACH

A   Matt Parrott would know.

Q   My question is:  Is it possible there's a code of conduct posted on the Cville section of tradworker.org?

A   I don't know.

Q   Do you have any recollection of any kind of content on the Cville section of the tradworker.org website that concerned Cville?

A   No.

Q   By that, I mean Charlottesville.

We need an answer for the record.

A   Oh.  I said no.

Q   Is that website still active?

A   I don't believe so.

Q   Do you know whether it is or isn't?

A   To the best of my knowledge, it isn't.

Q   And when did it become inactive?

A   I don't know.

Q   What makes you think it's not active?

A   Based on conversations with Matt Parrott.

Q   And what conversations?

A   Over the past year.

Q   What did Matt Parrott tell you about the website?

Page 202

M. HEIMBACH

A    He had fully archived all of the data to be able to present it to Plaintiffs, and it was currently taking a nap.

Q    It was what?

A    Taking a nap.

Q    What does that mean?

A    Well, the site was down.

Q    Why is it down?

A    Because the Traditionalist Worker Party isn't an active organization at this moment, due to ongoing litigation, among other things.

Q    So it's your understanding that Matt Parrott has preserved the content on tradworker.org?

A    To the best of my knowledge.

Q    Because he told you that?

A    Yes, and he told you guys that.

Q    I'm sorry?

A    Well, and he's told you guys that.

Q    Oh, it's your understanding that Matt Parrott told us that?

A    I believe through Mr. Kolenich, yes.

Q    Mr. Kolenich told you that?

A    No.

Q    Who told you that?

Page 203

M. HEIMBACH

A    Matt Parrott.

Q    When?

A    I can't recall specifics.

(Heimbach Deposition Exhibit No. 28 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 54 -- I'm sorry. Withdrawn.

I'm showing you Exhibit 28, Mr. Heimbach. Do you see that?

A    Yup.

Q    Do you recognize that?

A    It looks like it was on the TradWorker website.

Q    And it discusses different levels of membership within TWP, right?

A    It looks like.

Q    Well, were there different levels of membership within TWP?

A    Well, you had to know the secret handshake to get in the cool kids' club.

Q    Is that a joke?

A    Yes.

Q    Were there different levels of membership

Page 204

M. HEIMBACH

within TWP?

A    Yes.  People become a supporter or a member.

Q    And if one was a supporter, what -- withdrawn.

What sort of access would a supporter get?

A    Essentially, they could donate to support our work.  That's about it, to my understanding.

Q    Could they also comment on articles on the website?

A    Well, anyone could, I believe.

Q    Well, didn't you have to sign up to comment on the articles?

A    I don't recall.

Q    You don't -- as the chairman of the Traditionist Worker Party, you don't know how one becomes a supporter of the Traditionist Worker Party?

A    How we moderated comments on our website? No, that would be a Matt Parrott question.

Q    Do you understand how one signs up to become a supporter?

A    That would be a Matt Parrott question.

Q    You don't have any idea?

Page 205

M. HEIMBACH

A    I don't recall.

Q    According to this code of conduct, signing up allowed you to comment on articles, right?

A    It looks like.

Q    Was that true?

A    That would be a Matt Parrott question.  I don't recall.  I didn't manage anything involving the website.

Q    And as a supporter, you could participate in the open section of the party forum, right?

A    Yes.

Q    And what was the open section of the party forum?

A    To the best of my knowledge, it never was actually finished.

Q    What was the open section of the party forum?

A    To the best of my knowledge, it was never finished.

Q    What was it?

A    Matt Parrott was developing a party forum that I don't believe ever got finished.

Q    And you also -- this document also references an e-mail list, right?

52

M. HEIMBACH

A    Uh-huh.

Q    What's the e-mail list?

A    I don't know.  That would be a Matt Parrott question.

Q    As the chairman of the party, you don't know what the e-mail list is?

A    Delegation is very important when it comes to leadership.  I'm a Luddite, I don't do technology, so, no, that would fall under Matt Parrott's wheelhouse.

Q    Don't you speak regularly to Matt Parrott?

A    Yes.

Q    Haven't you spoken regularly to Matt Parrott since 2015?

A    Yes.

Q    And you don't know, as you sit here today, what the e-mail list for the Traditionalist Worker Party is?

A    No, because I never managed it.

Q    Did you write e-mails to supporters on the e-mail list?

A    I wrote e-mails that went out, yes.

Q    And where did you write them?

M. HEIMBACH

A    Google Docs, I believe.

Q    And on what computer?

A    My laptop.

Q    And where is that laptop?

A    In the tub, but all -- to the best of my knowledge, all of the e-mails and correspondence has been preserved.

Q    So your -- just to be clear, when you say it's in the tub, you mean the laptop that you used to write e-mails to the Traditionalist Worker Party is in -- is gone, right?

A    Yes, but my gmail account, where the docs would have been hosted, is still active.  And you guys have been provided the log-in credentials for that.

Q    You could also be a member, right, of the Traditionalist Worker Party?

A    Yes.

Q    And how does one become a member?

A    You sign up.

Q    And how do you sign up?

A    Through the on-line portal.

Q    And if you become a member, you get member's only access to official regional and local

M. HEIMBACH

forums for networking in real world activism, right?

A    That sounds about right.

Q    Is that right?

A    Yeah.

Q    And what are those forums?

A    Well, the forum was never created, to the best of my knowledge.

Q    Where do you get that knowledge?

A    By the fact that Matt Parrott was working on it for an extended period of time and it didn't get rolled out.  That's out of my expertise.

Q    When did Matt Parrott tell you that?

A    I can't recall.

Q    Where did you get that understanding?  From Matt Parrott?

A    Yes.

(Heimbach Deposition Exhibit No. 29 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 29.  Are those Discord posts by you?

A    Yeah, it looks like.

Q    And -- what did you find funny about this?

M. HEIMBACH

A    Oh, the monkey at the switchboard.  That's funny.

Q    Did you write, on September 1st, 2017: So our tech guys have built us a dashboard, private forum (which we will use instead of here due to Discord shutting down WN chats)?

A    Yes.

Q    And then you write:  We will pay dues monthly, quarterly, et cetera in bit coin.  Right?

A    Uh-huh.

Q    Is that right?  Is that yes?

A    Yes?

Q    And then you wrote:  And each member's profile on the forum will show if they are up to date as dues as a friendly reminder.

A    Yup.

Q    Do you agree that you had knowledge as to what was going on with the private forums?

A    Well, it was never rolled out.

Q    That's not my question, Mr. Heimbach.

A    Well, it never existed, so --

Q    Mr. Heimbach.

A    Yes.

Page 210

M. HEIMBACH

Q    What was my question?

A    Your question was, was I aware of forums that never materialized.

Q    Do you have -- did you have awareness as to the private forums?

A    Well, again, they never existed, so.

Q    So --

A    The project was never completed for use, which is why we were still using Discord six months later, after these posts.

Q    So why didn't the forums materialize?

A    It's a lot of work.  We only had one guy that knows how to code.

Q    Didn't you say our tech guys, plural, have built us a dashboard private forum?

A    Uh-huh.

Q    And when you wrote that, did you mean that our tech guys had built a dashboard private forum?

A    Well, it hadn't been completed yet.  I kept getting promised that it was only a week away.  It was never just a week away.  It was very frustrating.

Q    So when you said that they had built,

Page 211

M. HEIMBACH

past tense, a dashboard private forum, was that true?

A    Well, it hadn't been finished.

(Heimbach Deposition Exhibit No. 30 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit 30.  Are those Discord posts?

A    They are.

Q    And at the top, there's a post from Odalman, right?

A    Uh-huh.

Q    And Odalman says at -- on December 24th, 2017: Hey, Matt.  Do you have any idea how the TWP chat and forums are coming along.

Right?

A    Uh-huh.

Q    And you wrote, about eight seconds later: Basically done, actually.

Right?

A    Yes.

Q    Did you write that?

A    I did.

Q    And did you write that because the TWP chat and forums were, quote, basically done?

Page 212

M. HEIMBACH

A    They weren't actually basically done, basically.

Q    So are you saying that when you wrote that, it wasn't true?

A    Well, no, to the best of my knowledge, it was true.  But the project was not completed at that time.

Q    So it's your testimony that the private forums -- there was never a message posted on any TWP private forum; is that right?

A    I don't know.  The project was ongoing and, as you can see, from September to December, from it being, as I said -- that it was built, that it was still being built three months later.

So I can't recall any specifics of beta testing or anything like that because that was out of my wheelhouse.

Q    But you're testifying that there was never a public or private forum at which people could post messages on the TWP website?

A    I don't know.

Q    You don't know the answer to that?

A    No.

Q    Well, this was a year and a half ago,

Page 213

M. HEIMBACH

right, that you wrote that?  Right?

A    It sounds right.

Q    And you are the chairman of the Traditionalist Worker Party, right?

A    Uh-huh.

Q    And you don't know, as you sit here today, whether or not your party had a forum at which people could post messages?

A    Nope.

Q    Members also got a quarterly print publication called Action, right?

A    Yes.

Q    And who wrote Action?

A    I wrote most of the articles.

Q    And some of the articles concerned the Unite the Right rally, right?

A    I can't recall.

Q    How many did you write?

A    Articles overall?

Q    Action articles.

A    I don't recall.

Q    Well, it was quarterly, right?

A    Yeah.

Q    So between, say, mid 2017 and right now,

54

Page 214

M. HEIMBACH

how many did you write?

A    Well, it hasn't been published in over a year and a half.  So --

Q    So, one?

A    I don't recall.

Q    Well, it hasn't -- let's do the math.  It hasn't been published in a year and a half, right?

A    Right.

Q    And it came out quarterly, right?

A    Yes -- well, quarterly was more of a goal than a reality due to funding problems.

Q    I see.  So it came out less than quarterly?

A    Yeah.  Quarterly was the benchmark we were aiming for.

Q    Okay.  So between mid 2017 and the end of 2017, how many Action publications were written?

A    I think one.

Q    And did that concern the Unite the Right rally?

A    I don't recall.

Q    Where is that?

A    In terms of the papers?

Page 215

M. HEIMBACH

Q    Yeah.

A    I mean, I guess in members' homes, trash bins.

Q    Where did you write that paper?

A    I wrote my articles on Google Docs, which I believe I've shared my articles with you guys.

Q    You believe you've shared all of the Action publications that you've ever written?

A    To the best of my knowledge.

Q    How did Action get printed?

A    The local print shop.

Q    And was the printer also a nationalist?

A    No.  Not initially, at least.  In terms of the first edition, maybe -- I don't recall.

Q    Who was the first printer of the first edition?

A    The Copy Trolley in Paoli, Indiana.

Q    And at some point was there a nationalist who printed out Action for you?

A    I don't recall.

(Heimbach Deposition Exhibit No. 31 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 31.

Page 216

M. HEIMBACH

Are those Discord posts?

A    It looks like.

Q    Did you write, on June 25th, 2017:  It was coming out quarterly due to costs, but we found a printer who is a nationalist who will give it to us at cost, which is huge?

A    Uh-huh, looks like.

Q    Is that because you found a printer who was a nationalist?

A    I don't recall.

Q    Well, why else would you have written that?

A    I don't recall.

Q    Who was the printer?

A    I don't recall.

Q    Where would you look that up?

A    I don't recall.

Q    So you had a printer who printed out one version of your quarterly publication that you wrote and you don't know who that is?

A    Uh-uh.  No.

Q    How did you get the publication to the printer?

A    That's a good question.  I don't recall.

Page 217

M. HEIMBACH

Q    Discussing TWP's e-mail system, you referred to a ticket system.

A    Uh-huh.

Q    Is the e-mail system the same thing as the ticket system?

A    I believe so.

Q    There were e-mail addresses with the domain @tradworker.com, right?

A    Yes.

Q    And you had one, right?

A    I believe so, yeah.

Q    And what was your e-mail address at tradworker.com?

A    I don't know.

Q    Well, how would you figure that out?

A    Matt Parrott would know.  He set them all up.

Q    You had an e-mail address at tradworker.com and you don't know what it was?

A    Uh-uh.

Q    Would it be on that slip of paper next to your computer?

A    No.

Q    Why not?

55

Page 218

M. HEIMBACH

A    Well, because Matt Parrott set it all up. He had all the information.

Q    Didn't you have to log-in to it to use it?

A    Once you're logged in once.

Q    Matt Parrott also had an @tradworker.com address, right?

A    I assume so.

Q    Well, do you know?

A    I assume so.

Q    Did you ever receive an e-mail from Matt Parrott on a tradworker.com e-mail address?

A    I don't recall.  I mean, you guys should have it all, so -- I don't recall.

Q    When you say we should have it all, it's because you believe, based on some conversation with somebody, that somebody else might get that to us; is that your testimony?

A    Yes.

Q    You have not provided us access to your tradworker.com e-mail address, right?

A    I don't have it.

Q    My question is:  You have not in any way provided us access to your @tradworker.com e-mail

Page 219

M. HEIMBACH

address, right?

A    Well, no, because I don't have it.  But Matt Parrott does.

Q    Have you taken any steps to figure out what your @tradworker.com e-mail address is?

A    I was simply assured that all the data was actively preserved.  So --

Q    So my question is:  Have you taken any steps to figure out what your @tradworker.com e-mail address was?

A    Well, no, because you're going to be given it anyway with all the other information that's being provided by Matt Parrott, who had access to it and set up the accounts.

Q    Do you understand that you have a discovery obligation that is separate from Matthew Parrott's?

A    The information is being provided.

Q    Mr. Heimbach, listen to my question.
    Do you understand that you have an obligation in discovery that is separate from Mr. Parrott's obligation in discovery?

A    My understanding was the information is going to be provided.  I had no access to it.

Page 220

M. HEIMBACH

Q    Do you understand that you have an obligation to provide us with responsive content that is in your possession, custody and control?  Do you understand that?

A    Yes, but it is neither of those things or all three of those things.

Q    Do you understand that -- well, did you have a conversation with Matt Parrott about what he's going to produce in discovery?

A    Just all of the back end information from --

Q    Mr. Heimbach.

A    Yes.

Q    Listen to my question.

A    The answer is, yes.

Q    Okay.  When was that?

A    Sometime in the last year.
    (Heimbach Deposition Exhibit No. 32 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 32.
    Do you recognize that?

A    I wrote it, yeah.

Q    And what is it?

Page 221

M. HEIMBACH

A    It's a memo to call people to come to the event on August 12th.

Q    And the event, you mean Unite the Right, right?

A    Yes.

Q    Was this a press release you put out about Unite the Right?

A    I don't recall exactly.  I think it went out to party supporters.

Q    And how did that go out?

A    Through Matthew Parrott.

Q    How did Matthew Parrott send that out?

A    I don't know.

Q    How do you know it went out through Matthew Parrott?

A    Well, because if it went out at all, it went out through Matthew Parrott.

Q    Well, did it go out at all?

A    I don't know.

Q    So you, as the chairman of TWP, you just write press releases and have no idea whether or not they actually go out?

A    I assume my team does their job.

Q    But you don't follow up?

56

Page 222

M. HEIMBACH

A    There's lots of responsibilities.

Q    Is the answer to my question, yes?

A    I don't know specifically if this one went out, but I have a strong belief that it did.

Q    And at the bottom, there is an e-mail address, right?

A    Yes.

Q    And that's contact@tradworker.org, right?

A    That'd be right.

Q    And was that your e-mail address?

A    No.

Q    What was that?

A    That was the general mail filter that things went through.

Q    And why did you list that e-mail address on that?

A    Because I wasn't actively responding to e-mails.  I was doing other things.

Q    Who gets those e-mails?

A    Matt Parrott.

Q    You have -- withdrawn.  At the time, you -- withdrawn.

At the time of the Unite the Right event, you also had access to contact@tradworker.org, right?

Page 223

M. HEIMBACH

A    I can't recall.

Q    You can't recall whether, as the chairman of Traditionalist Worker Party, you had access to the e-mail account that members and supporters could write to?

A    That's why we had a team.  I didn't handle that.

Q    You don't know whether you had access to the contact@tradworker.com?

A    No.

Q    .org.

Do you agree with me that you did communicate over the tradworker e-mail account?

A    I believe so.

Q    Is the answer, yes?

A    To the best of my knowledge.

Q    When you used the ticket e-mail system, were the e-mails -- how did you get into it, yourself?

A    Matt Parrott logged me in on my laptop, and then --

Q    I'm sorry?

A    You go to the -- to the website and I bookmarked it, and I just click it.

Page 224

M. HEIMBACH

Q    I see.  And you didn't log in yourself?

A    No.

Q    You needed Matt Parrott to log you into your e-mail address as the --

A    Well, he created all the accounts.

Q    So the answer to my question is you needed Matt Parrott to help you log in to your computer?

A    To get into the account that he set up, yes, that would be accurate.

Q    And when you read the e-mails, did you read them on your computer?

A    Yes, when I read them.

Q    And were the e-mails downloaded to your computer?

A    I don't know why they'd be downloaded.

Q    Well, did they exist on a -- well, withdrawn.  We'll get into that.

You agree that you communicated on the TradWorker e-mail account about the events at issue in this case, right?

A    I believe so.

Q    And you communicated over the ticket e-mail account about how people ought to conduct

Page 225

M. HEIMBACH

themselves at Unite the Right, right?

A    I can't recall the specifics.

Q    Do you recall anything you actually said over the TradWorker ticket e-mail account?

A    No.

(Heimbach Deposition Exhibit No. 33 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 33.  This -- is this a printout of the TradWorker ticket e-mail system?

A    It looks like.

Q    And there is a request from a reporter to talk about a lawsuit brought by two women who were injured at the Unite the Right rally?

A    Sure.

Q    Isn't that true?

A    It looks like.

Q    And Allison Denver, the TWP admin secretary, says, I'll forward your inquiry, right?

A    Yes.

Q    And the next post is:  Media inquiries forwarded to Heimbach's e-mail as per his request.

Right?

Page 226

M. HEIMBACH

A    Yes.

Q    Did you request that media inquiries get forwarded to your e-mail?

A    I don't recall.

Q    Who is Allison Denver?

A    An activist.

Q    Who is she?

A    I don't recall.

Q    Have you ever talked to her?

A    I don't know.  I don't recall.

Q    Have you ever gotten an e-mail from her?

A    I don't recall.  You guys would have the records better than me.

Q    When -- well, we don't have -- when you say that Mr. Heimbach, you agree that we don't actually have any records from you at all, right?

A    Well, in terms of this, I mean, that falls into Mr. Parrott's wheelhouse.

Q    But my question is:  We don't have any documents from you, right?

A    Yes -- well, I mean, you guys have a lot of documents from me.  We just looked at one that I sent you.

Q    Is it your testimony that you sent us

Page 227

M. HEIMBACH

Exhibit 32?

A    I did.

Q    When did you send that to us?

A    I mean, I can look.  It's in our e-mail conversation between you and I.

Q    Oh, you think you e-mailed it to me?

A    I believe so.  Along with, like, hundreds of pages of writings.

Q    Okay.

A    Did that not happen?

Q    Well, it's your testimony that you sent us that document, 32?

A    To the best of my knowledge.  We can look it up right now, if you'd like.

Q    Okay.  We'll do that at a break.

A    Okay.  Yeah, I mean, I even gave you guys my 200 pages book in progress.  Like, you guys got a lot of paperwork from me.

Q    Did TWP have its own server that hosted the tradworker.com e-mails?

A    I have no idea.

Q    You have no idea?

A    Nope.

Q    Did you ever have any idea?

Page 228

M. HEIMBACH

A    Not about this stuff.  But if you want to talk about German agrarian policy in the mid 1930s, I can help you.

Q    So you don't know whether there was a server that related to tradworker.com documents?

A    I can't recall.

Q    And you don't know where that -- you don't know whether it's a physical server or an on-line server, right?

A    No.

Q    You're sure about that, right?

A    To the best of my knowledge.  All the server stuff would have gone through Matt Parrott.

Q    And you didn't have any information about that?

A    It's not my wheelhouse.

Q    My question is:  You didn't have any information about the server?

A    I don't recall anything.

(Heimbach Deposition Exhibit No. 34 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit No. 34.
Are these Discord posts?

Page 229

M. HEIMBACH

A    It looks like.

Q    And did you post on February 4th, 2018:  Quote, We literally encourage everyone who wants to, to sign up under whatever name they want?

A    Yes.

Q    And then you posted:  We pay dues in secure crypto currency?

A    Yes.

Q    And then you posted on Discord, on February 4th, 2018:  Our server is literally under armed guard by TWP comrades in a secure location.
And the next post says:  And we've explained that to them.
Did you post that on February 4th, 2018 on Discord?

A    I guess, yeah.

Q    Did you?

A    I'm looking at it, so, yeah.

Q    So you agree with me that you did actually have knowledge about the TWP server?

A    Well, this has refreshed my memory.  All the tech stop is in Matt Parrott's house.  So that would be whatever that is.

Q    So the -- when you said a secure

Page 230

M. HEIMBACH

location, where was that?

A    Matt Parrott's house.

Q    And when you said it's literally under armed guard by TWP comrades, who is that referring to?

A    Matt Parrott is a Second Amendment supporter in Indiana.  So --

Q    So when you said armed guard, you meant Matt Parrott?

A    Well, yeah.

Q    Because he had guns?

A    Yeah.

Q    Where is that server now?

A    I assume at Matt Parrott's.

Q    Well, I don't want you to assume.  I want to know if you know where that server is.

A    I don't know.

Perhaps, in terms of the line of questioning, we should ask Mr. Kolenich, who is on the call, in regards to what discovery has been provided by his clients.

Q    Mr. Heimbach, you understand this is your deposition, right?

A    I understand.

Page 231

M. HEIMBACH

Q    And you understand that this deposition concerns your discovery obligations, right?

A    Right, but if --

Q    Do you know where that server is?

A    No.  I assume Matt Parrott has it.

Q    You didn't take any steps to preserve the server, I take it?

A    Well, it was never in my possession, so no.

Q    Did TWP have any presence on the dark web?

A    In terms of what?  Like Tor, like using Tor?

Q    Were there -- did -- this is my question.  Did TWP have any presence on the dark net?

A    I don't recall.

Q    Well, weren't you the chairman?

A    Right.

Q    You didn't know if there was a site on the dark net that TWP utilized?

A    I don't recall.

Q    Do you know if there was a site for which you needed to use a Tor browser?

Page 232

M. HEIMBACH

A    I don't know.

Q    Do you know what the dark web is?

A    Yeah.

Q    What is it?

A    It's things like Tor that doesn't go through mainstream internet sources.

Q    And why would one use the dark web?

A    Certain individuals with a political ax to grind like getting service providers to remove people they don't agree with from the internet.

Q    Is it to remain anonymous?

A    It's to deal with deplatforming.

Q    Is -- do you know if TWP had any presence on the dark net?

A    I don't recall.

Q    Did you check, in your -- withdrawn.  In your attempt to produce documents in this case, did you check whether you or TWP had any documents that were posted on the dark web?

A    Well, considering I don't know how to utilize said things, if there were any, Matt Parrott would have created them.

Q    So is the answer to my question, no?

A    Yeah, because I don't even know where I'd

Page 233

M. HEIMBACH

start with that.

Q    You don't know anything about the dark web?

A    Nope.

Q    You don't know anything about whether TWP had -- members were set up on the dark web?

A    I don't recall.

(Heimbach Deposition Exhibit No. 35 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit No. 35.  Are these posts by you on Discord?

A    Looks like.

Q    On September 1st, 2017, did you write: Now we have our own stuff, which is totally immune?

A    It looks like.

Q    Do you know what that refers to?

A    Matt Parrott's planned project for a forum and backup site, I suppose.

Q    And then did you write at 1:53 at September 1st:  And everyone is already set up on the dark web, even if they pulled our website?

A    I guess I wrote that, yeah.

Q    And did you also write, right below that:

Page 234

M. HEIMBACH

So at no point will we lose contact with one another. Just got to make sure that everyone has Tor.

A   Sounds right.  But I don't know anything in terms of the specifics.  That would have been set up by someone other than myself.

Q   Well, how did you know that everyone is, quote, already set up on the dark web?

A   A verbal conversation with Matt Parrott.

Q   You remember that?

A   Based on this, I'm assuming that's what happened because I don't really know anything about technology.

Q   I see.  Well, what does it mean, everyone is already set up on the dark web?

A   I don't know.

Q   Well, you wrote it, didn't you?

A   Based on a potential conversation I had with someone two years ago on something in terms of technology I don't particularly understand or have mastery of, yeah, I don't know any specifics.

Q   So you were just repeating on Discord what you were told by Matt Parrott?

A   That would be accurate.

Q   Is it accurate to say that everything you

Page 235

M. HEIMBACH

know or everything you have said concerning Unite the Right has run through Matt Parrott?

A   Essentially.

Q   Have you ever spoken yourself, independent of Matt Parrott?

A   When it comes to technology?  No.  To the best of my knowledge.

Again, that agrarian policy, though, I can speak for myself on that.

Q   Were there documents that you created specifically for planning Unite the Right?

A   Exhibit 32.

Q   What else?

A   I don't recall.

Q   Can you name every document that you could think of that you created specifically for Unite the Right?

A   No.

Q   So sitting here today, you recall one document that you wrote for Unite the Right?

A   Well, off the top of my head, yeah.

Q   How many rallies have you attended?

A   In this country or in general?

Q   Since Unite the Right, in this country.

Page 236

M. HEIMBACH

A   Two, I believe.  Well, hold on.  Two. No, three.  Three.

Q   And Unite the Right was the biggest, right?

A   Yes.

Q   Did people die at any of the other rallies?

A   No.

Q   Were you sued for your behavior in any other rallies?

A   A Donald Trump rally I was at, which was unrelated to white nationalism.

Q   And you were the chairman of Traditionist Worker Party, right?

A   Yeah.

Q   And sitting here today, you can only remember one document that you wrote about Unite the Right?

A   Off the top of my head, yeah.

(Heimbach Deposition Exhibit No. 36 was marked for the record.)

BY MR. BLOCH:

Q   I'm going to show you Exhibit 36.

Do you recognize that?

Page 237

M. HEIMBACH

A   It looks like an e-mail.

Q   Did you write it?

A   I believe so.

Q   But you're not sure?

A   I believe I did.

THE WITNESS:  Do you want to break again or --

MR. BLOCH:  Can we finish this line?

BY MR. BLOCH:

Q   In the fifth paragraph down, did you write:  Our exact plans and meet-up points for Saturday for operational security will be released on Friday morning, 24 hours ahead of the event?

A   It looks like.

Q   What does that refer to?

A   Where we were going to be meeting to convoy into the rally location.

Q   And is that a document that describes your exact plans and meet-up points?

A   I don't know if one of those was ever created.

Q   Well, the content of the e-mail that you wrote is referring to a document that you believed

60

Page 238

M. HEIMBACH

would be released; isn't that true?

A    Document or showing up in a parking lot of a Jo-Ann's Fabric, I mean, that's kind of two different things, I think.

Q    So when you wrote our exact plans and meet-up points will be released on Friday morning, you meant you wanted people to meet you in a parking lot of Jo-Ann's Fabric to tell them where to go?

A    Well, yeah.

Q    That's what you meant?

A    Yeah -- well, no, no.  To where we were going in, is we rallied at the parking lot and then we convoyed in to go to the rally location.

Q    You agree with me that this doesn't say, Meet us in the parking lot of a Jo-Ann's and I'll tell you where to go, right?

A    Well, because we were going in to Charlottesville.

Q    Listen to my question.

A    Yes.

Q    Does it say that?

A    No.

Q    Okay.  What it says is:  Our exact plans and meet-up plans will be released.

Page 239

M. HEIMBACH

Right?

A    Right.  Which was to meet up at a Jo-Ann's Fabric.  So the plan would have been, show up at Jo-Ann's Fabric.

Q    Was there a document ever created that included our exact plans and meet-up points for Saturday for operational security?

A    I don't know.

Q    You don't know that?

A    Well, I mean, basically all this is saying we're not going to tell you to show up at Jo-Ann's Fabric until Friday, and then you know where to show up on Saturday.

Q    How were people to know to show up at Jo-Ann's Fabric?

A    I believe Matt Parrott sent an e-mail.

Q    Okay.  And have you seen that e-mail?

A    No.

MR. BLOCH:  Okay.  We can break.

THE VIDEOGRAPHER:  Stand by.  This marks the end of Media Number Two in the deposition of Matthew Heimbach.  The time would be 12:35 p.m.

(Brief pause.)

Page 240

M. HEIMBACH

THE VIDEOGRAPHER:  We are now back on record in the deposition of Matthew Heimbach.  The time is 12:45 p.m.

BY MR. BLOCH:

Q    Mr. Heimbach, we were talking about Exhibit 36.

A    Yes.

Q    Did you -- at the time of Unite the Right, did you send this document anywhere?

A    I believe Matt Parrott sent it.

Q    My question is:  Did you send this document anywhere?

A    I believe I gave it to Matt Parrott.

Q    And in what form did you give this to Matt Parrott?

A    I don't recall.

Q    Did you walk over to his house and dictate it to him?

A    I think I probably shared it in Google Docs.

Q    So your belief is that you created this on Google Docs?

A    I believe so.

Q    Do you know that for sure?

Page 241

M. HEIMBACH

A    I do not, not this exact second.

Q    Is it possible that you created this on Microsoft Word?

A    No, no.  Who wants to pay for Word?  Google Docs is free.

Q    Well --

A    No, if I wrote it on a computer, it's going to be on Google Docs.

Q    And you don't know if you wrote this, right?

A    No, I believe I did, after rereading it.  It sounds like me.

Q    Well, other than it sounding like you, you don't actually have a recollection of actually drafting this?

A    Not off the top of my head, but I'm willing to say I wrote it.

Q    No, but let's be clear for the record.  You don't have a recollection, as you sit here right now, of actually writing this document, right?

A    Not the exact day, but I believe I did.

Q    And do you see a part of this document where you say:  Please add Cesar's e-mail,

61

Page 242

M. HEIMBACH

region2@tradwork.org --

A   Uh-huh.

Q   -- to your e-mail white list?

A   Yes.

MR. BLOCH:  Did somebody just join?

MR. DINUCCI:  It's John DiNucci.  I got cut off before.  I'm back.

BY MR. BLOCH:

Q   Mr. Heimbach, who is Cesar that you're referring to in that letter?

A   Cesar Ortiz.

Q   And what's region2@tradwork.org?

A   I believe that was an e-mail address created by Matt Parrott for the ticket system.

Q   And was that Cesar's e-mail?

A   I assume so.

Q   You don't know though, right?

A   I can't recall.

Q   Even though you wrote Cesar's e-mail, you don't actually know if that's Cesar's e-mail, right?

A   I'm inferring that that was his e-mail.

Q   But you don't actually have a recollection as you sit here today that that was his e-mail?

Page 243

M. HEIMBACH

A   No.

Q   And you don't have a recollection as sit here today whether there was a document that referred to your exact plans and meet-up points for operational security, right?

A   No.

Q   And you said in this document:  Anyone volunteering to be a part of our medic team or security detail, please contact Cesar ASAP.

Right?

A   Uh-huh.

Q   And what is the medic team?

A   Doctors and RNs who volunteered.

Q   And who was on the medic team?

A   I don't recall.

Q   Did you have a medic team?

A   Yes.

Q   And you don't know who was on it?

A   No.

Q   Did you ever talk to Cesar about who was on the medic team?

A   I don't recall having that conversation.

Q   What is the security detail?

A   People that were there for security.

Page 244

M. HEIMBACH

Q   Who was on the security detail?

A   I don't recall.

Q   You don't recall who was on the security detail for the Traditionalist Worker Party for the Unite the Right event?

A   No.

Q   You can't recall a single name of a single person who was on the security detail for Traditionalist Worker Party?

A   Nope.

Q   How many people were on the security detail?

A   I don't recall.

Q   What did the security detail do?

A   Protect themselves against hoards of antifascists waving weapons.

Q   Were there -- well, did you actually see your security detail doing that?

A   I don't recall.

Q   Was there a document that discussed security at Unite the Right?

A   I don't recall.

Q   You don't recall whether there was a document discussing security at the Unite the Right?

Page 245

M. HEIMBACH

A   Well, I -- that wasn't in my wheelhouse delegation.

Q   You wrote:  There will be a series of chants given in rounds of threes that will be given to rally attendees prior to the event.

A   Yes.

Q   Was there a document that discussed those chants?

A   I don't believe we ever got around to one.

Q   Do you know?

A   I don't recall.

Q   You don't recall whether there was a document that said that?

A   No, I don't recall.

Q   Do you recall telling people what the chants would be?

A   I can recall one.

Q   Well, my question was:  Do you recall telling people what the chants would be?

A   I can recall telling people one chant, yes.

Q   And where were you when you told people that?

Page 246

M. HEIMBACH

A    Parking lot of Jo-Ann's Fabric.

Q    And when was that?

A    An hour before we arrived in Charlottesville.

Q    On?

A    The 12th.

Q    And what was the chant?

A    National socialism.  Well national, beat, socialism.

Q    And that's the only chant you recall from Unite the Right?

A    Yes.

Q    Even though you said there will be a series of chants given in rounds of threes?

A    Yes.

Q    And you don't recall whether there's any documentation of those chants?

A    No.

Q    Was there an agenda for the weekend, at all?

A    There was supposed to be, but didn't really come together.

Q    And when you say there was supposed to be, what do you mean?  There was discussion of

Page 247

M. HEIMBACH

putting together an agenda?

A    Well, in terms of we were supposed to go to the rally and then kind of figure it out from there.

Q    Did anybody discuss preparing a written agenda for the largest rally in Traditionalist Worker Party history?

A    I don't recall.

Q    And do you recall if there was a written agenda for the weekend?

A    I don't believe there was, but I don't recall.

Q    How many people from Traditionalist Worker Party went to the rally?

A    I don't recall.

Q    You don't recall how many members of your party that you were the chairman of attended the largest rally in Traditionalist Worker Party history?

A    As I say in the document, that there were people that were coming, they just wanted to be added to the e-mail list.  So no, I can't recall.

Q    Would it be fair to say there were hundreds?

A    In terms of members, supporters, random

Page 248

M. HEIMBACH

people that decided they wanted to march with us, is that the kind of question?  Just like the --

Q    I'm talking about people that you led to the Unite the Right rally on behalf of Traditionalist Worker Party, approximately how many people?

A    Somewhere perhaps in the triple digits.

Q    And you did not have any written document discussing where they should go?

A    Just to show up at Jo-Ann's Fabric.

Q    My question is:  Is there a written document saying where people should go?

A    I don't believe so.

Q    Is there a written document saying what the schedule was throughout the weekend?

A    Not that I recall.

Q    Well, there were events scheduled for the Traditionalist Worker Party other than the Unite the Right rally on Saturday, August 12th, right?

A    I believe so.

Q    And there was no document telling people where they should go for that?

A    I don't think so.

Q    There was an event scheduled for after the Traditionalist Worker Party -- withdrawn.

Page 249

M. HEIMBACH

There was an event scheduled for after Unite the Right, right?

A    There was, yes.

Q    And what was that?

A    Just pizza.

Q    Where?

A    At a house we had rented outside of Charlottesville.

Q    And are you aware of any document that tells people where they should go for the event after Unite the Right?

A    No.

Q    Did people show up?

A    People who were staying there, friends.

Q    How many people showed up to that event?

A    Thirty or 40, maybe.

Q    Any idea how they knew how to get there?

A    No.

Q    Any idea how they knew where to go for that event?

A    Well, most of them were staying there. So --

Q    There were 30 to 40 people staying at a house?

63

Page 250

M. HEIMBACH

A    Over -- around two dozen, I believe.

Q    Where was the house?

A    Outside of Charlottesville, in the hills.

Q    And was there any document, ever, that discussed staying -- where people would stay during Unite the Right, that you're aware of?

A    No.

Q    Do you think people just showed up at the same house by coincidence?

A    I don't recall how it was organized.

Q    Do you have any idea -- well, did you stay at that house?

A    Yes.

Q    And what was the address of that house?

A    I don't know.

Q    You don't know the address of the house?

A    I didn't rent it.

Q    Did you write it down anywhere?

A    Not that I recall.

Q    You understand that when I say document, I mean any written communication, right?

A    Yes.

Q    Including text messages, right?

A    Yes.

Page 251

M. HEIMBACH

Q    Including e-mails, right?

A    Yes.

Q    Including documents created on your Google Doc, right?

A    Sure.

Q    And was there any document that you wrote, anywhere, of the address where you would be staying during the Unite the Right rally?

A    I don't recall.

Q    Do you recall coordinating, in writing, in any way with the 30 to 40 people or so that were staying at that address during the Unite the Right rally?

A    I don't recall.

Q    Can you venture a guess as to how dozens of people showed up at the exact same house at the exact same time?

A    Someone else organized the booking, so -- I believe.

Q    Do you -- what booking?

A    For the house.

Q    Who booked it?

A    I don't know.

Q    Do you believe you received any sort of

Page 252

M. HEIMBACH

document saying what house people were to go to?

A    I don't know.

Q    Do you recall receiving any sort of document saying where you should go to stay that weekend?

A    I wasn't driving.  I don't really recall.

Q    My question is:  Do you recall receiving any document saying where you were going to be staying that weekend?

A    I don't recall.

Q    Were you surprised, when you showed up at a house, that two dozen people showed up at the same house?

A    Not particularly.

Q    Why not?

A    When you put 15 people in a hotel room to go to an event, two dozen showing up is nothing.

Q    But, I mean, was it surprising to you that you all happened to come up with the same place to stay without any written coordination of any kind?

A    Well, I wasn't in charge of coordinating.

Q    Was the booking done through Airbnb?

A    I don't recall.

Q    What was the address?

Page 253

M. HEIMBACH

A    I have no idea.

Q    How did you get there?

A    In a vehicle.

Q    Whose vehicle?

A    I believe it was a rental.

Q    Did you rent it?

A    I don't recall.

Q    Did you drive it?

A    At certain points.

Q    Who was in the vehicle?

A    Cesar Ortiz, Matt Parrott, maybe.  I don't know.

Q    How did you get the car?

A    I don't recall.

Q    You don't recall -- how did you get in the car?

A    I don't recall.

Q    Who procured the car?

A    Like, I know you don't believe me, but I actually don't remember.

Q    You don't recall if you personally rented a car that weekend?

A    No.  I've rented dozens of cars throughout my activism career and I can't recall.

64

Page 254

M. HEIMBACH

Q    Can you recall a single document coordinating any sort of planning of any kind that you have seen concerning the Unite the Right rally?

A    No.

Q    Where did Exhibit 36 come from?

A    I believe I sent it to you.

Q    Where did you find it?

A    In my Google Docs.

Q    How did you find it?

A    I went back to 2017 and looked for all the documents that were there.

Q    How many documents were there?

A    Everything I sent you.

Q    You sent me every single document in your Google Docs?

A    Well, no.  The ones that I thought were relevant and related to Unite the Right.

Q    How did you decide what was relevant to Unite the Right?

A    Well, if they mentioned Unite the Right.

Q    And just to be clear, you think a Twitter post that talks about the Charlottesville prisoners of war -- meaning the people that were arrested at Charlottesville -- you, in your estimation, believe

Page 255

M. HEIMBACH

that does not concern Unite the Right, correct?

A    Indeed.

Q    Did you apply any search terms to your Google terms document?

A    No.

Q    Sorry.  Did you apply any search terms to your Google Docs search?

A    No.

Q    You just looked at documents that you thought were relevant?

A    In addition to giving a third-party vendor access the Google account in question to go over all of them.

Q    How many Google docs are saved in there, total?

A    I don't know.

Q    Approximately?

A    I don't know.

Q    Is there fewer than a million?

A    There are fewer than a million but more than two.  Somewhere between two and a million.

Q    So you have -- the best you can estimate is that there is somewhere between two and a million Google docs in your Google Doc drive?

Page 256

M. HEIMBACH

A    A couple dozen.

Q    So there's somewhere between two and a couple dozen documents?

A    That would be accurate.

Q    Do you have any document that shows any metadata associated with that e-mail?

A    No.

Q    So all we have to go on to understand that you created that document and disseminated it is your memory?

A    Well, then when the third-party vendor gets to get into it and look at it to see its creation date and such.  I trust them to do a good job.

Q    Do you have any -- withdrawn -- other e-mails that you found that concern Unite the Right?

A    Well, if I didn't send them to you.  I didn't see any rough drafts or anything.

Q    Okay.  So that document, Exhibit 36, is the only document that you preserved concerning the Unite the Right rally?

A    No, I have the other one.  Is that 32, maybe?  Thirty-two, along with the other documents I sent you.  And all the e-mails that would have been

Page 257

M. HEIMBACH

on the ticket system that Matt Parrott has.

I sound like a broken record.

Q    You sent me about, you say, 12 documents on July 7th?

A    That sounds about right.

Q    And just to be clear, you posted on Discord, that we know of, more than 4,000 times, right?

A    Oh, that I posted?

Q    Yes.

A    That sounds about right.

Q    And you've posted on approximately ten different social media accounts, right?

A    I guess.

Q    You've published a number of articles, right?

A    Yes.

Q    You've written in Action, a quarterly TWP publication, right?

A    Uh-huh.

Q    You had at least three e-mail accounts that may have responsive documents, correct?

A    One that I have access to, yes.

Q    And fair to say you are a prolific

65

M. HEIMBACH

writer, right?

A    I used to be.

Q    And your search of your Google Docs system for responsive documents turned up about ten documents; is that fair to say?

A    It's still like 300 pages, though.

Q    Right.  And when you say 300 pages, that also included a manuscript that you were writing called White Juche?

A    Juche.

Q    Juche?

A    Yeah, you've gotta give welcome to North Korean stuff.

Q    Okay.

A    It's wild.

Q    And that doesn't concern Charlottesville, right?

A    It concerned in terms of your request on anything involving white separatism.

Q    But you agree with me that your search for responsive documents, that you performed for the first time in the last month or two, turned up approximately ten documents, right?

A    Well, unless you want to go back to

M. HEIMBACH

reading all my ramblings that I've ever written that have nothing to do with Charlottesville.  I mean, I'm sure I could dig up more articles.

Q    Can you answer my question?

Do you agree with me that your search of your electronic devices turned up approximately ten documents that you believed were responsive to this case, right?

A    That sounds about right.

Q    There was a blog on the Traditionalist -- withdrawn -- a blog on the TradWorker website, right?

A    Yes.

Q    Called the TradWorker Blog?

A    Yes.

Q    That blog included posts about the events in Charlottesville?

A    I can't recall.

Q    You posted articles to that blog, didn't you?

A    I have, yes.

Q    Did you take any steps to preserve anything that was posted on the TradWorker blog?

A    No.  I was informed by Matt Parrott that he had preserved all said information.

M. HEIMBACH

Q    When did Matt Parrott tell you that?

A    Sometime over the past year.

Q    And tell us specifically what Matt Parrott told you about preservation efforts.

A    That he had preserved all of the data in relation to the website and the ticket system.

Q    And did Matt Parrott tell you that because he preserved data that you didn't need to preserve -- withdrawn.

Did Matt Parrott tell you that, because he had preserved certain data, that you did not need to produce documents in this case?

A    Well, I mean, how would I get them?

Q    Did he tell you that?

A    No.

Q    Did you ask your attorney whether Matt Parrott's production of documents could satisfy your discovery obligations?

A    I don't recall.

Q    You don't recall whether you asked your attorney that?

A    No.

Q    You just assumed when Matt Parrott told you I've got the documents preserved, that you were

M. HEIMBACH

off the hook?

A    There would be no way for me to get them.  So --

Q    Did you take any steps to preserve anything on the TradWorker blog?

A    Well, I didn't have any of the back end information, so I couldn't.

Q    So the answer is, no?

A    Well, because it's all been preserved anyway.  So --

Q    Is the answer to my question, no?

A    The answer to the question is more of a I didn't have the ability to do that.  So --

Q    All right.  Listen carefully to my question.

A    Uh-huh.

Q    Did you take any steps to preserve content from the TradWorker blog?

A    No, because I would have no idea how to even start.

Q    Traditionalist Worker Party also had an account on Gab, right?

A    I guess.

Q    Did they or didn't they?

Page 262

M. HEIMBACH

A    I don't recall.

Q    Were you the chairman of Traditionalist Worker Party?

A    Uh-huh.

Q    You don't know whether they had an account on Gab?

A    I don't recall.

Q    Did TWP have an account on Twitter?

A    I don't recall.

Q    You didn't talk to anybody about whether TWP had an account on Twitter?

A    Well, if they did, I wasn't managing it.

Q    Did you ever see a Twitter post from TWP?

A    I don't recall.

Q    You don't recall whether you have seen a Twitter post on behalf of TWP in the last two years?

A    Yeah, it would have been a long time ago.

Q    Who would know whether TWP had a Gab account?

A    Matt Parrott.

Q    Who would know that TWP had a Twitter account?

A    Matt Parrott.

(Heimbach Deposition Exhibit No. 37

Page 263

M. HEIMBACH

was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 37.

Do you recognize that?

A    I don't recognize it, per se, but it looks like a TradWorker affiliated Twitter account.

Q    And you don't think -- withdrawn.

Matt Parrott would never discuss with you, the chairman of the party, what would be posted on any social media site?

A    I trusted people that managed social media to manage social media.

Q    Is the answer to my question, no, Matt Parrott never discussed with you any of the content posted on any TWP social media site?

A    I can't recall.

Q    Is this a Twitter post from August 19th, 2017 that states:  Note that Heimbach, Richard Spencer and the rest of Nationalist Rights stood their ground and led their men in Charlottesville?

A    Looks like it.

Q    You've never seen this before?

A    Not that I can recall.

Q    Did you have credentials to any TWP

Page 264

M. HEIMBACH

social media account?

A    Not that I can recall.

Q    You didn't have any credentials to the TWP Gab account?

A    Not that I can recall.

Q    You didn't have credentials to the TWP Twitter account?

A    Not that I can recall.

Q    Do you recall any social media account that TWP had?

A    The YouTube account.

Q    The one that we've already -- I've shown you a picture of?

A    Yes.

Q    Other than the one that -- other than the account that I showed you a picture of today, do you as the chairman of Traditionalist Worker Party recall any social media accounts that TWP had?

A    No.

Q    Do you recall a single post by TWP on any social media account?

A    Not that I can recall.

Q    Did TWP have a VK account?

A    Not that I can recall.

Page 265

M. HEIMBACH

Q    Did you care what was posted on the TWP social media accounts?

A    Well, I delegated and trusted people to be able to manage things.

Q    And you never looked, ever, at the TWP Twitter account to see what was being posted on behalf of your organization?

A    I can't really recall.

Q    You never looked at the Gab account to see what was being posted on behalf of the organization that you were the chairman of?

A    Not that I can recall.

Q    Did you ever -- who -- who ran the TWP VK page?

A    I don't know.

Q    You don't know?

A    Not that I can recall.

Q    When you say I don't recall, do you mean you don't remember or do you just mean, no?

A    I mean I don't recall.

(Heimbach Deposition Exhibit No. 38 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you 38.  What is that?

Page 266

M. HEIMBACH

A    It looks like a VK page.

Q    Is that a TradWorker VK page?

A    Looks like.

Q    Is this the first time you've seen a TradWorker, TWP account on VK?

A    I can't recall.

Q    Who would know?

A    Probably Matt Parrott.

Q    Why didn't you care what was being posted on behalf of your organization on any social media account?

A    Well, I couldn't manage everything.

Q    Well, what did you manage?

A    Writing the paper, networking for activism.

Q    And that's it?

A    Media interviews.  Yeah.

Q    And other than media interviews, activism -- what was the third thing you said?

A    Networking.

Q    Other than those things, you don't have any idea what anybody else in the Traditionalist Worker Party was doing?

A    I mean, I was doing my job.  Other people

Page 267

M. HEIMBACH

were doing theirs.

Q    And as the chairman, you didn't -- were there meetings?

A    Yes.

Q    When did meetings happen?

A    When local groups decided to meet.

Q    Did you ever have internal meetings with the Traditionalist -- withdrawn.

Did you ever have meetings with the TWP?

A    Yes.

Q    How often?

A    Depended on the region, membership in that area.

Q    Approximately how often did you meet as a party?

A    Well, I mean people were spread out over a pretty big distance.  So the question is, like, how often did I meet up to go bowling with TWP members in my local region, or how often did we have like a big hootenanny?

Q    Did you have meetings as a party about the operation of the party?

A    Well, in terms of the operation of the party, that would have been conversations between

Page 268

M. HEIMBACH

myself, Matt Parrott and Tony Hovater.

Q    And did the three of you ever have discussions about TWP?

A    Yes.

Q    And in your discussions about TWP, did you ever discuss social media for TWP?

A    Not that I can recall.

Q    And you don't recall ever having reviewed, ever, any social media account that belonged to TWP?

A    I don't recall.

Q    You don't actively review Iron March, right?

A    Like, I've read the website?

Q    Sure.

A    Sometimes.

Q    How much time a day would you spend on social media?

A    I don't know.  Depended on the day, right?

Q    Yeah.  Approximately.

A    I don't know.

Q    Approximately how many hours a day would you spend on social media?

Page 269

M. HEIMBACH

A    I don't know.  It depends if it's a workday, if I was spending time with my kids, if I was traveling, if I was doing activism.  I mean, that's a pretty wide range between zero time and a really lazy Saturday.

Q    Did you take any steps to preserve any of the content from any TWP social media account?

A    Well, considering I wasn't running them, no.

Q    And as you sit here today, you don't know whether anybody has taken any steps to preserve the content of any social media account on behalf of TWP?

A    Not in my wheelhouse.

Q    Is the answer to my question, no?

A    Yes.

Q    In your supposed conversation you had sometime in the last year with Matt Parrott about preservation efforts, you did not discuss any TWP social media accounts?

A    Nope, not to my knowledge.

Q    How long did that conversation last?

A    I don't recall.

Q    When did that conversation take place?

A    Sometime in the last year.

68

Page 270

M. HEIMBACH

Q    Sometime in 2018, fair to say?
A    Probably.
Q    What's Traditionalist Youth Network?
A    An organization that existed for, like, a year and a half.
Q    Who founded it?
A    I did.
Q    What is tradyouth.org?
A    A website.
Q    Who else was involved in Traditionalist Youth Network?
A    Matt Parrott.
Q    Anybody else?
A    Well, like membership, yeah.
Q    How many members?
A    I don't know.
Q    Can you approximate?
A    Not really.
Q    Is it fewer than a million members?
A    Fewer than a million.
Q    Would it be fewer than 10,000?
A    Yes.
Q    Is it fewer than 1,000?
A    Yes.

Page 271

M. HEIMBACH

Q    Is it fewer than 500?
A    For TYN, yes.
Q    Is it fewer than 250?
A    I don't know.
Q    Is it somewhere between zero and 500?
A    Between at least two and 500.
Q    Between two and 500?
A    Yeah.
Q    When I asked you if you could estimate, is there any reason you couldn't have said between two and 500?
A    It just seems overly broad.  I wouldn't want to disrespect you.
Q    To be clear, tradyouth.org is the Traditionalist Youth Network's website, right?
A    It was.
Q    And that -- and who is the intended audience for that website?
A    College students.
Q    And that website -- did you run the website?
A    Nope.
Q    Matt Parrott?
A    Uh-huh.

Page 272

M. HEIMBACH

Q    And did that audience include people that you were aware would attend Unite the Right?
A    Well, no, because TYN was shut down before Charlottesville.
Q    So is it your testimony that there was no content on tradyouth.org that concerned the Unite the Right rally?
A    I don't think that website even existed past 2014, to the best of my knowledge.
Q    And just to be clear, that's based on your recollection, right?
A    Yes, that's based on my recollection.
Q    And your recollection is that tradyouth.org was shut down by 2014, right?
A    Well, by 2015-ish.
        (Heimbach Deposition Exhibit No. 39 was marked for the record.)
BY MR. BLOCH:
Q    I'm showing you Exhibit 76 -- sorry -- sorry -- Exhibit 39.
        Do you recognize that?
A    It looks like the website.
Q    And when you say it looks like the website, do you mean it looks like tradyouth.org?

Page 273

M. HEIMBACH

A    It does, yes.
Q    And does it also look like, to you, that there's an article posted there?
A    Yeah, it looks like it.
Q    And does it also look like to you that the article concerns Unite the Right?
A    Yeah, I totally forgot this is still even up.
Q    Would it be fair to say, Mr. Heimbach, that your memory is not entirely reliable?
A    Oh, certainly not.
Q    Certainly not reliable, right?
A    Oh, no.
Q    Do you actually have a diagnosed issue with your memory?
A    Oh, no, I don't.
Q    Have you suffered any brain trauma of any kind?
A    I did get hit with a bat in Charlottesville.
Q    So this is an article that says:  Proud boys are cordially invited to Unite the Right.  Right?
A    Looks like.

69

Page 274

M. HEIMBACH

Q    And that was posted on tradyouth.org?

A    By Matt Parrott, yes.

Q    I'll take the exhibit back for a second.
Were there videos posted on tradyouth.org?

A    I think so.

Q    And were there podcasts posted?

A    I believe so.

Q    And the videos concerned Unite the Right, didn't they?

A    Not that I can recall.

Q    But that's based on your memory, right?

A    Indeed.

Q    And are there podcast on tradyouth.org?

A    I believe so.

Q    And did those concern Unite the Right?

A    I don't recall.

Q    Does tradyouth.org still exist?

A    Not to the best of my knowledge.

Q    When was it taken down?

A    I don't recall.

Q    Did -- you had an e-mail account associated with Traditionalist Youth Network?

A    Not that I recall.

Page 275

M. HEIMBACH

Q    That's based on your memory, though, right?

A    Yes.  That's all I've got.

Q    And did you take any steps to preserve any of the content of tradyouth.org?

A    Considering I didn't run the site, no.

Q    You were also a member of Nationalist Front, right?

A    It wasn't really a member thing, per se.

Q    You were not a member of Nationalist Front?

A    Well, I mean, the Nationalist Front was more of an idea.

Q    Right.  So my question is:  Were you a member of the Nationalist Front?

A    No.  The Traditionalist Worker Party was.

Q    Well, you were not a leader of Nationalist Front?

A    I'm just a guy.

Q    My question is:  Were you a leader of the Nationalist Front?

A    I don't really -- I mean, were there really leaders, though?  More of a coalition sort of thing.

Page 276

M. HEIMBACH

I did lead an organization that was affiliated with an umbrella, a coalition idea.

Q    Would you describe yourself as one of the leaders of the Nationalist Front?

A    It doesn't exist anymore.

Q    Are you going to answer my question?

A    Yeah.

Q    Would you describe yourself as a leader of the Nationalist Front?

A    The leader of an organization that was a member to the Nationalist Front coalition.

Q    Okay.  So is the answer to my question, no, you would not call yourself a leader of the Nationalist Front coalition?

A    I was the leader of the Traditionalist Worker Party, which was a member group.  So there was no, like, head honcho of NF.  There were different organizations that had their own leadership structure.

Q    I see.
Is your testimony about your role in Nationalist Front, is that based on your memory?

A    Yeah.

Q    Okay.  And did Nationalist Front have a

Page 277

M. HEIMBACH

website?

A    Yes.

Q    You remember that?

A    Yes.

Q    And what was the website?

A    NFunity.org.

Q    And there were documents posted on the website, right?

A    I assume so.

Q    Well, do you recall if there were documents posted on the website?

A    There was a unifying statement of principles.

Q    Anything else?

A    Member organizations.
(Heimbach Deposition Exhibit No. 40 was marked for the record.)
BY MR. BLOCH:

Q    Okay.  I'm showing you Exhibit 40.
Do you recognize that?

A    Yes.

Q    You do recognize that?

A    Yes.

Q    What is that?

70

Page 278

M. HEIMBACH

A    It looks like a list of the different leaders of organizations that were in the Nationalist Front.

Q    Does the -- it's a document, right?

A    It is indeed.

Q    And at the top of the document -- have you seen this document before?

A    Not in a while.

Q    At the -- but, yes?

A    Yes, now that it's in front of me.

Q    The top of the page says The Nationalist Front, right?

A    Yes.

Q    And then under that it says Leadership, right?

A    Yes.

Q    And would it be fair to assume that leadership means leadership of the Nationalist Front?

A    Well, I feel like you're -- your argument is six of one,half dozen of another. Leadership of various organizations that were equals to one another.

Q    Does your copy of the document say leadership of various organizations or does it just

Page 279

M. HEIMBACH

say leadership of Nationalist Front?

A    Well, if you read the descriptions, this identifies Jeff Schoep as being the leader of National Socialist Movement, myself as being the leader of Traditionalist Worker party, Dylann being the leader of Vanguard America, and Dr. Michael Hill being the leader of League of the South.

So leaders of different organizations that were united together, yes.

Q    But you agree that you were listed as one of the persons under Leadership under this document, right?

A    Like, but what does that mean.

Q    I'm not asking you what it means, am I?

A    Well, I feel like it kind of matters.

Q    My question is:  Are you listed as one of the people on this document under the word Leadership?

A    Of an organization that was part of a coalition.

Q    I'm going to try it one more time.

A    I understand what you're saying, but I think these distinctions do matter to get to the heart of the matter, right?

Page 280

M. HEIMBACH

Q    Mr. Heimbach, you understand that you are required to answer my questions, right?

A    Yes, and I'm trying to the best of my ability, but I feel like you're not exactly listening of what I'm saying.

Q    All right.  So let me be very clear.

A    Yes, I'm in the document as -- as a leader, right, which means that I was a leader of an organization that was part of a coalition.

Q    Was there content on the website NFunity.org that concerned the Unite the Right rally?

A    I don't recall.

Q    And that's based on your memory, right?

A    I didn't write the website.

Q    My question is:  That's based on your recollection?

A    Based on my recollection.

Q    And did you check in any way in your production efforts in this case?

A    I don't believe the website is still on-line.

Q    Is it still on-line?

A    I don't think so.

Q    Did you check whether it's still on-line?

Page 281

M. HEIMBACH

A    No.  Is it, though?

Q    Do you have reason to believe the website is no longer on-line?

A    I believe it most likely was taken down when Matt Parrott took down the Traditionalist Worker Party website.

Q    Well, do you have a recollection of the website being taken down?

A    Not directly.

Q    Did you take any steps to preserve any content that existed on NFunity.org at any time?

A    I didn't control the back end of the website, so I'd have no ability to do so, to the best of my knowledge.

Q    Did Nationalist Front have its own e-mail system?

A    I believe Matt Parrott had created a ticket system that was similar to the one for the Traditionalist Worker Party.

Q    So is the answer to my question, yes?

A    I believe so.

Q    And you had a Nationalist Front e-mail address, right?

A    I don't recall.  I think it was tied in

Page 282

M. HEIMBACH

with the TradWorker system, if memory serves me right.

Q    Well, do you recall or don't you recall whether you had an e-mail address on the Nationalist Front e-mail system?

A    No, I don't recall.

Q    And who controlled the Nationalist Front e-mail system?

A    Matt Parrott.

(Heimbach Deposition Exhibit No. 41 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 41.

Do you recognize this, Mr. Heimbach?

A    Well, I don't recognize it, but I understand what it is.

Q    And what is it?

A    It looks like a ticket.

Q    From?

A    NFunity.org, I suppose.

Q    Is this a ticket that is part of the Nationalist Front e-mail ticket system?

A    I assume so.

Q    Is that what it looks like to you?

Page 283

M. HEIMBACH

A    That's what it looks like.

Q    And do you see that there's a message on August 16th, 2017 from Commander Schoep?

A    Yes.

Q    And do you understand that to be Jeff Schoep?

A    Indeed.

Q    And do you see that the content of that message includes a reference to the battle in Charlottesville?

A    Yes.

Q    And do you understand that to be a reference to what took place at the Unite the Right rally?

A    I suppose so.

Q    And do you see that at the top of that e-mail, there is a CC, right?

A    Yes.

Q    And it CCs you, TWP Leader Matt Heimbach, right?

A    Uh-huh.

Q    Does that refresh your recollection that you had an e-mail account on the Nationalist Front ticket e-mail system?

Page 284

M. HEIMBACH

A    I still think they were integrated with the TradWorker one.  I don't -- I believe.

Q    Do you know whether -- when you sit here today, whether or not you had a separate e-mail account for the Nationalist Front?

A    No.

Q    You might have, you might not have; is that your testimony?

A    Matt Parrott would know.

Q    I'm asking what you know, Mr. Heimbach.

A    I don't know.

Q    Do you know whether you had an e-mail account associated with the Nationalist Front's ticket e-mail system?

A    No.

Q    And you didn't take any steps to check that when you were ordered to produce documents in this case?

A    I mean, I even forgot this existed.

Q    So is the answer to my question, no, you did not check to see whether you had a Nationalist Front e-mail account when you were ordered to produce documents in this case?

A    Yes, I didn't remember that this existed.

Page 285

M. HEIMBACH

Q    And so you did not check?

A    No, I did not check.  It's hard to check for things you don't remember.

Q    Did you talk about Charlottesville or Unite the Right on your Nationalist Front e-mail system?

A    I don't recall.

Q    Do you still have access to your Nationalist Front e-mail account?

A    I assume not.

Q    Do you know?

A    No.

Q    Where are the documents stored that were generated by the Nationalist Front ticket e-mail system?

A    I assume in Matt Parrott's house.

Q    I don't want you to assume, Mr. Heimbach.

Do you know?

A    Nope.  I was never in charge of them.

Q    You also had meetings in real life to discuss planning for Charlottesville, and by that I mean Nationalist Front meetings, right?

A    We had a rally in Pikeville, Kentucky.

Q    Well, apart from the rally in Pikeville,

72

Page 286

M. HEIMBACH

Kentucky, isn't it also true you had a meeting with the Nationalist Front to discuss planning for Charlottesville?

A    I don't recall.

Q    Do you recall anything you did in your capacity as a Nationalist Front leader related to the Unite the Right event?

A    No.

Q    Nothing?

A    Not off the top of my head.

(Heimbach Deposition Exhibit No. 42 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 42.  Is that a Discord post by you?

A    Yes.

Q    And did you post on Discord, on July 8th, 2017:  Reminder to all comrades in the area.  We will be hosting a Nationalist Front meeting, TWP and allies in Ocoee, Tennessee this weekend, on Saturday at 1:00 p.m. at the famous Whitewater Grill.  The address is 1224 US 64, Ocoee, Tennessee 37361.  The purpose of the meeting is to plan for the upcoming Charlottesville event car pool, plan for future

Page 287

M. HEIMBACH

events, network and do a flash demo.  Come meet great comrades and let's make history.

Do you see that?

A    I do.

Q    Did you post that on Discord on July 8th, 2017?

A    I assume so.

Q    Were there notes taken at that meeting of any kind?

A    I don't believe so.

Q    Do you see, Mr. Heimbach, that in your capacity as a leader you sent out a document that included logistical details for the meeting that you wanted people to attend?

A    To show up at Rick Tyler's family-run restaurant, yeah.

Q    Right.  So you agree with me that you sent out a document that included details, such as address, time, for an event that was just to meet and discuss Charlottesville, right?

A    Yes.  I don't recall really getting around to discussing Charlottesville.

I mean, the whole meeting is covered in a journalist Vegas Tenold's book, Everything You Love

Page 288

M. HEIMBACH

Will Burn.  So that's a pretty -- as close to notes that exist, I think.

Q    But you see, Mr. Heimbach, how you in your capacity as one of the leaders sent out a document that included these sorts of logistics so that people knew where to go, right?

A    Sure.

Q    And why did you think that was important to do for this meeting?

A    So we could have fellowship and fraternity.

Q    But did you think it was important to give people logistics about where to be and at what time so that people knew where to go and where to be at what time?  Did you think that was important for that meeting in July?

A    It's hard to have lunch without telling people when to show up.

Q    Right.  You sort of have to tell people where to be at what time if you want to have an organized meeting, right?

A    Sure.

Q    And that was important to you on July 8th, 2017, right?

Page 289

M. HEIMBACH

A    Looks like.

Q    And is it your testimony that you didn't see or send out any sort of document like this, including logistics, with respect to the Unite the Right rally that happened one month later?

A    I don't recall.  The e-mails would have been sent out by Matt Parrott.

Q    But you don't have any recollection of anything like that, right?

A    Uh-uh.

Q    Now, fair to say Matt Parrott is a close friend of yours?

A    Yeah.

Q    And you were still friends with him in February of 2018, right?

A    Uh-huh.

Q    And you talked to him every day?

A    Close enough.

Q    And you live -- in February 2018, how far did you live from him?

A    Fifty yards.

Q    And you spoke to him about Unite the Right, right?

A    I don't think I can really recall

73

Page 290

M. HEIMBACH

specifics.

Q   Is it your testimony, Mr. Heimbach, that you did not discuss Unite the Right with Matthew Parrott?

A   I'm sure we did, I just can't recall specifics.

Q   But you talked to him about Unite the Right, right?

A   Sure.

Q   And you had conversations with Mr. Parrott about this lawsuit, right?

A   I assume so.

Q   Well, I'm not asking you to assume, Mr. Parrott [sic].

You did have conversations about this lawsuit, didn't you?

A   Again, I assume so, yeah.

Q   Were you friends with Mr. Parrott on any social media accounts?

A   Facebook.

Q   Okay.  And as a friend of Mr. Parrott's Facebook, you are able to see the things he posts on his page, right?

A   Yes.

Page 291

M. HEIMBACH

(Heimbach Deposition Exhibit No. 43 was marked for the record.)

BY MR. BLOCH:

Q   I'm showing you Exhibit 43.

Do you recognize that?

A   No.

Q   Is that a post from Mr. Parrott's Facebook page?

A   Looks like.

Q   And that's a post that Mr. Parrott posted on February 27, 2018, right?

A   Yes.

Q   And Mr. Parrott wrote:  General note.  If you were involved in any altercation in Cville and you haven't disabled your social media, you should do so.  I know it's a bit late for some folks, obviously, but just in case there's anybody out there reading this who's out there who hasn't taken that step, do so.  It doesn't matter if you actually did anything.  Everybody's getting a ride, even if it's totally obvious that they're not convictable.

A   Isn't that the truth.

Am I supposed to have an opinion on Mr. Parrott's post?

Page 292

M. HEIMBACH

Q   You saw that post, right?

A   Not that I can recall.

Q   Did you ever have a conversation with Mr. Parrott about disabling social media accounts?

A   Not that I can recall.

Q   Even though you spoke to him every day, were friends with him on Facebook, lived 50 feet from him and talked to him about Charlottesville and this lawsuit, it's your testimony that you did not see this Facebook page or have any conversation with Mr. Parrott about disabling social media accounts; is that your testimony, sir?

A   Not that I can recall.

He posts a lot.  It's hard to keep up with all that.

Q   You agree with me, Mr. Heimbach, that every single social media account that you were on that concerns the Unite the Right has been either disabled or deleted since you were sued in this case?

A   Yes.  To the best of my knowledge.

Q   You had a podcast -- we discussed this -- called Daily Traditionalist, right?

A   Uh-huh.  Are you guys regular listeners?

Q   When did you start that podcast?

Page 293

M. HEIMBACH

A   I don't recall.  I'm sure we can go back in the archives, though.

Q   Approximately when did you start the Daily Traditionalist podcast?

A   I still don't recall, but we could check the archives if you'd like.

Q   Was it after 1980?

A   I believe I was born, yes.

Q   So would it be fair to say it was after 1980?

A   At least 1991.

Q   And was it after the year 2000?

A   Yes.

Q   Was it after the year 2010?

A   Somewhere between the years of 2014 to 2017.

Q   That's when you created the Daily Traditionalist?

A   Somewhere in there.

Q   And who are the listeners of this podcast?

A   Well, I mean you guys.  I mean that's been my biggest fans, right?

White nationalists.

74

Page 294

M. HEIMBACH

Q    And how many episodes would you say you've appeared on?

A    Oh, I don't know.  I mean, I did it daily for a while.  Over a hundred, if I were to give an estimate.

Q    And other Defendants have appeared on that podcast, too, right?

A    Yes.

Q    Including Tony Hovater?

A    Yes.

Q    Where are the recordings of this podcast kept?

A    On the archives of Radio Aryan.

Q    Does that website still exist?

A    Yes.

Q    And so all of those podcasts are available on that website, as far as you know?

A    As far as I know.

Q    Have you checked?

A    No.

Q    Well, there are podcasts that discuss Unite the Right; isn't that true?

A    I assume so.

Q    Well, you were on the podcasts, right?

Page 295

M. HEIMBACH

A    Yes, but you do a podcast everyday, it's hard to remember what you talked about from Tuesday to Friday, let alone two years ago.

Q    Did you say on a podcast on October 12th, 2017, you were incredibly restrained in Charlottesville?

A    I assume you can play it, so I'm going to go ahead with yes, but I don't recall.

Q    Did you make -- sure.  Whatever.
    I'm referring to Exhibit 1 at 8.45.
    Podcast Recording Played:
    (Sounds like a wonderful idea.
It's -- well, if we can grow -- in every
with respect, incredibly restrained.  In
our planning, in our talking with people,
in our actual actions.  Incredibly
restrained in Charlottesville.  We
would --)

BY MR. BLOCH:

Q    Is that your voice, Mr. Heimbach?

A    It is, and I stand by that comment.

Q    And were you talking about Unite the Right?

A    I was.

Page 296

M. HEIMBACH

Q    You also appeared on a podcast called the Daily Nationalist, right?

A    Yes.

Q    And you discussed Unite the Right on that pod cast, as well, right?

A    I believe so, yes.

Q    You believe so or you did?

A    I believe so.

Q    Do you not recall?

A    No.  If you're referring to an episode from -- I don't know -- a month ago, yes.

Q    So you do recall speaking about Unite the Right on a Daily Nationalist podcast about a month ago, right?

A    Yes.

Q    Have you appeared on any other podcasts?

A    Like, ever?

Q    Yeah.

A    Like ever, ever?  Yes.

Q    How about The Radical Agenda?

A    Yes.

Q    And whose podcast is that?

A    Chris Cantwell's.

Q    And have you discussed Charlottesville on

Page 297

M. HEIMBACH

The Radical Agenda?

A    I think so.

Q    Have you taken any steps to preserve any episodes of any podcasts?

A    In regards to The Radical Agenda, given that Chris Cantwell is a Codefendant, I understood that he would have a responsibility to preserve all that information regardless.  So --

Q    Did you discuss that with Mr. Cantwell?

A    I assumed he was going to fulfill his discovery obligations.

Q    I'm not asking for what you assumed, Mr. Heimbach.
    Did you discuss that with Mr. Cantwell?

A    I don't recall discussing that, no.

Q    Have you taken any steps to preserve any episodes of any of your podcasts?

A    No.

Q    Have you made any efforts to produce any of your podcasts to Plaintiffs in discovery in this case?

A    I didn't know you guys wanted to hear them.

Q    Do you recall looking at the document

M. HEIMBACH

requests earlier today?

A    Yes.

Q    And you agree that you've reviewed that, right?

A    I have now reviewed it, yes.

Q    Well, you reviewed it when I sent it to you, at least, on July 7th, 2019, right?

A    It sounds accurate.

Q    And you agree with me that one of the things we asked is podcasts, right? Didn't we talk about that?

A    Yes, but I hadn't really thought of it. I'd be happy to go through the archives going forward to fulfill any obligations.

Q    Do you have a podcast called Action?

A    Not anymore.

Q    Have you ever?

A    Yes.

Q    And how many episodes were there on Action?

A    Eight, I think.

Q    And who is the intended audience for Action?

A    Concerned soccer moms, and white

M. HEIMBACH

nationalists. Really everybody. It's a family show.

Q    When did you create the first episode of Action?

A    Eight weeks before it ended, I guess. Maybe January.

Q    Of what year?

A    2018.

Q    You created it in January 2018?

A    I believe so, to the best of my knowledge.

Q    And you appeared on the podcast with Tony Hovater?

A    Indeed.

Q    Any other Defendants?

A    I'd have to look.

Q    You agree that you spoke about Unite the Right on some of the episodes of that podcast?

A    Not that I recall, but if you've got a transcript I'm going to assume.

Q    Well, I'm asking you. Do you recall?

A    No, I don't recall.

Q    Did you take any steps to preserve the audio files of Action?

A    Well, the audio files were deleted in

M. HEIMBACH

March of 2018 by therightstuff.biz. I never had the files and they were deleted overnight by the hosts.

Q    Where were they deleted?

A    An in-fight within white nationalism.

Q    Tell me about that.

A    They got upset, essentially, with the podcast and with the Traditionalist Worker Party. So, without any warning, they deleted the content.

Q    And who is that, that you're referring? What's the name?

A    The death panel. Mike Peinovich, Jazz Hands, JO probably. I don't know. I don't really know who was involved in all that decision.

Q    What's the death panel?

A    It's the hosts of the Daily Shoah.

Q    And why are they called the death panel?

A    It's a joke.

Q    Who is JO?

A    One of the guys that podcasts on therightstuff.

Q    So Mike Peinovich deleted your podcasts --

A    Well, I don't know that it was him. It could have been Sven or any of the other guys.

M. HEIMBACH

Q    Who's Sven?

A    A guy that's on the Daily Shoah.

Q    Is that Sven Longshanks?

A    No, different Sven.

Q    Really?

A    Really.

Q    What is this Sven's last name?

A    I don't know.

Q    Is this Sven a member of TWP?

A    No. No, the TRS crowd was never going to be wearing a TWP T-shirt.

Q    Did you ever appear on a podcast called Nord Front?

A    Yes.

Q    What is that?

A    It's a Nordic resistance movement English language podcast.

Q    And does that advocate white nationalism?

A    National socialism.

Q    And did you appear on that podcast shortly after the Unite the Right rally?

A    I don't recall.

Q    Did you appear on that podcast sometime on August 12th or 13th of 2017?

Page 302

M. HEIMBACH

A   I don't recall.

Q   Did you appear on a podcast on August 12th?

A   I don't recall.

Q   Did you appear on a podcast on August 13th?

A   I don't recall.

Q   Is your memory of August 12th so faulty that you don't remember whether or not you even appeared on a podcast or not?

A   You know, faulty is one way to say it, but I think a more accurate thing would be I remember the defining moment of antifascists with assault rifles pointing them at me or being struck in the head with a bat. Those kind of stick out far more than if I did a podcast.

Q   And you don't know whether you appeared on a podcast on August 13th to discuss the rally?

A   I do not. If you have a transcript, you could refresh your memory, but I honestly don't recall. That was kind of a hectic couple days.

Q   Are you familiar with Occidental Dissent?

A   Yes.

Q   What is that?

Page 303

M. HEIMBACH

A   That's a blog done by Brad Griffin.

Q   Did you have an account on Occidental Dissent?

A   One that Matt Parrott had set up.

Q   So the answer is, yes?

A   Yes.

Q   By the way, what is Matt Parrott's actual title within the Traditionalist Worker Party?

A   I don't know. Secret Wizard of Technology.

Q   Is it fair to say he is lower on the hierarchy of TWP than you are?

A   No.

Q   Even though you're the chairman?

A   Well, I know how to people. That's kind of the big difference here. Can't technology to save my life, but I can people. More of a dynamic duo sort of arrangement.

Q   Is Matt Parrott related to Jessica Parrott in any way?

A   They're ex-spouses.

Q   Is Matt Parrott related to Brooke Heimbach in any way?

A   Not biologically or adoption. He was

Page 304

M. HEIMBACH

married to her biological mother for a period of time, but not actually related.

Q   Is Matt Parrott Brooke Heimbach's father-in-law?

A   Well, no.

Q   Withdrawn.

Is Matt Parrott Brooke Heimbach's step-father?

A   Not legally. He never adopted her. So --

THE WITNESS:  So about that coffee?

MR. BLOCH:  Why don't we go off the record and take a 20-minute lunch break.

THE WITNESS:  Cool.

THE VIDEOGRAPHER:  We're going off the record. The time is 1:51 p.m.

(Brief pause.)

THE VIDEOGRAPHER:  We're back on the record. The time is 2:17 p.m.

BY MR. BLOCH:

Q   Good afternoon, Mr. Heimbach.

A   Good afternoon, Mr. Bloch.

Q   Mr. Heimbach, you had a cell phone on August 12th, 2017, right?

Page 305

M. HEIMBACH

A   Yes.

Q   And what kind of phone was that?

A   I don't know.

Q   You don't have any idea what kind of phone it was?

A   Android.

Q   Is that phone identified on the certification that you filled out?

A   I'd have to look at it.

(Heimbach Deposition Exhibit No. 44 was marked for the record.)

BY MR. BLOCH:

Q   I'm showing you Exhibit 44.

A   Yes, that would be the third one.

Q   So the third -- the notation on the certification that says Android?

A   Yes.

Q   What does that say, the nature of responsive documents on device?

A   Text, location data, device removed -- I think -- as explained in submitted affidavit.

Q   And so that notation refers to the cell phone that you had on August 12th 2017, right?

A   Yes.

Page 306

M. HEIMBACH

Q    And the phone number on that was (301)525-1474?

A    Yup.

Q    When did you purchase that phone?

A    I have no idea.

Q    Approximately when did you get that phone?

A    I have no idea.

Q    Well, was it in 2017?

A    I don't know.

Q    Was it sometime after 2010?

A    Sometime after 2010.

Q    Sometime after 2015?

A    I don't know.

Q    So it's conceivable that you had that phone for seven years; is that right?

A    Sometime after college.  I don't remember when I got it.

Q    And when did you graduate college?

A    2013.

Q    Okay.  So are you testifying that you got that phone sometime after 2013?

A    I believe so.

Q    So you had that phone approximately for

Page 307

M. HEIMBACH

about four years up until August 12, 2017?

A    I don't know.

Q    You certainly had that phone in 2017, right?

A    I believe so.

Q    And is it fair to say that you had that phone at least by 2016?

A    I don't know.

Q    Is it fair to say you had that phone at least by the start of 2017?

A    I believe so.

Q    Between January 1st, 2017 and today, have you ever had another phone number?

A    Nope.

Q    And were you the only person that used that phone, that Android that's referred to on the certification?

A    Yes.

Q    And you sent and received text messages on that phone that related to the Unite the Right event, correct?

A    Yes.

Q    What sorts of things do you recall texting people about Unite the Right on that phone?

Page 308

M. HEIMBACH

A    Looking forward to an exciting walk in the park.

Q    Is that the only thing you recall texting on that phone?

A    I don't recall.

Q    Do you recall texting people about planning related to Unite the Right?

A    I don't recall.

Q    Do you recall actually saying to somebody, Looking forward to a walk in the park?

A    No, I said that in Charlottesville on August 12th.

Q    And did you text people about how -- about a code of conduct at Charlottesville at all?

A    I don't recall.

Q    Did you text anyone about how anyone ought to behave in Charlottesville?

A    I don't recall.

Q    Did you text anyone about what you had hoped to accomplish at Charlottesville?

A    I don't recall.

Q    Did you send or receive a text message about Unite the Right on August 11th, 2017?

A    I'm sure I did.

Page 309

M. HEIMBACH

Q    And did you send and receive text messages about Unite the Right on August 12th, 2017?

A    I'm sure I did.

Q    Do you recall specifically what you texted on August 11th to anybody?

A    No.

Q    Do you recall approximately, generally speaking, what you texted to anybody on August 11th?

A    No.

Q    Do you recall, generally speaking, what you texted about on August 12th, 2017?

A    No.

Q    And you agree with me you sent and received text messages about Charlottesville after August 12th, 2017, right?

A    I assume so, yeah.

Q    When is the most recent time you recall sending a text about the events at issue in this case?

A    I don't recall.

Q    Can you approximate?

A    Not with any reasonable certainty.

Q    Did you send a text that concerned Charlottesville in any way, to anybody, in 2019?

Page 310

M. HEIMBACH

A    Not that I can recall.

Q    You agree with me that it's possible?

A    Possible, yes.

Q    Did you send a text message that concerned Charlottesville anytime in 2018?

A    I don't recall.

Q    Do you think it's possible?

A    It's possible.

Q    Do you think it's probable?

A    Probably.  Probably probable.

Q    When you send a message on that phone, does it get backed up anywhere?

A    I assume by the carrier.

Q    Do you know whether it does?

A    No.

Q    Do you know whether it gets backed up to an on-line account?

A    No.

Q    Do you have access to an on-line account that contains your text messages?

A    I don't believe so.

Q    Do you know if it gets backed up to the Cloud?

A    I don't know.

Page 311

M. HEIMBACH

Q    Are you aware of any backup system for texts you send on that Android?

A    No.

Q    Did you take photo -- that phone has the ability to take photos, right?

A    I believe it did, yeah.

Q    And did you take photos on that phone that concerned the events in this case in any way?

A    No, I think I was busy.

Q    I'm sorry?

A    I think I was a little busy getting hit with a bat and pepper-sprayed.

Q    Putting aside for a moment August 12th, did you at any time take a single photograph related to the events in this case?

A    I can't recall.

Q    Did you take a photograph on August 11th, at all?

A    I can't recall.

Q    You might have?

A    I can't recall.

Q    Did you take a photo, at all, on August 12th?

A    I don't know.

Page 312

M. HEIMBACH

Q    But you might have?

A    I mean, maybe, but doubtful.

Q    When did you stop using that phone?

A    I don't recall.

Q    Well, what did you do with it after August 12th, 2017?

A    Continued to use it, I believe.

Q    And how long did you continue to use it for?

A    The rest of the year, I think.

Q    And -- and at some point after the -- 2017, you stopped using that phone?

A    Yes.

Q    Why?

A    It busted.

Q    And how did it bust?

A    Well, at the time, I had a two-year-old.  He busted it.  I left it out.  It was a stupid mistake.

Q    And that was sometime in late 2017?

A    I believe so.

Q    Sometime in December of 2017, fair to say?

A    Sure.

Page 313

M. HEIMBACH

Q    And how -- did you see the phone get busted?

A    Just the end result.

Q    Which was what?

A    It was cracked.

Q    The screen?

A    Yeah.

Q    And what did you do with it when --

A    Put it in the tub full of other stuff.

Q    Just to be clear, do you know where the phone is now?

A    I assume somewhere in, like, Indonesia being pulled apart.

Q    Do you agree with me that the phone that you had on August 12th at Unite the Right rally is gone?

A    Uh-huh.

Q    And do you agree that you don't have access in any way to any of the content that you had at the Unite the Right rally and prior to that?

A    Correct, but I'm willing to sign anything that needs to be done with the service provider so they can provide you with any available information.

Q    As far as you know, there is -- you have

Page 314

M. HEIMBACH

no access to any of content from that phone, right?

A    Correct.

Q    And you don't have any reason to believe that any service provider has access to any of the content from that phone, right?

A    I mean, I don't know what Verizon's policy is.

Q    So you would agree with me, you don't have any reason to believe any service provider has access to any of the content?

A    Well, I would assume they would have access, however.

Q    I'm not asking you to assume, Mr. Heimbach.

Do you have any idea what Verizon keeps in terms of content?

A    I have no idea.

Q    So you have no idea whether anyone has access to the content to any of that phone, right?

A    No.

Q    And you have not tried in any way to access the content of that phone, right?

A    Besides not objecting to Plaintiffs' motion to subpoena the records from Verizon.

Page 315

M. HEIMBACH

Q    Are you referring to the subpoena that Plaintiffs issued to subpoena the call log from your phone?

A    Yes.

Q    And you're saying you did not object to that, right?

A    Yes.

Q    And you don't have any idea what kind of content you get from a subpoena like that, right?

A    No idea.

Q    Other than not objecting to the subpoena we issued, do you -- did you take any steps to try to access the content of that phone, at all?

A    Well, I don't even know how you would start when you don't use the same service provider and it doesn't exist.

Q    Is the answer to my question, no?

A    The answer, I suppose, would be, no.

Q    Where was -- why did you put it in a tub?

A    That's kind of where I put all my assorted odds and ends.

Q    And why didn't you just throw that phone away?

A    Because I would need it.

Page 316

M. HEIMBACH

Q    For what?

A    For the lawsuit.

Q    And was the box labeled in any way, the tub?

A    No.

Q    What else was in the tub?

A    Birth certificate, Social Security card, stuff from my reenacting days, assorted paperwork, copies of the party newspaper, stuff I had gotten on my trips overseas.

Q    Anything else?

A    A list of information for the accounts that have been since deleted.

Q    Any other electronic devices other than your phone?

A    Laptop.

Q    And where were you living at the time?

A    120 Paul Street.

Q    By the way, what were you reenacting in your reenacting days?

A    Oh, Civil War.

Q    And where did you put the tub?

A    Near my computer.

Q    And did you notify anybody that you were

Page 317

M. HEIMBACH

storing your cell phone in that tub?

A    No.

Q    Did anyone advise you that storing the con -- withdrawn.

Did anyone advise you that storing the cell phone in that tub was a secure way to preserve your documents in this case?

A    No.

Q    Did you send the phone to your attorney?

A    No.

Q    Why not?

A    I don't think he asked for it.

Q    Did you ask anybody whether there was anything you could do to preserve the contents of that phone?

A    I assumed it just existing would be sufficient.

Q    So is the answer, no?

A    Besides keeping it.  So --

Q    Did you take any steps to have the contents of the phone preserved, like having it imaged forensically?

A    Nope.

Q    Did you talk to your attorney at all

80

Page 318

M. HEIMBACH

about doing that?

A    Not that I can recall.

Q    Did you backup the content in any way, or try to, after it was damaged?

A    No.

Q    And did you tell anybody else in the world that your cell phone and laptop were in this tub?

A    I don't think so.

Q    And what happened to the tub?

A    It was thrown out.

Q    Do you know that?

A    That's what I was told.

Q    Who told you that?

A    My ex-wife.

Q    So on March 13th, you were charged with domestic battery, right?

A    Uh-huh.

Q    And that was on your wife at the time, Brooke Heimbach, right?

A    Not the best day ever.

Q    Is that right, that you were charged with domestic battery against your wife, Brooke Heimbach at the time?

Page 319

M. HEIMBACH

A    Yes.

Q    And what happened after March 13th?

A    Well, I couldn't return home due to the protective order, so I left and went to Pennsylvania for a while and ended up in Tennessee.

Q    The protective order you refer to is a no-contact order that prevented you from having contact with Brooke, right?

A    Or returning to the premises.

Q    Is that right?

A    Yes.

Q    And that started on March 13th, right?

A    Yes.

Q    And was the term of the no-contact order that you were not allowed to call her in any way while the case was pending against you?

A    I'd have to look at it.

Q    You don't recall the terms of the --

A    The exact specifics. I knew I wasn't supposed to go back to the property or interact with her, to allow the process to work its way through.

Q    And the -- did you plead guilty to that charge on September 18th, 2018?

A    Only because Indiana doesn't have an

Page 320

M. HEIMBACH

Alford plea.

Q    So is the answer to my question, yes, you pled guilty on September 18 of 2018 to domestic battery against your wife, Brooke Heimbach?

A    Yes.

Q    When you pled guilty, you were under oath, right?

A    Yes.

Q    And when you pled guilty, you said that you were guilty of that charge?

A    Indeed.

Q    And when you pled guilty under oath to being guilty of that charge, is that because you were, in fact, guilty of what you were accused of?

A    I was under oath, so, yes.

Q    And did you have any contact with Brooke Heimbach between March 13th, 2018 and September 18th, 2018?

A    Not that I can recall.

Q    Well, did you ever call Brooke Heimbach between March 13th, 2018 and September 18th, 2018?

A    Not that I can recall.

Q    Did Brooke Heimbach ever call you between March 13th, 2018 and September 18th, 2018?

Page 321

M. HEIMBACH

A    Not that I can recall.

Q    When you pled guilty, one of the terms of your sentence was a continuation of the no-contact order, right?

A    With the exemption of what was agreed upon for a conditional divorce.

Q    So to be clear, you were ordered not to have any contact with her, other than through your divorce proceedings; is that right?

A    Well, no. They would be modified dependent upon what we agreed on in our divorce, which was to allow full contact.

Q    When did you have that modified?

A    I mean, we discussed it with a prosecutor, Holly Hudelson, in September, I believe.

Q    So is it your testimony -- is there a no-contact order in place right now?

A    No.

Q    And is it your testimony that there was no contact -- no no-contact order in place as part of your plea in September 2018?

A    Well, based upon what we agreed on for the divorce.

Q    And did you take a -- an affirmative step

Page 322

M. HEIMBACH

to have it modified in the divorce proceedings?

A    She had withdrawn it.  To the best of my knowledge.

Q    Who withdrew it?

A    Brooke Heimbach.

Q    You're saying Brooke Heimbach withdrew the no-contact order?

A    I believe so.

Q    When did that happen?

A    I can't recall exactly.

Q    Well, approximately when did that happen?

A    Sometime when everything was going on, in the last year.

Q    What does that mean?

A    Well, I can't recall exactly.

Q    Well, you pled guilty on September 18, 2018, right?

A    Uh-huh.

Q    And that's about 11 months ago, right?

A    Okay.

Q    Isn't that right?

A    I believe so.

Q    And your testimony is, at some point, Brooke Heimbach withdrew the no-contact order?

Page 323

M. HEIMBACH

A    Yes.

Q    And when did that happen?

A    I don't know exactly.

Q    Wasn't that an event of some significance to you?

A    It was kind of a stressful time, all things considered.  So --

Q    So was it sometime in 2019?

A    No.  I believe it was last year.

Q    And do you have a document that states that Brooke Heimbach withdrew the no-contact order?

A    I believe she does.  She had gone to -- I don't.  But she had told me that she had gone to the sheriff's office or the court building in downtown Paoli and done that.

Q    When you were arrested on March 13th, did you ever ask anyone for permission to retrieve your belongings from your house?

A    No.

Q    And the belongings included your birth certificate, right?

A    All my documents.

Q    And all your documents, right?

A    Yup.

Page 324

M. HEIMBACH

Q    And you never asked anybody if you could have permission to go retrieve those?

A    Not to my knowledge.  I mean, there was no one I could really ask.

Q    Did you ever tell Mr. Kolenich that the documents and devices that were relevant to this case were in a house that you had no ability to enter?

A    I don't recall.

Q    You don't recall having that conversation with Mr. Kolenich?

A    Uh-uh.

Q    It's possible you did?

A    I don't recall.

Q    Isn't there a procedure in Indiana that allows you to get your belongings with a police officer in a situation like this?

A    I don't know.  I'm not a lawyer.

Q    You didn't ask anybody whether there was any way to get access to all of your 32 belongings that were in that home?

A    Well, I didn't assume she was going to pick up and go to Texas, unannounced.

Q    What's the answer to my question?

A    I don't recall.

Page 325

M. HEIMBACH

Q    When did you learn that that tub had been disposed of?

A    I don't recall.

Q    Approximately, when did you learn that all of your 32 belongings were thrown away?

A    I was kind of focused on other things.  I don't recall.

Q    Were you upset when that happened?

A    Yes.

Q    And tell me about how you learned that.

A    I don't recall the specifics.  Perhaps through my mother.

Q    You don't recall who it was that told you that all of your 32 belongings had been thrown away.

A    It's not like I had much to begin with.

Q    Listen to my question.

A    The answer is, no.

Q    Do you recall when you were told your 32 belongings had been thrown away?

A    Uh-uh.

Q    You agree with me this was an upsetting thing to learn, right?

A    Yup.

Q    And it happened sometime in the last year

82

Page 326

M. HEIMBACH

and a half, right?

A    Uh-huh.

Q    So tell us everything you can remember about that conversation when you learned that your belongings, including your cell phone in this case, had been thrown away.

A    I don't recall it.

Q    Tell me everything you remember about when you learned that that had happened.

A    I don't really remember who I was speaking with. I don't remember any of the specifics. I mean, I was kind of busy with other things.

Q    Like what?

A    Having my probation revoked in the great Commonwealth of Kentucky and getting to go to jail.

Q    Do you even have a recollection of that conversation happening where someone told you your belongings and the cell phone in this case were thrown away?

A    Not the initial time I found out, no.

Q    You don't have any recollection of that?

A    Uh-uh.

Q    Would it be fair to say you actually

Page 327

M. HEIMBACH

don't know whether or not you ever had a conversation like that?

A    At some point I learned of it.

Q    How do you know that?

A    It was something that had been brought up after September of last year with my ex-wife.

Q    Who brought it up?

A    She had.

Q    Where?

A    When we were playing with our kids in the park.

Q    So sometime after September of last year, you were playing with your kids in the park and you're saying Brooke Heimbach brought that up?

A    Yes.

Q    What did she say?

A    That she was sorry that she went to Texas and everything kind of went sideways.

Q    What exactly did Ms. Heimbach tell you about that tub that had your devices and documents?

A    That she had left and told the neighbors to clean out the property in order to make room for new tenants because she wasn't planning on returning.

Q    And who are the neighbors?

Page 328

M. HEIMBACH

A    Ashley and Robert Edwards.

Q    And how long had you lived at that address?

A    I don't know. Six months, something like that.

Q    Did you know Ashley and Robert Edwards?

A    In passing.

Q    Did you ever speak to Ashley or Robert Edwards about this incident?

A    Nope.

Q    Do you know if they even actually did go through and threw stuff away?

A    I haven't had a conversation with them. I took my ex-wife's word for being truthful.

Q    But you never called Ashley or Robert Edwards and asked if they found a tub that had a number of electronic devices in it?

A    Not that I can recall.

Q    Why not?

A    Well, I mean, first of all, I didn't have their phone number. Second of all, I was living out of state.

Q    Where did Ashley and Robert Edwards live?

A    On Gospel Street, two houses down from

Page 329

M. HEIMBACH

120 Paul Street.

Q    Did you ever at any time go back to 120 Paul Street to see if the box is still there?

A    Not that I can recall.

Q    Why not?

A    Well, because it probably would have been a bad idea to start skulking around a property I wasn't supposed to be at.

Q    But you didn't try, right?

A    No.

Q    Did you have a landlord at the time?

A    Yes.

Q    What was your landlord's name?

A    Jessica Parrott. Who was not informed that Brooke Heimbach was vacating the premises, and was going through her own divorce at the time.

Q    Well, you were speaking with Ms. Parrott at the time, right?

A    Yes.

Q    Weren't you?

A    I said yes.

Q    Did you ever ask Jessica Parrott to get your -- withdrawn.

Did you ever ask Jessica Parrott to give

83

Page 330

M. HEIMBACH

you access to the house to get your 32 belongings?

A    Not that I can recall.

Q    Why not?

A    Because, to my knowledge at the time, my ex-wife was still living there.  Jessica Parrott had also left the state of Indiana and had no knowledge of what was going on at the property.

Q    When you learned that your electronics were thrown away, did you notify anybody?

A    Not to my knowledge.

Q    Did you tell Mr. Kolenich that your electronic devices had been destroyed in this case?

A    I can't recall.

Q    Did you call Plaintiffs and say anything about your electronic devices?

A    I can't recall.

Q    Did you notify the Court that that happened?

A    I can't recall.

Q    Is the first time you ever told this story about your tub getting thrown out when you e-mailed it to me on June 10th, 2019?

A    I can't recall.

Q    Do you recall another time other than

Page 331

M. HEIMBACH

June 10th, 2019 when you told anybody in the world this story about the tub being thrown away?

A    Not off the top of my head.

Q    When your phone was damaged by your child in December of 2017, it was just the cracked screen?

A    I believe so.

Q    And you didn't try to just get it repaired?

A    No.  You end up paying just as much for a new screen and all that as you do to just get a new phone.

Q    Was your phone damaged at all at Unite the Right?

A    It did receive some damage, yeah.

Q    What damage?

A    Small cracks and things like that.

Q    It didn't impair your ability to send text messages?

A    Not that I can recall.

Q    Did you get it fixed?

A    No.

Q    When your phone was damaged in December 2017, you bought a new phone, right?

A    Yes.

Page 332

M. HEIMBACH

Q    And when did you buy a new phone?

A    I mean, we'd have to look at the -- my provider would know.

Q    Shortly after it was damaged, fair to say that you bought a new phone?

A    Sure.

Q    So sometime probably in December of 2017 or thereabouts?

A    Uh-huh.

Q    And what kind of phone was that?

A    It was a Blackview 800 Pro.

Q    Okay.  And you sent text messages on that phone concerning the Unite the Right in some way, right?

A    Uh-huh.

Q    Is that a yes?

A    Yes.

Q    And you agree with me -- is that phone the same phone number?

A    Yes.

Q    And that phone is listed on Exhibit 44?

A    Yes.

Q    And which -- which phone on Exhibit 44 is that?

Page 333

M. HEIMBACH

A    Number one.

Q    Is that the Blackview BV800 Pro?

A    Uh-huh.

Q    Where is that phone?

A    My wife, Jessica Heimbach, had my -- the phone had kept shorting out and factory resetting itself, so she had gotten me a new phone and replaced it for me.

I was without a phone for a significant period of time, and she had replaced it and was unaware of any discovery requirements as to preserving it.

Q    And when did that happen?

A    I don't know.  March or April, whenever this phone got turned on.  It was an early birthday present.

Q    March or April of this year?

A    Yeah.

Q    So the phone listed on Exhibit 44, on the first entry, was disposed of in March of this year; is that right?

A    Yes.

Q    And can you just give us more detail about how that happened?

Page 334

M. HEIMBACH

A    Well, the phone was bricked, basically.

Q    What does that mean?

A    Well, it kept factory resetting itself, and it wasn't working.  So I had just basically given up on it and I was going to wait until either my tax check came or, you know, for my birthday, to get myself a new phone.

But Jessica had gone ahead and gotten me the newer model of that phone and wasn't aware that we were supposed to keep the other one.

Q    And what is the newer model of that phone?

A    It is a BV9500.

Q    And is that listed on your certification?

A    Yes.

Q    Is that the third phone listed on your certification?

A    Second phone.

Q    I'm sorry.

It is the second entry on Exhibit 44, right?

A    Yes.  Uh-huh.  Which was imaged yesterday.

Q    And did you send text messages on that

Page 335

M. HEIMBACH

phone concerning Unite the Right?

A    Not that I can recall.

Q    But that phone you have submitted to the vendor?

A    Yes.

Q    And you did that yesterday?

A    Uh-huh.

Q    And that's the BV9600?

A    Yeah, or 9500.  I've got doctor's handwriting, unfortunately.

Q    That's the phone you currently still have?

A    Yes.

Q    Now, your wife -- withdrawn.

Your ex-wife, Brooke Heimbach, filled out an affidavit on your behalf in this case?

A    Yes.

Q    Right?

A    Yes.

Q    Can you describe how it came to be that she filled out this affidavit?

A    Sure.  I had explained to her, during one of my visitations with our children, that there was probably going to be some questions in regards to

Page 336

M. HEIMBACH

that, and she offered to try and help and explain a very messy situation.

Q    So you approached her and asked her to fill out an affidavit?

A    No.  She offered to do it.

Q    Okay.  And was this conversation you had with her in-person?

A    Yes.

Q    And when did you have this conversation with her?

A    I don't know.  May.  May, June, somewhere around there.

Q    Of this year?

A    Yes.

Q    Who actually wrote the affidavit?

A    She did.

Q    Did anybody assist her in writing the affidavit?

A    She asked me to look it over.

Q    And when did you look it over?

A    I don't know.  A week or two before it was submitted.

Q    And did you make any edits at all to the document?

Page 337

M. HEIMBACH

A    Not that I can recall, and then she looked it over again and changed it more.

Q    So she had you look it over, you had a conversation with her, and then she made some changes to the affidavit?

A    Uh-huh.

Q    And you don't know whether or not you personally made changes to the affidavit?

A    No.  I was just giving my insight.

Q    You gave her your insight; is that what you're saying?

A    Yeah.

Q    And was this document e-mailed back and forth between you and Brooke Heimbach?

A    I believe so, yeah.

Q    Over your matthew.w.gmail --

A    Uh-huh.

Q    -- account?

A    Yes.

Q    Did an attorney help Brooke Heimbach with that affidavit?

A    Not that I know of.

Q    Did you consult with an attorney in any way regarding Brooke Heimbach's affidavit?

85

Page 338

M. HEIMBACH

A   I believe I mentioned to Mr. Kolenich that it was going to be filed, in a conversation we had in just informing him about what was going on on my side of the fence.

Q   So you -- when did you have that conversation with Mr. Kolenich?

A   I don't know.  A month or more ago.

Q   Did Mr. Kolenich review the affidavit?

A   No.

Q   Did you ever send the affidavit to Mr. Kolenich?

A   When I e-mailed everyone.

Q   You mean in this case?

A   Yeah.

Q   Prior to your e-mailing everyone in this case, did you e-mail a copy of the affidavit to Mr. Kolenich, ever?

A   Not that I recall.

Q   Well, this was like a month ago, right?

A   Right.

Q   So did you or didn't you?

A   Not that I can recall.

Q   But you spoke to Mr. Kolenich about the affidavit before the affidavit was signed by Brooke

Page 339

M. HEIMBACH

Heimbach; isn't that true?

A   I'm unsure on that.

Q   Sorry?

A   I'm unsure on that, on the exact dates.

Q   When did you have the conversation with Mr. Kolenich?

A   I'd have to go back and look at a call log.

Q   What -- did you call him from your 301 phone number?

A   Yes.

Q   And approximately what date did you call him?

A   I'd have to look.

Q   Are you testifying today -- withdrawn.  Did Mr. Kolenich give you any input regarding this affidavit that Brooke Heimbach filed on your behalf?

A   Not that I recall.

Q   Tell us everything you can remember about that conversation you had with Mr. Kolenich that happened within the last six weeks.

A   Well, as I mentioned earlier, primarily the plan was to facilitate discovery and move the

Page 340

M. HEIMBACH

process along so we can get to trial and prove our case.

Q   Who said that?  You or him?

A   He did, when I asked what an overall defense strategy for all Defendants involved was.

Q   And what were you told was the overall defense strategy?

A   What I just said.

Q   Which was what?

A   Get through the discovery process, comply with everything that we possibly can.  And then once this gets to trial, blow your guys' case out of the water.

Q   Whose words is that?

A   Oh, that's mine.

Q   And what specifically did Mr. Kolenich say to you about the affidavit that Brooke Heimbach filled out in this case?

A   I can't recall specifically.  I just remember that I had mentioned it to him.

Q   What did Mr. Heimbach say in response?

A   What did I say in response?

Q   What did -- sorry.  Withdrawn.  What did Mr. Kolenich say in response to

Page 341

M. HEIMBACH

your telling him about Brooke Heimbach's affidavit?

A   I believe he had just simply mentioned that everyone needs to carry on and comply with discovery and move the ball down the field.

Q   That's what he said about Brooke Heimbach's affidavit?

A   I don't recall him saying anything specifically in response.

Q   Do you have any e-mails or text messages with Mr. Kolenich since January 2018?

A   I'm sure there have been.

Q   How many?

A   I don't know.  Not very many.

Q   What is Brooke Heimbach's phone number?  Just to be clear for the record, are you checking your phone?

A   Yeah, for the number.  (812)316-6030.

Q   6030?

A   Yes.

Q   How long has that been Brooke Heimbach's phone number?

A   Over a year, I believe.

Q   Who is her provider?

Page 342

M. HEIMBACH

A    I don't know.

Q    Is that a cell phone number?

A    Yeah.  As opposed to a telegraph?

Q    As opposed to a land line?

A    Yeah, that's a cell phone.

Q    And is that the only phone number you know Brooke Heimbach to have had?

A    Yeah.

Q    Ever?

A    I mean, not ever.

Q    How long have you known Brooke Heimbach?

A    Since 2013.

Q    Has this 812 number you just gave been her cell phone number since you met her in 2013?

A    I don't believe so.

Q    You do believe so or you don't?

A    I don't believe so.

Q    What other phone numbers do you know Brooke Heimbach to have had?

A    I don't know.

Q    Is it in your phone?

A    No.

Q    How long were you married to her?

A    Three years.

Page 343

M. HEIMBACH

Q    And -- well, how long has she had this 812 number?

A    Over a year.  I'm not exactly sure specifically.

Q    What's the area code of the phone number she had before that?

A    I don't know.  You just update the contact in your phone.

Q    Do you ever send text messages with Brooke Heimbach?

A    Yup.

Q    Did you send text messages to her prior to the last year -- withdrawn.  Let me make that clear.

You sent text messages to her from a phone number other than this 812 number?

A    I don't believe so.

Q    Meaning you didn't text her --

A    Like, ever?

Q    Ever.

A    Well, yeah, I have.

Q    And are those text messages in your phone?

A    No.

Page 344

M. HEIMBACH

Q    Why not?

A    Because the phone is less than a year old.

Q    You don't have any recollection as you sit here as to even the area code of any other phone number Brooke Heimbach had?

A    Michigan, maybe.

Q    And what would that area code be?

A    I don't know.

Q    In addition to -- withdrawn.

Mr. Heimbach, you agree that every single phone that you have had to communicate about the events at issue in this case is gone, right?

A    Yup.

Q    Now, in addition to your phones, you used a computer to generate documents about Charlottesville, right?

A    Yeah.  My laptop.

Q    And what kind of laptop did you use to generate responsive documents?

A    I think it was an Asus.  It was just a cheap thing from, like, Best Buy.

Q    And when did you buy that?

A    I don't know.

Page 345

M. HEIMBACH

Q    Well, did you have it for all of 2017?

A    Yes.

Q    And where is that Asus laptop?

A    Same place the other stuff is.

Q    Did that laptop go in the tub?

A    Uh-huh.

Q    Other than that laptop, are there any other computers you've used to generate documents related to Charlottesville?

A    I don't believe relating to Charlottesville, no.  I have a computer, currently, but I don't believe there's any responsive documents that have been done on it.

Q    Did you check?

A    Yes.

Q    When?

A    Within the last month.

Q    What did you do to check?

A    Went through all the files that were on it.

Q    What kind of files were on it?

A    Just articles, the ones I sent you.

Q    Right.  I see.  So your review of your current computer, the -- withdrawn.

Page 346

M. HEIMBACH

The documents you sent from your current computer is based on your assessment of what you believe are responsive documents on your computer, right?

A    Yes, and since I've had the computer, I haven't been involved in any public white nationalism.

Q    When did you put the Asus computer -- am I saying that right, Asus?

A    I think.  I don't know.

Q    The laptop that you had in 2017, when did you put that in the tub?

A    Well, that's where I usually just keep it.

Q    You just store it in the tub?

A    On top.

Q    And so were you actively using it?

How long did you actively use that computer?

A    I think that was the same one I had going back to college.  2013, maybe.  It was a piece of garbage.

Q    And when did you stop actively using that computer?

Page 347

M. HEIMBACH

A    When I lost access to it in March of 2018.

Q    So in addition to storing historical artifacts and 32 documents, you also stored your current laptop in that tub?

A    Uh-huh.

Q    How big was the tub?

A    I don't know.  Like, that big (indicating).

Q    You agree with me that that computer is gone now?

A    I believe so, unless the Edwardses decided to keep a laptop.

Q    Unless what?

A    The Edwardses decided to keep a laptop, which to the best of my knowledge they did not.

Q    Well, you didn't even call them, right, to see?

A    Well, I don't have their phone numbers.

Q    Did Brooke?  Did you ask Brooke to call them to see if they still had anything?

A    It hadn't crossed my mind.

Q    So is the answer, no?

A    No.

Page 348

M. HEIMBACH

Q    Is it fair to say, Mr. Heimbach, that every single electronic device that you used to generate documents concerning the events at issue in this case is gone?

A    Yes.

Q    And they were all gone by March 13th of 2018, right?

A    To the best of my knowledge, yeah.

MR. BLOCH:  We're going to take a five-minute break.

THE VIDEOGRAPHER:  This marks the end of Videotape Number Three in the deposition of Matthew Heimbach.  The time is 3:03 p.m.

(Brief pause.)

THE VIDEOGRAPHER:  This marks the beginning of Media Number Four in the deposition of Matthew Heimbach.  The time is 3:13 p.m.

BY MR. BLOCH:

Q    Mr. Heimbach, on July 3rd, the judge ordered you to complete a certification form regarding your electronic devices and social media accounts, correct?

Page 349

M. HEIMBACH

A    Yes.

Q    And you understood that the purpose of filling out that document is to identify for Plaintiffs the sources of all documents you generated about the events in this case, right?

A    Yes.

Q    And you knew that we would take whatever accounts and devices that you identified and give it to a vendor to image those documents, right?

A    Yes.

Q    And you understood that you were required to disclose every single device or account that you used to communicate about the events at issue, even if they had been deleted or disabled, right?

A    Yes.

Q    And you're looking at your certification, which is Exhibit 44, right?

A    Yes.

Q    And you filled that out?

A    Yes.

Q    Under penalty of perjury?

A    Yes.

Q    And you swore that those were all the accounts and electronic devices that contain

Page 350

M. HEIMBACH

potentially relevant documents, right?

A    In terms of all the ones that I could even think of, yes, at the time that was a fully accurate statement.

Q    You agree with me that you did not disclose your VK account?

A    I guess I had forgotten that.

Q    Do you agree with me that you did not disclose your Daily Stormer account?

A    I didn't even remember that that existed.

Q    Do you agree that you did not disclose your YouTube account?

A    That fell in under Google, I believe, because it's the same log-in credentials.

Q    You did not disclose therightstuff.biz, right?

A    No, I had forgotten that that existed.

Q    You did not disclose your Iron March account, right?

A    I had forgotten that existed, as well.

Q    You didn't disclose your PayPal or Hatreon account, right?

A    I didn't remember those or even know that they would be relevant.

Page 351

M. HEIMBACH

Q    You didn't disclose your second Twitter account, right?

A    As I mentioned earlier, I didn't think there was anything that fit within the Plaintiffs' requests.

Q    So your testimony is you actually did remember that second Twitter account, you intentionally left it off that certification?

A    I believed based upon the document that there was nothing relevant in there.

Q    Did you check in any way as to what that Twitter account contained?

A    No.

Q    You agree you didn't disclose your TradWorker e-mail account?

A    Well, I did.  That would have been the internal ticket system.

Q    Did you identify a single podcast on that certification?

A    I didn't know that I had to.

Q    You're saying you didn't know that podcasts were called for in our document requests?

A    I must have missed that when I read the request.

Page 352

M. HEIMBACH

Q    And you did not disclose the laptop that you have currently, now, that you testified contains responsive documents, right?

A    That was mentioned in the e-mail that I had sent to you.

Q    What was mentioned?

A    Where I mentioned the laptop and everything else, I believe.

Q    You said there's an e-mail that you sent to me that mentions a laptop that could be imaged?

A    Well, it can't be imaged because it doesn't -- it's not around.

Q    The laptop that you have right now.

A    I don't have a laptop right now.

Q    Do you have a computer right now?

A    Yes.

Q    You did not list that computer that you have -- withdrawn.

You agree with me that the computer that you have now is what you claim you searched for potentially relevant documents, right?

A    Yes.

Q    And you sent us about ten to 12 documents that you believed were potentially relevant, right?

Page 353

M. HEIMBACH

A    From my Google Docs account, yes.

Q    Every single one of them was from your Google Docs account?

A    Yeah.  I downloaded them onto the computer and then uploaded them and sent them to you.

Q    Are you willing to have your computer that you have right now imaged by the third-party vendor for potentially relevant documents?

A    Of course.

Q    An so you're prepared to add that to the certification?

A    Yeah.  Anything that I missed or made a mistake on, I want to be able to comply as fully as possible, so I'd be happy to make any additions.

Q    You did disclose a Signal account, right?

A    Yes.

Q    What is that?

A    It's a messaging app.

Q    And are there documents on there that concern the events at issue in this case?

A    Not that I know of, but that would have been evaluated yesterday.

Q    Okay.  But so you left off about ten social media accounts that had potentially responsive

Page 354

M. HEIMBACH

documents, but you did include one account that you believe does not have responsive documents; is that correct?

A    I was a little confused by everything, so I was trying to put as much stuff as I could possibly remember to anything that could possibly be relevant, and that's been now imaged.

Q    And you agree that under the certification -- where you wrote on the certification it says: The following are all the social media accounts as defined in Paragraph 2, 11 of the stipulation order that could contain potentially relevant documents, right?

A    Yes, and to the best of my knowledge at the time, I listed everything I could possibly remember.  You guys have taken me down a trip down Memory Lane.

Q    Not very far, apparently.

A    Far enough.

Q    You listed a Skype account, right?

A    Yes.

Q    And then in the Comments, you wrote, NA but listed on a forum; is that right?

A    Yes.

Page 355

M. HEIMBACH

Q    And does that mean that it does not, in your view, have potentially responsive documents?

A    To the best of my knowledge, but I thought better safe than sorry.

Q    So, in your estimate of being better safe than sorry, you listed at least two accounts that you believe do not have anything relevant, but you left off about ten accounts that do have responsive documents; is that accurate?

A    On accident and, like I said, I'd be happy to make any additions going forward.

Q    Now, if we could go back to your interrogatory responses, which are -- which is Exhibit No. 7.

A    One, two, three, four, five, six and then it skips to eight.
     Seven.  All right.

Q    You've got it?

A    I've got it.

Q    Is that your interrogatory responses?

A    Yes.

Q    The first question in the interrogatories asked you to identify all means of communication used by you to communicate concerning the events,

Page 356

M. HEIMBACH

including social media, e-mail, SMS messages -- which are text messages -- podcasts on-line video; isn't that right?

A    Yes.

Q    And you knew that when you answered these, that you were providing information concerning the evidence that you generated in this case, right?

A    Sure.

Q    You agree with me that you didn't list a single podcast, right?

A    Yes.

Q    You didn't list a single video, right?

A    Well, I hadn't written this response and I hadn't thought of podcasts.  I mean, I know it's right there, but I guess when I was reviewing it I had glossed over it.  I had forgotten to discuss that with Mr. Kolenich when he had put it together.

Q    But you agree that you didn't list a single podcast, right?

A    Yes.

Q    You didn't list a single in-person meeting, right?

A    Well, I don't know how that would be verified one way or the other.

Page 357

M. HEIMBACH

Q    Well, you agree with me that the request calls for you to identify, among other things, in-person meetings, right?

A    Yes.

Q    Whether or not it could be verified, you were called to list it, right?

A    When Mr. Kolenich was putting together the interrogatories, I guess he had never asked.

Q    Well, you reviewed the interrogatories in April and swore under oath that they were true and correct to the best of your knowledge, right?

A    To the best of my knowledge.

Q    And do you agree with me you didn't list a single in-person meeting on that?

A    I had forgotten.

Q    So is this the answer, yes?

A    Yes, I had answered to the best of my knowledge, but I also miss things.

Q    And you would agree with me that your recollection was likely better in April of 2018 than it is now?

A    That's not saying much, but yes.

Q    You didn't list your e-mail account, did you?

Page 358

M. HEIMBACH

A    No.

Q    In fact, you didn't list any e-mail account, right?

A    The -- no, I guess not.  I -- I had understood that I had time, since being given the interrogatories, to review and resubmit them.

Q    Where did you get that understanding?

A    Well, I mean the fact that you guys sent them to me to review.  So --

Q    That was a week ago, right?

A    Yes.

Q    But when you filled this out and swore to its accuracy under oath in April of 2018, you agree with me you didn't list a single e-mail account, right?

A    Yeah, I hadn't thought of it.

Q    And --

A    I had answered to the best of my ability.

Q    And you also didn't include your Daily Stormer account, right?

A    No, I didn't.

Q    You didn't include your YouTube account, right?

A    Nope.

Page 359

M. HEIMBACH

Q    You didn't include therightstuff.biz?

A    Nope.

Q    You didn't include the Iron March account?

A    Nope.

Q    Didn't include PayPal or Hatreon or GoyFundMe, right?

A    No.

Q    Didn't include the TradWorker e-mail ticket system, did you?

A    No.  I guess Mr. Kolenich and I, when we had gone over it initially in April of last year, had not fully gone over everything.  I'm not blaming anyone for that, but I answered to the best of my knowledge.

Q    Do you actually have a recollection of going over this with Mr. Kolenich?

A    I believe we had a phone conversation about it.

Q    But do you recall a phone conversation about it?

A    Roughly, yes.

Q    And what was the content of that phone conversation?

Page 360

M. HEIMBACH

A    Giving him all the log-in -- or all the details that are listed here, but I don't believe we had spent an extensive amount of time, I guess going over all this.  But that's a shortcoming where I had answered to the best of my ability at the time.  I'd be happy to make additions.

Q    You agree that you didn't disclose about ten to 12 social media accounts in your sworn interrogatory response that had responsive documents?

A    On accident.

Q    So is the answer to my question, yes?

A    Yes, on accident.  I had answered truthfully to the best of my knowledge at the time.

Q    Interrogatory No. 2 asked you to identify any channel or server on Discord to which you had access, right?

A    Yes.

Q    And do you agree with me that you posted content in the Charlottesville 2.0 server?

A    Yeah, a very small amount, I think.

Q    And a server called Hoosier Haters?

A    I mean, maybe, I guess.

Q    Do you recall posting on a server called Hoosier Haters?

Page 361

M. HEIMBACH

A    I do not.

Q    You posted on a server called IRL Networking Events?

A    I don't recall.

Q    Do you recall posting in the server called TradWorker?

A    Yeah.

Q    Wade's Grooming Plantation?

A    No.  I don't recall.

Q    You didn't?  Okay.
     WhiteWaterBoyz?

A    I don't recall.

Q    Interrogatory No. 3 asks you to identify all persons, natural or non-natural, with whom you communicated concerning the events, whether before, during or after the events, right?

A    Yes.

Q    And a you listed a number of people, right?

A    Yes.

Q    And do you agree with me, Mr. Heimbach, that you left out James Fields, right?

A    Well, I didn't talk to James Fields.

Q    Well, isn't it true that by this time, by

91

Page 362

M. HEIMBACH

April 11th, 2018, when you swore under oath to the accuracy of this document, you had, in fact, sent Mr. Fields a letter?

A    I don't recall the date of when that letter was sent.

Q    Do you agree with me that we discussed earlier you posted a photograph of the letter that you sent to Mr. Fields?

A    What was the date on that?

Q    Hold on a moment.

I'm showing you Exhibit 12.  Do you agree with me, Mr. Heimbach, that the date of the post that shows the photograph of your letter to Mr. Fields is January 19, 2018?

A    Sure.

Q    And that's approximately the time that you sent the letter to Mr. Fields?

A    Yes.

Q    And January 2018 -- withdrawn.

And January of 2018 is before April of 2018, right?

A    I don't remember the contents of letter discussing the case.

Q    Well, didn't we discuss the contents of

Page 363

M. HEIMBACH

letter?

A    Yeah, providing Christian moral support, which would be different than actively discussing the case.

Q    Your view is that a letter that you wrote to James Fields while he's in prison giving him support for his arrest involving the murder of Heather Heyer at Charlottesville is not a document that concerns the Unite the Right rally; is that your testimony?

A    Well, yeah, because I can't recall if anything about the rally was even discussed.

Q    You also communicated with Alex Ramos by April 11th, right?

A    Yes.

Q    And he was another person that was convicted of violence at Unite the Right, right?

A    Yes.

Q    And you left him off of your interrogatory response, too, right?

A    Yes.

Q    And you had communicated with Daniel Borden, right?

A    Yeah, I hadn't -- I guess I just I hadn't

Page 364

M. HEIMBACH

understood what the scope was in regards to this. I'm sorry I'm not an attorney.

Q    Well, the -- the request is to identify all persons with whom you communicated concerning the events.

Is there something about that that's difficult for you to understand?

A    I don't recall actively discussing the events in a cell where I had asked James Fields for his best barbecue recipe.  That wouldn't have any relation to the case.

Q    And Interrogatory No. 4 asks you to identify all electronic devices used by you to communicate concerning the events.

A    Yes.

Q    And you didn't list a single computer, did you?

A    No.

Q    You agree with me that you have not ever disclosed the existence of computers that you used to discuss the events in this case until today?

A    I can't recall.

Q    Today is the first time you've ever disclosed the existence of computers that you used to

Page 365

M. HEIMBACH

communicate about the events?

A    I really feel like I mentioned something in an e-mail and we'll have to go back and look at the record.

Q    Please do.

A    I will.  If so, that's an oversight.

Q    Fair to say, Mr. Heimbach, that your sworn interrogatory responses were not accurate?

A    No, they were accurate at the time to the best of my knowledge and ability.

Q    You -- you believe these interrogatory responses were accurate at that time?

A    Yes.

Q    Now --

A    They have to be amended, however.  I'm happy to do so and I apologize for any shortcomings.

But to the best of my knowledge at the time, which was a very stressful time in my life, with a lot of various factors going on, I guess things had just slipped my mind or I had forgotten them.

Q    You also received document requests, right?  That's Exhibit No. 5?

A    Yes.

92

Page 366

M. HEIMBACH

Q   And that document asked you to produce all documents concerning the events in this case, right?

A   Yes.

Q   Including any social media documents concerning the events, right?

A   Yes.

Q   And at the time that you filled out your responses to this document, you knew that you had a number of documents in your possession that were responsive to these requests, right?

A   When -- when, specifically?

Q   In April of 2018, you knew that you had documents in your possession that were responsive to these document requests, right?

A   Which I had listed, yes.

Q   Sorry.  Let's go step by step.

You knew at the time that you signed the -- that you signed these documents that -- withdrawn.

You knew when you signed the certification in April of 2018 that you had responsive documents in your possession, right?

A   Yes.

Page 367

M. HEIMBACH

Q   And in response to Document Request No. 1, which called for all documents, communications concerning the events, your answer was:  Quote, None, unless in the possession of Traditionalist Worker Party itself.  What I would have had was involuntarily removed by Facebook, Twitter, et cetera.

You wrote that, right?

A   Well, I didn't write it, no.

Q   Well, you affirmed the accuracy under oath of that statement, right?

A   Yes.

Q   And you agree with me, Mr. Heimbach, that that was not, in fact, true?

A   It was true to my understanding at the time.

Q   Was it true that you had no documents in your possession in April of 2018 that were responsive to these requests?

A   Well, I mean, essentially, I think what it boils down to is I have no idea what I'm doing in terms of the legal field and was trusting my then attorney at the time to actively work with me to fulfill all these responsibilities, and there seems

Page 368

M. HEIMBACH

to be a large series of communication breakdowns and failures that I don't think was really anyone's fault.

But I answered truthfully to the best of my knowledge and ability at the time.

Q   Did you tell Mr. Kolenich at the time that you had documents on about ten different social media accounts that you didn't disclose in this document?

A   I don't recall.  I kind of trusted counsel to ask the questions to get the information to properly represent me.

Q   Question 2 asks for all documents and communications concerning events and rallies prior to the events that related to the events in any way.

And at the time you swore to the accuracy of this document, you knew that you had documents concerning Charlottesville 1.0, correct?

A   I don't know if I had any documents in relation to Charlottesville 1.0.

Q   You don't recall sending a single text message regarding Charlottesville 1.0?

A   Not that I can recall.

Q   You didn't post a single message anywhere

Page 369

M. HEIMBACH

about the Battle of Berkeley?

A   Not that I can recall.

Q   Question 3 asks for documents concerning a number of entities, including Traditionalist Worker Party, right?

A   Uh-huh.

Q   And would it be fair to say that you knew at the time you filled this out in April of 2018 that you had documents concerning communications with Traditionalist Worker Party?

A   No.

Q   Why not?

A   My understanding was that this was in reference specifically to the official things that were sent through the Traditionalist Worker Party related assets, which Mr. Parrott was going to provide.

So my answer is as truthful as I could in understanding this.

Q   So you are now, under oath, affirming the accuracy of the answer to Document Request No. 3?

A   What I would say is I didn't properly understand the question.

Q   Is the answer accurate now that you

Page 370

M. HEIMBACH

properly understand the question?

A    I do not believe so, based on my understanding.  However, at the time I answered truthfully to the best of my knowledge and ability.

Q    Do you agree with me that every single one of your answers to each document request, with the exception of No. 8, was:  Quote, None, unless in the possession of Traditionalist Worker Party itself.  What I would have had was involuntarily removed by Facebook, Twitter, et cetera?

A    Yes.

Q    And do you believe any of those responses are accurate based on your understanding of the document requests?

A    Based upon my understanding as of this moment or at the time?

Q    Right now.

A    As of right now, I would say that I believe all of these probably have to be modified, based on an increased understanding of the requested requirements.

Again, I was relying upon counsel, who I don't necessarily believe explored these in the fullness to properly represent my best interests, and

Page 371

M. HEIMBACH

that was a breakdown of communication.

Q    Now, the -- your answer -- well -- withdrawn.

Request No. 8 asks for all documents and communications concerning the steps you have taken to preserve documents and communications relevant to this lawsuit, including the documents and communications responsive to these requests, right?

A    Yes.

Q    And what was your answer?

A    NA.

Q    And what does NA mean?

A    Not available.

Q    And is it not available or not applicable or what's your --

A    Or not applicable.

Q    And why did you write Not Applicable?

A    To the best of my knowledge at the time, that was the proper answer.

Q    And is that because you had not, in fact, taken any steps to preserve documents or communications relevant to this lawsuit?

A    Well, I mean, I feel that I have at the time.  I don't know.  Again, this is -- this is a

Page 372

M. HEIMBACH

moment where, honestly, I should have been representing myself pro se from the get-go to at least, perhaps, be able to better represent my interests.  And I'd answered as truthfully as I could at the time.

Q    To be clear, Mr. Heimbach, other than putting your electronic devices in the tub, did you take any other steps to preserve any of your communications in this case?

A    All of the communications in terms of the Traditionalist Worker Party system were preserved by Matt Parrott.

Q    So focusing on your efforts to preserve documents, did you take any other steps to preserve any of your communications in this case?

A    I would need to know how.

Q    So is the answer, no?

A    Yes.

Q    You didn't image a single electronic device, right?

A    I don't know how.

Q    Your attorney never imaged a single electronic device, right?

A    I don't believe any of my devices were

Page 373

M. HEIMBACH

requested by counsel.

Q    And you didn't take any steps to preserve anything you posted on any social media account, right?

A    No, the vast majority of them were removed by the service providers.  I didn't even know how to start that process.

Q    Now, are you aware that, in October of 2018, the Plaintiffs filed a motion to get the judge to order you to have your electronic devices imaged?

A    No.

(Heimbach Deposition Exhibit No. 45 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you what is marked Exhibit No. 45.  Do you recognize that document?

A    It all kind of looks the same.

Not off the top of my head, no.

Q    And so is it your testimony that you had no awareness in October of 2018 that Plaintiffs had filed a motion to compel you to have your devices imaged?

A    I don't recall.

Q    That document was never sent to you?

Page 374

M. HEIMBACH

A    I don't recall.

(Heimbach Deposition Exhibit No. 46 was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you what's been marked Exhibit No. 46.

Do you recognize that document?

A    No.

Q    Is that document a declaration by you?

A    Looks like.

Q    And is there an electronic signature of yours?

A    Yes.

Q    And did you provide the -- did you put that electronic signature on there?

A    I don't recall.

Q    Did you authorize Mr. Kolenich or Mr. Woodard to put your electronic signature on that document?

A    I don't recall.

Q    Have you ever seen this document before?

A    I don't recall.

Q    Do you doubt that you received and gave authorization to swear to the contents of this

Page 375

M. HEIMBACH

document?

A    No, but I just don't remember it.

Q    And the declaration by you says: Mr. Matthew Heimbach, having been duly cautioned, declares and states as follow.  One, this declaration is based on personal knowledge.  Two, I have been advised by my attorney the third party ESI would cost upwards of $5,000 per device.  And Three, I cannot afford to pay for third-party ESI vendor examinations of any electronic devices.  I declare under penalty of perjury the foregoing is true and correct. Executed on October 24th, 2018.

Did you swear to the contents of this document?

A    I mean, if it's in front of me, I must have.

Q    Were you advised by your attorney that third-party ESI vendors cost upwards of $5,000 per device?

A    Again, if I swore to it, I must have been.

Q    Do you recall a conversation about this with Mr. Kolenich?

A    No.

Page 376

M. HEIMBACH

Q    You don't recall any conversation where Mr. Kolenich discussed with you the cost of imaging your devices?

A    Not as I sit here, but if I swore to it, then I must have.

Q    And isn't it true, Mr. Heimbach, that at the time you swore to the accuracy of this document, you, in fact, did not have any electronic devices with responsive content on it?

A    Yes.

Q    Did you tell Mr. Kolenich that imaging electronic devices would be too expensive to you, even though you didn't, in fact, have any devices to be imaged?

A    He knew my economic situation, which would make -- I mean, any expense above $50, even, a formidable challenge.

Q    But if you didn't have any electronic devices to be imaged, was there any expense associated with imaging your devices?

A    Well, for instance, we just had my current phone imaged, and which that would have prohibitive.  So anything that would have to be done for the process.  So this would all be accurate

Page 377

M. HEIMBACH

statements.

Q    The current phone that you had imaged, you would agree with me didn't -- was not in your possession at the time you signed this document, right?

A    Yes, but my other phone, which was functioning at the time, would have been available.

Q    Were you aware, Mr. Heimbach, that the Court ordered all Defendants in November of 2018 to submit your electronic devices to a vendor for imaging?

A    I don't recall.

(Heimbach Deposition Exhibit No. 47 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you, Mr. Heimbach, what's being marked Exhibit No. 47.

Do you recognize this document?

A    I don't recognize it, but I can read it real quick.

Q    Well, do you believe you were ever shown or explained the contents of this document?

A    I don't recall.

Q    Are you aware that the Court -- were you

95

M. HEIMBACH

aware in November of 2018 that the Court ordered you to submit a consent form to Discord?

A    I don't recall.  I believe I had submitted a form for Discord, however, prior.

Q    All right.  We'll talk about that.
Were you aware that you were ordered to fill out a certification in November of 2018 attesting to all of your devices and social media accounts?

A    I don't recall.

Q    After this order was issued, you did not, in fact, submit any devices to a vendor, right?

A    I don't believe so.

Q    And the device that you had in your possession at that time with responsive documents has since been disposed of, right?

A    Yes.

Q    And you did not, at that time, in November of 2018, fill out a certification attesting to all of your devices and social media accounts, right?

A    I don't recall.

Q    Why didn't you?

A    I don't recall these.

M. HEIMBACH

Q    You don't have any recollection of any of this happening?

A    I've been going through a divorce.  I've been dealing with a whole lot of stuff outside of this.  I know this is your guys' day-to-day, but, no, I really don't recall.

Q    And prior to July 7th, 2019, do you agree that you didn't produce a single document in this case?

A    Yes.

Q    Why not?

A    I suppose my own ignorance in a lot of ways.  I wasn't able to pay for an attorney to retain them to defend me.  I'm not trained in any sort of legalese and I was -- I was ignorant as to even begin to fulfill my obligations and had no money to even ask an attorney to help.

Q    Weren't you still represented by Mr. Kolenich at the time you were ordered to do this, in November of 2018?

A    I don't know.

(Heimbach Deposition Exhibit No. 49 (49A) was marked for the record.)

M. HEIMBACH

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you Exhibit No. 49.
Do you recognize that document?

A    I guess.  I don't recall this off the top of my head, but I signed it, so, yes.

Q    And did you -- is this document an e-mail -- it's a two-page document, right?

A    Yes.

Q    And it's -- the top page is an e-mail you received from Mr. Kolenich on November 20th, 2018, right?

A    Yes.

Q    And the subject is Please Tend to Immediately?

A    Looks like, yeah.

Q    And Mr. Kolenich says:  Please send the attached to SCA@bsfllp.com right away, right?

A    Yes.

Q    And attached to that is a -- what appears to be a Discord SCA consent, right?

A    Looks like.

Q    And is that your signature at the bottom of the page?

M. HEIMBACH

A    Looks like it.

Q    Do you recall signing this?

A    Not off the top of my head.

Q    And --

A    But I do remembering submitting something to Discord, so I assume this is it.

Q    And the consent form states:  I, Matt Heimbach, am the sole account holder for the Discord account associated with the user name Heimbach and the e-mail address -- and then there's a blank -- from which I am sending this e-mail.
Right?

A    Yes.

Q    And do you agree with me that you did not, in fact, have a Discord account with the user name Heimbach?

A    It was Matthew Heimbach, I think.

Q    Right.

A    So that would have been an error.

Q    Right.  And so you agree with me that you did not actually have a Discord account with the user name Heimbach, right?

A    Yeah, that was a mistake.

Q    And then it says, And the e-mail address,

Page 382

M. HEIMBACH

and there's a blank, right?

A    Yeah.

Q    And you didn't fill in the e-mail address where you were called to fill in the e-mail address, right?

A    Yeah, I thought from -- that it was just spaced wrongly.  From which I am sending this e-mail would have covered it.  Again, confusion on my part.

Q    And isn't it true that you were subsequently informed that your SCA consent for Discord was defective?

A    I don't recall.

Q    And isn't it true that prior to June 3rd, 2017, you never submitted another consent form to Discord?

A    I don't recall.

Q    Now, on January 28th, 2019, you received an e-mail from the court in Charlottesville, right?

A    I don't recall.

Q    Do you recall ever receiving an e-mail from the court in Charlottesville?

A    My e-mail account has so much spam and random nonsense filling it up, it's really hard to keep track.

Page 383

M. HEIMBACH

Q    Do you recall ever receiving an e-mail from the court in Charlottesville?

A    I don't recall.

(Heimbach Deposition Exhibit No. 48 was marked for the record.)

BY MR. BLOCH:

Q    And I'm showing you what is being marked Exhibit No. 48.

Do you see that, Mr. Heimbach?

A    Yes.

Q    What is this?

A    It look likes an e-mail.

Q    And is this an e-mail that you received?

A    I don't recall.

Q    Do you agree with me that the To line states that it went to matthew.w.heimbach@gmail.com?

A    Yes, but I don't know if I ever saw it.

Q    But you agree that it went to that address, right?

A    Looks like.

Q    And you don't recall ever having seen this document?

A    I don't recall.

Q    Did you attend the court conference

Page 384

M. HEIMBACH

that's being discussed in this e-mail?

A    I don't believe so.

Q    Do you agree with me the e-mail says: Ms. Tenzer or Mr. Mosley, Mr. Heimbach, Judge Hoppe would like to have a conference call regarding some outstanding discovery issues.  He's available the following dates and times.

Right?

A    Yes.

Q    Then there's a list of dates and times?

A    Yes.

Q    And it says:  Please let me know what works for you and I'll set up the conference call.

Right?

A    Yes.

Q    Did you respond to that?

A    I don't recall.

Q    Do you recall sending an e-mail to a court setting up a conference call?

A    I don't recall.

Q    Is e-mailing with a court setting up a conference call concerning your discovery issues something that you think you'd remember?

A    Not necessarily.

Page 385

M. HEIMBACH

Q    Why is that?

A    Very busy 32 life.

(Heimbach Deposition Exhibit No. 49 (49B) was marked for the record.)

BY MR. BLOCH:

Q    Mr. Heimbach, I'm showing you what's being marked right now as Exhibit 49.

A    Okay.

Q    What's your last one?  If you could just turn to entry 402.

A    That was -- oh, there we go.

Q    Docket entry 402 reads:  Clerk called and e-mailed Elliott Kline, aka Eli Mosley, and Matthew Heimbach three times regarding setting a telephonic hearing on a -- on an outstanding discovery issue.  After no response from either, clerk set hearing.  Clerk called and left voicemail.  He mailed an e-mail notice of hearing to both Defendants.

Do you see that?

A    Yes.

Q    And did I read that correctly?

A    I believe so.

Q    And did you receive voicemails from the court?

97

M. HEIMBACH

A    I don't recall.  I haven't checked my voicemail in a very, very long time.

Q    How long?

A    A very long time.  I don't need to constantly hear debt collectors on how much money they want from me, or threats, or other sorts of things.

Q    Did you receive e-mails from the court?

A    Not that I recall.

Q    Did you respond to any calls or e-mails from the court?

A    Not that I recall.  And I believe the court had the wrong physical address for me.

Q    What address did the court have?

A    I'm not sure, but I don't think it was the correct one.

Q    Why do you think that?

A    Because when I called to give them my new address, they had to change it.  I gave them my PO Box.

Q    But you agree they had the correct e-mail address, right?

A    Yes.

Q    And they had the correct phone number,

M. HEIMBACH

right?

A    Yes, but I don't answer calls from numbers I don't know.

Q    Are you aware there was a conference regarding your behavior in discovery on February 8th, 2019?

A    I don't recall.

Q    Did you show up to a conference on February 8th, 2019?

A    I don't believe so.

Q    Well, isn't that something you would remember?

A    It was a year ago, man.

Q    February 8th, 2019.

A    Oh, 2019.  No.  I don't believe I did.

Q    But you're not sure?

A    I don't believe I did.

Q    From January to June of 2019, do you agree with me you didn't respond to any e-mails from the Plaintiffs?

A    Sure.

Q    And do you agree with me that from January to June 2019 you didn't respond to any e-mails from the court?

M. HEIMBACH

A    I don't recall receiving them.  I'm not doubting that they sent them, but in the -- in the scrum of junk mail, I don't recall seeing them.

Q    Do you now -- well, you've received e-mails from the court since June of 2019, right?

A    Yes.

Q    And you see those, right?

A    Yes.

Q    Do you respond to those when you're called to?

A    I believe so.

Q    And --

A    I hope I haven't missed anything.

Q    Well, on June 3rd of 2019, there was a hearing in Charlottesville, right?

A    I guess.

Q    Well, didn't you become aware of a hearing that happened in Charlottesville on June 3rd, 2019 regarding your behavior?

A    I believe after the fact.

Q    And what did you hear after the fact?

A    That the court was less than pleased.

Q    And where did you hear that?

A    The news media.

M. HEIMBACH

Q    And did you learn that you are under threat of getting arrested if you continue to ignore your discovery obligations?

A    Indeed.

Q    And you heard that around June 3rd, right, 2019?

A    That sounds accurate.

Q    And on June 4th, the day after, you contacted Mr. Kolenich, right?

A    I believe so.

Q    By the way, what social media did you hear this on?

A    Well, it was on anti-fa Twitter accounts. I don't have an account, but I still check them.

Q    You check anti-fa Twitter accounts?

A    Yeah.

Q    But you do not check the TWP Twitter account?

A    Uh-uh.

Q    Do you agree with me that it was only after you heard that you were threatened with an arrest that you received court e-mails and responded to them?

A    Well, not about receiving, but actually

Page 390

M. HEIMBACH

going back and looking. I hadn't frequently utilized the e-mail.

Q But you are now able to view and receive court e-mails when you receive them, right?

A Instead of not checking my e-mail for days at a time, now I check my e-mail every day.

Q And is that all that has changed, is that you now check your e-mail more frequently?

A Primarily, yes.

Q Well, you say primarily. Is there anything else?

A Not that I can think of.

Q Did you change any settings in your e-mail account?

A In terms of unsubscribing from a bunch of the junk mail that fills up the account.

Q Did you do that?

A Yeah.

Q Did you change any e-mail settings?

A Well, I would consider that changing what I was getting, marking things that were spam as spam so they'd be filtered properly instead of just ignoring them.

Q You agree, Mr. Heimbach, that you didn't

Page 391

M. HEIMBACH

produce a single document in this case until you were threatened with arrest?

A I suppose one could say that.

Q Did you make a tactical decision not to participate in discovery in this case?

A No. I was simply brought into a better understanding of legal process again. Being not a lawyer, it's been an overwhelming situation.

Q How did you come to a better understanding of your obligations?

A Well, primarily over the last month and a half from speaking with you directly and working to fulfill my discovery obligations in a timely manner.

Q Did you tell Mr. Kolenich that you had made a, quote, tactical decision that you would rather take a default than participate in discovery in this case?

A I don't recall.

Q You never told Mr. Kolenich that?

A I didn't say that. I said I didn't recall.

Q So you might have told Mr. Kolenich that?

A Potentially.

Q Well, did you make a tactical decision

Page 392

M. HEIMBACH

that you would rather take a default than participate in discovery in this case?

A More of I was just overwhelmed with a variety of other factors and wasn't seeing the e-mails.

(Heimbach Deposition Exhibit No. 50 was marked for the record.)

BY MR. BLOCH:

Q I'm showing you, Mr. Heimbach, what's been marked as Exhibit 50 in this case.

Do you see that?

A Yup.

Q Does that appear to be a transcript of a court proceeding on June 3rd, 2019?

A Looks like.

Q And if you could turn to page 24.

A Okay.

Q On line 14, do you see where it says:

Mr. Kolenich: I can reach Heimbach but he will not participate. He has made a tactical decision that he would rather just take a default and let that happen.

Do you see that?

A Yes.

Page 393

M. HEIMBACH

Q Is what Mr. Kolenich said true?

A I can't recall an exact conversation where I said that.

Q You don't recall ever having -- saying -- withdrawn.

You don't recall ever having said anything to Mr. Kolenich that would lead him to that conclusion?

A No. If anything, during conversations and overall assessment of how I was outgunned, metaphorically, in these endeavors and not knowing how to proceed, not being a lawyer, and not even knowing how to start, he might have drawn that inference. I don't recall an exact conversation, however.

(Heimbach Deposition Exhibit No. 51 was marked for the record.)

BY MR. BLOCH:

Q Mr. Kolenich [sic], I'm showing you what's been marked as Exhibit No. 51.

A Yes.

Q Do you have that in front of you?

A I do.

Q Do you recognize that document?

99

Page 394

M. HEIMBACH

A    I wrote it.

Q    So do you recognize it?

A    I do.

Q    You stated, Mr. Heimbach, on page -- if I could direct your attention to page six of 12, in the fifth paragraph down?

A    Okay.

Q    You wrote:  Quote, As Respondent Heimbach wrote in a private Traditionalist Worker Party e-mail prior to the event proposing our, quote, cultural genocide through the removal of our monuments and flags.

A    Uh-huh.

Q    Where is that e-mail that you refer to in that document?

A    I think it's the one from earlier.

Q    You think that you've produced that document to us in this case?

A    I believe so.  If you want to go back, we can look at it.

Q    Well, we'll check that, but where did you find that e-mail?

A    Google Docs.

Q    And is -- well -- do you have it?

Page 395

M. HEIMBACH

A    Yeah.

Q    Is that it?

A    I'll read it real quick.

No.  That would have been one of the other dozen documents I sent you, I believe.

Q    So you believe that you have produced that document, right?

A    I believe so.

Q    And when do you believe you produced that document?

A    When I sent you all the other documents.

Q    And the documents -- well, withdrawn.

You were quoting from the actual document itself that you believe you already produced in this case, right, where it says cultural genocide through the removal of our monuments and flags?

A    Yes.

Q    And the documents that I recall you sending were PDFs and Word documents, right?

A    I believe so, yes.

Q    Isn't it true, you didn't send -- withdrawn.

You didn't produce a single document that appears to have been written in a private

Page 396

M. HEIMBACH

Traditionalist Worker Party e-mail, right?

A    Well, that would have gone through Matt Parrott, to be sent out and distributed.  I would only have the rough drafts.

Q    Well, how do you know that one of the documents that you say you produced was sent out over e-mail?

A    I believe that it was.

Q    Based on what?

A    Based on Matt Parrott sent out e-mails prior to the event.

Q    Do you have a recollection as you sit here today of one of the documents you sent to me being sent out over e-mail?

A    I believe so.

Q    Is that because you have a recollection in your mind right now of a particular Traditionalist Worker Party e-mail?

A    Well, yeah, I had the rough draft.

Q    And it's just based on your recollection that the rough draft of one of the documents you say you sent us was sent out over the e-mail system, right?

A    I believe it was sent out, yes.

Page 397

M. HEIMBACH

Q    Do you actually have a copy of the document being sent through the Traditionalist Worker Party e-mail system?

A    I'm sure we can get if from Mr. Parrott.

Q    But my question is:  Do you have a copy of that e-mail?

A    No.  I would need to get it from my co-defendant.

Q    Your testimony is that, if it exists, you believe the most likely place to find it is with Mr. Parrott, right?

A    Yes.

Q    And that's the extent to which you can testify about whether or not that was sent out over e-mail, right?

A    Yes.

Q    You stated, Mr. Heimbach -- again, I'm on page six of 12, and now I'm at the last full paragraph:  Respondent Heimbach specifically instructed members of the Traditionalist Worker Party to not attend the August 11th event because it was not a permitted rally.

A    Yes.

Q    Right?

100

Page 398

M. HEIMBACH

In what manner did you convey that instruction?

A   To those that were at the cabin that we were at, I told people not to go and to let anyone else that they knew not to go.

Q   And when you say you were at the cabin, what cabin are you talking about?

A   The private cabin we had rented for the weekend.

Q   And when you say the weekend, you mean August 11th and 12th?

A   Yes.

Q   So you're saying that when you were at a cabin on Friday night, August 11th, you told the people who were at that cabin they should not go to the torch march, right?

A   Yes, and to notify anyone else they knew not to attend.

Q   Was there any other manner in which you instructed members of TWP not to attend the August 11th rally?

A   I don't recall.

Q   Are you aware of a document where you instructed members of TWP not to attend the

Page 399

M. HEIMBACH

August 11th event?

A   I don't recall.

Q   So, is the answer -- well, do you recall a document that specifically instructs members of the TWP to not attend the August 11th event?

A   I just remember saying it verbally.

Q   And that was on August 11th?

A   Yes.

Q   What time did you get to that cabin?

A   I don't know.  It was evening. Dinnertime.

Q   And so the first time -- withdrawn.

The only time you instructed members of the TWP not to go to the August 11th event was in the evening of August 11th, right?

A   Well, I don't believe anyone knew about it prior to that, necessarily, but I believe Mr. Parrott had a potentially informed them through other means.

Q   What makes you believe that?

A   Because he was always on top of things and he agreed with me, in our conversations earlier in the day, that we shouldn't attend that event.

Q   Have you seen a document from anybody,

Page 400

M. HEIMBACH

including Mr. Parrott, instructing members of TWP not to attend the August 11th torch light march?

A   No, but I know my own conversations I had.

Q   And are you saying you were not aware of the torch light march prior to August 11thth?

A   I believe I had heard some rumblings, but I don't believe I had known that it wasn't going to be a permanent event until that day.

Q   You didn't know until August 11th that the torch light march was actually happening on August 11th; is that right?

A   No, that it wasn't permitted.

Q   Permitted.

When did you learn about the August 11th torch light march?

A   I can't recall.  I wasn't really on speaking terms with the identity or the click that were the ones organizing that.

Q   You were not on speaking terms with Eli Kline?

A   Not really, or Jason Kessler, for the most part.

Q   You stated -- if you could go to page

Page 401

M. HEIMBACH

nine of 12, and if you go to the third full paragraph from the bottom?

A   Uh-huh.

Q   You state:  Respondent Heimbach and the Traditionalist Worker Party developed their own plan for the event, ignoring Eli Mosley, Richard Spencer and others.

Right?

A   Yes.

Q   Was this a written plan?

A   Not that I can recall.  We just blew them off.

Q   So when you say TWP developed their own plan for the event, you're saying the plan was just to blow them off?

A   Well, and to contact the Charlottesville Police Department to let them know that we were going to be parking right near where the courthouse and police station was, and got their approval for that.

Q   Did you contact the Charlottesville Police Department?

A   I believe so, yes.

Q   In what format?

A   Phone.

101

Page 402

M. HEIMBACH

Q    You called the Charlottesville Police Department?

A    Yeah, there was a sergeant, I think, who was in charge of organizing things. And I believe Mr. Parrott did, as well.

Q    And what is the name of the sergeant who you spoke to?

A    I don't know, man. I'm sure, looking at the call logs, we could figure it out.

Q    You don't have a document that demonstrates any communication with the Charlottesville Police Department, do you?

A    I mean, besides phone records that we can get.

Q    Have you seen any phone records that show communication with the Charlottesville Police Department?

A    Well, no, but I know I was on the phone, so they have to exist.

Q    But to be clear, the plan that you discuss in that motion to dismiss was not written down anywhere?

A    Not that I can recall. I mean, honestly, like how much of a written-out document or plan does

Page 403

M. HEIMBACH

one need to park at a Jo-Ann's Fabric, drive to the police station parking lot, and then go to a permitted rally. You don't have to be Sun Tzu to figure that out.

Q    And that's all you did to plan for Unite the Right; is that right?

A    In terms of what?

Q    That you have just described the extent of your planning for the Unite the Right event?

A    I mean, in terms of a -- an overview. I know Mr. Parrott, to the best of my knowledge, I know worked to communicate more than I did with CPD.

Q    And you know that because he told you that at some point?

A    Yes.

Q    When did he tell you that?

A    In the lead-up to the event.

Q    On that same page, you say -- well, I'm sorry. I'm at the fifth full paragraph from the bottom.

A    Okay.

Q    It starts with Fact 71.

You say: While Respondent Heimbach was involved in that Discord chat and had initially

Page 404

M. HEIMBACH

participated in it, Respondent Heimbach withdrew from active participation before the rally.

A    Yes.

Q    What did you mean, withdrew from active participation?

A    I mean, essentially, the other groups were trying to come up with a plan, but all of them were seemingly very inexperienced and not coming together with very good ideas.

I mean, I've organized plenty of rallies. So that's why we realized that their plan to park at one park and shuttle a van in was inefficient and potentially dangerous. So that's why we came up with a different plan. I didn't -- I wasn't going to ask their permission, because it was a permitted rally, so we just came up with our own plan.

Q    So my question was: What did you mean, "withdrew from active participation" from Discord?

A    I stopped talking in chat and they had Discord calls that I was invited to that I didn't participate in.

Q    And when did you -- in your words -- withdraw from active participation in Discord?

A    Probably in the weeks leading up. Maybe

Page 405

M. HEIMBACH

the last two weeks or so.

Q    In the last two weeks prior to the Unite the Right event, you did not participate on Discord?

A    Well, on Discord, but not on that Discord, to the best of my knowledge.

Q    What is that Discord?

A    Well, like their server.

Q    Whose server?

A    The server that was set up by whoever did it, either -- Jason Kessler, whoever organized the Charlottesville Discord.

Q    Are you talking about the Charlottesville 2.0 server?

A    Yes.

Q    And you're saying you did not post on the Charlottesville 2.0 server two weeks prior to Unite the Right?

A    To the best of my knowledge, that seems like an accurate time line. And I only participated in, I believe, one of the many calls that they organized to try and come up with a plan, because their plan was foolhardy and dangerous.

Q    The -- when you say their -- participate in their calls, are you referring to the Leadership

Page 406

M. HEIMBACH

Channel on Discord?

A    Yes.

Q    And you were, at some point, were a member of the Leadership Channel on Discord?

A    I believe so, yeah.

MR. BLOCH:  Let's take a three-minute break.

THE WITNESS:  Three minutes.  I can get more water.

THE VIDEOGRAPHER:  Going off the record.

(Proceedings recessed at 4:17 p.m.)

(Brief pause.)

THE VIDEOGRAPHER:  We're on back on record.  The time is 4:23 p.m.

BY MR. BLOCH:

Q    Mr. Heimbach, you testified earlier that you were not aware that TWP had a VK account, right?

A    I don't recall it.

Q    You don't recall the account, right?

A    No.

Q    And isn't it true, Mr. Heimbach, that the VK account, in fact, posted articles that you wrote?

A    Well, that makes sense.  I was the

Page 407

M. HEIMBACH

chairman.

Q    So is the answer to that, yes?

A    If you say they posted it, that makes sense.

(Heimbach Deposition Exhibit No. 52 was marked for the record.)

BY MR. BLOCH:

Q    If I could show you what's been marked Exhibit 52.

Do you recognize that, Mr. Heimbach?

A    Yeah, vaguely.

Q    That's the TWP VK account, right?

A    Okay.  Yeah.

Q    Isn't it?

A    Yeah.

Q    And the TWP VK account posted an article by you on November 6th, 2017, right?

A    Sure.

Q    And is it still your testimony that you weren't even aware that TWP had a VK account?

A    I mean, I can't recall it.

Q    Isn't it true, Mr. Heimbach, that you were, in fact, one of the contacts for the VK TWP account?

Page 408

M. HEIMBACH

A    If it was on VK, I was almost never on the service, so that would have been rather unreliable.

Q    I'm sorry.  Can you explain that?

A    All right.  VK is a horrible platform. It's incredibly buggy and garbage and not good, so I never really used it.

Q    Well, my question was:  Weren't you one of the contacts for TWP listed on the TWP VK account?

A    You would know better than me.

Q    Well, do you recall that?

A    I don't.

(Heimbach Deposition Exhibit No. 53 was marked for the record.)

BY MR. BLOCH:

Q    If I could show you Exhibit 53.

Is that the TWP VK account?

A    Looks like.

Q    And does it list two contacts?

A    Yes.

Q    And who are the two contacts?

A    Matthew Parrott and myself.

Q    And are you listed as the chief executive officer?

Page 409

M. HEIMBACH

A    Yes, which isn't even the right title.

Q    And how does one become a contact for the VK account?

A    I don't know.

Q    What does it mean to be a contact?

A    I don't know.

Q    Doesn't it mean you have to at least have credentials to the VK account?

A    I don't know.

Q    Is there also on that VK account two speeches by you?

A    Yes.

Q    And one is the Matthew Heimbach St. Paddy's Day speech, right?

A    Uh-huh.

Q    And the other is the hash tag Death to America, Matthew Heimbach speech, right?

A    Uh-huh.

Q    And how did those get on the VK account?

A    Can't recall.

Q    You don't have any idea?

A    No, I mean those were posted on YouTube, so whoever was an admin, I believe, could have just put the YouTube link in and uploaded them.

103

Page 410

M. HEIMBACH

Q    Did you post those to the VK account?

A    Not that I can recall.

Q    Who was the admin?

A    I don't know.  I mean, all of these -- those two speeches were from 2014.  So -- and that was a long time ago.

Q    You also testified that you didn't have familiarity with the YouTube account or the tradworker.org website; is that right?

A    Yeah, in terms of running them.

Q    So is it your testimony that you didn't know what content was on those accounts?

A    I don't recall everything that was posted.

(Heimbach Deposition Exhibit No. 54 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 54.

Is that a Discord post that includes posts on Discord by you?

A    Yes.

Q    And at the top, somebody with the screen name ghostofthevolk wrote on Discord, on February 4th, 2018:  @MatthewHeimbach, where is that

Page 411

M. HEIMBACH

being uploaded.

Right?

A    Uh-huh.

Q    And you responded:  The episode? @ghostofthevulk?

Right?

A    Uh-huh.

Q    And you wrote that on February 4th, 2018?

A    Yes.

Q    And below that you wrote, on February 4th, 2018:  It will be on TRS, our YouTube and our website.

Right?

A    Yup.

Q    How did you know that the episode was going to be in those places if you didn't have any real familiarity with what content got posted to those accounts?

A    Well, that was handled by Tony Hovater, I believe, in terms of for TRS.  That's where the show was hosted.  So he handled that.

And generally content, I believe, would be handled by other people to upload it.  I couldn't upload a podcast to a website to save my life.

Page 412

M. HEIMBACH

Q    And that's because you don't have the technical wherewithal to do that?

A    Well, essentially.

Q    My question was:  How did you know that that content would be posted to those TWP accounts if you weren't the person that was dealing with those accounts?

A    Delegation.  Other people have jobs.  I don't know how to mix a podcast, but I know Tony Hovater was going to upload it to TRS.  It's a logical inference.

Q    And you testified that you didn't really deal with the TWP e-mail system; is that right?

A    Yes.

Q    And that's because -- and you testified that Mr. Parrott dealt with that, right?

A    Uh-huh.

Q    And is that -- do I understand you correctly, that's because you didn't have the technical expertise to deal with that?

A    Well, just also time.

Q    Okay.  But I think you described yourself as a Luddite --

A    Essentially.

Page 413

M. HEIMBACH

Q    -- when it comes to technology and computer issues, right?

A    I hate them so much, passionately.

Q    And what does a Luddite mean?

A    Oh, I mean, Luddites opposed technological advances that were, I mean, replacing them in terms of jobs, but just in a more colloquial term, someone that doesn't particularly like technology.

Q    And that's how you would describe yourself, right?

A    Essentially, yes.

Q    Do you know how to write computer code?

A    No.

(Heimbach Deposition Exhibit No. 55 was marked for the record.)

BY MR. BLOCH:

Q    If I could show you Exhibit 20 -- sorry -- 55, and is that a set of Discord posts?

A    Yes.

Q    And the top post is a post by you on August 4th, 2017, right?

A    Uh-huh.

Q    And that would be seven days before the

104

Page 414

M. HEIMBACH

torch light march?

A    Yes.

Q    And you wrote:  Quote, Everyone check your e-mail again.  If there's another problem, I'm breaking out the vodka and going back into the lines of code.

Right?

A    Uh-huh.  Well, that just means going to hang out with Matt Parrott's house and kind of poke him with a stick to get stuff down.

Q    I see. so when you wrote, I'm going to break into the lines of code, you meant you were going to go to Matt Parrott's house and poke him with a stick?

A    Essentially.  I wish I could write code. I really, really do.

Q    Mr. Heimbach, have you ever referred to the lawyers in the lawsuits against you related to Charlottesville as, quote, fucking kikes?

A    Probably.

Q    And did you, in fact, refer to the lawyers related to the Charlottesville lawsuits as fucking kikes on the Daily Traditionalist podcast on October 12th, 2017?

Page 415

M. HEIMBACH

A    Probably.

Q    If I could play Exhibit 1 from 3.15 to 4.17.

Podcast Recording Played:

(Welcome to Weimerica.  So just something that I think is really interesting is we are being sued, but not only are we being sued.  Let's see, the Pennsylvania Light Foot Militia, New York Light Foot Militia, Virginia Minutemen Militia, American Freedom Keepers, American Warrior Revolution, Red Neck Revolt, Socialist Rifle Association, Traditionalist Worker Party, Vanguard America, and League of the South, Inc., National Socialist Movement, Jason Kessler, Elliott Kline, Christian Yingling, and George Curbelo, Francis Marion, Ace Baker (phonetic), Matthew Heimbach, Cesar Hess, Spencer Borum, Mike Tubbs, and Jeff Schoep are all being sued by -- by a lot of fucking kikes.

Pardon me.  This is a family friendly show, but there's really not

Page 416

M. HEIMBACH

much else I can say, but by the City of Charlottesville and a lot of individuals associated with that.

And who is leading the legal team in this lawsuit?  You know, a bunch of Jews.  I didn't think that was going to surprise me anyone.)

BY MR. BLOCH:

Q    Is that your voice, Mr. Heimbach?

A    Uh-huh.

Q    And did you refer to the lawyers that are suing you in this case as fucking kikes?

A    I did.

Q    And what does fucking kike mean?

A    The fucking would be kind of a -- you know -- not a very nice person, and kike would be a slur for Jews.

Q    And did you also say, why don't you just sue us in Israel, you filthy Yids?  Why don't you just do that, because obviously American law doesn't matter.  Anglo-Saxon common law doesn't matter anymore.

Did you say that?

A    Yeah, probably.  It's not bad.

Page 417

M. HEIMBACH

Q    I'm sorry.

A    I mean, it's not bad.  Not a bad line.

Q    Did you also say:  They have the gall -- or the hutzpah, as their Yiddish leaders would say -- to sue us for defending ourselves because they got their asses whooped.  This is absolute clown world. I hate this country and there's absolutely no amount of justice in it.  The fact that a single one of our comrades, from Christopher Cantwell on down, is in prison is absolute nonsense and shows that this is a Jewish-run Satanic system.

The justice system Lady Liberty and Lady Justice and all the ladies that are used to symbolize America should just have giant Talmuds in their hands because that's the only law that seems to matter.

Do you say that?

A    I hope I did.  That's a pretty good line.

Q    Did you say that?

A    Probably.

Q    Let's just play it, to be sure.

Podcast Recording Played:

(You used it as a justification for physical violence, and then they decide to have the gall, the hutzpah -- as their

Page 418

M. HEIMBACH

Yiddish leaders would say -- to sue us for defending ourselves because they got their asses whooped. This is absolute clown world. I hate this country and there is absolutely no amount of justice in it. There is no justice in America right now. The fact that a single one of our comrades, from Christopher Cantwell on down, is in prison is absolute nonsense. It shows this is really a Jewish-run Satanic system. And there's no justice. The justice system is -- might as well, you know, Lady Liberty and Lady Justice, and all the ladies that symbolize American, should just have giant Talmuds in their hand because that's the only law that seems to matter.)

BY MR. BLOCH:

Q    Was that your -- I just played Exhibit 1 from 11.44 to 12.27.

A    Uh-huh.

Q    Was that you, Mr. Heimbach?

A    Yeah, and I stand by that comment.

Page 419

M. HEIMBACH

Q    And that -- withdrawn.

What's the Talmud?

A    A collection of rabbinical writings, after the destruction of the temple, that essentially governs Jewish society and Jewish law.

Q    And why is it significant to you that Jewish people are suing you?

A    Racial animus against my people.

Q    And do you believe that there's something illegitimate about this lawsuit because Jewish people are suing you?

A    Well, I think, based on the statements of Ms. Roberta Kaplan, that she's being driven both politically and ethnically/religiously by her background and her economic and social privilege that the members of the law firm come from to advance her cause, yeah.

Q    So my question is: Is there something to you that is not legitimate about the lawsuit that you're a Defendant in?

A    Oh, I mean, let's not even talk about the lawsuit. Let's just talk about, like, the entire American legal system.

Q    My question is about this lawsuit.

Page 420

M. HEIMBACH

A    Yeah, I mean, fundamentally, this, in my opinion, is a Nuremberg trial style kangaroo court, where it's already been decided long -- long before, because you guys have the money, the power, the media connections and all the abilities to levy those against constitution-abiding Americans, so yeah.

Q    And is that why you have thus far refused to participate in discovery?

A    No, I just haven't really known or understood how to do so.

Because, the thing is, Mr. Bloch, respectfully, I'm really looking forward to the trial, because I believe that myself and my co-defendants are so painfully innocent, when the light of day is able to be exposed on everything, while people might disagree with our political views, we didn't do anything wrong. We didn't conspire. I mean, the far right can barely organize a barbecue let alone a conspiracy. And truth is going to, hopefully, win the day.

So yeah. I'm looking forward to this process.

MR. BLOCH: I have no further questions.

Page 421

M. HEIMBACH

Does anybody on the phone have questions?

MR. KOLENICH: Jim Kolenich. No questions.

MR. BLOCH: I'm sorry, Mr. Kolenich. Did you say no questions?

MR. KOLENICH: Yes, sir.

MR. BLOCH: Mr. DiNucci, Mr. Campbell? Are you guys still on the phone?

MR. KOLENICH: Mr. Campbell had to leave. I don't know about Mr. DiNucci.

MR. BLOCH: Thanks. The only thing we have is we wanted -- we marked two exhibits the same. We marked the Docket Exhibit 49, and we also marked the November 20th e-mail with the SEA consent Exhibit 49.

Can we go off the record for two minutes.

THE VIDEOGRAPHER: Going off the record. The time is 4:39.

(Discussion held off the record.)

MR. BLOCH: So back on the record.

106

Page 422

M. HEIMBACH

I am marking the Kolenich e-mail to Mr. Heimbach from 11/20/2018 that contains the Discord consent -- I'm going to mark that Exhibit No. 49A.

And the docket, which was also erroneously marked Exhibit 49, I am going to mark Exhibit 49B.

And my hope is that it's clear from context of the testimony which exhibit was being referred to.

And I believe that's it.

MR. KOLENICH:  This concludes the deposition of Matthew Heimbach.  The time is 4:43 p.m.

(Thereupon, the deposition was concluded at approximately 4:43 p.m.)

Page 423

M. HEIMBACH

_____
MICHAEL HEIMBACH

Subscribed and sworn to before me this_____ day of_____, 2019.

_____

Page 424

DISCLOSURE

STATE OF TENNESSEE ) DEPOSITION OF:

KNOX COUNTY      ) MICHAEL HEIMBACH

Pursuant to Article 8.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of TSG Reporting.

TSG Reporting was contacted by the offices of Kaplan, Hecker & Fink, LLP to provide court reporting services for this deposition.  TSG Reporting will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b).

TSG Reporting has no contract or agreement to provide court reporting services with any party to the case, or any reporter or reporting agency from whom a referral might have been made to cover the deposition.

TSG Reporting will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party in this litigation.

_____
Tanya L. Verhoven-Page,
Certified Court Reporter,
B-1790.

Page 425

CERTIFICATE

STATE OF TENNESSEE:
KNOX COUNTY:

I hereby certify that the foregoing deposition was reported, as stated in the caption, and the questions and answers thereto were reduced to written page under my direction, that the preceding pages represent a true and correct transcript of the evidence given by said witness.

I further certify that I am not of kin or counsel to the parties in the case, am not in the regular employ of counsel for any of said parties, nor am I in any way financially interested in the result of said case.

Dated this 13th day of August, 2019.

_____
Tanya L. Verhoven-Page,
Certified Court Reporter,

Page 426

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:        Sines, et al. v. Kessler, et al.

Dep. Date:        August 9, 2019

Deponent:        Michael Heimbach

CORRECTIONS

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

Pg.  Ln.  Now Reads        Should Read    Reason

_____ _____ _____ _____ _____

_____

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

This the_____ day of_____, 2019.

_____

(Notary Public)     My Commission Expires:_____

108

**A**

**$5,000 (2)**
375:9,19
**$50 (1)**
376:17
**a.m (7)**
3:3 11:3,20 124:10,14
185:12,16
**A/K/A (3)**
1:14,16,23
**abandoning (1)**
181:7
**abilities (1)**
420:6
**ability (13)**
14:7 46:16 261:14
280:5 281:14 311:6
324:8 331:18
358:19 360:6
365:11 368:6 370:5
**able (21)**
14:11 42:15 44:12
85:22 86:5 107:19
120:25 128:2
132:23 143:7,12
147:11 148:5 202:3
265:5 290:23
353:14 372:4
379:14 390:4
420:16
**absolute (4)**
417:7,11 418:4,10
**absolutely (3)**
43:5 417:8 418:6
**abstinence (1)**
24:23
**access (55)**
32:13 79:24 110:17
113:14,18,20
122:22 128:3 141:5
141:7,15,18 151:10
153:6,22 155:7
158:16 159:4,24
162:2,15,18 163:16
164:22 165:18
166:5 171:5 177:14
181:23 185:20
204:7 207:25
218:21,25 219:14
219:25 222:25
223:4,9 255:13
257:24 285:9
310:20 313:20
314:2,5,11,13,20,23
315:14 324:20
330:2 347:2 360:17

**accident (3)**
355:11 360:11,13
**accomplish (1)**
308:21
**account (331)**
8:7,25 10:9,11 23:13
23:16 30:2,5 32:12
62:5,6 76:18,20
77:6,10,13,14,19,24
78:3,8,14,17,22,25
79:9,12,15 81:5,8
81:12,15 82:16,20
90:9 106:25 107:4
107:12,17,21,24
108:13 109:3,4,11
110:3,15,16 112:2
112:20 113:9,11
114:4,7,24 115:12
115:15 116:15,17
116:19,21 117:2,5,8
117:17,19 118:2,10
118:20 119:6,19
121:8,12,13,16,21
121:22 122:3,8,15
122:19,23 123:8,11
123:14 124:23
125:2,5,5 127:19,23
128:9,14,17,20,24
129:4,8,11,14 130:6
130:7,9,18,21
131:23,25 132:12
132:18,20 133:5,10
133:21 134:11,19
135:6 136:19,25
137:5,25 138:12
139:25 140:8,11,16
140:19,23 142:6,11
142:16,17 143:2,8
143:18 144:16,19
144:22,25 145:9,11
146:2 147:12,25
148:5,11,17,25
149:19,20 150:15
150:18 151:7,11
152:12,23 153:7,25
154:4,7,9,16 155:2
155:5,10,12,16,18
155:21,24 156:4,7,9
156:25 157:4,12,14
157:25 158:6,7,14
158:17,20 159:3,6,9
159:14,24 160:9,13
160:16,23 161:10
161:12 162:4,8
165:14 166:6
168:15 171:6

172:10,12,24
173:12,14,18 174:3
174:21,24 175:6,13
176:10,13,15,25
177:4,6,14 178:22
178:25 179:6,10,13
179:22 180:4,7,13
181:2,24 183:3,5,18
184:8,15,24 186:2
186:11,17 187:8,23
188:2,6 189:9,14,18
207:13 223:5,14
224:10,21,25 225:5
255:13 261:23
262:7,9,12,20,23
263:7 264:2,5,8,10
264:12,17,22,24
265:7,10 266:6,12
268:10 269:8,13
274:23 283:24
284:6,14,23 285:10
292:18 303:3
310:18,20 337:19
349:13 350:7,10,13
350:20,23 351:3,8
351:13,16 353:2,4
353:16 354:2,21
357:24 358:4,15,21
358:23 359:5 373:4
381:9,10,16,22
382:23 389:15,19
390:15,17 406:19
406:21,24 407:13
407:17,21,25
408:10,18 409:4,9
409:11,20 410:2,9
**accounts (66)**
53:9 80:13 107:10
109:4 110:18
119:11 123:16,20
123:22 125:10,13
125:23,25 126:11
126:14 127:14,17
128:3 129:24 130:4
130:17,20,23 131:2
131:3,7 133:8
141:20 162:7 166:9
175:8,22,24 185:20
185:23 186:8
189:20,22 219:15
224:6 257:14,22
264:19 265:3
269:20 290:20
292:5,12 316:13
348:25 349:9,25
353:25 354:12

355:7,9 360:9 368:9
378:10,21 389:14
389:16 410:13
411:19 412:6,8
**accuracy (6)**
358:14 362:3 367:11
368:17 369:22
376:8
**accurate (20)**
92:8 114:6 185:7
200:7 224:11
234:24,25 256:5
298:9 302:13 350:5
355:10 365:9,10,13
369:25 370:14
376:25 389:8
405:20
**accurately (2)**
14:8,11
**accused (1)**
320:15
**Ace (1)**
415:20
**acknowledgment (2)**
58:13,19
**action (17)**
1:9 17:15 47:21 166:8
213:12,14,21
214:19 215:9,11,20
257:19 298:16,21
298:24 299:4,24
**actions (2)**
99:11 295:17
**active (12)**
130:4 136:19 153:25
180:9 201:14,20
202:11 207:14
404:3,5,19,24
**actively (9)**
219:8 222:18 268:13
346:18,19,24 363:4
364:9 367:24
**activism (5)**
208:2 253:25 266:16
266:20 269:4
**activist (2)**
116:13 226:7
**activities (1)**
50:14
**actual (6)**
18:15 44:6 75:8
295:17 303:8
395:14
**Adam (1)**
42:9
**add (2)**

241:25 353:11
**added (1)**
247:21
**addendum (1)**
185:4
**addition (6)**
15:14 169:18 255:12
344:11,16 347:4
**additional (1)**
179:22
**additions (3)**
353:15 355:12 360:7
**address (51)**
24:12 46:13 77:13,18
78:3,7,13,17 89:21
91:13 106:21,22
107:7,16 108:9,22
110:12 132:21
133:2 217:13,19
218:8,13,22 219:2,6
219:11 222:7,11,16
224:5 242:14
250:15,17 251:8,13
252:25 281:24
282:5 286:23
287:20 328:4
381:11,25 382:4,5
383:20 386:14,15
386:20,23
**addressed (1)**
93:11
**addresses (1)**
217:8
**addressing (1)**
101:20
**admin (3)**
225:20 409:24 410:4
**Admit (1)**
6:13
**Adolfo (1)**
76:4
**adopted (1)**
304:10
**adoption (1)**
303:25
**advance (1)**
419:17
**advances (1)**
413:7
**advice (10)**
18:12,13,15,19 22:19
22:20,22 23:2 27:19
27:22
**advise (3)**
27:25 317:4,6
**advised (2)**

375:8,18
**advocacy (1)**
18:4
**advocate (1)**
301:19
**advocating (1)**
94:7
**affidavit (19)**
305:22 335:17,22
336:5,16,19 337:6,9
337:22,25 338:9,11
338:17,25,25
339:18 340:18
341:2,7
**affiliated (3)**
8:24 263:7 276:3
**affirmative (1)**
321:25
**affirmed (2)**
114:20 367:11
**affirming (1)**
369:21
**afford (2)**
47:9 375:10
**aftermath (1)**
179:18
**afternoon (2)**
304:22,23
**agencies (1)**
89:2
**agency (1)**
424:16
**agenda (7)**
246:20 247:2,7,11
296:21 297:2,6
**ages (1)**
176:5
**ago (19)**
16:23 18:23 19:11
77:24 115:3 141:2
172:11 212:25
234:19 262:18
295:4 296:12,15
322:20 338:8,20
358:11 387:14
410:7
**agrarian (2)**
228:3 235:9
**agree (113)**
23:22,25 36:7 39:19
52:7 59:15,21,23,25
60:11,22 61:6,19
63:3 69:18 79:11,14
80:3 95:8 96:18
118:23 129:17
132:10 134:7,25

139:2 151:21
152:20,22 155:15
157:21 160:13
162:12,17 163:3
164:6,18 165:3,8,21
165:24 169:9
173:17 174:14
175:3 176:24
177:12 178:3
179:21 180:9
183:17 184:14
187:4,7 196:5
198:10 200:8
209:19 223:13
224:20 226:16
229:20 232:11
238:15 258:21
259:6 279:11
287:18 292:17
298:4,10 299:17
309:14 310:3
313:15,19 314:9
325:22 332:19
344:12 347:11
350:6,9,12 351:15
352:20 354:9
356:10,19 357:2,14
357:20 358:14
360:8,19 361:22
362:7,12 364:20
367:14 370:6 377:4
379:8 381:15,21
383:16,19 384:4
386:22 387:20,23
389:21 390:25
**agreed (5)**
27:4 321:6,12,23
399:23
**agreeing (1)**
36:3
**agreement (2)**
70:3 424:15
**ahead (5)**
70:6 151:19 237:15
295:9 334:9
**aiming (1)**
214:17
**Airbnb (1)**
252:23
**aired (2)**
36:6 166:12
**aka (1)**
385:14
**al (4)**
11:10,11 426:3,3
**alert (2)**

90:23 167:17
**Alex (6)**
1:11 72:2 93:18 96:15
164:14 363:14
**ALEXANDRA (1)**
4:8
**Alford (1)**
320:2
**alive (1)**
87:12
**alleged (2)**
100:17 184:5
**Allegedly (1)**
100:16
**allies (1)**
286:21
**Allison (3)**
197:24 225:20 226:6
**allow (3)**
84:23 319:22 321:13
**allowed (7)**
29:16 95:2,10 98:15
165:5 205:4 319:16
**allows (1)**
324:16
**ALT-KNIGHTS (1)**
1:20
**altercation (1)**
291:15
**ALVARADO (1)**
1:7
**amend (1)**
186:3
**amended (3)**
50:15 186:4 365:16
**Amendment (3)**
95:4,6 230:7
**America (7)**
1:12 175:4 279:7
409:18 415:16
417:15 418:7
**American (5)**
415:12,13 416:21
418:16 419:24
**Americans (1)**
420:7
**amount (4)**
360:4,21 417:8 418:6
**Andrew (5)**
1:12 137:3 143:2
144:6 150:5
**Android (5)**
92:22 305:7,17
307:17 311:3
**ANGLIN (1)**
1:12

**Anglin's (1)**
150:5
**Anglo-Saxon (1)**
416:22
**animus (1)**
419:9
**anonymous (2)**
193:21 232:12
**answer (72)**
13:13,19,25 28:13
42:11 47:3 49:22
54:12 58:4 75:3
95:7 96:22 114:20
115:4 120:7,14
126:3 131:11
139:22 142:3
148:14 149:4 154:8
154:14 160:20
172:5 175:17
183:22 184:23
185:3 186:5 190:16
196:23 201:12
212:23 220:16
222:3 223:16 224:7
232:24 259:5 261:9
261:12,13 263:14
269:15 276:7,13
280:3 281:21
284:21 303:6
315:18,19 317:19
320:3 324:24
325:18 347:24
357:17 360:12
367:4 369:19,22,25
371:3,11,20 372:18
387:3 399:4 407:3
**answered (9)**
356:6 357:18 358:19
359:15 360:6,13
368:5 370:4 372:5
**answers (6)**
59:2,5,8,12 370:7
425:9
**anti-fa (2)**
389:14,16
**antifascists (4)**
95:2 122:4 244:17
302:14
**antiwhite (1)**
94:14
**anybody (31)**
26:11 48:22 61:3
71:10 119:21
141:20 142:6
144:24 145:8
146:19,22 190:11

247:6 262:11
266:23 269:12
270:14 291:18
309:6,9,25 316:25
317:14 318:7 324:2
324:19 330:10
331:2 336:18
399:25 421:2
**anymore (8)**
34:3 69:24 168:12
184:22 188:20
276:6 298:17
416:23
**anyone's (1)**
368:3
**anytime (3)**
28:11 56:13 310:6
**anyway (3)**
89:11 219:13 261:11
**apart (3)**
195:3 285:25 313:14
**apologize (1)**
365:17
**app (3)**
80:24 81:2 353:19
**apparently (1)**
354:19
**appear (6)**
301:13,21,24 302:3,6
392:14
**APPEARANCES (2)**
4:2 5:2
**appeared (8)**
58:14 294:3,7 296:2
296:17 299:12
302:11,18
**appears (3)**
59:8 380:21 395:25
**applicable (3)**
371:15,17,18
**apply (2)**
255:4,7
**appreciate (1)**
69:23
**approached (1)**
336:4
**approval (1)**
401:20
**approximate (4)**
16:25 113:3 270:18
309:22
**approximately (28)**
17:10 33:4 37:2 39:20
86:20 112:22 113:8
137:24 159:21
170:13 178:16

248:6 255:18
257:13 258:24
259:7 267:15
268:22,24 293:4
306:7,25 309:8
322:12 325:5
339:13 362:17
422:18
**April (21)**
1:6 33:5 43:21 58:10
58:15 59:18 67:4
117:3 333:15,18
357:11,21 358:14
359:13 362:2,21
363:15 366:14,23
367:19 369:9
**archived (1)**
202:2
**archives (4)**
293:3,7 294:14
298:14
**arduous (1)**
145:24
**area (6)**
194:8 267:14 286:19
343:6 344:6,9
**argument (12)**
117:7,12,16 119:20
136:24 137:8,18
140:3,22 141:3
142:10 278:20
**Arkansas (1)**
96:9
**armed (3)**
229:12 230:5,9
**arrangement (2)**
52:15 303:19
**arrest (3)**
363:8 389:23 391:3
**arrested (10)**
41:12 45:3 71:17 96:9
139:5 181:11 184:4
254:24 323:17
389:3
**arrived (2)**
82:4 246:4
**article (6)**
10:9 273:4,7,22
407:17 424:8
**articles (23)**
17:6,13,16,17,21 63:9
153:18 161:15
189:5 204:11,15
205:4 213:15,16,20
213:21 215:6,7
257:16 259:4,19

345:23 406:24
**artifacts (1)**
347:5
**Aryan (1)**
294:14
**ASAP (1)**
243:10
**Ashley (5)**
328:2,7,9,16,24
**aside (1)**
311:14
**asked (23)**
29:22 43:12 68:13
78:12 86:18 125:14
141:14 154:4
175:21 260:21
271:10 298:11
317:13 324:2
328:17 336:4,20
340:5 355:24 357:9
360:15 364:10
366:2
**asking (19)**
22:17,18,18 45:15,17
51:8 62:13,17 64:19
64:22 78:2 119:14
141:12 279:15
284:11 290:14
297:13 299:21
314:14
**asks (6)**
51:25 361:14 364:13
368:14 369:4 371:5
**aspect (1)**
18:13
**assault (1)**
302:14
**assaulted (2)**
68:15,19
**assemble (2)**
84:24 95:4
**asserted (1)**
115:24
**asses (2)**
417:7 418:4
**assessment (2)**
346:3 393:11
**assets (1)**
369:17
**asshole (1)**
150:6
**assist (1)**
336:18
**assistants (1)**
55:4
**associate (1)**

132:21
**associated (16)**
77:14,18 78:3,7,13,17
78:22,25 79:14
166:9 256:7 274:24
284:14 376:21
381:10 416:4
**association (2)**
11:25 415:14
**assorted (2)**
315:22 316:9
**assume (53)**
34:17 36:5,23 39:22
39:25 49:2 57:11,21
63:10 80:6 82:18,24
85:4 89:16 92:14
104:8 108:24 118:3
118:5 152:25 164:8
164:23 165:16
170:21 173:20
198:12 218:9,11
221:24 230:15,16
231:6 242:17
277:10 278:18
282:24 285:11,17
285:18 287:8
290:13,14,18
294:24 295:8
299:20 309:17
310:14 313:13
314:12,14 324:22
381:7
**assumed (6)**
85:2 100:7 260:24
297:11,13 317:17
**assuming (3)**
104:23 112:8 234:11
**assumption (1)**
167:15
**assure (1)**
189:12
**assured (1)**
219:7
**Asus (4)**
344:22 345:4 346:9
346:10
**attached (3)**
32:4 380:19,21
**attachment (1)**
57:20
**attachments (1)**
57:22
**attacked (1)**
95:2
**attempt (3)**
148:16 154:10 232:18

**attempted (1)**
148:12
**attend (10)**
272:3 287:15 383:25
397:22 398:19,21
398:25 399:6,24
400:3
**attended (4)**
192:21 196:20 235:23
247:18
**attendees (1)**
245:6
**attention (1)**
394:6
**attesting (2)**
378:9,20
**attorney (16)**
38:25 120:5 167:17
260:17,22 317:10
317:25 337:21,24
364:3 367:24
372:23 375:8,18
379:14,18
**attorneys (6)**
18:20 22:12,15 23:3
38:8 45:6
**audience (3)**
271:19 272:2 298:23
**audio (2)**
299:24,25
**August (71)**
1:15 2:5 3:2 8:18 11:2
11:19 27:17 60:15
60:18,23 61:3,7
67:20,21,25 68:5,7
71:21 73:24 74:3,6
74:9,12,16 77:5
82:3 84:13 87:6,13
186:17 221:3
248:19 263:18
283:4 301:25 302:4
302:7,9,19 304:25
305:24 307:2
308:13,24 309:3,6,9
309:12,16 311:14
311:18,24 312:7
313:16 397:22
398:12,15,22 399:2
399:6,8,15,16 400:3
400:7,11,13,16
413:23 425:21
426:4
**Augustus (18)**
1:19 23:6,9 74:14,18
85:10,11,16 86:10
88:8,15 89:3 190:20

192:6 195:25
196:25 197:11,15
**Augustus's (1)**
85:23
**authorization (1)**
374:25
**authorize (1)**
374:18
**auto (3)**
30:25 110:3 141:9
**available (8)**
88:12 154:20 294:18
313:24 371:14,15
377:8 384:7
**Avenue (2)**
4:5 11:24
**awaited (1)**
41:20
**aware (34)**
32:16 33:2,9,12,18
44:9 81:11 86:7
89:5 113:23 114:3
116:10 118:24
166:14 167:22
168:4 185:18 210:3
249:10 250:7 272:3
311:2 334:10 373:9
377:9,25 378:2,7
387:5 388:18
398:24 400:6
406:19 407:21
**awareness (2)**
210:5 373:21
**ax (1)**
232:9
**AZZMADOR (1)**
1:13

_____
B
_____

**b (1)**
424:14
**B-1790 (1)**
424:24
**Bachelor's (1)**
15:4
**back (41)**
17:17 28:20 35:2
38:21,22 39:4 58:7
59:24 66:12 89:19
104:11 107:2
117:23 143:21
154:11 157:19
161:21 178:18
185:14 220:11
240:2 242:8 254:11
258:25 261:7 274:4

281:13 293:2
304:19 319:21
329:3 337:14 339:8
346:22 355:13
365:4 390:2 394:20
406:15 414:6
421:25
**backed (3)**
310:13,17,23
**background (3)**
15:3,15 419:16
**backup (3)**
233:20 311:2 318:4
**bad (4)**
329:8 416:25 417:3,3
**bagged (1)**
15:21
**bail (5)**
41:7,19 42:14 135:22
135:24
**Baker (4)**
3:7 11:17 65:18
415:20
**ball (1)**
341:5
**banned (2)**
129:21 184:11
**baptismal (1)**
14:20
**barbecue (2)**
364:11 420:19
**barely (1)**
420:19
**Barnes (1)**
15:21
**based (42)**
24:4 39:22 69:12,19
78:11 104:10,23
164:8,8 165:16
173:19 174:12
179:24 181:22
183:8,24 184:16,25
201:21 218:17
234:11,18 272:11
272:13 274:13
275:2 276:23
280:14,16,18
321:23 346:3
351:10 370:3,14,16
370:21 375:7
396:10,11,21
419:13
**basically (13)**
103:8 109:14 129:21
188:20 190:10
195:14 211:19,25

212:2,3 239:11
334:2,5
**basis (5)**
42:21 43:14 53:5
161:8 195:9
**bat (3)**
273:20 302:16 311:13
**battery (3)**
318:18,24 320:5
**battle (6)**
94:24,25 95:5,8
283:10 369:2
**battlefield (1)**
93:25
**beat (1)**
246:9
**beer (1)**
43:25
**beginning (1)**
348:18
**begins (1)**
124:12
**behalf (18)**
4:3,14 5:4,11 21:23
47:22 85:5 157:17
191:4,18 248:5
262:17 265:8,11
266:11 269:13
335:17 339:19
**behave (2)**
133:21 308:18
**behavior (3)**
236:10 387:6 388:20
**belief (2)**
222:5 240:22
**beliefs (1)**
135:25
**believe (241)**
19:7 21:20 23:19
25:18,20 28:23 29:2
30:20 31:15 37:3
40:23 41:16 48:15
49:16 56:4,6,12
57:15 59:9 68:5
69:3 72:5 77:3,8,22
80:2,8,17 81:13
82:21 84:18 85:14
88:19,21 93:2 94:10
96:7 97:25 98:5,7,9
98:12,14 99:11,17
100:6,18,22,25
101:6 102:3 103:11
104:10 105:14
108:21 109:6,8,23
110:20,24 111:4
112:13,17,19 114:6

115:24 116:9 117:4
119:12 120:5
121:19 123:9 125:6
130:22 133:9
140:24 142:12
143:19 144:11
145:10 147:9,19
149:22 150:14
151:12 153:8,17
156:10 157:19
158:21 159:2,11
160:4,10,18 161:13
162:7,10 163:17,22
165:20 166:7,9
170:19 173:6 175:9
175:10 176:11,18
177:2 179:17,25
180:15 187:24
189:19 196:13
201:15 202:22
204:13 205:23
207:2 215:7,8 217:7
217:12 218:17
223:15 224:23
227:8 236:2 237:4,6
239:17 240:11,14
240:24 241:12,23
242:14 245:10
247:12 248:13,20
250:2 251:20,25
253:6,20 254:7,25
274:9,16 280:21
281:3,5,18,22 284:3
287:11 293:9 296:7
296:8,9 299:10
306:24 307:6,12
310:22 311:7 312:8
312:22 314:4,10
321:16 322:9,23
323:10,13 331:7
337:16 338:2 341:3
341:24 342:16,17
342:18 343:18
345:11,13 346:4
347:13 350:14
352:9 354:3 355:8
359:19 360:3
365:12 370:3,13,20
370:24 372:25
377:22 378:4,14
384:3 385:23
386:13 387:11,16
387:18 388:12,21
389:11 394:20
395:6,7,9,10,15,21
396:9,16,25 397:11

399:17,18,21 400:8
400:9 401:23 402:5
405:21 406:6
409:24 411:21,23
419:10 420:14
422:12
**believed (7)**
106:10 120:24 143:13
237:25 259:8
351:10 352:25
**belonged (1)**
268:11
**belongings (10)**
323:19,21 324:16,20
325:6,15,20 326:6
326:20 330:2
**benchmark (1)**
214:16
**Berkeley (1)**
369:2
**best (49)**
58:18 59:17 94:7
136:23 156:6 171:9
201:17 202:15
205:15,19 207:6
208:8 212:6 215:10
223:17 227:14
228:13 235:8
255:23 272:10
274:20 280:4
281:14 292:21
299:10 318:22
322:3 344:23
347:17 348:9
354:15 355:4
357:12,13,18
358:19 359:15
360:6,14 364:11
365:11,18 368:5
370:5,25 371:19
403:12 405:6,19
**beta (1)**
212:16
**better (14)**
21:10 31:4 32:14 50:7
138:3 158:4 226:14
355:5,6 357:21
372:4 391:7,10
408:11
**big (14)**
87:10,16,24 88:6,9
106:2 125:17
169:16,19 267:18
267:20 303:17
347:8,9
**biggest (3)**

192:21 236:4 293:24
**bins (1)**
215:4
**biological (1)**
304:2
**biologically (1)**
303:25
**birth (6)**
14:22 103:7,14 106:9
316:8 323:21
**birthday (3)**
139:20 333:16 334:7
**bistro (1)**
183:24
**bit (2)**
209:10 291:17
**bitching (2)**
188:18 189:11
**black (4)**
96:12,19 98:21
116:12
**Blackview (2)**
332:12 333:3
**BLAIR (1)**
1:5
**blaming (1)**
359:14
**blank (2)**
381:11 382:2
**blast (1)**
152:2
**blew (1)**
401:12
**Bloch (111)**
4:7 6:6 7:15 12:5,6,24
13:2,6 16:2,6,7 22:7
22:10 34:18,22 35:3
35:21 37:24 39:16
43:8,11 47:14 48:10
48:15 55:12 56:23
69:15,22 70:5,7
79:5 81:19 83:18
86:24 91:21 103:21
115:9 124:3,5,15
126:19 134:15
135:14 150:23
156:13 163:10
166:19,25 167:2
169:23 172:17
177:19 180:18,22
180:24 182:15
185:8,17 188:12
199:15 203:7
208:20 211:6
215:24 220:21
225:9 228:23

233:11 236:23 237:9,11 239:20 240:5 242:6,9 263:3 265:24 272:19 277:19 282:13 286:14 291:4 295:20 304:13,21 304:23 305:13 348:10,21 373:15 374:5 377:16 380:2 383:7 385:6 392:9 393:19 406:7,17 407:8 408:16 410:18 413:18 416:9 418:20 420:12,24 421:6,9 421:14,25

**blocked (1)**
176:22

**blog (10)**
17:20 259:11,12,14 259:16,19,23 261:6 261:19 303:2

**Blood (1)**
183:24

**Bloomington (1)**
158:9

**blow (2)**
340:13 401:16

**blue (2)**
106:7,12

**board (5)**
115:25 150:8 190:21 190:24 424:8

**boils (1)**
367:22

**Bolshevik (1)**
188:20

**book (2)**
227:18 287:25

**booked (1)**
251:23

**booking (3)**
251:19,21 252:23

**bookmarked (1)**
223:25

**Borden (12)**
93:20 97:5,7,12 101:7 101:9 104:3 105:17 106:19 164:15 182:8 363:24

**Borden's (1)**
105:6

**born (1)**
293:9

**Borum (1)**

415:21

**bottle (1)**
182:14

**bottom (6)**
170:5 181:4 222:6 380:24 401:3 403:21

**bought (2)**
331:24 332:6

**Boulevard (1)**
4:17

**bowling (1)**
267:19

**box (13)**
103:11,13 105:2,8,21 125:10,23 126:11 127:10 172:25 316:4 329:4 386:21

**boys (1)**
273:23

**Brad (1)**
303:2

**brain (2)**
190:10 273:18

**break (12)**
13:23 14:2 91:6 160:6 185:9 227:16 237:7 239:20 304:14 348:11 406:8 414:13

**breakdown (2)**
172:4 371:2

**breakdowns (1)**
368:2

**breaking (1)**
414:6

**bricked (1)**
334:2

**brief (8)**
43:10 108:2 124:11 185:13 239:25 304:18 348:16 406:14

**briefs (1)**
135:23

**bring (1)**
35:2

**Bristow (6)**
27:14,16,19 28:3,7,15

**broad (2)**
50:22 271:13

**broke (2)**
124:17 136:24

**broken (2)**
85:24 257:3

**Brooke (39)**

16:12,14,18 138:15 139:6 303:23 304:4 304:8 318:21,24 319:9 320:5,17,21 320:24 322:6,7,25 323:12 327:15 329:16 335:16 337:15,21,25 338:25 339:18 340:18 341:2,6,15 341:22 342:8,12,20 343:11 344:7 347:21,21

**brought (5)**
225:15 327:6,8,15 391:7

**browser (1)**
231:25

**brutally (2)**
68:15,19

**BTW (2)**
101:15,17

**buggy (1)**
408:7

**building (1)**
323:15

**built (6)**
209:5 210:16,19,25 212:14,15

**bunch (3)**
19:8 390:16 416:6

**burden (1)**
145:24

**Burn (1)**
288:2

**Burt (2)**
107:22 108:21

**business (1)**
158:15

**bust (1)**
312:17

**busted (3)**
312:16,19 313:3

**busy (4)**
311:10,12 326:13 385:3

**button (1)**
90:17

**buy (3)**
332:2 344:23,24

**BV800 (1)**
333:3

**BV9500 (1)**
334:14

**BV9600 (1)**
335:9

|  | **C** |  |
| --- | --- | --- |

**C (4)**
11:5 424:2 425:2,2

**cabin (7)**
398:4,7,8,9,15,16 399:10

**call (19)**
8:16 221:2 230:21 276:14 315:3 319:16 320:21,24 330:15 339:8,10,13 347:18,21 384:6,14 384:20,23 402:10

**called (26)**
12:20 33:25 34:4 111:6 213:12 258:10 259:14 292:23 296:2 298:16 300:17 301:13 328:16 351:23 357:7 360:22,24 361:3,7 367:3 382:5 385:13 385:18 386:19 388:11 402:2

**calls (6)**
357:3 386:11 387:3 404:21 405:21,25

**calm (1)**
27:4

**Camaraderie (1)**
157:17

**camera (7)**
85:13,24,25 86:6,12 86:16 158:10

**Camp (1)**
157:17

**Campbell (6)**
5:14 12:12,13 28:24 421:10,12

**candidate (1)**
197:12

**Cantwell (16)**
1:11 4:15 70:25 71:12 71:17,23 74:11 135:22,24 136:5,12 297:7,10,15 417:10 418:9

**Cantwell's (1)**
296:24

**capacity (4)**
43:18 286:7 287:13 288:5

**capital (2)**
97:24 98:5

**caption (1)**

425:9

**captured (1)**
93:24

**car (6)**
97:19 253:14,17,19 253:23 286:25

**card (5)**
103:7,14 106:9 176:22 316:8

**care (2)**
265:2 266:10

**career (1)**
253:25

**carefully (1)**
261:15

**Carolina (3)**
98:20,24 99:8

**carrier (1)**
310:14

**carry (1)**
341:4

**cars (1)**
253:24

**case (153)**
18:14 20:5,11 22:12 22:16,20,23 23:3 24:15,21 25:7,8,11 25:13,17,25 27:20 28:4,8,11,15,22,25 31:25 32:5 33:13 36:14,18,25 40:24 42:18 44:19,21,25 50:10 60:2,6,12 61:8,11,20 62:2,8 62:24 63:7,22 64:2 64:8,11,24 65:4,12 65:21 66:9 67:2,15 67:22 68:22 69:9 70:9,23 71:2,5,10 71:13,14,17 72:4,10 72:21 73:21 74:19 76:9,13 92:24 107:8 109:22 110:19,23 111:3 114:8 118:25 119:15 131:5,9 132:13 146:24 154:5,10,18 158:2 159:10 161:11 163:4 164:4,7 167:19 168:22 169:6 179:8 184:19 186:9 224:22 232:19 259:9 260:13 280:20 284:19,24 291:18 292:20 297:22

309:20 311:9,16 317:8 319:17 324:7 326:6,20 330:13 335:17 338:14,17 340:3,13,19 344:14 348:5 349:6 353:21 356:8 362:24 363:5 364:12,22 366:3 372:10,16 379:10 391:2,6,18 392:3,11 394:19 395:16 416:13 424:16,18 425:17,20 426:3
**cases (1)**
182:9
**cast (1)**
296:6
**categories (1)**
51:4
**category (1)**
150:10
**caught (1)**
181:8
**cause (1)**
419:18
**cautioned (1)**
375:5
**CC (1)**
283:18
**CCR-B-1790 (1)**
2:23
**CCs (1)**
283:20
**cell (11)**
304:24 305:23 317:2 317:7 318:8 326:6 326:20 342:3,6,15 364:10
**CEO (5)**
144:7 145:2 148:10 148:18 149:9
**certain (4)**
131:10 232:9 253:10 260:12
**certainly (4)**
62:25 273:12,13 307:4
**certainty (4)**
140:15 157:24 189:13 309:23
**certificate (6)**
14:23 103:7,14 106:9 316:8 323:22
**certification (17)**
92:24 159:10 305:9 305:17 307:18

334:15,18 348:23 349:17 351:9,20 353:12 354:10,10 366:23 378:8,20
**Certified (4)**
3:10 424:10,24 425:25
**certify (2)**
425:7,15
**Cesar (17)**
75:15,22,24 76:2,2,4 76:4,6 190:23 194:16 195:25 242:10,12 243:10 243:21 253:12 415:21
**Cesar's (4)**
241:25 242:16,20,21
**cetera (4)**
87:11 209:10 367:8 370:11
**chairman (22)**
39:7 74:25 190:3 192:18 193:3,8 198:15 204:17 206:6 213:4 221:21 223:3 231:19 236:14 247:18 262:3 263:10 264:18 265:12 267:3 303:15 407:2
**challenge (1)**
376:18
**change (5)**
124:6 149:3 386:20 390:14,20
**changed (5)**
148:22 150:13 153:19 337:3 390:8
**changes (2)**
337:5,9
**changing (2)**
148:6 390:21
**channel (3)**
360:16 406:2,5
**chans (1)**
193:20
**chant (3)**
245:22 246:8,11
**chants (6)**
245:5,9,18,21 246:15 246:18
**charge (13)**
97:12 98:4 192:14,24 193:24,25 252:22 285:20 319:24

320:11,14 402:5 424:18
**charged (2)**
318:17,23
**Charlottesville (105)**
1:3 11:14 32:19,21,25 35:16 41:20 51:16 52:8,12,13,17,20,20 67:17 84:21 87:21 94:23 95:8 96:10 98:2,15 100:15 111:21 129:20 134:5,22 136:6 145:20 146:11 152:7,10 172:13 173:9,18 176:13 180:14 182:2,25 183:6,14,19,25 184:3,6,22 198:18 200:4,5,24 201:11 238:19 246:5 249:9 250:4 254:23,25 258:17 259:3,17 263:21 272:5 273:21 283:11 285:5,22 286:4,25 287:21,23 292:9 295:7,18 296:25 308:12,15,18,21 309:15,25 310:6 344:18 345:10,12 360:20 363:9 368:19,21,23 382:19,22 383:3 388:16,19 401:17 401:21 402:2,13,17 405:12,13,17 414:20,23 416:3
**chat (4)**
211:15,25 403:25 404:20
**chats (2)**
182:21 209:7
**cheap (1)**
344:23
**check (31)**
31:16 46:21 47:3 91:5 154:3,16 159:13,17 173:3 175:5 232:17 232:19 280:19,25 284:17,22 285:2,3,3 293:6 334:7 345:15 345:19 351:12 389:15,16,18 390:7 390:9 394:22 414:4
**checked (3)**

154:9 294:20 386:2
**checking (2)**
341:17 390:6
**Cheering (1)**
84:3
**CHELSEA (1)**
1:7
**chief (1)**
408:24
**child (1)**
331:5
**children (2)**
103:4 335:24
**choose (2)**
90:18 95:25
**Chris (6)**
70:25 136:2,4,12 296:24 297:7
**Christian (8)**
14:20 95:21 99:12 100:10 101:25 102:4 363:3 415:18
**Christopher (7)**
1:11 4:15 135:22,24 136:5 417:10 418:9
**church (2)**
98:20,22
**Cincinnati (2)**
4:18 12:11
**circulated (1)**
191:19
**circumstances (2)**
102:24 104:20
**Citizens (2)**
17:22 157:16
**City (1)**
416:2
**Ciumetti (1)**
178:8
**civil (4)**
1:9 71:15 116:13 316:22
**Civilization (1)**
17:20
**claim (4)**
118:19 140:21 147:7 352:21
**clean (2)**
13:11 327:23
**clear (24)**
44:20 60:5 78:11 79:17 100:11 102:3 122:6,10 128:4 184:23 207:9 241:19 254:22 257:7 271:15

272:11 280:7 313:11 321:8 341:16 343:15 372:7 402:21 422:9
**clerk (3)**
385:13,17,18
**click (2)**
223:25 400:19
**client (1)**
18:22
**clients (1)**
230:22
**clone (1)**
111:9
**close (4)**
149:18 288:2 289:12 289:19
**closet (1)**
15:19
**clothe (1)**
95:18
**Cloud (1)**
310:24
**clown (2)**
417:7 418:5
**club (1)**
203:22
**co-defendant (2)**
19:5 397:9
**co-defendants (1)**
420:15
**co-parenting (1)**
16:20
**coalition (6)**
275:24 276:3,12,15 279:21 280:10
**COAST (2)**
1:22,23
**code (13)**
200:21,23 201:4 205:3 210:14 308:15 343:6 344:6 344:9 413:14 414:7 414:13,16
**Codefendant (1)**
297:7
**coffee (1)**
304:12
**coin (1)**
209:10
**coincidence (1)**
250:10
**collected (1)**
27:5
**collection (2)**
88:12 419:4

**collections (1)**
47:2
**collectors (1)**
386:6
**college (7)**
17:19 103:7 107:2
271:20 306:18,20
346:22
**colloquial (1)**
413:8
**color (1)**
106:6
**Colucci (2)**
107:22 108:21
**come (15)**
8:17 28:20 59:24
68:13 141:21 142:7
221:2 246:23
252:20 254:6 287:2
391:10 404:8
405:22 419:17
**comes (3)**
206:9 235:7 413:2
**comfort (5)**
95:17,19,23 99:12
100:10
**coming (7)**
25:22 142:2 166:21
211:15 216:5
247:21 404:9
**Commander (3)**
74:23 196:6 283:4
**comment (11)**
101:20 165:22,24,25
180:22 183:11
204:11,15 205:4
295:22 418:25
**commenting (3)**
154:7,25 165:11
**comments (7)**
150:11 153:18 164:22
165:5 184:12
204:20 354:23
**Commission (1)**
426:25
**committed (1)**
184:5
**common (1)**
416:22
**Commonwealth (1)**
326:17
**commune (1)**
80:15
**communicate (25)**
40:20 45:8,10,17,25
70:8,22 71:12 72:12

74:18 75:17 80:16
80:21 110:18
114:16 119:6
132:12 196:14
223:14 344:13
349:14 355:25
364:15 365:2
403:13
**communicated (21)**
42:24 45:5,7,16 46:9
59:25 63:20,25 64:6
66:18,25 70:25 72:3
195:8 196:11
224:20,24 361:16
363:14,23 364:5
**communicating (3)**
73:20 76:12 195:12
**communication (11)**
64:17 114:16 144:12
161:3,6 250:22
355:24 368:2 371:2
402:12,17
**communications (22)**
45:14 51:2,4,25 52:24
53:12 54:19,20
64:20 102:7 183:10
195:14 367:3
368:15 369:10
371:6,7,9,23 372:10
372:11,16
**Communist (2)**
188:19 189:7
**community (1)**
94:7
**company (5)**
145:2 148:6,11,18
159:8
**compel (2)**
9:18 373:22
**complaint (8)**
6:12 36:14,17,20,25
37:19 38:4 50:15
**complete (1)**
348:23
**completed (3)**
210:9,21 212:7
**completely (1)**
52:10
**complies (1)**
31:17
**comply (4)**
21:3 340:11 341:4
353:14
**computer (36)**
80:16,20,21 114:2
122:25 123:4,19

124:18,22 141:19
142:4 207:3 217:23
224:9,13,16 241:8
316:24 344:17
345:12,25 346:3,4,6
346:9,20,25 347:11
352:16,18,20 353:6
353:7 364:17 413:3
413:14
**computers (4)**
55:2 345:9 364:21,25
**Comrade (1)**
173:2
**comrades (6)**
229:12 230:5 286:19
287:3 417:10 418:9
**con (1)**
317:5
**conceivable (1)**
306:16
**concepts (1)**
34:8
**concern (10)**
108:13 157:22 171:2
174:24 214:21
255:2 256:17
258:17 274:17
353:21
**concerned (42)**
37:13,15 51:9 61:8
107:7 108:3,9
109:21 110:22
145:13,16,20
151:22 155:19,22
157:14 158:2
162:19 163:4 165:5
166:2 168:21 169:6
183:5,18 185:24
186:9,10 192:12
198:11,18 199:4
201:9 213:16
258:19 272:7
274:10 280:12
298:25 309:24
310:6 311:9
**concerning (45)**
50:19,22 51:2,25
52:23,24 53:11 61:3
66:18 111:2 114:16
118:25 122:2
128:23 129:3,7
131:4,8 133:21
146:10 169:10,14
175:6 180:13
183:12 235:2 254:4
256:21 332:14

335:2 348:4 355:25
356:7 361:16 364:5
364:15 366:3,7
367:4 368:15,19
369:4,10 371:6
384:23
**concerns (4)**
231:3 273:7 292:19
363:10
**concluded (2)**
182:9 422:18
**concludes (1)**
422:13
**conclusion (1)**
393:9
**conditional (1)**
321:7
**conduct (7)**
25:2 200:21,24 201:4
205:3 224:25
308:15
**conference (10)**
52:14 68:14,19
383:25 384:6,14,20
384:23 387:5,9
**conferences (1)**
52:2
**confirmation (1)**
173:3
**confused (1)**
354:5
**confusion (1)**
382:9
**CONLON (1)**
4:8
**connect (1)**
42:15
**connection (2)**
18:3 161:10
**connections (1)**
420:6
**consent (11)**
9:24 185:19,23 187:5
378:3 380:22 381:8
382:11,15 421:18
422:4
**Conservative (2)**
17:21 157:16
**consider (1)**
390:21
**considered (3)**
183:25 186:20 323:8
**considering (5)**
161:12 167:25 232:21
269:9 275:7
**conspiracy (1)**

420:20
**conspire (1)**
420:18
**constantly (2)**
148:6 386:6
**constitution-abidin...**
420:7
**consult (1)**
337:24
**contact (23)**
10:11 28:12 30:12,14
30:15 31:11 137:2
143:4,6,17,23 234:2
243:10 319:9
320:17 321:9,13,21
343:9 401:17,21
409:3,6
**contact@tradwork...**
223:10
**contact@tradwork...**
222:9,25
**contacted (6)**
41:23 137:2 142:25
143:20 389:10
424:12
**contacts (4)**
407:24 408:10,20,22
**contain (2)**
349:25 354:13
**contained (2)**
123:19 351:13
**contains (4)**
9:23 310:21 352:3
422:4
**content (99)**
19:10 32:13 54:5
61:24 114:4,7,23
121:8,13,22 122:11
128:13 133:14,20
145:12,16,19 146:2
146:10 147:11
148:5,17,18,25
151:11,22 153:22
154:10,17,22
155:25 157:11
159:13 160:16
162:12,14,17
166:13 167:3,11,14
167:15,18,23
168:18,21,25 169:5
169:10,13 171:16
171:25 175:6,12,23
175:25 179:25
183:3,5,18 186:8
188:5 192:11
193:22 198:10

199:3,4,7 201:8
202:14 220:3
237:24 261:19
263:15 269:8,13
272:7 275:6 280:11
281:12 283:9 300:9
313:20 314:2,6,11
314:17,20,23
315:10,14 318:4
359:24 360:20
376:10 410:13
411:18,23 412:6
**contents (11)**
48:21 122:7,15,19
317:15,22 362:23
362:25 374:25
375:14 377:23
**context (1)**
422:10
**continuation (1)**
321:4
**continue (3)**
167:16 312:9 389:3
**Continued (1)**
312:8
**continuing (2)**
69:18,23
**contract (2)**
424:13,15
**control (3)**
115:25 220:4 281:13
**controlled (1)**
282:8
**conversation (34)**
27:2 59:9 89:4,6
218:17 220:9 227:6
234:9,18 243:23
269:17,22,24 292:4
292:11 324:10
326:5,19 327:2
328:14 336:7,10
337:5 338:3,7 339:6
339:22 359:19,21
359:25 375:23
376:2 393:3,15
**conversations (11)**
43:25 52:3 147:4
201:21,22 267:25
290:11,16 393:10
399:23 400:4
**convey (1)**
398:2
**convictable (1)**
291:22
**convicted (12)**
96:11,17,18,21,23

97:2,7,13,18,20
98:4 363:18
**convoy (1)**
237:19
**convoyed (1)**
238:14
**cool (3)**
27:5 203:22 304:15
**cooperating (1)**
148:8
**coordinate (1)**
194:12
**coordinating (3)**
251:11 252:22 254:3
**coordination (1)**
252:21
**coordinators (1)**
170:15
**copies (5)**
21:21,24 22:3 101:11
316:10
**copy (11)**
23:11,15 24:6 48:16
89:20 103:23
215:18 278:24
338:17 397:2,6
**copyright (1)**
89:10
**cordially (1)**
273:23
**correct (30)**
43:17 58:17 59:17
78:18 79:21 92:4
93:9 122:12 132:3
136:8 163:25 166:3
168:22 169:3 170:2
176:25 255:2
257:23 307:22
313:22 314:3
348:25 354:4
357:12 368:19
375:12 386:17,22
386:25 425:12
**corrected (1)**
6:17
**CORRECTIONS (1)**
426:6
**correctly (2)**
385:22 412:20
**correspondence (1)**
207:7
**corruption (1)**
95:3
**cost (7)**
88:25 89:8,9 216:7
375:8,19 376:3

**costs (1)**
216:5
**Council (3)**
17:21 157:15 424:9
**counsel (12)**
4:2 5:2 12:3 13:17
21:24 22:17 167:23
368:12 370:23
373:2 425:16,18
**count (1)**
23:2
**counter (2)**
17:17 97:19
**country (4)**
235:24,25 417:8
418:5
**COUNTY (2)**
424:6 425:5
**couple (5)**
148:16 159:22 256:2
256:4 302:22
**courier (1)**
15:13
**course (1)**
353:10
**court (47)**
1:2 3:10 11:12,24
12:15 13:9 40:6
47:18 120:15 125:8
125:21 126:9 127:4
127:25 144:15,18
185:2,18 323:15
330:18 377:10,25
378:2 382:19,22
383:3,25 384:20,22
385:25 386:9,12,14
386:15 387:25
388:6,23 389:23
390:5 392:15 420:3
424:8,10,12,15,24
425:25
**courthouse (3)**
3:8 11:18 401:19
**Courtnay (1)**
4:10
**cover (2)**
189:7 424:16
**covered (3)**
130:13 287:24 382:9
**CPD (1)**
403:13
**cracked (2)**
313:6 331:6
**crackers (1)**
87:10
**cracks (1)**

331:17
**create (10)**
76:20 77:6 112:20
113:9 127:22
131:25 132:18,20
180:7 299:3
**created (28)**
77:10 108:17 127:18
128:9 145:20 171:7
171:10 186:23
193:20,21,22 198:4
198:6 208:7 224:6
232:23 235:11,17
237:23 239:6
240:22 241:3
242:15 251:4
256:10 281:18
293:18 299:9
**creating (1)**
193:25
**creation (1)**
256:14
**credentials (28)**
109:17 113:15 121:4
123:20,22 124:23
125:5 141:8,16
153:13 155:4,8
156:6,8 159:3,7
160:8,19 161:17
163:23 165:4,19
207:15 263:25
264:4,7 350:15
409:9
**credit (1)**
176:22
**criminal (1)**
40:25
**crossed (1)**
347:23
**crowd (2)**
192:17 301:11
**cruddy (1)**
158:10
**crypto (1)**
229:8
**cultural (2)**
394:11 395:16
**culture (1)**
94:8
**Curbelo (1)**
415:19
**currency (1)**
229:8
**current (13)**
18:7 19:13 117:7,9
119:18 120:10

121:8 139:17
345:25 346:2 347:6
376:23 377:3
**currently (10)**
15:8 16:8,11 18:13
106:22 107:22
202:4 335:12
345:12 352:3
**Currents (1)**
17:18
**custody (1)**
220:4
**customary (1)**
424:18
**cut (1)**
242:8
**cutting (1)**
87:20
**Cville (13)**
172:23 173:9,12
181:8 182:2,6,20,24
200:3 201:4,8,9
291:15

_____

**D**
_____

**D (3)**
6:2 11:5 424:2
**daily (39)**
7:19 33:25 34:4,15
35:7,24 150:2,7,12
150:15 151:4,7,11
151:22 152:12,16
152:23 153:6,10,13
153:22,25 154:3,6,9
154:16,22 189:6
292:23 293:5,18
294:4 296:3,14
300:16 301:3
350:10 358:20
414:24
**damage (2)**
331:15,16
**damaged (5)**
318:5 331:5,13,23
332:5
**Damigo (2)**
1:14 4:15
**Dan (1)**
106:19
**dangerous (2)**
404:14 405:23
**Daniel (6)**
93:20 97:5,7,12
164:15 363:23
**dark (12)**
231:11,16,22 232:3,8

232:15,20 233:3,7
233:23 234:8,15
**dashboard (4)**
209:5 210:16,19
211:2
**data (7)**
143:3 202:2 219:7
260:6,9,12 305:21
**date (13)**
16:24 36:6 58:18
86:20 153:5 161:23
209:16 256:14
339:13 362:5,10,13
426:4
**dated (3)**
7:15 9:21 425:21
**dates (3)**
339:5 384:8,11
**Dave (1)**
12:13
**DAVID (2)**
1:16 5:14
**Davis (14)**
5:12 74:21,23,24
82:14,22 83:12
190:13,17 192:4
195:24 196:5,6,12
**day (30)**
13:4 33:21 35:24 37:4
75:20 96:6,21 99:14
116:7 117:24 118:8
119:17 149:18
241:23 268:18,20
268:24 289:18
292:7 318:22 389:9
390:7 399:24
400:10 409:15
420:16,21 423:4
425:21 426:23
**day-to-day (1)**
379:6
**days (6)**
172:25 302:22 316:9
316:21 390:7
413:25
**dead (1)**
125:13
**deal (3)**
232:13 412:14,21
**dealing (3)**
193:12 379:5 412:7
**dealt (1)**
412:17
**DeAndre (3)**
96:12,19 97:8
**death (4)**

300:12,15,17 409:17
**debt (4)**
46:24 47:2,2 386:6
**decade (1)**
113:4
**December (14)**
39:10 40:7,16 47:25
177:15 178:8,17,23
211:13 212:13
312:23 331:6,24
332:8
**decide (2)**
254:19 417:24
**decided (6)**
142:10 248:2 267:7
347:14,16 420:4
**decision (5)**
300:14 391:5,16,25
392:22
**declaration (4)**
9:17 374:10 375:4,6
**declare (1)**
375:11
**declares (1)**
375:6
**declined (1)**
68:16
**default (3)**
391:17 392:2,22
**defective (1)**
382:12
**defend (1)**
379:15
**defendant (19)**
5:4,11 6:22 12:8,12
24:16,18 25:8 33:13
33:19 34:14 37:14
107:19 137:2
142:25 143:20
161:2,7 419:21
**Defendant's (1)**
6:23
**defendants (14)**
1:25 4:14 6:19,21
9:19 53:12 55:20,22
111:24 294:7
299:15 340:6
377:10 385:19
**defending (2)**
417:6 418:3
**defense (5)**
18:22 20:17,25 340:6
340:8
**define (1)**
190:18
**defined (1)**

354:12
**defining (1)**
302:14
**definition (6)**
50:19,22 60:7 94:2,3
183:12
**degree (3)**
15:4 97:24 144:11
**delegated (1)**
265:4
**delegation (3)**
206:8 245:3 412:9
**delete (9)**
30:24 31:2 110:25
116:17,18 139:25
142:11 171:16
172:4
**deleted (61)**
110:21 116:15,18,19
116:21,25 117:3,6,8
118:2,3,9,19 119:18
120:3,10,16,21
121:9,14,16,21
122:16 125:15
127:21 129:16
130:6 136:25 137:6
137:9,25 138:11
140:8,11,16,19
142:17,20,23
144:16,19,22,25
145:9,11 146:3
161:22 162:6,10
166:8 171:8 184:14
184:24 292:20
299:25 300:3,4,9,22
316:14 349:15
**deleting (6)**
117:17 121:11 140:23
166:13 167:14
184:17
**deliberately (1)**
95:10
**delivery (1)**
15:13
**Demand (1)**
9:16
**demo (1)**
287:2
**demographic (1)**
94:21
**demonstrates (1)**
402:12
**denied (2)**
135:22,24
**Denver (3)**
197:24 225:20 226:6

**Dep (1)**
426:4
**defining (1)**
**Department (7)**
84:21 98:3 401:18,22
402:3,13,18
**Depended (2)**
267:13 268:20
**dependent (1)**
321:12
**depends (2)**
190:18 269:2
**deplatforming (1)**
232:13
**Deponent (2)**
426:5,21
**deposed (1)**
26:3
**deposition (88)**
1:14 2:3 3:5 6:9 7:4
8:4 9:4 10:4 11:9,16
26:9,12 27:12 31:22
32:8,11 34:20 37:22
39:14 47:12 48:8
55:10 56:21 79:3
81:17 83:16 86:22
91:19 103:19 115:7
124:8,13 126:17
134:13 135:12
150:21 156:11
163:8 169:21
172:15 177:17
180:16 182:10
185:15 188:10
199:13 203:5
208:18 211:4
215:22 220:19
225:7 228:21
230:24 231:2 233:9
236:21 239:23
240:3 262:25
265:22 272:17
277:17 282:11
286:12 291:2
305:11 348:14,19
373:13 374:3
377:14 379:23
383:5 385:4 392:7
393:17 407:6
408:14 410:16
413:16 422:14,17
424:4,13,13,17
425:8
**depositions (1)**
21:3
**Derek (10)**
74:21,23 82:14,22

190:13,16 192:4
195:24 196:5,12
**describe (6)**
102:24 105:24 276:4
276:9 335:21
413:11
**described (3)**
50:14 403:9 412:23
**describes (1)**
237:20
**Description (5)**
6:10 7:4 8:4 9:4 10:4
**descriptions (1)**
279:3
**designated (1)**
194:8
**designed (1)**
91:16
**despair (1)**
100:6
**despite (2)**
137:14 139:17
**destroyed (5)**
85:13 86:17 104:21
125:11 330:13
**destruction (1)**
419:5
**detail (9)**
243:10,24 244:2,5,9
244:13,15,19
333:24
**details (5)**
28:11 72:6 287:14,19
360:3
**determine (1)**
175:23
**developed (2)**
401:6,14
**developing (1)**
205:22
**development (1)**
35:13
**device (13)**
55:6 90:2 92:15 99:16
305:20,21 348:3
349:13 372:21,24
375:9,20 378:15
**devices (27)**
9:20 259:7 316:15
324:7 327:21
328:18 330:13,16
348:24 349:9,25
364:14 372:8,25
373:11,22 375:11
376:4,9,13,14,20,21
377:11 378:9,13,21

**devoted (3)**
134:4 199:11 200:9
**diagnosed (1)**
273:15
**dictate (2)**
191:14 240:19
**die (1)**
236:7
**difference (1)**
303:17
**different (26)**
10:14 18:18 19:8
66:10 125:12 126:4
126:13,14 128:5
150:10 153:17,19
158:7 197:14
203:16,19,25 238:5
257:14 276:18
278:2 279:9 301:5
363:4 368:8 404:15
**difficult (1)**
364:8
**dig (1)**
259:4
**digging (1)**
58:2
**digital (1)**
55:4
**digits (1)**
248:7
**Dillon (1)**
72:20
**dinner (1)**
52:15
**Dinnertime (1)**
399:12
**DiNucci (16)**
5:5,7 16:4,5 28:21
69:10,11,16,17 70:2
70:6 166:23 242:7,7
421:9,13
**direct (2)**
114:10 394:6
**direction (1)**
425:11
**directly (5)**
137:2 143:17 148:12
281:10 391:13
**director (1)**
115:18
**directors (1)**
116:2
**disabled (3)**
291:16 292:20 349:15
**disabling (2)**
292:5,12

**disagree (2)**
52:9 420:17
**disclose (14)**
179:10 349:13 350:7
350:10,12,16,19,22
351:2,15 352:2
353:16 360:8 368:9
**disclosed (3)**
179:6 364:21,25
**disclosure (1)**
424:9
**Discord (123)**
7:6,7,8,9,10,12,24 8:6
8:10,11,13,14,15,21
8:22 9:10,24 10:15
32:10,12,13,14 62:4
62:6,7,12,15 76:16
76:18,21 77:6,10,12
77:18 78:3,8,14,17
78:25 79:9,11,15,25
80:4,10,13,16,22
81:2,5,7,8,11,23
82:9,15,18,19,23
83:22 84:9 87:6,13
91:23 93:4 101:14
103:24 104:3
125:14 134:6 170:2
170:14 178:4
182:20,22 183:11
184:20 188:14,15
193:21 196:6
199:18,22 208:22
209:7 210:10 211:8
216:2 228:25
229:10,16 233:13
234:22 257:8
286:16,18 287:6
360:16 378:3,5
380:22 381:7,9,16
381:22 382:12,16
403:25 404:19,21
404:24 405:4,5,6,7
405:12 406:2,5
410:20,21,24
413:20 422:4
**discount (1)**
424:19
**discovery (29)**
21:3 25:16,25 49:18
66:14 120:24
219:17,22,23
220:10 230:21
231:3 260:19
297:12,21 333:12
339:25 340:11
341:5 384:7,23

385:16 387:6 389:4
391:6,14,17 392:3
420:9
**discuss (29)**
20:24 21:5 34:7 44:13
48:21 67:19,22 72:6
72:20 119:13
180:13 184:19,19
247:6 263:9 268:7
269:19 285:22
286:3 287:21 290:4
294:22 297:10,15
302:19 356:17
362:25 364:22
402:22
**discussed (18)**
19:10 27:3,6 72:9
179:17 189:21
244:21 245:8 250:6
263:15 292:22
296:5,25 321:15
362:7 363:13 376:3
384:2
**discusses (3)**
164:3,7 203:16
**discussing (16)**
18:22 33:11 54:9 66:6
66:8 156:3 186:25
187:2 217:2 244:25
248:9 287:23
297:16 362:24
363:4 364:9
**discussion (2)**
246:25 421:24
**discussions (3)**
50:8 268:4,6
**dismiss (2)**
10:8 402:22
**disposed (3)**
325:3 333:21 378:17
**disrespect (1)**
271:14
**disseminated (1)**
256:10
**Dissent (2)**
302:23 303:4
**distance (1)**
267:18
**distant (1)**
48:16
**distinctions (1)**
279:24
**distribute (1)**
91:8
**distributed (1)**
396:4

**distribution (2)**
89:24 91:18
**District (4)**
1:2,2 11:12,13
**Division (2)**
1:3 11:14
**divorce (7)**
321:7,10,12,24 322:2
329:17 379:4
**divorced (2)**
16:20,22
**Doc (2)**
251:5 255:25
**docket (4)**
9:25 385:13 421:16
422:6
**docs (19)**
90:3,20,22 207:2,13
215:6 240:21,23
241:6,9 254:9,16
255:8,15,25 258:4
353:2,4 394:24
**doctor's (1)**
335:10
**Doctors (1)**
243:14
**document (121)**
22:9 40:3 48:12,22
49:8,10,15 50:2
51:8 52:22 54:8,9
56:2,18 57:2,6,8,13
58:25 90:14,23
119:15 205:24
227:13 235:16,21
236:18 237:20,25
238:3 239:6 240:10
240:13 241:21,24
243:4,8 244:21,25
245:8,15 247:20
248:8,12,14,21
249:10 250:5,21
251:7 252:2,5,9
254:2,15 255:5
256:6,10,20,21
278:5,7,8,24 279:12
279:18 280:8
287:13,19 288:6
289:4 297:25
323:11 336:25
337:14 349:4
351:10,23 362:3
363:9 365:23 366:2
366:10,16 367:2
368:10,18 369:22
370:7,15 373:17,25
374:8,10,20,22

375:2,15 376:8
377:5,19,23 379:9
380:5,8,9 383:23
391:2 393:25
394:16,19 395:8,11
395:14,24 397:3
398:24 399:5,25
402:11,25
**documentation (1)**
246:18
**documents (128)**
6:18,24 9:15 20:2,4
20:10 31:21,24 32:4
46:4,6 48:24 49:20
50:9 51:2,3,8,25
52:23 53:5,8,11,15
54:18,20 55:25
56:19 58:17 60:7,11
60:14,23 61:7
105:15 106:10
120:3,10,16,22
145:19 146:10,20
146:23 147:3 154:4
226:21,23 228:6
232:18,20 235:11
251:4 254:12,13
255:10 256:4,24
257:4,23 258:5,6,22
258:24 259:8
260:13,18,25 277:8
277:12 284:18,24
285:14 305:20
317:8 323:23,24
324:7 327:21
344:17,21 345:9,13
346:2,4 347:5 348:4
349:5,10 350:2
352:4,22,24 353:9
353:20 354:2,3,14
355:3,10 360:10
366:3,6,11,15,20,24
367:3,18 368:8,14
368:18,20 369:4,10
371:5,7,8,22 372:15
378:16 395:6,12,13
395:19,20 396:7,14
396:22
**DOE (1)**
1:7
**doing (15)**
15:12 29:7,22 59:19
85:9 119:23 156:18
222:19 244:19
266:24,25 267:2
269:4 318:2 367:22
**domain (3)**

91:13 110:11 217:9
**domestic (4)**
139:5 318:18,24
320:4
**Donald (2)**
24:20 236:12
**donate (1)**
204:9
**door (4)**
15:20,20 64:16
191:16
**Dotson (3)**
6:16 9:21 47:18
**doubt (1)**
374:24
**doubtful (1)**
312:3
**doubting (1)**
388:3
**downloaded (3)**
224:15,17 353:5
**downtown (1)**
323:15
**dozen (7)**
250:2 252:13,18
256:2,4 278:21
395:6
**dozens (2)**
251:16 253:24
**Dr (2)**
189:6 279:7
**draft (2)**
396:20,22
**drafting (1)**
241:16
**drafts (2)**
256:19 396:5
**drawn (1)**
393:14
**drive (5)**
5:5 6:11 253:9 255:25
403:2
**driven (1)**
419:14
**driver (1)**
15:13
**driving (2)**
97:18 252:7
**drugs (1)**
14:7
**Duane (2)**
5:12 12:13
**due (5)**
202:11 209:6 214:13
216:5 319:4
**dues (3)**

209:9,17 229:7
**duly (2)**
12:20 375:5
**dumpster (1)**
102:21
**duo (1)**
303:18
**duty (3)**
95:21 101:25 102:4
**Dylann (5)**
93:14 98:18,25 99:7
279:6
**dynamic (1)**
303:18

_____
              E

**E (8)**
4:16 6:2,14 11:5,5
424:2 425:2,2
**e-mail (204)**
6:15 7:14 8:20,23
9:21,22 22:2 23:9
24:6,10,12,12,13
32:5 41:14 45:11,18
46:2,4,13 47:17,24
57:19,21 60:17
64:13,23 65:2,14,25
67:10 69:2 70:14,20
71:7,10 72:15 73:4
73:16 75:13 77:13
77:18,22 78:2,7,13
78:16 81:13 87:11
89:13,16,17,21
90:23 106:20,22
107:7,10,12,16
108:9,13,22 109:4,8
109:11,12,18 110:9
110:16,16,18
126:21 127:3,6,7
128:12 130:11,21
132:21 133:2
136:25 143:19
147:18 148:9,15
149:2,12,19,24
166:17 205:25
206:3,7,19,23 217:2
217:5,8,13,19
218:12,13,22,25
219:6,10 222:6,11
222:16 223:5,14,18
224:5,21,25 225:5
225:11,24 226:4,12
227:5 237:2,24
239:17,18 241:25
242:4,14,16,20,21
242:22,25 247:22

256:7 257:22
274:23 281:16,23
282:5,6,9,23 283:18
283:24,25 284:5,13
284:15,23 285:6,10
285:15 338:17
351:16 352:5,10
356:2 357:24 358:3
358:15 359:10
365:4 380:9,11
381:11,12,25 382:4
382:5,8,19,21,23
383:2,13,14 384:2,4
384:19 385:18
386:22 390:3,6,7,9
390:15,20 394:10
394:15,23 396:2,8
396:15,19,23 397:4
397:7,16 412:14
414:5 421:18 422:2
**e-mailed (13)**
21:16,19,24 28:3
70:16 76:8 83:10
90:11 227:7 330:23
337:14 338:13
385:14
**e-mailing (5)**
45:13 83:11 90:19
338:16 384:22
**e-mails (38)**
53:23 61:13 91:9,10
107:6,25 108:3,8,12
109:15 110:8,21
111:2 191:18
206:22,24 207:7,11
222:19,20 223:19
224:12,15 227:21
251:2 256:17,25
289:7 341:10 386:9
386:11 387:20,25
388:6 389:23 390:5
392:6 396:11
**earlier (11)**
30:16 117:20 179:15
183:13 298:2
339:24 351:4 362:8
394:17 399:23
406:18
**early (3)**
19:24 85:21 333:16
**EAST (2)**
1:22,23
**easy (1)**
191:16
**economic (3)**
94:21 376:16 419:16

**edition (2)**
215:15,17
**edits (1)**
336:24
**education (1)**
15:5
**educational (2)**
15:3,14
**Edwards (5)**
328:2,7,10,17,24
**Edwardses (2)**
347:13,16
**effect (1)**
186:12
**effective (1)**
170:16
**effects (4)**
103:12 104:17,25
106:8
**effort (2)**
121:12 148:13
**efforts (10)**
121:7 122:18 147:24
161:11 175:5 260:5
269:19 280:20
297:20 372:14
**eight (6)**
50:24 51:4 211:18
298:22 299:5
355:17
**either (8)**
67:13 83:8 95:3 101:5
292:19 334:6
385:17 405:11
**electronic (22)**
9:20 259:7 316:15
328:18 330:13,16
348:3,24 349:25
364:14 372:8,20,24
373:11 374:12,16
374:19 375:11
376:9,13,19 377:11
**electronics (1)**
330:9
**Eli (7)**
1:14 29:3,10 74:15
385:14 400:21
401:7
**Elizabeth (2)**
1:4 11:10
**ELLIOT (1)**
1:14
**Elliott (3)**
29:12 385:14 415:18
**embarrassing (1)**
151:6

**EMPIRE (1)**
1:24
**employ (1)**
425:17
**employed (1)**
15:8
**encourage (1)**
229:4
**endeavors (1)**
393:12
**ended (4)**
158:11 173:4 299:5
319:6
**endorse (1)**
99:10
**ends (1)**
315:22
**energy (1)**
117:22
**English (1)**
301:17
**enjoyed (1)**
170:8
**ENOCH (1)**
1:21
**Enoch's (1)**
66:10
**ensure (1)**
194:8
**enter (1)**
324:8
**entered (1)**
141:17
**entire (3)**
97:25 122:7 419:23
**entirely (2)**
140:18 273:11
**entities (2)**
52:25 369:5
**entry (4)**
333:21 334:21 385:11
385:13
**envelopes (5)**
92:7,9 93:8,9 94:11
**episode (8)**
34:10 164:9 165:25
166:12 296:11
299:3 411:5,16
**episodes (5)**
294:2 297:5,18
298:20 299:18
**equals (1)**
278:23
**ERRATA (1)**
426:2
**erroneously (1)**

422:7
**error (1)**
381:20
**ESI (3)**
375:8,10,19
**especially (1)**
125:13
**ESQ (5)**
4:7,8,19 5:7,14
**essentially (17)**
21:2 27:3 100:6,20
148:20 191:14
195:5 204:9 235:4
300:7 367:21 404:7
412:4,25 413:13
414:16 419:5
**Estalia (3)**
170:6,6,19
**estimate (4)**
255:23 271:10 294:6
355:6
**estimation (1)**
254:25
**et (8)**
11:10,11 87:11
209:10 367:7
370:11 426:3,3
**ethnically/religiousl...**
419:15
**ethnicity (1)**
53:6
**Europa (1)**
4:15
**Europeans (1)**
94:22
**evaluated (2)**
146:12 353:23
**evening (2)**
399:11,16
**event (64)**
8:17 27:9 32:17,19,21
32:25 33:2,11 41:12
43:22 44:2,4,7,10
44:10 51:10,15 52:8
62:9 67:17 68:11
73:8 84:2,19 85:13
85:17,19 86:2,21
96:13 152:24
162:19 164:19
187:3 221:3,4
222:24 237:15
244:6 245:6 248:24
249:2,11,16,21
252:18 286:8,25
287:20 307:22
323:5 394:11

396:12 397:22
399:2,6,15,24
400:10 401:7,15
403:10,18 405:4
**events (92)**
31:25 50:13 51:2,12
52:2,3,4,10 60:2,6
60:12,23 61:7,8,11
61:20 62:2,7,24
63:6,21 64:2,7,11
64:23 65:3,11,20
66:9,18,19,25 67:15
67:22 69:9 70:9,23
71:4,13 72:4,9,21
73:2,21 75:17 76:9
76:13 105:14 107:7
109:21 110:19,22
111:2 114:8,17
131:4,8 132:13
158:2 163:4 164:3
168:22 169:6 186:9
186:10 224:21
248:17 259:16
287:2 309:19 311:9
311:16 344:14
348:4 349:6,14
353:21 355:25
361:4,16,17 364:6
364:10,15,22 365:2
366:3,7 367:4
368:15,16,16
**everybody (2)**
177:22 299:2
**Everybody's (1)**
291:21
**everyday (1)**
295:2
**evidence (4)**
98:5,16 356:8 425:13
**EVROPA (1)**
1:15
**ex-spouses (1)**
303:22
**ex-wife (11)**
92:20 102:23,25
113:17,19 127:11
127:12 318:16
327:7 330:6 335:16
**ex-wife's (1)**
328:15
**exact (16)**
16:24 89:4 237:13,21
238:6,24 239:7
241:2,23 243:5
251:17,18 319:20
339:5 393:3,15

**exactly (14)**
32:20 33:20 143:25
146:5 153:4 165:10
167:13 221:9 280:5
322:11,16 323:4
327:20 343:4
**Examination (2)**
6:5 12:23
**examinations (1)**
375:10
**examined (1)**
12:21
**example (1)**
54:23
**exception (1)**
370:8
**exchange (1)**
23:21
**exciting (1)**
308:2
**exclusively (1)**
64:9
**Executed (1)**
375:13
**executive (1)**
408:24
**exemption (1)**
321:6
**exercise (1)**
95:6
**exhibit (208)**
6:10,11,12,13,15,17
6:20,22 7:4,6,7,8,9
7:10,12,13,14,17,18
7:19,20,22,24,25
8:4,6,7,8,10,11,12
8:13,14,15,16,19,21
8:22,23,24 9:4,6,7,8
9:9,10,11,13,13,16
9:17,18,21,22,25
10:4,6,7,9,11,13,15
34:20,23 37:22 38:2
39:14 40:2 47:12,15
48:8,11 55:10,14
56:21,25 66:12 79:3
79:6 81:17,20 83:16
83:19 86:22,25
91:19,22,23 99:22
103:19,22 114:10
114:11 115:7,10
126:17,20 132:8
134:13,16 135:12
135:15 150:21,24
151:13,17 156:11
156:14 163:8,11
165:22 169:21,24

172:15,18 175:21
177:17,20 180:16
180:19 182:10,16
188:10,13 199:13
199:16 203:5,8,10
208:18,21 211:4,7
215:22,25 220:19
220:22 225:7,10
227:2 228:21,24
233:9,12 235:13
236:21,24 240:7
254:6 256:20
262:25 263:4
265:22 272:17,20
272:21 274:4
277:17,20 282:11
282:14 286:12,15
291:2,5 295:11
305:11,14 332:22
332:24 333:20
334:21 349:18
355:15 362:12
365:24 373:13,16
374:3,7 377:14,18
379:23 380:3 383:5
383:9 385:4,8 392:7
392:11 393:17,21
407:6,10 408:14,17
410:16,19 413:16
413:19 415:3
418:21 421:17,19
422:5,7,8,10
**exhibits (6)**
6:8 7:2 8:2 9:2 10:2
421:16
**exist (8)**
168:12 224:18 274:19
276:6 288:3 294:15
315:17 402:20
**existed (16)**
108:11 121:17,18
167:21 175:15
178:24 209:23
210:7 270:5 272:9
281:12 284:20,25
350:11,18,21
**existence (5)**
177:13,15 178:22
364:21,25
**existing (1)**
317:17
**exists (2)**
160:24 397:10
**expanded (1)**
167:16
**expanding (1)**

149:7
**expect (1)**
172:3
**expedition (1)**
183:21
**expense (3)**
99:8 376:17,20
**expensive (1)**
376:13
**expertise (2)**
208:12 412:21
**Expires (1)**
426:25
**explain (4)**
117:15,25 336:2
408:5
**explained (4)**
229:14 305:22 335:23
377:23
**explanation (1)**
154:14
**explicitly (2)**
199:11 200:9
**explored (1)**
370:24
**exposed (1)**
420:16
**extended (4)**
86:5 103:3 144:11
208:11
**extensive (1)**
360:4
**extent (3)**
18:24 397:14 403:9
**extraordinarily (1)**
50:21

—————————————
F
—————————————

**F (1)**
425:2
**Fabric (9)**
238:4,9 239:4,5,13,16
246:2 248:10 403:2
**face (1)**
44:12
**Facebook (35)**
9:12 111:9 123:10,24
124:23 125:10,15
125:22,25 126:11
126:15 127:14,19
127:21 128:3,8,14
128:16,20,23 129:8
129:11,24 130:6,11
130:15,20,23
290:21,23 291:9
292:8,11 367:7

370:11
**Facebooks (1)**
126:15
**facilitate (1)**
339:25
**fact (30)**
88:2 97:2,3,20 98:21
115:6,24 120:21
137:14 139:17
145:9 208:10
320:15 358:3,9
362:3 367:15
371:21 376:9,14
378:13 381:16
388:21,22 403:23
406:24 407:24
414:22 417:9 418:8
**factors (2)**
365:20 392:5
**factory (2)**
333:7 334:4
**failures (1)**
368:3
**fair (29)**
36:24 39:9 94:10,16
98:9,14 100:18
101:19 140:18
153:2 192:20 195:8
247:23 257:25
258:6 270:2 273:10
278:18 289:12
293:10 303:12
307:7,10 312:23
326:25 332:5 348:2
365:8 369:8
**faith (1)**
148:13
**fall (4)**
168:2 186:22 193:10
206:10
**falling (1)**
186:20
**falls (2)**
165:24 226:19
**falsely (4)**
96:14,17 97:10,11
**familiar (9)**
76:16 111:5 131:15
150:2 172:6 187:19
187:21 197:24
302:23
**familiarity (2)**
410:9 411:18
**family (2)**
299:2 415:24
**family-run (1)**

287:16
**famous (1)**
286:22
**fans (1)**
293:24
**far (10)**
114:3 289:20 294:18
294:19 302:16
313:25 354:19,20
420:8,19
**fashion (1)**
63:22
**father-in-law (1)**
304:5
**fault (1)**
368:4
**faulty (2)**
302:9,12
**FBI (1)**
84:22
**February (18)**
7:13 17:2 104:2
115:15 116:22
163:18 229:3,11,15
289:16,20 291:12
387:6,10,15 410:25
411:9,12
**Federal (1)**
95:13
**Federation (1)**
171:9
**Feed (1)**
95:18
**feel (7)**
131:13 149:5 278:20
279:16 280:5 365:3
371:24
**feet (1)**
292:8
**fell (2)**
187:16 350:14
**fellow (3)**
96:9 143:22 172:3
**fellowship (1)**
288:11
**felt (1)**
100:9
**fence (1)**
338:5
**fewer (8)**
255:20,21 270:20,21
270:22,24 271:2,4
**field (2)**
341:5 367:23
**Fields (29)**
1:12 5:11 12:13 72:2

72:12,18 74:8 93:16
97:17,18,23 98:7,12
99:15 100:5,13,24
102:8,11 164:15
182:8 361:23,24
362:4,9,14,18 363:7
364:10
**fifth (4)**
4:5 237:12 394:7
403:20
**Fifty (1)**
289:22
**figure (6)**
217:16 219:5,10
247:4 402:10 403:5
**figured (1)**
168:2
**FILE (2)**
1:9 2:25
**filed (9)**
20:10 21:23 33:17,22
35:24 338:3 339:18
373:10,22
**files (6)**
163:22 299:24,25
300:3 345:20,22
**filing (3)**
20:19 40:5 116:11
**filings (13)**
18:18 19:2,4 20:15,16
21:25 22:3 32:5
115:20,22 116:3,6
187:17
**fill (6)**
182:13 336:5 378:8
378:20 382:4,5
**filled (11)**
92:24 159:10 175:20
305:9 335:16,22
340:19 349:20
358:13 366:9 369:9
**filling (2)**
349:4 382:24
**fills (1)**
390:17
**film (1)**
86:5
**filmed (1)**
158:8
**filter (2)**
173:3 222:14
**filtered (1)**
390:23
**filthy (1)**
416:20
**financial (1)**

424:19
**financially (1)**
425:19
**find (6)**
23:19 208:24 254:8
254:10 394:23
397:11
**fine (1)**
160:7
**finish (3)**
13:12 20:9 237:9
**finished (4)**
205:16,20,23 211:3
**Fink (3)**
4:4 12:7 424:12
**fire (2)**
47:10 129:19
**fired (3)**
47:5,20 48:4
**firm (1)**
419:17
**first (36)**
6:17,20,23 12:20 13:9
22:2 26:4 32:16,18
32:19,21,24 51:23
55:19 57:24 67:17
95:4,6 97:24 114:14
114:14 129:15
178:7 186:6 215:15
215:16,16 258:23
266:5 299:3 328:21
330:21 333:21
355:23 364:24
399:13
**first-name (2)**
42:21 43:13
**fishing (1)**
183:20
**fit (1)**
351:5
**five (11)**
16:23 26:24 54:15
92:6 93:9 94:11
95:14 99:3,13
106:17 355:16
**five-minute (2)**
185:9 348:11
**fix (1)**
187:18
**fixed (1)**
331:21
**flags (2)**
394:13 395:17
**flash (2)**
176:23 287:2
**focused (2)**

52:23 325:7
**focusing (1)**
372:14
**folks (4)**
98:19 101:20 164:18
291:17
**follow (2)**
221:25 375:6
**followers (2)**
134:8,25
**following (3)**
354:11 384:8 424:9
**follows (1)**
12:21
**foolhardy (1)**
405:23
**Foot (4)**
169:17,19 415:10,11
**footage (1)**
88:12
**forbid (1)**
47:21
**foregoing (2)**
375:12 425:7
**forensically (2)**
122:15 317:23
**forever (1)**
125:13
**forgot (2)**
273:8 284:20
**forgotten (9)**
154:24 167:20 175:14
350:8,18,21 356:17
357:16 365:21
**form (9)**
60:22 146:5 187:5
240:15 348:23
378:3,5 381:8
382:15
**formal (2)**
16:18 26:5
**format (5)**
21:5 30:7 31:3 64:8
401:24
**formats (2)**
153:19 158:8
**former (2)**
168:8 197:12
**formerly (1)**
19:19
**formidable (1)**
376:18
**forms (1)**
185:19
**forth (1)**
337:15

**forum (23)**
161:21 162:6,11
163:19,20 166:9
168:8 189:10
205:11,14,18,22
208:7 209:6,16
210:16,20 211:2
212:11,20 213:8
233:20 354:24
**forums (9)**
208:2,6 209:20 210:3
210:6,12 211:15,25
212:10
**forward (9)**
25:23 154:20 225:21
298:14 308:2,11
355:12 420:13,22
**forwarded (2)**
225:24 226:4
**fought (1)**
94:12
**found (5)**
216:5,9 256:17
326:22 328:17
**founded (3)**
189:24 190:5 270:7
**four (6)**
107:11 109:5 165:9
307:2 348:18
355:16
**four-digit (1)**
78:21
**fourth (1)**
83:24
**Francis (1)**
415:19
**Franklin (1)**
5:12
**FRATERNAL (1)**
1:20
**fraternity (1)**
288:12
**free (2)**
17:23 241:6
**Freedom (1)**
415:12
**frequently (2)**
390:2,9
**fresher (1)**
67:5
**Friday (8)**
1:15 2:5 11:2 237:15
238:7 239:13 295:4
398:15
**friend (3)**
27:15 289:13 290:22

**friendly (2)**
209:17 415:25
**friends (11)**
22:18,18 111:15,17
111:20,23 195:3
249:15 289:15
290:19 292:8
**front (42)**
1:19 9:8 33:14 59:20
108:5,9,10 275:9,12
275:13,16,19,22
276:5,10,12,15,23
276:25 278:4,11,13
278:19 279:2
281:16,23 282:6,8
282:23 283:24
284:6,23 285:6,10
285:15,23 286:3,7
286:20 301:14
375:16 393:23
**Front's (1)**
284:14
**frustrating (2)**
117:24 210:24
**fucking (6)**
414:20,24 415:23
416:13,15,16
**fulfill (6)**
95:21 297:11 298:15
367:25 379:17
391:14
**full (7)**
14:13 23:21 313:10
321:13 397:19
401:2 403:20
**fullness (1)**
370:25
**fully (5)**
146:12 202:2 350:4
353:14 359:14
**function (1)**
177:7
**functioning (1)**
377:8
**fund (2)**
149:7 172:9
**fund-raising (1)**
176:21
**fundamentally (1)**
420:2
**funded (2)**
176:19 192:17
**funding (1)**
214:13
**funds (2)**
174:15,16

**funny (2)**
208:24 209:3
**further (3)**
47:21 420:24 425:15
**future (3)**
94:8,21 286:25

_____
            **G**
_____
**G (2)**
11:5 54:17
**Gab (81)**
7:17,18,25 117:19
123:13 125:5,5
131:16,18,23,25
132:5,12,20 133:5,8
133:10,14,21,24
134:2,6,8,11,18
135:6,17,21 136:19
136:24,25 137:3,5,9
137:12,15,16,24
139:25 140:8,11,16
140:19,23 141:8,15
142:11,16,17 143:7
143:18 144:7,16,19
144:22,25 145:9,11
146:2 147:12,18,21
147:24,25 148:4,4,9
148:15,25 149:2,9
149:12,20 172:19
172:23 173:5
261:23 262:7,19
264:5 265:10
**Gabin (1)**
132:18
**gall (2)**
417:4,25
**gaming (2)**
123:24 178:2
**garbage (2)**
346:23 408:7
**general (6)**
26:20,21 192:10
222:14 235:24
291:14
**generally (5)**
189:11 191:6 309:8
309:11 411:23
**generate (4)**
344:17,21 345:9
348:4
**generated (7)**
60:11,14,22 61:6
285:15 349:5 356:8
**genocide (2)**
394:12 395:16
**gentleman (1)**

96:16
**George (1)**
415:19
**Georgia (2)**
424:9,10
**German (1)**
228:3
**Germany (1)**
158:11
**get-go (1)**
372:3
**getting (14)**
45:20 96:4 100:8
151:19 170:14
210:22 232:10
287:22 291:21
311:12 326:17
330:22 389:3
390:22
**ghostofthevolk (1)**
410:24
**ghostofthevulk (1)**
411:6
**giant (2)**
417:15 418:17
**gist (1)**
55:18
**give (20)**
84:24 112:9,12,14,25
148:21 171:20
185:19,23 186:8
216:6 240:15
258:13 288:14
294:5 329:25
333:24 339:17
349:9 386:19
**given (17)**
18:12 24:6 57:10
63:14,17 98:14
115:25 155:23
219:13 245:5,5
246:15 297:6 334:5
358:6 424:19
425:13
**giving (5)**
18:13 255:12 337:10
360:2 363:7
**glad (2)**
170:9,13
**glossed (1)**
356:17
**gmail (10)**
23:13,16 90:3,8 109:3
110:15 123:24
130:17 149:19
207:13

**go (66)**
13:7 16:24 27:5 63:24
66:12 70:6 74:23,25
76:2,4 84:25 95:10
142:18 143:20
164:24 166:20
191:13 221:11,19
221:23 223:24
232:6 238:9,14,17
247:3 248:9,12,22
249:11,20 252:2,5
252:18 255:13
256:9 258:25
267:19 288:7,15
293:2 295:9 298:14
304:13 319:21
324:3,23 326:17
328:12 329:3 339:8
345:6 355:13 365:4
366:18 385:12
394:20 398:5,6,16
399:15 400:25
401:2 403:3 414:14
421:20
**goal (1)**
214:12
**goes (2)**
181:16 183:21
**going (80)**
20:19 21:2 22:7 25:13
27:10 34:23 35:4
37:21 39:22 40:2
57:24 58:2 63:24
83:19 85:3,8 86:18
100:21 105:3 149:4
149:23 154:11,13
154:19 157:11
164:23 170:15
177:22 185:11
209:20 219:12,25
220:10 236:24
237:18 238:13,18
239:12 241:9 252:9
276:7 279:22 295:8
297:11 298:14
299:20 301:11
304:16 322:13
324:22 329:17
330:8 334:6 335:25
338:3,4 346:21
348:10 355:12
359:18 360:4
365:20 369:17
379:4 390:2 400:9
401:18 404:15
406:11 411:17

412:11 414:6,9,12
414:14 416:7
420:20 421:22
422:4,7
**goings-on (1)**
27:23
**good (13)**
12:25 13:2,3 26:10
148:13 197:10
216:25 256:14
304:22,23 404:10
408:7 417:18
**Goodwin (19)**
41:4,6,18,19 42:7,8
42:14,19 43:12
44:14 93:11 96:8
100:19 102:16
103:2,10 105:7
164:15 182:8
**Goodwin's (2)**
41:10 105:5
**Google (25)**
90:3,20,22 159:3,5
207:2 215:6 240:20
240:23 241:6,9
251:5 254:9,16
255:5,8,13,15,25,25
258:4 350:14 353:2
353:4 394:24
**Gospel (1)**
328:25
**gotta (1)**
258:13
**gotten (7)**
25:14 101:5 104:6
226:12 316:10
333:8 334:9
**government (3)**
94:15 95:13 98:3
**governs (1)**
419:6
**GoyFundMe (10)**
176:15,20,24 177:3,6
177:9,14 178:13,22
359:8
**graduate (1)**
306:20
**GRAVATT (1)**
5:12
**great (4)**
15:25 185:10 287:2
326:16
**Green (1)**
106:7
**Greensboro (1)**
5:5

**Greenwood (2)**
5:18 11:21
**Griffin (1)**
303:2
**Grill (1)**
286:22
**grind (1)**
232:10
**groceries (1)**
15:21
**Grooming (1)**
361:9
**ground (2)**
13:8 263:21
**group (3)**
107:15 134:4 276:17
**groups (3)**
134:2 267:7 404:7
**grow (2)**
195:3 295:14
**guard (4)**
84:22 229:12 230:5,9
**guess (37)**
18:24 33:14 34:12
36:22 43:23 83:9
90:25 122:21
141:10 150:20
151:24 164:25
172:20 187:20
190:6,9 191:3 192:5
198:5 215:3 229:17
233:24 251:16
257:15 261:24
299:5 350:8 356:16
357:9 358:5 359:12
360:4,23 363:25
365:20 380:6
388:17
**guests (1)**
141:11
**guilt (1)**
97:25
**guilty (12)**
98:7,12 319:23 320:4
320:7,10,11,13,14
320:15 321:3
322:17
**guns (1)**
230:12
**guy (4)**
143:22 210:13 275:20
301:3
**guys (41)**
21:8,10 23:11 31:4,23
32:14 62:11 84:3
89:20 101:24

130:16 138:2 141:4
146:13 181:8,11
182:12 184:20
202:17,19 207:15
209:5 210:15,19
215:7 218:14
226:13,22 227:17
227:18 292:24
293:23 297:23
300:20,25 340:13
354:17 358:9 379:6
420:5 421:10

___

**H**

**H (2)**
3:7 178:7
**Hac (1)**
6:14
**half (6)**
212:25 214:4,9 270:6
326:2 391:13
**halfway (1)**
79:8
**hand (4)**
159:12,15 167:14
418:17
**Handheld (1)**
55:6
**handle (12)**
38:16,19 79:14 80:4
89:24 179:8,11
180:2 196:7,8,9
223:8
**handled (8)**
38:17,21 45:13 91:17
163:21 411:20,22
411:24
**handles (1)**
75:8
**handling (1)**
40:25
**hands (2)**
300:13 417:15
**handshake (1)**
203:22
**handwriting (2)**
100:3 335:11
**handwritten (1)**
100:2
**handwrote (2)**
99:17,18
**handy (1)**
194:14
**hang (1)**
414:10
**HANNAH (1)**

1:6
**happen (9)**
137:18 166:11 227:11
267:6 322:10,12
323:3 333:14
392:23
**happened (26)**
27:4,7 32:14 36:3,4
59:21 119:21
136:22 139:2
141:21 166:15
178:12 194:10
195:4 234:12
252:20 289:6
318:11 319:3 325:9
325:25 326:10
330:19 333:25
339:23 388:19
**happening (4)**
84:10 326:19 379:3
400:12
**happy (11)**
13:16 154:19 175:15
186:3,21 187:18
298:14 353:15
355:12 360:7
365:17
**hard (9)**
82:7,8 98:10 198:22
285:3 288:18
292:15 295:3
382:24
**Harris (3)**
96:12,19 97:8
**Hart (1)**
115:18
**hash (1)**
409:17
**hate (4)**
100:8 413:4 417:8
418:5
**Haters (2)**
360:22,25
**hatreon (6)**
173:3 176:10,12,20
350:23 359:7
**hats (2)**
82:7,8
**Hauck (2)**
5:12 12:14
**head (21)**
15:24 17:24 21:14
44:22,24 91:3 124:2
137:3 146:13 176:3
198:14 235:22
236:20 241:17

276:18 286:11
302:16 331:4
373:19 380:7 381:4
**headquartered (1)**
11:23
**health (1)**
15:20
**hear (5)**
297:23 386:6 388:22
388:24 389:13
**heard (6)**
36:21 148:17 181:12
389:6,22 400:8
**hearing (8)**
10:6 41:7,22 385:16
385:17,19 388:16
388:19
**heart (1)**
279:25
**Heather (2)**
97:21 363:9
**Hecker (3)**
4:4 12:7 424:12
**hectic (1)**
302:22
**Heimbach (659)**
1:14,15 2:3 3:6 6:3,9
7:3,15 8:3,23 9:3,17
9:23 10:3,10,12
11:1,9 12:1,19,25
13:1,5 14:1,15,19
14:24 15:1 16:1,9
16:12,15,19 17:1
18:1 19:1,18,19
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
31:5 32:1 33:1 34:1
34:13,20 35:1,22
36:1 37:1,22,25
38:1 39:1,14,17,25
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
47:12,15,20 48:1,8
48:11 49:1 50:1
51:1,7 52:1 53:1
54:1,16 55:1,10,13
56:1,21,24 57:1
58:1,8,15 59:1,23
60:1 61:1 62:1,18
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1,2 76:1 77:1,16
78:1 79:1,3,7,20
80:1,7 81:1,17,20

81:22 82:1 83:1,16
83:20,21 84:1 85:1
86:1,22,25 87:1
88:1 89:1 90:1 91:1
91:19,22 92:1 93:1
93:22 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1,19,22 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1,7,11
116:1 117:1,10,11
117:25 118:1,12
119:1,18 120:1,13
121:1 122:1 123:1
124:1,9,14,16 125:1
125:7 126:1,17
127:1 128:1 129:1
130:1 131:1 132:1
132:10 133:1 134:1
134:13,16 135:1,12
136:1,20 137:1
138:1,15 139:1,6
140:1 141:1,13
142:1 143:1 144:1
145:1 146:1 147:1,6
148:1 149:1 150:1
150:21,24 151:1
152:1 153:1 154:1
154:13 155:1 156:1
156:11 157:1 158:1
159:1 160:1 161:1
162:1 163:1,8 164:1
165:1,14 166:1
167:1 168:1 169:1
169:21 170:1 171:1
172:1,15 173:1
174:1 175:1,20
176:1 177:1,17
178:1 179:1 180:1
180:16,19,25 181:1
182:1,10 183:1
184:1 185:1,16,18
186:1 187:1 188:1
188:10 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
199:13 200:1 201:1
202:1 203:1,5,10
204:1 205:1 206:1
207:1 208:1,18
209:1,22,24 210:1
211:1,4,7 212:1

213:1 214:1 215:1
215:22 216:1 217:1
218:1 219:1,20
220:1,13,19 221:1
222:1 223:1 224:1
225:1,7 226:1,16
227:1 228:1,21
229:1 230:1,23
231:1 232:1 233:1,9
234:1 235:1 236:1
236:21 237:1 238:1
239:1,23 240:1,4,6
241:1 242:1,10
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1,25
263:1,19 264:1
265:1,22 266:1
267:1 268:1 269:1
270:1 271:1 272:1
272:17 273:1,10
274:1 275:1 276:1
277:1,17 278:1
279:1 280:1,2 281:1
282:1,11,15 283:1
283:20 284:1,11
285:1,18 286:1,12
287:1,12 288:1,4
289:1 290:1,3 291:1
291:2 292:1,17
293:1 294:1 295:1
295:21 296:1 297:1
297:14 298:1 299:1
300:1 301:1 302:1
303:1,24 304:1,22
304:24 305:1,11
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
314:15 315:1 316:1
317:1 318:1,21,24
319:1 320:1,5,18,21
320:24 321:1 322:1
322:6,7,25 323:1,12
324:1 325:1 326:1
327:1,15,20 328:1
329:1,16 330:1
331:1 332:1 333:1,6
334:1 335:1,16
336:1 337:1,15,21
338:1 339:1,2,18
340:1,18,22 341:1

342:1,8,12,20 343:1
343:11 344:1,7,12
345:1 346:1 347:1
348:1,2,14,19,22
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1,22 362:1,13
363:1 364:1 365:1,8
366:1 367:1,14
368:1 369:1 370:1
371:1 372:1,7 373:1
373:13 374:1,3,6
375:1,5 376:1,7
377:1,9,14,17 378:1
379:1,23 380:1,3
381:1,9,10,17,18,23
382:1 383:1,5,10
384:1,5 385:1,4,7
385:15 386:1 387:1
388:1 389:1 390:1
390:25 391:1 392:1
392:7,10,20 393:1
393:17 394:1,5,9
395:1 396:1 397:1
397:18,20 398:1
399:1 400:1 401:1,5
402:1 403:1,24
404:1,2 405:1 406:1
406:18,23 407:1,6
407:11,23 408:1,14
409:1,14,18 410:1
410:16 411:1 412:1
413:1,16 414:1,18
415:1,21 416:1,10
417:1 418:1,24
419:1 420:1 421:1
422:1,3,14 423:1,2
424:6 426:5
**Heimbach's (9)**
 6:22 225:24 304:4,8
 337:25 341:2,7,15
 341:22
**HeimbachMatthew...**
 8:7 180:5 181:2 187:9
 187:14
**held (6)**
 3:6 11:16 52:3 94:9
 94:14 421:24
**helmets (2)**
 82:3,6
**help (11)**
 42:6,8,13 164:12
 167:4,4 224:8 228:4
 336:2 337:21

 379:18
**helping (1)**
 182:21
**helps (1)**
 194:15
**Hess (2)**
 76:2 415:21
**Hey (2)**
 87:9 211:14
**Heyer (2)**
 97:21 363:9
**hierarchy (1)**
 303:13
**high (1)**
 130:7
**Hill (4)**
 1:17 73:10 74:2 279:7
**hills (1)**
 250:4
**hire (2)**
 38:14,25
**hired (2)**
 38:7 39:10
**hiring (1)**
 38:19
**historical (5)**
 105:10,11,15 106:11
 347:4
**history (5)**
 15:4 105:13 247:8,19
 287:3
**hit (3)**
 90:17 273:20 311:12
**hoards (1)**
 244:16
**hold (3)**
 109:7 236:2 362:11
**holder (1)**
 381:9
**HOLDINGS (1)**
 1:13
**holler (2)**
 141:23,25
**Holly (1)**
 321:16
**home (6)**
 37:19 84:25 97:19
 141:17 319:4
 324:21
**homes (1)**
 215:3
**honcho (1)**
 276:18
**honestly (4)**
 64:16 302:21 372:2
 402:24

**hook (1)**
 261:2
**Hoosier (2)**
 360:22,25
**hootenanny (1)**
 267:21
**hope (4)**
 195:20 388:14 417:18
 422:9
**hoped (1)**
 308:21
**hopefully (1)**
 420:21
**Hoppe (1)**
 384:5
**Hoppe's (1)**
 69:13
**Hopper (1)**
 72:20
**horrible (1)**
 408:6
**hosted (4)**
 165:13 207:14 227:20
 411:22
**hosting (1)**
 286:20
**hosts (3)**
 161:15 300:3,16
**hotel (1)**
 252:17
**hour (1)**
 246:4
**hours (2)**
 237:15 268:24
**house (26)**
 83:15 103:5 141:10
 141:21 191:13
 229:23 230:3
 240:18 249:8,25
 250:3,10,13,15,17
 251:17,22 252:2,13
 252:14 285:17
 323:19 324:8 330:2
 414:10,14
**houses (1)**
 328:25
**Hovater (20)**
 65:6,11 163:21,25
 167:5,7 168:2,4
 190:9 194:21,24
 195:9,13,17,25
 268:2 294:10
 299:13 411:20
 412:11
**Hovater's (1)**
 197:18

**Howard (2)**
3:7 11:17
**hubby (1)**
117:24
**Hudelson (1)**
321:16
**huge (1)**
216:7
**hundred (3)**
17:11 140:17 294:5
**hundreds (3)**
134:8 227:8 247:24
**hungry (1)**
95:18
**hutzpah (2)**
417:5,25
**Hylton (1)**
4:9
**hypothetically (3)**
100:4 141:10 160:12
**hypotheticals (2)**
141:12,14

_____
**I**
_____

**idea (33)**
32:17 33:2 43:5 115:2
115:5 160:25 168:6
204:25 211:14
221:22 227:22,23
227:25 249:18,20
250:12 253:2
261:20 266:23
275:14 276:3
295:13 305:5 306:6
306:9 314:16,18,19
315:9,11 329:8
367:22 409:22
**ideas (1)**
404:10
**identified (2)**
305:8 349:9
**identifies (1)**
279:4
**identify (10)**
66:17 114:15 349:4
351:19 355:24
357:3 360:15
361:14 364:4,14
**identity (3)**
1:15 4:15 400:19
**ignorance (1)**
379:13
**ignorant (1)**
379:16
**ignore (1)**
389:3

**ignoring (2)**
390:24 401:7
**Ike (1)**
65:18
**illegitimate (1)**
419:11
**IM (2)**
170:8,22
**image (2)**
349:10 372:20
**imaged (14)**
122:15 317:23 334:23
352:11,12 353:8
354:8 372:23
373:11,23 376:15
376:20,23 377:3
**imaging (6)**
9:14,19 376:3,12,21
377:12
**Immediately (1)**
380:16
**immune (1)**
233:16
**impair (2)**
14:7 331:18
**imperialist (1)**
94:9
**important (7)**
105:15 106:11 206:8
288:9,13,16,24
**imprisoned (1)**
100:14
**in-fight (1)**
300:5
**in-person (10)**
66:3 67:14 69:4 70:23
71:12 72:24 336:8
356:22 357:4,15
**inactive (1)**
201:18
**incident (3)**
45:2 140:7 328:10
**incite (1)**
95:11
**include (20)**
123:10,13 125:4
127:12 164:11
174:15 175:24
183:13 187:8,9,11
187:14 272:2 354:2
358:20,23 359:2,4,7
359:10
**included (15)**
25:22 114:21 119:5
123:7 124:23 131:3
131:8 133:17 239:7

258:9 259:16
287:14,19 288:6
323:21
**includes (11)**
52:7 53:4,8,15 54:23
55:23 58:25 177:6
199:18 283:10
410:20
**including (20)**
18:19 51:3,15 52:25
54:19 83:22 103:24
170:2 178:5 250:24
251:2,4 289:5
294:10 326:6 356:2
366:6 369:5 371:8
400:2
**income (1)**
18:6
**incompetence (1)**
95:3
**increased (1)**
370:21
**incredibly (4)**
295:6,15,17 408:7
**independent (1)**
235:6
**Indiana (6)**
158:8 215:18 230:8
319:25 324:15
330:7
**indicating (2)**
106:2 347:10
**individual (1)**
171:7
**individuals (2)**
232:9 416:3
**Indonesia (1)**
313:13
**inefficient (1)**
404:13
**inexperienced (1)**
404:9
**inference (3)**
153:2 393:15 412:12
**inferring (1)**
242:22
**influence (1)**
14:6
**information (33)**
26:6 30:12,14 56:19
59:7,12 109:9
110:14 124:18,22
125:9,22 126:10
127:13 130:12,16
131:4,8 137:4 218:3
219:13,19,24

220:11 228:15,19
259:25 261:8 297:9
313:24 316:13
356:7 368:12
**informed (4)**
259:24 329:15 382:11
399:19
**informing (1)**
338:4
**infrastructure (4)**
38:24 89:19 149:7
174:12
**initial (3)**
78:5,20 326:22
**initially (3)**
215:14 359:13 403:25
**injured (1)**
225:16
**innocent (8)**
96:21 97:3,12,15,23
97:24 98:25 420:15
**input (1)**
339:17
**inquiries (2)**
225:23 226:3
**inquiry (1)**
225:21
**insight (2)**
337:10,11
**inspection (1)**
9:19
**instance (1)**
376:22
**instructed (5)**
110:25 397:21 398:21
398:25 399:14
**instructing (1)**
400:2
**instruction (1)**
398:3
**instructions (2)**
54:17 200:15
**instructs (1)**
399:5
**insurance (1)**
15:20
**integrated (1)**
284:2
**intended (2)**
271:18 298:23
**intent (1)**
98:6
**intentionally (1)**
351:9
**interact (1)**
319:21

**interacted (2)**
42:22 44:4
**interaction (1)**
44:6
**interested (1)**
425:19
**interesting (3)**
35:13,19 415:8
**interests (3)**
94:7 370:25 372:5
**interject (1)**
69:12
**internal (4)**
109:7,14 267:8
351:18
**internet (2)**
232:7,11
**interrogatories (10)**
6:20,23 21:21 45:20
55:20 58:16 355:23
357:9,10 358:7
**interrogatory (16)**
57:11 114:12 118:13
118:21 119:4
132:11 175:21
355:14,21 360:10
360:15 361:14
363:21 364:13
365:9,12
**interrupting (2)**
69:21,24
**interviews (3)**
63:17 266:18,19
**introduce (1)**
12:3
**invested (4)**
117:21 137:9,11,14
**Invictus (5)**
1:19 23:6,10 74:18
197:11
**INVISIBLE (1)**
1:24
**invited (2)**
273:23 404:21
**involuntarily (2)**
367:7 370:10
**involved (11)**
39:13 118:24 126:2
194:16,19 270:11
291:15 300:14
340:6 346:7 403:25
**involving (4)**
179:18 205:8 258:20
363:8
**Irish (1)**
94:6

**IRL (1)**
361:3
**Iron (20)**
168:7,11,13,15,18,25
169:7,10,14 170:20
170:22 171:2,5,8,10
171:17,25 268:13
350:19 359:4
**Israel (1)**
416:20
**issue (58)**
60:2,6,12 61:11,20
62:2,8,24 63:6,21
64:2,7,11,24 65:3
65:11,21 66:9,25
67:15,22 69:9 70:9
70:23 71:4,13 72:4
72:9,21 73:2,21
75:18 76:9,13 107:8
109:21 110:19,22
111:3 114:8 131:4,8
132:13 158:2 163:4
164:4 168:22 169:6
186:9 187:18
224:21 273:15
309:19 344:14
348:4 349:14
353:21 385:16
**issued (3)**
315:3,13 378:12
**issues (4)**
43:9 384:7,23 413:3
**it'd (1)**
139:14

_____
**J**

**J-A-P-Z-Z-I (1)**
83:25
**Jacob (3)**
93:11 96:8 103:10
**jail (5)**
44:17 95:18 101:9
136:13 326:17
**Jake (4)**
41:4,6 103:2 164:15
**James (19)**
1:11 4:16,19 5:11
6:13 12:12 72:2
74:8 93:16 97:17,18
97:23 100:5 115:18
164:14 361:23,24
363:7 364:10
**January (14)**
7:10 9:21 91:24 92:11
299:6,9 307:13
341:11 362:15,20

362:21 382:18
387:19,24
**Jason (20)**
1:10 4:14 11:11 12:8
33:10 67:6 68:7
85:10 86:10 88:7,15
89:3 190:20 192:6
195:25 196:25
197:14 400:23
405:11 415:17
**Jazz (1)**
300:12
**Jeff (5)**
1:18 68:21 279:4
283:6 415:22
**Jessica (28)**
19:16,17,19,19,22
58:23 117:9 118:12
118:12,17 137:23
138:8,17,20 139:9
139:12,25 140:15
141:5,7 142:9
303:20 329:15,23
329:25 330:6 333:6
334:9
**Jesus (1)**
95:16
**Jewish (4)**
419:6,6,8,11
**Jewish-run (2)**
417:12 418:12
**Jews (2)**
416:7,18
**Jim (2)**
12:9 421:4
**JO (2)**
300:13,19
**Jo-Ann's (10)**
238:4,9,16 239:4,5,13
239:16 246:2
248:10 403:2
**job (5)**
1:19 192:7 221:24
256:15 266:25
**jobs (4)**
84:22 85:3 412:9
413:8
**John (9)**
1:7 4:9 5:5,7 14:19,20
16:4 69:11 242:7
**Johnson (1)**
189:6
**join (2)**
16:2 242:6
**joined (1)**
107:13

**joke (2)**
203:23 300:18
**journalist (1)**
287:25
**journalists (2)**
89:8 122:4
**Jr (4)**
1:12 3:7 5:11 11:17
**Juche (3)**
258:10,11,12
**judge (5)**
25:21 69:13 348:22
373:10 384:5
**Judicial (1)**
424:9
**July (14)**
19:24 32:5 69:14
92:25 147:17
199:21 257:5
286:18 287:6
288:17,25 298:8
348:22 379:8
**Jump (1)**
6:11
**June (21)**
7:15 10:6 20:11 21:13
21:17 33:5 54:10
126:22 216:4
330:23 331:2
336:12 382:14
387:19,24 388:6,15
388:19 389:6,9
392:15
**junk (2)**
388:4 390:17
**Jury (1)**
9:16
**justice (8)**
417:9,13,14 418:6,7
418:13,13,15
**justification (1)**
417:23

_____
**K**

**kangaroo (1)**
420:3
**Kaplan (4)**
4:4 12:7 419:14
424:12
**Karen (3)**
6:16 9:21 47:18
**keep (17)**
44:22,24 69:21
100:21 106:4 114:2
122:24 125:12,18
173:2 197:9 292:15

334:11 346:14
347:14,16 382:25
**Keepers (1)**
415:12
**keeping (1)**
317:20
**keeps (1)**
314:16
**Kentucky (4)**
43:20 285:24 286:2
326:17
**kept (5)**
104:16 210:22 294:13
333:7 334:4
**Kessler (15)**
1:10 4:14 11:11 12:9
13:7 33:10 67:6,14
68:7,13,18 400:23
405:11 415:18
426:3
**kids (5)**
27:23 203:22 269:3
327:11,14
**kike (2)**
416:15,17
**kikes (4)**
414:20,24 415:23
416:13
**kill (1)**
98:21
**killed (1)**
98:19
**kin (1)**
425:16
**kind (37)**
33:11 62:19 66:10
68:17 92:21 95:16
114:23 151:6 152:2
198:22 201:7 238:4
247:4 248:3 252:21
254:3 273:19
279:16 287:10
302:16,22 303:16
305:3,5 315:9,21
323:7 325:7 326:13
327:19 332:11
344:20 345:22
368:11 373:18
414:10 416:16
**KLAN (2)**
1:22,23
**Kline (10)**
1:14 29:12,15 31:7,14
31:19 74:15 385:14
400:22 415:18
**KLUX (2)**

1:22,23
**knew (22)**
43:6,12,17 137:8
148:4 249:18,20
288:7,15 319:20
349:8 356:6 366:10
366:14,19,22
368:18 369:8
376:16 398:6,18
399:17
**KNIGHTS (3)**
1:21,22,23
**know (287)**
13:5,9,16,24 16:23,24
17:2 21:10 26:22
27:8 28:12 29:7
32:14,19 33:5,6
42:9,19 43:21 44:15
47:3 50:4 57:10
62:19 64:21,25 65:5
67:20 75:7 76:5,7
76:24 82:22 83:2,4
83:13 85:21,23
87:11 88:20 91:2
98:11 99:24 100:7
100:10 103:8
108:21 109:15
110:13 112:23
113:3 117:13,21,23
118:5 120:12,18
121:23 125:14
126:15 129:23
133:13 134:6 135:5
136:18 138:3
142:13 143:12,21
144:8,17,20,23
145:3,14,17,18,22
146:4 148:22
149:10 150:20
152:11,14,17,18
153:21 154:2 158:3
158:24 159:22
160:23 165:10
166:10 171:12
176:5 177:22
178:10 191:11
192:23 193:16,23
197:8 198:13,16
201:2,6,16,19
203:21 204:18
206:4,7,18 212:12
212:22,23 213:7
216:21 217:15,17
217:20 218:10
221:14,15,20 222:4
223:9 224:17

226:11 228:5,8,9
230:17,17,18 231:5
231:21,24 232:2,3
232:14,21,25 233:3
233:6,18 234:4,7,12
234:16,21 235:2
237:22 239:9,10,13
239:15 240:25
241:10 242:18,21
243:19 245:12
250:16,17 251:24
252:3 253:13,20
255:17,19 257:8
262:6,19,22 265:16
265:17 266:8
268:20,23 269:2,11
270:17 271:5 284:4
284:10,11,12,13
285:12,19 291:17
294:4,18,19 296:12
297:23 300:13,14
300:24 301:9
302:12,18 303:10
303:16 305:4
306:11,15 307:3,9
310:15,17,23,25
311:25 313:11,25
314:7 315:15
318:13 323:4
324:18 327:2,5
328:5,7,12 332:4
333:15 334:7
336:12,22 337:8,23
338:8 341:14 342:2
342:8,19,21 343:8
344:10,25 346:11
347:9 350:24
351:21,22 353:22
356:15,24 368:20
371:25 372:17,22
373:7 379:6,22
383:18 384:13
387:4 396:6 399:11
400:4,11 401:18
402:9,19 403:12,12
403:14 408:11
409:5,7,10 410:5,13
411:16 412:5,10,10
413:14 416:6,17
418:14 421:13
**knowing (3)**
43:24 393:12,14
**knowledge (48)**
24:17 58:18 59:18
156:6 201:17
202:15 205:15,19

207:7 208:8,9
209:19 212:6
215:10 223:17
227:14 228:13
229:21 235:8
269:21 272:10
274:20 281:15
292:21 299:11
322:4 324:4 330:5,7
330:11 347:17
348:9 354:15 355:4
357:12,13,19
359:16 360:14
365:11,18 368:6
370:5 371:19 375:7
403:12 405:6,19
**known (4)**
76:6 342:12 400:9
420:10
**knows (2)**
199:22 210:14
**KNOX (2)**
424:6 425:5
**Knoxville (4)**
2:4 3:8 11:2,18
**Kolenich (84)**
4:16,19 6:14,15 9:22
12:8,10,10 18:21
19:11 20:2,12,14,24
21:13,16 22:7,11,14
38:11,14 39:10,21
40:6,16,20 45:7,18
45:24 46:6,14 47:5
47:17 48:5 50:4
57:11 59:10 120:2
147:2 202:22,23
230:20 324:6,11
330:12 338:2,7,9,12
338:18,24 339:7,17
339:22 340:17,25
341:11 356:18
357:8 359:12,18
368:7 374:18
375:24 376:3,12
379:20 380:12,18
389:10 391:15,20
391:23 392:20
393:2,8,20 421:4,4
421:7,8,12 422:2,13
**Korean (1)**
258:14
**KU (2)**
1:22,23
**Kyle (2)**
27:14,16

**L**

**L (5)**
2:23 3:9 424:2,23
425:24
**labeled (1)**
316:4
**ladies (2)**
417:14 418:15
**Lady (4)**
417:13,13 418:14,15
**lame (1)**
158:12
**land (1)**
342:5
**landlord (1)**
329:12
**landlord's (1)**
329:14
**Lane (2)**
136:6 354:18
**language (3)**
69:19 150:6 301:18
**laptop (24)**
90:5,6 110:4,5 207:4
207:5,10 223:21
316:17 318:8
344:19,20 345:4,6,8
346:12 347:6,14,16
352:2,8,11,14,15
**laptops (1)**
54:23
**large (1)**
368:2
**largest (2)**
247:7,19
**lasted (1)**
177:10
**late (2)**
291:17 312:21
**law (9)**
4:16 5:5 12:10 416:21
416:22 417:16
418:18 419:6,17
**lawsuit (24)**
24:19,24 25:8 33:17
33:21 34:14 35:23
36:8,21 37:9 54:19
71:15 225:15
290:12,17 292:10
316:3 371:8,23
416:6 419:11,20,23
419:25
**lawsuits (4)**
24:16 35:14 414:19
414:23
**lawyer (7)**

19:6 38:20 120:19
164:7 324:18 391:9
393:13
**lawyers (5)**
27:11 45:14 414:19
414:23 416:12
**lazy (1)**
269:6
**lead (3)**
152:4 276:2 393:8
**lead-up (2)**
195:9 403:18
**leader (16)**
107:22 275:18,21
276:9,11,14,16
279:4,6,7,8 280:9,9
283:20 286:7
287:13
**leaders (8)**
9:8 275:24 276:5
278:3 279:9 288:5
417:5 418:2
**leadership (15)**
190:8,17,19 206:9
276:19 278:15,19
278:19,22,25 279:2
279:12,19 405:25
406:5
**leading (3)**
51:12 404:25 416:5
**League (4)**
1:18 17:22 279:8
415:16
**leaning (1)**
100:3
**learn (6)**
86:16 325:2,5,23
389:2 400:16
**learned (10)**
119:17 142:16,23
147:14 148:10
325:11 326:5,10
327:4 330:9
**learning (2)**
37:9 142:17
**leave (2)**
182:21 421:13
**led (4)**
140:3,22 248:4
263:21
**left (13)**
141:19 142:4 181:13
312:19 319:5
327:22 330:7 351:9
353:24 355:8
361:23 363:20

385:18
**legal (20)**
11:22 18:9,13,15,19
22:17,18,21 23:2
27:22 28:2,12
115:19,22,25 116:3
367:23 391:8 416:5
419:24
**legalese (1)**
379:16
**legally (2)**
16:22 304:10
**legitimate (2)**
98:17 419:20
**let's (14)**
17:16 26:21 48:7
182:21 186:5 214:7
241:19 287:3
366:18 406:7 415:9
417:21 419:22,23
**letter (29)**
72:6,8,17 99:15 100:5
100:19 102:10,18
102:20,25 103:9,16
104:8,11,13,19,23
105:2,6,21 242:11
362:4,6,8,14,18,23
363:2,6
**letters (15)**
92:10 95:15 96:4,5
99:4,22 100:23
101:2,12,15,24
102:15 105:8
136:12,17
**level (4)**
164:4 170:16 189:13
190:15
**levels (4)**
10:14 203:16,19,25
**levy (1)**
420:6
**Libertarian (1)**
197:12
**Liberty (2)**
417:13 418:14
**license (1)**
89:8
**licensed (1)**
88:14
**licensing (1)**
88:24
**life (7)**
133:11 171:9 285:21
303:18 365:19
385:3 411:25
**light (10)**

52:16 71:21 400:3,7
400:12,17 414:2
415:10,11 420:16
**likes (1)**
383:13
**limitation (1)**
51:3
**line (9)**
39:23 230:19 237:10
342:5 383:16
392:19 405:20
417:3,18
**lines (2)**
414:6,13
**link (2)**
136:7 409:25
**list (32)**
9:8 63:24 92:23
122:24 123:4,17,18
159:9 175:22
205:25 206:3,7,19
206:23 222:16
242:4 247:22 278:2
316:13 352:18
356:10,13,19,22
357:7,14,24 358:3
358:15 364:17
384:11 408:20
**listed (18)**
58:18 66:22 123:17
279:11,17 332:22
333:20 334:15,17
354:16,21,24 355:7
360:3 361:19
366:17 408:10,24
**listen (8)**
34:24 120:13 126:6
219:20 220:15
238:20 261:15
325:17
**listeners (2)**
292:24 293:21
**listening (3)**
35:19 149:5 280:5
**listing (2)**
10:12,14
**lists (1)**
51:4
**literally (3)**
229:4,11 230:4
**litigation (10)**
116:4,7 118:24 120:4
120:11,17,23
183:10 202:12
424:19
**little (3)**

67:4 311:12 354:5
**live (5)**
64:16 135:25 289:20
289:21 328:24
**lived (5)**
141:23,25 191:15
292:8 328:3
**lives (1)**
99:10
**living (6)**
138:17 139:9 171:8
316:18 328:22
330:6
**LLC (1)**
1:13
**LLP (1)**
424:12
**Ln (7)**
426:7,9,11,13,15,17
426:19
**local (6)**
15:21 194:7 207:25
215:12 267:7,20
**location (5)**
229:12 230:2 237:19
238:14 305:21
**locked (2)**
107:15 108:23
**log (9)**
109:24 110:5 113:12
153:14 224:2,4,8
315:3 339:9
**log-in (14)**
113:24 124:17,22
125:9,22 126:10
127:13 128:11
133:4 165:4 207:15
218:4 350:15 360:2
**logged (7)**
110:3 118:3 141:9,18
153:9 218:6 223:21
**logical (1)**
412:12
**logistical (1)**
287:14
**logistics (7)**
38:23 191:24 194:19
200:19 288:6,14
289:5
**logs (1)**
402:10
**LOL (1)**
87:12
**long (28)**
21:8 26:18,23 32:24
76:6 77:9 86:21

113:8 139:24 141:2
153:11 175:19
176:4 262:18
269:22 312:9 328:3
341:22 342:12,24
343:2 346:19 386:3
386:4,5 410:7 420:4
420:4
**longer (3)**
85:25 108:11 281:4
**Longshanks (1)**
301:4
**look (42)**
18:18 28:6 29:16,25
30:3,9,12,13,13
31:10 41:8 48:14
51:24 57:4 66:14
79:7 98:16 132:8
160:5 170:3 171:19
177:21 198:20,23
216:17 227:5,14
256:13 273:3,6
299:16 305:10
319:18 332:3
336:20,21 337:4
339:8,15 365:4
383:13 394:21
**looked (11)**
30:2,5,11 31:11 89:7
226:23 254:11
255:10 265:6,10
337:3
**looking (14)**
28:17 59:4 88:11
108:6,7 229:19
297:25 308:2,11
349:17 390:2 402:9
420:13,22
**looks (48)**
38:4 40:8 81:24 83:23
84:15 135:18 170:4
178:20 181:20
182:18 199:20,24
203:14,18 205:5
208:23 216:3,8
225:13,19 229:2
233:14,17 237:2,16
263:7,22 266:2,4
272:23,24,25 273:5
273:25 278:2
282:19,25 283:2
289:2 291:10
373:18 374:11
380:17,23 381:2
383:21 392:16
408:19

**lose (3)**
112:16 132:24 234:2
**losing (1)**
158:11
**loss (1)**
99:9
**lost (2)**
103:6 347:2
**lot (37)**
35:17 43:4 45:12
66:11 96:4 100:8
117:21 134:12
137:9,11,13,15
141:14,25 157:20
158:21 166:20
192:16 193:20,21
193:22,22 210:13
226:22 227:19
238:3,9,13,16 246:2
292:15 365:20
379:5,13 403:3
415:23 416:3
**lots (1)**
222:2
**Love (1)**
287:25
**Love's (1)**
142:14
**lower (1)**
303:12
**LOYAL (1)**
1:21
**Luddite (4)**
148:20 206:9 412:24
413:5
**Luddites (1)**
413:6
**lunch (3)**
67:16 288:18 304:14

_____

**M**
_____

**M (413)**
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1

67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1

243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1 313:1 314:1 315:1 316:1 317:1 318:1 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1 328:1 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1 350:1 351:1 352:1 353:1 354:1 355:1 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1 367:1 368:1 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1 397:1 398:1 399:1 400:1 401:1 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1

411:1 412:1 413:1 414:1 415:1 416:1 417:1 418:1 419:1 420:1 421:1 422:1 423:1

**maced (1)**
85:21
**mad (2)**
118:11 137:7
**MAGILL (1)**
1:5
**Magnolia (1)**
17:23
**mail (4)**
100:8 222:14 388:4 390:17
**mailed (1)**
385:18
**mainstream (1)**
232:7
**maintain (1)**
125:16
**maintaining (1)**
49:18
**majority (1)**
373:6
**making (1)**
166:22
**maliciously (3)**
96:11,19 97:8
**man (4)**
96:12,19 387:14 402:9
**manage (5)**
205:8 263:13 265:5 266:13,14
**managed (2)**
206:21 263:12
**managing (1)**
262:13
**manner (3)**
391:14 398:2,20
**manuscript (1)**
258:9
**march (51)**
8:9 17:2 71:21 125:11 125:24 129:25 139:6,13 168:7,11 168:13,15,18,25 169:7,10,14 170:20 170:22 171:2,6,8,10 171:17 172:2 181:19 182:17 185:5 248:2 268:13 300:2 318:17 319:3 319:13 320:18,22

320:25 323:17 333:15,18,21 347:2 348:7 350:19 359:4 398:17 400:3,7,12 400:17 414:2
**MARCUS (1)**
1:6
**Marion (1)**
415:20
**MARISSA (1)**
1:5
**mark (3)**
34:18 422:5,8
**marked (72)**
34:21 37:23 38:2 39:15 40:2 47:13 48:9 55:11,14 56:22 56:25 79:4 81:18 83:17 86:23 91:20 103:20 115:8 126:18 134:14 135:13 150:22 156:12 163:9 169:22 172:16 177:18 180:17 182:11 188:11 199:14 203:6 208:19 211:5 215:23 220:20 225:8 228:22 233:10 236:22 263:2 265:23 272:18 277:18 282:12 286:13 291:3 305:12 373:14,16 374:4,7 377:15,18 379:24 383:6,8 385:5,8 392:8,11 393:18,21 407:7,9 408:15 410:17 413:17 421:15,16,17 422:7
**market (3)**
3:8 11:18 15:22
**marking (2)**
390:22 422:2
**marks (4)**
124:7 239:22 348:12 348:17
**married (6)**
16:8,11,14 19:23 304:2 342:24
**MARTIN (1)**
1:6
**Maryland (1)**
157:16

**mastery (1)**
234:21
**materialize (1)**
210:12
**materialized (1)**
210:4
**math (1)**
214:7
**Matt (98)**
19:5,10 26:13 38:18 38:19 45:13 89:18 170:9 190:9 195:15 198:7,9 201:2,21,24 202:13,20 203:2 204:21,24 205:7,22 206:4,10,12,15 208:10,13,16 211:14 217:17 218:2,7,12 219:4,14 220:9 222:21 223:21 224:4,8 228:14 229:23 230:3,7,10,15 231:6 232:22 233:19 234:9,23 235:3,6 239:17 240:11,14 240:16 242:15 253:12 257:2 259:24 260:2,4,8,11 260:17,24 262:21 262:24 263:9,14 266:9 268:2 269:18 270:13 271:24 274:3 281:6,18 282:10 283:20 284:10 285:17 289:8,12 303:5,8,20 303:23 304:4,8 372:13 381:8 396:3 396:11 414:10,14
**matter (13)**
11:10 26:19,23 37:12 40:25 67:19 279:24 279:25 291:20 416:22,22 417:16 418:19
**matters (3)**
27:23 119:13 279:16
**Matthew (46)**
1:15,15,16 4:14 6:3 6:22 7:14 8:23 9:17 10:9,12,12 11:9 12:19 14:15,18,24 58:14 64:4,7,10,23 65:3 124:9,13 185:15 189:6

195:24 219:17 221:12,13,16,18 239:23 240:3 290:4 348:14,19 375:5 381:18 385:14 408:23 409:14,18 415:20 422:14
**matthew.w.gmail (1)**
337:17
**Matthew.W.Heimb...**
133:7
**matthew.w.heimba...**
46:15 78:10 81:15 90:9 106:23 133:3 383:17
**MatthewHeimbach...**
79:17 80:4,12 82:2 112:5 114:21 150:19 151:8 179:11,22 180:3 187:8,10,12 410:25
**MatthewHeimbach...**
79:15
**MatthewW (1)**
179:8
**MatthewWHeimba...**
132:6,16
**McLean (1)**
5:6
**mean (136)**
18:17 19:12 20:21 27:7 29:11 32:4 36:2 38:22 39:5,12 39:22 43:4,23 51:19 51:22 52:9 64:8,9 64:16 68:2 73:22 74:25 90:8,16 91:11 93:22 94:2 98:9 100:20 105:3,11 116:12 118:6 119:14 121:14,15 129:19 130:5 137:7 137:12 141:9,11 145:2 146:15 150:5 153:12 154:11 158:24 159:5 171:18 182:2,24 183:23 187:20 189:12 190:21 191:15 195:3,7 196:21 201:11 202:7 207:10 210:18 215:3 218:14 221:4 226:18,22 227:5,17 234:14 238:4

239:11 246:25
250:22 252:19
259:3 260:14
265:19,20,21
266:25 267:17
269:4 272:25
275:13,23 279:14
284:20 285:23
287:24 293:23,23
294:4 312:3 314:7
321:15 322:15
324:4 326:13
328:21 332:3 334:3
338:14 342:11
355:2 356:15 358:9
360:23 367:21
371:13,24 375:16
376:17 398:11
402:14,24 403:11
404:5,7,11,18
407:22 409:6,8,23
410:5 413:5,6,7
416:15 417:3
419:22 420:2,19
**meaning (6)**
65:9 71:21 82:2
191:13 254:24
343:19
**means (12)**
50:14 93:23 114:15
173:9 182:4 200:5
278:19 279:15
280:9 355:24
399:20 414:9
**meant (7)**
41:25 94:3,5 230:9
238:8,11 414:13
**media (70)**
53:9 54:5 61:16,21,25
62:23 63:17 65:16
67:12 69:6 75:7
76:3 86:9 111:5
117:8,22 119:10
123:20 124:8
131:15 141:20
142:6 168:9 175:22
175:24 189:20,22
193:12 225:23
226:3 239:22
257:14 263:11,13
263:13,16 264:2,10
264:19,22 265:3
266:11,18,19 268:7
268:10,19,25 269:8
269:13,20 290:20
291:16 292:5,12,18

348:18,24 353:25
354:11 356:2 360:9
366:6 368:9 373:4
378:9,21 388:25
389:12 420:5
**medic (5)**
243:9,13,15,17,22
**medication (1)**
14:7
**meet (9)**
67:21 238:8,16 239:3
267:7,15,19 287:2
287:20
**meet-up (6)**
237:13,21 238:7,25
239:7 243:5
**meeting (14)**
67:19,25 237:18
286:2,20,24 287:9
287:14,24 288:10
288:17,22 356:23
357:15
**meetings (9)**
52:2 267:4,6,8,10,22
285:21,23 357:4
**meets (1)**
188:21
**member (14)**
167:7 204:4 207:17
207:20,24 275:8,10
275:11,16 276:12
276:17 277:16
301:10 406:5
**member's (2)**
207:25 209:15
**members (16)**
213:11 215:3 223:5
233:7 247:17,25
267:19 270:16,20
397:21 398:21,25
399:5,14 400:2
419:17
**membership (6)**
10:14 203:17,20,25
267:13 270:15
**memo (2)**
8:16 221:2
**memory (13)**
67:4 229:22 256:11
273:11,16 274:13
275:2 276:23
280:14 282:2 302:9
302:21 354:18
**men (3)**
94:9 136:2 263:21
**mentioned (11)**

76:14 254:21 338:2
339:24 340:21
341:3 351:4 352:5,7
352:8 365:3
**mentions (1)**
352:11
**message (27)**
28:10 29:14 30:17,19
30:21 31:13 60:17
61:2 65:10 68:7
82:24 89:12 116:16
116:22 145:5 150:8
164:12 181:18
191:8 212:10 283:3
283:10 308:23
310:5,12 368:23,25
**messaged (1)**
29:5
**messages (39)**
28:17 30:4,25 46:17
53:25 61:11 64:10
80:3,9 91:16 111:10
111:18 121:16,18
122:11 131:18,21
133:24 152:15
174:15,23 191:4
212:21 213:9
250:24 307:20
309:3,15 310:21
331:19 332:13
334:25 341:10
343:10,13,16,23
356:2,3
**messaging (2)**
177:7 353:19
**messy (2)**
142:14 336:3
**met (2)**
67:14 342:15
**metadata (1)**
256:7
**metaphorically (1)**
393:12
**Michael (17)**
1:14,17,20 2:3 3:6 4:7
7:15 12:6 13:6
73:10,18,21 74:2
279:7 423:2 424:6
426:5
**MICHEL (1)**
1:17
**Michigan (1)**
344:8
**Microsoft (1)**
241:4
**mid (4)**

144:4 213:25 214:18
228:3
**Mike (8)**
66:5,9,22 68:10 69:10
300:12,22 415:21
**Militia (3)**
415:10,11,12
**million (6)**
255:20,21,22,24
270:20,21
**mind (3)**
347:23 365:21 396:18
**mine (2)**
156:23 340:16
**miniature (1)**
178:2
**minored (1)**
15:5
**minute (3)**
55:17 163:7 178:17
**Minutemen (1)**
415:11
**minutes (7)**
21:9,9 26:22,24 124:6
406:9 421:21
**missed (3)**
351:24 353:13 388:14
**misspelled (1)**
40:12
**misspelling (1)**
151:5
**mistake (3)**
312:20 353:14 381:24
**misunderstood (3)**
183:15 186:2,3
**mix (1)**
412:10
**Mobile (1)**
55:8
**mobs (2)**
95:2 166:7
**model (2)**
334:10,12
**moderated (1)**
204:20
**modified (4)**
321:11,14 322:2
370:20
**moment (9)**
124:3 151:25 175:14
202:11 302:14
311:14 362:11
370:17 372:2
**moms (1)**
298:25
**money (9)**

173:21 174:2,6,8
176:12 177:3
379:17 386:6 420:5
**monitored (1)**
198:8
**monkey (1)**
209:2
**month (11)**
16:25 37:9 58:3
258:23 289:6
296:12,14 338:8,20
345:18 391:12
**monthly (1)**
209:10
**months (12)**
16:23 29:4 31:8
117:19 139:18
147:21 148:16
159:23 210:10
212:15 322:20
328:5
**monuments (2)**
394:12 395:17
**MOONBASE (1)**
1:13
**moons (1)**
172:11
**moral (1)**
363:3
**morning (5)**
12:25 13:2 35:15
237:15 238:7
**Mosley (7)**
1:14 29:3,10 30:4
384:5 385:14 401:7
**mother (2)**
304:2 325:13
**motion (8)**
6:13 9:18 10:6,7
314:25 373:10,22
402:22
**motions (1)**
20:19
**mourning (1)**
99:9
**move (3)**
138:20 339:25 341:5
**moved (6)**
89:2 138:23 139:12
139:17,24 141:4
**movement (13)**
1:19 27:24 107:13,23
108:16 115:19
116:2 128:14 129:7
157:22 279:5
301:17 415:17

**moving (1)**
21:4
**multiple (2)**
57:17 189:16
**MUNIZ (1)**
1:6
**murder (3)**
97:24 98:5 363:8
**murdering (1)**
97:20
**mute (2)**
166:20,23

_____
N
_____

**N (2)**
6:2 11:5
**naked (1)**
95:18
**name (36)**
11:21 13:5 14:13,13
14:18,21,22 19:15
24:21 40:12 44:12
49:21 79:24 112:4
112:15 128:7,11
130:10 132:5,15,24
133:12 150:18
151:7 229:5 235:16
244:8 300:11 301:8
329:14 381:10,17
381:23 402:7
410:24 426:3
**named (4)**
83:25 96:12,19 170:6
**names (1)**
14:16
**nap (2)**
202:4,6
**NATALIE (1)**
1:7
**Nathan (2)**
1:14 4:15
**nation (1)**
94:8
**national (17)**
1:18,19 84:22 107:13
107:23 108:16
115:19 116:2
128:13 129:7
157:22 170:16
246:9,9 279:5
301:20 415:17
**nationalism (9)**
18:4 128:20 157:7,14
158:10 236:13
300:5 301:19 346:8
**nationalist (48)**

9:8 27:24 34:8 44:2
108:4,5,9,10 150:8
215:13,19 216:6,10
263:20 275:8,11,13
275:16,19,22 276:5
276:10,12,15,23,25
278:3,12,19 279:2
281:16,23 282:5,8
282:23 283:24
284:6,14,22 285:6
285:10,15,23 286:3
286:7,20 296:3,14
**nationalists (2)**
293:25 299:2
**natural (1)**
361:15
**nature (1)**
305:19
**near (4)**
122:25 123:4 316:24
401:19
**neat (1)**
170:7
**necessarily (9)**
94:13,18 129:23
131:6 139:4 191:10
370:24 384:25
399:18
**Neck (1)**
415:13
**need (20)**
13:23 35:2 50:9 92:10
101:15 113:12
148:14,23 154:13
155:4 161:23 188:5
201:12 260:9,12
315:25 372:17
386:5 397:8 403:2
**needed (5)**
21:22 184:22 224:4,8
231:25
**needs (4)**
62:19 186:4 313:23
341:4
**neighbors (4)**
103:4 105:22 327:22
327:25
**neither (1)**
220:6
**nerd (2)**
143:22 177:23
**nervous (1)**
172:4
**net (3)**
231:17,22 232:15
**network (7)**

157:18 168:9 194:6
270:4,12 274:24
287:2
**Network's (1)**
271:16
**networking (5)**
117:22 208:2 266:15
266:21 361:4
**neurons (1)**
198:22
**never (46)**
24:18 46:23 47:3
87:18,25 88:19,21
89:7 154:9 156:5,8
157:25 158:25
162:23 163:2
205:15,19 206:21
208:7 209:21,23
210:4,7,9,23 212:10
212:20 231:9 263:9
263:15,23 265:6,10
285:20 300:2
301:11 304:10
324:2 328:16 357:9
372:23 373:25
382:15 391:20
408:2,8
**new (17)**
4:6,6 11:24 86:6
103:6 127:19
172:25 327:24
331:11,11,24 332:2
332:6 333:8 334:8
386:19 415:10
**newer (2)**
334:10,12
**news (10)**
33:14 68:17 87:19
88:12,25 116:12
153:18 171:19
187:25 388:25
**newspaper (5)**
17:15,22,23 193:13
316:10
**newsworthy (1)**
116:14
**NF (1)**
276:18
**NFunity.org (5)**
9:9 277:7 280:12
281:12 282:21
**nice (2)**
183:24 416:17
**night (2)**
71:19 398:15
**night's (1)**

26:10
**nine (3)**
98:21 117:19 401:2
**no-contact (8)**
319:8,15 321:4,18,21
322:8,25 323:12
**Noble (1)**
15:21
**noggin (1)**
68:17
**noise (2)**
166:20,22
**non-natural (1)**
361:15
**nonsense (3)**
382:24 417:11 418:11
**Nope (15)**
26:4 178:11 213:10
227:24 233:5
244:11 269:21
271:23 285:20
307:15 317:24
328:11 358:25
359:3,6
**Nord (1)**
301:14
**Nordic (1)**
301:17
**North (1)**
258:13
**notarize (1)**
119:15
**notarized (4)**
58:22 118:13,20
119:5
**notary (3)**
3:10 58:22 426:25
**notation (2)**
305:16,23
**note (2)**
263:19 291:14
**notes (2)**
287:9 288:2
**notice (1)**
385:19
**notified (3)**
20:20,21 189:17
**notify (7)**
120:2,9,15 316:25
330:10,18 398:18
**notifying (1)**
20:18
**notwithstanding (1)**
97:2
**November (12)**
10:10 37:18 188:16

188:25 377:10
378:2,8,20 379:21
380:12 407:18
421:18
**NS (1)**
188:20
**NSM (8)**
107:19 108:8,12,13
108:15 109:3
110:15 116:13
**number (48)**
11:8 29:6,8,14 45:15
46:10,11 52:25
78:21,24 112:10,12
112:14 124:8 136:5
146:14 188:22
196:18 197:4,6,18
239:22 257:16
306:2 307:14
328:18,22 332:20
333:2 339:11
341:15,18,23 342:3
342:7,14,15 343:3,6
343:17,17 344:7
348:13,18 361:19
366:11 369:5
386:25
**numbers (4)**
47:3 342:19 347:20
387:4
**numerous (2)**
141:10 176:21
**Nuremberg (1)**
420:3
**Nwanguma (3)**
24:24 25:7,10

_____
O
_____

**O (2)**
11:5 424:2
**O.C.G.A (1)**
424:14
**oath (9)**
114:21 320:8,13,16
357:11 358:14
362:2 367:12
369:21
**object (3)**
54:18 70:4 315:6
**objecting (2)**
314:24 315:12
**objection (4)**
13:20 69:12,19,23
**objections (3)**
13:17,18 69:25
**objectively (1)**

98:16
**objectives (1)**
94:17
**obligated (1)**
13:19
**obligation (9)**
119:10 145:19 146:9
146:20,23 219:17
219:22,23 220:3
**obligations (8)**
231:3 260:19 297:12
298:15 379:17
389:4 391:11,14
**obtain (1)**
98:16
**obvious (1)**
291:22
**obviously (2)**
291:18 416:21
**Occidental (2)**
302:23 303:3
**occupation (1)**
18:7
**occurrence (1)**
50:14
**Ocoee (2)**
286:21,23
**October (13)**
33:17 34:10,15 36:12
36:13 37:2 188:16
188:24 295:5 373:9
373:21 375:13
414:25
**Odalman (2)**
211:11,13
**Oddly (1)**
136:23
**odds (1)**
315:22
**offered (2)**
336:2,6
**offering (1)**
42:13
**office (4)**
4:16 5:5 12:10 323:15
**officer (2)**
324:17 408:25
**offices (2)**
3:6 424:12
**official (3)**
157:11 207:25 369:15
**officially (1)**
190:6
**officials (1)**
98:3
**oh (26)**

20:8 21:20 24:20 27:8
38:13 39:17 117:18
164:24 176:2,5
177:22 201:13
202:20 209:2 227:7
257:10 273:12,14
273:17 294:4
316:22 340:16
385:12 387:16
413:6 419:22
**Ohio (2)**
4:18 12:11
**okay (66)**
13:14 14:22 16:6,8
25:24 28:14,20
34:18,23 37:5,8,11
38:5 40:5 44:13
45:15 57:5 64:2,3
72:8 85:11 92:21
113:6,19 116:19
117:15 127:2
129:17 139:16
145:7 149:25
150:15 164:10
165:3 166:25
179:20 180:2,25
182:14 190:16
214:18 220:17
227:10,16,17
238:24 239:18,20
256:20 258:15
276:13,25 277:20
290:22 306:22
322:21 332:13
336:7 353:24
361:11 385:9
392:18 394:8
403:22 407:14
412:23
**old (5)**
14:25 29:6 68:17
198:22 344:4
**on-line (9)**
207:23 228:10 280:22
280:23,25 281:4
310:18,20 356:3
**once (7)**
21:14 40:23 150:13
161:19 218:6,6
340:12
**one,half (1)**
278:21
**ones (7)**
86:9 105:25 137:17
254:17 345:23
350:3 400:20

**ongoing (3)**
183:10 202:12 212:12
**open (13)**
57:23 58:5 129:14
141:20,20 142:4,6
152:12 155:10
173:18 205:11,13
205:17
**open-top (1)**
106:12
**opened (3)**
57:15 152:22 155:15
**opening (1)**
172:24
**operation (2)**
267:23,24
**operational (3)**
237:14 239:8 243:6
**opinion (2)**
291:24 420:3
**opportunity (1)**
175:10
**opposed (3)**
342:4,5 413:6
**order (19)**
1:20 9:13 69:13,20
188:4 319:5,7,8,15
321:5,18,21 322:8
322:25 323:12
327:23 354:13
373:11 378:12
**ordered (9)**
185:19 284:18,23
321:8 348:23
377:10 378:2,7
379:20
**org (1)**
223:12
**organization (14)**
15:19 40:13 107:14
157:19 192:17
202:11 265:8,12
266:11 270:5 276:2
276:11 279:20
280:10
**organizations (6)**
276:19 277:16 278:3
278:22,25 279:9
**organize (1)**
420:19
**organized (6)**
250:11 251:19 288:22
404:11 405:11,22
**organizer (1)**
152:5
**organizing (2)**

400:20 402:5
**Ortiz (11)**
75:15,22,24 76:2,4,6
190:23 194:16
195:25 242:12
253:12
**ought (2)**
224:25 308:18
**outgunned (1)**
393:11
**outlined (1)**
183:7
**outside (6)**
98:15 192:17 193:7
249:8 250:4 379:5
**outstanding (2)**
384:7 385:16
**overall (6)**
20:17 191:23 213:20
340:5,7 393:11
**overlap (1)**
66:11
**overly (1)**
271:13
**overnight (1)**
300:3
**overseas (1)**
316:11
**overseeing (1)**
88:11
**oversight (2)**
183:16 365:7
**overview (1)**
403:11
**overwhelmed (1)**
392:4
**overwhelming (1)**
391:9
**Overwhelmingly (2)**
97:14,15

_____
**P**
_____

**P (1)**
11:5
**p.m (12)**
199:21 239:24 240:4
286:22 304:17,20
348:15,20 406:13
406:16 422:15,18
**P.O (1)**
172:25
**P.S (1)**
173:2
**Paddy's (1)**
409:15
**pagans (1)**

197:16
**page (39)**
6:5,10 7:4 8:4 9:4,6
9:12 10:4 11:25
33:14 50:12,17,18
50:24 54:15 58:7
79:8 111:18 114:14
164:11 165:9 167:6
181:5 265:15 266:2
266:3 278:12
290:24 291:9
292:11 380:11,25
392:17 394:5,6
397:19 400:25
403:19 425:10
**pages (7)**
37:4,6 227:9,18 258:7
258:8 425:12
**paid (2)**
17:25 18:3
**painfully (1)**
420:15
**pan (1)**
176:23
**panel (3)**
300:12,15,17
**Paoli (2)**
215:18 323:16
**paper (13)**
113:17,21 124:17,21
125:9,18,21 126:10
127:13 128:7 215:5
217:22 266:15
**papers (1)**
214:25
**paperwork (3)**
21:23 227:19 316:9
**paradise (1)**
13:4
**paragraph (13)**
50:13,15,19 54:17
69:13,20 114:15
237:12 354:12
394:7 397:20 401:2
403:20
**Pardon (1)**
415:24
**park (7)**
308:3,11 327:12,14
403:2 404:12,13
**parking (8)**
194:8 238:3,8,13,16
246:2 401:19 403:3
**Parrot (1)**
144:25
**Parrott (168)**

1:15,16 4:14 10:12
19:5,10,20,22 26:13
38:18,19,25 45:13
58:23 64:4,7,11,23
65:3 89:18,23 90:12
91:7,8 109:9,16
110:2,13 118:13,17
118:23 119:9 137:2
138:9,17,21 139:9
139:12,25 140:16
140:22 141:5,7,15
142:10,25 143:4,7
143:13,15,20,23
144:10,13 145:6,8
147:8 161:7 174:13
190:9 191:6,9,18
192:3 195:15,24
198:7,9 201:2,21,24
202:14,21 203:2
204:21,24 205:7,22
206:5,13,16 208:10
208:13,16 217:17
218:2,7,13 219:4,14
220:9 221:12,13,16
221:18 222:21
223:21 224:4,8
228:14 230:7,10
231:6 232:22 234:9
234:23 235:3,6
239:17 240:11,14
240:16 242:15
253:12 257:2
259:24 260:2,5,8,11
260:24 262:21,24
263:9,15 266:9
268:2 269:18
270:13 271:24
274:3 281:6,18
282:10 284:10
289:8,12 290:5,12
290:15,19 291:11
291:14 292:5,12
303:5,20,21,23
304:4,8 329:15,18
329:23,25 330:6
369:17 372:13
396:4,11 397:5,12
399:19 400:2 402:6
403:12 408:23
412:17
**Parrott's (18)**
9:11 161:2 206:11
219:18,23 226:19
229:23 230:3,15
233:19 260:18
285:17 290:22

291:8,25 303:8
414:10,14
**part (18)**
66:10 78:5,20 108:7
150:5 166:2 183:25
191:25 194:16,21
241:24 243:9
279:20 280:10
282:22 321:21
382:9 400:24
**participate (10)**
99:8 205:10 391:6,17
392:2,21 404:22
405:4,24 420:9
**participated (3)**
191:21 404:2 405:20
**participation (6)**
37:15 41:10 404:3,6
404:19,24
**particular (5)**
95:25 102:4 125:23
152:4 396:18
**particularly (5)**
36:2 67:3 234:20
252:15 413:9
**parties (3)**
424:18 425:16,18
**party (93)**
1:17 4:14 7:21 17:15
39:5 53:2 75:6 85:6
86:11,14 89:19
91:12 101:21 129:3
155:24 156:4,22
157:9,12 158:14
160:15 167:8
169:11,14 171:3
173:16 174:3
188:19 189:8,25
192:18 193:8
198:16,17 199:10
202:10 204:18,19
205:11,14,17,22
206:6,20 207:11,18
213:5,8 221:10
223:4 236:15 244:5
244:10 247:8,15,18
247:19 248:6,18,25
261:22 262:4
263:10 264:18
266:24 267:16,22
267:23,25 275:17
276:17 279:6 281:7
281:20 300:8 303:9
316:10 367:6 369:6
369:11,16 370:9
372:12 375:8

394:10 396:2,19
397:4,21 401:6
415:15 424:15,19
**party-wide (2)**
87:10 89:12
**passing (1)**
328:8
**passionately (1)**
413:4
**password (9)**
79:24 110:2 112:16
113:12,21,24 123:7
132:24 133:4
**passwords (9)**
113:16 122:24 123:4
123:10,13,16,19
125:13,18
**Paul (3)**
316:19 329:2,4
**pause (9)**
15:25 35:4 43:10
124:11 185:13
239:25 304:18
348:16 406:14
**pay (6)**
47:9 209:9 229:7
241:5 375:10
379:14
**paying (1)**
331:10
**PayPal (22)**
172:6,8,10,12,24
173:12,17,21 174:3
174:14,18,21,24
175:6,8,9,11,12,15
175:18 350:22
359:7
**PDFs (1)**
395:20
**peacefully (1)**
84:23
**PEARCE (1)**
1:6
**Peinovich (7)**
1:21 66:5,9,22 68:10
300:12,22
**penalty (2)**
349:22 375:11
**pending (2)**
13:24 319:17
**Pennsylvania (2)**
319:5 415:10
**people (90)**
8:16 18:18 19:8 42:15
43:4 44:8 60:2,19
63:25 76:13 94:11

94:16 95:11,14
96:21 98:21 99:3
101:23 103:23
106:18 111:17,20
133:21 142:2 184:4
192:24 193:23,25
204:3 212:20 213:9
221:2 224:25
232:11 236:7 238:8
239:15 243:25
244:12 245:17,21
245:22,24 247:14
247:21 248:2,4,6,12
248:21 249:11,14
249:15,16,24 250:6
250:9 251:12,17
252:2,13,17 254:24
263:12 265:4
266:25 267:17
272:2 279:18
287:15 288:7,14,15
288:19,20 295:16
303:16,18 307:25
308:7,14 361:19
398:5,16 411:24
412:9 419:8,9,11
420:17
**pepper-sprayed (1)**
311:13
**percent (1)**
140:17
**Peregory (1)**
136:5
**performed (1)**
258:22
**period (8)**
86:5 108:2 149:18
177:10 186:12
208:11 304:2
333:11
**periods (1)**
128:5
**perjury (2)**
349:22 375:12
**permanent (1)**
400:10
**permission (3)**
323:18 324:3 404:16
**permit (1)**
9:19
**permitted (6)**
84:23 397:23 400:14
400:15 403:4
404:16
**persecuted (1)**
94:6

**person (16)**
73:23 79:23 107:20
113:14 114:4
118:17,19,20
178:12 193:24
197:14 244:9
307:16 363:17
412:7 416:17
**personal (7)**
55:2,4 103:12 104:16
104:25 106:8 375:7
**personally (8)**
23:2 42:16 58:14
107:20 144:8 145:4
253:22 337:9
**persons (4)**
66:17 279:12 361:15
364:5
**pertaining (1)**
35:16
**PF (1)**
181:11
**Pg (7)**
426:7,9,11,13,15,17
426:19
**phone (143)**
13:17 16:3 21:6,7,11
22:4 26:17 28:9
29:14,16 30:3,11,22
31:14 46:10,17,19
80:15,19 81:3 92:17
92:18,19,21,23
101:7 102:13
106:18 112:10,12
112:14 166:20
180:23 196:15,17
196:18 197:4,6,7,19
304:24 305:3,6,8,24
306:2,5,8,17,23,25
307:4,8,10,14,17,21
307:25 308:5
310:12 311:5,8
312:4,13 313:2,12
313:15 314:2,6,20
314:23 315:4,14,23
316:16 317:2,7,10
317:16,22 318:8
326:6,20 328:22
331:5,12,13,23,24
332:2,6,11,14,19,20
332:22,24 333:5,7,8
333:10,16,20 334:2
334:8,10,13,17,19
335:2,4,12 339:11
341:15,17,23 342:3
342:6,7,15,19,22

343:6,9,17,24 344:3
344:6,13 347:20
359:19,21,24
376:23 377:3,7
386:25 401:25
402:14,16,19 421:2
421:11
**phones (1)**
344:16
**phonetic (1)**
415:20
**photo (10)**
82:5,11,13,23 83:14
93:4 134:21 135:4
311:5,23
**photograph (8)**
92:6,13,16 93:9
311:15,18 362:8,14
**photographs (8)**
53:21 84:19,24 85:5
85:11,14 86:7,11
**photos (3)**
85:22 311:6,8
**physical (3)**
228:9 386:14 417:24
**pick (1)**
324:23
**picture (6)**
7:20 156:18 177:25
196:21 264:14,17
**pictures (6)**
84:2 85:17,19 86:19
192:8,11
**piece (3)**
113:17,20 346:22
**pieces (1)**
128:7
**Pikeville (3)**
43:20 285:24,25
**pile (1)**
48:7
**pizza (1)**
249:6
**place (12)**
41:20 42:14 43:19
68:2 104:24 252:20
269:24 283:14
321:18,21 345:5
397:11
**places (1)**
411:17
**plaintiffs (28)**
1:8 4:3 6:17,20 12:6
13:6 48:25 49:19
55:19 120:9 125:8
125:21 126:9

130:12 144:21
147:23 184:17
187:17 202:3
297:21 314:24
315:3 330:15 349:5
351:5 373:10,21
387:21
**plan (20)**
85:16 167:13 194:11
239:4 286:24,25
339:25 401:6,11,15
401:15 402:21,25
403:6 404:8,12,15
404:17 405:22,23
**Planer (1)**
164:16
**planned (1)**
233:19
**planning (21)**
27:9 52:19 87:19
133:17 179:19
183:9 191:22,25
194:4,10,17,22
196:3 235:12 254:3
285:22 286:3
295:16 308:8
327:24 403:10
**plans (7)**
237:13,21 238:6,24
238:25 239:7 243:5
**Plantation (1)**
361:9
**plastic (1)**
106:2
**platform (8)**
31:7 61:21 62:2,23
65:16 123:25
131:16 408:6
**platforms (2)**
61:17 176:21
**play (4)**
34:23 295:8 415:3
417:21
**played (6)**
34:25 35:10 295:12
415:5 417:22
418:21
**playing (2)**
327:11,14
**plea (2)**
320:2 321:22
**plead (1)**
319:23
**please (10)**
12:3,16 136:2 199:22
241:25 243:10

365:6 380:15,18
384:13
**pleased (1)**
388:23
**pled (6)**
320:4,7,10,13 321:3
322:17
**plenty (1)**
404:11
**plural (1)**
210:15
**PO (1)**
386:20
**pod (1)**
296:6
**podcast (50)**
17:17 33:25 34:4,7,15
34:24,25 35:8,10,25
36:8,15 163:24
164:3,6 166:2
274:15 292:22,25
293:5,22 294:8,12
295:2,5,12 296:2,14
296:23 298:16
299:12,18 300:8
301:13,18,21,24
302:3,6,11,17,19
351:19 356:11,20
411:25 412:10
414:24 415:5
417:22
**podcasts (24)**
6:11 54:3 63:7 161:16
162:21,23,24 163:3
166:8 189:5 274:8
294:17,22,25
296:17 297:5,18,21
298:11 300:20,23
351:23 356:3,15
**point (19)**
25:15 47:5 48:16,19
69:11 85:2 90:18
121:3 143:20
154:17 163:16
179:15 215:19
234:2 312:12
322:24 327:4
403:15 406:4
**pointed (1)**
188:19
**pointing (1)**
302:15
**points (7)**
139:21 237:13,21
238:7 239:7 243:5
253:10

**poke (2)**
414:10,14
**police (16)**
84:21,21 85:2 94:25
98:2,3 194:7,12
324:16 401:18,20
401:22 402:2,13,17
403:3
**policies (1)**
188:20
**policy (3)**
228:3 235:9 314:8
**political (6)**
94:5,21 135:23,25
232:9 420:17
**politically (1)**
419:15
**pool (1)**
286:25
**poor (2)**
128:6,6
**portal (1)**
207:23
**posings (1)**
63:4
**position (6)**
75:5,8 107:14 190:8
190:17,19
**positive (2)**
16:20 100:22
**possession (10)**
220:4 231:9 366:11
366:15,24 367:5,19
370:9 377:5 378:16
**possible (40)**
21:4 44:16 64:22 65:2
72:8 73:14 82:25
83:3,7,8,8,10 100:4
128:22 129:2,6
131:2,3,7,12 133:20
136:15,16 148:8
155:21 160:11
169:5,13 175:3,4
194:7 200:23 201:3
241:3 310:3,4,8,9
324:13 353:15
**possibly (7)**
64:15 99:21 176:16
340:12 354:6,7,16
**post (82)**
9:11 10:15 33:10 62:7
62:14 83:24,25 84:6
87:13,23 88:5 91:23
101:14 104:2,10,23
111:18 114:23
115:14,17 128:13

128:16,19 129:10
133:14 137:15
150:11 151:11
152:4,9 153:3
157:13 162:21
163:18 164:10
165:9 167:3,25
169:18 170:5,20
172:19 178:7 179:3
181:4,7 182:20
183:3,4,23,24
184:11 186:17
188:14,15 199:7
211:10 212:21
213:9 225:23 229:3
229:13,15 254:23
262:14,17 263:18
264:21 286:16,18
287:6 291:8,11,25
292:2 362:13
368:25 405:16
410:2,20 413:22,22
**post-Charlottesville...**
129:22
**posted (101)**
7:21 10:9 17:16 61:16
61:19,25 62:23 80:4
80:5 82:9 87:5 88:3
88:21 91:23 114:4,7
116:7,22 122:2,5,7
128:22 129:2,6
133:20 135:17,21
136:7,10 137:16
150:12 151:13,17
151:21,25 152:20
154:22 155:25
156:21,24 157:3,21
162:23,24 163:2
165:12,21 167:6,11
168:18,21,25 169:5
169:9,13,16 171:25
173:2 181:18
182:17 188:5,15
189:10 198:10,16
200:12,24 201:4
212:10 229:7,10
232:20 257:7,10,13
259:19,23 263:10
263:16 265:2,7,11
266:10 273:4 274:2
274:5,8 277:8,12
291:11 360:19
361:3 362:8 373:4
406:24 407:4,17
409:23 410:15
411:18 412:6

**posting (19)**
7:9,10,13,17,18,19,25
8:8,14,25 81:25
116:16 137:13
151:3 164:22 170:8
189:10 360:24
361:6
**postings (20)**
7:6,7,8,12,24 8:6,10
8:11,13,15,21,22
9:10 61:22,24 62:16
62:17,20 63:2 81:23
**posts (22)**
83:21 103:23 121:15
145:23 169:12,25
170:2,12 171:2
178:4 199:19
208:22 210:11
211:8 216:2 228:25
233:13 259:16
290:23 292:15
410:21 413:20
**potential (1)**
234:18
**potentially (13)**
72:11 138:7 163:5
350:2 352:22,25
353:9,25 354:13
355:3 391:24
399:19 404:14
**POW (1)**
93:22
**power (1)**
420:5
**POWs (9)**
92:2 94:4,11 164:12
164:14 167:4 181:8
182:4,6
**preceding (1)**
425:11
**premeditated (1)**
98:6
**premises (2)**
319:10 329:16
**preparation (4)**
26:11 31:22 32:7,10
**prepare (2)**
26:8 27:12
**prepared (1)**
353:11
**preparing (1)**
247:6
**presence (3)**
231:11,16 232:14
**present (3)**
4:9 202:3 333:17

**preservation (3)**
9:14 260:5 269:19
**preserve (39)**
54:18 119:10 120:4
120:11,17,22
121:12,22 145:19
145:25 146:10,20
146:23 147:3
154:22 167:10,23
171:25 231:7
259:22 260:10
261:5,18 269:7,12
275:5 281:11 297:4
297:8,17 299:23
317:7,15 371:7,22
372:9,14,15 373:3
**preserved (12)**
202:14 207:8 219:8
256:21 259:25
260:6,9,12,25
261:10 317:22
372:12
**preserving (1)**
333:13
**president (2)**
25:20 115:18
**press (4)**
68:14,19 221:7,22
**pretty (9)**
140:12,14 158:12
191:16 192:7
267:18 269:5 288:2
417:18
**prevented (1)**
319:8
**previously (1)**
16:14
**priest (1)**
177:25
**primarily (12)**
28:9 45:9 72:24 88:25
157:10 193:12
194:6,9 339:24
390:10,11 391:12
**primary (1)**
130:7
**principles (1)**
277:14
**print (2)**
213:11 215:12
**printed (3)**
215:11,20 216:19
**printer (7)**
215:13,16 216:6,9,15
216:19,24
**printout (2)**

8:19 225:11
**prior (48)**
15:17 27:4,7 42:19,25
43:13,18 44:2,5
48:18 49:8 50:2
52:3 54:9 56:3,10
60:18 76:23,25 77:7
77:9 113:6,8 121:11
121:20 122:15
129:24 132:3
145:11 146:17
152:23 155:16
158:5 186:17 245:6
313:21 338:16
343:13 368:15
378:5 379:8 382:14
394:11 396:12
399:18 400:7 405:3
405:17
**prison (4)**
184:21 363:7 417:11
418:10
**prisoner (2)**
93:23 95:17
**prisoners (12)**
95:20,23 96:2,3,5
99:12,13 102:2,5
182:4 184:3 254:23
**private (21)**
80:9 82:24 111:13
121:16,18 122:11
131:21 133:24
152:15 209:5,20
210:6,16,19 211:2
212:9,11,20 394:10
395:25 398:9
**privilege (1)**
419:16
**pro (4)**
6:14 332:12 333:3
372:3
**probable (2)**
310:10,11
**probably (32)**
17:11 18:23,24 27:10
31:4 36:3,4 50:6
67:4 82:18 96:3
100:8 126:14 138:3
158:3 174:13 189:4
240:20 266:9 270:3
300:13 310:11,11
329:7 332:8 335:25
370:20 404:25
414:21 415:2
416:25 417:20
**probation (1)**

326:16
**problem (3)**
124:4 160:5 414:5
**problems (1)**
214:13
**procedure (1)**
324:15
**proceed (1)**
393:13
**proceeding (1)**
392:15
**proceedings (3)**
321:10 322:2 406:13
**process (17)**
21:4 77:20,23 78:5,20
88:2 120:25 148:8
150:14 153:20
319:22 340:2,11
373:8 376:25 391:8
420:23
**processing (1)**
176:22
**procured (1)**
253:19
**produce (16)**
22:8 50:9 149:23
154:4,10 192:11
220:10 232:18
260:13 284:18,23
297:20 366:2 379:9
391:2 395:24
**produced (6)**
193:17 394:18 395:7
395:10,15 396:7
**producing (1)**
193:4
**production (8)**
6:18,24 9:14 58:17
146:15 161:11
260:18 280:20
**profile (2)**
30:15 209:16
**progress (1)**
227:18
**prohibited (1)**
424:14
**prohibitive (2)**
89:9 376:24
**project (5)**
88:16 210:9 212:7,12
233:19
**projects (1)**
89:2
**prolific (1)**
257:25
**promised (1)**

210:22
**proof (1)**
135:25
**propaganda (6)**
192:15,24 193:4,10
193:17,25
**propagandist (1)**
193:6
**proper (1)**
371:20
**properly (5)**
368:13 369:23 370:2
370:25 390:23
**property (4)**
319:21 327:23 329:8
330:8
**proposing (1)**
394:11
**prosecutor (1)**
321:16
**Protect (1)**
244:16
**protective (2)**
319:5,7
**protest (1)**
95:9
**protesters (1)**
97:19
**Proud (1)**
273:22
**prove (1)**
340:2
**proves (1)**
98:6
**provide (15)**
25:16 27:22 77:13
88:13 100:10
107:19 130:11,16
154:14 220:3
313:24 369:18
374:15 424:12,15
**provided (12)**
24:7,9 25:25 27:19
110:14 207:15
218:21,25 219:14
219:19,25 230:22
**provider (6)**
313:23 314:5,10
315:16 332:4
341:25
**providers (2)**
232:10 373:7
**providing (3)**
100:11 356:7 363:3
**public (8)**
3:10 33:10 111:11

121:15 131:19
212:20 346:7
426:25
**publication (4)**
213:12 216:20,23
257:20
**publications (3)**
17:12 214:19 215:9
**publicly (3)**
122:5,7 182:20
**published (7)**
17:6,12,14,21 214:3,8
257:16
**pull (1)**
89:10
**pulled (2)**
233:23 313:14
**purchase (1)**
306:5
**purchased (1)**
86:6
**purportedly (1)**
148:16
**purpose (2)**
286:24 349:3
**purposes (1)**
52:11
**Pursuant (1)**
424:8
**put (24)**
44:12 104:24,25
105:2,5,7,21 106:8
150:9 197:19,22
221:7 252:17
313:10 315:20,21
316:23 346:9,13
354:6 356:18
374:15,19 409:25
**putting (4)**
247:2 311:14 357:8
372:8

---

**Q**

**quarterly (10)**
209:10 213:11,23
214:11,12,15,16
216:5,20 257:19
**quartermaster (2)**
75:6,9
**question (112)**
13:15,19,24,25 20:9
23:25 24:9 25:24
28:12,14 42:11
54:12 58:4 62:14
75:3 78:6,12 83:6
95:7,22,22 96:22

109:16 115:4 120:7
120:13 121:20
125:25 126:3,6,25
127:14,17,20
131:11 139:22
142:3 145:3,7
148:14,23 149:4
154:8,14 159:17
160:20 161:6
174:13 175:17
179:24 183:22
184:24 185:3 186:5
198:23 201:3
204:21,24 205:7
206:5 209:22 210:2
210:3 216:25
218:24 219:9,20
220:15 222:3 224:7
226:20 228:18
231:15 232:24
238:20 240:12
245:20 248:3,11
252:8 255:13 259:5
261:12,13,16
263:14 267:18
269:15 275:15,21
276:7,13 279:17
280:16 281:21
284:21 315:18
320:3 324:24
325:17 355:23
360:12 368:14
369:4,24 370:2
397:6 404:18 408:9
412:5 419:19,25
**questioning (2)**
39:23 230:20
**questions (13)**
13:12 27:9 28:2 58:25
59:5 280:3 335:25
368:12 420:25
421:3,5,7 425:9
**quick (4)**
91:4 182:14 377:21
395:4
**quickly (1)**
21:4
**quote (18)**
84:9 92:2,3,10 104:3
127:12 135:21
170:7 211:25 229:4
234:8 367:4 370:8
391:16 394:9,11
414:4,20
**quoting (1)**
395:14

---

**R**

**R (3)**
11:5 424:2 425:2
**rabbinical (1)**
419:4
**race (1)**
53:5
**Racial (1)**
419:9
**Radical (3)**
296:21 297:2,6
**radio (2)**
25:22 294:14
**raise (5)**
173:21 174:2,8
176:12 177:3
**raised (1)**
174:6
**raising (1)**
149:7
**rallied (1)**
238:13
**rallies (6)**
52:2 235:23 236:8,11
368:15 404:11
**rally (69)**
24:20 25:2 37:16
43:20 44:14 51:23
52:16 62:15 63:21
71:18,20 75:22 77:2
77:4,10 84:23 85:12
86:8 98:13 128:23
134:23 191:22
192:21,24 193:5,18
194:2,5,12 195:10
195:13 196:3
199:11 200:6,10
213:17 214:22
225:16 236:12
237:19 238:14
245:6 247:4,7,15,19
248:5,19 251:9,14
254:4 256:22 272:8
280:12 283:15
285:24,25 289:6
301:22 302:19
313:16,21 363:10
363:13 397:23
398:22 403:4 404:3
404:16
**ramblings (1)**
259:2
**Ramos (11)**
93:18 96:15 103:17
104:4,7,11,20 105:6
164:14 182:8

363:14
**Ramos's (1)**
105:8
**ran (2)**
91:9 265:14
**random (2)**
247:25 382:24
**range (1)**
269:5
**Raphael (1)**
189:6
**rarely (1)**
112:23
**rates (1)**
424:18
**Ray (2)**
1:13 4:14
**reach (4)**
42:3,6 175:11 392:20
**reached (3)**
29:5 42:7 147:7
**read (26)**
29:23 32:10 38:5 49:8
49:10,12 168:11,13
183:13 189:17
224:12,13,14
268:15 279:3
351:24 377:20
385:22 395:4 426:7
426:9,11,13,15,17
426:19
**reading (4)**
50:20 56:3 259:2
291:19
**reads (8)**
385:13 426:7,9,11,13
426:15,17,19
**ready (1)**
103:6
**real (7)**
91:4 182:14 208:2
285:21 377:21
395:4 411:18
**reality (2)**
35:11 214:13
**realized (1)**
404:12
**really (57)**
33:6 37:10 39:12 86:9
99:24 117:18,23
119:13 125:17
131:14 153:15,20
155:23 158:10,14
158:25 170:7,8
172:3 179:16
183:20 184:12

190:12 194:13
234:12 246:23
252:7 265:9 269:6
270:19 275:10,23
275:24 287:22
289:25 298:13
299:2 300:13 301:6
301:7 324:5 326:11
365:3 368:3 379:7
382:24 400:18,23
408:8 412:13
414:17,17 415:7,25
418:11 420:10,13
**reason (16)**
14:10 68:12 105:5,7
125:15 271:11
281:3 314:4,10
426:7,9,11,13,15,17
426:19
**reasonable (1)**
309:23
**recall (518)**
28:5,16 30:8 31:9
33:3,20,23 34:16
36:16,22 37:10
38:16 39:3,12,23
41:8,23 43:2,6 44:6
45:23 46:3,5,8
47:11 48:20,23 49:5
49:7,14 50:3,6,8,11
54:11 56:3,5,13,15
56:17 59:19 60:16
60:25 61:5,18,22
62:3,4,11,16,22
63:2,23 64:14 65:15
65:17 66:2,6,8
67:11,13,19,24 68:9
69:3,7 70:10,15,18
70:19,24 71:8,9
72:7 73:5,13,15,17
73:19,20 74:13,17
75:12,14,23,25
76:10,11,15,22
77:11,15,17 78:4,12
78:16,19,23 79:2
81:4,10 83:11 85:15
86:4 89:4 92:22
99:21 100:7 103:18
104:8,19,20 107:18
110:13 111:22,25
112:21,24 113:10
114:9,25 117:14
119:22,23 123:25
128:15,18,21,25
129:5,9,10,15
131:10,14 132:2,4,7

133:13,16,19,23,25
134:3,9,10,10 135:7
135:11 136:14
137:15,20 138:2,5
138:22,23 140:2,5,6
140:6 142:16,22
143:5,25 144:5
146:21,22,25 147:4
153:11,16,20
155:11,20 156:5
157:2,10,23 158:3
158:13 159:20
161:13,24 162:20
163:6,23 164:5,9,23
165:2,13,16 166:16
166:18 168:23,24
169:4,8,12,20
171:18,23 172:14
173:16,19,23,24
174:4,9,10,17,18,23
175:2 176:6,8,14,17
176:18,23 177:5,8,9
177:16 178:24
180:8 188:3 189:9
189:15 191:20
192:13,16,23 193:2
193:3,19 194:3,4,18
194:20,23 195:11
195:12,15,16
196:10 198:19
199:6,12 200:14,16
200:18,20,22 203:4
204:16 205:2,8
208:14 212:16
213:18,22 214:6,23
215:15,21 216:11
216:14,16,18,25
218:14,15 221:9
223:2,3 225:3,4
226:5,9,11,13 228:7
228:20 231:18,23
232:16 233:8
235:15,20 240:17
242:19 243:16,23
244:3,4,8,14,20,23
244:24 245:13,14
245:16,17,19,20,22
246:11,17 247:9,10
247:13,16,17,22
248:16 250:11,20
251:10,11,15 252:4
252:7,8,11,24 253:8
253:15,16,18,22,25
254:2 259:18
260:20,21 262:2,8
262:10,15,16

263:17,24 264:3,6,9
264:10,18,21,23,25
265:9,13,18,19,21
266:7 268:8,9,12
269:23 274:12,18
274:22,25 277:11
280:13 281:25
282:4,4,7 285:8
286:5,6 287:22
289:7,25 290:6
292:3,6,14 293:2,6
295:9 296:10,13
297:16,25 299:19
299:21,22 301:23
302:2,5,8,22 307:24
308:4,6,7,9,10,16
308:19,22 309:5,8
309:11,18,21 310:2
310:7 311:17,20,22
312:5 318:3 319:19
320:20,23 321:2
322:11,16 324:9,10
324:14,25 325:4,8
325:12,14,19 326:8
328:19 329:5 330:3
330:14,17,20,24,25
331:20 335:3 337:2
338:19,23 339:20
340:20 341:8
359:21 360:24
361:5,6,10,13 362:5
363:12 364:9,23
368:11,22,24 369:3
373:24 374:2,17,21
374:23 375:23
376:2 377:13,24
378:4,11,23,25
379:7 380:6 381:3
382:13,17,20,21
383:2,4,15,22,24
384:18,19,21 386:2
386:10,13 387:8
388:2,4 391:19,22
393:3,5,7,15 395:19
398:23 399:3,4
400:18 401:12
402:24 406:20,21
407:22 408:12
409:21 410:3,14
**receive (21)**
29:19 48:18 57:19
  102:7,10,15 103:16
  104:19 105:16
  106:14 107:6
  149:11,16 218:12
  308:23 309:2

331:15 385:24
386:9 390:4,5
**received (25)**
49:25 56:2 57:8 58:3
  61:10,13 65:2,10
  70:20 72:17 102:25
  103:9 104:22
  110:22 111:2
  251:25 307:20
  309:15 365:23
  374:24 380:12
  382:18 383:14
  388:5 389:23
**receiving (10)**
49:5 56:13 71:9
  104:19 252:4,8
  382:21 383:2 388:2
  389:25
**recessed (1)**
406:13
**recipe (1)**
364:11
**recognize (26)**
38:3 48:12 55:15,25
  57:2,6 156:15
  203:13 220:23
  236:25 263:5,6
  272:22 277:21,23
  282:15,16 291:6
  373:17 374:8
  377:19,20 380:5
  393:25 394:3
  407:11
**recollection (37)**
28:18 31:25 35:23
  40:15 48:3 49:25
  54:8,13,14 61:23
  66:24 140:22
  170:25 174:5
  178:21 201:7
  241:15,20 242:24
  243:3 272:12,13,14
  280:17,18 281:8
  283:23 289:9
  326:18,23 344:5
  357:21 359:17
  379:2 396:13,17,21
**record (81)**
13:11,18 14:14 34:21
  37:23 39:15 47:13
  48:9 50:7 55:11
  56:22 79:4 81:18
  83:17 86:23 91:20
  99:6 103:20 105:10
  105:12 106:11
  115:8 126:18

134:14 135:13
150:22 156:12
163:9 169:22
172:16 177:18
180:17 182:11
185:12,15 188:11
199:14 201:12
203:6 208:19 211:5
215:23 220:20
225:8 228:22
233:10 236:22
240:3 241:19 257:3
263:2 265:23
272:18 277:18
282:12 286:13
291:3 304:14,17,20
305:12 341:16
365:5 373:14 374:4
377:15 379:24
383:6 385:5 392:8
393:18 406:12,16
407:7 408:15
410:17 413:17
421:20,23,24,25
**recording (6)**
34:17,25 35:10
  295:12 415:5
  417:22
**recordings (1)**
294:12
**records (6)**
21:11 226:14,17
  314:25 402:14,16
**recover (9)**
121:2,7 122:19 137:3
  147:11,24 148:5,16
  175:12
**recoverable (5)**
148:11,19,25 149:15
  149:21
**Red (1)**
415:13
**reduced (1)**
425:10
**reenacting (3)**
316:9,20,21
**refer (7)**
89:15 189:3 237:17
  319:7 394:15
  414:22 416:12
**reference (4)**
189:4 283:10,14
  369:15
**references (2)**
52:19 205:25
**referencing (1)**

170:20
**referral (1)**
424:16
**referred (7)**
183:13 196:6 217:3
  243:4 307:17
  414:18 422:11
**referring (19)**
45:2 60:6 81:25 87:17
  94:19 115:22
  137:22 173:11
  179:2 182:7 184:4
  230:5 237:25
  242:11 295:11
  296:11 300:10
  315:2 405:25
**refers (2)**
233:18 305:23
**refresh (11)**
28:18 31:24 35:22
  40:15 48:3 66:24
  170:25 178:21
  198:22 283:23
  302:21
**refreshed (1)**
229:22
**refresher (1)**
194:15
**refused (1)**
420:8
**regard (1)**
44:18
**regarding (12)**
18:25 22:12 25:2
  27:20 337:25
  339:18 348:24
  368:23 384:6
  385:15 387:6
  388:20
**regardless (2)**
13:19 297:9
**regards (11)**
24:20 27:8 44:18
  45:20 51:23 183:7
  183:23 230:21
  297:6 335:25 364:2
**regime (3)**
94:9 95:10,12
**region (2)**
267:13,20
**region2@tradwork...**
242:2,13
**regional (2)**
170:15 207:25
**regular (4)**
161:8 195:9 292:24

425:17
**regularly (2)**
206:12,15
**Regulations (1)**
424:8
**relate (1)**
52:3
**related (21)**
62:20 128:19 160:16
161:10 164:19
173:15 186:16
228:6 254:18 286:7
303:20,23 304:3
307:21 308:8
311:15 345:10
368:16 369:17
414:19,23
**relating (1)**
345:11
**relation (18)**
33:17 40:24,24 71:14
71:15 127:16
130:17 152:9
154:18 159:12,15
179:25 186:2,18
189:16 260:7
364:12 368:21
**relationship (3)**
16:18,21 118:15
**relative (1)**
176:8
**relayed (1)**
145:5
**release (1)**
221:7
**released (4)**
237:14 238:2,7,25
**releases (1)**
221:22
**relevant (16)**
54:19 254:18,19
255:11 324:7 350:2
350:25 351:11
352:22,25 353:9
354:7,14 355:8
371:7,23
**reliable (2)**
273:11,13
**religion (1)**
53:6
**relying (1)**
370:23
**remain (2)**
167:15 232:12
**remedy (1)**
186:21

**remember (39)**
45:12 68:6,12 77:20
77:23,25 78:24
139:19,20 141:2
154:6 173:14
234:10 236:18
253:21 265:20
277:4 284:25 285:4
295:3 302:10,13
306:18 326:4,9,11
326:12 339:21
340:21 350:11,24
351:8 354:7,17
362:23 375:3
384:24 387:13
399:7
**remembered (1)**
151:24
**remembering (1)**
381:6
**reminder (2)**
209:17 286:19
**removal (2)**
394:12 395:17
**remove (1)**
232:10
**removed (4)**
305:21 367:7 370:10
373:7
**rent (2)**
250:18 253:7
**rental (1)**
253:6
**rented (4)**
249:8 253:22,24
398:9
**repaired (1)**
331:9
**repeating (1)**
234:22
**rephrase (1)**
13:16
**replaced (2)**
333:8,11
**replacing (1)**
413:7
**report (4)**
144:15,18,21,24
**reported (2)**
2:23 425:8
**reporter (9)**
3:10 11:24 12:16
13:10 225:14
424:10,16,24
425:25
**reporting (11)**

11:23 12:2 424:8,11
424:12,12,13,15,15
424:16,18
**reports (2)**
87:19 88:12
**represent (6)**
13:6 33:16 368:13
370:25 372:4
425:12
**representation (2)**
119:5 128:2
**representative (1)**
424:11
**represented (12)**
25:5,10 39:21 40:16
40:21 45:25 46:7,14
125:8,20 126:8
379:19
**representing (4)**
21:22 40:6,7 372:3
**Republicans (1)**
94:6
**request (27)**
6:24 22:2 49:18,19
51:8,24 52:24 53:4
53:8,14 57:16 66:14
147:18,20,24
184:17 225:14,24
226:3 258:19
351:25 357:2 364:4
367:2 369:22 370:7
371:5
**requested (8)**
22:4 25:19 51:19,21
130:11,15 370:21
373:2
**requesting (1)**
49:20
**requests (20)**
6:17 48:24 50:25
52:23 53:11 54:21
56:19 58:16 60:7
146:15 184:18
298:2 351:6,23
365:23 366:12,16
367:20 370:15
371:9
**required (10)**
120:3,11,16,22
165:11 183:8
185:22 186:7 280:3
349:12
**requirements (4)**
119:3 185:2 333:12
370:22
**requires (2)**

153:13 188:4
**rereading (1)**
241:12
**resetting (2)**
333:7 334:4
**resigned (1)**
107:14
**resistance (1)**
301:17
**respect (5)**
41:9,18 127:9 289:5
295:15
**respectfully (1)**
420:13
**respond (5)**
384:17 386:11 387:20
387:24 388:10
**responded (2)**
389:23 411:5
**Respondent (5)**
394:9 397:20 401:5
403:24 404:2
**Respondent's (1)**
10:7
**responding (1)**
222:18
**response (23)**
29:7,19 59:12 101:5
102:18 104:7
105:16 106:14
118:21 119:4
142:10 149:11,14
175:21 340:22,23
340:25 341:9
356:14 360:10
363:21 367:2
385:17
**responses (13)**
6:22 58:16 59:17
104:3 114:12
118:13 132:11
355:14,21 365:9,13
366:10 370:13
**responsibilities (2)**
222:2 367:25
**responsibility (2)**
99:12 297:8
**responsive (28)**
54:20 154:10,17
167:19 175:22,24
220:3 257:23 258:5
258:22 259:8
305:20 344:21
345:13 346:4 352:4
353:25 354:3 355:3
355:9 360:10

366:12,15,24
367:19 371:9
376:10 378:16
**rest (2)**
263:20 312:11
**restaurant (1)**
287:17
**restore (3)**
143:2,7,18
**restrained (3)**
295:6,15,18
**rests (1)**
98:2
**resubmit (1)**
358:7
**result (2)**
313:4 425:20
**retain (1)**
379:14
**retrieve (5)**
112:15 132:23 143:3
323:18 324:3
**return (1)**
319:4
**returning (2)**
319:10 327:24
**Reverend (1)**
115:17
**review (13)**
19:2 20:12 31:21
36:14,17,20 46:7
183:24 268:13
338:9 345:24 358:7
358:10
**reviewed (11)**
32:7 36:25 56:7,10
57:12 59:16 268:10
298:4,6,7 357:10
**reviewing (3)**
54:8 56:9 356:16
**revoked (1)**
326:16
**Revolt (1)**
415:14
**Revolution (1)**
415:13
**Richard (8)**
1:10 5:4 16:5 69:8
70:8,11 263:19
401:7
**Richmond (1)**
5:13
**Rick (1)**
287:16
**ride (1)**
291:21

**Rifle (1)**
415:14
**rifles (1)**
302:15
**right (703)**
8:17 22:23 23:3,23
24:2,3 25:3 29:13
30:11,19 31:14
32:17 33:2 34:2,5,8
34:11 35:4 36:8,11
37:16,16,19 38:5,8
39:7 41:10 42:20,25
42:25,25 43:13,15
43:18 44:3,5,5,11
44:14,21 45:3,3
47:6 51:5,10,13,16
51:18 53:12,15,19
53:23 54:5,24 55:8
56:10 58:11,20,23
59:2,5 60:3,9,10,12
60:15,18,24 61:4,8
61:17 62:15 63:4,7
63:9,12,15,15,18,18
63:21 66:20,22
71:18,18,19 72:10
75:11,11,22 76:16
76:18,25 77:4,9,14
78:14,22 79:18,24
80:5 82:9 84:7,11
84:14 85:12,17,20
86:8 87:7 89:13
91:2,14 92:11 93:4
93:5,12,14,16 96:13
96:20 97:9,21 98:8
98:13,13 99:4,13
100:15 101:15
102:5,8 105:4
106:23 107:4
108:18 110:6,9
111:11,15,18,21
112:2,5,6,7,18
113:6,9,12,15,21
114:5,8,11,12,19,21
114:24 116:4,8,16
116:19,22 118:14
118:21,25 119:7
121:5 122:2,8 123:8
124:19,24 126:2,7
127:7 128:11,23
131:5,19 132:3,6,16
133:15,18,22
134:23 138:9 139:3
139:7,8,13,14
140:19 142:11
145:13,16 147:8,15
147:21,25 148:11

148:19 149:20
150:12,16,19 151:8
151:18,23,23 152:5
152:7,23 153:14
154:23 155:5,13,16
155:16,19,19,22
156:3,4,20 159:24
160:16,17,21 161:4
161:9,18 162:19,19
163:4,16 164:4,16
164:19,19 165:6,9
165:19 166:3,12
167:8 168:9,16,19
169:7,15 170:17,23
171:22 172:10,13
172:13,19 173:9,18
173:22 174:3,6,8,16
174:25 175:7 177:4
177:15 178:5,8,14
178:19 179:11,18
179:23 180:10
181:14,24 183:19
184:6,15,24 185:6
185:20,24,24 186:5
186:9,13,24 187:5,8
187:12,15 189:25
190:3,10 191:2,5,22
192:9,12,18,20,25
193:5,8,18 194:5,12
194:17,22 195:10
195:13 196:3,6,20
196:20,22 198:11
199:5,11,19 200:6,6
200:10 203:17
205:4,11,25 207:12
207:17 208:2,3,4
209:11,13 211:11
211:16,20 212:11
213:2,2,3,5,12,17
213:17,23,25 214:9
214:10,11,21 217:9
217:11 218:8,22
219:2 221:4,5,8
222:7,9,10,24,25
224:22 225:2,2,16
225:21,25 226:17
226:21 227:15
228:10,12 230:24
231:3,4,20 233:25
234:4 235:3,12,18
235:21,25 236:4,5
236:15,19 238:17
239:2,3 240:10
241:11,21,22
242:18,21 243:6,11
244:6,22,25 246:12

248:5,19,19 249:3,3
249:12 250:7,22,24
251:2,5,9,13 254:4
254:18,20,21 255:2
256:17,22 257:6,9
257:12,14,17,20
258:2,8,18,24 259:9
259:10,12 261:15
261:23 268:14,21
271:16 272:3,8,12
272:15 273:7,13,23
273:24 274:10,13
274:17 275:3,9,15
277:9 278:5,13,16
279:13,25 280:3,7,9
280:12,14 281:24
282:3 283:14,18,21
285:6,23 286:8
287:18,21 288:7,20
288:22,25 289:6,10
289:16,24,24 290:4
290:9,9,12,24
291:12 292:2,19,23
293:24 294:8,23,25
295:24 296:3,5,6,14
296:15 298:5,8,11
299:18 301:22
304:25 305:24
306:17 307:5,21,25
308:8,24 309:3,16
311:6 313:16,21
314:2,6,20,23 315:7
315:10 318:18,21
318:23 319:9,11,13
320:8 321:5,10,18
322:18,20,22
323:22,24 325:23
326:2 329:10,19
331:14,24 332:14
332:15 333:22
334:22 335:2,19
338:20,21 344:14
344:18 345:24
346:5,10 347:18
348:8 349:6,10,15
349:18 350:2,17,20
350:23 351:3 352:4
352:14,15,16,22,25
353:8,16 354:14,21
354:24 355:18
356:4,8,11,13,16,20
356:23 357:4,7,12
358:4,11,16,21,24
359:8 360:17
361:17,20,23
362:22 363:10,15

363:18,18,21,24
365:24 366:4,7,12
366:16,24 367:9,12
369:6 370:18,19
371:9 372:21,24
373:5 377:6 378:6
378:13,17,22 380:9
380:13,19,19,22
381:13,19,21,23
382:2,6,19 383:20
384:9,15 385:8
386:23 387:2 388:6
388:8,16 389:7,10
390:5 395:8,16,20
396:2,18,24 397:12
397:16,25 398:17
399:16 400:13
401:9,19 403:7,7,10
405:4,18 406:19,21
407:13,18 408:6
409:2,15,18 410:10
411:3,7,14 412:14
412:17 413:3,12,23
414:8 418:8 420:19
**rights (4)**
95:4,6 116:13 263:20
**rightstuff.biz (3)**
165:19 166:6 167:18
**RNs (1)**
243:14
**Robert (7)**
1:13 4:14 328:2,7,9
328:16,24
**Roberta (1)**
419:14
**Roberts (1)**
4:10
**Robin (2)**
5:18 11:21
**role (2)**
86:13 276:22
**rolled (2)**
208:12 209:21
**Roman (1)**
197:16
**ROMERO (1)**
1:7
**Roof (5)**
93:14 98:18,25 101:4
106:15
**Roof's (2)**
99:7,11
**room (2)**
252:17 327:23
**rough (4)**
256:19 396:5,20,22

**Roughly (1)**
359:23
**rounds (2)**
245:5 246:15
**Rousseau (2)**
73:6 74:5
**rude (2)**
105:4,8
**ruled (1)**
25:21
**rules (2)**
13:8 424:8
**rumblings (1)**
400:8
**run (3)**
235:3 271:21 275:7
**running (3)**
170:14 269:9 410:11
**Russian (4)**
111:9 171:9 188:19
189:7

_____

S

**S (3)**
11:5 424:2,2
**S-L-A-V-A-R-O-S (1)**
171:15
**sad (3)**
40:13 151:5 181:17
**sadly (2)**
172:24 173:13
**safe (3)**
194:9 355:5,6
**Satanic (2)**
417:12 418:12
**satisfy (1)**
260:18
**Saturday (6)**
237:14 239:8,14
248:19 269:6
286:21
**save (2)**
303:17 411:25
**saved (1)**
255:15
**saw (3)**
68:16 292:2 383:18
**saying (38)**
22:25 23:15,20 36:10
49:24 71:16 78:19
99:25 113:19 145:5
145:22 156:8
164:21 180:12
212:4 239:12
248:12,14 252:2,5,9
279:23 280:6

308:10 315:6 322:7
327:15 337:12
341:8 346:10
351:22 357:23
393:5 398:14 399:7
400:6 401:15
405:16
**says (23)**
49:3 66:17 82:2,3
114:15 149:20
164:12 211:13
225:21 229:13
238:24 273:22
278:12,15 305:17
354:11 375:4
380:18 381:25
384:4,13 392:19
395:16
**SCA (2)**
380:22 382:11
**SCA@bsfllp.com (1)**
380:19
**scared (1)**
100:9
**schedule (2)**
200:17 248:15
**scheduled (3)**
248:17,24 249:2
**Schoep (6)**
1:18 68:21 279:4
283:4,7 415:22
**school (1)**
130:8
**scope (1)**
364:2
**screen (21)**
7:22 8:7 79:9 121:25
134:18 135:16
145:12,15,23
147:18,23 148:4
149:17 151:3
163:12 178:4
180:25 313:7 331:6
331:11 410:23
**Screenshot (1)**
8:12
**scrum (1)**
388:4
**se (3)**
263:6 275:10 372:3
**SEA (1)**
421:18
**search (7)**
23:18 255:4,7,8 258:4
258:21 259:6
**searched (1)**

352:21
**second (14)**
15:25 127:22 128:8
129:11 130:9
183:18 230:7 241:2
274:4 328:22
334:19,21 351:2,8
**secondary (1)**
186:2
**seconds (3)**
170:13 176:7 211:18
**secret (2)**
203:21 303:10
**secretary (1)**
225:21
**section (9)**
199:9 200:9,12,24
201:4,8 205:11,13
205:17
**secure (4)**
229:8,12,25 317:7
**security (18)**
103:7,14 106:9
237:14 239:8 243:6
243:10,24,25 244:2
244:4,9,12,15,19,22
244:25 316:8
**see (76)**
17:16 20:22 22:6 29:6
30:3 50:13,18,20,25
52:5 67:23 68:3,4
79:8 83:24 84:2,4
87:3,5,7,9 88:13
111:17 123:2
141:19 142:25
143:14 150:25
151:13,17 154:17
159:14 165:8,22
167:6 170:10
175:11 183:21
188:4,8 203:11
212:13 214:14
224:2 234:14
241:24 244:18
256:13,19 262:14
265:7,11 276:21
283:3,9,17 284:22
287:4,12 288:4
289:4 290:23
292:10 313:2 329:4
345:24 347:19,22
383:10 385:20
388:8 392:12,19,24
414:12 415:9
**seeing (5)**
73:8,22 184:12 388:4

392:5
**seemingly (1)**
404:9
**seen (19)**
40:3 51:22 73:9
113:20,24,25 122:6
122:10 159:16
239:18 254:4
262:16 263:23
266:5 278:8 374:22
383:22 399:25
402:16
**self-employed (2)**
15:11,17
**Senate (1)**
197:13
**send (48)**
20:2,11 46:4,6,16
57:13,16 60:17 61:2
80:9 89:17,21 96:5
101:23 107:6,24
109:14,18 110:8
111:10 127:3,25
131:18 133:24
147:17 152:15
191:8,12 221:13
227:4 240:10,12
256:18 289:4
308:23 309:2,24
310:5,12 311:3
317:10 331:18
334:25 338:11
343:10,13 380:18
395:22
**sending (15)**
49:9,13 50:2 54:10
68:6 71:9 92:10
95:14 101:15
309:19 368:22
381:12 382:8
384:19 395:20
**sends (1)**
174:15
**sense (3)**
104:9 406:25 407:5
**sent (98)**
18:17,25 19:4,7,10
20:6 30:4,16,19,22
31:23 32:3 47:24
48:15,19 49:11 50:4
56:4,5,7 57:12,21
61:10,13 64:10,22
65:10 70:19 72:6,9
81:13 82:17,23
89:16 91:16 99:3,15
108:8,12 110:22

111:2 122:11
126:21 143:19
147:23 148:3,9,15
149:2,17 174:23
191:4,17 226:24,25
227:12 239:17
240:11 254:7,14,15
256:25 257:4
287:13,19 288:5
289:8 298:7 307:20
309:14 332:13
343:16 345:23
346:2 352:6,10,24
353:6 358:9 362:3,6
362:9,18 369:16
373:25 388:3 395:6
395:12 396:4,7,11
396:14,15,23,23,25
397:3,15
**sentence (1)**
321:4
**sentenced (1)**
184:21
**separate (8)**
52:10,10 126:24
157:18 163:20
219:17,22 284:5
**separated (1)**
138:14
**separatism (1)**
258:20
**September (14)**
209:4 212:13 233:15
233:22 319:24
320:4,18,22,25
321:16,22 322:17
327:7,13
**sergeant (2)**
402:4,7
**series (4)**
99:9 245:4 246:15
368:2
**served (3)**
37:18 48:25 119:15
**server (23)**
227:20 228:6,9,10,14
228:19 229:11,21
230:14,17 231:5,8
360:16,20,22,24
361:3,6 405:8,9,10
405:14,17
**serves (1)**
282:2
**service (9)**
153:17 165:12 232:10
313:23 314:5,10

315:16 373:7 408:3
**services (2)**
424:13,15
**set (24)**
6:17,20 55:19 77:24
106:25 107:12
108:23 109:8,16
110:2 217:17 218:2
219:15 224:10
233:7,22 234:5,8,15
303:5 384:14
385:17 405:10
413:20
**set-up (5)**
77:20,23,25 78:20
153:20
**SETH (1)**
1:4
**sets (1)**
126:14
**setting (3)**
384:20,22 385:15
**settings (2)**
390:14,20
**seven (4)**
132:9 306:17 355:18
413:25
**share (5)**
90:17,19,22 91:4
94:17
**shared (8)**
19:9 90:13,15,24 91:7
215:7,8 240:20
**sheet (8)**
124:17,21 125:9,18
125:21 126:9
127:13 426:2
**sheets (3)**
125:12 126:13,24
**sheriff's (1)**
323:15
**Shoah (2)**
300:16 301:3
**shooter (1)**
98:19
**shooting (1)**
99:7
**shop (1)**
215:12
**short (1)**
177:10
**shortcoming (1)**
360:5
**shortcomings (1)**
365:17
**shorting (1)**

333:7
**shortly (3)**
178:18 301:22 332:5
**shot (18)**
7:22 8:7 79:9 81:22
134:18 135:16
147:18,23 148:4,7
148:21 149:17
151:3 163:12
169:25 178:4 181:2
199:18
**shots (4)**
121:25 145:12,15,23
**show (24)**
37:21 40:2 83:19
115:10 147:24
148:12 209:16
236:24 239:4,12,14
239:15 248:10
249:14 287:16
288:19 299:2 387:9
402:16 407:9
408:17 411:21
413:19 415:25
**showed (6)**
249:16 250:9 251:17
252:12,13 264:17
**showing (54)**
37:25 39:17 47:15
48:11 55:13 56:24
79:6 81:20 86:25
91:22 103:22
126:20 134:16
135:15 137:17
150:24 156:14
163:11 169:24
172:18 177:20
180:19 182:16
188:13 199:16
203:8,10 208:21
211:7 215:25
220:22 225:10
228:24 233:12
238:3 252:18 263:4
265:25 272:20
277:20 282:14
286:15 291:5
305:14 362:12
373:16 374:6
377:17 380:3 383:8
385:7 392:10
393:20 410:19
**shown (2)**
264:13 377:22
**shows (5)**
163:24 256:6 362:14

417:11 418:11
**shut (11)**
32:12 81:8,12 126:15
127:21 172:24
173:12 175:9
176:21 272:4,15
**shutting (1)**
209:7
**shuttle (1)**
404:13
**sic (2)**
290:15 393:20
**side (4)**
94:12,13 95:5 338:5
**sideways (2)**
95:10 327:19
**sign (9)**
77:12 112:9,15
199:23 204:14
207:21,22 229:5
313:22
**sign-up (1)**
78:5
**Signal (2)**
30:25 353:16
**signature (6)**
58:8 374:12,16,19
380:24 426:21
**signed (10)**
58:10,13 59:16 78:15
338:25 366:19,20
366:22 377:5 380:7
**significance (1)**
323:5
**significant (2)**
333:10 419:7
**signing (2)**
205:4 381:3
**signs (1)**
204:22
**silence (1)**
25:22
**silly (1)**
137:8
**similar (3)**
128:11 136:24 281:19
**simple (1)**
117:18
**simply (4)**
186:3 219:7 341:3
391:7
**Sines (4)**
1:4 11:10 13:6 426:3
**single (31)**
129:10 137:15 244:8
244:9 254:2,15

264:21 292:18
311:15 344:12
348:3 349:13
351:19 353:3
356:11,13,20,22
357:15 358:15
364:17 368:22,25
370:6 372:20,23
379:9 391:2 395:24
417:9 418:8
**sir (3)**
34:24 292:13 421:8
**sit (14)**
36:11 113:23 163:6
193:16 206:18
213:7 241:20
242:24 243:3
269:11 284:4 344:6
376:5 396:13
**site (10)**
111:6 165:13 172:9
202:8 231:21,24
233:20 263:11,16
275:7
**sitting (6)**
62:21 76:12 77:17
98:11 235:20
236:17
**situation (8)**
96:16 98:2 136:24
181:17 324:17
336:3 376:16 391:9
**six (11)**
20:5,25 117:19
139:18 210:10
278:21 328:5
339:23 355:16
394:6 397:19
**skips (1)**
355:17
**skulking (1)**
329:8
**Skype (1)**
354:21
**Slavaros (4)**
171:11,12,14,16
**sleep (1)**
26:10
**slip (1)**
217:22
**slipped (1)**
365:21
**slur (1)**
416:18
**small (2)**
331:17 360:21

**SMS (1)**
356:2
**soccer (1)**
298:25
**social (65)**
27:23 53:9 54:5 61:16
61:20,25 62:23
65:16 67:12 69:6
75:7 76:3 94:21
103:7,14 106:9
111:5 117:8,22
119:10 123:20
131:15 141:20
142:6 168:9 175:22
175:23 189:20,21
257:14 263:11,12
263:13,16 264:2,10
264:19,22 265:3
266:11 268:7,10,19
268:25 269:8,13,20
290:20 291:16
292:5,12,18 316:8
348:24 353:25
354:11 356:2 360:9
366:6 368:8 373:4
378:9,21 389:12
419:16
**socialism (3)**
246:9,10 301:20
**Socialist (12)**
1:18 107:13,23
108:16 115:19
116:2 128:14 129:7
157:22 279:5
415:14,17
**society (1)**
419:6
**Sol (3)**
1:19 74:18 197:11
**sold (2)**
15:19,20
**sole (1)**
381:9
**somebody (14)**
18:12 85:4 166:19,22
170:6 174:15 178:7
192:14 193:4
218:18,18 242:6
308:11 410:23
**Somewhat (1)**
192:5
**soon (1)**
84:9
**sorry (39)**
20:8 25:5 40:14 43:8
44:23 46:25 50:17

70:5 130:14 141:24
151:16 177:24
179:9 180:21
186:14 187:11
188:16,24 197:20
202:18 203:8
223:23 255:7
272:20,21 311:11
327:18 334:20
339:4 340:24 355:5
355:7 364:3 366:18
403:20 408:5
413:20 417:2 421:6
**sort (16)**
35:13 52:15 83:5
109:8 133:14
176:23 192:12
204:7 251:25 252:4
254:3 275:24
288:20 289:4
303:19 379:15
**sorts (3)**
288:6 307:24 386:7
**sound (1)**
257:3
**sounding (1)**
241:14
**sounds (12)**
93:5 112:6 208:3
213:3 234:4 241:13
257:6,12 259:10
295:13 298:9 389:8
**sources (4)**
18:6 56:19 232:7
349:5
**South (7)**
1:18 17:22 98:20,24
99:8 279:8 415:16
**space (1)**
79:20
**spaced (1)**
382:8
**spam (4)**
173:3 382:23 390:22
390:22
**speak (20)**
26:11,18,23 41:5,17
41:21,24 73:24 74:2
74:5,8,11,15 102:13
120:20 143:10
145:8 206:12
235:10 328:9
**speaker (2)**
166:21 180:21
**speaking (10)**
69:24 195:16 296:13

69:24 195:16 296:13 309:9,11 326:12 329:18 391:13 400:19,21

**specialist (1)**
11:22

**specific (5)**
61:22,24 71:14 118:16 178:25

**specifically (20)**
26:19 27:21,25 28:13 41:18 68:6 189:5 222:4 235:12,17 260:4 309:5 340:17 340:20 341:9 343:5 366:13 369:15 397:20 399:5

**specifics (22)**
20:17 22:21 36:22 61:18 62:11,13 100:7 119:2 156:5 165:11 193:2 194:14 203:4 212:16 225:3 234:5 234:21 290:2,7 319:20 325:12 326:13

**speech (4)**
157:15,17 409:15,18

**speeches (4)**
63:14 84:24 409:12 410:6

**spell (1)**
171:14

**Spencer (12)**
1:11 5:4 16:5 69:8 70:8,12,16,20,22 263:20 401:7 415:21

**spend (3)**
176:4 268:18,25

**spending (1)**
269:3

**spent (2)**
137:13 360:4

**spirits (1)**
100:21

**SPLC (1)**
182:21

**spoke (17)**
18:21 22:4,23 23:2 26:13 34:14 35:23 43:22 75:19 143:14 145:4 197:2 289:23 292:7 299:17 338:24 402:8

**spoken (25)**
21:12 22:11,15 27:11 27:14,16 28:9,10,21 28:24 29:3,9 31:19 40:23 63:6,11 68:21 69:8 71:16,23 75:21 101:7 196:17 206:15 235:5

**spokesman (1)**
190:25

**spouse (1)**
141:3

**spread (1)**
267:17

**St (1)**
409:14

**stack (1)**
82:5

**stand (3)**
239:21 295:22 418:25

**start (12)**
11:8 13:7 26:21 233:2 261:21 292:25 293:4 307:11 315:16 329:8 373:8 393:14

**started (2)**
33:15 319:13

**starts (1)**
403:23

**state (15)**
3:11 14:13 47:20 54:17 84:21 98:3 99:6 127:6,9 194:7 328:23 330:7 401:5 424:4 425:4

**stated (5)**
132:11 394:5 397:18 400:25 425:8

**statement (3)**
277:13 350:5 367:12

**statements (2)**
377:2 419:13

**states (12)**
1:2 3:7 11:12,17 50:13 58:14 152:4 263:19 323:11 375:6 381:8 383:17

**station (2)**
401:20 403:3

**status (2)**
16:17,18

**stay (6)**
41:20 42:14 250:6,13 252:5,21

**staying (7)**

249:15,22,24 250:6 251:9,13 252:10

**Steam (1)**
123:24

**step (5)**
145:25 291:20 321:25 366:18,18

**step-father (1)**
304:9

**steps (28)**
121:21 122:14 154:21 167:10,22 168:5 171:24 219:5,10 231:7 259:22 261:5 261:18 269:7,12 275:5 281:11 284:17 297:4,17 299:23 315:13 317:21 371:6,22 372:9,15 373:3

**Sterie (1)**
178:8

**Stern (3)**
115:18,24 116:4

**Stern's (1)**
116:10

**stick (3)**
302:16 414:11,15

**sticks (1)**
68:17

**stipulation (2)**
9:13 354:13

**stood (2)**
95:3 263:20

**stop (5)**
81:7 182:22 229:23 312:4 346:24

**stopped (2)**
312:13 404:20

**store (1)**
346:16

**stored (2)**
285:14 347:5

**storing (4)**
317:2,4,6 347:4

**storm (2)**
93:14 129:20

**Stormer (25)**
7:19 150:2,7,12,16 151:4,7,11,22,25 152:13,16,23 153:7 153:10,13,22,25 154:3,7,9,16,23 350:10 358:21

**story (5)**
97:6 104:14,15

330:22 331:3

**strategy (5)**
18:23 20:18,25 340:6 340:8

**stream (1)**
31:13

**Street (7)**
3:8 5:12 11:18 316:19 328:25 329:2,4

**stressful (2)**
323:7 365:19

**strong (1)**
222:5

**struck (1)**
302:15

**structure (1)**
276:20

**students (1)**
271:20

**stuff (20)**
35:17 38:21,22,23 39:4 87:25 103:8 170:8 228:2,14 233:16 258:14 313:10 316:9,10 328:13 345:5 354:6 379:5 414:11

**stupid (1)**
312:19

**style (1)**
420:3

**subculture (1)**
66:11

**subject (4)**
37:12 159:12,15 380:15

**submit (5)**
185:19 187:5 377:11 378:3,13

**submitted (7)**
20:4 121:4 305:22 335:4 336:23 378:5 382:15

**submitting (1)**
381:6

**subpoena (5)**
314:25 315:2,3,10,12

**Subscribed (2)**
423:3 426:22

**subsequently (2)**
92:19 382:11

**substance (2)**
18:11 26:25

**sue (3)**
416:20 417:6 418:2

**sued (6)**

38:7 236:10 292:20 415:8,9,22

**suffered (1)**
273:18

**sufficient (1)**
317:18

**suing (3)**
416:13 419:8,12

**suit (2)**
37:12,15

**Sun (1)**
403:4

**supply (1)**
59:7

**support (7)**
102:2,4 136:2 184:22 204:9 363:3,8

**supporter (7)**
204:3,5,7,19,23 205:10 230:8

**supporters (4)**
206:22 221:10 223:5 247:25

**suppose (12)**
51:17 52:21 119:8 165:7 169:17 200:11 233:20 282:21 283:16 315:19 379:13 391:4

**supposed (9)**
120:19 246:22,24 247:3 269:17 291:24 319:21 329:9 334:11

**supremacist (1)**
150:10

**sure (57)**
24:4 28:19 29:17 31:17 34:9 36:10 40:18 41:8 51:23 53:16 63:5 82:17 83:13 99:18 107:18 128:4 140:10,12,13 140:14,19,25 153:4 165:23 166:4 171:19 173:2 225:17 228:12 234:3 237:5 240:25 251:6 259:4 268:16 288:8,23 290:6,10 293:2 295:10 308:25 309:4 312:25 332:7 335:23 341:12 343:4 356:9 362:16

386:16 387:17,22
397:5 402:9 407:19
417:21
**surprise (1)**
416:8
**surprised (1)**
252:12
**surprising (1)**
252:19
**suspect (1)**
151:20
**Sven (5)**
300:25 301:2,4,5,10
**Sven's (1)**
301:8
**swear (4)**
12:16 58:15 374:25
375:14
**switchboard (1)**
209:2
**swore (9)**
59:16 349:24 357:11
358:13 362:2
368:17 375:21
376:5,8
**sworn (7)**
12:20 14:3 132:11
360:9 365:9 423:3
426:22
**symbolize (2)**
417:14 418:16
**system (45)**
8:20 91:15,17 94:5
109:8,14,19,25
110:6,9,17 191:7,9
217:2,3,5,6 223:18
225:12 242:15
257:2 258:5 260:7
281:17,19 282:2,6,9
282:23 283:25
284:15 285:7,16
311:2 351:18
359:11 372:12
396:23 397:4
412:14 417:12,13
418:12,13 419:24
**systems (1)**
15:19

_____
**T**
_____
**T (2)**
425:2,2
**T-shirt (1)**
301:12
**tactical (4)**
391:5,16,25 392:21

**tag (1)**
409:17
**take (60)**
13:25 40:19 47:21
48:14 55:17 57:4
79:7 82:11 83:14
84:24,24 85:16,19
85:22 92:13,15
121:21,25 122:14
145:12,15,23,25
146:5 167:10 170:3
171:24 177:20
185:8 231:7,8
259:22 261:5,18
269:7,24 274:4
275:5 281:11
284:17 299:23
304:14 311:5,6,8,15
311:18,23 315:13
317:21 321:25
348:10 349:8 372:9
372:15 373:3
391:17 392:2,22
406:7
**taken (19)**
86:8 99:10 134:21
154:21 158:21
167:22 219:5,9
269:12 274:21
281:5,9 287:9
291:19 297:4,17
354:17 371:6,22
**talk (18)**
20:14 21:8 35:17
106:17,20 158:8
194:25 225:15
228:3 243:21
262:11 285:5
298:11 317:25
361:24 378:6
419:22,23
**talked (10)**
27:22 43:4 44:20,25
45:19 226:10
289:18 290:8 292:9
295:3
**talking (16)**
36:8 61:23 124:16
126:4,13,23 128:5
157:5,8 240:6 248:4
295:16,23 398:8
404:20 405:13
**talks (1)**
254:23
**Talmud (1)**
419:3

**Talmuds (2)**
417:15 418:17
**Tanya (6)**
2:23 3:9 11:25 13:9
424:23 425:24
**tape (2)**
11:8 124:5
**tasked (2)**
86:10 88:15
**tax (1)**
334:6
**team (8)**
221:24 223:7 243:9
243:13,15,17,22
416:5
**tech (9)**
87:25 109:15 143:22
148:20 177:25
209:5 210:15,19
229:23
**technical (3)**
43:9 412:3,21
**technological (1)**
413:7
**technology (9)**
26:6 206:10 234:13
234:20 235:7
303:11,17 413:2,10
**telegram (1)**
30:6
**telegraph (1)**
342:4
**telephone (4)**
4:20 5:15 45:8 46:10
**telephones (1)**
55:8
**telephonic (1)**
385:15
**tell (41)**
14:3 24:22,23 31:4
59:4 86:3 89:3
98:10 118:7,9 119:9
119:21 137:5
146:19 147:2
161:25 191:11
201:24 208:13
238:9,17 239:12
260:2,4,8,11,15
288:20 300:6 318:7
324:6 325:11 326:4
326:9 327:20
330:12 339:21
368:7 376:12
391:15 403:17
**telling (10)**
18:11 36:5 77:21

146:22 245:17,21
245:22 248:21
288:18 341:2
**tells (1)**
249:11
**temple (1)**
419:5
**Temporarily (1)**
178:17
**ten (12)**
26:24 113:5 181:11
257:13 258:5,24
259:7 352:24
353:24 355:9 360:9
368:8
**tenants (2)**
103:6 327:24
**Tend (1)**
380:15
**Tennessee (10)**
2:4 3:9,11 11:2,19
286:21,23 319:6
424:4 425:4
**Tenold's (1)**
287:25
**tense (1)**
211:2
**Tenzer (1)**
384:5
**term (2)**
319:15 413:9
**terms (48)**
18:15,19,22 20:16,17
22:17,21 28:10
39:23 43:21,24
80:19 88:25 94:14
109:13 119:2
158:13 165:11
166:13 191:23
214:25 215:14
226:18 230:19
231:13 234:5,19
247:3,25 255:4,5,7
258:19 267:24
314:17 319:19
321:3 350:3 367:23
372:11 390:16
400:19,21 403:8,11
410:11 411:21
413:8
**testified (6)**
12:21 352:3 406:18
410:8 412:13,16
**testify (4)**
14:8,11 157:24
397:15

**testifying (3)**
212:19 306:22 339:16
**testimony (36)**
54:7 62:21 68:18
77:16 96:25 104:18
119:24 123:3
127:18 130:25
139:16 141:22
142:9 145:21 146:8
212:9 218:19
226:25 227:12
272:6 276:22 284:9
289:3 290:3 292:10
292:13 321:17,20
322:24 351:7
363:11 373:20
397:10 407:20
410:12 422:10
**testing (1)**
212:17
**Texas (3)**
103:4 324:23 327:18
**text (56)**
28:10,17 29:21 30:4,7
30:17,19,21 31:3,7
31:13 41:14 46:16
53:25 60:17 61:2,10
64:10 65:8,10 67:8
68:5,6,24 70:9 71:2
72:13 73:12 75:24
82:3 112:18 196:16
250:24 305:21
307:20 308:14,17
308:20,23 309:2,15
309:19,24 310:5,21
331:19 332:13
334:25 341:10
343:10,13,16,19,23
356:3 368:22
**texted (15)**
28:7,15 65:20 68:10
68:12 70:11 72:23
72:25 73:14 75:10
82:25 83:7 309:6,9
309:12
**texting (3)**
307:25 308:4,7
**texts (1)**
311:3
**Thank (3)**
70:3 82:8 173:2
**Thanks (2)**
13:3 421:14
**That'd (1)**
222:10
**theirs (1)**

267:2
**thereabouts (1)**
332:9
**thereto (1)**
425:10
**therightstuff (3)**
162:13 166:8 300:21
**therightstuff.biz (18)**
7:23 161:14 162:2,5,9
  162:14,18,22,25
  163:13 164:11
  165:4,15 167:11,24
  300:2 350:16 359:2
**they'd (2)**
224:17 390:23
**thing (18)**
95:17 100:21 105:20
  117:18 142:14
  163:20 176:9
  184:20 217:5
  266:20 275:10,25
  302:13 308:4
  325:23 344:23
  420:12 421:14
**things (45)**
27:23 58:2 88:14
  89:23,25 90:2 108:4
  126:4 129:22
  148:22 149:3
  150:11 169:16,18
  169:19 176:23
  192:16 193:20,21
  202:12 220:6,7
  222:15,19 232:6,22
  238:5 265:5 266:22
  285:4 290:23
  298:11 307:24
  323:8 325:7 326:14
  331:17 357:3,19
  365:21 369:15
  386:8 390:22
  399:22 402:5
**think (95)**
15:23 17:3 19:2 21:15
  28:5 33:10 35:18
  52:9,12 55:18 73:7
  96:14 97:23 101:25
  107:2 110:14 113:7
  120:8 124:5 128:11
  130:24 133:12
  146:4 149:10,18
  153:15,16 154:12
  155:23 157:5
  158:25 180:3
  183:20 186:22
  187:16 189:4,23

190:12 194:14
196:4,15 197:10
201:20 214:20
221:9 227:7 235:17
238:5 240:20
248:23 250:9
254:22 263:8 272:9
274:7 279:24
280:24 281:25
284:2 288:3,9,13,16
289:25 297:3
298:22 302:13
305:22 310:8,10
311:10,12 312:11
317:13 318:10
344:22 346:11,21
350:4 351:4 360:21
367:21 368:3
381:18 384:24
386:16,18 390:13
394:17,18 402:4
412:23 415:7 416:7
419:13
**third (7)**
170:5 266:20 305:15
  305:16 334:17
  375:8 401:2
**third-party (10)**
24:5 120:25 121:4
  159:2 165:12
  255:12 256:12
  353:8 375:10,19
**Thirty (1)**
249:17
**Thirty-two (1)**
256:24
**Thomas (2)**
73:6 74:5
**thought (13)**
29:6 84:20 148:7,21
  175:18 176:2
  254:17 255:11
  298:13 355:5
  356:15 358:17
  382:7
**thousand (1)**
130:18
**thread (1)**
165:25
**threads (2)**
189:10,16
**threat (1)**
389:3
**threatened (2)**
389:22 391:3
**threats (1)**

386:7
**three (17)**
18:23 50:12 76:7
  124:6 126:15
  212:15 220:7 236:3
  236:3 257:22 268:3
  342:25 348:13
  355:16 375:9
  385:15 406:9
**three-minute (1)**
406:8
**threes (2)**
245:5 246:15
**threw (3)**
102:22,25 328:13
**throw (3)**
105:3,9 315:23
**thrown (16)**
92:19 105:22 125:24
  126:12 127:10,17
  129:12 318:12
  325:6,15,20 326:7
  326:21 330:10,22
  331:3
**ticket (30)**
8:19 9:9 91:15,17
  109:7,14,18,24
  110:6,16 191:7,9
  217:3,6 223:18
  224:24 225:5,11
  242:15 257:2 260:7
  281:19 282:19,22
  282:23 283:25
  284:15 285:15
  351:18 359:11
**tied (3)**
130:17,21 281:25
**time (153)**
11:20 13:23 21:15
  26:4 36:21 37:2,11
  40:21 41:22 45:19
  45:24 46:7,14 48:4
  49:6,12 59:24 62:10
  65:12 67:20 73:8
  75:4,21 84:19,20
  86:5 88:3 92:17
  100:14 108:11
  112:3 117:21
  118:16 120:6
  122:16 124:9,14
  128:5 135:2 137:9
  137:11,13,15
  138:18,19 139:10
  141:2 142:15
  146:18,19 148:3
  149:2 150:13 153:9

153:11,17 161:19
171:24 175:19
176:8 177:11
184:13 185:12,16
191:2 196:11,25
197:5 208:11 212:8
222:22,24 239:23
240:4,9 251:18
258:23 262:18
266:5 268:18 269:3
269:5 279:22
281:12 287:20
288:15,16,21 304:3
304:17,20 309:18
311:15 312:18
316:18 318:20,25
323:7 326:22 329:3
329:12,17,19 330:5
330:21,25 333:11
348:14,19 350:4
354:16 358:6 360:4
360:6,14 361:25
362:17 364:24
365:10,13,19,19
366:9,19 367:17,24
368:6,7,17 369:9
370:4,17 371:19,25
372:6 376:8 377:5,8
378:16,19 379:20
386:3,5 390:7
399:10,13,14
405:20 406:16
410:7 412:22
421:23 422:14
**timely (1)**
391:14
**times (13)**
21:12 45:12,16 57:17
  75:23 101:8 130:18
  153:19 191:17
  257:8 384:8,11
  385:15
**title (2)**
303:9 409:2
**today (28)**
13:17 14:4 32:8,11
  35:14 62:22 76:12
  77:17 92:3 98:11
  113:23 163:6
  193:17 206:19
  213:8 235:20
  236:17 242:24
  243:4 264:17
  269:11 284:5 298:2
  307:13 339:16
  364:22,24 396:14

**today's (1)**
26:9
**told (35)**
27:21 28:13 44:22,24
  103:4 105:13 118:6
  146:17,18 197:19
  202:16,17,19,21,23
  202:25 234:23
  245:24 260:5,24
  318:14,15 323:14
  325:14,19 326:19
  327:22 330:21
  331:2 340:7 391:20
  391:23 398:5,15
  403:14
**tonight (1)**
87:12
**Tony (21)**
65:6,11 163:21,25
  167:5,7 168:2,4
  190:9 194:21,24
  195:9,13,16,25
  197:18 268:2
  294:10 299:12
  411:20 412:10
**top (31)**
15:24 17:23 21:14
  81:25 87:6 91:3
  106:3,4,5 123:25
  146:13 176:2
  190:14 198:14
  211:10 235:22
  236:20 241:17
  278:7,12 283:17
  286:11 331:4
  346:17 373:19
  380:6,11 381:4
  399:22 410:23
  413:22
**Tor (5)**
231:13,14,25 232:6
  234:3
**Torba (13)**
137:3 143:2,7,9,14,17
  143:21 144:6 145:4
  147:7,11 148:24
  149:9
**torch (8)**
52:16 71:21 398:17
  400:3,7,12,17 414:2
**toss (1)**
103:5
**total (2)**
25:22 255:16
**totally (4)**
140:13 233:16 273:8

291:22
**touch (1)**
194:24
**Towson (1)**
15:7
**track (1)**
382:25
**traction (1)**
179:16
**Trad (1)**
8:12
**Traditionalist (84)**
1:16 4:14 7:21 17:14
34:2,5,15 35:8,24
39:5 52:25 85:6
86:11,14 91:12
101:21 129:3
155:24 156:3,9,22
157:8,12,18 160:15
167:8 169:10,14
171:3 173:15 174:2
189:7,24 198:15,17
199:9 202:10
206:19 207:11,18
213:5 223:4 244:5
244:10 247:7,14,19
248:5,18,25 259:11
261:22 262:3
264:18 266:23
267:9 270:4,11
271:16 274:24
275:17 276:16
279:6 281:6,20
292:23 293:5,19
300:8 303:9 367:5
369:5,11,16 370:9
372:12 394:10
396:2,18 397:3,21
401:6 414:24
415:15
**Traditionist (3)**
204:18,19 236:14
**tradworker (24)**
8:19,24 9:6 10:13
110:6,16 203:14
223:14 224:21
225:5,11 259:12,14
259:23 261:6,19
263:7 266:3,6 282:2
284:3 351:16
359:10 361:7
**tradworker.com (11)**
217:9,14,20 218:7,13
218:22,25 219:6,10
227:21 228:6
**tradworker.org (8)**

91:14 198:3 199:10
200:25 201:5,9
202:14 410:10
**tradyouth.org (11)**
9:7 270:9 271:15
272:7,15,25 274:2,6
274:15,19 275:6
**trained (1)**
379:15
**training (3)**
15:15 18:9 26:5
**transcribing (1)**
13:10
**transcript (6)**
10:6 299:20 302:20
392:14 425:13
426:2
**transcripts (2)**
62:12 103:8
**transferring (1)**
172:9
**trash (3)**
117:13,16 215:3
**trauma (1)**
273:18
**traveled (1)**
99:8
**traveling (1)**
269:4
**trial (9)**
9:16 41:20 98:10,14
100:18 340:2,13
420:3,14
**tried (4)**
28:11 119:12 142:18
314:22
**trip (1)**
354:17
**triple (1)**
248:7
**trips (1)**
316:11
**Trolley (1)**
215:18
**trouble (1)**
181:9
**TRS (4)**
301:11 411:12,21
412:11
**true (49)**
1:24 34:13 58:17
59:17 80:7 84:16
88:10 92:7 93:6,20
105:13 106:11
114:21 116:24
117:2 119:7 122:20

125:7,20 126:8
148:3 152:6 154:5
165:6 181:19,21
205:6 211:2 212:5,7
225:18 238:2 286:2
294:23 339:2
357:11 361:25
367:15,16,18
375:12 376:7
382:10,14 393:2
395:22 406:23
407:23 425:12
**Trump (4)**
24:20 25:2,21 236:12
**trust (2)**
190:10 256:14
**trusted (3)**
263:12 265:4 368:11
**trusting (1)**
367:23
**truth (4)**
14:4 36:5 291:23
420:20
**truthful (2)**
328:15 369:19
**truthfully (6)**
14:8,11 360:14 368:5
370:5 372:5
**try (13)**
88:13 102:2,4 137:3
149:6 153:12
279:22 315:13
318:5 329:10 331:8
336:2 405:22
**trying (10)**
41:19 95:6,19,23
100:9,22 196:15
280:4 354:6 404:8
**TSG (7)**
11:22,25 424:11,12
424:13,15,18
**tub (27)**
105:23,24 106:12
126:12 129:11
207:6,10 313:10
315:20 316:5,7,23
317:2,7 318:9,11
325:2 327:21
328:17 330:22
331:3 345:6 346:13
346:16 347:6,8
372:8
**Tubbs (4)**
1:17 73:18,21 415:22
**Tuesday (1)**
295:3

**turn (8)**
50:12,17,18,24 54:15
58:7 385:11 392:17
**turned (4)**
258:5,23 259:7
333:16
**Twenty-eight (1)**
15:2
**twice (1)**
21:15
**Twitter (47)**
8:7,8,25 125:2,10,23
126:11 127:14,22
128:3 179:6,10,13
179:22 181:2,24
182:17,19 183:2,5
183:18 184:8,15,24
185:20,23 186:8
187:5,8 254:22
262:9,12,14,17,22
263:7,18 264:8
265:7 351:2,8,13
367:7 370:11
389:14,16,18
**two (52)**
29:4 31:8 35:14 38:6
50:18 103:4 115:3
124:13 126:4,13,23
128:7 129:24 130:4
130:24 133:13
147:21 170:12
193:25 225:15
234:19 236:2,2
238:4 239:22 250:2
252:13,18 255:22
255:22,24 256:3
258:23 262:17
271:7,8,12 295:4
328:25 336:22
355:7,16 375:7
405:2,3,17 408:20
408:22 409:11
410:6 421:15,20
**two-page (1)**
380:9
**two-year-old (1)**
312:18
**TWP (83)**
10:9,11 160:8 170:7
190:8,17,25 191:5
191:18,21 192:21
193:3 196:2 198:2
203:17,20 204:2
211:14,24 212:10
212:21 221:21
225:20 227:20

229:12,21 230:5
231:11,16,22
232:14,19 233:6
257:19 262:9,12,14
262:17,19,22
263:16,25 264:5,7
264:11,19,21,24
265:2,6,14 266:6
267:10,19 268:4,6,7
268:11 269:8,13,19
283:20 286:20
301:10,12 303:13
389:18 398:21,25
399:6,15 400:2
401:14 406:19
407:13,17,21,24
408:10,10,18 412:6
412:14
**TWP's (1)**
217:2
**TYLER (1)**
1:5
**Tyler's (1)**
287:16
**TYN (2)**
271:3 272:4
**type (3)**
99:16,22 191:14
**typed (2)**
99:20,25
**Tzu (1)**
403:4

───────────
U
───────────

**U (1)**
424:2
**U.S (1)**
11:17
**Uh-huh (59)**
19:3 60:8 66:13,21
89:14 93:13 113:13
114:18 127:8
178:15 179:7
181:10,15 190:4
192:19 193:9
199:17 206:2
209:12 210:17
211:12,17 213:6
216:8 217:4 242:3
243:12 257:21
261:17 262:5
271:25 283:22
289:17 292:24
313:18 318:19
322:19 326:3
332:10,16 333:4

334:23 335:8 337:7
337:18 345:7 347:7
369:7 394:14 401:4
409:16,19 411:4,8
412:18 413:24
414:9 416:11
418:23
**Uh-uh (8)**
152:19 216:22 217:21
289:11 324:12
325:21 326:24
389:20
**umbrella (3)**
186:20,23 276:3
**unannounced (1)**
324:23
**unaware (1)**
333:12
**underneath (2)**
82:5 84:6
**understand (41)**
13:15,21 14:3 29:10
49:15,24 50:21 51:7
52:22 53:4,14,19
54:16 55:22 56:18
109:13 146:7,9
148:24 186:19
204:22 219:16,21
220:2,5,8 230:23,25
231:2 234:20
250:21 256:9
279:23 280:2
282:17 283:6,13
364:8 369:24 370:2
412:19
**understanding (24)**
59:11 147:10,13
183:8 184:16,25
186:11,15,16
202:13,20 204:10
208:15 219:24
358:8 367:16
369:14,20 370:4,14
370:16,21 391:8,11
**understood (12)**
37:11,14 69:15
100:13 185:22
186:7 297:7 349:3
349:12 358:6 364:2
420:11
**unfortunately (4)**
35:12 150:3,4 335:11
**unifying (1)**
277:13
**Unite (175)**
8:17 32:17 33:2 37:16

41:10 42:20,25,25
43:13,18 44:2,5,11
44:13 45:3 51:9,12
60:18 61:3 62:15
63:14,18,20 71:18
71:19 75:10,22
76:25 77:4,9 85:12
86:8 96:13,20 97:8
97:21 98:8,13 102:8
108:17 111:21
113:6,8 114:24
119:7 122:2 126:2
128:10,23 132:3
133:15,18,22
134:23 145:13,16
151:22 152:23
154:23 155:16,19
155:22 156:3,20
160:16 161:9
162:19 164:19
165:5 166:2 171:22
172:13 173:22
174:3,6,8,24 175:6
177:4 179:18 184:6
185:24 186:12,23
191:2,5,22 192:9,12
192:20 193:5,17
194:5,11,17,22
195:10,13 196:3,20
198:11 199:4,11
200:5,9 213:17
214:21 221:4,8
222:24 225:2,16
235:2,12,18,21,25
236:4,18 240:9
244:6,22,25 246:12
248:5,18 249:3,12
250:7 251:9,13
254:4,18,20,21
255:2 256:17,22
272:3,7 273:7,23
274:10,17 280:12
283:14 285:6 286:8
289:5,23 290:4,8
292:19 294:23
295:23 296:5,13
299:17 301:22
307:21,25 308:8,24
309:3 313:16,21
331:13 332:14
335:2 363:10,18
403:6,10 405:3,17
**united (5)**
1:2 3:7 11:12,17
279:10
**University (2)**

15:7 158:8
**UNKNOWN (1)**
180:21
**unpack (1)**
179:20
**unrelated (1)**
236:13
**unreliable (1)**
408:4
**unsubscribing (1)**
390:16
**unsure (2)**
339:3,5
**upcoming (2)**
57:24 286:24
**update (1)**
343:8
**updated (1)**
198:8
**updates (1)**
25:14
**upload (4)**
135:8 411:24,25
412:11
**uploaded (7)**
82:19 93:4 158:5,25
353:6 409:25 411:2
**uploading (2)**
86:19 163:22
**upset (2)**
300:7 325:9
**upsetting (1)**
325:22
**upwards (2)**
375:9,19
**usable (1)**
85:14
**use (17)**
80:15 107:4 133:2
142:7 158:14
180:12 186:17
209:6 210:9 218:4
231:25 232:8 312:8
312:9 315:16
344:20 346:19
**user (12)**
79:24 111:15 112:4
112:15 132:5,15,24
133:12 150:18
381:10,16,22
**users (4)**
90:18 111:10 131:18
193:22
**usual (1)**
424:18
**usually (2)**

45:13 346:14
**utilize (1)**
232:22
**utilized (2)**
231:22 390:2

_____

**V**

**v (1)**
426:3
**vacating (1)**
329:16
**vacation (1)**
103:3
**vaguely (1)**
407:12
**van (1)**
404:13
**Vanguard (3)**
1:12 279:7 415:15
**variety (2)**
18:17 392:5
**various (4)**
87:19 278:22,25
365:20
**vast (1)**
373:6
**Vegas (1)**
287:25
**vehicle (3)**
253:4,5,11
**vendor (12)**
24:5 120:25 121:4
159:3 255:13
256:12 335:5
349:10 353:9
375:10 377:11
378:13
**vendors (1)**
375:19
**venture (1)**
251:16
**verbal (3)**
64:9,18 234:9
**verbally (1)**
399:7
**verdict (1)**
98:17
**Verhoven-Page (4)**
2:23 3:9 424:23
425:24
**verified (2)**
356:25 357:6
**Verizon (2)**
314:16,25
**Verizon's (1)**
314:7

**version (1)**
216:20
**versus (2)**
11:11 13:7
**Vice (1)**
6:14
**video (21)**
7:20 11:22 84:25
85:15 86:19 87:10
87:16,20,24 88:3,6
88:8,10,18 124:13
156:18,19,24
157:25 356:3,13
**VIDEOGRAPHER...**
5:18 11:7 12:15 124:7
124:12 185:11,14
239:21 240:2
304:16,19 348:12
348:17 406:11,15
421:22
**videos (18)**
53:15 63:11 86:5 89:8
155:12,18,22 156:2
157:3,13,22 158:5
158:19 159:14
160:3 161:10 274:5
274:10
**Videotape (1)**
348:13
**videotaped (3)**
2:3 3:5 11:9
**view (9)**
90:18 93:25 94:23
97:11 183:2,4 355:3
363:6 390:4
**viewed (1)**
198:25
**views (1)**
420:17
**vigils (1)**
99:9
**violate (1)**
89:10
**violated (1)**
95:4
**violating (1)**
184:18
**violation (1)**
185:2
**violence (6)**
53:5 95:11 139:6
184:5 363:18
417:24
**Virginia (6)**
1:2 5:6,13 11:13
136:6 415:11

**visitations (1)**
335:24
**visited (1)**
44:17
**VK (68)**
7:13 9:6 10:9,11
    111:6,8,15,20,23
    112:2,4,9,20 113:9
    113:11 114:4,7,21
    114:24 115:12,15
    116:7,15,17,19,21
    116:24 117:2,5,17
    118:2,10,19 119:6
    119:19 121:8,11,13
    121:22 122:2,8,12
    122:15,19,23 123:7
    123:24 264:24
    265:14 266:2,3,6
    350:7 406:19,24
    407:13,17,21,24
    408:2,6,10,18 409:4
    409:9,11,20 410:2
**vocational (1)**
15:15
**vodka (1)**
414:6
**voice (4)**
35:5 36:7 295:21
    416:10
**voicemail (3)**
47:4 385:18 386:3
**voicemails (3)**
46:19,21 385:24
**volunteered (1)**
243:14
**volunteering (1)**
243:9
**vs (1)**
1:9

_____
W

**W (1)**
79:20
**Wade's (1)**
361:9
**waged (1)**
94:20
**wait (2)**
13:12 334:6
**walk (4)**
191:11 240:18 308:2
    308:11
**walked (2)**
42:5,9
**Walmart (1)**
106:2

**want (18)**
13:7 39:25 101:23
    154:15 161:5
    182:12 228:2 229:5
    230:16,16 237:7
    258:25 271:14
    285:18 288:21
    353:14 386:7
    394:20
**wanted (9)**
87:11 142:7 191:11
    238:8 247:21 248:2
    287:15 297:23
    421:15
**wants (2)**
229:4 241:5
**war (11)**
93:23,25 94:12,13,19
    94:20,24 182:4
    184:4 254:24
    316:22
**Warhammer (2)**
177:23 178:2
**warning (1)**
300:9
**Warren (2)**
14:15,24
**Warrior (1)**
415:13
**wasn't (34)**
39:12 44:18 52:16
    78:6 88:4,21 161:12
    166:24 184:12
    187:2 190:21,24
    196:9 199:9 212:5
    222:18 245:2 252:7
    252:22 262:13
    269:9 275:10
    319:20 323:5
    327:24 329:9 334:5
    334:10 379:14
    392:5 400:9,14,18
    404:15
**water (3)**
182:14 340:14 406:10
**Waterstone (1)**
4:17
**waving (1)**
244:17
**way (37)**
27:5 39:4 40:12 52:4
    54:9 56:17 72:3
    92:10 97:19 101:17
    109:12 218:24
    251:12 261:3
    280:19 302:12

303:8,21,24 309:25
    311:9 313:20
    314:22 316:4,20
    317:7 318:4 319:16
    319:22 324:20
    332:14 337:25
    351:12 356:25
    368:16 389:12
    425:19
**ways (1)**
379:14
**we'll (11)**
28:20 59:24 84:10
    91:6 151:20 183:21
    224:19 227:16
    365:4 378:6 394:22
**we're (12)**
43:8 126:4,13,23
    128:5 185:11,14
    239:12 304:16,19
    348:10 406:15
**we've (5)**
28:9,10 130:18
    229:13 264:13
**weapons (1)**
244:17
**wearing (1)**
301:12
**web (9)**
231:12 232:3,8,20
    233:4,7,23 234:8,15
**website (58)**
8:12 9:7 10:13 17:15
    161:15,17 178:24
    179:4,4 187:22
    198:2,11,17,20,24
    198:25 199:7,10
    200:9,13,25 201:9
    201:14,25 203:15
    204:12,20 205:9
    212:21 223:24
    233:23 259:12
    260:7 268:15
    270:10 271:16,19
    271:21,22 272:9,23
    272:25 277:2,6,9,12
    280:11,15,21 281:3
    281:7,9,14 294:15
    294:18 410:10
    411:13,25
**wedding (1)**
195:20
**week (7)**
31:19 57:14,20
    210:22,23 336:22
    358:11

**weekend (10)**
57:25 246:20 247:11
    248:15 252:6,10
    253:23 286:21
    398:10,11
**weeks (10)**
18:23 19:11 20:5,25
    299:5 339:23
    404:25 405:2,3,17
**Weimerica (2)**
136:2 415:6
**Weinheim (1)**
158:11
**welcome (2)**
258:13 415:6
**went (20)**
37:5 43:25 60:9
    111:21 117:16
    206:24 221:9,15,17
    221:18 222:5,15
    247:15 254:11
    319:5 327:18,19
    345:20 383:17,19
**weren't (11)**
52:19 86:4 184:21
    186:25 212:2
    231:19 329:21
    379:19 407:21
    408:9 412:7
**West (1)**
5:12
**Western (3)**
1:2 11:13 17:20
**wheelhouse (9)**
161:2 193:7,11
    206:11 212:18
    226:19 228:17
    245:2 269:14
**when's (1)**
196:25
**wherewithal (1)**
412:3
**white (20)**
1:21 18:4 27:24 34:8
    44:2 128:19 150:7,9
    157:7,14 158:9
    236:13 242:4
    258:10,20 293:25
    298:25 300:5
    301:19 346:7
**Whitewater (1)**
286:22
**WhiteWaterBoyz (1)**
361:12
**whooped (2)**
417:7 418:4

**wide (1)**
269:5
**wife (34)**
18:19 19:9,12,13
    113:17,19 117:7,9
    117:16 118:2
    119:18 120:3,10,15
    120:21,21 121:8,20
    122:16,22 137:7,19
    137:21 138:9,11,13
    138:24 139:18
    140:7 318:20,24
    320:5 333:6 335:15
**wife's (1)**
121:11
**wild (1)**
258:16
**William (1)**
164:15
**willing (4)**
77:22 241:18 313:22
    353:7
**win (1)**
420:21
**wire (1)**
136:3
**wireless (1)**
55:6
**wish (3)**
18:2,5 414:16
**WISPELWEY (1)**
1:5
**withdraw (1)**
404:24
**withdrawn (66)**
20:3 22:13 25:6 33:24
    37:13 39:18 43:7
    45:6 49:9 74:14
    80:25 100:12 105:6
    108:4,20 116:25
    118:18 123:17
    131:2 132:19
    135:23 141:6 146:6
    146:7,18 152:21
    153:24 160:14
    162:13,15 174:11
    177:13 179:9 183:3
    188:14 203:9 204:6
    222:22,23 224:19
    232:17 248:25
    256:16 259:12
    260:10 263:8 267:9
    304:7 317:5 322:3
    329:24 335:15
    339:16 340:24
    343:14 344:11

345:25 352:19 362:20 366:21 371:4 393:6 395:13 395:23 399:13 419:2
**withdrew (7)** 322:5,7,25 323:12 404:2,5,19
**witness (12)** 6:3 12:16,20 31:17 124:4 182:12 185:10 237:7 304:12,15 406:9 425:14
**Wizard (1)** 303:10
**WN (1)** 209:7
**woke (1)** 35:15
**wolves (1)** 181:13
**women (1)** 225:15
**wonderful (1)** 295:13
**Woodard (16)** 22:14 38:13,15 39:10 39:21 40:20,22,23 41:5,15,17,25 42:4 42:7 47:6 374:19
**word (11)** 50:22 79:18 80:5,12 112:5 151:8 241:4,5 279:18 328:15 395:20
**words (4)** 81:12 116:25 340:15 404:23
**work (8)** 15:18 18:4 21:3 57:25 204:10 210:13 319:22 367:24
**workday (1)** 269:3
**worked (3)** 15:20 194:6 403:13
**Worker (71)** 1:17 4:14 7:21 8:12 17:15 39:5 52:25 85:6 86:11,14 91:12 101:21 129:3 155:24 156:4,9,22 157:8,12 160:15 167:8 169:11,14 171:3 173:15 174:3

189:25 198:15,17 199:10 202:10 204:18,19 206:20 207:11,18 213:5 223:4 236:15 244:5 244:10 247:7,15,19 248:6,18,25 261:22 262:4 264:18 266:24 275:17 276:17 279:6 281:6 281:20 300:8 303:9 367:5 369:5,11,16 370:9 372:12 394:10 396:2,19 397:3,21 401:6 415:15
**working (10)** 87:10,24 88:3,5,8,9 88:13 208:10 334:5 391:13
**works (2)** 174:19 384:14
**world (6)** 94:22 208:2 318:8 331:2 417:7 418:5
**worth (3)** 148:7 149:6 184:13
**wouldn't (4)** 139:14 193:10 271:13 364:11
**wounding (3)** 96:12,19 97:8
**write (42)** 89:23,25 90:2,6 100:23 101:2 127:15 136:4,12 143:18 167:3 173:5 182:19 184:3 188:18,24 199:22 199:25 206:22,25 207:11 209:4,9 211:22,24 213:19 214:2 215:5 216:4 221:22 223:6 233:15,21,25 237:3 237:13 250:19 280:15 367:10 371:18 413:14 414:16
**writer (1)** 258:2
**writes (1)** 83:25
**writing (7)** 17:25 193:13 241:21 251:11 258:9

266:15 336:18
**writings (2)** 227:9 419:4
**written (21)** 59:10 63:9 113:16,21 214:19 215:9 216:12 247:6,10 248:8,11,14 250:22 252:21 257:19 259:2 356:14 395:25 401:11 402:22 425:10
**written-out (1)** 402:25
**wrong (2)** 386:14 420:18
**wrongly (1)** 382:8
**wrote (58)** 17:19 59:12 84:9,13 87:9 90:4 92:2,2,9 94:4 101:12,14 127:7 136:4 165:10 170:6,12 172:23 178:12,16 206:24 209:15 210:18 211:18 212:4 213:2 213:14,15 215:6 216:20 220:24 233:24 234:17 235:21 236:18 237:25 238:6 241:8 241:10,18 242:20 245:4 251:8 291:14 336:16 354:10,23 363:6 367:9 394:2,9 394:10 406:24 410:24 411:9,11 414:4,12
**www.tradworker.o...** 199:23

_____
| X |
_____
**X (1)** 6:2

_____
| Y |
_____
**yards (1)** 289:22
**yeah (136)** 15:19 17:8 19:9 20:23 23:21 30:20 34:9 44:22 48:15 83:15 86:15 87:22 90:21 91:15 92:14 93:21 98:4,23 103:3

105:25 113:25 117:24 118:6 119:25 122:21 123:9,12 124:20,25 130:3,22 131:17 140:24 141:18 142:18 148:2 151:5 153:4,15 160:2 163:2,19 164:25 165:10 168:10 169:4 172:20 178:20 180:6 181:17 182:18 187:20 190:14 191:15 192:22 193:15 196:21 208:5,23 213:24 214:16 215:2 217:12 220:24 227:17 229:17,19 230:11,13 232:4,25 233:24 234:21 235:22 236:16,20 238:10,12 258:13 262:18 266:18 268:22 270:15 271:9 273:5,8 276:8 276:24 287:17 289:14 290:18 296:19 309:17 311:7 313:8 331:15 333:19 335:10 337:13,16 338:15 341:18 342:4,6,9 343:22 344:19 348:9 353:5,13 358:17 360:21 361:8 363:3,12,25 380:17 381:24 382:3,7 389:17 390:19 395:2 396:20 402:4 406:6 407:12,14,16 410:11 416:25 418:25 419:18 420:2,7,22
**year (48)** 19:25 25:15 112:25 117:3 119:16 126:22 129:18,23 139:3,15,18 154:11 161:25 171:20 179:16 180:10 181:12 195:7 196:13 197:3 198:21 201:23

212:25 214:4,8 220:18 260:3 269:18,25 270:6 293:13,15 299:7 312:11 322:14 323:10 325:25 327:7,13 333:18,21 336:14 341:24 343:4,14 344:3 359:13 387:14
**years (14)** 38:6 76:7 77:24 107:11 109:5 113:5 115:3 234:19 262:17 293:16 295:4 306:17 307:2 342:25
**yell (1)** 117:23
**Yelp (1)** 183:24
**yesterday (4)** 26:15 334:24 335:7 353:23
**Yiddish (2)** 417:5 418:2
**Yids (1)** 416:20
**Yingling (1)** 415:19
**York (4)** 4:6,6 11:24 415:10
**Youth (6)** 17:20 157:18 270:4 270:12 271:16 274:24
**YouTube (37)** 7:21 136:7 155:2,5,10 155:12,16,18,21,24 156:4,7,9,22,25 157:3,12,14,25 158:6,7,13,16,19,22 159:9,14 160:9,15 161:10 264:12 350:13 358:23 409:23,25 410:9 411:12
**Yup (19)** 13:22 14:5 53:10 55:3 92:12 93:19 114:22 132:17 134:20 170:18 203:12 209:18 306:4 323:25 325:24 343:12 344:15 392:13 411:15

**Z**

**zero (2)**
269:5 271:6

**0**

**1**

**1 (9)**
6:11 34:20,23 92:11
   114:15 295:11
   367:3 415:3 418:21
**1,000 (1)**
270:24
**1.0 (7)**
52:8,12,17,20 368:19
   368:21,23
**1:00 (1)**
286:22
**1:51 (1)**
304:17
**1:53 (1)**
233:21
**10 (4)**
7:8,15 83:16,19
**10,000 (1)**
270:22
**10:22 (1)**
124:10
**10:30 (1)**
124:14
**100 (1)**
5:12
**10118 (1)**
4:6
**103 (1)**
7:12
**10th (3)**
126:22 330:23 331:2
**11 (7)**
7:9 58:15 59:18 86:22
   87:2 322:20 354:12
**11.44 (1)**
418:22
**11/20/2018 (2)**
9:23 422:3
**11:33 (1)**
185:12
**11:40 (1)**
185:16
**112 (2)**
37:4,5
**115 (1)**
7:13
**11th (22)**
33:17 58:10 71:21
   308:24 309:6,9

311:18 362:2
363:15 397:22
398:12,15,22 399:2
399:6,8,15,16 400:3
400:11,13,16
**11thth (1)**
400:7
**12 (16)**
6:6 7:10 34:15 61:3
   91:19,22,23 99:23
   257:4 307:2 352:24
   360:9 362:12 394:6
   397:19 401:2
**12.27 (1)**
418:22
**12:35 (1)**
239:24
**12:45 (1)**
240:4
**120 (3)**
316:19 329:2,3
**1224 (1)**
286:23
**126 (1)**
7:16
**12th (38)**
8:18 34:10 36:12,13
   37:2 60:15,18,23
   61:7 67:20,21,25
   73:24 74:3,6,9,12
   74:16 186:17 221:3
   246:7 248:19 295:5
   301:25 302:4,9
   304:25 305:24
   308:13 309:3,12,16
   311:14,24 312:7
   313:16 398:12
   414:25
**13 (3)**
7:12 103:19,22
**134 (1)**
7:17
**135 (1)**
7:18
**13th (15)**
51:15 68:5,7 301:25
   302:7,19 318:17
   319:3,13 320:18,22
   320:25 323:17
   348:7 425:21
**14 (6)**
7:13 15:22 107:3
   115:7,10 392:19
**14th (1)**
181:19
**15 (4)**

7:14 126:17,20
   252:17
**15-14-37 (1)**
424:14
**150 (1)**
7:19
**156 (1)**
7:21
**16 (5)**
7:13,17 115:15
   134:13,17
**160 (1)**
136:5
**163 (1)**
7:23
**165619 (2)**
1:19 2:25
**169 (1)**
7:24
**16th (1)**
283:4
**17 (3)**
7:18 135:12,15
**172 (1)**
7:25
**177 (1)**
8:6
**17th (1)**
47:25
**18 (6)**
7:19 150:21,24
   151:17 320:4
   322:17
**180 (1)**
8:7
**182 (1)**
8:9
**188 (1)**
8:10
**18th (4)**
319:24 320:18,22,25
**19 (4)**
7:20 156:11,14
   362:15
**1930s (1)**
228:3
**1980 (2)**
293:8,11
**199 (1)**
8:11
**1991 (1)**
293:12
**19th (4)**
7:10 91:24 92:11
   263:18
**1st (7)**

39:10 40:7,16 209:4
   233:15,22 307:13

**2**

**2 (7)**
6:12 37:22 38:2 51:24
   354:12 360:15
   368:14
**2.0 (5)**
52:13,20 360:20
   405:14,17
**2:17 (1)**
304:20
**2:47 (1)**
199:21
**20 (6)**
7:22 21:9 163:8,11
   165:22 413:19
**20-minute (1)**
304:14
**200 (2)**
44:8 227:18
**2000 (1)**
293:13
**2010 (3)**
293:15 306:12,13
**2013 (7)**
17:17 107:2 306:21
   306:23 342:13,15
   346:22
**2014 (7)**
157:16,19 158:9
   272:10,15 293:16
   410:6
**2015 (4)**
190:6 198:5 206:16
   306:14
**2015-ish (1)**
272:16
**2016 (1)**
307:8
**2017 (81)**
10:10 27:17 32:22,25
   33:7,17 34:11,15
   37:2,18 39:11,20,24
   40:7,17 43:21 60:15
   60:18,23 61:3,7
   76:23 77:5 82:3
   84:13 87:14 129:19
   134:7 162:3 170:7
   170:13 177:15
   178:8,17,23 186:18
   188:16,25 190:7
   195:23 199:21
   209:4 211:14
   213:25 214:18,19

216:4 233:15
254:11 263:19
283:4 286:19 287:7
288:25 293:17
295:6 301:25
304:25 305:24
306:10 307:2,4,11
307:13 308:24
309:3,12,16 312:7
312:13,21,23 331:6
331:24 332:8 345:2
346:12 382:15
407:18 413:23
414:25
**2017-8-3 (1)**
82:2
**2018 (74)**
7:11 47:25 49:5 56:14
   58:10,15 59:18 67:4
   91:24 92:11 104:2
   108:25 125:11,24
   129:25 138:6 139:6
   139:13 144:2,4,13
   145:18 146:9 147:8
   147:10,14 163:18
   229:3,11,15 270:2
   289:16,20 291:12
   299:8,9 300:2 310:6
   319:24 320:4,18,19
   320:22,22,25,25
   321:22 322:18
   341:11 347:3 348:8
   357:21 358:14
   362:2,15,20,21,22
   366:14,23 367:19
   369:9 373:10,21
   375:13 377:10
   378:2,8,20 379:21
   380:12 410:25
   411:9,12
**2019 (48)**
1:15 2:5 3:2 7:13,16
   8:9 9:21 10:6 11:2
   11:19 17:5 20:11
   21:13,17 54:10
   115:15 116:22
   122:16 123:5,19
   124:18,23 147:17
   181:19 182:17
   185:5 298:8 309:25
   323:9 330:23 331:2
   379:8 382:18 387:7
   387:10,15,16,19,24
   388:6,15,20 389:7
   392:15 423:4
   425:22 426:4,23

**203 (1)**
8:12
**208 (1)**
8:13
**20th (4)**
87:6,14 380:12
421:18
**21 (3)**
7:24 169:21,24
**211 (1)**
8:14
**215 (1)**
8:15
**22 (3)**
7:25 172:15,18
**220 (1)**
8:18
**22102 (1)**
5:6
**225 (1)**
8:20
**228 (1)**
8:21
**22902 (1)**
136:6
**23 (3)**
8:6 177:17,20
**23220 (1)**
5:13
**233 (1)**
8:22
**236 (1)**
8:23
**23rd (4)**
170:7,13 178:8,17
**24 (5)**
8:7 180:16,20 237:15
392:17
**24th (2)**
211:13 375:13
**25 (5)**
8:8 21:9 170:13
182:10,16
**250 (1)**
271:4
**25th (1)**
216:4
**26 (3)**
8:10 188:10,13
**263 (1)**
8:25
**265 (1)**
9:6
**27 (4)**
8:11 199:13,16
291:12

**272 (1)**
9:7
**277 (1)**
9:8
**28 (4)**
8:12 9:21 203:5,10
**282 (1)**
9:9
**286 (1)**
9:10
**28th (1)**
382:18
**29 (5)**
8:13 188:25 199:21
208:18,21
**291 (1)**
9:12
**29th (1)**
188:16

_____
3
**3 (10)**
6:13 10:6 39:14 40:2
50:19 52:24 66:15
361:14 369:4,22
**3.15 (1)**
415:3
**3:03 (1)**
348:15
**3:13 (1)**
348:20
**3:17-CV-00072-NK...**
1:10 11:15
**30 (5)**
8:14 211:4,7 249:24
251:12
**300 (2)**
258:7,8
**301 (1)**
339:10
**301)525-1474 (3)**
46:12 112:13 306:3
**305 (1)**
9:15
**31 (3)**
8:15 215:22,25
**32 (18)**
8:16 151:14 173:14
220:19,22 227:2,13
235:13 256:23
324:20 325:6,15,19
326:5,19 330:2
347:5 385:3
**33 (3)**
8:19 225:7,10
**335 (1)**

50:15
**34 (4)**
6:11 8:21 228:21,24
**35 (3)**
8:22 233:9,12
**350 (1)**
4:5
**36 (6)**
8:23 236:21,24 240:7
254:6 256:20
**37 (4)**
6:12 8:24 262:25
263:4
**373 (1)**
9:16
**37361 (1)**
286:23
**374 (1)**
9:17
**377 (1)**
9:20
**37902 (1)**
11:19
**38 (3)**
9:6 265:22,25
**380 (1)**
9:24
**383 (1)**
9:21
**385 (1)**
9:25
**39 (4)**
6:14 9:7 272:17,21
**392 (1)**
10:6
**393 (1)**
10:8
**3rd (9)**
11:23 69:14 82:3
348:22 382:14
388:15,19 389:6
392:15

_____
4
**4 (6)**
6:15 47:12,16 69:13
69:20 364:13
**4,000 (1)**
257:8
**4.17 (1)**
415:4
**4:17 (1)**
406:13
**4:23 (1)**
406:16
**4:39 (1)**

421:23
**4:43 (2)**
422:15,18
**40 (6)**
9:8 249:17,24 251:12
277:17,20
**402 (2)**
385:11,13
**407 (1)**
10:10
**408 (1)**
10:12
**409 (1)**
134:25
**40K (2)**
177:23 178:2
**41 (3)**
9:9 282:11,14
**410 (1)**
10:14
**413 (1)**
10:15
**42 (3)**
9:10 286:12,15
**43 (3)**
9:11 291:2,5
**4345 (1)**
78:24
**44 (8)**
9:13 305:11,14
332:22,24 333:20
334:21 349:18
**45 (5)**
9:16 26:22 50:15
373:13,17
**45249 (1)**
4:18
**46 (3)**
9:17 374:3,7
**47 (4)**
6:16 9:18 377:14,18
**48 (4)**
6:19 9:21 383:5,9
**49 (7)**
379:23 380:4 385:4,8
421:17,19 422:7
**49A (3)**
9:22 379:24 422:5
**49B (3)**
9:25 385:5 422:8
**4chan (1)**
189:18
**4th (9)**
104:2 229:3,11,15
389:9 410:25 411:9
411:12 413:23

_____
5
**5 (5)**
6:17 48:8,11 50:13
365:24
**50 (4)**
10:6 292:8 392:7,11
**500 (6)**
31:11 271:2,6,7,8,12
**51 (3)**
10:7 393:17,21
**52 (3)**
10:9 407:6,10
**53 (3)**
10:11 408:14,17
**54 (4)**
10:13 203:8 410:16
410:19
**55 (4)**
6:21 10:15 413:16,20
**56 (1)**
6:24

_____
6
**6 (3)**
6:20 55:10,14
**6030 (1)**
341:20
**610)406-2229 (1)**
29:18
**631424 (1)**
136:5
**64 (1)**
286:23
**6th (3)**
10:10 92:25 407:18

_____
7
**7 (9)**
6:22 56:21,25 66:12
114:10,11 132:8
175:21 355:15
**71 (1)**
403:23
**747 (1)**
11:23
**76 (1)**
272:20
**79 (1)**
7:6
**7th (5)**
32:5 147:17 257:5
298:8 379:8

_____
8
**8 (5)**
7:6 79:3,6 370:8

371:5
**8.45 (1)**
295:11
**8.B (1)**
424:8
**8:35 (3)**
3:3 11:3,20
**800 (3)**
3:8 11:18 332:12
**804)647-9011 (1)**
196:19
**81 (1)**
7:7
**812 (3)**
342:14 343:3,17
**812)316-6030 (1)**
341:19
**812)777-2091 (1)**
197:8
**8180 (1)**
5:5
**83 (1)**
7:8
**86 (1)**
7:9
**8chan (11)**
187:19,21,23 188:2,4
   188:5,6,8,18 189:10
   189:14
**8th (8)**
8:9 182:17 286:18
   287:6 288:25 387:6
   387:10,15

### 9

**9 (8)**
1:15 2:5 3:2 7:7 11:2
   81:17,21 426:4
**91 (1)**
7:11
**937)207-9718 (1)**
197:21
**9435 (1)**
4:17
**9500 (1)**
335:10
**9th (2)**
11:19 84:13