# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

Civil Action - Law
No. 3:17-cv-00072-NKM
-------------------------------------x

 ELIZABETH SINES, SETH WISPELWEY,     :
 MARISSA BLAIR, TYLER MAGILL,         :
 APRIL MUNIZ, HANNAH PEARCE,          :
 MARCUS MARTIN, NATALIE ROMERO,       :
 CHELSEA ALVARADO, and JOHN DOE,      :
                                      :
              Plaintiffs,             :
                                      :
            - vs -                    :
                                      :
 JASON KESSLER, et al.,               :
                                      :
              Defendants.             :
-------------------------------------x


_____

            Deposition of ELLIOTT KLINE
_____
228 Walnut Street        Wednesday, August 7, 2019
Harrisburg, PA           10:05 a.m.
_____
     IT IS HEREBY STIPULATED and agreed that the
sealing of the within transcript is waived.
     IT IS FURTHER STIPULATED and agreed that all
objections except as to the form of the question
are reserved to the time of trial.
_____



APPEARANCES:

   BOIES SCHILLER FLEXNER, LLP
   55 Hudson Yards
   New York, NY 10001
   BY:  YOTAM BARKAI, ESQ.
        (212) 446-2300
        ybarkai@bsfllp.com

   KAPLAN HECKER & FINK, LLP
   350 Fifth Avenue, Suite 7110
   New York, NY 10118
   BY:  MICHAEL L. BLOCH, ESQ.
        (212) 763-0883
        mbloch@kaplanhecker.com
        For the Plaintiffs
   LAW OFFICE OF JOHN A. DiNUCCI
   8180 Greensboro Drive
   McLean, VA 22102
   BY:  JOHN A. DiNUCCI, ESQ.  (Via Telephone)
        (703) 821-4232
        For - Defendant Richard Spencer

   DUANE HAUCK DAVIS GRAVATT & CAMPBELL, PC
   100 West Franklin Street, Suite 100
   Richmond, VA 23220
   BY:  DAVID CAMPBELL, ESQ.  (Via Telephone)
        (804) 644-7400
        dcampbell@dhdgclaw.com
        For - Defendant James Fields


ALSO PRESENT:
Dennis Mullin, Videographer
Erick Greer



INDEX

WITNESS                    EXAMINATION BY                 PAGE

Elliott Kline        Mr. Barkai                    7


                           EXHIBITS

EXHIBIT          DESCRIPTION                            PAGE

No. 1        Twitter Message...................10

No. 2        First Amended Complaint...........17

No. 3        Complaint.........................20

No. 4        Motion in Support of Motion to

             Withdraw as Counsel...............40

No. 5        Transcript of 7/2/2019 Telephonic

             Discovery Hearing.................69

No. 6        Photograph.......................104

No. 7        6/11/2017 Operation Unite the

             Right Charlottesville 2.0.......119

No. 8        8/10/2017 Operation Unite the

             Right Charlottesville 2.0........173

No. 9        Gab Post.........................182

No. 10       Plaintiffs' Corrected First Set

             of Requests for Production of

             Documents to all Defendants......202

No. 11       7/1/2019 Bloch E-Mail............203



Page 4

EXHIBITS (CONTINUED)

EXHIBIT        DESCRIPTION                    PAGE

No. 12   Plaintiffs' First Set of
         Interrogatories to All
         Defendants.......................230

No. 13   3/26/2018 Order..................246

No. 14   Transcript of 4/19/2018
         Telephonic Hearing...............251

No. 15   Discord Consent Form.............275

No. 16   Twitter Consent Form.............283

No. 17   Social Media and Electronic
         Devices Consent Form.............285

No. 18   11/27/2018 Greene E-Mail.........286

No. 19   Civil Docket Sheet...............290

No. 20   3/4/2019 Order...................295

No. 21   5/14/2019 E-Mail Exchange........300

No. 22   6/26/2019 E-Mail Exchange........306

No. 23   6/21/2019 Order..................312

No. 24   6/25/2019 Bloch E-Mail...........313

No. 25   6/25/2019 & 6/26/2019 Bloch
         E-Mails..........................320

No. 26   7/25/2019 - 8/1/2019 E-Mail
         Exchange.........................336

No. 27   7/3/2019 Order...................342



Page 5

EXHIBITS (CONTINUED)

EXHIBIT          DESCRIPTION                          PAGE

No. 28      7/1/2019 & 7/15/2019 E-Mail
            Exchange.........................351

No. 29      8/6/2019 E-Mail Exchange.........362

No. 30      Text Messages....................366

No. 31      Discord Messages from Eli
            Mosley in Charlottesville........376

No. 32      8/1/2017 Operation Unite the
            Right Charlottesville 2.0........382

No. 33      3/31/2017 Discord Chat...........390

No. 34      3/22/2017 Discord Chat...........398

No. 35      3/22/2017 Discord Chat...........401

No. 36      3/31/2017 Discord Chat...........403

No. 37      3/22/2017 Discord Chat...........406

No. 38      3/22/2017 Discord Chat...........412



Page 6

PROCEEDINGS

THE VIDEOGRAPHER:  We are now on the record.  This begins Video No. 1 in the deposition of Elliott Kline in the matter of Sines, et al v. Kessler, et al, in the U.S. District Court for the Western District of Virginia, Docket No. 3:17-CV-00072-NKM.  Today is Wednesday, August 7, 2019, and the time is 10:05 a.m.

This deposition is being taken at 228 Walnut Street, Harrisburg, PA.  The videographer is Dennis Mullin of Magna Legal Services, and the court reporter is Angie Kilby of Magna Legal Services.

Will counsel and all parties present state their appearances and whom they represent.

MR. BARKAI:  My name is Yotam Barkai, I am of the law firm Bois Schiller Flexner, LLP. I represent the Plaintiffs.

MR. BLOCH:  I am Michael Bloch from Kaplan Hecker & Fink.  I represent Plaintiffs as well.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

MR. CAMPBELL:  This is Dave Campbell



Page 7

on behalf of Defendant James Fields.

ELLIOTT KLINE, having been duly sworn by Angela N. Kilby, Notary Public, was examined and testified as follows:

MR. BARKAI:  Thank you, Mr. Kline. Before we get started, did someone else join us on the phone?

ATTORNEY MR. DiNUCCI:  Yes.  This is John DiNucci for Richard Spencer.

MR. BARKAI:  Thank you, Mr. DiNucci.

EXAMINATION BY MR. BARKAI:

Q.  Good morning, Mr. Kline.

A.  Good morning.

Q.  Could you please state and spell your name for the record?

A.  Elliott Kline.  E-L-L-I-O-T-T, and Kline is K-L-I-N-E.

Q.  Mr. Kline, as you heard, my name is Yotam Barkai, I represent the Plaintiffs in the lawsuit Sines versus Kessler.  I am going to go over some ground rules for the deposition today before we start with questioning.

First, as you know, Miss Kilby is



Page 8

transcribing everything that is being said.  So, please speak slowly and clearly so that she can record everything that is being said accurately.

Do you understand?

A.   Yeah.

Q.   Please wait until I finish my questions before you begin to answer so that it is easier for Miss Kilby to take down what everybody is saying.

Do you understand?

A.   (Responded by nodding head.)

Q.   It is also important to give verbal responses, not just shakes or nods of the head so that Miss Kilby can record your responses.

A.   Yes.

Q.   Do you understand?

A.   Okay.

Q.   If you do not understand a question as I phrased it, please let me know and I'll do my best to rephrase it.  But if you do not tell me you did not understand the question, I will assume you did understand.

A.   Okay.

Q.   There may be objections from counsel on the phone.  Those objections are for the



Page 9

record.  You are obligated to answer my question regardless of the objection.

Do you understand?

A.  Mm-hmm, yes.

Q.  If at any time you need a break, please feel free to let me know.  But the only caveat is that if there is a question pending at the time that you request a break, I ask that you answer the question before we take that break?

A.  Sounds good.

Q.  Do you understand?

A.  Yeah.

Q.  Do you understand that you are sworn to tell the truth at this deposition?

A.  Yes.

Q.  Are you under the influence of any medication or drugs that would impair your ability to testify truthfully and accurately?

A.  No.

Q.  Is there any other reason that you may not be able to testify truthfully and accurately?

A.  No.

Q.  Mr. Kline, have you ever been deposed



Page 10

before?

A. No.

Q. Have you ever testified in court before?

A. No.

Q. Have you ever testified at a trial of someone named Christopher Cantwell?

A. At the trial, I don't think -- I don't remember if I -- I don't think I -- I don't think I did, no.

Q. Do you remember tweeting on November 9, 2017, quote, just got done testifying at the #FreeCantwell trial?

A. I am trying to remember that real quick. Umm, I believe I was scheduled to testify, and I didn't end up testifying. I think I was supposed to, but I don't think I did. I think it was, like, two years or something. So, I don't really remember if I did or not.

MR. BARKAI: Okay.

(Exhibit 1, Twitter message, marked for identification.)

BY MR. BARKAI:

Q. Miss Kilby is marking Exhibit 1 and is


MAGNA
LEGAL SERVICES

Page 11

handing you Exhibit 1.

Mr. Kline, does this document look familiar to you at all?

A.   Yeah.  I mean, this is my old Twitter account.

Q.   Your old Twitter account is @EliMosleyIE; is that correct?

A.   It was banned, or deleted.

Q.   When was this your Twitter account?

A.   Umm, I don't know.  I had -- for my Twitter accounts, I had a Twitter account for a week, then I got kicked off, I had a new Twitter account the next week.

So, I don't know exactly what the start and end date of this one was.  Obviously November of 2017 it was active.  But I am not sure exactly when it stopped -- that one stopped being active.

Q.   Would it be fair to say that this was your Twitter account at least on November 9, 2017?

A.   Yes.

Q.   And you had the password to this Twitter account?

A.   Yes.



Page 12

Q.   You used this Twitter account?

A.   Yes.

Q.   Did anyone else use this Twitter account?

A.   No.

Q.   Would it be fair to say that any tweets under this Twitter account would have been posted by you?

A.   Yes.

Q.   Do you see on the first message on this exhibit, quote, just got done testifying at the #FreeCantwell trial.  Unsure exactly what is going on, other than what everyone else knows.  It seems that the Antifa lied on their original reports.  Imagine my shock, end quote.

A.   Yeah.

Q.   Does that refresh your recollection as to whether you have testified at a trial?

A.   I believe this was during a time where Christopher Cantwell was going through his trials and everything like that.  I think, like I said, I had gone.  But I don't remember ever getting sworn in or anything like that.  I don't think I ever got sworn in or anything like that.
          I think they asked me a couple



MAGNA
LEGAL SERVICES

Page 13

questions about what the case, something like that. I remember waiting in the lobby for a long time. Nothing really came of it.

So, I don't remember, like I said, if I was technically swear in kind of witness thing or what it was. I just know I went to the courthouse with him. And I think because somebody asked me a question or two. But it wasn't anything crazy or anything like that, like it was supposed to be.

Q. When you say they asked me a couple questions about the case and things like that, who is, quote, they?

A. I believe it was the -- whoever the lawyer -- what is the lawyer's -- do you remember his lawyer's name? Umm, I can't remember his name. Christopher Cantwell's attorney's name. It was him and two other guys, I guess, like, in the courthouse. I don't remember who they were though.

Q. To the best of your recollection, what was the nature of this case?

A. I think Chris -- Christopher Cantwell's case was the pepper spray incident the night before the rally. So, at the college.


MAGNA
LEGAL SERVICES

Page 14

His -- he was charged with, I guess, releasing pepper spray when he wasn't supposed to.

Q.   When you refer to, quote, the rally, what does that refer to?

A.   The day of Charlottesville, the Charlottesville rally, the Unite the Right rally.  There was the rally then the Torch March were the two kind of events.

Q.   So, when you refer to Charlottesville, are you referring to the event known as Unite the Right --

A.   Yes.

Q.   -- on August 12, 2017?

A.   Yes.

Q.   The Torch March, does that refer to the Torch March on the UVA campus --

A.   Yes.

Q.   -- on Friday, August 11, 2017?

A.   Yep.

Q.   And the trial to which you are referring here, this was a trial regarding Mr. Cantwell's conduct on Friday, August 11, 2017 at the Torch rally?

A.   Correct, yes.

Q.   Mr. Kline, do you remember what you



MAGNA
LEGAL SERVICES

Page 15

told Mr. Cantwell's attorneys regarding the -- regarding --

A. Yes.

Q. -- your knowledge of the incident?

A. Yes. Essentially the -- I was very close to Chris when that happened. Like, I was, like, almost right next to him when that happened. So, I was just giving an eyewitness account of the timeline that happened then. I don't remember now exactly the breakdown of the timeline. But I was giving a -- you know, this is what started, this is what happened next kind of thing. And just kind of giving, like I said, a timeline of the events that night.

Q. So, your testimony is that you told Mr. Cantwell's attorneys knowledge that you had of the events of August 11, but you did not actually testify at the trial; is that correct?

A. I believe so. Like I said, I -- there was -- there was multiple times where I had to go to Charlottesville with Chris Cantwell. He wasn't allowed to drive at the time, so I was driving for him. So, I had gone to Charlottesville multiple times with Chris.

So, I don't know -- I don't remember a



MAGNA
LEGAL SERVICES

Page 16

time where I was sworn in and gave any kind of testimony or anything like that.  The only thing I ever remember talking to is the defense lawyers with Chris -- Chris's lawyers about the timeline.

Q.  Are you -- are you friends with Chris Cantwell?

A.  No longer -- I am no longer in contact with anyone in the Alt-Right.

Q.  During what period of time were you in contact with Mr. Cantwell?

A.  From after he got out of prison or jail until maybe right when he got -- right when he was told that he can leave the state of Virginia.  So, I think that was a year-and-a-half ago.  So, I don't know the exact dates.  A year-and-a-half ago, or something like that. Maybe a little bit longer.

Q.  When you are in contact with Mr. Cantwell, how did you communicate with him?

A.  Just by text message at first, because he -- well, he was in prison.  So, at first I was just talking to his lawyer.  And then he came and stayed with me for a little bit.  And when he was staying with me, we just verbally



Page 17

communicated.

But before that, I didn't really know Chris, so I had -- like, before the rally, I maybe had two, three text messages, not very many, of just hey, are you coming to this or doing that kind of thing. I didn't really know him before the event.

Q. Did you speak with him on the phone in addition to using text messages?

A. Umm, yes. The night between the rally and the Torch -- the Torch Rally and the Unite the Right the next day, between those two -- that night I called him -- or he called me, rather. And other than that, I don't think so.

Q. Had you met him before Friday night, August 11, 2017?

A. I met him in passing at, like, a social event. But I didn't really know him.

Q. When you refer to Mr. Cantwell's lawyer, does that refer to James Kolenich and Elmer Woodard?

A. Elmer.

Q. Elmer Woodard; is that correct?

A. Yes.

(Exhibit 2, First Amended Complaint,



Page 18

marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you have been handed a document that has been marked Exhibit 2.

Do you recognize this document?

A.  No.  I don't know exactly what this is.  Is this the original lawsuit, I guess.  I don't know exactly what this is, no.

Q.  Do you see on the first page of this document it is named First Amended Complaint?

A.  It just says -- yes, I see.  I still don't understand what this is exactly.

Q.  You have not seen this document before?

A.  No.

Q.  Do you recall being served with a Complaint in October of 2017?

A.  Umm, October of 2017, I would have been -- that might have been -- this might have been one of the packages that was sent to my parents' house that I never had received, because I wasn't living there at the time.

Q.  Your parents' house is that 117 Mesa Drive?

A.  Correct.  So, I have never personally


MAGNA
LEGAL SERVICES

Page 19

seen this whole thing.  I have got -- you know, whenever I come home, I'll see, you know, my mail or whatever.  And there were some of these. But I have never seen this exact one that is so big anyway.  115 pages or whatever, I have never seen this one.

Q.  So, your testimony is that you have never seen the Complaint in this matter?

A.  I have never -- not with all these screen shots or anything like that.  I have never seen this, no.

Q.  You are aware that you have -- that a lawsuit has been filed against you, correct?

A.  Yes, yes.  Of course.

Q.  You are aware that you are a Defendant in the lawsuit Sines versus Kessler?

A.  Correct.

Q.  Does this Complaint appear to you to be the Complete in Sines versus Kessler?

A.  Yes.  This is -- the one I had actually gone through and read through, the whole thing, the original one that I did get, didn't have -- it wasn't this long.  It didn't have all these screen shots and things like that.


MAGNA
LEGAL SERVICES

Page 20

This is just a lot longer -- like I said, this is just a lot longer than the one I have read.  It has a lot of depictions and things like that in it that I haven't seen it.

(Exhibit 3, Complaint, marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you are being handed Exhibit No. 3.  Does Exhibit No. 3 appear familiar to you?

A.  It seems like the same thing as far as being long -- longer than anything I have -- I think the longest document I have seen or held in my hand and read was like, 60 pages, maybe 50.

This is, you know, 100 or so.  It has screen shots in it.  No, I have -- I haven't, you know, gone through this before.

Q.  Do you see on the first page of Exhibit 3 the document is named Complaint?  On the first page of the document.

A.  Yes.

Q.  Do you see that it was filed in October of 2017?

A.  Yeah.



Page 21

Q.  You testified earlier today that you did get, quote, the original one?

A.  Mm-hmm.

Q.  Did that mean the original Complaint?

A.  It might be the original Complaint that I had received.  But like I said, I don't remember seeing screen shots and things like that.  This has screen shots, pictures, you know what I mean?  I would have remembered that for sure.  I don't -- there is nothing like that in what I had originally -- what I had originally read through.

Q.  Your testimony is that you remember receiving a Complaint, right?

A.  Correct.

Q.  But you do not remember receiving a Complaint that had screen shots?

A.  Correct.

Q.  Is that right?  Other than the screen shots, does this Complaint look familiar to you?

A.  Yes.  It is essentially going through and explaining the case and -- the Plaintiffs' case, I guess.

Q.  Do you remember reading this document before?



Page 22

A.  Yes.  Well, not necessarily this long. I said this is much longer than what I remember reading.  The one I read, whatever I read was, like, 50 or 60 pages and it had no screen shots or anything like that.  No pictures in it.

So, I don't know what is different between these two documents and what I read.  Or maybe it is the same thing without the screen shots.  But the one I had definitely did not have screen shots in it.

Q.  Would you agree that you read through a Complaint?

A.  Yes.

Q.  From beginning to end?

A.  Yes.  Like I said, the very first one that -- I believe it was public as well.  I don't even know if I read it when I was originally served it or however I got it.  I think I read it online before I actually received it, or, you know, somebody else involved in the case shared it with me.

Q.  How do you remember first receiving the Complaint yourself?

A.  Umm, I believe I got a -- other people were served and they kind of were talking



MAGNA
LEGAL SERVICES

Page 23

amongst each other.  I got a message from somebody, I don't remember who, at the time, saying, hey, did you get this or whatever?  And I said no.  I think a day or two later I got a call from my parents saying hey, there is something in the mail for you.  I had them send it to me in Virginia where I was at the time.

Q.  Where were you living in Virginia at the time?

A.  Umm, what is it called?  Umm, I can't remember the name of it.  I can't remember the name of the town.  It is west -- it is in the western part of Virginia.  I can't remember what it is called though.

Q.  Do you remember the street name?

A.  No.  I only lived there for a couple months.

Q.  Do you --

A.  It was -- I can't remember the name of -- I can't remember the name of the town.

Q.  That is where you were living when the Complaint was --

A.  Yes.

Q.  -- served on your parents and when they called you; is that right?



Page 24

A.  Yeah.  I knew that this was filed, that this was sent out, because it was sent out to other people.  They told me it was coming, or whatever.  Then a couple days later I got a call from my parents saying you got this in the mail, you got to check this out.

Q.  When other people told you that a Complaint had been filed, how did they tell you?

A.  Probably on the phone, called me.

Q.  Did they text you?

A.  I am not sure.  I don't think so.  I didn't use a lot of text messages.  We also talked on the phone.  I also used to talk on the phone with people.

Q.  Did they e-mail you?

A.  No.  I have used -- I never used e-mail through the whole -- the whole process, the whole Charlottesville or the Alt-Right or anything like that.  The only thing I ever used e-mail for was to make accounts for Twitter or whatever it was.

Q.  Which e-mail address did you use to make accounts?

A.  Umm, well, it depends on what it is.  So, the e-mail that I originally used was -- I



Page 25

think it was EliMosley@IdentityEvropa.com was my -- one of my original e-mails that once I left the organization, I lost access to.

Another one is the Eli F. Mosley one. Then as far as e-mails to, like, create accounts, like Twitter accounts or whatever account I needed at the time, I would just go to an e-mail generator. So, like, it would literally just be random characters as the e-mail.

Q. We'll return later to your e-mail addresses. Just a couple more questions about the Complaint and the litigation first.

Do you have an understanding of what the litigation is about?

A. Umm, sort of. I wouldn't say I have a strong understanding. But I have -- I have consulted originally with my original attorney about what's going on and things like that. And, I mean, I sort of know what's going on. But not -- not as well as I should, I guess.

Q. What is your understanding of what the litigation is about?

A. I believe the Plaintiffs believe that we went there -- or that I helped organize some



Page 26

type of, you know, violent -- like, a premeditated violent plan against the people of Charlottesville.  Which isn't -- which isn't true at all.  And they are trying to seek damages, I guess.  Like, that is really all I know about it.

Q.  You indicated earlier that you are familiar with an event called Unite the Right?

A.  Mm-hmm.

Q.  Correct?  Were you one of the organizers of Unite the Right?

A.  Yes.

Q.  You understand that you are here to testify as part of the litigation Sines versus Kessler, correct?

A.  Correct.

MR. DiNUCCI:  Mr. Barkai, can I interject an objection?  As I recall Judge Hoppe's order in the matter, this deposition is limited to the question of whether or not or the issue of Mr. Kline's compliance or alleged noncompliance with discovery-related Orders, not the substance or merits of the case.

THE WITNESS:  That is tomorrow.

MR. BARKAI:  The questions are about



Page 27

Mr. Kline's understanding of litigation, his receipt of the Complaint, his compliance with discovery throughout the process since being served with the Complaint, including the preservation of devices and of relevant documents.

MR. DiNUCCI:  I'll just set up one more comment, then you do what you got to do. But at least the answers are tending towards the substance of the case, the merits of the case. I thought I heard a question about whether or not Mr. Kline was part of any effort to organize the events.

That is my objection.  But you can go ahead.

MR. BARKAI:  Well, organizing an event would certainly lead to the inference that you would have documents and discovery related to the event.  So, it is a relevant question.

BY MR. BARKAI:

Q.  Mr. Kline, after you were sued you hired attorneys, as you indicated, correct?

A.  Through Identity Evropa.  I was represented through them, basically.  As part of my leading with our organization, part of the



Page 28

deal was they would pay for my legal fees -- the legal, the attorneys, things like that.

Q. What is Identity Evropa?

A. I believe it is no longer an organization. But it was a -- originally it started out as sort of an European-American fraternity-type organization. Then it kind of morphed and changed over time to something else and became kind of what it was when it stopped being an organization. I guess they called it quits kind of months ago, from what I understand. But, like I said, I don't follow a whole lot of it anymore.

Q. You were formerly a member of Identity Evropa; is that correct?

A. Yes.

Q. During what period?

A. Probably a year before Charlottesville, maybe a year-and-a-half before Charlottesville. So, I was a member for a year, year-and-a-half, I would say.

Q. Beginning in approximately 2016?

A. Yeah.

Q. And ending when?

A. The summer of 2017, I want to say,



maybe.

Q. The summer of 2017, after Unite the Right?

A. Yes.

Q. What led to your no longer being a member of identity Evropa?

A. Umm, there was issues with me and the owners or the leadership, Nathan Damingo.

Q. You stated that Identity Evropa as part of your deal with the organization would pay for your legal fees, correct?

A. Yes.

Q. Who was the attorney for whom Identity Evropa paid at that time?

A. Umm, the -- I think it is the same attorney they have now. I can't remember his name off the top of my head.

Q. Is that Mr. Kolenich?

A. Yes, Kolenich.

Q. Mr. Woodard?

A. Originally I think they may have started paying him. But I don't think Identity Evropa kept doing that. Maybe they did. I am not sure.

Q. In addition to being represented in



Page 30

your capacity as a member of Identity Evropa, were you also personally represented in this case?

A.   Yes.   By -- by Mr. Kolenich, and I guess at the time Mr. Woodard.   But I don't think he is still in the case, or not.

Q.   Did you personally pay them?

A.   No.

Q.   Have you ever personally paid for their representation?

A.   No.

Q.   Were you involved in retaining them as attorneys?

A.   No.   I was told it was all taken care of.

Q.   Did you personally communicate with Mr. Kolenich and Mr. Woodard?

A.   Yes.

Q.   Did you communicate them by -- communicate with them by phone?

A.   Yes.

Q.   Did you speak on the phone with them?

A.   Yes.

Q.   Did you exchange text messages with them?



Page 31

A.  Just hey, can I call, kind of.  Yes -- yes, I am free, or whatever.

Q.  Did you use -- did you communicate with them by e-mail?

A.  No.

Q.  You have never communicated with Mr. Kolenich or Mr. Woodard by e-mail?

A.  Not that I -- not that I recall or anything like that.  I think maybe them sending me something like this and me just receiving it. But I don't remember ever -- I never really e-mailed them back, like, anything other than maybe thanks for the document, or something like that.  But I don't use e-mail a lot.

So, I don't think -- no, I -- I don't think I ever e-mailed them.  The only thing it would be would be, like, a thanks for the document, or whatever.

Q.  When you communicated with Mr. Kolenich and Mr. Woodard by phone, what kind of phone did you use?

A.  Just, like, a crappy Walmart phone and, like, an iPhone.

Q.  Two phones?

A.  I had two different phones over the



MAGNA
LEGAL SERVICES

course of this whole thing.

Q.   Did those two phones have different phone numbers?

A.   Yes, yes.

Q.   Was one of the phone numbers (610) 406-2229?

A.   Yes, that is the iPhone.  And then the Walmart one was, like, a prepaid phone.  I don't even remember what the number was.  I only used it for, like, maybe four or five months.

Q.   When were those four or five months?

A.   Umm, it was when I was moving from Virginia back to Pennsylvania.  So, right when I left Identity Evropa.  So, somewhere 2017.

Q.   Did you use that prepaid phone during August of 2017?

A.   No.  I didn't even have it then.

Q.   When was the last time you remember using the prepaid Walmart phone?

A.   Umm, like, that summer.  Like I said, I used it from the beginning of the summer, maybe end of spring to the end of 2017 summer. It was just while I was moving, because my iPhone had issues and kept dying, so I just had to get a new phone so I had one.



Page 33

Q. Your iPhone kept dying so you got a prepaid phone from Walmart?

A. Yeah.

Q. Did the prepaid phone offer text messages?

A. Yes.

Q. Voicemails?

A. Umm, I think so. Probably.

Q. E-mails?

A. I never set it up or anything like that.

Q. Was your iPhone set up to use e-mails?

A. My iPhone was set up to use one e-mail address. It was Elliott or EliMosley@IdentityEvropa1. But when I left the organization, they shut my e-mail off. So, the only e-mail that was on my phone was that one. And I never had access to it because the account shut down. Like, I always get pop-ups saying this account doesn't work, or whatever, on my phone.

Q. Your iPhone was only set up to use the Identity Evropa address, but not your Gmail address; is that correct?

A. Correct. It might have been set up to



MAGNA
LEGAL SERVICES

Page 34

use other e-mail addresses that were, like, not related to any Alt-Right stuff.  Like, one of my e-mail addresses, I think, that might have been used on there was, like, an old one I had from high school I never even used, or anything like that.  So, there might be, like, other e-mails on -- e-mail addresses on there.  But they were old ones that I didn't even use anymore, or didn't have anything to do with Alt-Right stuff.

Q.  You have other e-mail addresses aside from your Identity Evropa and Gmail addresses that you never used for, quote, Alt-Right stuff?

A.  Yeah.  I mean, like, e-mails from when I was in high school.  E-mail addresses when I was in high school and things like that.  Or college or in the Army and things like that.

Q.  Did you ever use those e-mail addresses to discuss Unite the Right?

A.  No.

Q.  When was the last time that you remember using your own e-mail addresses?

A.  Far before I did anything Alt-Right.

Q.  And approximately when would that be?

A.  I guess 2015, 2014 would be the very latest.  But I didn't start doing Alt-Right



Page 35

stuff until 2016.  So --

I would say probably it is even earlier than that.  I haven't used those e-mail addresses since 2012, 2013, or something like that.

Q.  When Mr. Kolenich and Mr. Woodard were representing you, there were times when they sent you documents, right?

A.  Correct.

Q.  Did they send you documents via e-mail?

A.  Yes.

Q.  Did they send you documents via physical U.S. Mail?

A.  Umm, I don't believe so.  I think all the physical documents I have gotten have been from the Court itself.

Q.  You have received physical documents from the Court, is that correct?

A.  They get sent to my parents' house. So, whenever I am around or near whatever, I just swing by to pick up my mail, stuff like that.  I'll get it from -- I'll get it from them then.

Q.  How often do you swing by to pick up



Page 36

your mail?

A.  It is really sporadic.  Sometimes it is once a month, sometimes it is multiple times a week I'll be there.  It just depends what's going on.

Q.  You have testified that your parents have contacted you to let you know you have mail waiting for you, right?

A.  They have done that in the past.  They don't always do that though.

Q.  Do Mr. Kolenich and Mr. Woodard still represent you?

A.  No.

Q.  Why do they no longer represent you?

A.  Because they feel like I wasn't being communicative with them as their -- I guess their side of what happened.  From what I understand or what was going on at the time, they -- we were going through the discovery stuff and they asked me -- Mr. Kolenich had asked me to produce things like Twitter accounts that I don't have access to, Facebook accounts, things like that.  The discovery stuff.

And I had explained to him that I didn't have access to it or anything like that



Page 37

anymore.  And then weeks later he called me back
and he actually said to me -- or him and a
couple other people.  I think it was -- what's
his name?

One of the other members of Identity
Evropa had called me and let me know that, hey,
they are going to stop this lawsuit, they are
ending it, so you got to call the lawyer and let
him know if you would be okay with, like, a plea
deal or like a -- I don't know, some sort of
agreement.  So, I said yes to that.  And then
the week later or two weeks later I found out
from a news article that they had filed a motion
to remove me.

So, I was under the information that I
was -- I was being told there was going to be a
deal or that the case is going to be done with
or I was going to be dropped from it.  In
reality, I was being dropped as a Defendant from
their law -- their legal team, I guess.

        Q.  Who is the other member of Identity
Evropa who called you?

        A.  Umm, Patrick Casey.

        Q.  Are you in communication with Patrick
Casey?



Page 38

A.  Very, very little.  Umm, I spoke to him a couple weeks ago when originally, umm, you guys had -- I guess there was a hearing on the discovery stuff.  And he called me to let me know, hey, you need to do -- you need to call the lawyer and let him know what's going on.

Before that, I hadn't spoken to him for maybe seven or eight months.

Q.  When you have communicated with Patrick Casey, has it just been over phone call?

A.  Mm-hmm.

Q.  Have you texted with him?

A.  Umm, yes.

Q.  E-mailed with him?

A.  No.

Q.  When Mr. Kolenich has sent you documents via e-mail, what e-mail address has he used?

A.  The same one you guys used, the Eli F. Mosley one --

Q.  You have --

A.  -- Gmail.com.

Q.  You have access to that e-mail address, right?

A.  Yes, yes.



Q.   Your --

A.   I didn't for a long time, because I only had -- I only had access to the e-mail through my phone, and my phone -- that e-mail account will not log in on my phone because of the other account that I said earlier, the Elliott.Kline@IdentityEvropa.com.  That one will not let me sign in another Gmail account.  So, I don't have Gmail on my phone.

Q.   Earlier you testified that your Identity Evropa e-mail address was, I believe, EliMosley@IdentityEvropa.com?

A.   I believe it was Eli Mosley or Eli.Mosley.  One of the two.

Q.   Not Elliott.Kline@IdentityEvropa?

A.   I don't think it was Elliott.Kline. It might have been Elliott.Kline as well.  Like I said, I mean, my phone is off right now.  I could try to check it right now.  But, like I said, it is -- I believe they had an at name through, like, Google or something like that. When I got removed from the organization, they deleted the e-mail address without letting me pull that e-mail off my phone.  So, now every time I try to log in, it tells me you can only



Page 40

log in with that e-mail address.  And I don't --
it is a dead e-mail address.  There is nothing
-- there is nothing I can do with it.

(Exhibit 4, Motion in Support of
Motion to Withdraw as Counsel, marked for
identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you have been handed
Exhibit No. 4.

Do you recognize this document?

A.  Yes.  This is the document that Mr.
Woodard and the other attorneys, that they put
together to drop me from the case, as with them
as my lawyers.

Q.  Do you see where this document states
Mr. Kline had been unresponsive to counsel's
attempts to communicate throughout this
litigation?

A.  Yes.

Q.  Do you see that the brief states that
you refused to answer your counsel's calls or
e-mails?

A.  Yes, I see that.

Q.  Turning to the second page of this
document, do you see that you were advised by





Page 41

your counsel to let them know about your availability for a deposition?

A.  Yes.

Q.  Do you see in Paragraph 6, quote, Mr. Kline's, quote, response, end quote, has been complete and nonresponsive silence, end quote?

A.  Yes, I see that.

Q.  Do you see in Paragraph 10, undersigned currently do not even know with any certainty how to contact Mr. Kline, quote?

A.  Yes.

Q.  Were you unresponsive to your counsel's attempts to communicate with you?

A.  Umm, this is during the time where I was switching those phones and moving my phones around.  I finally got back to my original number, which was the (610) 406-2229 number. But, yeah, we had serious communication issues for a long time.  We finally -- it finally got worked out when I got my new phone.

Q.  Did you ever tell your counsel that you were switching phones?

A.  Yes.  They knew that I was having issues the whole time.

Q.  Did you continue communicating with



Page 42

your counsel via e-mail while you were having issues communicating via phone?

A. Umm, no. It was -- it was still all on the phone.

Q. Do you disagree with your counsel's statement that you were completely silent in response to their attempts to communicate with you?

A. Umm, it depends on when it was. So, yes, sometimes I was silent because I didn't have a phone when they were trying to call me. And other times they would call me and I would pick up the phone right away. It was depending what was going on with my phone at the time.

Q. Did you ever try to communicate with them some other way, such as borrowing someone else's phone?

A. No. Because, first of all, I didn't want to get anyone else mixed up in this whole thing, as far as phones go. The other issue was is I would call -- I would call them, I would leave a message, like, hey, can you call me back at this number, that number, and they would never return that call.

So, I originally tried to do something



Page 43

like that, but I didn't get a call back then.
They would only really communicate with me on my
-- my phone number, the 610 one.

Q.   I am going to return to questions
regarding your phone a little bit later.

A.   Mm-hmm.

Q.   Besides Mr. Kolenich and Mr. Woodard,
has anyone else given you legal advice in this
case?

A.   Umm, no, not really.

Q.   Has -- when you say not really, has
anyone given you --

A.   Not official legal advice, no.

Q.   Unofficial legal advice?

A.   I have spoken to people who are
familiar with this type of litigation.  But they
are not lawyers or anything like that, just
dealing with the business world, I guess.

Q.   Have you had any legal training?

A.   No.

Q.   Who were the people who are familiar
with the litigation whom you have spoken to?

A.   Umm, people I just -- umm, I am trying
to think of how I could explain.  The people I
played -- I talk with online, play games with


MAGNA
LEGAL SERVICES

Page 44

online.  I don't even know their real names.
Just people I play games with online that I know
one of them owns his own business.  He has had a
similar -- like, not a similar lawsuit, but a
lawsuit.  I asked him today before I left, hey,
what is a deposition like, or whatever.  And he
just -- he has been -- he did -- he had a big
lawsuit with his company.  So, it was just like
that.  Nothing -- I haven't spoken with anybody
as, like, legal advice or anything like that.

Q.  What is that person's name to whom you
spoke?

A.  I have no idea.

Q.  Do you know what his handle is online?

A.  Umm, Char Char Binks.

Q.  How do you spell that?

A.  I -- Char Char.  So, C-H-A-R C-H-A-R.
Then Binks is B-I-N-K-S.

Q.  How did you speak to him online?  Was
that in a forum of some kind?

A.  No, it is just in-game chat.

Q.  What game?

A.  Umm, a game on Steam called Squad.

Q.  So, you spoke to, quote, Char Char
Binks in Squad in the game chat about this



Page 45

deposition; is that right?

A. Yeah. Just in voice chat.

Q. In the voice chat?

A. Yeah.

Q. Have you spoken to others through Squad?

A. No.

Q. How else have you spoken to people online about this lawsuit?

A. Umm, on my original Discord account that got banned, that is the only other kind of communication online that I ever do, was on Discord. But that got banned.

Q. We'll return to that later as well.

Anyone else on Steam?

A. No.

Q. Are chats through Steam saved?

A. It is not a chat. It is -- it is, like, when you are in the game, you can talk to the person across from you. It is not, like, a typing chat. It is just voice communication that is, like, live. And none of it is saved or anything. It is just -- like I said, it is just -- we were just shit talking or talking about what's going on in our lives while we are


MAGNA
LEGAL SERVICES

Page 46

playing the game.  There is nothing -- just voice or whatever.

Q.  Just voice only?

A.  Just voice.

Q.  Besides talking to Char Char Binks, did you do anything else to prepare for today's deposition?

A.  No.

Q.  Did you speak with or meet with Mr. Kolenich in advance of the deposition?

A.  No.

Q.  Mr. Woodard?

A.  No.

Q.  Have you communicated with Jason Kessler about his deposition?

A.  No.

Q.  Have you communicated with Erika Alduino about her deposition?

A.  No.

Q.  Mr. Kline, where did you grow up?

A.  Reading, Pennsylvania.

Q.  Is that the address that we discussed earlier as being your parents' address?

A.  Yes.

Q.  117 Mesa Drive?


MAGNA
LEGAL SERVICES

Page 47

A. Yes.

Q. Where do you live now?

A. Umm, I am kind of moving between a bunch of different places. I just house sit for -- like, the last two weeks I house sitted for a family. But I don't really have a permanent address right now. I am kind of moving around, trying to find a job.

Q. What is the address where you have been house sitting?

A. I don't even know the address. It is up in Allentown.

Q. Where did you live before Allentown?

A. I was -- like, after I left Virginia, I lived with my parents for a little bit. And I have been trying -- I have been driving around trying to find a job all throughout Pennsylvania. So, I might stay in, like, a hotel one night, or stay with a friend or college or something like that. But --

Q. What is the last physical address that you remember having?

A. The 117 Mesa Drive is the -- I guess the best address.

Q. When did you leave that address?



Page 48

A.  I am there right now.  But I might be leaving in another week or two to go look for a job.

Q.  Where were you living in Virginia?

A.  Umm, I got to remember the name of the town.  I can't believe I can't remember.  Umm, what was the name of that place?  If I had my phone out, I could just look at Google Maps and know exactly where it is at.  I just don't know exactly where it is.

It is Loudoun.  Loudoun County.  So, whatever town -- the town that is in Loudoun County, that is where it was.

Q.  Have you ever lived in Charlottesville?

A.  No.

Q.  Your name is Elliott Kline, but you go by Eli Mosley, right?

A.  I went by that.  I no longer go by that name.

Q.  Why did you go by Eli Mosley at the time?

A.  Pretty much everyone in the Alt-Right had, like, a pseudonym or, like, a fake name for anonymity.



Q. For anonymity?

A. Yeah.

Q. Why did you choose Eli Mosley?

A. Umm, at the time -- well, Elliott, Eli. That's pretty simple. Mosley was just -- he is a political figure from the United Kingdom who I was reading at the time.

Q. When did you stop using that name?

A. Uh, probably, I mean, a year ago. Maybe a little bit more than a year ago.

Q. How old are you?

A. 27.

Q. What is the highest level of education that you have received?

A. Some college.

Q. Where were you in college?

A. Shippensburg University, and then Millersville University.

Q. You did not graduate; is that right?

A. No.

Q. What were you studying?

A. Political science at Shippensburg and computer science in Millersville.

Q. Are you employed now?

A. No.



MAGNA
LEGAL SERVICES

Page 50

Q.  When were you most recently employed?

A.  Umm, I mean, technically by Identity Evropa, I guess.  Most of the work I have been doing was just kind of odd stuff, you know.  Because it is really hard for me to find a job right now.

Q.  What kind of odd stuff?

A.  Like, house sitting, pet sitting.  You know, cleaning cars.  Stuff like that.

Q.  Were you being paid for your work for Identity Evropa?

A.  Yes.

Q.  What kind of work was that you were being paid for?

A.  Administrative organizational-type work.  Yeah.

Q.  Did administrative organizational-type work involve making documents for Identity Evropa?

A.  Umm, yes.  But I wasn't the only -- I wasn't the only one who did it.  Most of the documents that were made were made by Nathan Damingo.

Q.  What kind of documents did you make?

A.  Umm, I am trying to think of what kind



Page 51

of documents I would have made.  I made things that were sort of, like -- so, after Charlottesville -- I mean, what happened at Charlottesville freaked me out, as far as the violent stuff.  So, I kind of made -- one of the documents I know is -- and I made it with Nathan -- was Identity Evropa moving forward's peaceful protesting and how to, you know, communicate our ideas peacefully kind of thing.

Other than that, I can't remember any specific documents other than that one.

Q.  Did you make documents before Unite the Right for Identity Evropa?

A.  Umm, no.  Not that I -- no.

Q.  Where -- where is the document that you remember making saved?

A.  The old Discord server, I believe, is the best place to find it, is they -- Identity Evropa had a Discord server where documents and things like that were -- it wasn't documents, yeah.  But mostly it was just people posting things like that on Discord.  And one of those things was the document.

I believe Discord deleted the whole server.  But that was after I had already left.



Page 52

So, I don't -- I don't know exactly what the status of the server is.  But I believe -- I have heard they deleted everything.  From the news, actually.  Not even --

Q.  So, your testimony is the document was posted on Discord, right?

A.  Correct.

Q.  Identity Evropa's Discord server?

A.  Correct.

Q.  Was the document itself made on a computer though?

A.  Umm, I think that specific one I made on Google docs, and then sent the Google doc to somebody who made it into a Word document and posted it.  So, it was Google docs on my phone kind of thing on my -- just the Google app or whatever.  With the EliMosley@IdentityEvropa.com Gmail address.

Q.  Which e-mail address was that?

A.  The @IdentityEvropa one.  So, if it was Eli Mosley, which I think is what it was, or Elliott Kline, whatever it was.

I am pretty sure it was EliMosley@IdentityEvropa.com, though.  I made it on that Google documents drive or whatever.


MAGNA
LEGAL SERVICES

Page 53

Q. On your phone?

A. Yeah.

Q. Correct?

A. Mm-hmm.

Q. So, you logged into Google docs on your phone --

A. Mm-hmm.

Q. -- and made the document on your phone, right?

A. Yeah. And it was -- it was a collaborative thing. There was other people that were adding -- like, other people that were in the organization that were putting it together, or whatever.

Q. Who were the other people who were putting it together?

A. Nathan and Patrick, obviously. I can't really remember anyone else's names that would have been involved. But --

Q. Did you communicate with Mr. Damingo and Mr. Casey via e-mail?

A. No.

Q. Via phone call?

A. Yeah.

Q. Via text?



Page 54

A. Yes.

Q. Was this all on your iPhone?

A. Yes. By the time I had gotten the prepaid phone, I wasn't in communication with them almost at all.

Q. Have you served in the military?

A. Yes.

Q. Could you please describe your military experience?

A. I was in the military for six years. I was in the Pennsylvania National Guard, and I was -- I joined when I was 17. So, when I was a junior in high school. And through -- and I went to basic training when I was in junior, between junior and senior year. After my senior year I went back and finished it. I was in it for six years and stopped.

Q. You were in Pennsylvania the whole time; is that right?

A. Yes.

Q. Have you been a Defendant in any other lawsuit?

A. Not that I'm aware of.

Q. Have you been arrested?

A. No.



Page 55

Q.   You have explained that you are familiar with Identity Evropa, right?

A.   Yes.

Q.   And you understand that Identity Evropa is a Defendant in this lawsuit?

A.   Yes.

Q.   You were at some point a member of Identity Evropa, right?

A.   Mm-hmm, yes.

Q.   When did you first become a member of Identity Evropa?

A.   Umm, I am trying to think.  I am trying to think when it exactly would have been.  It would have been about August of 2016, I would say probably if I had to guess.  I don't know that is exact.  But somewhere around there.

Q.   Were you an Identity Evropa member in August of 2017?

A.   Yes.

Q.   How many total members would you estimate Identity Evropa had?

A.   Oh, I have no idea what it ended up being.  Umm, couple hundred.  I don't know exactly what it was though.

Q.   What were Identity Evropa's activities



Page 56

at the time you were a member?

A.   So, when I joined it was mostly, like I said, a college fraternity-type thing.  I wasn't in college, but the goal was to kind of take our political message there.  So, we did things like just post for colleges.  That was literally all we did for almost the entire time I was in it, was post for colleges.

And then we did the very first kind of, like, live action or live kind of protest in New York, New York City.  I don't remember when exactly that was.  But that was the first kind of thing we did out.  I think it was somewhere in the winter of 2016.

Q.   Did Identity Evropa send out e-mails?

A.   Not that I know of.

Q.   You don't remember Identity Evropa ever sending an e-mail?

A.   Sending me an e-mail?

Q.   Sending anyone an e-mail.

A.   Oh, not that I know of, no.  They might have sent out e-mails.  Maybe Nathan had.  So, the organization was mainly ran from the top with Nathan Damingo.  So, Nathan might have sent out e-mails to people.  I don't know where he



Page 57

would have got -- what kind of e-mails or what. It would have been through his @IdentityEvropa account. But nothing I know of specifically.

Q. Did you ever send out an e-mail in your capacity as a member of Identity Evropa?

A. Yeah. From that e-mail address that I -- the @IdentityEvropa one, yes. That is what kind of took press e-mails, and that is where I took -- that was, like, my public e-mail. Like, if you need to get in touch with me, because I was getting banned from Twitter. I am getting banned from Twitter so much, if you need to get in touch with me, e-mail me here. That was the e-mail address I used.

I didn't send or receive a whole lot of e-mails from it, other than from the press.

Q. You communicated with the press; is that right?

A. Yes.

Q. You did interviews with the press?

A. Yes.

Q. Which members of the press interviewed you?

A. I have no idea. I have -- I mean, people from all different organizations. I



Page 58

don't even know where to begin or who it would have been.

Q.  Could you name an example?

A.  Umm, I know Washington Post, New York Times.  I know BBC we talked to at one point. Almost every news organization I can think of. Lots of local ones.

Q.  Those organizations sent you e-mails to communicate with you, right?

A.  Yes.

Q.  And you e-mailed them back?

A.  Not always.  Depending on who it was. I know, like, Huffington Post sent us an e-mail and we never responded.  Things like that.  But 50/50 we would respond.  It was just them asking us for interviews, or, like, a list of questions in an e-mail.

Q.  Did you respond to those questions via e-mail?

A.  Yeah.

Q.  From your IdentityEvropa.com e-mail address?

A.  Yeah.

Q.  Using your iPhone?

A.  Yes.


MAGNA
LEGAL SERVICES

Page 59

Q.  Any other devices that you used to respond to those e-mails?

A.  No.

Q.  Only your iPhone?

A.  I only ever used my phone, yeah.

Q.  You never used a computer?

A.  The only other computer I used was a shitty laptop that at the time was -- I think it was my girlfriend at the time's neighbor.  I think it was her laptop.  But it was literally to send something from my iPhone to the printer.

So, anything that was -- would be on the computer is something that was on my phone. It was literally just -- because I couldn't send documents from my phone to the printer.  That was the only thing.

Q.  Who was your girlfriend at the time?

A.  Her name was Sam.

Q.  What was her full name?

A.  Samantha Frolich.  I don't know how to spell that last name though.

Q.  Do you have her contact information?

A.  No.  We did not part ways in good terms.  So, I don't know.  I don't have any of her contact information.  I don't know where she


MAGNA
LEGAL SERVICES

Page 60

is or anything like that.

Q.  Do you know her neighbor's name?

A.  No.  Like I said, it was just -- that computer -- literally the only thing was it was connected to the internet -- or connected to the printer.

Q.  At your girlfriend's neighbor's house, correct?

A.  Yes.

Q.  Where was this house?

A.  South Carolina, in Greenville.

Q.  Do you know the address?

A.  No.

Q.  When was it that you were using your girlfriend's neighbor's laptop?

A.  Probably five -- four or five months before Charlottesville.  So, pretty ahead of time in Charlottesville.  It wasn't, like, in relation to Charlottesville or anything like that.

Q.  This was in early 2017?

A.  Yeah.  This was before Charlottesville was even a thing.

Q.  What were the documents that you were using this neighbor's computer to print?



Page 61

A.  Umm, I don't remember.  I just remember printing -- I just remember not being able to print off my phone.  I don't remember exactly what it was.  They weren't -- I don't know what it was.  I think I was going on a trip and I needed to -- I was handing out, like, information to somebody.  I don't even remember exactly what it was.  It wasn't -- it was nothing to do with Charlottesville or anything like that.

I think it was, like, a bullet point list of ideas, or something like that.  And I was handing it out at a meeting I was going to.

Q.  Was this related to Identity Evropa?

A.  Yes.

Q.  Did Identity Evropa have a website?

A.  Yes.

Q.  Was it a public website?

A.  What do you mean by that?

Q.  Was it available to the public?  Or did you need to log in to view it?

A.  Umm, yes.  It was a public website.

Q.  Was there also a private component to it?

A.  Umm, not that I know of.  I didn't



Page 62

deal with any of the website stuff.  That was all Nathan Damingo.  He set that up.  And he was the one that did the back end stuff.  He may have had someone else help him.  But, I don't know.  I didn't know anything about the website, or anything like that.

Q.  You did not have credentials for the website?

A.  No.

Q.  No password?

A.  No.

Q.  Did Identity Evropa have a blog?

A.  Yeah, I think so.  Maybe.  Again, that would have been run by Nathan.

Q.  You never wrote for the blog?

A.  I wrote one thing for the blog when there was initially changing over from Nathan to me as kind of the de facto leader, I guess.  But that was only for a short time.  I wrote one thing.  And then I think I wrote -- maybe we went and did an action shortly after Charlottesville, and I think I wrote something for that.  But that is it.

Q.  How did --

A.  I didn't write on the website.  I



Page 63

literally, again, wrote it on my phone and sent it to somebody, I don't even remember who it was, and they put it on the website for me.

Q.  You wrote the documents on your phone?

A.  Yeah.

Q.  Your iPhone?

A.  Mm-hmm.

Q.  Did you write the documents on Google docs?

A.  Yep, the same thing.  So, sign in to my Identity Evropa e-mail and my Google docs, my Google drive or whatever on my phone, and type it in there.

Q.  Identity Evropa had its own e-mail addresses, right?

A.  Mm-hmm.

Q.  @IdentityEvropa.com e-mail addresses?

A.  Correct.

Q.  Is there a server that contained the data for those e-mail addresses?

A.  I don't believe so.  I think it was through Gmail, and that is how they got -- maybe I got kicked off.  But I wouldn't know that. Like I said, I didn't do any of the tech stuff.

Q.  So, you believed that the addresses



Page 64

were set up through Google; is that right?

A.   I think that is what it was through. Because I remember my log in was through Google, you know what I mean?  Like, I would go to Gmail.com, then type my log in at Identity Evropa.  So, it was through Gmail.

Q.   Were there online forums that Identity Evropa had?

A.   No, other than the Discord.

Q.   Did you make social media posts on behalf of Identity Evropa?

A.   Yes.

Q.   What kinds of social media services?

A.   I didn't actually make any posts myself usually.  Mostly it was me sending it to somebody else to post.  It was just on Twitter or Facebook.

Q.   Who did you send to to post?

A.   Whoever the person that ran the social media accounts.  I don't remember who it was.  I don't remember their name or what even what their pseudonym was.

Umm, yeah, I don't -- I don't remember who it would be.  Whoever the person was in charge of social media.  A lot of times it would



Page 65

have been Nathan.  But I don't know exactly who was put in charge of the social media accounts. I don't remember who it was.

Q.  Was it a single person?

A.  Yeah, I think it was a single person. They might have changed who it was.  But usually they had one person in charge of social media accounts.  But I don't remember who it would have been.

Q.  You were in a leadership role of Identity Evropa at this time?

A.  After Charlottesville.  So, before Charlottesville, kind of, not really.  I was -- I was someone that would organize local events or, hey, let's go post -- put posters up at this school.  After Charlottesville, yes, I moved into a leadership-type role.

Q.  You organized events for Identity Evropa, right?

A.  Yes.

Q.  Including before Charlottesville?

A.  Yes.

Q.  You organized events such as local events at schools?

A.  Yes.


MAGNA
LEGAL SERVICES

Page 66

Q.  But you are not aware of who was operating Identity Evropa's social media accounts?

A.  No.  Like I said, at the time I am pretty sure in the Discord we had, like, a thing that was, like, social media posts, I think was the name of the channel, maybe.  I don't know.  And we would -- I would post in there, then it would get posted on the Twitter.  I don't even know who would do it.  I don't remember who it was, or anything like that.

Q.  Did you e-mail those posts to people to post?

A.  No.  Like I said, I never -- I almost never use e-mail, outside of talking this legal stuff, really.

Q.  Did you text posts for people to post?

A.  Umm, no, not -- no.  Because I wouldn't have had their numbers.  No one shared phone numbers, right.  So, it was mostly all through Discord, is how most of the communication happened.

Q.  Your testimony is that you would write a social media post for Identity Evropa in Discord, and then someone else would post it?



Page 67

A.  Yes.  Either through Discord or -- I am trying -- I don't think there is any other way.  It would have been either a direct message on Discord, like a private message, or on the actual Identity Evropa Discord server.  But I don't know who that person would be that had the credentials or anything like that.

Q.  Do you remember anything about that person?

A.  No.  I don't even know if it was a male or female.  I don't know.  I don't remember.  And I think that job changed hands a few times as well.  So, you know, like I said, I don't really remember.

Q.  Did you discuss those social media posts over the phone?

A.  No, not that I know of.

Q.  Did Identity Evropa participate in the planning of Unite the Right?

A.  Umm, yes.  A little -- I would say a little bit.  I wouldn't say they were -- it is kind of hard to say, like, separate who was in Identity Evropa and helping organize, I guess you could say, then who was organizing as an Identity Evropa member, if that makes sense.


MAGNA
LEGAL SERVICES

Page 68

It was kind of, like, a loose collection of groups, and each group was, like, given a broad outline. And then within those groups they were expected to kind of do their own organizing, I guess you could say.

Q. The members of Identity Evropa, whether individually or as part of the organization, did work on organizing Unite the Right, correct?

A. Yes.

Q. Including creating documents?

A. Yes.

Q. Sending e-mails?

A. I don't know about sending e-mails. But creating documents, sure.

Q. Where would those documents be located?

A. Well, they have all been leaked. So, the -- they were originally posted on the Discord server. Not the Identity Evropa Discord server, but the -- I think there might be something on Identity Evropa's Discord server. But the, like, event, the Unite the Right Discord server.

So, there was the Identity Evropa



Page 69

Discord server, then there was the Unite the Right Discord server. That was for not -- non Identity Evropa people. There was way many people on that server. And any documents that were produced would be posted on that server. Which, again, was deleted.

(Exhibit 5, transcript of 7/2/2019 telephonic discovery hearing, marked for identification.)

BY MR. BARKAI:

Q. Mr. Kline, I am going to now ask some more detailed questions about the devices that you used to communicate regarding Unite the Right, as well as more generally.

First, you appeared at the July 2, 2019 hearing in this matter, right?

A. Yes.

Q. Does this exhibit in front of you appear to you to be a transcript of that hearing?

A. Umm, yes.

Q. Could you turn to Page 19, please?

A. Okay.

Q. Do you see at the top of that page where you told the Judge, so, currently, as far



Page 70

as, like, information that I have retained, the only thing I have left from then is my old cell phone.  It is currently not activated, it is just kind of sitting here.

A.  Yes, that is the iPhone.

Q.  That is the iPhone whose phone number begins with 610, correct?

A.  Correct.

Q.  What model iPhone is that?

A.  Umm, I have it with me right now.  Let me see.  I don't even know.  iPhone S.

Q.  iPhone S?

A.  Mm-hmm.

Q.  That is what it says on the back?

A.  Yeah.  I don't know if it is, like, a six or what.  Doesn't say.  Doesn't say.

Q.  You told the Court that it is currently not activated, right?

A.  Yes.  It has been reactivated since then specifically for you guys to get your stuff off it or whatever, I guess.

Q.  You reactivated the phone?

A.  Yes.

Q.  When did you do that?

A.  Probably a day or two after this phone



Page 71

call.  After -- from Exhibit 5.

Q.  A day or two after the July 2 hearing --

A.  Yes.

Q.  -- you reactivated the phone?

A.  Yeah.

Q.  Are you using that as your main phone now?

A.  Right now, yes.  But I am getting a new phone, like, with a new number, new everything.  Because my phone number has been leaked to the public, so I just get phone calls all day, nonstop, from people I don't want to be calling me.

Q.  Before you reactivated the phone, where were you keeping it?

A.  In my room.  Just -- or with me in my car, wherever I was at.  It just traveled with me.

Q.  You were keeping your old phone in the car traveling with you, even though it wasn't activated?

A.  Yeah.  For the discovery stuff, so you guys had it, or whatever.

Q.  Were you -- strike that.



Page 72

When did you first get that phone?

A.   This phone?

Q.   Correct.

A.   Years ago.  I don't even know how old this phone is.  Probably four years old -- four-year-old phone, I would say.

Q.   Was that the phone that you were using in the months leading up to Unite the Right?

A.   Yes.

Q.   Did you use that phone in August of 2017?

A.   Yes.

Q.   And that phone is connected to the phone number (610) 406-2229?

A.   Mm-hmm, yes.

Q.   How long has that been your phone number?

A.   Since middle school.

Q.   So, it was your phone number at the time of Unite the Right?

A.   Yes.

Q.   It is still your phone number?

A.   Yes.

Q.   Do you have other phone numbers?

A.   I will very soon, in the next couple



Page 73

days.  I just signed up for a new phone plan.

Q.   Who is your phone provider?

A.   AT&T.

Q.   Have you bought your new phone yet?

A.   Yes.

Q.   What kind of new phone did you buy?

A.   It is an iPhone.  I don't know what model it is.  I think it is a 10.

Q.   Have you received it?

A.   I have it.  I just haven't activated it yet.

Q.   And you don't have a phone number for that phone yet?

A.   No.

Q.   You have testified that you use your old iPhone to communicate regarding Unite the Right, right?

A.   Yes.  This is the phone I used right here to talk to people during Unite the Right.

Q.   Has anyone else used that phone?

A.   No.

Q.   So, communications that were made using that phone are yours; is that correct?

A.   Yes.

Q.   How did you use that old cell phone



Page 74

that you have now here on the table to communicate regarding Unite the Right?

A.   Mostly on -- using Discord app on the phone and making phone calls.  Very few text messages.  Because, like I said, most people didn't exchange phone numbers.  And little to no e-mail.  And then just making -- like, using Google docs on it, stuff like that.

Q.   What about photos?  Do you have photos on that phone?

A.   Yeah.

Q.   Are they photos related to Unite the Right?

A.   No.

Q.   You don't have a single photo related to Unite the Right?

A.   Not that I -- not that I know of.  People didn't really like taking pictures of each other and things like that, because they didn't want their identities revealed and stuff like that.  So, taking pictures is a big no-no.  You don't take pictures of the other people.

Q.   Did you at any time have any photos related to Unite the Right?

A.   Umm, no.  I can't remember a time --



Page 75

there is no pictures taken, or anything like that. Other than a few people walking around, things like that.

Q. There may have been pictures of people walking around?

A. But not on my phone. None of the pictures on my phone are related to Unite the Right. All the pictures on my phone are just, like, personal, like, goofy stuff. None of it is at all related to the thing.

Q. Do you have social media apps on your phone?

A. I do, but none of them are working because I have been removed from all those. So, like, Twitter -- like, Twitter wouldn't work on my phone, Facebook wouldn't work on my phone. Umm, and now Discord doesn't work on my phone.

Q. Do you have logs on your phone of people with whom you made phone calls?

A. No.

Q. You don't have any call logs on your phone?

A. I mean, there is, like, the recent call list. But I don't know how far back it goes or anything.



Page 76

Q.   Are the text messages still on your phone from Unite the Right?

A.   Yes.  Like I said, there is very few of them.

Q.   Returning to photos, you did not take any photos on August 12?

A.   Not that I can remember, no.  Not that I -- I would have to look through the phone to see.  But none of the pictures that I think -- none of the pictures I am aware of are from Unite the Right or anything like that.

Q.   You didn't take a single photo on August 11?

A.   Not that I know of, no.

Q.   Not that you know of?

A.   No.

Q.   You testified that you made phone calls regarding Unite the Right, correct?

A.   Yes.

Q.   Whom did you discuss Unite the Right with over the phone using phone calls?

A.   We had, like, I guess, the weekly phone call with most of, like, the leaders of the organizations that were going or people putting it together.  So, it would have been



Page 77

people like me, Kessler.  I can't even remember any of the other people.  I am sure it is people on this list.

Mr. Heimbach was on a few of them, I know that.  Umm, but I don't -- I don't really remember any of the other people that would have been on there.  But there is phone calls on that.  And then other than on the ground that day, I had plenty of phone calls.  The primary mode of communication at the rally was my phone, calling people.  That is how I talked to the police, that is how I talked to the police the night before.  That is how I talked to, like, our sound crew that was stuck there, things like that.

Q.  So, you have testified that you had calls with Jason Kessler, correct?

A.  Yes.

Q.  Matthew Heimbach, correct?

A.  Yes.

Q.  Do you remember having phone calls with Erika Alduino?

A.  Yes.

Q.  You have testified that you had plenty of phone calls on the ground, correct?



A.   Yes.

Q.   With whom?

A.   Mostly it was with the police, actually.  The -- both at the rally and the night -- the Torch March the night before.  I was on the police.  Like, every five minutes I called them.

Q.   Who did you speak to at the police?

A.   I do not remember their name.

Q.   You do not remember a single name of anyone from the police you spoke?

A.   Both of them are female.  Umm, I know one of them accused me of lying to some court, some -- I read in some news article that she said I lied.  But it doesn't make sense because -- I mean, the phone records are there.  There is no way the police don't have it recorded.  Where -- I didn't lie at all.  I told them -- I was very honest with them with what we were doing and what was going on.

Q.   Did you ever speak with anyone from the police department in any way other than phone calls?

A.   Umm, I spoke to -- I actually -- one person I spoke with is a detective, I believe it



Page 79

was, in Charlottesville, leading up to the rally.  He was kind of trying to figure out, like, who was coming and what the different groups were, I guess.  From both the left and the right.

And I just -- I had spoken to him.  I don't remember his name.  But I know it was a detective in Charlottesville.  And then -- I don't remember who else I would have spoken to.

Q.  Did you ever use e-mails to communicate with --

A.  No.

Q.  -- the police?

A.  No.

Q.  Text messages?

A.  No.  No text messages with the police.

Q.  How did you first communicate with them via phone?

A.  I think -- I think either I received an e-mail, maybe, on Identity Evropa e-mail, I think it might have been.  Or somebody else had spoken to this person and sent me -- and said hey, you should talk to this detective.

I think that is actually what it was, was somebody told me, hey, this detective is



Page 80

still trying to get -- figure out who is coming. I don't remember who told me that. I just remember calling the detective and talking to him about, hey, this is who's coming, this is what's going on, or whatever. But that is it.

Q. Is that e-mail still on your phone?

A. None of the e-mails from the Identity Evropa e-mail are on my phone. I can't log into the account at all.

Q. If you were to log into the account, would the e-mails still be there?

A. I don't think so. I think Gmail -- I mean, the only way I could think of that you would be able to retrieve those e-mails is if you contacted Google itself and got it. Because I think what happened was they removed me from their server -- or from their access, right. So, I got removed from the Identity Evropa at Gmail account access.

When I got removed from that, I was no longer able to use my phone's e-mail at all. Because it wouldn't -- it kept saying try to log in, then it would say this account doesn't exist. And then I think a couple months after that I got removed. I think a couple months



Page 81

after that Gmail removed their services.  So, they said, hey, we are not letting you use our services anymore at all.

So, the only way I could think of is -- would be Gmail or Google having them on their server somewhere backed up.  Because, like I said, even if I log into my -- like, even if I type my password into my Gmail -- to the Identity Evropa account right now, if I were to type it in, it says this account doesn't exist.

Q.  When did Google remove Identity Evropa's services?

A.  I have -- I don't know.  I have no idea.  It was sometime after I got removed from Identity Evropa.  So --

Q.  When was the last time that you remember logging into your Identity Evropa e-mail?

A.  Umm, the summer of -- I guess it was spring.  March, May.  I would say May 2018, maybe.  Maybe a little earlier than that.  Maybe April or March, somewhere in there.  2018.  So, not a year after, you know, but almost a year after, half a year after Unite the Right.

Q.  That was after the lawsuit was filed



Page 82

against you, correct?

A.  Correct.

Q.  Did you ever save any of those e-mails anywhere else?

A.  No.  I never thought that I would have to.  I thought it would be on whatever they had, or whatever.  I didn't think I was going to get my access taken away.

Q.  Did you ever take any screen shots of any e-mails?

A.  No.

Q.  Did you ever back up those e-mails onto any external device?

A.  No.

Q.  Did you ever save any of those e-mails onto any type of cloud service?

A.  No.

Q.  You testified that you had a weekly phone call with others regarding the planning of Unite the Right, correct?

A.  Mm-hmm.

Q.  You testified those phone calls including Jason Kessler?

A.  Umm, yeah.

Q.  Did they include Richard Spencer?


MAGNA
LEGAL SERVICES

Page 83

A.  Sometimes.  Not often.

Q.  Did they include Christopher Cantwell?

A.  No.

Q.  Did they include James Alex Fields, Jr.?

A.  No.  I didn't know who that was until after the whole thing happened.

Q.  Did they include members of Vanguard America?

A.  Umm, yes.

Q.  Which members?

A.  I wouldn't know their names.  I wouldn't -- I don't even know the names they went by.  I can't remember their names.  They had a weird leadership thing going on at the time where they were changing leaders.  So, whoever their old leader was, is I assume who it would be.  Not the one that they have now. Whoever it would have been at the time.  Whoever who that is.  I don't remember his name.

Q.  Did the weekly phone calls include Andrew Anglin?

A.  No.

Q.  Did the weekly phone calls include Robert Azzmador Ray?



Page 84

A.  No.

Q.  Did they include Mr. Damingo?

A.  Umm, no.

Q.  Did they include other members of Identity Evropa?

A.  Umm, not that I really remember.  Not that I remember specifically.  No.

Q.  Did they include Michael Hill?

A.  Umm, yes.  From Southern -- League of the South, or whatever, right?  That's who Michael Hill is, correct?

Q.  To the best of your recollection.

A.  Yeah, I think Michael Hill is from -- yeah, yes.

Q.  Did they include Matthew Parrott?

A.  No.

Q.  Did they include Michael Tubbs?

A.  I don't know who that is.

Q.  Did they include Jeff Schoep?

A.  No.

Q.  Did they include Agustus Sol Invictus?

A.  Sometimes.

Q.  Did they include Michael Peinovich, known as Mike Enoch?

A.  Umm, no.



Page 85

Q. Did they include Andrew Anglin?

A. No.

Q. You have testified at -- both today and you told the Court that your old cell phone that you have there on the table has text messages, right?

A. Mm-hmm, yes.

Q. And those text messages include text messages about Unite the Right, correct?

A. Yes.

Q. With whom did you send and receive text messages regarding Unite the Right?

A. Umm, there is -- like I said before, there was very few text messages that I remember. Most of it was done through Discord. Like, 95 percent or more of our communication was done through Discord. Like, most of it was.

The only time I can think of text messages, umm, being sent would have been when -- I know Friday night was the Torch Rally, the Torch March, and Saturday was the rally. And I know the -- after what happened at the Torch Rally happened, or Torch March happened, Chris Cantwell texted me and asked if he could call me. So, there would be a text there. Then he



Page 86

called me.  Because he wanted to ask me advice on what to do.

Q.  Besides Mr. Cantwell, with whom --

A.  That is the only person I can think of from text messages and things like that I would have.  There might be more.  Like I said, I can't remember anything I would have had.

Q.  You don't remember a single other text message regarding Unite the Right?

A.  No.  Like I said, most of the time we used Discord.

Q.  Umm --

A.  And if it was a text, it would be with -- it would be -- I can't think of -- I can't think of a reason I would text anybody.  It was all Discord, pretty much.

Q.  I am going to ask you again just to go through a list of individuals.  I am going to ask you if you exchanged text messages with them.

A.  Text messages, yeah.

Q.  Did you exchange -- exchange, excuse me, text messages with Mr. Kessler?

A.  Yes.

Q.  You did exchange text messages about



Page 87

Unite the Right with Mr. Kessler?

A. Yes. I would say out of all the Discord messages, 95 percent of it was Discord. The rest -- like, any text messages I had were probably with Jason, actually.

Q. So, earlier when you testified that Mr. Cantwell was the only person you could think of --

A. During the rally, yeah. That was -- because I didn't -- communication with me and Jason would have been on the phone during the rally. But during the rally as far as text messages go, during the event or whatever, Chris is the only one I can think of.

But, yeah, I communicated before the event with Kessler through text message, yes.

Q. Before the event or after the event, did you communicate regarding Unite the Right via text message with Mr. Spencer?

A. Yes.

Q. With Mr. Anglin?

A. No.

Q. With Mr. Fields?

A. No.

Q. With Mr. Ray?



Page 88

A.  No.

Q.  With Mr. Damingo?

A.  Maybe.  I don't know.  Maybe.  I don't know.  I have no idea.  I would have to go back through and look.

Q.  With Mr. Heimbach?

A.  Umm, yes.

Q.  With Mr. Parrott?

A.  No.

Q.  Mr. Hill?

A.  No.

Q.  Mr. Tubbs?

A.  No.

Q.  Mr. Schoep?

A.  Who is Mr. Tubbs?  Where is that name at?

Q.  The name is Michael Tubbs.

A.  He is a League of the South.  Okay.  That makes sense.  Okay.

Q.  Mr. Schoep?

A.  No.

Q.  Mr. Invictus?

A.  No.

Q.  Mr. Peinovich?

A.  Yes.



Page 89

Q.  When you were discussing Unite the Right via text message with certain of these individuals, did you discuss the planning of Unite the Right?

A.  Umm, mostly just, like, call times or call dates for those weekly calls.  Or complaining about, hey, this person's being a jerk or whatever about -- like, hey, they want to do this way or that way, that way is stupid.  So, just stuff like that.

Q.  So, you did discuss the planning of Unite the Right via text message, correct?

A.  Yes, yes, yes.

Q.  Did you discuss speakers at Unite the Right?

A.  Yes.  On -- that was mostly Discord.  But, yes.

Q.  Did you discuss who should attend Unite the Right?

A.  Yes.

MR. DiNUCCI:  (Inaudible.)  -- deposition by Plaintiffs' counsel exclusively to the conduct in pretrial discoveries and his efforts to preserve any documents, information, material that are potentially relevant to



Page 90

litigation.

I object to the extent we are going beyond the scope of what Judge Hoppe has allowed at deposition.  Please proceed.

MR. BARKAI:  Okay.  Going forward, we request that objections not be speaking objections.

BY MR. BARKAI:

Q.  Did you discuss how people should behave at Unite the Right via text message?

A.  Via text message, no.  That was Discord.

Q.  Did you discuss what you -- what your goals were with Unite the Right?

A.  On Discord.

Q.  Via text message?

A.  No.

Q.  Did you send and receive text messages regarding the Torch March on August 11?

A.  Yes.

Q.  What is the most recent time that you sent a text message about the events in this case?

A.  Umm, I haven't texted anybody or talked to anybody about the event for almost a



Page 91

year now, really.  Like, I haven't spoken to anyone in the Alt-Right, or anything like that.

Q.  When you were using your old cell phone there that's been reactivated, were you saving or backing up the contents of the phone?

A.  No.  Everything that is on the phone is how it has always been.  I haven't deleted anything, I haven't saved it to external, or anything like that.

Q.  When you say you haven't deleted anything, you have never deleted anything?

A.  Umm, to make room I might delete, like, photos, like -- you know, photos I have taken of nothing.  Like, if you accidentally hit the picture button on the side.  But I haven't deleted anything on that phone for as long as I can remember.

There is -- I get, like, a notice saying you have not plugged this phone into a computer to back it up for 487 days, or something like that.  So, I very -- I don't -- I don't use the phone like that.

Q.  So, you have not backed up your phone for at least 487 days?

A.  Something crazy like that I think was



Page 92

the last time.  Like I said, I am getting a new phone because this hasn't really worked that well.

Q.  During that time when you were not backing up your phone, were you saving the contents of the phone somewhere else?

A.  No.

Q.  Were you taking screen shots of anything on your phone?

A.  No.

Q.  When you said that you might delete photos that you have taken of nothing, have you ever deleted a photo regarding Unite the Right?

A.  No.

Q.  Regarding the planning of Unite the Right?

A.  No, no.  Never deleted anything on that phone or anywhere that dealt with anything Unite the Right.

Q.  Have you ever deleted an e-mail from your phone?

A.  No.

Q.  Have you ever deleted a text message from your phone?

A.  I have deleted a text message from my



Page 93

phone, but not in regards to Unite the Right.

Q.  Before you stopped using that phone, did you have automatic deletion turned on?

A.  For -- for what?  For text messages?

Q.  For example, did you have an automatic deletion feature for your text messages turned on?

A.  No, I don't think so.  I think there is text messages in there from years ago.  So, I don't think that is a thing on my phone.

Q.  But you don't know for sure, is that right, whether you had automatic deletion turned on?

A.  I didn't even know that was a feature, so I am going to say it wasn't on.

Q.  Has anyone ever instructed you to delete anything relating to Unite the Right?

A.  No.

Q.  Have you ever instructed anyone to delete anything related to Unite the Right?

A.  No.

Q.  I want to understand now what happened with the phone that you had subsequent to that phone.  So, you have testified today that you had a separate Walmart phone, correct?



Page 94

A.  Yes.

Q.  Why did you get that Walmart phone?

A.  It was because this phone was not working at the time.  So -- and I kept getting phone calls from people I didn't want to get phone calls from.

Q.  In what way was that phone not working?

A.  It wasn't receiving any connection to -- it was water damaged.  So, I had to get a part in it replaced, then it was fixed, like, a month or two after it happened.

Q.  When the phone was damaged by water, was any of the content of it lost?

A.  No, everything on it was still on it.

Q.  How do you know?

A.  Because -- I mean, it might -- stuff might have gotten deleted for all I know.  But like I said, I went through it.  Everything was fine.  All the photos were still there, all the text messages were still there that I -- nothing -- contacts were still there.  Nothing changed on the phone.  All my apps were still there.  No memory change happened on the phone.

Q.  So, at that time you had two phones.



MAGNA
LEGAL SERVICES

Page 95

You had the iPhone and you had the Walmart phone, correct?

A.   Mm-hmm, yes.

Q.   And how long did you have the Walmart phone for?

A.   Only maybe two, three months, maybe. Something like that.  I don't know.  It wasn't very long.

Q.   When was this?

A.   It was me leaving Virginia.  So, like, a year-and-a-half ago.  So -- whenever I left Virginia.  So, that would have been 2018, spring of 2018.

Q.   It was in the spring of 2018 that you had the Walmart phone?

A.   Spring, summer of 2018.  Yeah.

Q.   When did you stop using the Walmart phone?

A.   The moment I got this fixed.  So, it was -- like I said, it was maybe three months, I would say, if I had to guess, I used that phone. But I didn't really use it that much, the Walmart phone.

Q.   Mr. Kline, you have testified that you got that phone fixed this year, correct?



Page 96

A.  Umm, I have gotten that phone fixed multiple times.  This phone -- I got the water damage replaced.  That was between, I guess, 2018 -- spring, summer of 2018.  And then just a couple weeks ago this wasn't working and I got it fixed again.  And I just got this new phone that I haven't activated yet.

Q.  So, in spring of 2018, your iPhone was water damaged?

A.  Mm-hmm.

Q.  And you got a Walmart phone, right?

A.  Correct.

Q.  You used the Walmart phone for --

A.  About three months.

Q.  -- three months.  And then -- umm --

A.  I started using this phone again.

Q.  Then you started using that phone again, the iPhone that you told the Court about, correct?

A.  Correct.

Q.  What happened to the Walmart phone then?

A.  I still have it.  I would have to look exactly where it is at.  It somewhere in one of my bags.  I have a bunch of boxes from when I


MAGNA
LEGAL SERVICES

Page 97

moved.  It is in one of those.

Q.  When was the last time you saw the Walmart phone?

A.  Months ago.  Like, three or four months ago.  Maybe -- maybe longer.

Q.  Was the Walmart phone -- is the Walmart phone also a smart phone?

A.  Umm, I guess technically it is, I think.  But I didn't have any of that stuff turned on it, like the internet, browser, anything like that.

Q.  Which phone number was connected to that Walmart phone?

A.  I don't remember the phone number for it.  I mean, I might have -- I don't even have it -- it is not on.  But I don't remember what the phone number for it was.  It was a Virginia number.  That is all I know.

Q.  It was not your 610 number?

A.  No.

Q.  After your iPhone was fixed, was that then the only phone you were using?

A.  Correct.

Q.  When did you stop using that phone?

A.  The iPhone?  This iPhone?



Page 98

Q.   When did you stop using the old iPhone that you told the Court about?

A.   Umm, just very recently I stopped using it because it stopped working completely and I got it fixed again.  So, maybe couple months ago.  Two, three months ago.  Around the time they -- it was -- it started breaking again around the time they issued this -- this order.  So, that would be -- when was this?  Umm, so, in July.  This was July.  So, June, July, and August, this phone was, like, off and on working.

Q.   When you got a new phone number, did you tell your attorneys that you had a new phone number?

A.   On the old Walmart phone you mean?  Yes, yes.  On the Walmart phone.

Q.   Your testimony is that when you got your new phone number from Walmart, that you told your attorneys about that phone number, correct?

A.   Yes.

Q.   But you don't remember that phone number?

A.   I don't remember the phone number.  I



Page 99

could figure it out.  But, like I said, my phone is off right here.  I don't think it is even saved on that one.  They might actually have it -- the attorneys might actually have the number.

Q.  When you --

A.  It should also be on the back of the phone.  But --

Q.  That phone is somewhere in your bags or boxes, correct?

A.  Yeah, yeah.  Like, I have a bunch of moving boxes.  It is just in one of my moving boxes.

Q.  Where are those moving boxes?

A.  In a storage shed.

Q.  Where is that storage shed?

A.  In Reading, where my family is from.

Q.  Do you have access to that storage shed?

A.  Yeah, yeah.

Q.  You have not told the Court about that Walmart phone, correct?

A.  No, I haven't been asked about it. Like I said, it was -- it was -- I used it -- so, from the time -- that was the time I left the Alt-Right.  So, I was mostly using that



phone for my move back to Pennsylvania, as well as trying to find a job and stuff like that. So, there is literally nothing on that phone.

I don't think I gave anyone in the Alt-Right that phone number, even. Just to be clear, like, I did have another phone. I am not hiding a phone, or whatever. So, there is not going to be anything on that phone relevant to the case. But I did have another phone.

Q. Are there text messages on that phone?

A. Yeah, I am sure there are.

Q. Are there communications on that phone with Mr. Kolenich or Mr. Woodard?

A. There might be. Might be a phone call, yeah. There might be a phone call. Maybe a text message, like, saying, hey, can I call you, or something like that. But I would have to go through and look at it to know exactly what was on it. But they did have that number.

Q. You told the Court that your iPhone, the one that you have with you today, was, quote, currently not activated, right?

A. Yeah. When we had that call a couple weeks ago, it was when it was complete -- I was trying to get the new phone that I have now.



But the issue was they wanted me to turn that phone in.  So, I told them, no, I am not turning the phone in.  Because you guys need it, or whatever.

So, I had to get a new contract with a new company, a new phone company.  Then I am keeping this one.  I have it activated right now so that you guys can do whatever you need to do.  And I haven't activated my newest one yet.

Q.  What phone were you using to make the call to the Court?

A.  Umm, what phone was that?  Might have been my sister's phone.  I have to check.  I don't know exactly what it was.  It might have been -- might have been my sister's phone.  I am not sure what I was using.

Q.  What kind of phone was that?

A.  I think she also has an iPhone.

Q.  And what phone number is that?

A.  I have no idea.  I mean, my phone is off right now.  You have to turn the phones off, so I just have to turn it on.

Q.  When we go off the record, we'll ask for the phone numbers and the e-mail addresses, yes.



Page 102

A.  Okay.  Like I said, I don't even know -- I don't know if it was my sister's phone.  I used some -- I used someone else's phone that was in my house.  We had family over at the time.

Q.  Do you have access to your sister's phone now?

A.  No, no.

Q.  Does your sister still have that phone?

A.  Yeah.

Q.  Where is your sister located?

A.  She goes to college in Kutztown.

Q.  What is your sister's name?

A.  Hailey Kline.  Like I said, I don't know if that is whose phone I used or not.  I think I just used --

MR. BLOCH:  A month ago.

THE WITNESS:  Yeah, it was a month ago.  I just used -- we had family over because it was summer, or whatever.  I was, like, hey, can I use someone's phone, or whatever.  I just grabbed it.  They were all in the pool.  I just grabbed the phone.

It was just to call you guys, or



MAGNA
LEGAL SERVICES

whatever.

BY MR. BARKAI:

Q.   Have you had any phones yourself besides the iPhone here and the Walmart phone?

A.   No.  Well, I just got a new phone just, like, two or three days ago, I think it came in the mail.  I just haven't activated it yet.

Q.   The new phone, the old iPhone here, and the Walmart phone?

A.   Those are the phones, yes.

Q.   But you also used your sister's phone, for example?

A.   I used hundreds of people's phones. People for work, and stuff like that.

Q.   Who else?

A.   For -- I don't know.  Other people for work.  I don't know.  What do you mean.

Q.   Who are other people whose phones you have used --

A.   Umm --

Q.   -- to discuss this lawsuit and Unite the Right?

A.   Just that one.  Just that one.  The phone I grabbed to make the phone call.



Page 104

(Exhibit 6, a photograph, marked for identification.)

BY MR. BARKAI:

Q.  Mr. Mosley, you have been handed a document marked as Exhibit 6.

Do you recognize this?

A.  Yes.

Q.  What is it?

A.  It is a picture of me at the Unite the Right rally on my phone.

Q.  You are speaking on a phone in this photo, correct?

A.  Yes.

Q.  Was this on August 12, 2017?

A.  Yes.  It was this phone right here.

Q.  It is that iPhone that you told the court about?

A.  Yes.

Q.  And that you brought with you today?

A.  Yes.

Q.  Do you recall this conversation?

A.  Umm, I think that is me talking with the police, maybe.  But I am not entirely sure who it would be at the time.  But I am pretty sure that is me talking to the police.  Just



Page 105

based on that day I was talking to them, like I said, every five, ten minutes.

Q.  Do you recall who at the police you were talking to?

A.  No.  It was a female.  I can't remember what her name was though.

Q.  You said that you had conversations with the police every five or ten minutes?

A.  Yeah.  I was constantly in contact with them on what was going on, updating them with what was going on.

Q.  What exactly were you updating them on?

A.  Umm, people coming in, the issues we were having.  I mean, basically, we had come up with a plan on how everything was going to happen, and they changed it all last minute.

Q.  Which police department were you speaking with?

A.  I -- I know at the Torch Rally I was speaking to UVA police.  So, the campus police. I know that for a fact.  Umm, but the day of, I don't remember exactly who that was I was speaking to.  Whoever it was, they told me they were able to speak to multiple different -- I



Page 106

guess there was multiple different departments and things like that there, police departments and things.  They said they were able to communicate to multiples, to whoever it was.

Q.  You don't remember whether it was Charlottesville Police?

A.  No.  I think it was, but I am not entirely sure.

Q.  Or State Police?

A.  Umm, sounds like to me like that would have been something State Police would do, kind of overseeing everybody.  But I don't know for sure who that was.

Q.  You testified earlier that there were -- that there was, quote, a plan on how everything was going to happen?

A.  Yes.

Q.  Right?  Are there any documents regarding that plan?

A.  Yes.

Q.  What are those documents?

A.  They are the documents that were already leaked all over the internet.  Umm, the planning document that was put on the Discord.  Umm, and, like I said, it was leaked everywhere.


MAGNA
LEGAL SERVICES

Page 107

So, I am sure you guys have seen it or have it.

Q.  Do you have those documents?

A.  I mean, I have them on the Google drive for Identity Evropa, or whatever.  I don't have physical copies or anything like that.

Q.  You have never produced any documents regarding those plans, right?

A.  Umm --

Q.  To Plaintiffs.

A.  Oh, no, no.

Q.  Are there other documents besides what you called, quote, the plan document?  Any other documents?

A.  No.

Q.  I am going to ask you a couple questions about the use of computers to communicate and make documents regarding Unite the Right.

You testified that you -- that you primarily used your iPhone, the iPhone that you have with you here to create documents, right?

A.  Mm-hmm, yes.

Q.  Have you ever used a computer to make documents regarding Unite the Right?

A.  No.



Q.  Not a single time?

A.  No.

Q.  Have you ever used a computer to communicate regarding Unite the Right?

A.  Umm, maybe Mr. Spencer -- Richard Spencer's computer.  Maybe I used his once or twice while I was at his place.  But it would have been to either type something up or print something out.

Q.  When would that have been?

A.  Leading up to the Unite the Right. So, months before.

Q.  You testified that it would have been to type something up, right?

A.  Yeah.  Like, not necessarily related to Unite the Right.  Like, just typed something unrelated up.

Q.  Have you ever used Richard Spencer's computer to type something up related to Unite the Right?

A.  No, I don't think so.

Q.  You are not sure?

A.  Umm --

MR. DiNUCCI:  Objection, characterization.



Page 109

You may answer.

THE WITNESS:  Not -- I am not sure.

BY MR. BARKAI:

Q.  What were the circumstances under which you were going to Mr. Spencer's --

A.  I was just at Mr. Spencer's house.

Q.  -- place?

A.  And his computer would be out and we were putting movies on or whatever on the TV through his computer.

Q.  When was that?

A.  I mean, all the time whenever we would be at his place.  So, before Unite the Right or after Unite the Right.

Q.  In the months leading up to Unite the Right; is that correct?

A.  Yes.

Q.  And afterwards?

A.  Yes.

Q.  It would have been under those circumstances at Mr. Spencer's house when you may have used a computer to type something up?

A.  Yes.

Q.  It may have been related to Unite the Right?



Page 110

A. No, I don't think any of it was. The only -- the only document typing or anything like that, creation that I did, was on my Google drive to Google docs, copying it and pasting it and making it into that -- putting it on Discord, was that document explaining the rules and what everyone was doing, the planning document that got leaked.

That is the only documents that I made or created for the event.

Q. Did you make any promotional materials, such as a poster?

A. I didn't make any of that. Somebody else did.

Q. Did you discuss with others who made promotional materials, what those materials were?

A. I believe Jason Kessler handled all that stuff.

Q. When you say somebody else made promotional materials, who would that have been?

A. I have no idea who made -- who made the stuff. Like I said, Jason Kessler handled that kind of thing. The promotion, the promotional stuff, the speakers, things like



that.

Q.   Did you write any articles about Unite the Right?

A.   Articles for what?  For -- no, I didn't produce any -- publish any articles or anything like that.

Q.   Did you write any kind of blog post about Unite the Right?

A.   Umm, not that I can remember.

Q.   Have you used a computer to send e-mails regarding Unite the Right?

A.   Other than the court case stuff, no.

Q.   But you have used a computer to send e-mails regarding the court case?

A.   Just, like, responding -- when the phone wasn't working, I would just use, like, whatever computer I could get.  Like, I went to a -- I think I went to -- I don't even know what the hell they are called.  One of those internet cafe places just to get to my e-mail once.  I don't remember where it was.  It was in Lancaster City.  But it was just trying to get to my e-mail, to e-mail them back.

Q.   When was that?

A.   I don't know.  Sometime before all the



Page 112

-- before they filed this.  So, before July.

Q.  Which e-mail address would that have been?

A.  The Eli F. Mosley one.

Q.  Did you own a computer in 2017?

A.  Umm, in 2017.  So, that is the year of the rally and stuff.  Yes, I did.  But I didn't -- basically what happened with me was I had gotten let go of my job in late 2016 and I moved down to South Carolina with my girlfriend at the time.  I wasn't able to bring any of my stuff, which included my computer and lots of other stuff.

Q.  What job had you gotten let go of in late 2016?

A.  I was an HR manager for a company called JC Ehrlich.

Q.  When you moved down to South Carolina, why were you not able to bring your computer?

A.  I couldn't fit all my stuff in the car.  I just brought my clothes and stuff like that.

Q.  So, what happened to your computer then?

A.  It was set in my parents' storage



Page 113

shed, I think.  It was -- it was a computer I used for work, for when I had the job at JC Ehrlich.

Q.  Where is that computer now?

A.  At my parents' place.

Q.  Do you use that computer now?

A.  No.

Q.  Does the computer still work?

A.  I think so.  Probably.

Q.  When did you first get that computer?

A.  Probably 2012.

Q.  What kind of computer is it?

A.  Just a -- I don't know, desktop computer.

Q.  Do you know the brand of computer it is?

A.  No.  I think it is custom -- it is just kind of a Frankenstein machine.

Q.  You used that computer in 2017, right?

A.  No, no, no.  No.  Like I said --

Q.  Excuse me, you used that computer in 2016, right?

A.  Yes.  But it was -- like I said, it was before most of the Alt-Right stuff.

Q.  When was the last time that you used


MAGNA
LEGAL SERVICES

Page 114

that computer?

A.   Late 2016.

Q.   It has been sitting in the storage shed since then?

A.   Yes.

Q.   So, when you moved to South Carolina, you testified that you were not able to bring your computer, right?

A.   No, which was why I used my phone.

Q.   Did you get another computer once you were in South Carolina?

A.   No.

Q.   Did you use someone else's computer in South Carolina?

A.   The only time I used my computer is when I went to print stuff off, which was, like, rarely, because I didn't -- I didn't need paper when I was down there.  I didn't need anything printed out for me, or whatever.  It wasn't like I was handing it out to anybody down there.

So, the only time I had to print something off was -- I had some sort of meeting where I had to be on the phone and I had to look at what I was looking at.  So, I couldn't look at it while I was on the phone.



Q.  When was that?

A.  Late -- or early 2017.  By the spring, summer 2017, I guess.

Q.  So, what computer were you using in 2017 then?

A.  I wasn't using a computer.  What do you mean?

Q.  Well, you testified that in 2017 you had some kind of meeting where you had to be on the phone, that you couldn't look at what was on your phone, so you used a computer to print something.

A.  That was the neighbor's computer I said I used to print something off.  I literally just -- all I did was plug my phone into her computer and send it to the printer, or whatever.

Q.  You don't know that neighbor's name?

A.  I don't remember her name at all, no. I don't even remember -- I don't remember the address we even lived at or anything.

Q.  You don't remember the address that you lived at --

A.  No.

Q.  -- in South Carolina?



A.  I was only there for, like, two or three months, then we moved.

Q.  Do you remember anything about where you were living in South Carolina?

A.  It was in Greenville.  It was on, like, a popular road.  I don't know.  It was on a busy road.  I don't know.

Q.  Did you ever use anyone else's computer or your own computer to -- umm, to send e-mails regarding Unite the Right?

A.  To send e-mails, no.

Q.  You did testify that you used an internet cafe, right, in Lancaster City to send e-mails regarding --

A.  That was to check my e-mails, to see if I got anything for this.  And I hadn't.

Q.  Have you used anyone else's computer, yours or anyone else's, to check your e-mails to see if you had gotten e-mails regarding this case?

A.  No.  Just that one.

Q.  What about your neighbor's computer?

A.  Umm, no.  That was -- we left there before Unite the Right even happened.

Q.  What about Mr. Spencer's computer?



A.  Like I said, his computer was always, like, out or whatever, I guess, you can say. Like, I didn't use it for e-mails or anything like that, no.  I never signed into my e-mail address on his computer or anything, no.

Q.  What about family members' computers?

A.  No.

Q.  Does your sister have a computer, for example, that you used?

A.  No.

Q.  What about to send or check social media messages regarding Unite the Right?  Did you ever use anyone's computer to do that?

A.  No, just my cell phone.

Q.  Not a single time you can remember using anyone's computer --

A.  No.

Q.  -- to check --

A.  No.

Q.  -- or send messages regarding Unite the Right?

A.  No.  I always used my phone.

Q.  When you used computers to print documents, which documents were those?

A.  I don't remember what they were for.



MAGNA
LEGAL SERVICES

Page 118

I think it was -- I don't remember what it was for. We had -- we had a phone call and it was about -- might have been about one of Mr. Spencer's speaking engagements. And it might have been about that we were on the phone for. I don't remember exactly what it was.

Q. What did you do with the document to get it onto the computer from which you printed it?

A. I had it on my phone, my Google drive. I think I -- I don't even -- maybe I didn't even plug it in. I think I had it on my Google drive. I got on the neighbor's computer just to hit print. Just, like, signed -- like, signed in -- I signed in on the account I don't have access to anymore and hit print.

Q. I am going to ask you some questions about your e-mail addresses.

A. Okay.

Q. Now, you have testified that you have used e-mail addresses to discuss Unite the Right, correct?

A. Mostly just the court stuff, the court case stuff.

Q. Umm --



Page 119

A.  I don't think there is any e-mails planning or discussing the actual event.  We didn't use e-mail.  We used Discord.

Q.  The e-mail address that would have on it e-mails regarding this case or Unite the Right is Eli.F.Mosley@Gmail.com, correct?

A.  Yes.  And I --
Eli.Mosley@IdentityEvropa.

Q.  Have you used the e-mail address DeplorableTruth@Gmail.com?

A.  That is another one, yes.

Q.  Would that e-mail address contain e-mails regarding Unite the Right or this case?

A.  No.  That is something I used to sign up for, like, free trials and stuff.  That is nothing --

Q.  So, your testimony is you did not use the e-mail address, quote, DeplorableTruth@Gmail.com to communicate regarding Unite the Right?

A.  No.

Q.  Not a single time?

A.  No.

(Exhibit 7, 6/11/2017 Operation Unite the Right Charlottesville 2.0, marked for



Page 120

identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you are being handed a document that's been marked Exhibit 7.

Do you recognize this document?

A.  Yes.  This is the planning document that I referenced earlier.

Q.  This is a planning document regarding Operation Unite the Right Charlottesville 2.0; is that right?

A.  Correct.

Q.  Did you write this document?

A.  Yes.

Q.  Did anyone else write this document?

A.  Umm, I believe Jason might have helped me make this.  But it was mostly me and maybe him editing it.

Q.  You wrote this document on your iPhone; is that right?

A.  I wrote this and I sent it to somebody.  I don't remember who I sent it to. And they put it in this format like this.

Q.  How did you send it to someone else?

A.  I had it on the Google drive on my phone.


MAGNA
LEGAL SERVICES

Q.  But when you say you sent it to someone else, how did you, quote, send it?

A.  Oh, just send them, like, the share link on Gmail, on Google.

Q.  So, you e-mailed a share link; is that right?

A.  No.  I hit copy on the link for Gmail, and then pasted it in a Discord message to that person.  Then they clicked it and then they opened it and reformatted it in, I guess, Word, or whatever they use.

Q.  Who is that person to whom you sent it?

A.  I don't remember who it was.  It would be in Discord --  like, in Discord logs, or whatever.  It was two years ago.  I don't really remember who it was.

Q.  When Mr. Kessler edited the document, how did he edit it?

A.  I don't know how much he edited it.  I just know I sent these to him before I sent it to anybody else, so he was on the same page.

Q.  So, when you say that you shared this document with someone else, were you sharing it with Mr. Kessler or with someone aside from Mr.


MAGNA
LEGAL SERVICES

Page 122

Kessler?

A. So, this was sent out to everybody that was in that Discord, I believe, the Unite the Right Discord. So, first I would kind of go over what's going on, or, like, the plan or whatever. Then I would send -- send it to Jason, he would look over it, and be, like, that looks fine, or whatever, then I would post it on Discord, or have someone post it on Discord.

Q. When you wrote this document, you wrote this as a Google doc on your phone; is that right?

A. Yes. On the Identity Evropa e-mail address, I think that is the one this would be on. I think so, yeah.

Q. Did you use any other app on your phone to write this?

A. No. Just the Google docs, or whatever.

Q. Could you please turn to Page 5 of this planning document?

A. Okay.

Q. Do you see under contact information, Eli Mosley - Discord?

A. Mm-hmm.


MAGNA
LEGAL SERVICES

Q.  That sentence?

A.  Yes.

Q.  Do you recognize that as your contact information?

A.  Yeah.  I see that my Deplorable Truth e-mail on there.  I don't think I ever got anything on there.  I think by that time I had started using the Identity Evropa e-mail.  But I don't think I got anything on there.  You guys can check that e-mail, too.  That is still active.  There is nothing on there.

Q.  You -- you told people on the Discord server, quote, feel free to message slash call whenever, unquote, correct?

A.  Mm-hmm.

Q.  And you put on this planning document DeplorableTruth@Gmail.com, correct?

A.  And out of putting all that contact information, still 95 percent or more of all communication went to Discord.

Q.  But some communication to you came not through Discord, correct?

A.  Umm, the only other noncommunication through Discord would have been through Kessler, through text messages.  But no one used e-mail,



Page 124

and I can't think of a single person who just called me out of the blue.

Q.  Your testimony is that you never received a single e-mail at DeplorableTruth@Gmail.com, despite putting this e-mail address here?

A.  I don't think so, no.  I can't -- I don't remember a single time responding or getting a single e-mail from anybody on that -- on that address.

Q.  When --

A.  Or any address.  I don't think I e-mailed relating to Unite the Right at all.  I think all my e-mails have been related to the court case stuff.

Q.  Earlier I asked you, have you used the e-mail address DeplorableTruth@Gmail.com and you agreed that you had.  And you said that you used that address to sign up for free trials and stuff, correct?

A.  Yeah.  Like I said, that was a throwaway e-mail.  That is why I put it there, because I wasn't intending to use it after or anything, you know what I mean?  Because I knew -- I figured this kind of stuff would get out,


MAGNA
LEGAL SERVICES

Page 125

right.  Like, this document would get leaked, and things like that.  So, I used my throwaway e-mail address to put on there so people didn't contact me.

Like I said, I don't think I have gotten anything on that e-mail address about Unite the Right.

Q.  But you did put forward that e-mail address --

A.  Yes, correct.

Q.  -- as an e-mail address that people could use to talk to you --

A.  Yes.

Q.  -- about Unite the Right, correct?

A.  So, nobody -- like I said, I don't think I got any communication from it.

Like I said, I have -- this is one of the few accounts I still have access to, I haven't been banned from.  So, you guys are more than welcome to go through that.  There is nothing in there that is -- there is nothing in there that is part of this case though.

Q.  Have you deleted any e-mails from DeplorableTruth@Gmail.com?

A.  No.



Page 126

Q.  Not a single time?

A.  No.

THE VIDEOGRAPHER:  Pardon me, Counsel.
About three minutes until I have to change over
the tape.

MR. BARKAI:  So, we'll go for another
couple minutes, then we'll take a break.

THE WITNESS:  Yeah.

BY MR. BARKAI:

Q.  You still have access to
DeplorableTruth@Gmail.com, right?

A.  Yes.

Q.  And you still have access to
Eli.F.Mosley@Gmail.com?

A.  Yes.

Q.  You also have an IdentityEvropa.com
e-mail address, correct?

A.  I do not have access to.

Q.  Do you have any other e-mail addresses
that you have used in the last four years?

A.  Yeah.  Umm, the only other -- well,
there is two things for that.  The first thing
is I have an e-mail address that is used, like,
that I signed up for a lot of stuff, like, bank
accounts and things like that.  I have that



Page 127

e-mail address.  Umm, that is at Comcast address.  Again, there is nothing in there.  That is what I sign up for accounts for, like I said, banking and things like that.

And then the other e-mail address is when I would make a new Twitter account or whatever, when I needed a new Twitter account, I would just have a random e-mail address I don't have any access to at all.  It would be random letters, if that makes sense.

Q.  Are you able to log into those e-mail addresses?

A.  I don't even -- no.  They have all been deleted.  All -- Twitter deleted -- Twitter somehow got -- Twitter had, like, a way of just knowing it was me and they started deleting them right away.  So --

Q.  Have you used anyone else's e-mail address to communicate --

A.  No.

Q.  -- about Unite the Right?

A.  No.

Q.  Does Identity Evropa have its own e-mail addresses --

A.  Yeah.



Page 128

Q.  -- for the organization?

A.  Yes.

Q.  Have you operated those e-mail addresses?

A.  No.  I wasn't ever in control of any of the tech stuff.

Q.  Have you deleted any e-mails at all that you have sent or received concerning the events in this case?

A.  No.

Q.  Have you ever been instructed to delete any such e-mails?

A.  No.

Q.  Have you ever instructed anyone else to delete any such e-mails?

A.  No.

MR. BARKAI:  We can take a break.  Go off the record.

THE VIDEOGRAPHER:  The time is 12:04 p.m., we are going off the video record.

(Recess was taken.)

THE VIDEOGRAPHER:  The time is now 12:13 p.m., we are back on the video record.

BY MR. BARKAI:

Q.  Mr. Kline, before we continue



Page 129

discussing your communications regarding Unite the Right, a few questions about your preparation for this deposition.

In preparation for this deposition, did you speak to Mr. DiNucci, who is on the phone?

A.  No.

Q.  Did you speak with Mr. Campbell, who is on the phone, in preparation for this deposition?

A.  No.

Q.  What about regarding this case generally?  Have you had conversations with Mr. DiNucci?

A.  No, I don't think so.  Outside of -- no, actually I don't think I have ever talked to him before.  I mostly talked with Kaplan, I think.

Q.  You started to say outside of, have you ever had any conversations with Mr. DiNucci about this case?

A.  No, I don't think so.

Q.  What about Mr. Campbell?  Have you had conversations with Mr. Campbell about this case?

A.  No.



Q.  In preparation for this deposition, have you had conversations with Mr. Kolenich regarding the deposition?

A.  No.

Q.  Have you had conversations with Dillon Hopper in preparation for this deposition?

A.  No.

Q.  In preparation for the deposition, did you have conversations with Matthew Heimbach?

A.  No.

Q.  You have told the Court that you used social media to communicate regarding Unite the Right, correct?

A.  Used Discord mostly.  But, yes.

Q.  You have used social media to communicate regarding Unite the Right, correct?

A.  Yes, I have.  But most of my communication was through Discord.

Q.  Aside from Discord, did you use Twitter to discuss Unite the Right?

A.  Yes.

Q.  Did you use Facebook?

A.  Oh, yes.  Actually, yes.

Q.  When you used Discord, you used it via your iPhone, correct?



A.  Yes.

Q.  When you used Twitter, did you use your iPhone, also?

A.  Yes.

Q.  When you used Facebook to discuss Unite the Right, did you use your iPhone, also?

A.  Yes.

Q.  Have you used the social media service Gab to discuss Unite the Right?

A.  Umm, I mean, I have an account, but I don't know how much I used it.  I don't think I used it a lot.  But, I mean, I don't know.  I don't know if I used it to discuss anything.  I made an account, never used it again.

Q.  You made an account on Gab, correct?

A.  Yes.  And I -- I may have one or two posts there.  And I don't know if they are related to Unite the Right or not.

Q.  What is your Gab username?

A.  I don't know.  I have no idea.  Like I said, I used it once or twice.  I am assuming it is Eli Mosley, but I don't know for sure.

Q.  Have you used videos on YouTube to discuss Unite the Right?

A.  No.



Q.   What about posts or comments on YouTube?

A.   No.

Q.   Have you used Reddit to discuss Unite the Right?

A.   No.

Q.   Have you used Instagram to discuss Unite the Right?

A.   No.

Q.   Have you used 4chan to discuss Unite the Right?

A.   No.

Q.   Have you used 8chan to discuss Unite the Right?

A.   No.

Q.   Have you used Telegram to discuss Unite the Right?

A.   No.

Q.   Have you used VK to discuss Unite the Right?

A.   No.

Q.   Aside from the social media services that I named here, have you used any other social media service to discuss Unite the Right?

A.   No.



Page 133

Q.  Have you used games on Steam to discuss Unite the Right?

A.  Not -- no.

Q.  You testified earlier today that you used a game on Steam to discuss the lawsuit, correct?

A.  I literally just told the guy that I was going to deposition.  He doesn't even know what the case is.  What it is like and what happens, that's all it was.

Q.  This deposition is about a lawsuit involving Unite the Right, correct?

A.  He didn't know that.

Q.  Nonetheless, this deposition is about a lawsuit involving Unite the Right, correct?

A.  Yes.

Q.  So, when I asked you if you have used games on Steam to discuss Unite the Right and you said no, that is not true, right?

A.  No, it is true, because I didn't -- the discussion was not about Unite the Right.

Q.  The discussion was about this deposition, correct?

A.  It was me asking him what a deposition -- what happens at a deposition.  It was -- it


MAGNA
LEGAL SERVICES

could just as easily been a general conversation.  It wasn't about Unite the Right.

Q.  You asked him questions about a deposition involving Unite the Right, right?

A.  No, I asked him questions about depositions.  He had no idea on my end that it was about Unite the Right.

Q.  Okay.  I am -- I'll ask you again about the social media services, and I would like to ask you if you have used them to discuss Unite the Right, the events leading up to Unite the Right, including the planning of Unite the Right.

A.  Okay.

Q.  The aftermath of Unite the Right, this lawsuit, Sines versus Kessler, including this deposition.

A.  Okay.

Q.  Have you used YouTube to discuss any of that?

A.  No.

Q.  Reddit?

A.  No.

Q.  Instagram?

A.  No.



Q.   4chan.

A.   No.

Q.   8chan?

A.   No.

Q.   Telegram?

A.   No.

Q.   VK?

A.   No.

Q.   Any other social media?

A.   No.

Q.   Games on Steam?

A.   No.

Q.   Do you have an account on YouTube?

A.   Umm, yeah.  I think so.

Q.   What is it?

A.   Umm, I don't even know if it has a name.  It is one of these e-mail addresses.  It is either the Deplorable Truth one or it is the Eli F. Mosley one.

Q.   Do you have an account on Reddit?

A.   No.  Umm, yes, I do, actually.  But I don't remember the name of it.  I haven't used it for a very, very long time.  I don't -- I didn't use it during Unite the Right or anything like that.



Page 136

Q.   Do you have an account on Instagram?

A.   No.  Never have.

Q.   Do you have an account on 4chan?

A.   No.  But I don't think there is accounts on that.

Q.   Have you used 4chan to post messages?

A.   No, no.  But just so you know.

Q.   Have you used 4chan to read messages?

A.   No.  I don't -- I never was a 4chan or 8chan person.

Q.   You haven't used 8chan, either?

A.   No.

Q.   Have you used Telegram?

A.   I don't even know what that is.

Q.   Have you used VK?

A.   I don't know what that is, either.

Q.   You have in front of you Exhibit 5, which is the transcript of the call that occurred on July 2, 2019.

A.   Mm-hmm.

Q.   Can you please turn to Page 19?

On Page 19, do you see at the bottom of the page where Judge Hoppe, the Court, said I think for any social media accounts, whether you, yourself, are able to access those or not,



you would need to identify all of the social media accounts and then allow consents for those.

And then on the following page, Page 20, do you see where you say in response to the Court, I am totally fine with going through that?

A. Yes.

Q. So, you told the Court that you were totally fine with identifying your social media accounts, right?

A. Mm-hmm, yes.

Q. And you understood that this process of identifying your social media accounts would be for the purpose of enabling social media services to hand over information to the Plaintiffs, right?

A. Yes.

Q. And you told the Court you were totally fine with that, right?

A. Yes.

Q. And you also told the Court that you were more than happy to go through with the process of handing over information from your social media services, right?



MAGNA
LEGAL SERVICES

A.  Yes.

Q.  But until today, you never actually provided any of your social media accounts to Plaintiffs, did you?

A.  I have never been -- when we originally talked on the phone here, I assumed that packet you guys sent me to sign was going to have, like, put in what your accounts are.  I have never been asked.

Outside of the lawyers -- the lawyer -- what's his name?  Umm, what the hell's his name?  I always forget his name.  Umm, outside of the lawyer that I originally had, there is -- no one's asked me to -- like, I have never been given, like, the opportunity to tell you guys or give you guys the accounts, or whatever.

Q.  You are testifying that you have never been given the opportunity to tell us the accounts?

A.  Not that I have any awareness of, or anything like that.  I have never been given them.  Like, I have never received, like -- like, a paper in the mail or something that says what's your social media accounts, or I never got any e-mails or anything like that.


MAGNA
LEGAL SERVICES

Page 139

Q.  You just testified outside of the lawyers -- excuse me, outside of the lawyer that I originally had, no one has asked you to give Plaintiffs the accounts.

Who is the lawyer that you had?

A.  Umm, what is his name?  I can never remember his name.  Kaplan, I think, right?

Q.  Is that Mr. Kolenich?

A.  Or Mr. Kolenich, rather.  Yes.  I think.  I don't -- I don't know the names of some of the lawyers.

He is literally my friend's lawyer. Umm, so, I don't remember his name all the time. But, yeah, the -- I have never -- like I said, I have never had to, like, give over the account, or whatever.  The only times I have even mentioned to the lawyers is explaining to them the status of the accounts.  Not even what the specific accounts are.

Q.  Did Mr. Kolenich inform you that you had been asked to provide Plaintiffs with your social media accounts?

A.  Yes.

Q.  Mr. Kolenich did inform you of that?

A.  Yes.



Page 140

Q.   How did he inform you of that?

A.   He told me that I had to provide that information.  Not how to do it, just I had to do it.

Q.   Did you testify earlier your friend is a lawyer?  Did I mishear that?

A.   Yeah, I don't remember saying --

Q.   Aside from Mr. Kolenich telling you that you had been asked to provide Plaintiffs with your social media accounts, your testimony is that you were never told by Plaintiffs that you had to provide your social media accounts?

A.   No, no.  That is not -- I am not saying that I wasn't told I have to provide it. I am saying I wasn't given a means to do it.

Q.   Your testimony is that you were expecting to be given a means to provide your social media accounts and you were never --

A.   Yeah.  Like, tell the computer that's doing the discovery, hey, I am available at this time, or whatever.  Like, I never got anything like that.

Q.   When did Mr. Kolenich tell you that you had been asked to provide Plaintiffs with your social media accounts?



Page 141

A.  I don't know.  Before that call, a couple weeks before that call.  I don't know.  I have known that we have had to put this part of discovery for awhile.  Like I said, I have never been given the means to do it.

Q.  You were told a couple weeks before the July 3 call that -- excuse me, the July 2 call that you had to provide Plaintiffs with your accounts?

A.  Yes.

Q.  And you also have known that this was part of discovery for awhile, right?

A.  Yes.  Like I said, I have never been given the means to do it.  Like, where do I go?  Who do I give this to?  I don't have a lawyer.  So, how do I give this information to you guys?  I have never been -- I have never been told how to do it, or given anything to actually do it.  I have been --

Q.  Did you --

A.  I have been waiting for the Court or for somebody, the discovery company, to contact me to get that taken care of.  I have never gotten anything.

Q.  You never received an e-mail from the


MAGNA
LEGAL SERVICES

Page 142

discovery vendor regarding providing your social

media accounts?

A. They sent me -- basically a release

form, but it didn't say, like, list your

accounts.

Q. You have never received an e-mail from

Plaintiffs' counsel regarding how to provide

your social media accounts?

A. No, not that I -- I mean, if I have

received an e-mail like that saying, hey, this

is how -- this is how we want you to hand it

over, I either completely missed it or misread

it or something. Like I said, I have been

looking for something like that. I never got

anything like that.

Q. You have never received an e-mail from

the Court regarding providing your social media

accounts?

A. No, not that I can remember. Not that

I -- not that I have.

Q. You have never been called about

providing your social media accounts?

A. No, not that I -- not that I know of.

Q. No voicemail has ever been left for

you?


MAGNA
LEGAL SERVICES

Page 143

A.  I have had voicemails, but not in regards to discovery.  I have had voicemails saying, hey, there is a conference call tomorrow, you know, show up at this time.  Here is the information.

But none -- not that I can remember or, you know, anything like that, did I ever get a call saying, hey, to -- hey, send me a list of your social media accounts and cell phone numbers or whatever.

Q.  Your testimony is that no one has ever left you a voicemail regarding --

A.  Not that I remember, no.

Q.  I need you to stop interrupting me, please.

Your testimony is that no one has ever left you voicemail regarding how to provide your social media accounts to Plaintiffs; is that correct?

A.  Not that I remember, no.

Q.  Has anyone ever left you a voicemail regarding your obligations in discovery, aside from joining conference calls?

A.  From the Court, umm, I believe they tried to get in touch with me.  I don't know who



Page 144

it was, tried to get me to call in or whatever. And that is how I got back in touch with everybody, when I got that voicemail. Other than that, no.

Q.  You have never received a voicemail from Mr. Bloch regarding your obligations in discovery?

A.  Not that I remember.

Q.  Have you ever received a voicemail from Jessica Phillips regarding your obligations in discovery?

A.  I am not sure who that is.

Q.  Have you ever received an e-mail from Mr. Bloch regarding your obligations in discovery?

A.  I think on the Eli F. Mosley account. But I am not sure that it had -- I am not sure it was in regards to how to give them my information.

Q.  Have you received an e-mail from Miss Phillips regarding your obligations in discovery?

A.  I am not sure who that is.  I don't remember her, who that is.

Q.  Have you received an e-mail from the



Page 145

Court regarding your obligations in discovery?

A. Umm, other than the Order they sent me that says to sign over -- sign the discovery thing, discovery release, or whatever. No. After we got off that phone call on July 3, or whatever it was.

Q. Have you received an e-mail from Karen Dotson regarding your conduct in discovery?

A. I don't -- off the top of my head, I don't know who that is.

Q. Have you received a phone call or voicemail from Miss Dotson?

A. Again, off the top of my head, I don't know who that is. I might have. But I don't -- I don't remember who that is.

Q. I am going to ask you a few questions about a social media service known as Discord.

And you are familiar with that, correct?

A. Yes.

Q. What is it?

A. Umm, it is a mostly voice chat system that you can make your own server on and you can invite people to, and you can have your own chat areas and voice areas and post various things in



them.

Q. How long have you used it?

A. Umm, I had used it for, like, two or three years, I guess.

Q. For two or three years since approximately --

A. Before I got banned from it. Umm, I got banned from it. So, I don't remember when. Whenever I got banned from it. It was way -- it was after Unite the Right. So --

Q. Why were you banned?

A. They banned everyone that was part of that server, I believe.

Q. What was your understanding of why you were banned?

A. They -- I -- they won't -- they didn't tell me why. They literally just said you broke our terms of service in the e-mail.

Q. What was your username when you were using Discord?

A. Umm, Eli Mosley.

Q. Was there also a four digit number associated with your account?

A. Yes. I don't know what it was though. It is on one of these documents though. It is,


MAGNA
LEGAL SERVICES

Page 147

umm --

Q.  Turn to --

A.  -- No. 5269.

Q.  The four digit number associated with your account was 5269, correct?

A.  Correct.

Q.  When you sign up for a Discord account, you provide an e-mail address associated with your account, right?

A.  Yes.

Q.  So, which e-mail address did you use to sign up for your Discord account?

A.  I am not sure which e-mail address that one used, that account used.

Q.  Was it Eli.F.Mosley@Gmail?

A.  It might have been that one.  It might have been the Deplorable Truth one.  I am not sure.

Q.  Could it have been your Identity Evropa e-mail address?

A.  Umm, no.  I had it before I had the Identity Evropa e-mail address.

Q.  Earlier when you were -- we were off the record you checked your phone that you have with you to determine what your Identity Evropa


MAGNA
LEGAL SERVICES

Page 148

e-mail address was, correct?

A.  Yes.  It was Eli.Mosley@IdentityEvropa.com.

Q.  Eli.Mosley@IdentityEvropa.com?

A.  Correct.

Q.  When did you use access to that e-mail address?

A.  Umm, the -- when I stopped being part of Identity Evropa.  I don't know.  I guess that was May 2018, somewhere in there.  Somewhere in that area.

Q.  You also testified earlier that Google discontinued that e-mail address, right?

A.  Well, I -- I was kicked off it by them.  So, when I left the organization, they removed my access to my account.  And then I heard through the news, actually, some website said they had been removed from Gmail as well.

Q.  When did you hear that?

A.  After that.  So, that was a couple months after my account had been revoked by Identity Evropa.

Q.  In 2018 also?

A.  Yes.

Q.  When you used Discord, you had a



Page 149

password for your account, right?

A.  Yes.

Q.  Did anyone else have access to your username and password?

A.  Umm, no.  Not that I know of.

Q.  Would you agree that messages posted on Discord under the name Eli Mosley were posted by you?

A.  Umm, yes.  However, the thing that's not good about Discord is that it is hard to tell -- and I don't know how, like, a data dump looks of Discord or whatever.  But I know when you are looking at the Discord server itself, somebody else can change their name to your name.

All the posts that are done by my account were done by me.  But I am just letting you know that -- and I don't know what it looks like when they look at a Discord server.  But you can right click your name and change your name on the server.

Q.  Putting aside what other practices on Discord may exist, I'll just repeat my question so that we have a clear answer.

The messages that were posted on



Discord under the name Eli Mosley, did you post those messages?

A.  Yes.

MR. DiNUCCI:  Let me object on the grounds that are -- (inaudible.)

THE COURT REPORTER:  I'm sorry, let me object on the grounds -- I didn't hear the rest.

MR. DiNUCCI:  I couldn't hear that if it was directed to me, I'm sorry.

THE COURT REPORTER:  After you said let me object on the grounds, I didn't hear anything else.

MR. DiNUCCI:  On the grounds I stated earlier concerning the content of Judge Hoppe's order.

THE COURT REPORTER:  Okay.  Thank you.

BY MR. BARKAI:

Q.  Did you use the Discord account Sayer, S-A-Y-E-R?

A.  Uh, that is, like -- that was one that was just for gaming.  Yeah, I think so.

Q.  Did anyone else use that address -- excuse me, that account besides you?

A.  I think that is what the nickname changed on the original account to after I had



left the Alt-Right, then it got banned.

Q.   So, you changed the nickname on your account from Eli Mosley to Sayer; is that right?

A.   Umm, I don't know if it was the new account or if I changed the old account.  I can't remember if I did or not, which one I did.

Q.   When did you start using the account Sayer?

A.   When I left the Alt-Right.  So, two years ago, or a year-and-a-half ago, rather.

Q.   Approximately what date?

A.   Umm, probably the summer of 2018, the early part of the summer of 2018.

Q.   After summer of 2018, did you no longer use the name Eli Mosley on Discord?

A.   No, I didn't even use Discord.  I was banned shortly after.  So, I changed it, and then I got banned.  I either changed it or I made a new one, then that got -- I got banned right after.

Q.   After you -- after you, quote, left the Alt-Right, you were no longer using Discord?

A.   I was for a short period of time, and then I got banned.

Q.   And when you were doing so for a short



Page 152

period of time, which account were you using?

A.   The same one, and then it got banned. But I don't know if the Sayer account was a new one, or if that was what the name changed to. Because I was trying to remove myself from the Alt-Right servers, or whatever.

Q.   You used your Discord accounts to communicate regarding Unite the Right, correct?

A.   Yes.

Q.   Did Identity Evropa have its own Discord account?

A.   Umm, it is on Discord server, yes.

Q.   Aside from its own Discord server, did it have its own Discord account, also?

A.   That is not -- like, that is not a thing.  So, no.  An organization can't have an account itself.  All the accounts are individuals.

Q.   Did -- was there an individual who operated a Discord account under the name Identity Evropa, for example?

A.   No, no.  Like, if there is a Discord server for Identity Evropa, the admin would be, like, Nathan Damingo, for example.  He is, like, the owner of it.  There is no, like,



Page 153

organizational -- it is not like you can make a
Facebook page or something like that.

Q.  You used your iPhone to access
Discord, right?

A.  Yes.

Q.  Was that through an app?

A.  Yes.

Q.  Did you use a computer to access
Discord?

A.  No.  Not that I know of.

Q.  Mr. Spencer's computer?

A.  No.

Q.  Did you use a tablet to access
Discord?

A.  Umm, no.

Q.  An iPad?

A.  I don't have an iPad.

Q.  Did you use anyone else's iPad?

A.  No.

Q.  Did you use your Discord account to
send private messages?

A.  Yes.

Q.  With whom?

A.  Tons of people.  Umm, I don't know.
Lots of people.  Like I said, that was the


MAGNA
LEGAL SERVICES

Page 154

primary method of communication regarding Unite
the Right.

Q.  Did you make public posts on Discord?

A.  Yes.

Q.  Did you make public posts or send
private messages to Jason Kessler?

A.  Yes.

Q.  Mr. Spencer?

A.  Umm, on Discord, no.

Q.  Mr. Cantwell?

A.  Discord, no.  No.

Q.  Mr. Fields?

A.  No.

Q.  Mr. Anglin?

A.  No.

Q.  Mr. Ray?

A.  No.  Umm, wait.  Who was Mr. Ray?

Q.  Robert Azzmador Ray.

A.  Yes, I did talk to him on Discord.

Q.  Via public posts or private messages?

A.  Private messages.

Q.  When you spoke to Mr. Kessler, was
that through public posts or private messages or
both?

A.  Both.  Mostly -- mostly private.  He



is also one of the few people I text messaged.

Q. You exchanged text messages with Mr. Kessler?

A. Yeah. Like I said earlier, he is one of the few people I actually text.

Q. From the 610 phone number?

A. Yes.

Q. From your iPhone?

A. Yes.

Q. When we were off the record earlier you said that you were going to check which phone number your Walmart phone that you temporarily had --

A. It wasn't in my phone -- it wasn't in my phone book. So, I am going to have to get that out of my storage area or whatever and try to get it out and figure out the number and stuff like that is.

Q. This was the phone you were using for several months, right?

A. Like, two or three months. Like, a year after Unite the Right.

Q. You don't remember the phone number?

A. No.

Q. Umm --



MAGNA

LEGAL SERVICES

Page 156

A.  Like I said, I only used it to call places for work and get calls back.  That was -- that was all that was for.

Q.  Did you exchange Discord messages, whether public or private, with Mr. Damingo?

A.  Yes.

Q.  What about Mr. Heimbach?

A.  Umm, I don't think so.

Q.  Mr. Parrott?

A.  No.

Q.  Mr. Hill?

A.  Umm, no.

Q.  Mr. Tubbs?

A.  No.

Q.  Mr. Schoep?

A.  No.

Q.  Mr. Invictus?

A.  Uh, maybe.  I am not sure.

Q.  You may have?

A.  I may have.  I remember I had conversations with him.  I don't know if it was on Discord.

Q.  And Mr. Peinovich?

A.  Umm, no, not on Discord.

Q.  When you said earlier that you



exchanged Discord messages with Mr. Damingo, were those public or private or both?

A.  Mostly private.

Q.  You do not have access to Discord today, right?

A.  No.

Q.  Because you were banned?

A.  Yes.

Q.  Before you were banned from Discord, did you ever save any of your Discord messages anywhere?

A.  Umm, no.  I don't know -- I don't think there is a way to save them, other than a screen shot or something like that.  But, no.

Q.  Did you take any screen shots of any Discord messages?

A.  No.

Q.  Did you save any documents that have been circulated on Discord?

A.  Umm, they might be on my phone.  But I don't think -- I think most of the documents that were put out on Discord were ones I made on my Google drive.  So, I wouldn't have taken them off.  Like, downloaded them off of Discord or anything like that.



MAGNA

LEGAL SERVICES

Page 158

Q.  Did you ask Discord at any time to send you the content of your account?

A.  I am not -- I don't know --

Q.  Did you ever contact the company that runs Discord to ask them to send you anything from your account?

A.  Like, send what though?  What do you mean, send stuff from my account?

The only communication I had with Discord was they had banned me -- banned my account and I asked them if I could have -- I was an admin on nonpolitical -- it was, like, a gaming community, or whatever.  I asked them to switch over the admin when I got banned to somebody else.  And they didn't answer me back.

But that is the only kind of communication I had with Discord.

Q.  Your Discord account had messages in it, right?

A.  Yeah.

Q.  And it had documents that had been circulated?

A.  Not -- no.  No.

Q.  But it had messages?

A.  Yes.



Page 159

Q. Did you ever ask Discord to send you copies of those messages after you were banned?

A. No.

Q. Do you still have the Discord app on your phone?

A. Yes.

Q. Before you were banned from Discord, did you delete any Discord messages related to Unite the Right?

A. No.

Q. Not a single one?

A. Nope.

Q. Ever?

A. No.

Q. You told the Court at the July 2 hearing that Discord had sent you an e-mail regarding this case, correct?

A. Yeah, they had sent me e-mails asking -- this was a long -- this was awhile ago. They asked me if they could send the stuff for discovery, and I e-mailed them back and said yes. And they never e-mailed me back anything. They never -- they never sent anything to me.

I think it was -- what other -- somebody else sent me an e-mail like that, too.


MAGNA
LEGAL SERVICES

Page 160

I can't remember who it was.  Oh, Twitter, I think sent me an e-mail like that, too.  Or somebody forwarded me an e-mail from Twitter with the same idea.

Q.  Which e-mail address did you receive these e-mails on?

A.  I think the Eli F. Mosley one.

Q.  When did Discord send you this e-mail?

A.  Uh, before I was banned.  About two months before I was banned, or a month before I was banned.  So, probably the beginning of this summer, end of spring.

Q.  When were you banned from Discord?

A.  I don't -- I don't remember.  I want to say I was banned in the spring.  I think that is when -- I think I was banned in the spring -- no, I was banned -- they sent me the e-mail -- sent me the message asking about do you want -- or can we send the information in.  And then, like, a month or two later I was banned.

So, I think that was probably the beginning or middle of spring when they asked me if they could do that.  And then I think they banned me, like, a month or two later.

Q.  You told the Court that Discord sent


MAGNA
LEGAL SERVICES

Page 161

you an e-mail saying, quote, hey, do you want to comply with the discovery of this case, yada, yada, yada, quote.

A. Yes. That is -- they basically asked me if I was willing to comply, and I said yes to them. Which I thought at the time -- because it was awhile ago. I thought at the time was part of the means of which I shared the discovery with you guys. Oh, I see what's going to happen, I am going to get e-mails from the companies that my accounts are deleted from.

Q. What exactly did you tell Discord in response to this e-mail?

A. I have to check to see what the exact e-mail was. I said -- I approved the -- I approved the -- what they asked me.

Q. You still have this e-mail in your Gmail account, right?

A. Yes.

Q. You have no other active account on Discord now?

A. Umm, no, I don't. Not that is active. I have an account, but it was one from before, and I just -- I never used it.

Q. Which account is that?



Page 162

A.  I don't even know the name of it.  I think it is -- the name is -- I think it is also Sayer, but I don't know the number for it, or anything like that.  It is a really old account.  I don't know what it is though.

Q.  You didn't use it to discuss Unite the Right?

A.  No.  It was, like, an account when Discord first came out.

Q.  You used Twitter also to communicate regarding Unite the Right, correct?

A.  Correct, yes.

Q.  Do you currently have a Twitter username?

A.  No.

Q.  Have you used in the past the username That Eli Mosley?

A.  Yes.

Q.  Have you used Not Eli Mosley?

A.  Yes.

Q.  You testified earlier today that --

A.  Well, just for the record, the Not Eli Mosley one was hacked.  Just so -- that was very -- that was an account that got hacked.

Q.  When was that hacked?



Page 163

A.  I -- it was before Unite the Right, I believe.  I don't remember exactly what the timeline was.  But they were posting stuff on there that wasn't me, the Not Eli Mosley one.

Q.  Who hacked it?

A.  I have no idea.  But I was able to delete the account after they were posting whatever.

Q.  Your testimony is you deleted the Not Eli Mosley account because it was hacked?

A.  It was either I deleted it or I changed the password, then got banned right after for what the person was posting.  That actually might be how it happened.  I think that's what happened.

So, I think what happened was -- is that the person got ahold of the account somehow, and then was posting stuff.  It wasn't me.  I deleted those messages and changed the password.  But then the account got banned because of the messages that person posted.  That was the Not -- I just remember that about the Not Eli Mosley account, that somebody took it.

Q.  You have been banned from other times,



Page 164

right?

A.    Probably 30 times.  Yeah.

Q.    Have you ever had a Twitter account that has not been banned?

A.    No.

Q.    Not Eli Mosley was not the account that was banned, it was all of your accounts?

A.    All of my accounts I ever had have been banned.  I don't remember them all.  Like I said, the only one I know was compromised was that Not Eli Mosley one.  All the rest of them, I had access to, I was the only one with access to.

Like I said, they were all deleted.  I don't remember the names of all of them.

Q.    You don't have access to any of these Twitter accounts now?

A.    No.  I was removed from all of them.

Q.    Did you report the hacking of Not Eli Mosley when it occurred?

A.    No, because I knew Twitter wouldn't care.  It was -- I knew from what they posted, they posted some really bad stuff.  And I knew right then and there as soon as it was posted the account was going to get deleted anyway.



Page 165

I don't even remember exactly what they said. I just remember reading it and being, like, holy shit, this is the stupidest thing, I can't believe that somebody is posting this. People were calling me and asking me, like, did you post that? It was only up, like, a minute.

Q. Who contacted you -- who contacted you to ask if you had posted it?

A. I don't know. I think it might have been just friends of mine at the time. I don't remember who it was. Someone saw them on their Twitter feed. They knew I wouldn't have posted it.

Q. Have you ever told anyone else that this account was hacked?

A. Umm, at the time I told people. But I knew it was another account that was going to get banned. So, it wasn't, like, an important thing.

Q. Whom did you tell it had gotten hacked?

A. Umm, like I said, I don't know who. Friends at the time, people I would be talking to. I don't know exactly who.


MAGNA
LEGAL SERVICES

Page 166

Q.  Can you name a single person you told that your account had been hacked?

A.  I mean, I probably told Richard, I probably told -- I don't know.  Other people.  I don't know.  Whoever I was with at the time.

Q.  Richard, does that refer to Mr. Spencer?

A.  Yeah, yeah.

Q.  You have used the account EliMosleyIE on Twitter, right?

A.  Yes.

Q.  Have you used Eli_Mosley_?

A.  Uh, Yes.

Q.  Have you used Sheli_Shmosley?

A.  Yes.

Q.  Have you used Eli Mosley?

A.  Yes.

Q.  Have you used Eli Mosley is Back?

A.  Yes.

Q.  Have you used EliMosleyOH?

A.  Umm -- oh, yes.

Q.  Have I named -- excuse me.  Are there any other Twitter usernames besides the usernames that I have named that you have used?

A.  I am sure there are, but not that I


MAGNA
LEGAL SERVICES

remember the names of.  There are more transformations of Eli and Eli Mosley or whatever.  But none that I remember.

Q.  There are other Twitter usernames that feature the name Eli Mosley in some form?

A.  I am sure there are.  But, like I said, I don't know what they would be.  As you can see, that list -- you can't differentiate between one or the other usually.  So, it is kind of hard to remember them all.

Q.  You had a password for each Twitter account, right?

A.  Uh, Yes.

Q.  Did anyone else have those passwords?

A.  No.

Q.  Did anyone else use your Twitter accounts?

A.  No.

Q.  So, would you agree that the messages posted on Twitter were posted by you?

A.  Yes.  Except for the Not Eli Mosley account.

Q.  Other than the Not Eli Mosley account, which you have testified was hacked, would you agree that the messages posted on Twitter under

Page 168

each of the other usernames were posted by you?

A. Yes.

Q. Which device did you use to post messages on Twitter?

A. My iPhone.

Q. Did you ever use anything aside from your iPhone?

A. No.

Q. Now, you told the Court that you did not sign up for Twitter with your real e-mail address, but that you used burner e-mails, right?

A. Yes. I don't even know -- go ahead.

Q. What is a burner e-mail?

A. You can go on, like, a website and say, hey, I need an e-mail address to confirm an account. And they'll give you like random letters and numbers together, and they'll say here, this is going to be an e-mail for ten minutes. And then you sign up for the Twitter account or whatever it is, you get your activation code, put it in. Then that e-mail, you just don't ever use it again.

So, it is -- like I said, it is like a burner phone, but for an e-mail.



Page 169

Q.   You told the Court that the burner e-mails were, quote, not real e-mail addresses?

A.   Correct.

Q.   When you were referring to, quote, real e-mail addresses, are there any others besides the ones we discussed today, Eli.F.Mosley@Gmail.com, DeplorableTruth@Gmail.com, and your Identity Evropa e-mail address?

A.   No.

Q.   Those are the only three you have?

A.   Correct.

Q.   Does Identity Evropa have its own Twitter account?

A.   I don't believe it does anymore.  I think it did at one point.

Q.   Did you administer that Twitter account?

A.   No.

Q.   You told the Court that you were, quote, more than happy to go through with the process so that Twitter could hand over information to the Court, right?

A.   Yes.

Q.   You haven't actually executed anything



Page 170

to enable Twitter to hand over information to the Court, right?

A.  Well, I haven't been asked anything or given anything.  If I had a document right now from Twitter saying, hey, can we hand over the information or whatever, I would sign it right now and give it to you guys.

Q.  Aside from a document right now from Twitter, in your words, your testimony is that you have never been given any means of handing over information to the Court from Twitter?

A.  No.

Q.  Before you were banned from all of your Twitter accounts, did you save any of the tweets for your accounts?

A.  No.

Q.  Did you ever take any screen shots of the messages?

A.  Not that I know of.  Not that I know of.

Q.  Not that you know of?

A.  No.

Q.  You have never taken any screen shots of your messages?

A.  Not that I know of, no.  Not that I



Page 171

can -- nothing that stands out, whatever. Nothing I can remember, or anything like that.

Q. Is it possible that you have taken a screen shot of your Twitter messages?

A. If I did, it would be on my phone. So --

Q. It would be on your iPhone?

A. Yes.

Q. Did you delete tweets from your Twitter accounts before you were banned?

A. Oh, yeah.

Q. Did those relate to Unite the Right?

A. No. It was mostly tweets, like, where I -- I tweeted I didn't want to get banned for, or something like that.

Q. Why would you get banned for the tweets that you deleted?

A. Oh, I -- the Twitter's policy was to ban anyone who was Alt-Right, or not even Alt-Right, you know, at the time. So, they were banning anyone. So, any kind of hint at that kind of thing.

Q. So, you deleted tweets that had a hint of Alt-Right; is that accurate?

A. No. I would say the only time I would


MAGNA
LEGAL SERVICES

Page 172

delete tweets is when I would think they would get me banned from Twitter.  But I wasn't someone who deleted a lot of tweets, either.

You asked if I deleted any tweets. Yes, I did.  The reason was because I didn't want to get banned.  But I don't know which ones there were or how many.  It wasn't very many, I know that.  That was from before Unite the Right.  Because I got -- I got banned from Twitter, umm, the day after Unite the Right, and I didn't get a new account for maybe a month or two.  Like, awhile, if I remember correctly. So --

Q.  What was the -- what was the account that you had after Unite the Right?

A.  I believe it went -- I am not entirely sure.  But I think it went -- I don't even have my Twitter on the contact me page.  So, my Twitter account was banned before it even happened -- like, Unite the Right even happened. But I don't know which account would be right afterwards.  Maybe -- I don't know.  Maybe Sheli_Shmosley.  That is a guess.

Q.  Your Twitter account was banned before the Unite the Right?



A.  Yeah.  That is why there is no -- that is why there is no Twitter account in the contact me spot.

Q.  So, you did not have a Twitter account operating at the time of Unite the Right?

A.  No.  I mean, I don't think it's -- I don't think I did, and that is why I don't have my Twitter listed as a contact for me.

Or perhaps when this document was made, it was banned.  Because this is -- this document is from 6/18.  So, this is two months before Unite the Right.  So, maybe it was banned two months before Unite the Right, but I had one during Unite the Right.  I don't remember.

(Exhibit 8, 8/10/2017 Operation Unite the Right Charlottesville 2.0, marked for identification.)

BY MR. BARKAI:

Q.  You are being handed an exhibit marked as Exhibit 8.  Is this another version of the planning document that we have seen before?

A.  Yeah.  This is the, umm -- the one, I think, that is right before.  Yes.  Yes, this is the one, I think, was right before.  So, yes, I did have a Twitter account, it looks like.  So,



Page 174

it would have been Not Eli Mosley.

Q.   So, that was the Twitter account that you had at the time of Unite the Right, correct?

A.   Correct, yes.  So, this other one was from two months before.  Clearly my account was banned.  Not Eli Mosley would be the new one.

Q.   You have no active account on Twitter right now; is that true?

A.   No, I haven't had one for probably two years, or a year-and-a-half.

Q.   Do you see the top of this version of the operational documents, which is Exhibit 8, do you see the sentence this version of the document is to only be shared in extremely vetted circles, do not post on social media?

A.   Yes.

Q.   What were the extremely vetted circles in which this document was shared?

A.   Well, looking back, that is kind of a joke.  It was meant to be logistical.

MR. DiNUCCI:  Note my objection from earlier based on Judge Hoppe's Order.  Thank you.

BY MR. BARKAI:

Q.   You may answer.



Page 175

A.   It was just the, umm -- it was just Discord, is what it meant.  Discord was supposed to have people vetted before they could join it.  So, that is what I was talking about.

Q.   How is the document shared within Discord?

A.   Just post it.  Like you would on Facebook or -- just put it in a channel.

Q.   Who posted it?

A.   Umm, maybe me.  But I don't know.  Like I said, the way I made these, is I made them on Google drive and I sent them to somebody usually.  I don't remember who each one.  Some -- each one was different.  They would format it like this.  Then either they would post it, or I would -- they would send it back to me and I would post it.

Q.   How many versions of this document did you make?

A.   Umm, probably five or six.  And they were all posted in Discord.

Q.   You made five or six versions of this document?

A.   Yes.

Q.   This document is several pages long,


MAGNA
LEGAL SERVICES

Page 176

correct?

A. Yes.

Q. This document appears to be nine pages long, right?

A. Yeah. The final one was really long. Yeah.

Q. The final version was very long?

A. Yes.

Q. You typed out these very long documents on your phone?

A. Yes. It was mostly editing old stuff and changing it out. It wasn't like I made it all at once. It was, oh, I dealt with this part of this, let me type this part up. And then, you know, save another document, or whatever. Oh, I fixed -- this part needs to be done. It was kind of, like, a living document, I guess you could say.

Q. So, you had one version of the document that you edited?

A. Yes, yes.

Q. You did not create multiple documents?

A. Correct.

Q. And, again, you did all this on your phone?



Page 177

A.   Yes.

Q.   When you -- strike that.

At the top of this page, Page 1 of Exhibit 8, do you see reported version 8/10/2017, general orders?

A.   Yes.

Q.   What are general orders?

A.   Just like the general -- the way people were supposed to behave and act at the thing, which basically no one followed, as most people can tell.  This thing clearly outlines that people aren't supposed to be violent and that -- basically this whole document wasn't followed from the beginning to end.

Q.   You also used Facebook to communicate about Unite the Right, correct?

A.   Yes.

Q.   Which is -- what is your Facebook username?

A.   I was banned from Facebook as well, and I don't know what the name of the account or -- is it -- I think Facebook is saved by e-mail address, if I am not mistaken.  But I don't know what e-mail address I would have been using.

Q.   Would it have been



MAGNA

LEGAL SERVICES

Page 178

Eli.F.Mosley@Gmail.com.

A.   If anything, it would have been Deplorable Truth.  But, it could have been either/or.  I don't really know.  My Facebook account was banned.  And we did use that mostly in the very beginning to just get people together, because a lot of people used Facebook. But most of the planning didn't happen there.

Q.   Did anyone have access to your username and password on Facebook besides you?

A.   No.

Q.   The messages that were posted under your name on Facebook would have been yours?

A.   Yeah, yeah.

Q.   Is there a Facebook account that belongs to Identity Evropa?

A.   Yes.

Q.   Did you operate that at any time?

A.   No.

Q.   Did you have access to it at any time?

A.   No.

Q.   What device did you use to access Facebook?

A.   My phone.

Q.   Did you ever use any other device?



A.   No.

Q.   You never used anyone else's computer or phone to access Facebook?

A.   No.

Q.   Who operated the Facebook account belonging to Identity Evropa?

A.   I believe Nathan Damingo, but I am not entirely sure.

Q.   You told the Court that you may also have signed up for Facebook using a burner e-mail address; is that right?

A.   Yeah.  I got banned from Facebook and I tried to make a new one, I think.  And I think I used one of the burner e-mail addresses.  But they immediately picked up that it was me again from the phone, I guess, and they deleted it.

Q.   When were you banned from Facebook?

A.   Uh, I would say a week or two after Charlottesville.

Q.   That would be August of 2017?

A.   Yes.

Q.   Why were you banned, to your understanding?

A.   They didn't -- they just banned me. They didn't give a reason.



Page 180

Q. Before you were banned, had you saved any of your Facebook posts?

A. No.

Q. Did you ever take any screen shots of them?

A. No.

Q. Did you ever delete any Facebook posts?

A. No.

Q. Not a single one?

A. No. Not -- nothing -- the only reason I used Facebook was to use the messenger, the messenger app on it, or whatever.

Q. Did you ever delete any Facebook messages?

A. No. You can't -- I don't think you can.

Q. Did you on your iPhone have a separate Facebook Messenger app?

A. Yeah, yeah.

Q. Did you make any posts on Facebook about this case?

A. No. I was removed from it before the case even.

Q. You have testified that you have a Gab



MAGNA

LEGAL SERVICES

profile, correct?

A. Yes.

Q. And have you used that Gab profile to discuss Unite the Right?

A. I think, like I said earlier, I made -- I made an account. I may have made two or three posts. Never used it again. Those two or three posts may have been about Unite the Right, but I am not entirely sure.

I haven't been on the website for almost two years, or whatever. So, I don't know exactly what's on there.

Q. Does Gab have different policies for allowing content than Twitter does, to your knowledge?

A. I believe so, yes. I think it is a free speech platform.

Q. Are there fewer restrictions on what people can post on Gab?

A. To my understanding, yes.

Q. So, you can post things on Gab that you may not be able to post on other social media platforms?

A. I believe that is their main selling point, yes.



Page 182

Q.  Do you have any private Gab posts or messages?

A.  Not that I know of, no.

Q.  Do you recall your Gab username?

A.  It is Eli Mosley, some form of Eli Mosley.  I don't know exactly what it is.  I would have to look for it.

(Exhibit 9, Gab post, marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you are being handed an exhibit marked Exhibit 9.

Does this look familiar to you at all?

A.  Yes.  This is my account.

Q.  This is your Gab account; is that correct?

A.  Oh, this is my Gab account, okay.  I thought this was Twitter when I first looked at it.

Umm, yes.

Q.  This is your Gab account, right?

A.  Yeah.

Q.  Do you see --

A.  Looks like it.

Q.  Do you see the username @EliMosley?



Page 183

A.   Yes.

Q.   Does that refresh your recollection as to whether your Gab username is Eli Mosley?

A.   Yeah, I think this is my -- yeah, I think this is my Gab account.  Yes.

Q.   And you may have private Gab posts in addition to the public --

A.   I don't think there is any private.

Q.   -- messages?

A.   I mean, you see here I have four follows.  Like I said, I never used -- I didn't really use it.  I think these might have been the last posts I made on that, actually.  I don't know how old these are, but it looks to me this is something that I posted four or five posts and I didn't use it since.

Q.   Have you communicated about Unite the Right or this lawsuit or the planning of Unite the Right, any aspect of that in videos?

A.   No.

Q.   You have never appeared in a video that someone else has recorded to discuss Unite the Right?

A.   Umm, other than -- actually, yes. Just to get funding, fundraising for the legal



Page 184

team, I guess, we did a Red Ice radio show.

Q. What is Red Ice?

A. Red Ice is a -- it is a YouTube channel, basically.

Q. Who operates that?

A. They are just called Red Ice. I don't -- I don't know who or -- they just were interviewing us and asking -- like, asking us questions about the case. We were asking -- trying to raise money for it.

Q. When you say, quote, we, end quote, us? Who --

A. It was me, Nathan, and Richard. We all appeared on a YouTube -- or a video interview. They were just asking us about the case or whatever, while we were raising money for it.

Q. When was that?

A. Right when this lawsuit was originally filed. So, maybe a month or two after that.

Q. Was that in late 2017?

A. Yes.

Q. Are those videos on YouTube now?

A. I wouldn't know.

Q. Who recorded the video?



Page 185

A.  It was a live stream type video, I think.

Q.  That wasn't my question.  My question was, who recorded -- or, excuse me, who made the video?  Who?

A.  We were all at Richard's house, Richard Spencer's house.  And -- with a camera. And I think it was a live stream.

Q.  So, did you and Richard and Nathan make the video?

A.  Yes.

Q.  Was there someone who worked for Red Ice who made the video with you?

A.  It was a live stream.  So, there is a camera in front of us.  They interviewed us.  It was just live streamed onto YouTube.

Q.  Who is they?

A.  Red Ice.

Q.  Who are the people at Red Ice?

A.  I don't know -- I don't know their names.

Q.  You don't remember their names?

A.  No.  That was just -- like I said, that was just a live stream discussing funding the case, or whatever.  Or funding the defense.


MAGNA
LEGAL SERVICES

Page 186

Q.  No recording was made of that video?

A.  Oh, no, it is -- I am assuming it is still on YouTube.  If it is not, then I don't know where it would be.  But I am assuming it is still on their channel.

MR. BLOCH:  It was recorded.

THE WITNESS:  It was a live stream. Any live stream would be on their channel, I guess.  Unless they deleted it.  But I wouldn't know.

BY MR. BARKAI:

Q.  You said that it was a live stream but you also said that it would still be on their channel.

At the time when you made this video, was it recorded?

A.  I mean, it is a live -- I don't understand what the question -- I don't understand what the question is.

The -- when you live stream a video on YouTube, it automatically goes right to your channel.

Q.  Can others access it after that time?

A.  Everyone can look at -- yeah, everyone can look at it afterwards.  Now, if they deleted



MAGNA

LEGAL SERVICES

Page 187

it, I don't know.  If it is still there, I have no idea.

Q.  But at the time it was recorded?

A.  Yes.

Q.  Have you made any other videos, besides that one?

A.  No.  That is the only one I can think of, of me discussing the events of Charlottesville or the court case.

Q.  You have never appeared in any other video?

A.  No.

Q.  Have you appeared in any news media video?

A.  Yes.  The -- I mean, there has been tons of media around Charlottesville.  I haven't done any, like -- anything about it, or anything like that.

Q.  But you have appeared in other videos regarding Charlottesville through the news media?

A.  Yes.

Q.  Have you uploaded videos to YouTube?

A.  No.

Q.  Do you have a YouTube username?



Page 188

A.  Umm, I have a YouTube account.  I don't know what the username is.  Like I said, it is either under the Deplorable Truth or the Eli F. Mosley one.

Q.  Does Identity Evropa have a YouTube username?

A.  Not that I know of.

Q.  You also used podcasts to communicate regarding Unite the Right; is that right?

A.  Yes.

Q.  What podcasts?

A.  Umm, it was alt stuff on therightstuff.biz website.

Q.  What is therightstuff.biz?

A.  It was a website for podcasts, right wing podcasts.

Q.  Who operated therightstuff.biz?

A.  Mike Enoch.

Q.  Is Mike Enoch the same as Mike Peinovich?

A.  Yes.

Q.  Who was the audience for that podcast?

A.  People that were supposed to be attending the rally.

Q.  When you appeared on this podcast, did



Page 189

you record the podcast?

A.  I didn't.

Q.  Did Mike -- Michael Peinovich record the podcast?

A.  Yes.

Q.  What device did he record it on?

A.  I am not sure.

Q.  Did he appear to record it on a computer?

A.  It was remote.  I didn't see what he was recording with.  I am assuming it was with a computer though, yeah.

Q.  So, you were not physically located --

A.  No.

Q.  -- in the same place as Michael Peinovich?

A.  No.

Q.  What device were you using when you appeared on the podcast?

A.  Was I using?  I was using a microphone connected to my cell phone.

Q.  Was that your cell phone?

A.  Yes.

Q.  The 610 iPhone?

A.  Yes.



MAGNA
LEGAL SERVICES

Page 190

Q.   Where was that podcast then posted?

A.   On therightstuff.biz.

Q.   To your knowledge, are the podcasts --

A.   Still public, I believe.

Q.   How many podcasts approximately did you record?

A.   Personally, me, probably two or three. But they do -- that is what they do.  They make podcasts.

Q.   When you recorded these podcasts, you used your iPhone, right?

A.   Yes.

Q.   And did you ever download these podcasts from therightstuff.biz?

A.   No.

Q.   Did you ever make any copies of these podcasts for yourself?

A.   No.

Q.   Did you ever share these podcasts with anyone?

A.   No.

Q.   Did you ever tell anyone about these podcasts?

A.   No.

Q.   You never told anyone about these


MAGNA
LEGAL SERVICES

Page 191

podcasts?

A.   I mean, everyone listened to them, like, every week when they came out.  I don't have to tell anyone about it.  They already knew.

Q.   So, you don't -- you have never told anyone, promoted your -- excuse me, strike that.

You have never promoted that podcast to anyone?

A.   I mean, I promoted that podcast to people before.  But, like, not necessarily around me being on it those times.  Because after Unite the Right I didn't have any social media.  So, where would I have promoted it to?  And everyone --

Q.   Including before Unite the Right, did you ever promote the podcast to anyone?

A.   Yeah, when I was on it.

Q.   Through what means did you promote it?

A.   Whatever Twitter account I had at the time.

Q.   Is TDS something that is familiar to you?

A.   Yes.  That is one of the shows on therightstuff.biz.



Page 192

Q.   What does TDS stand for?

A.   Uh, the Daily Shoah.

Q.   You appeared on The Daily Shoah podcast?

A.   Yes.

Q.   Approximately when did you appear?

A.   I appeared -- I appeared a few times. I don't know exactly when.  I know I appeared right before the rally, and then shortly after as well.

Q.   Regarding videos again for a moment, did you make any videos on August 12?

A.   Umm, no.  I don't think so.  No, I never got my phone out and recorded it.  I was -- I was too busy with other stuff.

Q.   What were you busy with?

A.   The rally itself, calling, talking to the police, getting, make sure people were safe.

Q.   Did you make any videos on August 11?

A.   No.

Q.   Did you ever use a smart watch to communicate regarding Unite the Right, such as an Apple watch?

A.   No.

Q.   Do you have a camera separate from



Page 193

your iPhone that you used to take pictures regarding Unite the Right?

A.   No.

Q.   And, again, your testimony is that you don't have a single photo relating to Unite the Right on your phone?

A.   I might have some on my phone.  You guys are more than welcome to check.  I haven't looked at my pictures forever.  I don't think I do, though.  There was never a time I remember taking pictures, or whatever.

Q.   Did you ever use a pager to discuss Unite the Right?

A.   No.

Q.   Did you ever have any documents relating to Unite the Right on external hard drive?

A.   No.

Q.   Or any kind of external storage device?

A.   No.

Q.   Did you meet with others in person to discuss Unite the Right?

A.   Umm --

MR. DiNUCCI:   Objection to the extent



Page 194

-- language of Judge Hoppe's Order.

BY MR. BARKAI:

Q. You may answer.

A. Yeah, I am sure I have.

Q. To your recollection, who did you meet with?

A. Most of the people -- some of the people in this case. Like, Richard, Nathan, people like that.

Q. Is that Mr. Spencer?

A. Yes.

Q. And Mr. Damingo?

A. Yes.

Q. So, you met with Mr. Spencer and Mr. Damingo in person to discuss Unite the Right, correct?

A. Yes.

Q. Did you --

MR. DiNUCCI: Note my objection.

BY MR. BARKAI:

Q. Did you meet in person with Mr. Kessler to discuss Unite the Right?

A. I saw him once or twice afterwards in person, yes.

Q. Did you meet in person with Mr.



Page 195

Cantwell to discuss Unite the Right?

A. Yes.

Q. Did you meet in person with Mr. Anglin to discuss Unite the Right?

A. No.

Q. Did you meet in person with Mr. Ray to discuss Unite the Right?

A. No.

Q. Did you meet in person with Mr. Heimbach to discuss Unite the Right?

A. Yes.

Q. Did you meet in person with Mr. Parrott to discuss Unite the Right?

A. No.

Q. Did you meet in person with Mr. Hill to discuss Unite the Right?

A. No.

Q. Mr. Tubbs?

A. No.

Q. Mr. Schoep?

A. Nope.

Q. Mr. Invictus?

A. No.

Q. Mr. Peinovich?

A. Yes.



Page 196

Q.  When you met with these individuals, did you take notes of these meetings?

A.  No.

Q.  Never?

A.  (Responded by shaking head.)

Q.  Not once?

A.  No.

Q.  Do you have any documents regarding these meetings?

A.  No.

Q.  Do you have a single e-mail regarding these meetings?

A.  No.

Q.  Do you have a single text message regarding these meetings?

A.  No.

Q.  How did you coordinate these meetings without sending e-mails or text messages?

A.  They were mostly holiday parties and we would talk when we were at the parties.

Q.  What holiday parties were these?

A.  Just parties where people -- we go to a house and hang out.

Q.  Who hosted these holiday parties?

A.  Umm, sometimes Mike did, sometimes I



MAGNA

LEGAL SERVICES

Page 197

did.  Other -- just whoever's house it was.

Q.  When did these occur?

A.  Like, after the -- after the rally, before the rally.  We would meet up all the time.

Q.  You would meet up, quote, all the time?

A.  We would -- not everyone on the list. Not everyone in the thing.  But, like, the people that were friends, yeah, we would meet up and talk about it in person.

Q.  When you refer to holiday parties, what holiday is that?

A.  Like, Thanksgiving and Christmas and -- holidays.

Q.  All right.  So, I am going to ask you a couple more questions about these meetings.

So, returning to Mr. Kessler -- we'll just take these one by one to clarify the record.

So, how did you -- when did you meet in person with Mr. Kessler, to your recollection?

A.  In -- in what way?

Q.  To discuss Unite the Right.



Page 198

A.  So, we met -- after the first one, that night is when we first started discussing the second one.  Like, at an after party after the first one.  Then I met him maybe two more times leading up to the day.  And then afterwards I saw him two or three more times.  Because we lived, like, only 45 minutes away from each other.

Q.  When you met with him, you discussed the planning of Unite the Right 2.0?

A.  In the beginning.  In the first two meetings we had, yes.  Because it was -- yeah.

Q.  Did you take any notes at that meeting?

A.  No.

Q.  Did you make any kind of recording of that meeting?

A.  No.

Q.  When you met in person with Mr. Spencer, when was that?

A.  Umm --

MR. DiNUCCI:  If I could, let me restate the earlier objection.  If I have your consent, Mr. Barkai, I would like to ask you to recognize a continuing objection to any



Page 199

questions that go to the merits of the case.

MR. BARKAI:  We don't have an objection to your making a standing objection on that basis.  I don't think you need to read it again.

MR. DiNUCCI:  I'm sorry, I didn't catch the last part.

MR. BARKAI:  We have no problem with you making a standing objection.  I don't think you need to read the language again that you already read.

MR. DiNUCCI:  I am not going to read it again.  Not that there is anything wrong with doing that to begin with.  Thank you.

MR. BARKAI:  Thank you.

BY MR. BARKAI:

Q.  So, when you met in person with Mr. Spencer, Mr. Kline, to discuss Unite the Right, when was that?

A.  All the time.  I mean, he lived 30 minutes away from me.  So, a lot.

Q.  Where was this that you were living?

A.  I was in -- what is -- when I was in Virginia.  I can't remember what the name of that county is.  I told you earlier, you wrote



Page 200

it down.  Shoot, I can't remember it again.

I was living in Virginia, he was living in Alexandria.  So, it was only a drive away.

Q.  When you met in person with Mr. Cantwell to discuss Unite the Right, when was that?

A.  After he got out of jail or prison.

Q.  When was that?

A.  I don't know.  When he got out. Whenever he got out.  He got out on bail with house arrest, or whatever.  That is when I saw him.

Q.  Just that one time?

A.  No.  I mean, he stayed with me for a little bit.

Q.  He stayed with you where?

A.  At my place in Virginia.

Q.  When you met in person with Mr. Heimbach to discuss Unite the Right, when was that?

A.  Shortly after.  I mean, a couple weeks after.  Maybe a month or two after in Virginia, at my place.

Q.  After what?



MAGNA

LEGAL SERVICES

Page 201

A.  It was some holiday.  He came over. We had a bunch of people over that night.

Q.  You said shortly after, couple weeks ago --

A.  Like, couple weeks after Unite the Right I had people over at my house, and I remember Heimbach was there.  But he was also there -- during the winter he came through once.

Q.  Who else was over at your house a couple weeks after Unite the Right?

A.  Umm, like I said -- I mean, Mike -- Mike Enoch, Matt Heimbach, and Kessler.  Like, that is -- I don't really understand, like, the question, I guess.

Like, people just -- we have social gatherings.  It wasn't like we met to talk about Unite the Right.  It was -- we had social gatherings and people talked about it.

Q.  Did you ever meet with Mr. Heimbach in person to discuss Unite the Right before Unite the Right occurred?

A.  Umm, no.  I don't think so, no.

Q.  Never, not a single time?

A.  No, no.

Q.  Did you ever meet with Mr. Spencer to


MAGNA
LEGAL SERVICES

Page 202

discuss Unite the Right before Unite the Right
occurred?

        A.   Yes.

        Q.   Did you meet in person with Mr. -- did
you meet in person with Mr. Cantwell to discuss
Unite the Right before Unite the Right occurred?

        A.   No.

             (Exhibit 10, Plaintiffs' Corrected
First Set of Requests for Production of
Documents to all Defendants, marked for
identification.)

BY MR. BARKAI:

        Q.   Mr. Kline, you have been handed a
document marked Exhibit 10.

             Do you recognize this document?

        A.   No, I don't.

        Q.   You have never seen this before?

        A.   No.

        Q.   This has never been provided to you
before?

        A.   Not that I have seen, no.  I have
never seen this.  Especially this appendix at
the back.

        Q.   This has never been e-mailed to you?

        A.   It might have, but I don't -- I don't



Page 203

recall seeing this ever.

Q. Do you see that this document is called Plaintiffs' Corrected First Set of Requests for Production of Documents to all Defendants?

A. Yes.

Q. Do you understand all Defendants to include you?

A. Yes.

Q. This is the first time you have received this document?

A. Umm --

Q. That is your testimony?

A. I might have gotten in e-mail. But I don't -- I never -- I don't remember seeing this ever, no.

Q. You might have received it in an e-mail; is that right?

A. I might have. But I have never seen this. I have never seen this, no. I would have remembered the -- the table at the back.

(Exhibit 11, 7/1/2019 Bloch e-mail, marked for identification.)

BY MR. BARKAI:

Q. You are being given, Mr. Kline, a



Page 204

document marked as Exhibit 11.

Do you recognize this document?

A.   This is the -- is this the -- maybe I haven't seen this.  This was sent before our call, is what this shows.  I might have received this, but I don't really remember what the context of it is.  I think this was -- I am not exactly sure what this was.

Q.   Do you see that it is an e-mail addressed to you?

A.   Yes.

Q.   Do you see that it is addressed to Eli.F.Mosley@Gmail.com?

A.   Yes.

Q.   Is that you?

A.   Yes.

Q.   You are not sure whether you received this e-mail?

A.   I mean, I am assuming I did receive it.  I don't remember reading through this.  But, umm, I just noticed it was the day before that call.  So, I should have seen it when I went through.

Q.   But you are not sure if you read it?

A.   Correct.



Page 205

Q.   Could you turn to what you have in front of you as Exhibit 5, please, on Page 21?

A.   Okay.

Q.   Do you see where the Judge in the middle of Page 21, Line 14, asks you, Mr. Kline, did you receive that e-mail?

A.   Yeah, I think I was at the time scanning through a different document than this one.  Because this one has -- it is formatted totally differently than what I was scanning through at that time.

Q.   Aside from the fact that it was formatted entirely differently --

A.   I just remember the one that I had read -- the one that I had gotten -- or that I read through, or whatever, was, like, a -- it was a DocuSign document that I was talking about here.  It wasn't like this, if that makes sense.

Q.   Putting aside the DocuSign contract, this is an e-mail that was sent to you at Eli.F.Mosley@Gmail.com on July 1, 2019, right?

A.   Yes.

Q.   Your testimony is that you have never received this e-mail before?  Or if you have, you never read it?



A.  Correct.

Q.  So, you did receive this e-mail?

A.  I don't know.  But if I did, I haven't read it.

Q.  Okay.  So, if you did receive this, you didn't read it?

A.  Correct.  I don't know -- I don't know if I did receive it or not.

Q.  Do you see in the attachments on this exhibit, at the end of the list of attachments, Plaintiffs' Corrected First Set of Document Requests.pdf?

A.  Yeah -- see -- that is another -- yeah, no.  I do see that.  But, like I said, I don't -- I don't think I went through this e-mail.  This is exactly what I was talking about earlier when you guys -- I said I didn't have the means to give it.  That's what this looks like.  It looks like a PDF I could have just filled out, which I obviously would have done.

But I didn't -- I didn't -- I don't think I read through this, or I would have done that.

Q.  Turning back to what you have in front



Page 207

of you as Exhibit 10, you did receive this set of Requests for Production, correct?

A.   Umm, is this the one with the table at the end?  I don't recognize this one, either, no.

Q.   Putting aside whether you recognize it right now or not, you were e-mailed this document on July 1, 2019, right?

A.   Maybe.  I don't know.  I have no way of confirming that.

I mean, was this sent with this? Because then, yeah, because it says July 1 on it.  But this doesn't have a date on it.

Q.   On Exhibit 11, do you see that the e-mail attached Plaintiffs' Corrected First Set of Documents.pdf?

A.   Yes.  Is that what this is?

Q.   Do you see on Exhibit 10 the document is titled Plaintiffs' Corrected First Set of Requests for Production of Documents to all Defendants?

A.   Yes.  I never seen either of these then, yeah.

Q.   But they were e-mailed to your e-mail address?



Page 208

A.  I mean, it says they were.  But I didn't read it.

Q.  At the end of these Requests for Production, the date on Page 10 is January 25, 2018, right?

A.  Okay.

Q.  Do you see that?

A.  Yes.

Q.  So, the first time that these requests were first issued was in January 2018, right?

A.  Okay, yes.

Q.  On the first page of Exhibit 10, do you see that the deadline to respond to these was 30 days from when they were served?

A.  Correct.  But I didn't -- like I said, I haven't seen these documents.  But that makes sense.

Q.  You haven't responded to these Requests for Production, right?

A.  No.  Because I haven't -- like I said, I haven't read through them.

Q.  You haven't produced a document to Plaintiffs before --

A.  No.  But I am more than happy -- I am more than happy to.


MAGNA
LEGAL SERVICES

Page 209

Q.  Putting aside -- putting that aside, you have not produced a document to Plaintiffs, correct?

A.  No.  I would like to.

Q.  Why was it that you didn't provide Plaintiffs with any documents?

A.  I didn't -- I didn't read through -- I didn't see this -- that's what these were. Because I get so many e-mails from these, they must have gotten mixed up with some other ones.

Every time somebody makes a -- does anything in the case, I get an e-mail.  So, I thought that -- these might -- this might have been attached to something else when it was first sent.  I don't know.

Q.  Did you hear about these Requests for Production at any time?

A.  What do you mean, hear?

Q.  Did anyone ever tell you about these Requests for Production?

A.  Umm, originally the lawyer told me, and I explained to him the situation with my accounts being banned and things like that.  But other than that, no.

Q.  When you say the lawyer, who are you



Page 210

referring to?

A.   The original lawyer I had with Mr. Almer.  That is -- the lawyer that Identity Evropa has.

Q.   Are you referring to Mr. Kolenich?

A.   Yes.

Q.   So, Mr. Kolenich did tell you about these Requests for Production?

A.   Umm, yeah.  He told me about them.  He didn't tell me how I would actually go about doing -- turning them in.

Q.   When did he tell you about them?

A.   Umm, well, he originally told me when he explained to me that they were going to be filing a motion against him, I guess, or a motion against certain parts -- parts.

Q.   That was the only time that he ever told you about these Requests for Production?

A.   Umm, maybe once more.  Just -- nothing I can think of, like, specific.  Like, hey, you got to send this in or anything like that, no.

Q.   Your testimony is that he never told you that you would have to submit documents?

A.   He did.  But, like I said, the first time we spoke about it, he was saying that we


MAGNA
LEGAL SERVICES

Page 211

were going to be filing a motion to get rid of them or do whatever with them.  I don't remember what it was.

　　　　　And then I never got anything else about it, I guess.  He has talked to me about it before.  But it wasn't, like, hey, I need you to fill out this form and, like, hand it in to them, or whatever.

　　　Q.  He never told you you had to fill out a form?

　　　A.  No, nothing specific like that. Because it would have been done.

　　　Q.  If you had ever been told to fill out a form, you would have done it?

　　　A.  Yes.  If there was ever a form that I was -- someone would have called me or e-mailed me and said, hey, if you fill this out with whatever your e-mails are, I would have done it.

　　　　　That's what this looks like, the Exhibit 11.  That's what this looks like.  But, like I said, I have never seen this.

　　　Q.  But no one ever called or e-mailed you to ask you to fill out a form with e-mails; is that right?

　　　A.  No, no.



Page 212

Q.   Do you see on Page 3 of Exhibit No. 10 the definition of events?

A.   Yeah, I see that.

Q.   So, events has a definition that means the activities described in Paragraphs 45 to 335 of the Complaint, right?

A.   Yes.

Q.   Do you understand that events includes Unite the Right?

A.   Yes.

Q.   Do you know what the protests in Berkeley in 2017 were?

A.   Oh, yeah.  Yes.

Q.   Including the Battle of Berkeley?

A.   Yes.

Q.   Were you present for any of those?

A.   No.

Q.   Do you understand that those events are included within the definition of events?

A.   I didn't realize that, no.

Q.   You know what Charlottesville 1.0 was, right?

A.   Yes.

Q.   Were you present there?

A.   Yes.


MAGNA
LEGAL SERVICES

Page 213

Q. Do you understand that the definition of events in the Request for Production means activities before Unite the Right, not just Unite the Right itself?

A. Yes, yes. Like I said, I just didn't know that Berkeley was part of that. But --

Q. Do you understand that the definition of events includes Charlottesville 1.0?

A. Yes, I knew that.

Q. Do you know what the KKK rally in July of 2017 in Charlottesville was?

A. I knew what it was, yes.

Q. Were you there?

A. No.

Q. Do you understand that the KKK rally would also be included in the definition of events?

A. Yes. I had no contact with them.

Q. Do you know what the Torch March on August 11 was?

A. Yes.

Q. You were present, right?

A. Yes.

Q. Do you understand that the Torch March is also included in the definition of


MAGNA
LEGAL SERVICES

Page 214

events --

A. Yes.

Q. -- in the Complaint?

Turning to Page 5 of Exhibit No. 10, please. Do you see Paragraph G at the bottom of that page?

A. Yes.

Q. Do you see that Paragraph G states whether or not you object, you must preserve all documents and communications relevant to the lawsuit, including all documents and communications responsive to these requests?

A. Yep.

Q. Have you read that before?

A. Uh, not here on this page. But I think there was another one where I did read, like, that you can't dispose of or get rid of anything, which is why I kept the phone and all that other stuff.

Q. Did your attorney speak to you about --

A. Yes.

Q. -- that requirement?

A. Yes.

Q. Was that Mr. Kolenich?



Page 215

A. Yes.

Q. When did he speak to you about that requirement?

A. When I first started working with him. So, probably before this was even sent out. So, before January 2018.

Q. Would that have been in October of 2017?

A. Yeah, probably.

Q. You were instructed to preserve all documents, right?

A. Yes.

Q. Do you understand that that means you are obligated to keep all documents and communications relevant to the case?

A. Yes.

Q. Do you understand that you are obligated not to delete anything?

A. Yes.

Q. Not to delete anything relevant to the case, that is?

A. Yes.

Q. Have you taken any steps to make sure that all documents and communications relative to the lawsuit are preserved?



Page 216

A.   Well, I kept my cell phone when it was broken, and I fixed it when it was broken.  Umm, but that is really the only thing I have -- any information I can retrieve, other than the social media accounts.

Q.   You have never backed up any of your documents to a separate device, right?

A.   No, no.

Q.   You never turned on any kind of cloud back up?

A.   No.

Q.   You never made any screen shots of any of your messages?

A.   No.

Q.   You never forwarded any of your messages to anyone else?

A.   No.

Q.   Did you ever make any copies of any of the information relevant to Unite the Right?

A.   No.

Q.   Did you store your broken iPhone in any kind of secure location?

A.   No.

Q.   Did you store your Walmart phone in any kind of secure location?



Page 217

A.  No.

Q.  Your iPhone was water damaged, right?

A.  Correct.

Q.  How did that water damage occur?

A.  I think it was literally raining one night and I was outside, coming home.  And it was in my back pocket and it got wet.

Q.  On Page 8 of this Exhibit No. 10, do you see the Request for Production No. 1 requests all documents and communications concerning the events?

A.  Yes.

Q.  Do you see there is a list of different types of documents and communications which are included as examples?

A.  Yes.

Q.  Do you understand that you are obligated to produce to Plaintiffs all documents and communications you have in your possession concerning the events?

A.  Yes.

Q.  And you have at various times had documents and communications concerning the events, right?

A.  Yes.



MAGNA

LEGAL SERVICES

Page 218

Q.  You have never produced any of those to Plaintiffs, right?

A.  No.  But I would like to, using the PDF or whatever you guys have that looks like from this e-mail.

Q.  You are ready to do that today?

A.  Yes.

Q.  You are ready to turn over your devices --

A.  Umm --

Q.  -- for imaging?

A.  I could turn the -- I would like to not do the cell phone today, just because I use it to get home on GPS.  I have somewhere to go that I am not familiar with.  But I could, like, do it right after I get home and activate the new cell phone I just got.

Q.  You are ready to provide consents for social media accounts --

A.  Yes.

Q.  -- to be disclosed?

A.  Yes.

Q.  Did you ever at any time have documents and communications relevant to the events in the Complaint that you no longer have?



Page 219

A.    No.

Q.    Do you see Request for Production No. 2 at the bottom of Page 8 of this document?

A.    Number -- okay, I see that, yes.

Q.    Do you see that it asks there for you to produce all documents and communications concerning events, meetings, rallies, conferences, or conversations held prior to the events that relate to the events in any way?

A.    Yeah.

Q.    Do you understand you are obligated to produce all such documents to Plaintiffs?

A.    Yep.

Q.    And you have at various times had documents and communications concerning such events, right?

A.    Yes.  And it is all in my phone, or Discord.

Q.    You haven't produced any of those yet, have you?

A.    No.  But I would like to today, if that is possible.  Or consent for the social media ones today.

Q.    On Page 9 of this document, do you see Request for Production No. 3 --



Page 220

A.   Yes.

Q.   -- which asks for documents concerning and communications with various groups?

A.   Yes.

Q.   Did you understand that you are obligated to produce all documents and communications you have concerning or with these groups?

A.   Yes.

Q.   Do you have, or have you had in the past documents concerning or communications concerning or with East Coast Knights of the KKK?

A.   No.

Q.   What about Fraternal Order of the Alt Knights?

A.   No.

Q.   Identify Evropa you do, correct?

A.   Yes.

Q.   What about League of the South?

A.   Umm, yes, on Discord.

Q.   What about Loyal White Knights of the KKK?

A.   No.

Q.   What about Moonbase Holdings, LLC?



A.   I don't know what that is.   No.

Q.   What about Nationalist Socialist Movement?

A.   No.

Q.   What about Nationalist Front?

A.   No.

Q.   What about Traditionalist Worker Party?

A.   Yes.

Q.   What about Vanguard America?

A.   Yes.

Q.   With respect to Traditionalist Worker Party, what sorts of documents are those?

A.   Just communication between us on Discord.

Q.   Between you and who?

A.   Umm, it wasn't -- it wasn't Matt Heimbach at the time, it was somebody else I was dealing with.  I can't remember his name.  I can't remember the guy's name.  But it was somebody that was on Discord.  They were, like, the -- they were marked as the communication liaison for the Traditionalist Worker Party.

Q.   What about Vanguard America?

A.   I spoke to one or two guys.  One of



Page 222

them became the new leader.  I can't remember his name.  Umm, it is not -- it is not -- it is not the guy that I was on the phone with the other day.  Umm, it is -- what's his name?  What's the current -- Hopper.  Mr. Hopper.  It was not Mr. Hopper, it was somebody else from Vanguard America.

Then just somebody I knew, umm, that was from Texas from Vanguard America.  I don't remember who it was.  I just know they were from Texas.

Q.  Did you communicate with Thomas Russo?

A.  Yes.  That's who I'm talking about.

Q.  How did you communicate with Mr. Russo?

A.  Uh, on Discord mostly.  And I also had his phone number.  And I think I texted him afterwards or whatever, just saying hey, like.  And I think it was just, like, a hi thing.

Q.  You exchanged text messages with Mr. Russo?

A.  Yes.  But it was very brief.  I think it was one sided.  I think I messaged him, he never messaged me back.

Q.  Did you communicate with Mr. Russo



Page 223

before Unite the Right occurred?

A. Briefly, yes.

Q. You stated earlier in your testimony that you were on the phone with a guy the other day?

A. What do you mean?

Q. Earlier in your testimony a minute ago you stated --

A. Just now?

Q. Just now, a minute ago --

A. When we were on the phone, the guy I was on the phone with, Mr. Hopper. I couldn't remember his name. We were on the phone on -- talking about discovery and stuff.

Q. You spoke with Mr. Hopper on the phone about discovery stuff?

A. No. What I was saying was when we were on the phone talking with me, Heimbach, and Hopper, that was the -- it wasn't him, is what I was saying. It wasn't Hopper that I talked to before, it was Mr. Russo.

Q. You are referring to the Court call?

A. Yes.

Q. Do you have Mr. Russo's phone number?

A. I don't know. Maybe. I don't think



Page 224

so.  Maybe.  I don't know.  I have no idea.  I should still have it.

Q.  You exchanged -- you spoke with him on the phone, right?

A.  Yeah, yeah.  I mean, I have a text message exchange with him.  But that doesn't -- so, I guess I have his phone.  But I don't know if that is his current number or anything like that.

Q.  Can you provide Plaintiffs with that number?

A.  Yeah.

Q.  When we go off the record, we'll ask you to do that.

A.  Well, I mean, can't you guys just get that when you do the discovery stuff?

Q.  Umm --

A.  Won't that come up in discovery?

Q.  Do you see on Page 9 of this document, Request for Production No. 4?

A.  Yeah.

Q.  Do you see that requests all the documents and communications concerning violence, intimidation, or harassment of persons on basis of race, religion, or ethnicity?



A.   Yes.

Q.   Then the sentence continues, including but not limited to certain examples?

A.   Yes.

Q.   Do you understand you are obligated to produce all such documents and communications that you have?

A.   Yes.

Q.   Do you have any such documents?

A.   No.   Other than what's in Discord. But those are on the Discord servers.

Q.   Do you see Request for Production No. 5 on this page?

A.   Yes.

Q.   Do you see that the Request for Production seeks uses of social media that reference or concern the events or Defendants?

A.   Yes.

Q.   Do you understand that you are obligated to produce such messages to Plaintiffs?

A.   Yes.

Q.   You have made such messages in the past, correct?

A.   Yes.



Page 226

Q. You have made messages regarding the events in the Complaint through Discord?

A. Yes.

Q. And through Twitter?

A. Yep.

Q. And through Facebook?

A. Yep.

Q. You haven't produced those messages before?

A. Well, I am banned from all of them, so I can't.

Q. You have not made any efforts to enable the production of those documents before?

A. No, but I would like to.

Q. On the next page, Page 10 of this list of Requests for Production, do you see that Request for Production 6 seeks all the documents concerning and all communications concerning or with any Plaintiff or Defendant other than you named in the Amended Complaint, and any other person who attended, planned, or was involved in the events?

A. Yes.

Q. Do you understand that you are obligated to produce all such documents and all



Page 227

such communications?

A.   Yes.

Q.   You have had such documents and communications in the past, right?

A.   Yes.

Q.   You have had text messages, for example?

A.   Yes.

Q.   You have had social media messages, for example?

A.   Yes.

Q.   You have not produced any of those, right?

A.   No, but I would like to.

Q.   Do you see Request for Production 7 on Page 10?

A.   Yes.

Q.   That Request for Production asks for documents and communications concerning any lawsuits, claims of violence, or arrests relating to or arising out of racially, ethnically, or religiously-motivated conduct by you or any Defendant named in the Amended Complaint.

Do you see that?



MAGNA

LEGAL SERVICES

Page 228

A.   Yes.

Q.   You have such documents, right?

A.   Not that I know of.  Never mind.  It says something about lawsuits.  Yes.  But violence, no.  But the lawsuits, yes.

Q.   You do have documents concerning lawsuits, right?

A.   The lawsuits, yes.

Q.   You have not produced any of those documents, right?

A.   No, but I would like to.

Q.   On the same page, Request for Production 8.  Do you see that the request seeks documents and communications concerning the steps that you have taken to preserve documents and communications relative to the lawsuit?

A.   Yes.

Q.   Do you have any such documents?

A.   No.

Q.   You don't have any documents concerning the steps you have taken to preserve documents and communications relative to the lawsuit?

A.   No.  That would be like -- no, I don't have anything like that.



Page 229

Q.  Is that because aside from keeping your old --

A.  Cell phone.

Q.  -- cell phone, you don't have any steps that you have taken to preserve documents and communications?

A.  Other than telling -- the only other thing would be social media, right.  So, I don't have any documents related to that, so I can't preserve it.

Q.  Have you made comments on social media regarding your preservation obligations?

A.  No, I don't think so.

Q.  Have you sent any e-mails regarding your preservation obligations?

A.  No.

Q.  Have you sent any text messages regarding your preservation obligations?

A.  No, no.

Q.  But Mr. Kolenich did speak to you regarding your preservation obligations, right?

A.  Yeah.  When the case first opened up, he explained, like, the broad strokes that was going to happen.  He said don't delete -- you know, don't delete your stuff, or whatever.



MAGNA
LEGAL SERVICES

Page 230

Q.  He did that over the phone?

A.  Yes.

Q.  Have you ever deleted any document or communication that is responsive to any of these Requests for Production?

A.  No.

Q.  Have you ever lost any document or communication responsive to any of these --

A.  No.

Q.  -- requests?

A.  No.

Q.  How do you know that for sure?

A.  Because it is all in my phone, and I don't delete things off my phone.  Like I said, the only thing I could possibly delete would be, like, non-picture pictures or whatever, just trying to free up some space.

But other than that, I have not deleted anything.  No photos or things that have to deal with this case, or anything like that.

(Exhibit 12, Plaintiffs' First Set of Interrogatories to All Defendants, marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you have just been handed a



Page 231

document marked Exhibit 12.

Have you seen this before?

A.  I am not sure yet.  Hold on.

I am not sure I have seen this one before.  But it looks kind of familiar as far as -- yeah, I think I have seen this one before.

Q.  How have you seen it?

A.  Via e-mail.  Maybe this one was sent to me.  I think this one was sent to me, actually.  Some of them I get by e-mail, some I get sent to me.

For some reason not all of -- somebody -- I don't remember who.  Somebody else involved in this, I get all of -- anything he does sent to my parents' house.  When I get home, it is all his stuff.  And none of this kind of thing.  But I think I was given this one.

Q.  Who is the person --

A.  Umm --

Q.  -- who sends you things that get sent to your parents' house?

A.  No, it is from the Court.  But it is -- Mr. Regnery, I think is -- stuff that deals with him.  I get things all the time that deal with what he has said or done in the case, I



guess.

Q. Mr. Regnery?

A. Yeah. I think is his name, Bill Regnery. I have to look at the things again. I constantly get -- more than 75 percent of the stuff I get from the Court is stuff that has his, like, name on it. It is, like, interviews or whatever, I guess. I don't know. Or his motions or something. I don't know.

Q. You think that you were sent this document, right?

A. I think I was, yes. I think I was sent this one.

Q. When you were sent this document, were you sent it by your attorney?

A. Umm, I am not sure. I think it showed up in an orange envelope. It was either sent by the Court or by the attorney.

Q. When you received this document, did you read it?

A. Umm, yes.

Q. Did you read it all the way through?

A. I believe so.

Q. What do you understand this document to be?



MAGNA

LEGAL SERVICES

A.   It is going over what constitutes a document, if I remember correctly.  And, like, what needs to be produced, and defining the various things that need to be produced.

Q.   Do you see on the first page of this document it is called Plaintiffs' First Set of Interrogatories to All Defendants?

A.   Yes.

Q.   Do you understand all Defendants to include you?

A.   Yes.

Q.   Do you see the last page of this document the document is dated January 25, 2018?

A.   Yes.

Q.   Do you have a recollection of when you were sent this document?

A.   No.  It was probably somewhere around there, but I am not entirely sure.  I don't remember.

Q.   You didn't respond to these Interrogatories, did you?

A.   Umm, no.  But, I mean, I don't know -- I mean, even reading through this now, it doesn't -- it is just defining things.  Like, I mean, I didn't really know what I was supposed


MAGNA
LEGAL SERVICES

Page 234

to do with this.

Q.  Turning to Page 5, do you see --
excuse me, turning to Page 3.  Do you see
Paragraph 5, the definition of events?

A.  Yes.

Q.  Do you understand that events for
purposes of this document includes Unite the
Right, as well as the events before Unite the
Right?

A.  Yes.

Q.  Including the planning of Unite the
Right?

A.  Yes.

Q.  Turning to Page 8, do you see a list
of Interrogatories?

A.  Yeah.

Q.  Do you see where this document states,
identify all means of communication used by you
to communicate concerning the events, whether
before, during, or after the events.  And for
each means of communication, identify all names,
aliases, e-mail addresses, phone numbers, and
social media handles you used in connection with
such communications, including the 18-digit
account identifier associated with any Discord



Page 235

account used by you.

Do you see that?

A.  Mm-hmm, yes.

Q.  So, this Interrogatory asks you to identify all means of communication that you had used to communicate concerning the events, right?

A.  Yes.

Q.  Did you understand that when you read this document?

A.  Yeah, but it doesn't really say how, like, how -- am I supposed to reply to the e-mail?  It doesn't really make sense to me.

Like, this one, this other one you sent makes sense.  I mean, it literally just says respond to this e-mail with what you need or what you have.  This one doesn't really -- it literally just says identify.  It doesn't say how to actually do it.

Q.  You stated that you received this document, you think, around January 2018, right?

A.  Yes.

Q.  You were represented by Mr. Kolenich at that time, right?

A.  Umm, I am not sure.  I think that was



Page 236

around the date.  Maybe.

Q.  You think you were represented by Mr. Kolenich at that time?

A.  I think so.  Maybe.  I don't know the date that him and I -- he stopped representing me.  I believe we have the date on this though.  Hold on.  He stopped -- he filed to drop me --

Q.  I think you are looking for Exhibit 4.

A.  Yes, I found it.  That was July 23.  So, yes, that was under him.

Q.  Did you ever ask Mr. Kolenich how to respond to these interrogatories?

A.  No, I didn't know that I had to respond.  I think this might have been one of those things where they filed the motion in response to this asking for something.  I don't remember what it was.  So, it was delayed.  Or whatever had -- didn't have to be done because they were filing a motion, is my understanding.

Q.  You have never been told that you had to respond to these Interrogatories?

A.  I don't even know how to respond to them.

Q.  Has anyone ever told you to respond to these Interrogatories?



Page 237

A. No, not that I remember. Like I said, I don't -- I would like to -- like I said, I want to take care of whatever my obligation is, give you guys the clearance to get the social media accounts and to get on my phone and get imaged, or whatever. That is totally fine. But I don't know -- I don't know how I would do this with the Interrogatories.

But I do know around that time, around January, that's when I remember they said they were going to be filing a motion against something here. So, I think it was supposed to be delayed. That is all I remember about that specific -- this specific page.

Q. Your testimony that you have never been told to respond to these Interrogatories, including by the Court, right?

A. Not that I remember, no. Or that -- I shouldn't -- I mean, I shouldn't say I was never told, because I obviously was. But I don't know how to do it.

Q. Do you see --

A. Reading it now even, I don't know how to do it.

Q. Do you see in Paragraph 1 on this page



Page 238

that means of communication include telephone calls, in-person meetings, and all means of electronic communication, including, for example, social media, e-mail, SMS images, podcasts, and online video?

A.  Yes.

Q.  Do you understand that this Interrogatory requires you to identify all relevant means of communication?

A.  Yes.

Q.  Do you see Interrogatory 2, identify any channel or server on Discord to which you had access?

A.  Yes.

Q.  You have not done that, have you?

A.  No, but I can.  I mean, it is really easy, because I was one of the admins on the server.  So, the answer is all.

Q.  The answer to this Interrogatory is that you had all -- you had access to all channels or servers?

A.  I had vision access, at least.  Not necessarily the ability to post.  But I had vision access to all of them.

Q.  Returning to Interrogatory No. 1 for a



Page 239

moment.  You have said that you don't know how to respond to this because you don't know how to identify all means of communication, right?

A.  No, i don't know, like, where am I sending this to?  Am I responding to this e-mail?  Am I sending a postcard?  Like, how am I supposed to answer the Interrogatory?

Q.  Have you ever asked anyone how to answer this Interrogatory?

A.  At the time I got sent this was when we were filing the motion to delay, so it wasn't necessary.  In the time I have gotten this, I don't have a lawyer.

But this, this page right here, this one I said I never saw before, if I had seen this, it would have made a lot of sense.  I would have been able to go right ahead and take care of it.

Because, like I said, this form right here clearly says fill out this form and e-mail it back to us with all your accounts.  And I would have -- that would have been super easy.

Q.  You did not do that, right?  You did not fill out that form?

A.  No.  I would like to though.  I would



Page 240

like to do that though.

Q. You didn't do it at the time?

A. I didn't know how to do it at the time, because I didn't -- this page right here, Exhibit 11, I hadn't even seen. So, umm, I didn't really have a choice to do it at the time. But I would like to.

Q. Exhibit 11 was sent to Eli.F.Mosley@Gmail.com, right?

A. Correct.

Q. That is your e-mail address, right?

A. Correct.

Q. On which channels or servers on Discord did you post messages? Did you post messages on Charlottesville 2.0?

A. Yes.

Q. Vibrant Diversity?

A. I am not sure.

Q. Trad Worker?

A. No.

Q. Charlottesville 1.0?

A. Yes.

Q. altright.com?

A. Uh, yes.

Q. AnteCom?


MAGNA
LEGAL SERVICES

Page 241

A. No.

Q. Southern Front?

A. No.

Q. Front and Center?

A. No.

Q. MI Goy Scouts?

A. No.

Q. Identity Evropa?

A. Yes.

Q. New Byzantium?

A. No.

Q. IRL Networking Events?

A. Yes.

Q. Operation Wolverine?

A. No.

Q. Far Right Escape Pod Alpha One?

A. No.

Q. Do you see on Page 8 of this list of Interrogatories, Interrogatory No. 3, identify all persons, natural or non-natural, with whom you communicated concerning the events, whether before, during, or after the events?

A. Mm-hmm, yes.

Q. Have you read that before?

A. Yeah. I actually have, yeah. I just



MAGNA
LEGAL SERVICES

Page 242

don't know -- like, just give a list of all the people I have talked to about the events?  It doesn't make sense to me.  But --

Q.  What does not make sense to you about giving a list of people with whom you communicated?

A.  Right.  Like, I understand that is something I need to do, right.  So, is that going to be in this PDF I got sent, a spot to list all the people?

Q.  Are you prepared to identify the persons with whom you communicated now?

A.  Yes.

Q.  But you haven't done it before?

A.  No, but I would like to.

Q.  Have you communicated concerning the events, whether before, during, or after the events, with Jason Kessler?

A.  Yes.

Q.  Erika Alduino?

A.  Yes.

Q.  Richard Spencer?

A.  Yes.

Q.  Christopher Cantwell?

A.  Yes.



Page 243

Q.   James Alex Fields, Jr.?

A.   No.

Q.   Andrew Anglin?

A.   No.

Q.   Robert Azzmador Ray?

A.   Yes.

Q.   Nathan Damingo?

A.   Yes.

Q.   Matthew Heimbach?

A.   Yes.

Q.   Matthew Parrott?

A.   No.

Q.   Michael Hill?

A.   Uh, no.

Q.   Michael Tubbs?

A.   No.

Q.   Jeff Schoep?

A.   No.

Q.   Agustus Sol Invictus?

A.   Yes.

Q.   Michael Peinovich?

A.   Yes.

Q.   Identify -- is there anyone else with whom you communicated concerning the events, whether before, during, or after them?



Page 244

A. No, not -- no.

Q. Not a single person?

A. I mean, I have talked to people about it, obviously. But, like, I talked about, like, hey, this crazy thing happened, or whatever. I don't know -- like, everyone I have communicated with. I mean, that is a list of thousands of people.

Q. You have not made a list of people you communicated with concerning the events, have you?

A. No, but I can. I can make a list of the people I have communicated with concerning the events. I mean, more than half of them I won't even know their real names. Most people operate anonymously. I can give pseudonyms or fake names or whatever that they use if I remember them. But --

Q. Do you understand Interrogatory No. 3 is asking you to identify all those persons?

A. Yes. And I would be fine with doing that. Like I said, it is going to be a difficult task.

Q. Do you see Interrogatory No. 4, that asks you to identify all electronic devices used



MAGNA
LEGAL SERVICES

Page 245

by you to communicate concerning the events, whether before, during, or after the events?

A. Yes.

Q. You have not done that in the past, have you?

A. No, but I would like to. I have my cell phone ready to do that. Not today. But literally, like, tomorrow or even tonight I would send it out. It doesn't matter.

Q. You understand that this Interrogatory asks you to identify all electronic devices that you used, even if you no longer use them, right?

A. Yes.

Q. Do you understand that this Interrogatory asks you to identify all electronic devices that you used, even if they did not belong to you?

A. Yes.

Q. For example, if you borrowed someone else's phone, that would be included, right?

A. Yes.

Q. So, Mr. Spencer's computer, for example, would be included if you used it to communicate concerning the events, right?

A. Correct.



Page 246

MR. BARKAI:  How much time is left on the tape?

THE VIDEOGRAPHER:  About 15 minutes.

MR. BARKAI:  15 minutes.  We'll go for another approximately 15 minutes, then we'll break for lunch.

THE WITNESS:  Okay.  How much longer do you think this is going to be?

MR. BARKAI:  I think you should anticipate being here for basically the whole day.

THE WITNESS:  Okay.  So, not tomorrow? Because it did say it could go multiple days. Not tomorrow?

MR. BARKAI:  We are not making a commitment one way or the other.  We'll see how it goes.

THE WITNESS:  Okay.

MR. BARKAI:  You can keep your microphone on.  We are still going for another --

THE WITNESS:  I thought you said you were taking a break.

MR. BARKAI:  -- 15 minutes.  We'll take a break in about 15 minutes.


MAGNA
LEGAL SERVICES

Page 247

(Exhibit 13, 3/26/2018 Order, marked for identification.)

BY MR. BARKAI:

Q. Mr. Kline, you have been handed a document that's been marked as Exhibit 13.

Have you seen this before?

A. I don't think so, but maybe. I believe so.

Q. At this time when this document was created -- well, first, do you see this document was created in March of 2018?

A. Yes.

Q. You were still being represented by Mr. Kolenich at the time, right?

A. Correct.

Q. Do you see that this document is an Order by Judge Hoppe?

A. Yes.

Q. You don't remember Mr. Kolenich ever speaking to you about this Order?

A. No, I have never seen this Order. I am not too sure what it is saying yet, either. Is this declining the motion they did to delay or change the discovery, I guess? I don't know.

Q. Do you see on Page 3 that the Order



states that Defendant Peinovich's motion to --

excuse me -- Defendant Peinovich's motion to

stay discovery is denied?

A.  I do, yes.

Q.  Do you see further down on Page 3 the

Defendants are directed to answer, respond, or

object to Plaintiffs' First Set of Discovery

Requests within 21 days from the date of this

Order?

A.  Yes.

Q.  So, the Court ordered you as well as

other Defendants to respond to Plaintiffs'

Discovery Requests within 21 days, right?

A.  Yep.  I never seen this -- I never

seen this document for sure.  I have never seen

this one.

Q.  Did Mr. Kolenich ever inform you that

you were being ordered to respond to Plaintiffs'

Discovery Requests?

A.  Yes.  But, again, I was never told how

to go through and do that.

Q.  When did Mr. Kolenich inform you of

that requirement?

A.  I am not too sure.  Before they

dropped me, obviously.  But I don't know exactly



MAGNA

LEGAL SERVICES

Page 249

when.

Q. Did Mr. Kolenich inform you that you were being instructed to respond to Plaintiffs' Discovery Requests in March of 2018?

A. Uh, no. I actually didn't know -- I didn't know what ended up happening with that motion that Mike filed. I never followed up or saw what happened with it. So, I mean, I figured it got blocked or whatever, or whatever happened with it. But I never actually saw the paperwork saying that.

Q. When you were referring to Mike, you mean Mr. Peinovich?

A. Yes.

Q. Does this -- do you now see based on this Order that Mr. Peinovich's order to stay discovery was denied?

A. Yes.

Q. Does this refresh your recollection at all as to whether Mr. Kolenich discussed with you that you are required to submit to Plaintiffs' Discovery Requests?

A. No, it doesn't.

Q. Your testimony is that you were not aware that was a requirement?



Page 250

A. No. My testimony is that I knew I had to do discovery, I just didn't know how to do it and then where to send it to.

Again, this paper just says, again -- here it says send it in within 21 days. Okay, well, what -- who -- like, what, in send what? The -- this is the closest thing, this -- Exhibit 11 is the closest thing I have seen to actually telling me how to follow through with my discovery obligations.

Q. You were being --

A. No. 11, and whatever this -- I guess it is 12.

Q. You were being represented by Mr. Kolenich at the time that this motion to stay discovery was denied, correct?

A. Yes.

Q. Did you ask Mr. Kolenich how to comply with your discovery obligations?

A. I didn't -- I didn't receive this one. But, yes, I believe I did. And I didn't really get a straight answer. I never got a straight answer out of anyone I asked about how to comply with discovery.

Q. You asked Mr. Kolenich and you never



Page 251

got a straight answer?

A.   Well, no.  I don't know -- what I am saying is he had sent me -- or he had told me about this motion to the discovery motion, and I have never seen that this was dismissed.  On my next communication with him or my further communication with him was on the basis this was still going.  I didn't know -- I didn't know this had happened.

Q.   You testified just a few minutes ago that Mr. Kolenich did tell you that you had to comply with discovery requirements?

A.   Yes.  When the case first started, he explained to me what discovery was and what I would have to do in general.  But as far as the specific send this document or send this to this person or do that, the very specifics of it, I never got anything.

Q.   No one's ever told you how to do anything specific?

A.   No, no.

(Exhibit 14, transcript of 4/19/2018 telephonic hearing, marked for identification.)

BY MR. BARKAI:

Q.   Mr. Kline, does this appear to you to



MAGNA

LEGAL SERVICES

Page 252

be the transcript of a hearing before Judge

Hoppe in this case?

A. Yes.

Q. Does this appear to you to be a

transcript from April 19, 2018?

A. Yes.

Q. Would you please turn to Page 4?

A. Yes.

Q. Do you see at the bottom of Page 4 a

statement from Mr. Kolenich to the Court, quote,

since very early on in this litigation, I have

had an inability to communicate with Mr. Kline.

And I have communicated with him through members

of a group, Identity Evropa, and they recently

have had difficulty communicating with him as

well. And neither I nor they have been able to

get him to participate in this litigation.

Do you see that?

A. Yes.

Q. Then do you see a few lines later at

Line 12, do you see that Mr. Kolenich told the

Court, and we just have had no communication

with him at all. It is not as if we haven't

tried. He is just not participating, closed

quote.



Page 253

A.  Yes, I see that.

Q.  Mr. Kolenich told the Court that he had become unable to communicate with you, right?

A.  Yes.

Q.  He couldn't get you to participate in the litigation, right?

A.  That's what he says, yes.

Q.  Even though he had tried to communicate with you, correct?

A.  Yes.  That's what he says again.

Q.  Why was he unable to communicate with you?

A.  The phone issues that I talked about earlier.  I had been having phone issues.  That is the reason I got that Walmart phone.  And then I finally fixed the phone and I just -- I wasn't able to communicate with him, apparently.

THE VIDEOGRAPHER:  I'm sorry, could you fix the mic?  It is about to fall off.

THE WITNESS:  Yeah, yeah.

BY MR. BARKAI:

Q.  Mr. Kolenich was unable to communicate with you due to phone issues in April 2018 and prior to that, right?



Page 254

A.  From April all through -- yeah, through -- for awhile, through that whole summer, in the middle of that summer when that phone -- until I used that phone, or whatever, the Walmart one.

Q.  Did you give Mr. Kolenich the phone (sic) of your temporary Walmart --

A.  Yes.

Q.  -- phone?

A.  And I never got anything from him.

Q.  Your testimony is that you gave Mr. Kolenich the number of your Walmart phone?

A.  Yes.  The new phone number, yeah, I did.

Q.  But he never called you?

A.  No.  Not that I know of.  I mean, I have to go through the phone to check to see.  I mean, it was a year ago.  But I don't remember him ever calling that phone.

Q.  You don't remember Mr. Kolenich ever trying to get in touch with you?

A.  Not on that phone.  I mean, I know when I finally got the phone, the iPhone working again, I went through, I had missed calls from him, voicemail -- a couple voicemails.  But


MAGNA
LEGAL SERVICES

Page 255

nothing on the new phone I sent them.

I would have to go back and check to see if he called me on that phone to be sure or not.

Q. Did you try to check your voicemail from any other phone to see if anyone had tried to call you?

A. No.

Q. Did you try to check your e-mail address from any other device to see if anyone had tried to e-mail you?

A. No.

Q. Do you see at the bottom of Page 4 in Line 24 Mr. Kolenich said since very early on in this litigation, I had had an inability to communicate with Mr. Kline?

A. Yes.

Q. When did your phone issues first occur where you were not able to use your iPhone?

A. Like, January.

Q. Your phone issues occurred in January?

A. Yeah. My -- my -- yeah, phone has been -- my phone -- the water damage happened in January, I believe. Maybe December, even. I just know it was snowing outside. It was -- or



Page 256

it was snow on the ground.  It was, like, wet raining or whatever.

Q.  When did you fix your iPhone?

A.  Well, there has been multiple times I have had to fix it.  I fixed it --

Q.  From your water damage.

A.  The water damage would be the end of the summer, end of that summer, I guess.

Q.  You were using your Walmart phone from January 2018 to the end of the summer?

A.  No, I still used the phone until the beginning or the end of spring.  It wasn't totally broken.  For some reason it just wasn't receiving all calls or all texts.  So, I kept using it for awhile.  So, it was from the middle of spring, I guess, until the middle of summer.

Q.  So, your water damage occurred in January; is that right?

A.  I mean, yeah.  Middle of winter.

Q.  And then your phone continued to work for awhile afterwards?

A.  Yeah, it basically worked.  But for some reason I wasn't getting calls or voicemails.  Or sometimes I would get a text message and it would, like -- or I would send a



MAGNA
LEGAL SERVICES

Page 257

text message, it would send multiple times,
things like that.  It was a wonky issue with the
phone.

Then it stopped working altogether.
That is when I got the new Walmart phone.

Q.  When did it stop working altogether?

A.  Middle of spring -- or middle of
spring that year.

THE VIDEOGRAPHER:  Five minutes.

MR. BARKAI:  Thank you.

BY MR. BARKAI:

Q.  Mr. Kline, is -- could you turn to
Exhibit 4 again, please?

A.  I got it.

Q.  Do you see in Paragraph 3 that Mr.
Kolenich and Mr. Woodard informed the Court that
they asked for other clients who used to know
Mr. Kline to reach out and advise we would have
to withdraw if we did not hear from him?

A.  Yes, I see that.

Q.  Do you remember being informed by
anyone that --

A.  No.

Q.  -- your attorneys would have to
withdraw if they did not hear from you?


MAGNA
LEGAL SERVICES

Page 258

A.   No.

Q.   In Paragraph 4, do you see that Mr. Kolenich and Mr. Woodard informed the Court, quote, Mr. Kline was told that we would need to speak with him regularly to defend him in this and other litigation and he has to stay in touch in order for us to properly represent him.  Mr. Kline agreed, end quote.

A.   Yes.

Q.   Do you remember that?

A.   Yeah.

Q.   When did that occur?

A.   Umm, I think it was the same conversation we had just explaining the discovery process.  Not saying hey, you need to turn something in.  But just saying hey, don't delete your stuff, and that kind of thing.  Just having a general conversation.

Q.   Your understanding of this document is that was a general conversation in the beginning of the discovery process?

A.   No, at the beginning of when we first -- when they first took the case and when they spoke -- I spoke to them, they said they would have to keep in regular touch, or whatever.  And


MAGNA
LEGAL SERVICES

Page 259

they also -- in that same conversation they also said don't delete anything, anything like that, for the discovery process.

Q.   Looking back at Paragraph 3, which is on the prior page, do you see that Mr. Kolenich and Mr. Woodard informed the Court, only at the last minute and after we requested other clients who used to know Mr. Kline to reach out and advise we would have to withdraw if we did not hear from him, did Mr. Kline respond and allow us to respond to discovery?

A.   Mm-hmm, yes.   I don't even know who it was that reached out to me.   But -- I don't know who that would have been.

Q.   Then in Paragraph 4, Mr. Woodard and Mr. Kline told the Court -- sorry, Mr. Woodard and Mr. Kolenich told the Court at that, Mr. Kline was told that we would need to speak with him regularly to defend him in this and other litigation, and he has to stay in touch for us to properly represent him.   Mr. Kline agreed.

So, Mr. Woodard and Mr. Kolenich informed the Court that you had a conversation with them after --

A.   I would just be -- I would be curious



Page 260

when this conversation was.  Because I don't --
I don't know when that was.

Q.  You don't remember this conversation
with Mr. Kolenich and Mr. Woodard?

A.  I just don't know when -- I was never
on the phone with both of them, ever.  I was
only ever talking to one or the other.

Umm, but I don't even know when that
conversation was.

Q.  In Paragraph 5 you see that Mr.
Woodard and Mr. Kolenich stated Plaintiffs
requested to set the deposition of Mr. Kline.
Mr. Kline was advised by the undersigned more
than once to let us know what a convenient time
and place for his deposition would be.

A.  And I told them it would be
Harrisburg, and I told them any time.  That is
100 percent what I told them.

Q.  The date on this document is July 23,
2018.  Do you see that?

A.  Mm-hmm, yes.

Q.  So, this is not referring to the
deposition we are here today.  This is referring
to a prior deposition, correct?

A.  And I told them for that deposition, I



Page 261

told them that they can have it in Harrisburg. And I said that it is up to them when they wanted it. I was very open.

Q. In July of 2018 --

A. Yes.

Q. -- you told your attorneys that you were open for a deposition in Harrisburg at any time?

A. Yes.

THE VIDEOGRAPHER: About a minute.

MR. BARKAI: Okay.

BY MR. BARKAI:

Q. So, Mr. Kline, when Mr. Woodard and Mr. Kolenich said you responded with, quote, complete and nonresponsive silence, is that not true?

A. I mean, obviously not. They are talking about how I responded to them. So, I was in communication with them for awhile.

Q. They said that you did not respond to their request for your availability for a deposition.

A. And I am 100 percent telling you I told them I could do Harrisburg whenever is convenient.



Page 262

Q.   So, they are wrong?

A.   Yes.  I 100 percent told them that.  I know I told them verbally over the phone.  I wouldn't be surprised if I have text messages saying that.

Q.   Text messages on your iPhone?

A.   I probably do have -- I don't know.  Like I said, I have to check.  But I wouldn't be surprised if my text messages said Harrisburg and whenever.  But I know I told them that verbally.

MR. BARKAI:  I think this is a good time to break for lunch.

THE WITNESS:  Okay.

MR. BARKAI:  Let's go off the record.

THE VIDEOGRAPHER:  Time is now 2:13 p.m., we are going off the video record.

(Lunch recess was taken.)

THE VIDEOGRAPHER:  The time is now 3:00 p.m., we are back on the video record.

BY MR. BARKAI:

Q.   Welcome back, Mr. Kline.

A.   Hi.

Q.   When we were going off the record, you had said that you were going to check to see if


MAGNA
LEGAL SERVICES

Page 263

you had Mr. Russo's phone number?

A.   I couldn't find it.  The only way I could think it would be in there is if I never saved it as his phone number and it is in there as a number.  Do you know what I mean?  Like, if you have text messages, they show up as numbers. I didn't want to go through every single one of those numbers, you know what I mean?  I shouldn't say I didn't want to.  There are just so many of them, that I have numbers -- text messages from numbers that aren't contacts in my phone.

So, I went through a couple of them, but I couldn't find it.  But I do have text messages from him somewhere.  When you image the phone or whatever, it'll show up.  It'll be obvious it is him.

Q.   You had told us before lunch that you had provided Mr. Kolenich with the phone number for your temporary Walmart phone --

A.   Yes.

Q.   -- that you used while your iPhone was broken, correct?

A.   Correct.

Q.   Do we have your permission to ask Mr.


MAGNA
LEGAL SERVICES

Page 264

Kolenich for the phone number that you provided him?

A.    Yeah.   If you want, yeah.

Q.    Before we broke for lunch, we were speaking about the Request for Production in the Interrogatories that Plaintiffs had served on you before.

A.    Yes.

Q.    Do you remember that?  You have never responded to any of those Requests for Production, correct?

A.    No, not yet.  But I would like to.

Q.    You have never responded to any of those Interrogatories, have you?

A.    No.  But I want to respond to those and get this taken care of, get the discovery portion taken care of.

Q.    You testified that Mr. Kolenich never informed you how to respond to the Request for Production, right?

A.    No, no.  I never got any, like, step one do this, or send an e-mail to this person, or here is a form, or anything like that, no.

Q.    The Court never informed you how to comply with your discovery obligations?



Page 265

A.  There is an e-mail in one of these exhibits that looks like it was.  But I never -- I never read that e-mail.  The one from July 1, I believe it is.  So, it is -- hold on a second.

Q.  Is that Exhibit 11?

A.  Umm, hold on.  Let me put these back in order so I can find them.

Yes, Exhibit 11 is the one I am talking about.

Q.  Aside from Exhibit 11, you have never been told how to comply with your discovery obligations?

A.  No, not the actual means.  But I would like to.

Q.  When Google removed your IdentityEvropa.com e-mail address, did it remove, as far as you know, all IdentityEvropa.com e-mail addresses?

A.  So, I first got my e-mail address removed by Identity Evropa itself.  So, by Nathan Damingo.  Then I heard on a news article that they had their Google stuff taken away a couple months later.  So, I don't know the terms of them removing -- Google removing their stuff.

Q.  Was it your understanding when Google



Page 266

removed, quote, the Google stuff, that that was all of Identity Evropa's data that Google was hosting?

A.  I am unsure.  Like I said, I never touched the back end or anything.  I never did anything with the websites or anything like that, or any data stuff.

Q.  When did Mr. Damingo remove --

A.  So, I --

Q.  -- your Identity Evropa e-mail address?

A.  I left Identity Evropa in the spring of 2018 and it was done the next day.  So, spring of 2018.  Umm, if you -- I don't know the exact date.  But it was done in spring of 2018, I believe.

Q.  Mr. Kolenich stopped representing you at a certain point, right?

A.  Yes.

Q.  And after he stopped representing you, you did not appear at conferences with the Court, right, until July 2, 2019?

A.  Correct.

Q.  Why did you fail to appear at those conferences with the Court?


MAGNA
LEGAL SERVICES

Page 267

A.   I didn't know I was requested for any of the conferences or anything like that.

Q.   Only --

A.   The only things I had gotten in the mail, like I said before, were things about a Bill Regnery.  That was, like -- they were, like, Court documents like this being sent to my house.  Like I said, more than 75 percent of the things I get are things with his name on it.

Q.   How do you spell Regnery?

A.   I am unsure.  It is -- umm, I don't know how to spell it.

Q.   So, your testimony is that you were never informed of the Court conferences that you were supposed to attend?

A.   No, I didn't know which ones I was supposed to attend.  Because I was getting -- I am getting ones that say, hey, you have to be on this call, and it is literally just, like, some kind of conference call about Bill Regnery's thing.

Q.   Is that related to Sines versus Kessler?

A.   I thought it was, but maybe it is not.  Maybe it is something separate.  I don't know.


MAGNA
LEGAL SERVICES

Page 268

Q.  Have you appeared on conference calls about Bill Regnery?

A.  No, no.  Because I knew it had nothing to do with me.

Q.  Did you tell anyone when you got those notices that this had nothing to do with you?

A.  No.

Q.  How often did you receive notices about Bill Regnery?

A.  Umm, probably once or twice a month.

Q.  When did those notices begin?

A.  Since the beginning of this whole -- the whole court case I have been getting them. Probably summer or spring, after the initial thing was filed.

Q.  How did you receive those notices?

A.  When I would come back to my parents' place, they would have my stack of mail and it was in there.

Q.  You received stacks of mail at your parents' place?

A.  Right.  Yeah.  I would go through it would say something, like, you know, Bill Regnery files motion to do blah, blah, blah. Like, this whole -- you know what I mean?  The



Page 269

whole thing.  I was, like, okay.  And I would read through the whole thing and I was, like, why is this something that matters to me?

Q.  When you --

A.  I always assumed it was part of the discovery for this case, that he was being asked questions for discovery and he was filing motions to not be part of discovery.

Q.  Were you sued in another lawsuit?

A.  I might be.  I don't know, actually. It might be another case.  Or I might be called as a witness for another case.  But this was the only lawsuit that I know that my name was on.

Q.  Have you been --

A.   It might also be that Identity Evropa was being sued and my name was on it when that lawsuit went through.  So, maybe I am getting mail for it.  I am unsure.

But all the mail that is related to that has been from -- or has been related to Bill Regnery is whatever is going on with that. As soon as I see one of these court cases and I saw Bill Regnery, blah, blah, blah, blah, blah, I didn't know what to do with it.

Q.  When you receive mail at your parents'


MAGNA
LEGAL SERVICES

Page 270

house, you reviewed that mail?

A.  Most of it.  Like I said --

Q.  Most of the mail?

A.  I would come home after, like, a month of being gone, or two months being gone, and there would be, you know, five or six brown envelope court documents, all with Bill Regnery stuff on it.  So, obviously I didn't read all of it.  They were -- some of them were, you know, 50 pages long, 60 pages long.  None of them had my name on it anywhere.

Q.  Was there also mail at your parents' house involving this case --

A.  Yes.

Q.  -- Sines v. Kessler?

A.  Yes.

Q.  Did you read that mail?

A.  Yes.  When I -- when I -- when I saw -- like I said, some of the exhibits in here, I called out I never received and I never saw. So, I don't know if that means that they were just e-mailed to me and I didn't see them, or what.

Q.  Is there any e-mail address that we should be using to contact you, besides



Page 271

Eli.F.Mosley@Gmail.com?

A.   No, that is the best one.

Q.   You are able to log into that account?

A.   Yes.

Q.   You receive e-mails at that account?

A.   Yes.

Q.   Do you read those e-mails?

A.   Yes.

Q.   Do you respond to those e-mails?

A.   Yes.  I mean, I am able to now.  So, yes.  I finally was able to get my -- that e-mail address on this phone.  So --

Q.   You'll respond to those e-mails going forward?

A.   Yes.

Q.   Is there a phone number that we should be using to reach you besides the 610 phone number?

A.   I don't know that phone number.  But I can let you know -- like I said, I have a new phone.  It is ready to be activated.  I was talking with my dad on the way out and I asked him, hey, what's that new phone number.  He didn't know what it is, because I was going to give it to you guys so you have it.  He doesn't



know that.  I can give it to you guys as soon as I get it.

Q.  Will you provide that phone number to us as soon as you get it?

A.  Yes.

Q.  How will you do that?

A.  Umm, how do you guys want?  I can -- what, e-mail you guys back on one -- one of the e-mails, e-mail addresses you guys sent.

Q.  Umm, will you e-mail that phone number to us in response to the e-mails -- inbox from Michael Bloch?

A.  Yeah, exactly.  When I get an e-mail from you guys, I'll respond by the way, my new number is whatever.  The Court will have it, you guys will have it.  And then hopefully everyone has it, or whatever.

Q.  Are you aware that Plaintiffs filed a motion in October 2018 to get the Judge to have your electronic devices imaged?

A.  No, I did not know that.  I knew that it was part of the discovery process, getting devices imaged.  Like I said, there was nothing, like -- there was no means for me to do that.  I didn't know how we were supposed to be doing



Page 273

that.

Q.  But you were aware that you were supposed to have your devices imaged?

A.  Yes.  I knew that was part of the process, which is why I saved the phone.

Q.  Who told you that you needed to have your devices imaged?

A.  Mr. Kolenich, when I -- like I said, when he originally picked up the case.

Q.  When did he tell you that you needed to have your devices imaged?

A.  It was just part of a general conversation of how discovery works.  Like I said before, when he first picked up the case, he said things, like, don't delete your stuff, it is part of discovery.  And they are going to take your phone and image it, or whatever.

That is how -- then it goes to, I guess, a third-party company he explained.  They put it in some database that queries all the information, or something.  I don't know.  He was explaining it to me then.  It was awhile ago.

Q.  You had that conversation when Mr. Kolenich originally pinged up the case?


MAGNA
LEGAL SERVICES

Page 274

A. Yes.

Q. Have you had any conversations with Mr. Kolenich since then about imaging your phone?

A. No.

Q. Never since he picked up the case?

A. No.

Q. Approximately when was it that he picked up the case?

A. Umm, I want to say winter 2018, but I really don't know that date when he actually picked it up. This lawsuit was filed a couple months after Charlottesville. So, it would have been a month or two after that.

Q. So, since 2017 when the lawsuit was filed and Mr. Kolenich picked up the case, since that time you haven't had any further conversations about imaging your phone?

A. No. I have no idea how to get that started or what I need to do.

Q. Mr. Kolenich didn't tell you?

A. No.

Q. Did Plaintiffs tell you?

A. Not that I -- no -- nothing I know of. Like I said, this Exhibit 11 is the closest



Page 275

thing I have gotten to this is how you do this,
A, B, C.

(Exhibit 15, Discord consent form,
marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you have been handed a
document marked Exhibit 15.

Do you recognize this?

A.  Yes, actually I do.

Q.  What is this?

A.  This is -- I mean, it didn't look like
this when they sent it to me.  But Discord, I
believe, sent this to me.  And I e-mailed them
back with it signed, or whatever.  They e-mailed
this to me in PDF form, and I said yes.  And
then they banned my account, like, two weeks
later, or something like that.

Q.  When was this?

A.  I think this is -- I don't know.  I
have no idea what time -- when that was.  My
Discord account was banned this -- I guess in
late 2018, early 2019.

Q.  Your Discord account was banned in
2018 or 2019?

A.  I don't know exactly when it was



Page 276

banned.  I think it was somewhere in there, late '18, early '19 was that Discord account ban.

Is this -- yeah, I believe this is something that they sent me.  Because, like I said, I responded to this.  I did not get one of these from Twitter, because they did not have my e-mail address, I guess.  I did get one of these from Discord.

Q.  Do you recognize this document as a --

A.  I think anyway.

Q.  Do you recognize this document as a consent form for Discord to disclose your data?

A.  Yes.

Q.  You stated earlier that you are prepared to execute whatever consents you need to execute --

A.  Yes.

Q.  -- in discovery, right?

A.  This is one of the things I thought I had already done.

Q.  Are you prepared to execute this today?

A.  Yes.

Q.  What e-mail account did Discord send this e-mail to?



Page 277

A.  It was probably the Deplorable Truth one.  I -- I assume so.  Maybe you guys know.  I assume probably that.

Q.  How did --

A.  But it might have been Eli F. Mosley, because the Court gave it to them.  I don't know.

Q.  You used either DeplorableTruth@Gmail.com or Eli.F.Mosley@Gmail.com to respond?

A.  Yes, it was one of those two.

Q.  Mr. Kline, are you -- do you have access to those e-mails now?

A.  Like, right now?  On my phone, maybe. I might.  I don't know.  I would have to go through and look.

Q.  You might have access to the e-mails on your phone?

A.  I mean, I -- the Deplorable Truth and Eli Mosley are both on there.  The fact would be can I go through and find the e-mail, or whatever.

But, yeah, I have -- like I said, I e-mailed them back saying, yes, I approve.  And I remember, I was waiting -- I was waiting for



them to send it, or whatever.  Then I actually got an e-mail on my phone and it was from Discord.  I was like oh, they finally got, responded.  It was two weeks later.  I looked down, it said your account has been banned from Discord.  I was, like, okay, I signed this release form and you banned me two weeks later. It didn't make any sense.  So, it was that account.

Q.  Are you prepared to produce to Plaintiffs your e-mails with Discord that you are describing?

A.  Yes.

Q.  We would like you to, within the next 24 hours, search through your e-mails and locate the e-mails that you have with Discord and to forward them to us.

A.  Sure.  Yeah, I'll just forward them right over to you guys.  Like I said, it was literally just -- it was literally me just saying yes -- yes to this form.  I consent for them to go through whatever it was.

Q.  We would like you to search through your e-mails, locate the e-mails that you have with Discord, whether they are ones that they



Page 279

sent to you or the ones you sent to them, and to send them -- to forward them to us.

A. Yeah, that makes sense. They were a mess over there, too. Like I said, I e-mailed them afterwards and said, did you get the consent form or whatever. And, also, can you change the admin privileges on all of the accounts I was on to somebody else. And they e-mailed me back and said we are not reversing your ban. That is all they said. I was, like, that is not the answer to either of my questions.

Q. Do you commit to looking for --

A. Yes.

Q. -- e-mails and sending them to us?

A. Yes. That is super easy for me to do. Umm, I'll just -- yeah, I should be able to find those.

Q. Are you prepared to fill this form out and sign it today?

A. Yes.

Q. If I give this to you right now, are you prepared to write here --

A. The only issue is going to be is I don't know which e-mail address it was used for.



Page 280

Q.  But you --

A.  I can put both of them right there.
Eli Mosley -- Eli F. Mosley or Deplorable Truth.
You know what I mean?  Do you have a pen?
Thanks.

One for each?

Q.  Do one for each e-mail account.

A.  What was the --

Q.  The username is --

A.  The Eli Mosley one.

Q.  Eli Mosley.  And, also, Sayer.

A.  Okay.  I have to get the number that
is next to it.  You can have the name username,
just different numbers.

Q.  5269.

A.  5269.  Thank you.

Umm, Sayer.  There is one of them.

Then can -- that should be good.  Here
is those two.

Q.  Thank you.

A.  Those should be what you guys are
saying, right?

Q.  Thank you.  In addition, Mr. Kline,
are you prepared to submit those consent forms
from your e-mail address to Discord?



A.  Yes.

Q.  Are you prepared to do that right now?

A.  I mean, I have to turn my phone on and send -- like, find the e-mail and send it back, I guess.

Q.  You can go ahead and turn your phone on.  Mr. Bloch sent you via e-mail this same consent filled in with your information to your DeplorableTruth@Gmail.com e-mail address.

You have access to that e-mail address, right?

A.  The Deplorable Truth one?

Q.  Correct.

A.  Yes, yes.

Okay, so, I received it.  And you just want me to respond --

Q.  We would like you to forward that e-mail --

A.  Okay.

Q.  -- to the following e-mail address. It is sca --

A.  Should I include you guys or anything right?

Q.  You can just do this e-mail address.

A.  Okay.



MAGNA
LEGAL SERVICES

Page 282

Q. sca@bsfllp --

A. bsfllp --

Q. .com.

A. .com, okay. That is it?

Q. Yes.

A. All right.

Q. Could you also just reply to the e-mail as well from Mr. Bloch?

A. Mm-hmm.

Q. And just say you received it. You can just type in the word received.

A. This e-mail address -- okay. So, just for your information, the Gab account that I have is signed up -- is on the Deplorable Truth e-mail. It says my last log in was two years ago. So, I just haven't -- like, I am just going through the e-mails right now. That is what I have.

The Deplorable Truth one is literally -- like, it is my spot -- it is, like, Spotify, Hulu, PayPal, stuff. You know what I mean? It is not really a lot of Alt-Right stuff. Like I said, I use that e-mail like that on the document because I -- I didn't think anyone was going to use it anyway.



Page 283

Q. Thank you, Mr. Kline. We received that.

A. So, just to be clear then, that is basically telling Discord that they can send over all the stuff that deals with that account. And then I believe I got one from Twitter, I think, at one point. But I can't remember.

(Exhibit 16, Twitter consent form, marked for identification.)

THE WITNESS: This is going to be the issue with this one. I remember when I saw this, that was an issue. It is asking for, like, username and e-mail addresses. But I don't know either, outside the list of usernames you guys have.

BY MR. BARKAI:

Q. Mr. Kline, you are referring to Exhibit 16; is that right?

A. Correct.

Q. You recognize this to be a consent to disclose data from Twitter; is that right?

A. Correct.

Q. You are willing to fill this out?

A. Yes. But, like I said, I don't know the e-mail addresses or the account names, other



Page 284

than the list you guys have of the account names.

Q.   The issue with the e-mail addresses is that they were, quote, burner e-mails; is that right?

A.   Yes, yes.  It is random letters and numbers at whatever website.

Q.   Was there any Twitter account that you created using an e-mail address that was not a burner e-mail address?

A.   Not that I recall, no.

Q.   Never a Twitter account that was created using Eli.F.Mosley?

A.   I don't believe so, no.

Q.   Or --

A.   I have to go back and check.  If I did, it would have been way, way long ago.

Q.   And never a Twitter account associated with the e-mail address DeplorableTruth@Gmail.com?

A.   No, I don't think I would have made a Twitter account with that one.

Q.   Are you willing to complete this form to the best of your ability, even if you don't remember all --


MAGNA
LEGAL SERVICES

Page 285

A.  If I could just e-mail a list -- you guys had that list earlier of all my Twitter accounts that you guys had, that you guys knew of.  That is the best list I have seen of ones I would remember, from what I would remember.

Q.  When we go off the record, we'll ask you to complete the Twitter form to the best of your ability.

Are you prepared to do that?

A.  That's fine.  Yeah.

Q.  You said earlier, Mr. Kline, that you were prepared to turn over all of your electronic devices for imaging, right?

A.  Yes.  Just not tonight, because I have to use the GPS to get somewhere.  But after that, yeah.

Q.  But you are -- are you prepared to today identify all of your electronic devices?

A.  Yes.  It is my phone.  I don't -- there is nothing else that I would have used.

Q.  Are you prepared today to identify all of your social media accounts that may contain potentially relevant documents?

A.  Yes.

(Exhibit 17, social media and


MAGNA
LEGAL SERVICES

Page 286

electronic devices consent form, marked for identification.)

BY MR. BARKAI:

Q.  You are being handed a document marked Exhibit 17.

Do you recognize this document?

A.  No, I have never seen this.  But I can understand what it is asking.

Q.  Do you see you are being asked to certify your social media accounts and electronic devices?

A.  Yes.

Q.  Are you prepared to fill this form out as well?

A.  Yes.  I am just trying to think of what other social media accounts, or how I would denote them.  We already have Discord and Twitter.  The only other one is Facebook, but that was deleted.  I don't know what the account username for a Facebook account would be.

Q.  When we go off the record, we are going to ask you to fill that form out.

A.  Okay.

Q.  You are prepared to do so?

A.  Yes.


MAGNA
LEGAL SERVICES

Page 287

(Exhibit 18, 11/27/2018 Greene e-mail, marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you are being handed an exhibit marked Exhibit 18.

Do you recognize this e-mail?

A.  Yeah.  I think this is the e-mail that I responded to.  Maybe this is.  I am not -- maybe not.

Q.  You think that you responded to this e-mail?

A.  No, this doesn't look the same. Because it is -- the bottom part looks similar. The form, I guess you could say.  The form looks similar.  But the body of the e-mail above it does not.

Q.  You recognize the form below as the Discord consent that you have just signed?

A.  Yeah.  I think Discord itself sent this to me, and this is not from Discord.  This is from you guys, I guess.

Q.  This is the Discord consent that you were asked to sign --

A.  Correct.

Q.  -- that you signed just now?



A.  That I just signed now, yes.

Q.  So, you never signed that form before today, right?

A.  No.  But the original e-mail I got, I believe, was from Discord asking me for my permission, and I said yes to them.

Q.  Do you see above the form that you have just signed for the first time an e-mail from Christopher Greene to Eli.F.Mosley@Gmail.com?

A.  Yes.

Q.  Is that your e-mail address?

A.  Yes.

Q.  The subject of this e-mail is Sines versus Kessler, right?

A.  Yes.

Q.  And you understand that to be the name of this lawsuit?

A.  Yeah.

Q.  Do you remember receiving this e-mail?

A.  No, I don't.  Or if I did, I had -- it was -- maybe -- maybe I got this e-mail, and then Twitter -- or Discord sent me their -- I don't know.  I would have to go through and look at it.


MAGNA
LEGAL SERVICES

Page 289

The only other thing I could think of is that you guys sent this to me, and then Discord sent something to me, and I responded to Discord, thinking it was, like, the same thing, or goes to the same person.

Q.  You didn't respond to this e-mail, right?

A.  Not to this e-mail, definitely not. Like I said, I -- I don't recognize the body of it, or whatever.  But this, like -- the bottom part of Exhibit 18, that looks familiar.

Q.  Do you see the paragraph that states Plaintiffs request that you send the below consent e-mail to sca@bsfllp.com no later than Friday, November 30?

A.  Yes.

Q.  You didn't do that, right?

A.  No.

Q.  Why didn't you do that?

A.  Because, like I said, I didn't even see that this e-mail existed, or I don't remember about this e-mail.  Umm, and I -- like I said, Discord is one of the companies that I sent back an e-mail to saying I approve, then they banned me.  So, I thought this part was


MAGNA
LEGAL SERVICES

Page 290

taken care of.

Q.  Those e-mails with Discord are e-mails that you will produce to us in the next 24 hours, right?

A.  Yes, yes.

(Exhibit 19, civil docket sheet, marked for identification.)

BY MR. BARKAI:

Q.  You have been handed a document marked Exhibit 19.

Have you seen this document before?

A.  Definitely not.

Q.  This document states that it is a civil docket sheet for this case at the top of Page 1.

Do you see that?

A.  Yes.

Q.  Turning to the third page of this document, you had stated earlier that you never received a phone call from the Court regarding Court conferences in which you were supposed to appear, right?

A.  Yes.

Q.  Did you receive an e-mail from the Court regarding Court conferences in which you



Page 291

were supposed to appear?

A.   I might have.  I would have to go back and check.  But it wouldn't be something that I would remember, like, right now.

Q.   Do you see Docket Entry 402, quote, clerk called and e-mailed Elliott Kline, a/k/a Eli Mosley, and Matthew Heimbach three times regarding setting a telephone -- telephonic hearing an outstanding discovery issue.  After no response from either, clerk set hearing.  Clerk called and left voicemails, mailed and e-mailed notice of hearing to both Defendants.

A.   I mean, I see that.  I just don't know -- I don't know if that was a call I received -- I guess not.  They said they left voicemails.  But I don't have anything.

Q.   Is that wrong, what it states here?

A.   I mean, I am not saying they didn't do that.  But I didn't receive any of it or read any of that.  I didn't know -- you know what I mean?  It is, like, it is saying that -- telling the outstanding discovery issues, and this was in February.  I don't remember having any issues in February, as far as discovery goes.

I think that -- wasn't that near the



MAGNA
LEGAL SERVICES

Page 292

time where they did the motion as well?  I mean, is that in here?  I don't even know.  No, I don't know.  But, no, that -- the Court may have done that.  But, like I said, I didn't know what I was supposed to be doing.

Q.  Did you receive any e-mails from the Court regarding your attendance at a hearing?

A.  Possibly.  I am not sure.

Q.  Did you receive any phone calls from the Court regarding your attendance at a hearing?

A.  Possibly.

Q.  Did you receive any voicemails from the Court regarding your attendance at a hearing?

A.  Possibly.  Like I said, I am not sure.

Q.  You didn't respond to any e-mail or phone call or voicemail from the Court, right?

A.  Correct.  I assume I didn't answer any of their calls.

Q.  Why didn't you answer any of their calls?

A.  Because - first of all, like I said earlier, I -- my phone number was leaked awhile ago, so I get phone calls all the time, every



MAGNA
LEGAL SERVICES

Page 293

day, from people who I don't want calling me. And second of all, I didn't -- like I said, I didn't know I got any calls from the Court here, or I would have picked up or answered it if I knew they were from the Court.

Q. This is the first time that you have ever found out you have gotten a call from the Court?

A. I knew I got calls from the Court for things like the July 2. I got that phone call about the teleconference. I had that with all the information. And then I got one today, actually, reminding me about the call tomorrow.

But as far as going back, like, you know, February 2019, I don't remember getting any calls then.

Q. You don't remember getting any e-mails from the Court regarding this hearing?

A. No.

Q. Do you check your voicemails that you receive?

A. Yes, pretty frequently.

Q. You do check your voicemails?

A. Yes. That's how I noticed -- I just checked when we went for lunch. That is how I



MAGNA
LEGAL SERVICES

Page 294

saw the voicemail about tomorrow with the information on the call for tomorrow.

Q.  You received a voicemail about the conference call tomorrow?

A.  Yes.

Q.  You never received a voicemail about the conference call on February 2019?

A.  No.  I mean -- not that -- no, not that I remember.  I literally get phone calls that are just people screaming into the microphone, like, kill yourself, and then they hang up, right.

So, I get those, like, all day, all the time.  I just never changed my number.  And, so, when I get calls from numbers I don't know, I generally don't answer them right away.  But if it is a call from, like, the Court, and I can -- I go to my voicemail and it puts it in text, I can see right away that is the Court.

So, like I said, I have gotten -- I have gotten the last two calls they sent me. But before that, I haven't gotten anything.

Q.  So, you do respond to calls from the Court; is that right?

A.  Yeah, yeah.  I mean, I shouldn't say I


MAGNA
LEGAL SERVICES

Page 295

respond. I mean, I acknowledge them. Because -- I don't call them back and say, hey, I got your call for the teleconference tomorrow, or whatever. She sent me the code or whatever.

Q. You do receive voicemails from the Court?

A. Yes.

Q. And you do listen to those voicemails?

A. Yes.

Q. Do you check when the voicemail comes in what phone number it is from, and if it is from the Court, you listen to it?

A. If it is a Charlottesville number, I can tell you. Or Virginia number.

(Exhibit 20, 3/4/2019 Order, marked for identification.)

BY MR. BARKAI:

Q. Mr. Kline, you do check when the voicemail comes in whether it is from the Court, right?

A. Yes.

Q. You know it is from the Court because of the phone number?

A. Yes.

Q. But, nonetheless, you have not



Page 296

appeared on any conference calls with the Court from the time that Mr. Kolenich was no longer representing you until July 2, 2019, right?

A.  Like I said before, I didn't notice or see or get any of those calls that I had -- like I said, I never -- I mean, I can go through my phone and see maybe I missed some or something. But I never saw any of those calls.

I didn't start responding to what was going on until -- the first thing was -- was Patrick Casey reached out to me.  I was, like -- first of all, he called me and I knew right away who it was because I had it in my cell phone. So, I answered it.  He was, like, hey, you got to appear on this call for the Court case.  And you haven't done any of the discovery stuff.  I said -- I told him I thought that it was taken care of, I already responded to the Discord guy, I think I responded to the Twitter guy -- or the form or whatever.  And then I told them to let me know what they want to do with the phone.

Umm, that is what I told Mr. Kolenich. And he was, like, no, you have to do all this other stuff.  Like, you haven't responded to anything.  And I didn't even know there was



Page 297

anything I wasn't responding to.

Q.  When was that conversation with Mr. Casey?

A.  Umm, I want to say, like, a week or two before July 2.

Q.  The conversation with Mr. Casey was a week or two before July 2?

A.  Before -- yeah, before the phone conference that we had that we set the dates for discovery.

Q.  I asked you a question earlier, Mr. Kline, and you gave a long response about a conversation you had with Mr. Casey, but you didn't answer the question.

You have not appeared on any conference calls with the Court from the time that Mr. Kolenich was no longer representing you until July 2, 2019, right?

A.  Correct.  I didn't know I had any.  I didn't know I had a responsibility for any.

Q.  You did testify that you listened to your voicemails, right?

A.  Yes.

Q.  And your e-mail address is Eli.F.Mosley@Gmail.com, right?



Page 298

A.  Yes.

Q.  You have been handed a document marked Exhibit 20.

A.  Mm-hmm.

Q.  Have you seen this before?

A.  No.

Q.  Do you see this is an Order from Judge Hoppe?

A.  Yes.

Q.  You have never -- you have never been provided this?

A.  It looks like it is to, umm, the -- what are they -- I don't know what they are called anymore -- National Socialist Movement. Doesn't look like -- it doesn't say me anywhere, does it?

Q.  If you could turn to Page 3 of this Order.  Do you see in the second bullet point that the Court ordered all Defendants, quote on quote, to produce their electronic devices and social media account credentials to access electronically stored information to the third party vendor by the end of the day on Friday, March 8, 2019?

A.  Yeah, I see that.  But I have never



Page 299

seen this -- this form, or this -- this page.

Q.   You understand all Defendants to include you?

A.   Yes.

Q.   You did not produce your electronic devices and social media account credentials by Friday, March 8, 2019, did you?

A.   No.  But like I said, if I would have known how to, I would have been more than happy to.

Q.   Are you aware that earlier this year Plaintiffs moved for sanctions against you?

A.   Yes.  That's what Patrick Casey told me.

Q.   A hearing was scheduled regarding that motion for sanctions, right?

A.   I guess.  I don't -- I don't -- I am not too sure how that works.  But I guess you guys had a hearing about it, or whatever.  But I didn't know about it.

Q.   You did not know that the hearing was happening?

A.   No.

Q.   No one ever told you that the hearing was happening?



Page 300

A.   No.

Q.   Plaintiffs never told you that the hearing was happening?

A.   I mean, they might have e-mailed me, but I didn't see it.

(Exhibit 21, 5/14/2019 e-mail exchange, marked for identification.)

BY MR. BARKAI:

Q.   You are being handed a document marked Exhibit No. 21.

Do you recognize this e-mail?

A.   No, I don't.  Honestly.

Q.   Do you see your e-mail address in the CC?

A.   Yeah, I see it on there.  But, like I said, I don't know -- I don't remember -- I don't recognize this as something that was sent to me.

Q.   But this was sent to the correct e-mail address?

A.   Yes.

Q.   Is there any reason that you can think of why you would not have received this at your e-mail address?

A.   No.  I mean, I should have received



it.  But, I don't -- like I said, I don't --

Q.  Do you see that this is an e-mail scheduling an argument on the motion for sanctions against Elliott Kline, a/k/a Eli Mosley?

A.  Yeah, I do see that.  But, like I said, I didn't know that was happening.  I didn't know there was a hearing.  Like I said, I didn't recognize -- I didn't receive -- I mean, I probably -- it is my e-mail address, but I didn't -- I didn't read through this one.  I didn't know I had a motion, like I said, until Patrick Casey had called me.

Q.  Did you not know that there was a motion regarding you until Patrick Casey called you because you were ignoring e-mails?

A.  No, I wasn't ignoring them.  I was -- like I said, I was getting e-mails.  But none of the e-mails pertained to me that I read.

Q.  Were you choosing which e-mails to read?

A.  No.  I mean, almost all of them are read right now.  I went through and read most of them, or opened them.  I just don't know how I would have missed so many of these.



Page 302

Q.  You also missed the e-mail in Exhibit 11, right --

A.  Yes.

Q.  -- that we had looked at earlier?

A.  That one is after I had been contacted.  That was the one that the Judge had said are you -- do you see that paper, and I said yes.  I was looking at a different one that was sent to me that day instead of the one the day before.  Because that one, Exhibit 11, was from July 1, the day before the phone call.

Q.  You testified earlier that you had -- you had missed messages from the Court regarding your court hearing, right?

A.  I believe so.  Maybe.  I don't know. For what?

Q.  You testified earlier that you check your voicemails, right?

A.  Yes.

Q.  And that the 610 phone number is the correct phone number?

A.  Yes.

Q.  And Eli.F.Mosley@Gmail.com is the correct e-mail address?

A.  Yes.



Page 303

Q. You testified earlier that you agreed that it appeared to you that the Court had been attempting to reach you regarding your upcoming court hearings, right?

A. Yes.

Q. Do you have any explanation as to why you did not receive those messages?

A. I just -- I have -- I started receiving messages -- or I started noticing these messages were for me, or whatever, for the hearing for me after I talked with Patrick Casey. And then we had the July 2 phone call.

Q. Were you --

A. Before that, I didn't realize that -- I didn't know these -- I didn't know that there was actions I needed to take. I thought I was good.

Q. Did you receive this e-mail, Mr. Kline, or did you not?

A. What, this?

Q. Exhibit 21.

A. Exhibit 21. I mean, obviously it says -- it says it was sent to me. But I don't recognize it.

Q. Do you not recognize it because you



Page 304

didn't read it at the time when it came into your inbox?

A.  I am not sure.  I don't have access to my inbox right now to look and see if it was read or not.  I assume I looked at this.  The subject is Sines versus Kessler, so I assume I saw it.

Like I said, I did not know back in May there was a motion against me.  I didn't know that.

Q.  This is an e-mail about that motion, right?

A.  Right.  I didn't know that was a thing.

Q.  The e-mail was informing you that there was a motion about you in effect, right?

A.  Correct.  Like I said, I didn't know -- I didn't know that until Patrick Casey called me several weeks after this, or a couple weeks after this.

Q.  But this e-mail was in advance of the hearing and in advance of when Mr. Casey talked to you, and this e-mail is about that motion, right?

A.  Right.  That is what I am saying.  I


MAGNA
LEGAL SERVICES

Page 305

didn't find out from this e-mail, I found out from Casey, from Patrick Casey.

Q. If you had read this e-mail, this e-mail would have revealed to you that there was a hearing coming up on your motion, right?

A. Right. But what I am saying is, I don't remember reading this or seeing this. So, if I would have read it, I would have known that it was -- I would have known there was a motion against me. Like I said, I didn't know that. I didn't know that was a thing.

Patrick Casey called me, what, a week or two after this. So, like I said, I just didn't know there was a motion against me.

Q. When exactly did Mr. Casey call you?

A. Probably a week or two before the July 2 call. Maybe -- maybe even a little longer than that. Maybe three weeks, a month. I am not entirely sure.

Q. You -- during this time was anyone informing you of your obligations in discovery?

A. No.

Q. Were -- well, were you in touch with Mr. Kolenich at all?

A. Patrick Casey told -- Patrick Casey



Page 306

told me to call Mr. Kolenich and get in touch with him.  And he essentially said that I am going to have to get on a call with you guys and the Court and work out how to fix the discovery issues.  And that was, like, the extent of our conversation.  That was the first time I had spoken to him for awhile.

(Exhibit 22, 6/26/2019 e-mail exchange, marked for identification.)

BY MR. BARKAI:

Q.  You are being handed a document marked Exhibit 22.  I would like you to turn to the second page of this document.  Do you see an e-mail from James Kolenich on June 7, 2019 to Michael Bloch regarding Eli Mosley?

A.  Umm, no.  You mean this part right here?  Yeah, okay.  I see it.  You said the second page?

Q.  On the second page there is an e-mail from Mr. Kolenich to Mr. Bloch --

A.  Yes.

Q.  -- regarding you?

A.  Yes.

Q.  This e-mail states the word arrest has had a near magical effect on my former client.



Page 307

Eli Mosley, Elliott Kline, can be reached at (610) 406-2229. He reached out to IE upon seeing a news article referencing the arrest discussion in court. You can text that number or call him. He has been fully informed of the discovery/ESI --

A. He knows Patrick Casey called me. So, I mean, that is just wrong. He knows Patrick Casey called me.

Q. Mr. Kolenich is wrong about this?

A. 100 percent. Patrick Casey called me and informed me of what was going on. And I read a news article about what was going on, and then I called Mr. Kolenich. That is how I knew about the news article that he is referencing. Because in the news article the Judge had -- it said right in the news article the Judge was talking about possible arrests. And I said -- so I asked Mr. Kolenich, I said, I didn't know any of this was going on. Like, how did -- you didn't inform me, or no one informed me, and I read it in the news. So, that is what he is referencing in the e-mail.

But Patrick Casey is the one who called me and reached out to me about what was



Page 308

going on.  Before that, I thought that everything was going -- going on.  And I was still waiting for you guys to try to get my phone, which I was just sitting on, waiting for you guys to take -- or get the image of.

And I thought -- like I said, at the time I thought the Discord and the Twitter stuff was taken care of.  Or at least the Discord stuff.  I wasn't sure about the Twitter stuff.

Q.  So, you told Mr. Kolenich that you didn't know any of this was going on, even though there had been e-mails and calls to you about your attendance at hearings, right?

A.  Right.  Like I said, I didn't know those hearings were hearings for me.  Like, if I saw them.  Most of them I don't think I saw though.  I didn't know they were for me.

Q.  You told Mr. Kolenich that you didn't know any of this was going on, even though there had been --

A.  I didn't know the motions were filed against me.

Q.  Do we have your permission to ask Mr. Kolenich about this?

A.  Ask him what?



MAGNA
LEGAL SERVICES

Page 309

Q.  Do we have permission to ask Mr. Kolenich about your conversations that are referenced in the June 7 e-mail?

A.  I mean, I have -- I'll show you right now that Patrick Casey called me.

THE VIDEOGRAPHER:  Can we go off the record for a second?

MR. BARKAI:  Sure.  We are going off the record.

THE VIDEOGRAPHER:  Time is 3:48 p.m., going off the video record.

(Recess was taken.)

THE VIDEOGRAPHER:  The time is now 3:56 p.m., we are back on the video record.

BY MR. BARKAI:

Q.  Mr. Kline, before we took a break you had testified that you were going to show us where the -- where in the call log Patrick Casey called you regarding the hearing before the Court, right?

A.  Correct.

Q.  Were you able to find that?

A.  No.  My phone calls only go back to -- until July.  Like, the beginning of July.  So, it doesn't go back that far.


MAGNA
LEGAL SERVICES

Page 310

I don't know if -- when -- if they image the phone if they are able to pull that up or not. But it doesn't go back far enough.

Q. Your call log --

A. I am 100 percent sure that is exactly how that happened.

Q. Your call logs go back to the beginning of July, you said?

A. It goes back to -- the last one is 7/9/2019.

Q. We asked you earlier whether we have your permission to ask Mr. Kolenich for the phone number of your temporary Walmart phone that you were using when your iPhone was temporarily broken.

Do you remember that?

A. Yes.

Q. You had said earlier that you have granted us permission to do that, right?

A. Umm, what, just ask him if -- for the phone number?

Q. Correct.

A. I mean, sure. I don't understand -- I don't understand the question.

Q. Do you mind if we ask Mr. Kolenich



what that phone number was for the Walmart phone?

A.   Does that have any implications or anything like that?  I mean -- I just heard --

Q.   Mr. Kolenich, to the extent that you may have attorney-client privilege that covers that issue --

A.   Mm-hmm.

Q.   -- do you waive that privilege as to that issue?

A.   No, no.  I'll provide you guys that phone number when I get it out of storage.

Q.   Looking at Exhibit 22 --

A.   Which one was that?

Q.   That is an e-mail from Mr. Kolenich --

A.   I got it.

Q.   -- to Mr. Bloch on June 26.

We were looking at Page 2 and we were discussing whether you had reached out to Identity Evropa as Mr. Kolenich said, or whether Mr. Casey had called you.

Do you remember that?

A.   Yes.

Q.   This e-mail states, quote, he has been fully informed of the discovery/ESI



Page 312

expectations, closed quote.

A.  That -- that is also not true.  He literally said that we are going to set a call, and we'll talk about it on the call, or whatever.  And then after the July 2 call, he never called me or contacted me again.  So, the only thing that I knew was coming down the pipeline was the -- umm, the DocuSign form.

Q.  So, Mr. Kolenich is wrong here?

A.  I mean, he says I have been fully informed of discovery expectations.  That is not true.  That would imply that I knew how to give you guys my phone, that would imply I knew how to give you -- you know, fill out these forms, these Twitter forms or Discord forms.  I didn't know anything about those.

(Exhibit 23, 6/21/2019 Order, marked for identification.)

BY MR. BARKAI:

Q.  This document is being marked as Exhibit 23.

Do you recognize this?

A.  No, but it looks like this is the motion against me, I guess.

Q.  Does this appear to be an Order on



MAGNA
LEGAL SERVICES

Page 313

Plaintiffs' motion for sanctions against you?

A. Correct.

Q. You don't remember ever receiving this e-mail -- I mean, excuse me, you don't remember ever receiving this Order?

A. No, I don't. Because I would have -- like I said, I didn't know there was a motion against me until I got that call. Which was -- I mean, it might have been, like, the day of -- this was filed. This was -- that is pretty close to it. This was filed 6/21.

(Exhibit 24, 6/25/2019 Bloch e-mail, marked for identification.)

BY MR. BARKAI:

Q. I am handing you a document that's being marked as Exhibit 24.

Do you recognize this document?

A. Yes. This is something I was sent, umm, to confirm the July 2 call we had.

Q. Do you see that Mr. Bloch sent you this e-mail on June 25, and that Mr. Bloch attached -- do you see that Mr. Bloch sent you this e-mail on June 25 attaching an Order on Plaintiffs' motion for sanctions?

A. Yes.



Page 314

Q.   Does this refresh your recollection as to whether you received the Order on the motion for sanctions?

A.   I mean, yes.  Yeah, I received it.

But what I was saying earlier is that I -- this was on 6/21.  That may be the day that Patrick Casey called me.  The motion was filed on 6/21.

Q.   The Order on the motion for sanctions --

A.   Correct.

Q.   -- was filed by the Court on June 21?

A.   Yes.  And then the call was, what, a week-and-a-half later, or on -- on July 2.  So, I believe it was either the 21st, 22nd, or 23rd that Patrick Casey called me.

But, yes, I recognize -- once he sent me that, I saw -- yes, I saw this.  I saw what was going on.  I knew what was going on.  I didn't know beforehand, before that phone call.

Q.   Did you read this Order?

A.   Yes.

Q.   You read this Order all the way through?

A.   Yes.  When I got it, I did.


MAGNA
LEGAL SERVICES

Page 315

Explaining I need to basically provide the stuff for discovery.  And do the phone -- attend the phone call.

Q.  Do you see on Page 3 where the Court ordered you to, quote, provide complete and accurate written answers or responses to Plaintiffs' First Set of Interrogatories and Request for Production of Documents?

A.  Yes, I see that.

Q.  So, did you understand when you received this document that you were being ordered to respond to those Interrogatories and Request for Production of Documents?

A.  Yes.  And that was part of why I wanted to go through with the phone call and figure out how to do that.

Like I said earlier, the DocuSign document that I got, when I first got it sent to me, I thought it was going to be -- I thought it was going to be these forms, the ones that tell you, you know, list your username and all the devices.  I still -- I still haven't gotten this.

Q.  You still have not --

A.  I got them.  I have them now.  But --



Page 316

Q. But until today, you -- and still not at this moment, you have not filled out those forms, right?

A. Correct. But, like I said, I always wanted to and intended to. That was -- like I said, that is what I wanted to do. I just never had the means sent to me.

Q. Do you see in the next bullet that you were being ordered to give Plaintiffs' counsel a complete and accurate SCA consent form, allowing Discord to produce documents?

A. Yes.

Q. You did not do that until today, right?

A. I didn't even have that form until today. I haven't seen the form until today.

Q. You testified earlier that --

A. Other than -- other than the one I sent back to Discord. But, like I said, seeing this led me to believe oh, maybe Discord never sent it to them. Or maybe them banning me, my account afterwards screwed something up in their communication pipeline. I don't know.

Q. You testified earlier that Discord had sent you the form before?



Page 317

A.  Yes.  Discord sent me a form.  It might not have been that exact form, but it was a form basically asking for permission for -- for the case to use my information.  And I responded I approved that.  Like I said, they banned me two weeks later.

Q.  Earlier today we looked together at an exhibit in which Plaintiffs' counsel had previously sent you the Discord form, right?

A.  Umm, yes.  I think so, yes.

Q.  You had been provided that form before, right?

A.  Correct.  But I don't know if it was provided -- I think it was attached to -- it was attached to something else I hadn't seen.

Q.  Do you see in the next bullet that you were being ordered to complete SCA consent forms giving Plaintiffs' counsel access to any other social media accounts?

A.  Yes.

Q.  You also have not done that yet, right?

A.  I am doing it right now.  But, like I said, I have been waiting for this -- something like this explaining what I needed to do with



MAGNA
LEGAL SERVICES

Page 318

the form, being able to write out my accounts, or whatever.  Since the very beginning I was told about discovery.  I never have gotten those specific forms or instructions.

Q.  You received those forms and instructions in an e-mail from Mike Bloch on July 1, right?

A.  Umm, which exhibit is that?

Q.  Exhibit 11.

A.  Yes.  This is that -- yeah, this goes back to that e-mail -- like I said, this is the one where the Judge had said are you looking at this, and I responded yes on the phone.  But I was looking at a different form as the day before.  I had not seen this one.

Q.  But you did -- my question was, you received the forms and instructions in an e-mail from Michael Bloch on July 1, right?

A.  Correct.  With the July 2 meeting already -- already scheduled, or whatever.  But I didn't know -- like I said, I received this, but I did not -- I did not know this was what this was in here.

Q.  But you did not complete any of the forms that were attached to Mr. Bloch's July 1



e-mail --

A.  No, I didn't see this --

Q.  Correct, right?

A.  No, I did not see this e-mail.  Like I said, when the Judge asked me, do you see this e-mail, he was referencing this one.  I thought he was referencing a different one I had received probably, you know, July 1 or the morning of July 2, I think it was.

Q.  That is your e-mail address, right, Eli.F.Mosley@Gmail.com?

A.  Yes.

Q.  So, that e-mail did arrive in your inbox, right?

A.  Correct.  But I didn't see this specific -- these specific attachments or anything like that.  This is the kind of thing I have been looking for, as far as just to comply with the Court's Orders.

Q.  Exhibit No. 24 was an e-mail from Mr. Bloch to you regarding a hearing date, right?

A.  Yes.

Q.  Did you respond to that e-mail?

A.  Umm, I think I told him any day.

Q.  You remember responding to Mr. Bloch



Page 320

saying any day?

A.   Umm, yeah, I think that is what -- I think I just said yes.  Like, yes, that works. I am pretty sure I responded like that.

Q.   You are pretty sure you said yes, that works?

A.   Yeah, I am pretty sure.  I think it was very short of me saying that works.

Q.   That e-mail would be in your Gmail account?

A.   Yes.  That would be in the Eli F. Mosley account.  I definitely responded to this e-mail saying yes.

Q.   You said you definitely responded to that?

A.   Yeah.

(Exhibit 25, 6/25/2019 & 6/26/2019 Bloch e-mails, marked for identification.)

BY MR. BARKAI:

Q.   You are being handed Exhibit 25.  This is an e-mail from Mr. Bloch to Eli.F.Mosley@Gmail.com on June 26.

Do you see that?

A.   Yes.

Q.   Do you remember receiving this e-mail?



Page 321

A.   Not this one, no.  He is asking me if he -- he is basically asking me if I am going to show up to the thing.  But I know I responded to him at some point saying yes.

Q.   Do you see where in this e-mail Mr. Bloch states to you, we have not heard back from you regarding your availability for a court conference on July 2 at 12:00 p.m.?

A.   Yes, I see that.  I can check to see which e-mail I responded to.  But I know I responded to him.

Q.   Was Mr. Bloch wrong in this statement?

A.   What is his -- oh, wow.  It is in my -- it is literally my drafts, yes, this time works for me.  Okay.  Well, I didn't send that e-mail.  So --

Q.   Could you share that draft with us now?

A.   I mean, it is literally just --

Q.   Are you typing something, Mr. Kline?

A.   No, I am using one hand.  I am just trying to find it.  Okay.  It is not coming up.  Hold on.  I have too many inboxes on this thing.

Q.   Which inboxes do you have on that phone?



Page 322

A.   Uh, just the one for Deplorable Truth and Eli F. Mosley.  But it is bugged because of the Identity Evropa account.

Q.   What do you mean, it is bugged because of the Identity Evropa account?

A.   Because the Identity Evropa account keeps trying to get me to sign in, because it was signed in before they pulled that account. So, my phone is always trying to get me to sign into it every time I go to e-mail.

Q.   Are you not able to find the draft that you just told us about 60 seconds ago?

A.   No, I am trying to find it right now.

Q.   You were just looking at that draft a minute ago, right?

A.   Well, I hit drafts.  And it -- it is, like, messed up.

Q.   What does it is, like, messed up mean?

A.   I can show it to you.  This is what it was.  I have this.  I have this, right.  So, this is the -- this is my -- this is me responding to Discord.  I have this right here. And then --

Q.   That is a blank e-mail, right?

A.   I know.  But there was a draft right



above this, right here.

Q.  When was there a draft above it?

A.  Just now when I was talking to you.

Q.  Is the draft gone?

A.  I have no -- I am trying to find it. I am trying to see if maybe I go into the specific e-mail it was sent to, I can find it.

Q.  You were just looking at a draft a minute ago, right?

A.  It was literally just a draft that said I understand and can make that time. That is all it was.

Q.  Is the draft gone now?

A.  I mean, I am trying to find it. Hold on.

I mean, you can -- you can find that in the discovery. Regard -- regardless, I showed up for this -- this call at the given time. I don't understand what the issue is.

No, I couldn't find the draft.

Q.  You couldn't find the draft?

A.  No.

Q.  We have spoken a couple of times about your comment to the Judge at the July 2, 2019 hearing stating that you had received an e-mail



Page 324

from Plaintiffs' counsel, correct?

A.  Yes.

Q.  Which e-mail were you referring to?

A.  Umm, well, he -- he was referring to Exhibit 11, but I was referring to a different e-mail that was a different court form.  I don't know what it was.  I would have to go back and look.  But it was a different thing I had been sent the day before.

So, I was sent Exhibit 11 and then something the same day.  He was asking if I had received Exhibit 11.  I said yes, thinking that what I was looking at was Exhibit 11, when it wasn't.

Q.  It was a different e-mail that was sent?

A.  Yes.

Q.  What date was that e-mail sent on?

A.  Umm, I am not sure.

Q.  Who sent that e-mail?

A.  Umm, someone -- I don't know.  It was -- it was the subject of the Sines versus Kessler e-mail.  It was for the court case.  I don't know.

Like I said, he asks if I have the



Page 325

page in front of me, and I said yes.  And I was looking at a totally different page.  I know it wasn't this page, or I would have known -- I would have been able to follow through with it.

Q.  So, you were looking at some other e-mail?

A.  Yes.

Q.  But you don't know who sent that e-mail?

A.  I mean, it was one of the e-mails you guys -- like, from the Court.  It was either from you guys or the Court.

Q.  It was either from Plaintiffs or from the Court?

A.  Correct.

Q.  You don't know what date that e-mail was sent on?

A.  It was sent the day before or the day of, the Exhibit 11.

Q.  It was sent on July 1; is that right?

A.  July 1 or the morning of July 2, yes. Which is why I was looking at that one instead of the one he was looking at.

Q.  You were looking at a different e-mail sent from Plaintiffs or from the Court sent on



Page 326

July 1 or July 2?

    A.   Correct.

    Q.   You were not looking at Exhibit 11,
right?

    A.   Correct.  And, like I said, he said do
you see the form we sent you.  And I was just
looking at a different one of them.

    Q.   I would like to look at Exhibit 5,
which is the transcript of the July 2 call that
we have been looking at before.  If you could
please turn to Page 21 of Exhibit 5.

    A.   Page 1, you said?

    Q.   Yes.  Sorry, Page 21 of Exhibit 5.

         Did you see that the Court asked you
at Line 14 of Page 21, Mr. Kline, did you
receive that e-mail and were you able -- do you
know what I am talking about with the -- you
know, the certification?  You responded, yeah, I
received the e-mail.  I am just scanning through
it right now, Your Honor, trying to catch up to
speed what it is talking about, what it is
asking for.

    A.   Yes.  So, I was -- like I said, I
thought he was talking about one document, and I
was reading another one.


MAGNA
LEGAL SERVICES

Page 327

Q.   You told the Court that you had received an e-mail with a certification, right?

A.   Well, I -- I misunderstood what certification meant.  I just thought he was -- I mean, I don't know.  I am guessing at the time I thought he was asking me if I was reading through the document that was a certified document, not necessarily the certification of the discovery items.

Q.   On Page 31 of that document do you see that the Court asked you about documents that you had received from Plaintiffs' counsel?  That is at Line 23.

A.   Yes.  What was the question?

Q.   Do you see that the Court asked you about documents you had received from Plaintiffs' counsel?

A.   Yes.

Q.   Do you see on Page 32 that you informed the Court that you had received consent forms for Discord and stipulations about electronically stored information and certification documents for the accounts and devices?

A.   Yes.



MAGNA
LEGAL SERVICES

Page 328

Q.  You told the Court that you had received that, right?

A.  Right.  But whatever I was looking at -- I have to go back and look.  Whatever I was looking at had stuff about discovery.  That is when he asked me that stuff, I was like, yeah, that has discovery on it.  I didn't realize that it was exact -- when he said certification documents, I didn't know he meant exactly, you know, the forms I have been filling out today.

Q.  You didn't fill out any of the forms that you have been filling out today or any other forms after this call, right?

A.  No, I wanted to.  But I didn't know -- I just didn't have the means to do it.

Q.  But you told the Judge you had received the documents, right?

A.  Correct.  A misunderstanding which documents he was talking about.

Q.  So, your testimony is that you had not received the documents, even though you told the Judge that you had?

A.  No.  My testimony is that I thought he was talking about one set of documents, when I had possession of a different set of documents.



MAGNA
LEGAL SERVICES

Page 329

Q.   Which documents did you have -- did you have possession of?

A.   Ones that were sent to me the day before.

Q.   Which documents were you sent the day before?

A.   I am not sure.  But they were talking about discovery and things like -- that he is talking about in here, electronically stored information.

Q.   At this time -- this was on July 2. At this time you have received the e-mail from Mr. Bloch attaching all of the Orders and certifications, right, in Exhibit 11?

A.   In Exhibit 11?

Q.   Correct.

A.   I received it, but I didn't -- I didn't -- I hadn't seen it.  Like I said, I was looking at different -- a different e-mail.

Q.   So, you told the Court that you had received a number of documents, referring to documents other than the ones that you had actually received from Mr. Bloch?

A.   No.  I had received multiple -- many sets of documents.  I was reading one set that



was dealing with the electronic and the discovery stuff.  And I was reading through them and skimming through, because that is what we were talking about on the phone.  He asked me if I had that in front of me, I said yes.  Not realizing that he was talking about Exhibit 11 and I was looking at a different page.

Q.  Notwithstanding -- umm, strike that.

You did not fill out any certifications after that call, right?

A.  I wasn't -- I wasn't expected to.  At the end of the call, they said that you'll be receiving a document to sign, and then that will push forward the electronic -- umm, the electronic imaging, which was the -- the DocuSign agreement.

Q.  You received the DocuSign agreement?

A.  Yeah, and I signed it.

Q.  You also received from Mr. Bloch a number of documents, right?  A number of certifications and forms.

You see that now?

A.  I see it now, the Exhibit 11.  But, like I said, I didn't know about it.  I didn't see it until today.  This is the first time I



Page 331

have seen this Exhibit 11.

Q. You knew during that call with the Court that you were expected to fill out some forms, right?

A. Yes.

Q. And you were waiting to receive the forms? Is that your testimony?

A. I was awaiting and I filled them out, the ones I was sent, after the call.

Q. You were never sent anything other than the DocuSign contract? Is that your -- is that what you are saying?

A. After the call, correct. After the call I got a DocuSign contract that I signed. I thought that was what I was supposed to sign. Then the next part would be, I guess, the company -- what I thought was the company reach out for the discovery stuff.

Q. You told the Court that you would fill -- that you were happy to fill out some consents regarding your devices, right?

A. Yes.

Q. That you were happy to identify your social media accounts, right?

A. Correct.



Page 332

Q.  That you were happy to turn over your devices for imaging?

A.  Yes.

Q.  Did you understand the DocuSign contracts to cover your devices for imaging and your social media accounts and your consents?

A.  I thought that's what that was, yes. I thought that was consenting to all my things.

I thought it was weird because it didn't ask me what they were.  Then I went through and I read the whole thing, I was, like, that is not what this is at all, but I still need to sign it.

Q.  Did you ever ask anyone for clarification?

A.  I mean, who I am going to ask?  The -- my lawyer?  Like, there was no -- there was no clarification.  So --

Q.  Did you ever ask anyone for clarification?

A.  I mean, like I said, I thought the DocuSign document was what they were all talking about.

Q.  Did you ask Mr. Kolenich for clarification of your obligations?



MAGNA
LEGAL SERVICES

Page 333

A. No.

Q. Did you ask Mr. Bloch for clarification of your obligations?

A. No, because I thought my obligations were fulfilled.

Q. But you just testified that when you reviewed the DocuSign contract you thought it was strange because it didn't ask you about your specific social media accounts.

A. Right. I thought that was the first step, and the next step would be them asking for specifics.

Q. Did you ever ask anyone whether there would be follow-up steps?

A. No, because I had a hearing today. And I knew -- I thought that DocuSign document I signed was it.

Q. Do you see at Page 33 in Line 25 --

A. On --

Q. We are still on the same exhibit. I'm sorry, the transcript, which is Exhibit 5.

A. Five?

Q. Correct.

A. You said 22?

Q. It is Page 33, Line 25.



Page 334

A.  Yes.

Q.  Do you see there that -- well, first of all, I'll refer you to the bottom of Page 32, which is the prior page.  The Court said -- you were on this call, right?

A.  Yes.

Q.  The Court said I think that, you know, if it is a -- because it really just concerns a matter of executing some consents then identifying the accounts and devices, I think a week is enough time to be able to do that.

At the bottom of Page 33 the Court said, Mr. Kline, is a week -- will a week give you sufficient time?  Page 34.  Mr. Kline, yes, Your Honor.

Do you see that?

A.  Yes.

Q.  You told the Court that a week would be enough time to -- to execute consents and identify accounts and devices, correct?

A.  Correct.

Q.  When did you sign the DocuSign contract?

A.  Umm, I am not sure.  A little bit after that, I think.  Maybe a couple days.



Page 335

Q.  Your testimony is that you signed the DocuSign contract a couple days after this call?

A.  I am not entirely sure.  That was when I was -- I was traveling during that.  So, it was really tough for me to be able to do a DocuSign on my phone.

Q.  How did you end up doing the DocuSign?

A.  On my phone.  It really sucked.  I had to, like, tilt the phone to get it to sign right.

Q.  Where were you traveling?

A.  I was house-sitting for somebody.  So, I was up in Hazleton, I think.

Q.  You think that you signed the contract on August 1 -- I'm sorry, that you signed the contract within a couple of --

A.  I don't know.  I don't know when I signed it.  But I know I first opened it up and I went through and hit sign, and then I thought it was weird I didn't get anything back.  I didn't get -- you know how when you sign something with DocuSign, how it sends it back, kind of like a receipt.  I didn't receive anything like that.  So, I went and tried it again, then I finally got a receipt.



Page 336

Q.  My question was, when did you sign the DocuSign contract?

A.  I am not -- I am not sure when.

Q.  You previously said that you signed the DocuSign contract a couple days after the call?

A.  I feel like it was a couple of days. I mean, I think I originally -- I originally signed it maybe five or six days after the call. And then, like I said, I didn't get a receipt, so I went and did it again and it worked the second time.

I don't know how many days it was though.

Q.  You told the Court that you had signed the contract within a week, right?

A.  Yes.

Q.  That you would sign the contract within a week?

A.  Yes.

(Exhibit 26, 7/25/2019 - 8/1/2019 e-mail exchange, marked for identification.)

BY MR. BARKAI:

Q.  You are being handed Exhibit 26.  This document -- do you recognize this document?



A.  Yes.  I had responded to this -- this person.  Because I was at -- I had already signed it and I got an e-mail from them saying this hasn't been signed.  So, I messaged them back and I said DocuSign says it is expired, can you resend it?  And then right when I sent that e-mail I went back to try it again, I was, like, what the hell is going on with this thing.  And then I got an e-mail from her saying, hey, it worked.  And I didn't even do anything.  I didn't click any -- I didn't click final sign on my phone or anything.  It just said this document has expired.

Q.  When did you go back to try it again?

A.  Several times.  I mean, I noticed -- I think -- I think it was a couple days before this.  And they sent me -- no, it was actually a long time before this.

It went -- I signed the -- I signed the DocuSign document and it didn't -- and I didn't get a receipt.  I tried again a couple days after that.  So, that might have been a week or so after the call.  And then I didn't know it wasn't done until I got these e-mails. I am following up on our e-mail below, please


MAGNA
LEGAL SERVICES

Page 338

provide an update on signing the engagement letter. This is July 25. I didn't see this e-mail until, I don't know, the -- I guess August 1. And I said -- that's when I went to go re-sign it. Like, what is going on? When I clicked it, it says expired.

I said it was expired and she responded you got -- you signed it. So, the document -- the document website said it was expired, even though she said I signed it. But on my screen it said it was expired.

Like I said, I didn't know that they didn't receive me signing this until this July 29, August 1. I don't know which day I saw that e-mail. I guess it was August 1.

Q. Do you see on the fourth page of this exhibit a July 22 e-mail?

A. July 22 e-mail. Umm, yes, I see this.

Q. Do you see that your signature had not been received as of July 22?

A. Yeah, I didn't see this e-mail until the August 1 date.

Q. Was this e-mail sent to your correct e-mail address?

A. Yes, it was.



MAGNA
LEGAL SERVICES

Q.   But you didn't see this e-mail?

A.   No, I did not see this e-mail.

Q.   You didn't see any e-mails regarding your signing the engagement letter?

A.   No.  Like I said, I thought I had signed this.  So, I didn't -- I didn't know I hadn't until I saw her e-mail from the 29th. And then when I went into it, it said it was expired.  So, I re-signed it, or whatever.

Q.   So, on July 29 -- I'm sorry, you went to -- on August 1 you received these July 29 e-mails?

A.   Well --

Q.   You then went to DocuSign again?  Is that your testimony?

A.   Yes.  On August 1 I -- I went and checked my e-mails on August 1 and I went and saw, oh, she e-mailed me on the 29th, and that is when I saw the 25th e-mail as well.  And when I went into the document to -- on DocuSign to sign it, it said it was expired, because she said it wasn't done.

So, I went into DocuSign, clicked sign, it said you can't sign this, it is expired.  I asked her to re-send it.  Like I



Page 340

said, she responded to me, oh, no, you did sign it.

Like, you understand what I am saying? So, I clicked sign on the week it happened and I never got a receipt. So, I went back through and did it again. I thought it was done, okay. And then I got an e-mail from them on August 1 saying, hey, this isn't done. So, I opened the DocuSign back up and it said it is expired. I asked her to re-send it. Her response was, oh, you already signed it.

So, on August 1, I didn't even sign it. It was already done.

Q.  Is that response from DocuSign something that is in your Gmail?

A.  Yes.  This whole conversation is in Gmail, yes.

Q.  It'll be there on your phone?

A.  Yes.  And the receipt and everything. I finally got a receipt and everything after that happened.

Q.  Turning to Page 1 of Exhibit 26, do you see the e-mail from Ken Kim on August 1, 2019?

A.  Yes.



Page 341

Q.  Do you see it states we just got confirmation that Elliott Kline signed the updated contract today?

A.  Yes.  That is what I am saying, that is the response to me saying it is expired.

Q.  This e-mail states that you signed the updated contract today, on August 1, right?

A.  At -- at 12:50.  At 12:37 I had e-mailed them and said, hey, this is expired. Like, what's going on.

Q.  This e-mail states that you signed the contract on August 1, right?

A.  Correct.

Q.  Is that wrong?

A.  No, that is -- I mean, I know I signed it -- I originally signed it, like, six days after the call.  I didn't get a receipt so I went back to sign it again.  And I thought I was good to go until I got the e-mail -- until I saw the e-mail on August 1.

But I didn't even sign the document on August 1, is what I am telling you.  I opened DocuSign and it said it was expired.  I sent her an e-mail asking her to re-send it.  And the response was, no, you are good, you signed it.



Page 342

So, I didn't even sign the document on August 1, is what I am saying.

Does that make sense?

(Exhibit 27, 7/3/2019 Order, marked for identification.)

BY MR. BARKAI:

Q. You are being handed a document marked Exhibit 27.

Do you recognize this Order?

A. This is the Order we got after the phone call.

Q. Did you receive this at the time?

A. Yes.

Q. You did receive this at the time?

A. Yes.

Q. Did you read it all the way through?

A. Yes.

Q. Do you see that the Court ordered you within seven days of the date of this Order to give Plaintiffs' counsel, SCA, consent forms for Discord, Twitter, and any other social media provider?

A. Yes.

Q. Did you do that within seven days of this Order?



Page 343

A.  I thought that is what the DocuSign document was.  So, I mean, yes, to my knowledge I had done it.

Q.  The DocuSign contract which the vendor stated you signed on August 1, right?

A.  Yes.  But I was under the impression I had signed it before that.

Q.  This Order, Exhibit 27, states that you were being ordered to execute the third party discovery vendor contract within seven days, right?

A.  Correct.  Which I -- yes.

Q.  That is signing the DocuSign --

A.  Yes.

Q.  -- contract?

This Order also states that you were to complete and give to Plaintiffs' counsel the certification form attached as Exhibit A to the imaging order, right?

A.  Yes.

Q.  Within seven days?

A.  Yes.

Q.  You didn't do that within seven days, did you?

A.  Well, I didn't -- I didn't have that


MAGNA
LEGAL SERVICES

Page 344

-- this certification form.  Like, when -- none of the e-mails they sent me had that attached. Unless it is this Exhibit 11 from before the phone call.  That wouldn't have made sense to me.

Q.  Did you complete this certification form within seven days of the Order?

A.  I didn't receive a certification form.

Q.  Did you complete the certification form within seven days of the Order?

A.  I didn't receive a certification form.

Q.  So, is that yes or no.  Did you complete it or no?

A.  The answer is I didn't receive a certification form.

Q.  So, you did not complete it, right?

A.  I didn't -- I didn't receive one.

Q.  So, you did not complete it, right?

A.  I didn't receive one.

Q.  It is a very simple question.

Did you --

A.  I am giving you the answer.  I can't complete something that I am not given.

Q.  So, it is your testimony that you did not complete the certification form?


MAGNA
LEGAL SERVICES

Page 345

A.  I did not receive a certification form.

Q.  Is the answer yes or no?  You did complete it or you did not complete the certification form?

A.  I didn't receive it.

Q.  On Page 2 of this Order, continuing further down, do you see that the Court ordered you within 14 days to make available to the third party discovery vendor for imaging and collection any electronic devices or social media account credentials identified in the certification form?

A.  Yes, I see that.

Q.  Did you do that?

A.  I never had a certification form.  So, no, I wasn't able to do this because I never received that form.

Q.  Did you --

A.  The first time I am receiving this form is today.

Q.  Did you make your electronic -- excuse me.  Did you make your electronic devices and social media account credentials available to the third party discovery vendor within 14 days



Page 346

of this Order?

A.  Oh, I didn't receive a certification form, so I wasn't able to do that.

Q.  That is yes or no.

A.  I mean, I didn't receive a certification form, so I wasn't able to do that.

Q.  It is just a yes or no question.

Did you make your devices and accounts available to the vendor?

A.  I didn't receive them from the vendor, so I wasn't able to complete it.

Q.  Is that a no?

A.  I mean, it is me telling you I didn't receive that form at all to be able to complete it.

Q.  It is just a yes or no question.  I am looking for a yes or a no.

A.  It is not a yes or no question. Because you are asking me if I completed a form that I hadn't received.  And I have to tell you I didn't receive that form, to give a complete answer.

Q.  Do you see that this Order within 21 days ordered you to provide complete and accurate written answers to Plaintiffs' First



Page 347

Set of Interrogatories?

A. Yes.

Q. Did you do that?

A. No, I did not do that. But, like I said again, I hadn't received this for sure. I mean, this is saying that -- see Order of June 21, 2019. Is that one of these, June 21 -- I don't even know which one that would be.

But, no, I didn't -- I didn't -- like I said, again, this is another certification or form that I had never received.

Q. If I refer to Exhibit 11, you know which e-mail that is, right?

A. Umm, which what?

Q. Which e-mail Exhibit 11 is?

A. Yes, I know --

Q. That is July 1, 2019, from Mr. Bloch?

A. Correct.

Q. That e-mail attached the certification form, right?

A. Right. That is the one I hadn't -- that the Judge thought I was looking at, that I wasn't looking at this.

Q. That e-mail also attached Plaintiffs' First Set of Interrogatories, right?



A.   I -- yes, I guess so.

Q.   This Order from Judge Hoppe dated July 3, 2019 also ordered you within 21 days to provide complete and accurate written responses to the Plaintiffs' Request for Production of Documents, right?

A.   Yes.

Q.   Within 21 days?

A.   Correct.

Q.   Did you do that?

A.   I didn't receive the -- whatever this is called, the discovery vendors -- the Order, the production of documents.  I didn't have that.

Q.   You had not received the Request for Production of Documents?

A.   No.  It was on the Exhibit 11, which we have already talked about.  I hadn't realized was the form everyone was talking about.

Q.   So, you would agree that Exhibit 11 included all of the forms that are discussed in this Order, right?

A.   Yeah, that is what it looks like.

Q.   But you had not read the e-mail at Exhibit 11?



Page 349

A.  I didn't realize that it was talking about the same thing, because the Judge and I -- the Judge was talking about one form, and I was talking about another.  And I didn't realize that.

Q.  That wasn't my question.  Did you read the e-mail Mr. Bloch sent you July 1, 2019?

A.  I am unsure if I read that e-mail or not.  There was multiple e-mails that day.  I am assuming I read that one.  But there was a bunch of them that day.  The day before the phone call I got probably six or seven e-mails related to the case.

Q.  You are assuming that you read the e-mail that Mr. Bloch sent you on July 1?

A.  Correct.  But I don't -- I didn't know what those attachments were.  Whatever is on there, I didn't know what they were.

Q.  Did you read the attachments?

A.  No, because it was the day before that phone call, and this is when the Judge asked me, are you looking through this -- are you looking through the page.  I said yes, because I was looking through a totally different one.

Q.  So, you did not read the attachments?



Page 350

A.   Sure.

Q.   But you assumed you read the e-mail?

A.   Yes.

Q.   Earlier I asked you about whether you had received e-mails regarding your discovery obligations in this case from Plaintiffs' counsel.

Do you remember that?

A.   Yeah.

Q.   Do you remember saying that you had not received e-mails in this case from someone named Jessica Phillips?

A.   I remember saying I didn't remember who that was.  That name doesn't ring a bell still.

Q.   So, you have not received e-mails in this case from someone named Jessica Phillips?

A.   Not that I remember.  I don't know -- I don't know who Jessica Phillips is.

Q.   You have not received a voicemail from Jessica Phillips?

A.   Umm, that might be the -- I know there this is a woman who calls and gives the phone number -- or the -- the conference call phone number.  That's -- that might be her.  I don't



Page 351

know.

Q. Have you received voicemails from a female attorney for Plaintiffs?

A. Umm, maybe. I am not sure. I don't think so. I don't think I ever -- I don't think I remember getting phone calls from you, from your legal team. I think all the calls I have been getting are from the Court, I think.

Q. You haven't gotten any calls from Plaintiffs' counsel?

A. I don't believe so.

Q. You haven't got any calls from Mr. Bloch?

A. Umm, I don't believe so, no.

Q. You haven't gotten any voicemails from Plaintiffs' counsel?

A. I don't think so. I think all the calls I have gotten are from Court -- the Court. But, I mean, I'd have to check.

(Exhibit 28, 7/1/2019 & 7/15/2019 e-mail exchange, marked for identification.)

BY MR. BARKAI:

Q. You are being handed Exhibit 28.

Does this look familiar?

A. No, I have not seen this one.



Page 352

Q.   You have not received this e-mail?

A.   I have not read this e-mail, no.

Q.   Was this sent to

Eli.F.Mosley@Gmail.com?

A.   Yes, but this doesn't look familiar.

Q.   Is that the right e-mail address?

A.   Yes.

Q.   So, this e-mail came to your inbox?

A.   Yes.  It says it did, but I have to
check my inbox.

Q.   You didn't read it?

A.   No, I don't believe I got this e-mail.
I should actually say I don't believe I read
this e-mail.  Because this is -- July 21.  This
is -- this is from before the phone call.  So, I
don't even -- like I said, I don't recognize
this e-mail.

Q.   This e-mail is dated July 15, 2019,
right?

A.   Yes.  But I was looking at the other
page, which is talking about something --
talking about June 21.  Never mind.

Umm, this might be -- I don't want to
say that, because I don't know if that is
necessarily true.  I don't know if it was this


MAGNA
LEGAL SERVICES

Page 353

one I was looking at or what.  I had a bunch of e-mails on July 1, the day before the phone call.  Like I said, six or seven of them related to the case.  So, I don't -- I probably read through this, but I don't recognize it.

Q.  This e-mail is dated July 15, 2019, right?

A.  The first -- the -- the top one is.  But the other one is July 1.  But the July 15 one, yes, I see that.

Q.  Did you receive this e-mail?

A.  This is one that I think I probably read on that August 1, or whatever, when I went back through to read it -- to re-sign the DocuSign document.

Q.  You read this e-mail on August 1?

A.  I believe so.

Q.  Why didn't you read this e-mails on July 15?

A.  I didn't have a chance to check the e-mail.  On July 15 I was traveling to house-sit for somebody.

Q.  So, was it even correct earlier when you said that you had not received an e-mail in this case from Jessica Phillips?



Page 354

A.  I -- I recognize -- I don't recognize the name at all.  But, yeah, I mean, I see someone named Jessica Phillips sent me something.  I just didn't recognize the name.

Q.  Who were you house-sitting for on July 15?

A.  My cousin.

Q.  What is your cousin's name?

A.  Aaron Ward.

Q.  Aaron Ward?

A.  Yeah.

Q.  Where does he live?

A.  Macungie.

Q.  What is Macungie?

A.  It is a town called Macungie.

Q.  How long were you house-sitting for?

A.  Like, a week-and-a-half, two weeks.

Q.  What is his address?

A.  I don't know off the top of my head.

Q.  You don't know the address where you were house-sitting for a week-and-a-half or two weeks?

A.  No, because I didn't leave the house. I was basically watching the dogs.

Q.  Did you receive any calls or e-mails



Page 355

regarding a conference call tomorrow, August 8?

A.   Yes.

Q.   Who called you or e-mailed you?

A.   Umm, I don't know.  I have a voicemail I just checked that was done this morning while we were in here.  And I haven't checked the e-mail.

Q.   You have one voicemail?

A.   I have a voicemail, and then -- I saw I had an e-mail.  I just haven't looked at it yet.

Q.   Who is the e-mail from?

A.   I -- I have no idea.  Umm, umm, it is from -- there is no way that is right.

Q.   What are you doing right now?

A.   Like, the last -- the last e-mail I have, it says, is from 6/11.  But that is not --

Q.   On your phone -- the last e-mail on your phone --

A.   This is obviously wrong.  Like, 6/11 is not the earliest e-mail I have.

Q.   What is --

A.   Do you see what I am saying?

Q.   The earliest e-mail on your phone is from June 11?



Page 356

A. It is trying -- that is what I am saying. It is trying to set -- I have already received that e-mail. I have seen it. But I am saying the newest one it is showing is wrong.

So, I don't know who sent me the newest e-mail.

Q. The newest e-mail on your phone is from June 11?

A. No. What I am saying is that right now, when I looked at it, it is showing June 11. Earlier when we took our break, when I was going through, I saw I had two missed -- I had new e-mails from today.

Q. You had two e-mails from today?

A. The other one might have been from yesterday. But definitely one from today.

Q. Who sent you the e-mails from today or yesterday?

A. I don't know. I didn't get to look at them yet. I definitely have a phone call from somebody telling me, umm, the code for the conference call tomorrow.

Q. You said just now in your testimony that the earliest e-mail on your phone right now is June 11. You also said that the latest



Page 357

e-mail on your phone is June 11.

          Could you please clarify?

          A.   Right now when I am going onto my phone, it is showing June 11 is the newest e-mail I have.  However, earlier when we took a break I had seen what e-mails I received today and it showed I received e-mails today.  So, there is something wrong with the phone.

          Q.   You can't see those e-mails now?

          A.   The ones from today are not showing up, no.  I mean, we have documents here that are from later date than 6/11.  So, I mean, and you can see it.  I am not -- you can see 6/11 is the latest.  It is not letting me -- you see this?  It is not --

          Q.   Did your phone just ask you to enter the password for Eli.F.Mosley@Gmail.com?

          A.   Yes.  That is the same thing it does for the, umm -- the same thing it does for the Identity Evropa account as well.

          Q.   Are you not logged into your Gmail account?

          A.   I am definitely logged into the Gmail account.  I just sent the e-mail to you guys from it.



Page 358

Q.  You sent an e-mail to us from DeplorableTruth@Gmail.com.

A.  Did I?  Maybe I have to re-sign into Eli F. Mosley.  I definitely received an e-mail earlier today.

Q.  Are you not logged into your Eli.F.Mosley@Gmail.com account on your phone right now?

A.  I believe I am.  I mean, I am able to go into my inbox.  Why wouldn't -- how would I be able to go to the inbox if I wasn't logged in?

Q.  The last e-mail in your Eli.F.Mosley@Gmail.com inbox appearing on your phone is from June 11, right?

A.  Yeah.

Q.  Do e-mails just disappear from your phone periodically?

A.  I mean, that is strange.  I don't know what's going on with it.  Like I said, earlier I had a pop-up that an e-mail showed up.

Q.  My question was, do e-mails just disappear from your phone periodically?

A.  No.

Q.  Do texts disappear from your phone



periodically?

A. No.

Q. What is the oldest Eli.F.Mosley@Gmail.com e-mail on your -- in your inbox?

A. 9/21/18.

Q. So, right now your Gmail --

A. That it is showing. I don't know -- maybe it is -- maybe it goes back further. I don't know.

Q. So, on your phone right now your Eli.F.Mosley@Gmail.com e-mail address displays e-mails from September 21, 2018 to June 11, 2019, right?

A. Correct. But I am pretty sure I had the account before that, and I have obviously gotten e-mails after that.

Q. You are pretty sure you had the account before that?

A. Yeah, I am pretty sure I had the account before that. Probably 2017. Like I said, it just might be what the phone is displaying right now.

Q. But you -- your password needs to be entered into your phone right now?



Page 360

A.  I just entered it again.  It kicked me right back out.

Q.  You entered your password and it kicked you out?

A.  Well, when I entered the password, it asked for the Identity Evropa e-mail password.  That is what I told you before, when they wrote me out of Identity Evropa e-mail, service, it messed with the e-mail on my phone.

Q.  After you entered your password for your Eli.F.Mosley@Gmail.com account, did the rest of the e-mails for that account show up?

A.  No.  A pop-up came up, said sign into Eli.Mosley@IdentityEvropa.com.  And I can't.  If I hit sign in or yes, it says this account doesn't exist and takes me right back to where I was.

Q.  You did enter your password for your Gmail account, right?

A.  Correct.  And the next question it asked me was the account information for the Identity Evropa e-mail, which I no longer can get into.

Q.  Your e-mails for your Gmail account are still stopped at June 11?


MAGNA
LEGAL SERVICES

Page 361

A.   Yeah.  But I have been receiving all these other things.  So, like I said, I don't know what is going on with it.  Maybe when I get my -- you know, my new phone, when I activate my new phone, it'll fix it, or whatever.

Q.   How have you been receiving them?

A.   I am receiving them on that phone, is what I am telling you.

Q.   Where are they now then?

A.   I don't know.  I don't understand what is going on with the phone.

Q.   They just disappeared?

A.   It is clearly a broken phone.  It is clearly, like, a messed up phone.

Q.   It is a messed up phone?

A.   I mean, the phone I have already explained to you guys has had issues.

Q.   It has had issues, right?

A.   Yeah.  But it hasn't lost any, like, data or anything like that.  It is still full.

Q.   But the e-mails are not showing up right now, right?

A.   No.  But I know I have those e-mails. Because, like I said, I have received them before.  I have looked at them on that phone.



Page 362

Q.  You have looked at them on your phone?

A.  Yes.

Q.  And since then, now they are not able to be viewed?

A.  No, but I am sure they are still in the inbox.  It is not like I went through -- I didn't go through and delete the e-mails, or whatever.

(Exhibit 29, 8/6/2019 e-mail exchange, marked for identification.)

BY MR. BARKAI:

Q.  You are being handed a document marked Exhibit 29.  Now, you had testified earlier that you had received some e-mails and voicemails regarding a court hearing tomorrow, right?

A.  Yes.

Q.  You couldn't remember who sent them to you?

A.  Correct.

Q.  And you couldn't remember how many you received?

A.  No.

Q.  And when you looked for them on your phone, you couldn't find them, right?

A.  The voicemails?  No, I have it.



Page 363

Q.  Also e-mails?

A.  Well, right now my phone is not showing any e-mails.  But, like, this is from August 6, so it is not showing for whatever reason.  I can see the voicemail on my phone.

Q.  Do your voicemails get sent to your e-mails?

A.  No.

Q.  Excuse me, do your voicemails get sent to your e-mail address?

A.  No.

Q.  They are just accessible through your phone?

A.  Correct.

Q.  Do you recognize the e-mails in this exhibit?

A.  29, yes.

Q.  Correct.  You do recognize these?

A.  Yes.

Q.  What are they?

A.  They are e-mails asking me what time and day I can do this -- I can do the next call.

Q.  Did you receive this e-mail from KarenD@vawd.uscourts.gov on August 22, 2019, at 12:24 p.m.?



Page 364

A.  Yes.  That is not when I read it.  I read it little bit after that.  But, yes.

Q.  You did receive it?

A.  Yes.

Q.  Do you see when Miss Dotson asks, what time works best for you and I'll get the call set up?

A.  Uh, yes.

Q.  Did you respond to her?

A.  Umm, I don't know if I did or not.  But I think -- no, I don't think I responded to her.  But I definitely seen this e-mail.

I think by the time I saw this -- yes, that's what it is.  The next e-mail is three days later, and I didn't see that e-mail until she had already sent back that'll take place at 3:30.  So, by that time I didn't respond to her, because I didn't realize -- or I -- you know, the time was already set and that is a fine time for me.

Q.  You did not respond to Mrs. Dotson's e-mail because you didn't see it until August 5, 2019 when Mr. Bloch sent the e-mail?

A.  Correct.

Q.  Do you see where Mr. Bloch told Miss



Page 365

Dotson, we reached out to Mr. Kline on Friday regarding this conference call, we have not received any response?

A.  Yes, I see that.

Q.  Is that wrong?

A.  I mean, I guess.  I -- I don't know who we would be.  The only person that called me or that would have called me would be -- I guess that is from you guys.  But I don't know -- is it 929 is the number up there?  I don't -- I don't recognize anyone calling me from that number.

Q.  You have not received a phone call --

A.  The only --

Q.  -- from a number beginning 929; is that right?

A.  No.  The numbers that I am receiving -- the calls I am receiving from are -- are 540 numbers, which are Virginia.

Q.  What about an e-mail from Mr. Bloch?  Did you receive an e-mail from Mr. Bloch?

A.  Yeah.  But it was after they had already confirmed the time and date.

Q.  It was this e-mail here?

A.  Yes.



MAGNA
LEGAL SERVICES

Page 366

Q.  You did not receive an e-mail before this e-mail about the time and date of this conference?

A.  I didn't see it, no.

Q.  You didn't see it?

A.  No.  I mean, like I said, they sent this to me August 2.  I must have checked my e-mail on the fifth.  And when I -- they had already approved the time.  So, I was okay.

Q.  Did you not see an e-mail from Mr. Bloch because your phone does not have any messages on it after June 11?

A.  No, I don't think so.  Because, like I said, I had opened that up today earlier and it was -- it was working.  It was showing the e-mails I was getting today and yesterday.

MR. BARKAI:  Let's take a break.

THE WITNESS:  Okay.

MR. BARKAI:  We'll go off the record for a few minutes.

THE VIDEOGRAPHER:  Time is 4:54 p.m., we are going off the video record.

(Recess was taken.)

THE VIDEOGRAPHER:  The time is now 5:04 p.m., we are back on the video record.



Page 367

(Exhibit 30, text messages, marked for identification.)

BY MR. BARKAI:

Q.  Mr. Kline, you are being handed a document that is being marked Exhibit 30.

Do you recognize this document?

A.  No -- there are messages.  I don't know who they are between.

Q.  Do you see at the very top of Page 1, Eli Mosley +1 (610) 406-2229 at the very top of Page 1?

A.  Yes.

Q.  Is that your phone number?

A.  Yes.

Q.  Is that your alias that you have used in the past?

A.  Yes.

Q.  Are these your text messages?

A.  Yes.  I assume so, yes.

Q.  These are your text messages?

A.  Yes.

Q.  Were these text messages with Erika Alduino, to your recollection?

A.  Yeah.  I mean, I don't know who these -- I have to read through all these to see who



Page 368

they are with.  But it is kind of formatted strangely.

I mean, this is me, right?  And this is somebody else.  I don't know who this is.  And this is Erika, and this is me, this is Erika.  And who is this?  Do we know who this is?

Q.  Do you see at the bottom of Page 1 the question, Jason, is that your 434 number?

A.  Oh, okay.  This is a group text.  Okay.  That makes more sense.  Okay, yes.

Q.  Does that refresh your recollection that this was a conversation that you had over text with Erika Alduino --

A.  Yes.

Q.  -- and Jason Kessler?

A.  Yes.

Q.  Do you see on Page 1 where you said please just trust me -- this is the top of Page 1 -- please just trust me that I am taking care of everything that needs to be done.  We have two months and don't need to rush this.  I am doing this full time and can handle it.

A.  Yeah, I see that.

Q.  What did you mean, I am doing this



Page 369

full-time?

A.  Umm, well, two things.  First of all, did you un-mute the phone for those guys?  And isn't this supposed to be about the discovery stuff?  And this seems more about the case.

Q.  The phone is not muted.  As I said at the outset, even if there are objections, you are still required to answer my questions.

A.  Okay.  So, what was your question again?

Q.  The question was, what did you mean when you told Jason Kessler and Erika Alduino, I am doing this full-time and can handle it?

A.  I didn't have a job at the time, so I was trying to get as much stuff organized as I possibly could.

Q.  Was organizing Unite the Right a full-time job for you?

A.  I mean, not hours or pay, no.  But that is what I was doing.

Q.  It was the only thing you were doing?

A.  Yes.

Q.  On Page 2 of this text message conversation, do you see where you told Erika Alduino and Jason Kessler, I am putting together



Page 370

this document now and will send it to you guys after it is done?

A.   Yes.

Q.   Does that refer to the same operational document of which we have seen copies before?

A.   I imagine so.  I mean, I don't know for sure.  But I imagine that is what it is. Because there is no other types of documents I put together.

Q.   Did you send planning documents to Jason Kessler and Erika Alduino?

A.   Both on Discord, yes.

Q.   You send them --

A.   The copy paste, or the -- I'm sorry, the link for G -- like, Google docs, or whatever.

Q.   You sent the link via Discord?

A.   Yes.

Q.   Did you share the documents with anyone else?

A.   After it was done -- I mean, I don't know which one they are talking about here.  But usually when I was done sending it to those guys, then we would post it on the Discord.  So,



Page 371

like, everyone can see it, or whatever.

Q. How many versions of that document existed?

A. Like I said, it was kind of, like, a living document. So, there is no really way to say, like, if something changed day-to-day. I would edit it. Then once a week I would send it to these guys, make sure they knew what was going on.

Q. You sent the documents to Mr. Kessler and Miss Alduino once a week?

A. Uh, I mean, not -- sometimes it was every other week, depending on how close it was to the event, or every three weeks, or whatever it was.

Q. Did you send the documents to other people?

A. It was post -- whenever there was a document, it was posted on Discord.

Q. Did you send the documents to other people also approximately once a week or once every other week?

A. It is -- like I said, at the beginning when we first started planning it, it was maybe once every three weeks. Then towards -- closer


MAGNA
LEGAL SERVICES

Page 372

we got to the day of the event, it was, like,
every week, you know, or every couple days --
every couple days I would send one out.

Every time I had one, I would post it
on Discord.

Q.  You have in front of you Exhibit 7,
right?  Exhibit 7 is a --

A.  Oh, yeah.

Q.  -- is what we have discussed before as
the planning document?

A.  Yes.  This is one version.

Q.  This is one version?

A.  Yeah.  Like I said, it was a living
document that kept going.  This is one of the
earlier versions.  This might be the version
from what they are talking about here.  Umm, I
don't know what the date is on this though.

Q.  Do you see on Page 1 of this document
that the date is June 11, 2017?

A.  Yeah, okay.  Perfect.  This is June
11, and this one is June 7.  So, yeah, that
makes sense.

Q.  On Page 4 of this document, do you see
the sentence --

A.  Which one?



Page 373

Q.  Page 4 of Exhibit 7, about halfway down the page.  This report states there will be two different reports like this every week leading up to the event where it will switch to every day.

A.  That ended up being not accurate. That was the original intention.  But we didn't need to send that out as often as that.

Q.  But you still sent it out frequently; is that right?

A.  Yes.  Like I said, just like this says, the closer we got to the event, the more frequent I sent them out.

Q.  And this document states the first version will be for leadership and Alt-Right groups.  The second version will be for the general attendees and Alt-Right/New Right groups?

A.  Yes.

Q.  So, there were two versions?

A.  Again, that was something that was originally planned.  But the -- I mean, this was, what, like, two months before the event. There ended up only ever being one version.

Q.  There ended up only ever being one?



Page 374

A.   Yes.

Q.   But on different dates you created other versions, right?

A.   Umm, yes.  So, there is -- there is one of these -- like, there is one in here for 6/11.  There is another one that got posted probably two or three weeks after this.  It was posted in Discord.

Q.   Were there two versions on June 11?

A.   No, no.

Q.   Only one version on June 11?

A.   Yeah, I don't think I ever did two versions, if I remember correctly.  If I did, again, both versions would be posted, right. So, one of the channels in the Discord was leadership, where only leaders had access to, I guess.  And it would have been posted there for, like, a leadership one, if I did that.  But I don't think I ever did that.  I think I -- originally that was the plan, but we ended up not doing that.

Q.   You stated you created a living document that you edited on an ongoing basis, right?

A.   Mm-hmm.



Page 375

Q.  Did you have multiple living documents?

A.  No.  It was just one -- it was literally just one -- one document the whole time.

Q.  Do you see at the top of this document on all pages it states, this version of the document is to only be shared by and with group leaders.  Do not share with other attendees.  Another version will be released for them?

A.  Yes.  This is something on this one, like I said, on the earlier version, these versions, that was the intention, umm, was to have multiple versions.  We ended up -- I don't think doing that anymore.

MR. BARKAI:  Let's go off the record just for a moment.

THE VIDEOGRAPHER:  The time is 5:12 p.m., we are going off the video record.

(A discussion off of the record took place.)

THE VIDEOGRAPHER:  The time is now 5:13 p.m., we are back on the video record.

BY MR. BARKAI:

Q.  Mr. Kline, you described that the



Page 376

intent was to have multiple versions on a given date, but you ended up with only one version on each given date; is that right?

A. Yeah, I believe. Yes, yes. That's how I believe we went through that. But like I said, if it ended up changing, and we -- or if I ended up doing two versions, they would be both on Discord.

Q. All versions of this document would be on Discord?

A. Yes. Every iteration of this document would be on Discord, on the server.

Q. Would the document be anywhere else?

A. No.

Q. You created this document on your phone?

A. Yes.

Q. Only ever on your phone?

A. Yes.

Q. You never used any -- any other device to make this document?

A. No.

(Exhibit 31, Discord messages from Eli Mosley in Charlottesville, marked for identification.)



Page 377

BY MR. BARKAI:

Q.   You are being handed a document that's been marked Exhibit 31.

Do you recognize what this is?

A.   One second.  I guess these are Discord excerpts.

Q.   Do you see messages here under the -- under the name Eli Mosley?

A.   Yes.

Q.   Do you recognize those messages as yours?

A.   Yes.

Q.   Could you please turn to Page 6?

A.   They are not labeled.  Is it this one? I think it is the same.  Okay.

Q.   Do you see a message on that page from Eli Mosley?

A.   Yes.

Q.   Is this a message that you posted?

A.   Yeah.

Q.   Does this appear to be accurate?

A.   Yes.

Q.   Do you see that you asked for one representative from each group to jump on a meeting?



Page 378

A.  Yes.

Q.  Did that meeting occur?

A.  Umm, yes.

Q.  Were there other meetings that occurred?

A.  It was a Discord conference call.  You can do kind of, like, conference calls within Discord.

Q.  How frequently did Discord conference calls occur?

A.  Probably once a week.

Q.  Did you organize those meetings?

A.  Umm, yeah, generally.

Q.  Did you lead those meetings?

A.  Umm, me or Jason.

Q.  Those were audio meetings?

A.  Correct.

Q.  Was there any text component to those meetings?

A.  No.

Q.  Was there any recording made of those meetings?

A.  No.

Q.  Did anyone take notes from those meetings?



Page 379

A.   No.

Q.   How do you know?

A.   I mean, unless they took them themselves.  But not -- I didn't have anyone take notes, or anything like that.

Q.   You have never seen any notes from any of these meetings?

A.   I don't believe so.

Q.   Was there ever an agenda made for one of these meetings?

A.   Umm, no, I don't think so.

Q.   Were there ever any summaries made of these meetings after the meetings occurred?

A.   No, I don't think so.

Q.   Have you ever seen any document regarding one of these meetings, other than a chat on Discord?

A.   Umm, just the -- the, umm, planning documents.  I kind of just -- we had the planning document, I would post it, and we would just go over what was going on.  So --

Q.   So, you would post the planning documents that we have been looking at, then there would be a meeting regarding the planning documents?



Page 380

A.  Yeah.  Just going over them, yes.
Updating what was going on.

Q.  Do you see on the next page, Page 7 of
this document where you stated, I currently have
65 DMs from the past two days, I am working
through them tonight?

A.  Yes.

Q.  Are DMs direct messages?

A.  Yes.

Q.  Did you send direct messages on
Discord?

A.  Yes.  That is referring to Discord
messages.

Q.  DM means Discord message?

A.  It means direct message, Discord
message.  They are private messages sent on
Discord.

Q.  Did you ever delete a Discord message?

A.  No.

Q.  Did you ever save any of these
messages elsewhere?

A.  No.

Q.  Are you familiar with a list of high
value targets?  Does that sound familiar to you?

A.  Umm, something like that sounds



Page 381

familiar, yeah.

Q.  What is it?

MR. DiNUCCI:  Objection for the reasons stated before.

THE COURT REPORTER:  Objection --

MR. BLOCH:  For the reasons stated before.

THE COURT REPORTER:  Thank you.

THE WITNESS:  Yeah, I don't -- was that in the planning document?  I think that was in the planning document.  And somebody -- whoever I had edit it changed it to that.  Originally it was, I think, like, people to look out for, something like that.  Something stupid.  And they changed it to that.

BY MR. BARKAI:

Q.  Who was the person who edited that document?

A.  I don't remember who it was.  Whoever it was was someone -- it was whoever I was -- it would be on Discord, where I sent the link, then they put it into a Word document and posted it.

Q.  You don't remember who edited the document?

A.  No.


MAGNA
LEGAL SERVICES

Page 382

Q.  You don't remember if it was Mr. Kessler?

A.  No.  I don't know if it was Kessler or not.  That is something he would put.

Q.  You don't know who put in the phrase high value targets?

A.  No.  But it was in -- I think it is on the original or the newest version of the last version of the rally thing, of the planning document.  Umm, all they are people to watch out for.

I mean, it clearly says in the document, multiple times in these messages as well, Discord, that I was one of the people trying to steer clear of any potential violence that day.

(Exhibit 32, 8/1/2017 Operation Unite the Right Charlottesville 2.0, marked for identification.)

BY MR. BARKAI:

Q.  This, Mr. Kline, is a document that's been marked Exhibit 32.

If you could please -- first of all, do you recognize this document?

A.  Yes.



MAGNA
LEGAL SERVICES

Page 383

Q.  What is it?

A.  This is one of the versions of the planning document.

Q.  Is this version of the planning document dated August 1, 2017?

A.  Yes.

Q.  What is OPORD?

A.  Like an op word, something that you would -- explaining, like, what we are doing, or whatever, like, in more detail.  Most of these before were not as detailed as this one.

Q.  Does OPORD stand for something?

A.  Operational order, I think.

Q.  Could you turn to Page 2 of this operational order?

A.  Yes.

Q.  Do you see under the heading enemies/counter protestors --

A.  Yeah.  Again --

Q.  -- the sentence, on Thursday, 10th of August, we will release a list of high value targets through the chain of command of our security team identifying members of both groups opposed to the rally.

Do you see that?



Page 384

A.   Yes.

Q.   Did you end up releasing a list of high value targets?

A.   I don't know why it is worded like that, because that is definitely not something I would have used to describe it.  But, umm, if I did, it would have been in the -- the planning document, the final planning document.

This doesn't look like it is the final planning document.  But essentially it was just a list of people that we knew were coming, who had previously threatened.  Also, we sent that same list to the police explaining that list to the police saying, hey, these are people who we have -- that threatened our -- the rally with social media posts of them saying things like we are going to go and shoot this person or hurt this person.  People that were there to attend the rally.

So, we shared that list, same list, with the police.

Q.   You created a list that you shared with the police?

A.   Yes.  It is the same list they are talking about.  I didn't call it high value



Page 385

target.  I don't know why it was edited that way.

But, umm, that list, that word they are referencing, is a list of people, dangerous people, we sent to the police as well.  So, the police had this list as well.

Q.  You made that list, right?

A.  It was me and a couple -- there was multiple people that worked on that list.

Q.  How did you share that list with the police?

A.  Umm, I don't remember.  I just know we sent it to them.  I don't remember how we sent it.  I don't know if it was by e-mail.  I don't even know if it was me who sent it.  I just know we sent it.

It might have been, umm, one of the guys from League of the South.  I don't really remember who it was.  I just know that we definitely sent that list of people who were threatening the rally to the police.

Q.  You know you definitely sent a list of people to the police, but you don't remember --

A.  I don't remember who.

Q.  -- whether you sent it?



Page 386

A.   No.   Because at that point what we did is a lot of the groups had taken over their -- so, you know, the groups were sent, okay, you are going to be in this order, or whatever.  Now you take care of your own thing, your own transportation, or whatever it was.  A lot of the groups did -- a lot of them were doing it themselves.

        But the -- the collection of people threatening the whole rally, or whatever, was many, many people and putting -- putting it into some -- one person put it together.  I just don't know who sent it in.

Q.   It was a list of many, many people, right?

A.   I would say probably 20 people, yeah. 25 people that were threatening the rally.

Q.   Did you work on that list on a computer?

A.   No.

Q.   Did you work on that list on a phone?

A.   I didn't work on -- all I did was -- I looked through the list.  I didn't actually put together the list.

Q.   When you -- when you looked through



Page 387

the list, how did you look through the list?

    A.   It was on a Google doc, and I just skimmed through it.  I just scrolled through and I saw, oh, I know this person, oh, I know that person.

    Q.   Who shared the Google doc with you?

    A.   Umm, I might have put it together and posted it in one of the channels and said, hey, if you see people threatening the rally, post the information here and we'll get it to the police.

    Q.   You might have put together the Google doc?

    A.   I think I just posted the Google doc and people put it -- it was, like, a public Google doc.  You know what I mean?  I think that is how I made it.

    Q.   And how did you --

    A.   Or how I -- I shared it, or whatever got done.

    Q.   How did you post the Google doc?  With what device?

    A.   On my phone.

    Q.   You don't remember who sent that to the police?



Page 388

A.  No.  Like I said, I am not entirely sure, but I want to say it was somebody from League of the South, maybe, that was talking to the police about that.  But I don't remember who it was that ended up being the person that handed it off to the police.

There was a lot of other stuff.  That was just one of the things.

Q.  But you are not able to testify definitively that it was not you, right?  You thought you might have been the person who sent it?

A.  It might have been me, it might have been somebody else.  But all I know is that -- I did not send it to the police.  I know that.  I know I did not -- I wasn't the one who sent it to the police.  I know that.

But as far as putting the list together, it was either me making a Google doc and throwing it in a chat and people just making it -- kind of, like, a lot of people together making it, or some -- one person taking it upon themselves to put it together.  I just don't remember how it was done.

Q.  Mr. Kline, you testified earlier that



Page 389

you only had one phone in 2017, right?

A.   2017.   Yeah, I think 2018 is when I got the Walmart phone.   I think it was 2018 when I got that.

Q.   The -- so, yes, you had one phone in 2017?

A.   Correct.

Q.   That phone you had in 2017 was your personal phone, right?

A.   Correct.

Q.   It was your iPhone, right?

A.   Correct.

Q.   It was your iPhone with the 610 number, right?

A.   Yes.

Q.   That is the number that you have here with you now?

A.   Correct.

Q.   Mr. Kline, isn't it true that you had three phones in 2017?

A.   I don't believe so.

Q.   You had one phone for work in 2017?

A.   I am not sure I am following the question.

Q.   Isn't it true that you had one phone



Page 390

for work in 2017, and one for personal in 2017, and one for the Alt-Right?

A. I am not sure. I don't think that is accurate. I think I only ever had this phone. I had a work phone before I got fired from my job, but it wasn't a cell phone. It was just my phone at work, my extension.

Q. So, is it your testimony, Mr. Kline, that you did not have, in 2017, one phone for work, one phone for personal matters, and one phone for the Alt-Right matters?

A. I don't think that is accurate, no.

(Exhibit 33, 3/31/2017 Discord chat, marked for identification.)

BY MR. BARKAI:

Q. You have been handed a document marked Exhibit 33.

Do you see that?

A. Yes. I just don't know what I am looking at.

Q. Those are Discord chats, right?

A. Yeah. I mean, I guess.

Q. On the top of Page 1, do you see a row with the date March 31, 2017 at 6:37 p.m.?

A. Yes. But --



Page 391

Q.  Do you see --

A.  Go ahead.

Q.  Do you see the username Eli Mosley #5269?

A.  Yes.

Q.  That is your Discord username, right?

A.  Yes.

Q.  Do you see the message, you should get a separate phone for Alt-Right stuff, then arm it with a kill password to go off between noon and 1:00 p.m.  I activate it before I go out and do things.

A.  Yeah, I don't -- I mean, that was -- I mean, that was a lie.  I lied to them on Discord.  That is not true.

Q.  You made that statement on Discord, right?

A.  Correct.  I mean, I am saying this on Discord to somebody.  I don't -- I don't even know how to -- I don't even know how to do that on my phone.

Q.  You agree that you said that on Discord, right?

A.  I did say that on Discord.  But that is not something I actually did.


MAGNA
LEGAL SERVICES

Page 392

Q.  But you are saying -- you agree that you said that on Discord.  But when you said it, it was a lie; is that correct?

A.  Correct.

Q.  Can you turn to Page 2 of that exhibit, please?

Why did you lie on Discord in the message we were looking at on Page 1 --

A.  I don't know the -- I don't know the -- I could have been joking.  There is no -- I have no way of knowing, because there is nothing before this.  I have to see it in context.

Q.  You previously said it was a lie, right?

A.  I mean, it could have been a joke, could have been a lie.  I don't know.  I don't have the context of it.  It starts with that.

Q.  You don't know if it was a lie or a joke?

A.  I mean, yeah.  Like, it could have been a joke, like, before this.  I just have no idea.  This is just an out-of-context thing.

Q.  Do you mind handing that back just for a moment?  Thank you.

A.  Which one?  This?


MAGNA
LEGAL SERVICES

Page 393

Q.   The whole document, please.   The exhibit.   Thank you.

Thank you.   On Page 2 of that exhibit in front of you --

A.   Yes.

Q.   -- do you see a message from you, from your Discord user account, where you state, I have three phones?

A.   Wait.   Yeah, I see it.   I see it.

Yeah, I definitely don't have three phones.

Q.   You made that statement on Discord, right?

A.   Correct.

Q.   And you made that statement, I have three phones, on March 31, 2017 at 6:38 p.m. right?

A.   Correct.   I certainly do not have three phones though.   I never have.   The only two phones I have had has been the iPhone and the Walmart one.

Q.   Looking further down on that same page, do you see a message March 31, 2017 at 6:38 p.m.?

A.   When?



MAGNA

LEGAL SERVICES

Page 394

Q. 6:38 p.m.

A. Yes, I see.

Q. From Eli Mosley.

A. Which one? There is -- yeah, the PC one? That is not a huge deal. That one?

Q. Do you see a message on March 31, 2017 from Eli Mosley stating one for work, one for personal shit, and one for the Alt-Right?

A. Yeah, I see that. But, like I said, I did not have multiple phones.

Q. Did you make that statement on Discord? Did you write that?

A. Yeah. I mean, I did -- I mean, I said I have three phones, right. And I said that one for each thing. But I don't know -- I definitely didn't have three phones. I never had three phones. I don't know why I would say that. I don't know if it was -- if I was joking.

The guys that were in this chat -- I don't know who deleted user, Unlimited Power, is. But Gray and Wyatt, or whatever, I know we -- we would constantly joke about stuff. I don't know if that is what this is or not.

Q. Why would you say on Discord that you



Page 395

had three phones if it wasn't true?

A. Like I said, I don't know -- I don't know the context of these -- this conversation. So, it could be that we were joking about something. I don't know.

I definitely didn't have three phones though. The only two phones I have ever had -- I mean, the 610 number I have had since, like, seventh grade. And, like, it has only been on two different phones. The other phone I got is the, umm, the Walmart one. I definitely don't have three phones.

Q. You testified, Mr. Kline, that you had a computer in 2016, right?

A. In 2016, yes.

Q. And, Mr. Kline, you testified that you left that computer at your parents' place in 2016; is that right?

A. In a storage unit, or whatever. I haven't touched it for awhile.

Q. You stated that you moved to South Carolina with your girlfriend in 2016, right?

A. Umm, it wasn't -- it was -- it was 2017, I think. It was the early part of 2017. I think it was the spring of 2017.



Page 396

Q.   Did you testify that you moved to South Carolina with your girlfriend in late 2016?

A.   I might have -- it might have been 2017, is what I meant.  I think it was 2017 when I moved there.  I would have to -- I don't know the exact dates.  I think it would be 2017 though.  Because late -- maybe it was late 2016 into early 2017.  That would make sense.  Because I was let go from my job in late 2016, I believe.  Which -- and I moved there with her, like, three weeks afterwards.  So, that would actually make sense.  Like, late -- either the beginning of 2017 or late 2016.

Q.   When were you let go from your job?

A.   Umm, I don't know the exact date.  It was late 2016, I think it was.  It was right around Christmas, I think it was.

Q.   Who was your employer at that time?

A.   JC Ehrlich Rentokil.

Q.   And it was after that point that you moved to South Carolina with your girlfriend?

A.   Correct.

Q.   When you moved to South Carolina, you had testified that you did not bring the



Page 397

computer with you, right?

A.  Right.

Q.  And you testified that was because you couldn't store it in the car; is that right?

A.  Yeah.  It is a huge -- it is, like, a huge, old tower.

Q.  So, you did not have a computer in 2017, right?

A.  No.

Q.  You testified that the only computers that you used in 2017 were Richard Spencer's and your girlfriend's neighbor's computer?

A.  Correct.  Just to print stuff off.

Q.  Only those two computers?

A.  Correct.

Q.  You did not have a home PC in 2017, correct?

A.  No, not in 2017, no.  2016, like I said, I had the big tower thing.

Q.  Isn't it true that, in fact, you did have a home PC in 2017?

A.  What do you mean?  I don't understand.

Q.  Isn't it true that you did have a home PC in 2017?

A.  I wasn't even -- I don't understand



Page 398

what you mean.  I had, like, a desktop.  Like, I don't understand.  The desktop I had that I left in Pennsylvania while I went to South Carolina. But I don't understand what you mean.

Q.  Isn't it true that you did have a home PC in 2017?

A.  Yeah, the one that -- the big, giant tower that is at my parents' place.

Q.  Isn't it true that you also had a work computer in 2017?

A.  Not in 2017.  In 2016, before I got fired from my job, yes.  I had a work laptop.

(Exhibit 34, 3/22/2017 Discord chat, marked for identification.)

BY MR. BARKAI:

Q.  You are being given an exhibit that has been marked Exhibit 34.

Do you recognize that, Mr. Kline?

MR. CAMPBELL:  This is just Dave Campbell coming back.  I got disconnected.

BY MR. BARKAI:

Q.  Do you recognize that exhibit, Mr. Kline?

A.  I don't -- is this a Discord message? Is this a Discord message?  Is that what this


MAGNA
LEGAL SERVICES

Page 399

is?

Q.   This is your Discord chat, right?

A.   I mean, I don't know what-- I don't know what I am referencing here.

Q.   But this is your Discord chat, right?

A.   Correct.  But I don't know what I am referencing here.  This is just a single message.

Q.   Do you see, Mr. Kline, on March 22, 2017 at 8:42 p.m. you wrote, quote, an hour after my video came out with the kike and the sign, he commented on it with Echo American, question mark.  I have the screen cap on my home PC, closed quote.

A.   Yeah, I am not sure what that is in reference to.

Q.   Did you write that on Discord?

A.   I mean, it looks like it might be mine.  But it says #Convo.  I don't know what that means.  That is not me.  That is another person.  Like, that is clearly not me.

Q.   You didn't write this message?

A.   No, that is not -- that is not even the way I talked online.  So, that is not me.  That is somebody else named Convo.  I know who



Page 400

that is.  They got a number next to their name.
So, that is not me that said that.  That name
was Convolution, is what we called him.  But
that definitely wasn't me.

Q.  Your testimony is that this was not
you, even though you just testified this was
your Discord chat?

A.  No, I can't tell because the way this
is formatted.  It says my name underneath it,
but that is not me.  It says it right here.  It
says it is from Convo.

Q.  Do you see the beginning of the
message the at sign before Convo #5941?

A.  Yes.

Q.  Do you recognize that as making this
chat on Discord to someone named Convo #5941?

A.  I mean, I guess.  I don't know.  Like
I said, the formatting of this doesn't look like
a Discord message.

Q.  This is your Discord username, right?

A.  @Convo, no.  The one below that, yes,
that is mine.  But, like I said, it is taken
without any context.  So, I don't know what it
is talking about, or what this is in reference
to.


MAGNA
LEGAL SERVICES

Page 401

Q.  Eli Mosley #5269 is your username, right?

A.  Correct.

Q.  Earlier when I asked you if this is your user -- excuse me, earlier when I asked you if this was your Discord chat, you said it was, right?

A.  Well, that was before I really understood what I was looking at, yeah.

(Exhibit 35, 3/22/2017 Discord chat, marked for identification.)

BY MR. BARKAI:

Q.  You are being given an exhibit marked Exhibit 35.

Do you recognize this document?

A.  Yeah.  This is another one that is totally out of the context.  I don't know what it is referencing.

Q.  This is a Discord chat that you made, right?

A.  Umm, I actually I think I know what this one is referencing.

Q.  The question I asked you was, this is a Discord chat you made, right?

A.  Correct.



Page 402

Q.  This was your Discord chat?

A.  Yes.

Q.  You made this message on Discord on March 22, 2017 at 5:02 p.m., right?

A.  Yes.

Q.  And you wrote on Discord, quote -- you wrote, quote, if he comes in and I have to defend myself, all they have to do is look through my computer and I am fucked.  So, not really a good option, closed quote.

A.  Yeah.  So, the only thing I can think of I am referencing there is my computer screen. I had a computer screen that I would -- at my girlfriend's house, we didn't have a TV.  We used a computer screen to watch Netflix and stuff like that on.

But I don't know -- I don't know -- you guys gave me -- are giving these to me with no context.  So, I don't know what they are about, what it is talking about.  It could be talking about something else entirely than what this conversation -- or what this single comment says.

Q.  You did make this statement on Discord in March of 2017, right?



Page 403

A.    Correct.

Q.    And your testimony is that this message has to do with a computer screen?

A.    I don't know, because my -- I can't give a testimony on something when it is literally one sentence.  If you want me to look through the entire message, maybe I can get some context what's going on.

Q.    You just stated at the beginning of one of your prior answers the only thing I am referencing there is my computer screen.

That is your testimony?

A.    I said that is -- I mean, that is probably what I am referencing there.  I mean, that is when I am living at the house with my girlfriend.  And I know that we had a computer screen as our only screen.

But I don't know what I am referencing here with the if he comes in thing.  It might totally be a joke.  I don't know what it is talking about.  I don't know what I am talking about there.  I would need the full -- like I said, I would need the full context.

(Exhibit 36, 3/31/2017 Discord chat, marked for identification.)



MAGNA
LEGAL SERVICES

Page 404

BY MR. BARKAI:

Q.   You are being handed Exhibit 36.  This was also a Discord message that you made, right?

A.   Yes, it looks like it.

Q.   This Discord chat you posted in -- on March 31, 2017 at 10:38 p.m., right?

A.   Correct.

Q.   In this chat you wrote, well, it is not a huge deal, cause the phone is backed up on my PC, closed quote, right?

A.   I am probably talking about the old PC I left in Pennsylvania when I moved.  Because this phone hasn't been backed up for 400- something days, or 600 days, or something like that.

Like I said, I left the -- I left -- I left the computer -- you guys can go through if you want.  It is, like, a shitty, like, broken computer.

Q.   Did you back up your phone on the computer?

A.   Oh, yeah.  I mean, way before -- like, in 2016 I backed it up.  I haven't backed it up again since, I don't think.

Q.   Earlier today when I asked you if you



Page 405

had backed up your phone onto a computer or any other device and you said you had not done that, that wasn't true, right?

A.   Well, what I thought you meant at the time, or what I meant was I haven't backed up the -- I haven't backed up this phone before, like -- 2016 -- 2016, umm, Unite the Right wasn't even a thing yet.  We haven't been talking about it.  So, it wasn't really in reference to it.

But now -- now that I -- obviously I have had this phone for years.  It has been backed up at some point on a computer.  But it was backed -- so, yeah, it was backed up on an old computer.  But it was forever ago.

Q.   Earlier today I asked you if you had backed up your phone onto a computer and you said that you had not done that.  That wasn't true, right?

A.   Well, not -- right.  But when I said that, like I said, I was saying that with the thought of reference to Unite the Right.

The phone was backed up before Unite the Right was even -- Unite the Right one even happened, let alone two.  So, what I am talking



Page 406

about when I said that, it wasn't backed up, I didn't mean ever in the phone's life span.  You can't even -- you can't even activate a phone without doing that.

Q.  Is it your testimony that none of these posts refer to a computer that you had in 2017?

A.  I don't know.  I did not own a computer in 2017.  The -- I mean, I shouldn't say that, either.  I did own a computer.  I just -- I didn't have access to it.  It was in Pennsylvania when I was in South Carolina.  Then when I moved to Virginia, it was still in Pennsylvania.

(Exhibit 37, 3/22/2017 Discord chat, marked for identification.)

BY MR. BARKAI:

Q.  So, to be clear now for the record, in fact, that phone was backed up to your computer?

A.  To my -- yes.  To my computer that was in Pennsylvania at the time.

Q.  You have been handed a document marked Exhibit 37.  Do you recognize this as your Discord chat?

A.  Yes.



Page 407

Q. You made this chat on March 22, 2017, at 1:05 a.m.?

A. Yes.

Q. This Discord chat states, quote, it played over my work computer once, closed quote, right?

A. Yes. I had a laptop when I worked at the company I worked at.

Q. In 2017?

A. No, I didn't work there in 2017. But I am talking about the past tense in this. Again, this is a single comment with no context. So, I don't really know what I am talking about here. But it is in past tense. So, I am talking about my work computer I had in 2016.

Q. That -- the computer that you have said is in your parents' house, that you left there when you moved in fall of 2016 or in early 2017 --

A. Mm-hmm.

Q. -- did you use that computer to communicate regarding Identity Evropa?

A. No. I wasn't a member of Identity Evropa when I used it last.

Q. Did you use that computer to



Page 408

communicate regarding the Alt-Right?

A. No.

Q. Did you use that computer to communicate regarding White Nationalism?

A. No.

Q. Or White Identitarianism?

A. Nothing.

Q. Did you use your social media accounts on that computer?

A. None that were associated with the Alt-Right or anything like that.

Q. Did you ever use any social media accounts on that computer?

A. Yeah. Like, Facebook accounts when I was in high school. It was my computer when I was in high school. So --

Q. You used that computer in 2016 though, right?

A. Probably middle to early 2016. Not towards the end. It was on its last legs. It was dying. I used my work laptop mostly.

Q. Did you use social media on that computer in 2016 before it died?

A. Facebook. But nothing related to the Alt-Right.



MAGNA
LEGAL SERVICES

Page 409

Q. You used Facebook on that computer, right?

A. Yeah.

Q. Did you use Twitter on that computer?

A. No.

Q. When did you join the Alt-Right?

A. Umm, I don't know the exact date or anything like that. Umm, I don't know.

Q. Approximately when?

A. Umm, a little bit before the election. The 2016 election, I guess. I don't know.

Q. You joined the Alt-Right in 2016, a little bit before the 2016 election?

A. Yeah. I don't know how that would work. I have to think about how I joined it. Umm --

Q. You were a member of the Alt-Right --

A. So, it would have been -- so, November 2016 was the inauguration. No, I'm sorry, the election. Inauguration was in January. That would have been 2017.

So, that computer stopped working in -- probably, actually, fall of 2015. Of 2015 probably is when it stopped working, a year before the election.



Page 410

But I joined the Alt-Right in probably the spring of 2016.  So, before the election.  Not even a year before the election.

Q.  Your testimony is that the computer stopped working in the fall of 2015 --

A.  I don't -- -

Q.  -- and you joined the Alt-Right in the spring of 2016?

A.  Yeah, somewhere around there.  The reason I say that is because -- I just don't know when the computer -- I just don't know when the computer stopped working.  I am trying to remember.

I just know that, umm -- I just know I used my work computer for a lot of stuff.  Like, all my, like, personal stuff, things like that, leading up to the election.  I know that.  Once the election happened, I stopped using the computer and I started using my phone, because I got fired shortly after.

Q.  Did you use your work computer for Alt-Right matters?

A.  No.

Q.  But you were using the work computer while you were a member of the Alt-Right,



Page 411

correct?

A.   Correct.   But I was only using it for work -- work stuff.

Q.   Your testimony is that the computer stopped -- the personal computer stopped working in the fall of 2015, right?

A.   I want to say 2015 -- like, fall of 2015.   But I don't know that for sure.   I really don't know when it stopped working.   I just know it stopped working a long time before the election.   Because I was just using my phone after that.

Q.   The computer that you backed your phone up to was not working in 2016; is that right?

A.   I don't know.   I don't think so.   I think it was dead by then, by 2016.   2015 or 2016 it died.   Like I said, I don't know.

Q.   Why do you still have that phone -- excuse me.   Why do you still have that computer if it does not work?

A.   Because I have it for parts, just in case I need it.   It's got fans in it.   It is, like, a big tower.   It's got fans in it, it's got, like, a power supply that's still good.



Page 412

Q.  You testified earlier that you posted a Discord chat on March 31, 2017 where you wrote, quote, the phone is backed up on my PC, quote, right?

A.  Correct.

Q.  And that is -- you made that statement in 2017, right?

A.  Correct.  I am not --

Q.  But your PC had not been working since 2015?

A.  It wasn't even a PC I had on me.  It was a PC that was in Pennsylvania while I was -- I think at that time probably in South Carolina.

I am saying if I don't -- I don't know the context of what I am saying and the conversation.  I can't really -- I don't really know.

Q.  But you did testify that you posted a chat in March of 2017 where you said that the phone, quote, is, quote, backed up on my PC, right?

A.  Correct.  Again, my phone, you can look at it.  It hasn't been backed up for, like, 500 days, or 600 days, something like that.

(Exhibit 38, 3/22/2017 Discord chat,



Page 413

marked for identification.)

BY MR. BARKAI:

Q.  You are being handed a document marked Exhibit 38.  Do you recognize that as a Discord chat that you made?

A.  Yeah, but that, I think, is probably talking about the computer screen I was talking about earlier.  I don't know.  Again, you have these single messages.  I can't see what it is in reference to.  I can't see, like, what I am talking about.  But if I am talking about they share a wall with my computer, the computer screen was up against a wall that we had.  That is what we watched Netflix or TV on, or whatever.

Q.  Do you --

A.  It was a computer screen.

Q.  You made that statement on Discord, right?

A.  Yes.

Q.  That is yours?

A.  Correct.

Q.  In 2017, right?

A.  Correct.

Q.  You made that post on Discord on March



Page 414

22, 2017, right?

A.  Yeah.

MR. BARKAI:  Let's go off the record briefly.  I think we are almost done, and I believe Mr. Campbell may have one or two questions.  So, we are close to the end.

We are just going to go off the record for a moment.

THE VIDEOGRAPHER:  The time is 5:53 p.m., we are going off the video record.

(A discussion off of the record took place.)

THE VIDEOGRAPHER:  The time is now 5:59 p.m., we are back on the video record.

BY MR. BARKAI:

Q.  Thank you, Mr. Kline, for appearing today.  I have just a couple more questions.

First, you testified that you have not yet responded to Plaintiffs' Interrogatories, but that you intend to do so, correct?

A.  Correct.

Q.  You have also testified that you have not yet responded to Plaintiffs' Request for Production, but that you intend to do so, right?

A.  Correct.



Page 415

Q.  And within what time do you intend to do that?

A.  Well, I have these for the social media accounts here, and then the cell phone can be done whenever.  I don't even know -- I guess, who would I contact to get the cell phone imaged?

Q.  Separate from imaging the cell phone, about the Request for Production and the Interrogatories, you intend to respond to those separate documents, right?

A.  Yes, correct.  Yes.

Q.  You have those documents now?

A.  Correct.

Q.  And within what time do you intend to respond to them?

A.  Umm, I don't know.  As soon as I possibly can.  I don't know what -- all I have left after these -- just to clarify, all I have left after these is the Interrogatory -- the Interrogatories, right?  And then the electronic devices.  I don't think there is anything else in the list of things I need to provide.

Q.  You need to respond to the Interrogatories and to the RFPs, and you need to



Page 416

turn over your devices for imaging.

A.  Okay.

Q.  You understand those to be your obligations?

A.  Yes.

Q.  Do you understand how to contact Plaintiffs if you have any questions about your obligations?

A.  Yes.

Q.  How do you intend to do that?

A.  Well, I am going to give you guys my new cell phone number, and then I can shoot you guys an e-mail --

Q.  Do you understand --

A.  -- respond to one of the e-mails that you guys sent me.

Q.  You understand that you can respond to an e-mail I have sent you, or Mr. Bloch has sent you, or any other attorney --

A.  Correct.

Q.  -- for Plaintiffs have sent you if you have any questions regarding your obligations?

A.  Okay.

Q.  And you intend to turn over your iPhone that you have brought with you that has



Page 417

responsive materials, you intend to turn that over for imaging, right?

A. Correct, yes. For sure.

Q. When did you intend to do that?

A. Umm, as soon as I get the new phone set up. I have it at my house. I have to get it set up and get all the stuff off it. Like, the contacts off this one. So, that should be done -- I can do that within, like, a week or so, I guess. Today's Wednesday. Yeah, Wednesday of next week. By then. Earlier than that, probably. Probably Friday or Monday.

Q. By Wednesday of next week at the earliest, or by Friday of this week or Monday of next week, you have committed to turn --

A. Cell phone.

Q. -- your phone over for imaging; is that right?

A. Right.

Q. Do you understand how to ask questions of Plaintiffs if you have any questions regarding how to do this?

A. Yeah. I'll just e-mail you guys.

Q. You have committed today to forward to Plaintiffs' counsel e-mails you have exchanged



Page 418

with Discord regarding your attempts to allow your account to be shared with Plaintiffs, correct?

A. Correct.

Q. And you have committed to do that within the next 24 hours, right?

A. Yes.

Q. You understand you are just to forward those e-mails to Plaintiffs' counsel, whether me or Mr. Bloch or anyone else?

A. Yes. If I have Twitter ones, I'll forward those as well. I don't know if I have those or not though.

Q. And you have agreed to finish completing the consents for Twitter and the Exhibit A certification form once this deposition is concluded, right?

A. Correct.

MR. BARKAI: That concludes my questions for today, Mr. Kline. Thank you very much.

THE VIDEOGRAPHER: The time is now 6:03 p.m., this is the end of today's deposition.

MR. DiNUCCI: Could I interject? Two



Page 419

things.  I just want to say on the record what I said earlier, I don't have any questions.  I was aware that questions to which I objected previously were going to be asked.  I would have been ready to do some cross examination.

The second thing, Mr. Barkai, do you want to inform the Deponent of his rights to read or waive the right to read?  I'll leave it at that.  Thank you.

MR. BARKAI:  You have a right under the Federal Rules of Civil Procedure to -- we don't need to do that on the record, Mr. DiNucci.

Is there a reason to do that on the record?

MR. DiNUCCI:  No.  I think it is only fair that he be informed of that.  That is all. I guess we are done.

MR. BARKAI:  I think we are done.

MR. DiNUCCI:  Thank you.

(At 6:03 p.m., the deposition concluded.)

*    *    *    *



Page 420

C E R T I F I C A T E

I, Angela N. Kilby, the officer before whom the within deposition(s) was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition(s) was duly sworn by me on said date and that the transcribed deposition of said witness is a true record of the testimony given by said witness;

That the proceeding is herein recorded fully and accurately;

That I am neither attorney nor counsel, nor related to any of the parties to the action in which these depositions were taken, and further that I am not a relative of any attorney or counsel employed by the parties hereto, or financially interested in this action.

_____
Angela N. Kilby, Reporter
Notary Public in and for the
Commonwealth of Pennsylvania

My commission expires
June 2, 2023



**A**

**Aaron** 354:9,10
**ability** 9:19 238:23
  284:24 285:8
**able** 9:22 61:3
  80:14,21 105:25
  106:3 112:11,19
  114:7 127:11
  136:25 163:6
  181:22 239:17
  252:16 253:18
  255:19 271:3,10
  271:11 279:17
  309:22 310:2
  318:1 322:11
  325:4 326:16
  334:11 335:5
  345:17 346:3,6,11
  346:14 358:9,11
  362:3 388:9
**access** 25:3 33:18
  36:22,25 38:23
  39:3 80:17,19
  82:8 99:17 102:6
  118:16 125:18
  126:10,13,18
  127:9 136:25
  148:6,16 149:3
  153:3,8,13 157:4
  164:12,12,16
  178:9,20,22 179:3
  186:23 238:13,20
  238:22,24 277:13
  277:17 281:10
  298:21 304:3
  317:18 374:16
  406:11
**accessible** 363:12
**accidentally** 91:14
**account** 11:5,6,9,11
  11:13,20,24 12:1
  12:4,7 15:9 25:7
  33:18,20 39:5,6,8
  45:10 57:3 80:9
  80:10,19,23 81:9

  81:10 118:15
  127:6,7 131:10,14
  131:15 135:13,20
  136:1,3 139:15
  144:16 146:23
  147:5,8,9,12,14
  148:16,21 149:1
  149:17 150:18,23
  150:25 151:3,5,5
  151:7 152:1,3,11
  152:14,17,20
  153:20 158:2,6,8
  158:11,18 161:18
  161:20,23,25
  162:4,8,24 163:7
  163:10,17,20,23
  164:3,6,25 165:16
  165:18 166:2,9
  167:12,22,23
  168:17,21 169:14
  169:18 172:11,14
  172:19,21,24
  173:2,4,25 174:2
  174:5,7 177:21
  178:5,15 179:5
  181:6 182:14,15
  182:17,21 183:5
  188:1 191:20
  234:25 235:1
  271:3,5 275:16,21
  275:23 276:2,24
  278:5,9 280:7
  282:13 283:5,25
  284:1,8,12,18,22
  286:19,20 298:21
  299:6 316:22
  320:10,12 322:3,5
  322:6,8 345:12,24
  357:20,22,24
  358:7 359:16,19
  359:21 360:11,12
  360:15,19,21,24
  393:7 418:2
**accounts** 11:11
  24:20,23 25:6,6
  36:21,22 64:20

  65:2,8 66:3
  125:18 126:25
  127:3 136:5,24
  137:2,11,14 138:3
  138:8,16,19,24
  139:4,18,19,22
  140:10,12,18,25
  141:9 142:2,5,8
  142:18,22 143:9
  143:18 152:7,17
  161:11 164:7,8,17
  167:17 170:14,15
  171:10 209:23
  216:5 218:19
  237:5 239:21
  279:8 285:3,22
  286:10,16 317:19
  318:1 327:23
  331:24 332:6
  333:9 334:10,20
  346:8 408:8,13,14
  415:4
**accurate** 171:24
  315:6 316:10
  346:25 348:4
  373:6 377:21
  390:4,12
**accurately** 8:3 9:19
  9:23 420:11
**accused** 78:13
**acknowledge** 295:1
**act** 177:9
**action** 1:3 56:10
  62:21 420:13,17
**actions** 303:16
**activate** 218:16
  361:4 391:11
  406:3
**activated** 70:3,18
  71:22 73:10 96:7
  100:22 101:7,9
  103:7 271:21
**activation** 168:22
**active** 11:16,18
  123:11 161:20,22
  174:7

**activities** 55:25
  212:5 213:3
**actual** 67:5 119:2
  265:13
**adding** 53:12
**addition** 17:9 29:25
  183:7 280:23
**address** 24:22
  33:14,23,24 38:17
  38:24 39:11,23
  40:1,2 46:22,23
  47:7,9,11,21,24
  47:25 52:18,19
  57:6,14 58:22
  60:12 112:2
  115:21,22 117:5
  119:4,9,12,18
  122:14 124:6,10
  124:12,17,19
  125:3,6,9,11
  126:17,23 127:1,2
  127:5,8,19 147:8
  147:11,13,20,22
  148:1,7,13 150:22
  160:5 168:11,16
  169:9 177:23,24
  179:11 207:25
  240:11 255:10
  265:16,19 266:11
  270:24 271:12
  276:7 279:25
  280:25 281:9,11
  281:20,24 282:12
  284:9,10,19
  288:12 297:24
  300:13,20,24
  301:10 302:24
  319:10 338:24
  352:6 354:18,20
  359:12 363:10
**addressed** 204:10
  204:12
**addresses** 25:12
  34:1,3,7,10,11,14
  34:18,21 35:4
  63:15,17,20,25

  101:24 118:18,21
  126:19 127:12,24
  128:4 135:17
  169:2,5 179:14
  234:22 265:18
  272:9 283:13,25
  284:3
**admin** 152:23
  158:12,14 279:7
**administer** 169:17
**administrative**
  50:15,17
**admins** 238:17
**advance** 46:10
  304:21,22
**advice** 43:8,13,14
  44:10 86:1
**advise** 257:18
  259:9
**advised** 40:25
  260:13
**aftermath** 134:15
**agenda** 379:9
**ago** 16:16,17 28:11
  38:2 49:9,10 72:4
  93:9 95:11 96:5
  97:4,5 98:6,6
  100:24 102:18,20
  103:6 121:16
  151:10,10 159:19
  161:7 201:4 223:7
  223:10 251:10
  254:18 273:23
  282:16 284:17
  292:25 322:12,15
  323:9 405:15
**agree** 22:11 149:6
  167:19,25 348:20
  391:22 392:1
**agreed** 1:18,19
  124:18 258:8
  259:21 303:1
  418:14
**agreement** 37:11
  330:16,17
**Agustus** 84:21



243:19
**ahead** 27:15 60:17 168:13 239:17 281:6 391:2
**ahold** 163:17
**al** 1:10 6:5,5
**Alduino** 46:18 77:22 242:20 367:23 368:14 369:12,25 370:12 371:11
**Alex** 83:4 243:1
**Alexandria** 200:3
**alias** 367:15
**aliases** 234:22
**alleged** 26:21
**Allentown** 47:12,13
**allow** 137:2 259:10 418:1
**allowed** 15:22 90:3
**allowing** 181:14 316:10
**Almer** 210:3
**Alpha** 241:16
**alt** 188:12 220:15
**altogether** 257:4,6
**altright.com** 240:23
**Alt-Right** 16:9 24:18 34:2,9,12 34:22,25 48:23 91:2 99:25 100:5 113:24 151:1,9,22 152:6 171:19,20 171:24 282:22 373:15 390:2,11 391:9 394:8 408:1 408:11,25 409:6 409:12,17 410:1,7 410:22,25
**Alt-Right/New** 373:17
**ALVARADO** 1:7
**Amended** 3:9 17:25 18:10 226:20 227:23

**America** 83:9 221:10,24 222:7,9
**American** 399:12
**Andrew** 83:22 85:1 243:3
**Angela** 7:4 420:3 420:19
**Angie** 6:13
**Anglin** 83:22 85:1 87:21 154:14 195:3 243:3
**anonymity** 48:25 49:1
**anonymously** 244:16
**answer** 8:7 9:1,9 40:21 109:1 149:24 158:15 174:25 194:3 238:18,19 239:7,9 248:6 250:22,23 251:1 279:11 292:19,21 294:16 297:14 344:14,22 345:3 346:22 369:8
**answered** 293:4 296:14
**answers** 27:9 315:6 346:25 403:10
**AnteCom** 240:25
**anticipate** 246:10
**Antifa** 12:14
**anybody** 44:9 86:15 90:24,25 114:20 121:22 124:9
**anymore** 28:13 34:8 37:1 81:3 118:16 169:15 298:14 375:15
**anyone's** 117:13,16
**anyway** 19:5 164:25 276:10 282:25
**app** 52:16 74:3

122:16 153:6 159:4 180:13,19
**apparently** 253:18
**appear** 19:18 20:9 69:19 189:8 192:6 251:25 252:4 266:21,24 290:22 291:1 296:15 312:25 377:21
**appearances** 2:1 6:16
**appeared** 69:15 183:21 184:14 187:10,13,19 188:25 189:19 192:3,7,7,8 268:1 296:1 297:15 303:2
**appearing** 358:14 414:16
**appears** 176:3 420:5
**appendix** 202:22
**Apple** 192:23
**approve** 277:24 289:24
**approved** 161:15 161:16 317:5 366:9
**approximately** 28:22 34:23 146:6 151:11 190:5 192:6 246:5 274:8 371:21 409:9
**apps** 75:11 94:23
**April** 1:6 81:22 252:5 253:24 254:1
**area** 148:11 155:16
**areas** 145:25,25
**argument** 301:3
**arising** 227:21
**arm** 391:9
**Army** 34:16
**arrest** 200:12 306:24 307:3

**arrested** 54:24
**arrests** 227:20 307:18
**arrive** 319:13
**article** 37:13 78:14 265:21 307:3,13 307:15,16,17
**articles** 111:2,4,5
**aside** 34:10 121:25 130:19 132:22 140:8 143:22 149:22 152:13 168:6 170:8 205:12,19 207:6 209:1,1 229:1 265:10
**asked** 12:25 13:8 13:11 36:20,21 44:5 85:24 99:22 124:16 133:17 134:3,5 138:9,14 139:3,21 140:9,24 158:11,13 159:20 160:22 161:4,16 170:3 172:4 239:8 250:23,25 257:17 269:6 271:22 286:9 287:23 297:11 307:19 310:11 319:5 326:14 327:11,15 328:6 330:4 339:25 340:10 349:21 350:4 360:6,21 377:23 401:4,5,23 404:25 405:16 419:4
**asking** 58:15 133:24 159:18 160:18 165:5 184:8,8,9,15 236:16 244:20 283:12 286:8 288:5 317:3 321:1 321:2 324:11 326:22 327:6

333:11 341:24 346:19 363:21
**asks** 205:5 219:5 220:2 227:18 235:4 244:25 245:11,15 324:25 364:5
**aspect** 183:19
**associated** 146:23 147:4,9 234:25 284:18 408:10
**assume** 8:22 83:17 277:2,3 292:19 304:5,6 367:19
**assumed** 138:6 269:5 350:2
**assuming** 131:21 186:2,4 189:11 204:19 349:10,14
**attached** 207:15 209:14 313:22 317:14,15 318:25 343:18 344:2 347:19,24
**attaching** 313:23 329:13
**attachments** 206:9 206:10 319:16 349:17,19,25
**attempting** 303:3
**attempts** 40:17 41:13 42:7 418:1
**attend** 89:18 267:15,17 315:2 384:18
**attendance** 292:7 292:10,14 308:13
**attended** 226:21
**attendees** 373:17 375:9
**attending** 188:24
**attorney** 7:10 25:18 29:13,16 214:20 232:15,18 351:3 416:19 420:12,15
**attorneys** 15:1,16


MAGNA
LEGAL SERVICES

27:22 28:2 30:13 40:12 98:14,20 99:4 257:24 261:6
**attorney's** 13:18
**attorney-client** 311:6
**AT&T** 73:3
**audience** 188:22
**audio** 378:16
**August** 1:16 6:8 14:13,18,22 15:17 17:16 32:16 55:14 55:18 72:10 76:6 76:13 90:19 98:11 104:14 179:20 192:12,19 213:20 335:15 338:4,14 338:15,22 339:11 339:16,17 340:7 340:12,23 341:7 341:12,20,22 342:2 343:5 353:13,16 355:1 363:4,24 364:22 366:7 383:5,21
**automatic** 93:3,5 93:12
**automatically** 186:21
**availability** 41:2 261:21 321:7
**available** 61:20 140:20 345:9,24 346:9
**Avenue** 2:7
**awaiting** 331:8
**aware** 19:12,15 54:23 66:1 76:10 249:25 272:18 273:2 299:11 419:3
**awareness** 138:20
**awhile** 141:4,12 159:19 161:7 172:12 254:2 256:15,21 261:19

273:22 292:24 306:7 395:20
**Azzmador** 83:25 154:18 243:5
**a.m** 1:16 6:9 407:2
**a/k/a** 291:6 301:4

---

**B**

**B** 275:2
**back** 31:12 32:13 37:1 41:16 42:22 43:1 54:16 58:11 62:3 70:14 75:24 82:12 88:4 91:20 99:6 100:1 111:23 128:23 144:2 156:2 158:15 159:21,22 166:18 174:19 175:16 202:23 203:21 206:25 216:10 217:7 222:24 239:21 255:2 259:4 262:20,22 265:6 266:5 268:17 272:8 275:14 277:24 279:9 281:4 284:16 289:24 291:2 293:14 295:2 304:8 309:14,23,25 310:3,7,9 316:19 318:11 321:6 324:7 328:4 335:20,22 337:5,7 337:14 340:5,9 341:18 353:14 359:9 360:2,16 364:16 366:25 375:23 392:23 398:20 404:20 414:14
**backed** 81:6 91:23 216:6 404:9,13,23 404:23 405:1,5,6

405:13,14,14,17 405:23 406:1,19 411:13 412:3,20 412:23
**backing** 91:5 92:5
**bad** 164:23
**bags** 96:25 99:8
**bail** 200:11
**ban** 171:19 276:2 279:10
**bank** 126:24
**banking** 127:4
**banned** 11:8 45:11 45:13 57:11,12 125:19 146:7,8,9 146:11,12,15 151:1,17,18,19,24 152:2 157:7,9 158:10,10,14 159:2,7 160:9,10 160:11,13,15,16 160:17,20,24 163:12,20,25 164:4,7,9 165:19 170:13 171:10,14 171:16 172:2,6,9 172:19,24 173:10 173:12 174:6 177:20 178:5 179:12,17,22,24 180:1 209:23 226:10 275:16,21 275:23 276:1 278:5,7 289:25 317:6
**banning** 171:21 316:21
**Barkai** 2:4 3:4 6:17 6:17 7:7,12,13,21 10:21,24 18:2 20:7 26:17,25 27:16,20 40:7 69:10 90:5,8 103:2 104:3 109:3 120:2 126:6,9 128:17,24 150:17

173:18 174:24 182:10 186:11 194:2,20 198:24 199:2,8,15,16 202:12 203:24 230:24 246:1,4,9 246:15,19,24 247:3 251:24 253:22 257:10,11 261:11,12 262:12 262:15,21 275:5 283:16 286:3 287:3 290:8 295:17 300:8 306:10 309:8,15 312:19 313:14 320:19 336:23 342:6 351:22 362:11 366:17,19 367:3 375:16,24 377:1 381:16 382:20 390:15 398:15,21 401:12 404:1 406:17 413:2 414:3,15 418:19 419:6,10 419:19
**based** 105:1 174:22 249:15
**basic** 54:14
**basically** 27:24 105:15 112:8 142:3 161:4 177:10,13 184:4 246:10 256:22 283:4 315:1 317:3 321:2 354:24
**basis** 199:4 224:25 251:7 374:23
**Battle** 212:14
**BBC** 58:5
**beginning** 22:14 28:22 32:21 160:11,22 177:14 178:6 198:11 256:12 258:20,22

268:12 309:24 310:8 318:2 365:15 371:23 396:14 400:12 403:9
**begins** 6:3 70:7
**behalf** 7:1 64:11
**behave** 90:10 177:9
**believe** 10:15 12:19 13:14 15:19 22:16 22:24 25:24,24 28:4 35:15 39:11 39:13,20 48:6 51:17,24 52:2 63:21 78:25 110:18 120:15 122:3 143:24 146:13 163:2 165:4 169:15 172:16 179:7 181:16,24 190:4 232:23 236:6 247:8 250:21 255:24 265:4 266:16 275:13 276:3 283:6 284:14 288:5 302:15 314:15 316:20 351:11,14 352:12,13 353:17 358:9 376:4,5 379:8 389:21 396:11 414:5
**believed** 63:25
**bell** 350:14
**belong** 245:17
**belonging** 179:6
**belongs** 178:16
**Berkeley** 212:12,14 213:6
**best** 8:20 13:21 47:24 51:18 84:12 271:2 284:24 285:4,7 364:6
**beyond** 90:3
**big** 19:5 44:7 74:21



397:19 398:7
411:24
**Bill** 232:3 267:6,20
268:2,9,23 269:21
269:23 270:7
**Binks** 44:15,18,25
46:5
**bit** 16:18,24 43:5
47:15 49:10 67:21
200:16 334:24
364:2 409:10,13
**blah** 268:24,24,24
269:23,23,23,23
269:23
**BLAIR** 1:6
**blank** 322:24
**Bloch** 2:8 3:24 4:19
4:20 6:20,20
102:18 144:6,14
186:6 203:22
272:12 281:7
282:8 306:15,20
311:17 313:12,20
313:21,22 318:6
318:18 319:21,25
320:18,21 321:6
321:12 329:13,23
330:19 333:2
347:17 349:7,15
351:13 364:23,25
365:20,21 366:11
381:6 416:18
418:10
**Bloch's** 318:25
**blocked** 249:9
**blog** 62:12,15,16
111:7
**blue** 124:2
**body** 287:15 289:9
**BOIES** 2:3
**Bois** 6:18
**book** 155:15
**borrowed** 245:19
**borrowing** 42:16
**bottom** 136:22
214:5 219:3 252:9

255:13 287:13
289:10 334:3,12
368:8
**bought** 73:4
**boxes** 96:25 99:9,11
99:12,13
**brand** 113:15
**break** 9:5,8,10
126:7 128:17
246:6,23,25
262:13 309:16
356:11 357:6
366:17
**breakdown** 15:10
**breaking** 98:7
**brief** 40:20 222:22
**briefly** 223:2 414:4
**bring** 112:11,19
114:7 396:25
**broad** 68:3 229:23
**broke** 146:17 264:4
**broken** 216:2,2,21
256:13 263:23
310:15 361:13
404:18
**brought** 104:19
112:21 416:25
**brown** 270:6
**browser** 97:10
**bsfllp** 282:2
**bugged** 322:2,4
**bullet** 61:11 298:18
316:8 317:16
**bunch** 47:4 96:25
99:10 201:2
349:10 353:1
**burner** 168:11,14
168:25 169:1
179:10,14 284:4
284:10
**business** 43:18 44:3
**busy** 116:7 192:15
192:16
**button** 91:15
**buy** 73:6
**Byzantium** 241:10

**B-I-N-K-S** 44:18

---
**C**

**C** 275:2 420:1,1
**cafe** 111:20 116:13
**call** 23:5 24:4 31:1
37:8 38:5,10
42:11,12,21,21,22
42:24 43:1 53:23
71:1 75:21,24
76:23 82:19 85:24
89:5,6 100:15,15
100:16,23 101:11
102:25 103:25
118:2 123:13
136:18 141:1,2,7
141:8 143:3,8
144:1 145:5,11
156:1 204:5,22
223:22 255:7
267:19,20 290:20
291:14 292:18
293:7,10,13 294:2
294:4,7,17 295:2
295:3 296:15
302:11 303:12
305:15,17 306:1,3
307:5 309:18
310:4,7 312:3,4,5
313:8,19 314:13
314:20 315:3,15
323:18 326:9
328:13 330:10,12
331:2,9,13,14
334:5 335:2 336:6
336:9 337:23
341:17 342:11
344:4 349:11,21
350:24 352:15
353:3 355:1
356:20,22 363:22
364:6 365:2,13
378:6 384:25
**called** 17:13,13
23:10,14,25 24:9
26:8 28:10 37:1,6

37:22 38:4 44:23
78:7 86:1 107:12
111:19 112:17
124:2 142:21
184:6 203:3
211:16,22 233:6
254:15 255:3
269:11 270:20
291:6,11 296:12
298:14 301:13,15
304:18 305:12
307:7,9,11,14,25
309:5,19 311:21
312:6 314:7,16
348:12 354:15
355:3 365:7,8
400:3
**calling** 71:14 77:11
80:3 165:5 192:17
254:19 293:1
365:11
**calls** 40:21 71:12
74:4 75:19 76:18
76:21 77:7,9,17
77:21,25 78:23
82:22 83:21,24
89:6 94:5,6
143:23 156:2
238:2 254:24
256:14,23 268:1
292:9,20,22,25
293:3,9,16 294:9
294:15,21,23
296:1,5,8 297:16
308:12 309:23
350:23 351:6,7,9
351:12,18 354:25
365:18 378:7,10
**camera** 185:7,15
192:25
**Campbell** 2:15,17
6:25,25 129:8,23
129:24 398:19,20
414:5
**campus** 14:16
105:21

**Cantwell** 10:7
12:20 15:21 16:7
16:11,20 83:2
85:24 86:3 87:7
154:10 195:1
200:6 202:5
242:24
**Cantwell's** 13:17
13:24 14:22 15:1
15:16 17:19
**cap** 399:13
**capacity** 30:1 57:5
**car** 71:18,21 112:21
397:4
**care** 30:14 141:23
164:22 237:3
239:18 264:16,17
290:1 296:18
308:8 368:20
386:5
**Carolina** 60:11
112:10,18 114:6
114:11,14 115:25
116:4 395:22
396:2,22,24 398:3
406:12 412:13
**cars** 50:9
**case** 13:1,12,22,24
21:22,23 22:21
26:23 27:10,10
30:3,6 37:17
40:13 43:9 90:23
100:9 111:12,14
116:20 118:24
119:5,13 124:15
125:22 128:9
129:12,21,24
133:9 159:17
161:2 180:22,24
184:9,16 185:25
187:9 194:8 199:1
209:12 215:15,21
229:22 230:20
231:25 251:13
252:2 258:23
268:13 269:6,11



269:12 270:13
273:9,14,25 274:6
274:9,16 290:14
296:15 317:4
324:23 349:13
350:6,11,17 353:4
353:25 369:5
411:23
**cases** 269:22
**Casey** 37:23,25
38:10 53:21
296:11 297:3,6,13
299:13 301:13,15
303:12 304:18,22
305:2,2,12,15,25
305:25 307:7,9,11
307:24 309:5,18
311:21 314:7,16
**catch** 199:7 326:20
**cause** 404:9
**caveat** 9:7
**CC** 300:14
**cell** 70:2 73:25 85:4
91:3 117:14 143:9
189:21,22 216:1
218:13,17 229:3,4
245:7 296:13
390:6 415:4,6,8
416:12 417:16
**Center** 241:4
**certain** 89:2 210:16
225:3 266:18
**certainly** 27:17
393:18
**certainty** 41:10
**certification** 326:18
327:2,4,8,23
328:8 343:18
344:1,6,8,9,11,15
344:25 345:1,5,13
345:16 346:2,6
347:10,19 418:16
**certifications**
329:14 330:10,21
**certified** 327:7
**certify** 286:10

420:5
**chain** 383:22
**chance** 353:20
**change** 94:24 126:4
149:14,20 247:24
279:7
**changed** 28:8 65:6
67:12 94:22
105:17 150:25
151:2,5,17,18
152:4 163:12,19
294:14 371:6
381:12,15
**changing** 62:17
83:16 176:12
376:6
**channel** 66:7 175:8
184:4 186:5,8,14
186:22 238:12
**channels** 238:21
240:13 374:15
387:8
**Char** 44:15,15,17
44:17,24,24 46:5
46:5
**characterization**
108:25
**characters** 25:9
**charge** 64:25 65:2,7
**charged** 14:1
**Charlottesville** 1:2
3:17,19 5:8,10
14:5,6,9 15:21,24
24:18 26:3 28:19
28:20 48:15 51:3
51:4 60:17,18,19
60:22 61:9 62:22
65:12,13,16,21
79:1,8 106:6
119:25 120:9
173:16 179:19
187:9,16,20
212:21 213:8,11
240:15,21 274:13
295:13 376:24
382:18

**chat** 5:11,12,13,14
5:15,16 44:21,25
45:2,3,18,21
145:22,24 379:17
388:20 390:13
394:20 398:13
399:2,5 400:7,16
401:6,10,19,24
402:1 403:24
404:5,8 406:15,24
407:1,4 412:2,19
412:25 413:5
**chats** 45:17 390:21
**check** 24:6 39:19
101:13 116:15,18
117:11,18 123:10
155:11 161:14
193:8 254:17
255:2,5,9 262:8
262:25 284:16
291:3 293:20,23
295:10,18 302:17
321:9 351:19
352:10 353:20
**checked** 147:24
293:25 339:17
355:5,6 366:7
**CHELSEA** 1:7
**choice** 240:6
**choose** 49:3
**choosing** 301:20
**Chris** 13:23 15:6,21
15:24 16:4,6 17:3
85:23 87:13
**Christmas** 197:14
396:18
**Christopher** 10:7
12:20 13:17,23
83:2 242:24 288:9
**Chris's** 16:4
**circles** 174:15,17
**circulated** 157:19
158:22
**circumstances**
109:4,21
**City** 56:11 111:22

116:13
**civil** 1:3 4:14 290:6
290:14 419:11
**claims** 227:20
**clarification** 332:15
332:18,20,25
333:3
**clarify** 197:19
357:2 415:19
**cleaning** 50:9
**clear** 100:6 149:24
283:3 382:15
406:18
**clearance** 237:4
**clearly** 8:2 174:5
177:11 239:20
361:13,14 382:12
399:21
**clerk** 291:6,10,11
**click** 149:20 337:11
337:11
**clicked** 121:9 338:6
339:23 340:4
**client** 306:25
**clients** 257:17
259:7
**close** 15:6 313:11
371:13 414:6
**closed** 252:24 312:1
399:14 402:10
404:10 407:5
**closer** 371:25
373:12
**closest** 250:7,8
274:25
**clothes** 112:21
**cloud** 82:16 216:9
**Coast** 220:12
**code** 168:22 295:4
356:21
**collaborative** 53:11
**collection** 68:2
345:11 386:9
**college** 13:25 34:16
47:20 49:15,16
56:3,4 102:13

**colleges** 56:6,8
**com** 282:3,4
**Comcast** 127:1
**come** 19:2 105:15
224:18 268:17
270:4
**comes** 295:10,19
402:7 403:19
**coming** 17:5 24:3
79:3 80:1,4
105:14 217:6
305:5 312:7
321:22 384:11
398:20
**command** 383:22
**comment** 27:8
323:24 402:22
407:12
**commented** 399:12
**comments** 132:1
229:11
**commission** 420:21
**commit** 279:13
**commitment**
246:16
**committed** 417:15
417:24 418:5
**Commonwealth**
420:20
**communicate**
16:20 30:16,19,20
31:3 40:17 41:13
42:7,15 43:2 51:8
53:20 58:9 69:13
73:16 74:2 79:11
79:17 87:18 106:4
107:17 108:4
119:19 127:19
130:12,16 152:8
162:10 177:15
188:8 192:22
222:12,14,25
234:19 235:6
245:1,24 252:12
253:3,10,12,18,23
255:16 407:22


MAGNA
LEGAL SERVICES

408:1,4
**communicated**
17:1 31:6,19 38:9
46:14,17 57:17
87:15 183:17
241:21 242:6,12
242:16 243:24
244:6,10,13
252:13
**communicating**
41:25 42:2 252:15
**communication**
37:24 41:18 45:12
45:21 54:4 66:22
77:10 85:16 87:10
123:20,21 125:16
130:18 154:1
158:9,17 221:14
221:22 230:4,8
234:18,21 235:5
238:1,3,9 239:3
251:6,7 252:22
261:19 316:23
**communications**
73:22 100:12
129:1 214:10,12
215:15,24 217:10
217:14,19,23
218:24 219:6,15
220:3,7,11 224:23
225:6 226:18
227:1,4,19 228:14
228:16,22 229:6
234:24
**communicative**
36:16
**community** 158:13
**companies** 161:11
289:23
**company** 44:8
101:6,6 112:16
141:22 158:4
273:19 331:17,17
407:8
**complaining** 89:7
**Complaint** 3:9,10

17:25 18:10,17
19:8,18 20:5,20
21:4,5,14,17,20
22:12,23 23:22
24:8 25:13 27:2,4
212:6 214:3
218:25 226:2,20
227:24
**complete** 19:19
41:6 100:24
261:15 284:23
285:7 315:5
316:10 317:17
318:24 343:17
344:6,9,13,16,18
344:23,25 345:4,4
346:11,14,21,24
348:4
**completed** 346:19
**completely** 42:6
98:4 142:12
**completing** 418:15
**compliance** 26:21
27:2
**comply** 161:2,5
250:18,23 251:12
264:25 265:11
319:18
**component** 61:23
378:18
**compromised**
164:10
**computer** 49:23
52:11 59:6,7,13
60:4,25 91:20
107:23 108:3,6,19
109:8,10,22
111:10,13,17
112:5,12,19,23
113:1,4,6,8,10,12
113:14,15,19,21
114:1,8,10,13,15
115:4,6,11,13,16
116:9,9,17,22,25
117:1,5,8,13,16
118:8,13 140:19

153:8,11 179:2
189:9,12 245:22
386:19 395:14,17
397:1,7,12 398:10
402:9,12,13,15
403:3,11,16
404:17,19,21
405:1,13,15,17
406:6,9,10,19,20
407:5,15,16,21,25
408:3,9,13,15,17
408:23 409:1,4,22
410:4,11,12,15,19
410:21,24 411:4,5
411:13,20 413:7
413:12,12,17
**computers** 107:16
117:6,23 397:10
397:14
**concern** 225:17
**concerning** 128:8
150:14 217:11,20
217:23 219:7,15
220:2,7,11,12
224:23 226:18,18
227:19 228:6,14
228:21 234:19
235:6 241:21
242:16 243:24
244:10,13 245:1
245:24
**concerns** 334:8
**concluded** 418:17
419:22
**concludes** 418:19
**conduct** 14:22
89:23 145:8
227:22
**conference** 143:3
143:23 267:20
268:1 294:4,7
296:1 297:9,16
321:8 350:24
355:1 356:22
365:2 366:3 378:6
378:7,9

**conferences** 219:8
266:21,25 267:2
267:14 290:21,25
**confirm** 168:16
313:19
**confirmation** 341:2
**confirmed** 365:23
**confirming** 207:10
**connected** 60:5,5
72:13 97:12
189:21
**connection** 94:9
234:23
**consent** 4:9,10,12
198:24 219:22
275:3 276:12
278:21 279:6
280:24 281:8
283:8,20 286:1
287:18,22 289:14
316:10 317:17
327:20 342:20
**consenting** 332:8
**consents** 137:2
218:18 276:15
331:20 332:6
334:9,19 418:15
**constantly** 105:9
232:5 394:23
**constitutes** 233:1
**consulted** 25:18
**contact** 16:8,11,19
41:10 59:22,25
105:9 122:23
123:3,18 125:4
141:22 158:4
172:18 173:3,8
213:18 270:25
415:6 416:6
**contacted** 36:7
80:15 165:8,8
302:6 312:6
**contacts** 94:22
263:11 417:8
**contain** 119:12
285:22

**contained** 63:19
**content** 94:14
150:14 158:2
181:14
**contents** 91:5 92:6
**context** 204:7
392:12,17 395:3
400:23 401:17
402:19 403:8,23
407:12 412:15
**continue** 41:25
128:25
**continued** 4:1 5:1
256:20
**continues** 225:2
**continuing** 198:25
345:7
**contract** 101:5
205:19 331:11,14
333:7 334:23
335:2,14,16 336:2
336:5,16,18 341:3
341:7,12 343:4,10
343:15
**contracts** 332:5
**control** 128:5
**convenient** 260:14
261:25
**conversation**
104:21 134:2
258:14,18,20
259:1,23 260:1,3
260:9 273:13,24
297:2,6,13 306:6
340:16 368:13
369:24 395:3
402:22 412:16
**conversations**
105:7 129:13,20
129:24 130:2,5,9
156:21 219:8
274:2,18 309:2
**Convo** 399:19,25
400:11,13,16,21
**Convolution** 400:3
**coordinate** 196:17


MAGNA
LEGAL SERVICES

**copies** 107:5 159:2 190:16 216:18 370:6
**copy** 121:7 370:15
**copying** 110:4
**correct** 11:7 14:24 15:18 17:23 18:25 19:13,17 21:15,18 26:10,15,16 27:22 28:15 29:11 33:24 33:25 35:9,19 52:7,9 53:3 60:8 63:18 68:9 70:7,8 72:3 73:23 76:18 77:17,19,25 82:1 82:2,20 84:11 85:9 89:12 93:25 95:2,25 96:12,19 96:20 97:23 98:21 99:9,21 104:12 109:16 118:22 119:6 120:11 123:14,17,22 124:20 125:10,14 126:17 130:13,16 130:25 131:15 133:6,12,15,23 143:19 145:19 147:5,6 148:1,5 152:8 159:17 162:11,12 169:3 169:12 174:3,4 176:1,23 177:16 181:1 182:16 194:16 204:25 206:1,7 207:2 208:15 209:3 217:3 220:18 225:24 240:10,12 245:25 247:15 250:16 253:10 260:24 263:23,24 264:11 266:23 281:13 283:19,22 287:24 292:19 297:19 300:19

302:21,24 304:17 309:21 310:22 313:2 314:11 316:4 317:13 318:19 319:3,15 324:1 325:15 326:2,5 328:18 329:16 331:13,25 333:23 334:20,21 338:23 341:13 343:12 347:18 348:9 349:16 353:23 359:15 360:20 362:19 363:14,18 364:24 378:17 389:7,10 389:12,18 391:18 392:3,4 393:14,18 396:23 397:13,15 397:17 399:6 401:3,25 403:1 404:7 411:1,2 412:5,8,22 413:22 413:24 414:20,21 414:25 415:12,14 416:20 417:3 418:3,4,18
**Corrected** 3:21 202:8 203:3 206:11 207:15,19
**correctly** 172:12 233:2 374:13
**counsel** 3:12 6:15 8:24 40:5 41:1,21 42:1 89:22 126:3 142:7 316:9 317:8 317:18 324:1 327:12,17 342:20 343:17 350:7 351:10,16 417:25 418:9 420:12,16
**counsel's** 40:16,21 41:13 42:5
**county** 48:11,13 199:25
**couple** 12:25 13:11

23:16 24:4 25:12 37:3 38:2 55:23 72:25 80:24,25 96:5 98:5 100:23 107:15 126:7 141:2,6 148:20 197:17 200:22 201:3,5,10 254:25 263:13 265:23 274:12 304:19 323:23 334:25 335:2,16 336:5,7 337:16,21 372:2,3 385:8 414:17
**course** 19:14 32:1
**court** 1:1 6:6,13,23 10:3 35:17,19 70:17 78:13 85:4 96:18 98:2 99:20 100:20 101:11 104:17 111:12,14 118:23,23 124:15 130:11 136:23 137:6,9,19,22 141:21 142:17 143:24 145:1 150:6,10,16 159:15 160:25 168:9 169:1,20,23 170:2,11 179:9 187:9 223:22 231:22 232:6,18 237:17 248:11 252:10,22 253:2 257:16 258:3 259:6,16,17,23 264:24 266:22,25 267:7,14 268:13 269:22 270:7 272:15 277:6 290:20,21,25,25 292:3,7,10,14,18 293:3,5,8,9,18 294:17,19,24 295:6,12,19,22 296:1,15 297:16

298:19 302:13,14 303:2,4 306:4 307:4 309:20 314:12 315:4 321:7 324:6,23 325:11,12,14,25 326:14 327:1,11 327:15,20 328:1 329:20 331:3,19 334:4,7,12,18 336:15 342:18 345:8 351:8,18,18 362:15 381:5,8
**courthouse** 13:7,19
**Court's** 319:19
**cousin** 354:7
**cousin's** 354:8
**cover** 332:5
**covers** 311:6
**crappy** 31:22
**crazy** 13:9 91:25 244:5
**create** 25:5 107:21 176:22
**created** 110:10 247:10,11 284:9 284:13 374:2,22 376:15 384:22
**creating** 68:11,15
**creation** 110:3
**credentials** 62:7 67:7 298:21 299:6 345:12,24
**crew** 77:14
**cross** 419:5
**curious** 259:25
**current** 222:5 224:8
**currently** 41:9 69:25 70:3,18 100:22 162:13 380:4
**custom** 113:17
**C-H-A-R** 44:17,17

———————— **D** ————————

**dad** 271:22
**Daily** 192:2,3
**damage** 96:3 217:4 255:23 256:6,7,17
**damaged** 94:10,13 96:9 217:2
**damages** 26:5
**Damingo** 29:8 50:23 53:20 56:24 62:2 84:2 88:2 152:24 156:5 157:1 179:7 194:12,15 243:7 265:21 266:8
**dangerous** 385:4
**data** 63:20 149:11 266:2,7 276:12 283:21 361:20
**database** 273:20
**date** 11:15 151:11 207:13 208:4 236:1,5,6 248:8 260:19 266:15 274:11 319:21 324:18 325:16 338:22 342:19 357:12 365:23 366:2 372:17,19 376:2,3 390:24 396:16 409:7 420:7
**dated** 233:13 348:2 352:18 353:6 383:5
**dates** 16:16 89:6 297:9 374:2 396:7
**Dave** 6:25 398:19
**DAVID** 2:17
**DAVIS** 2:15
**day** 14:5 17:12 23:4 70:25 71:2,13 77:9 105:1,22 172:10 198:5 204:21 222:4 223:5 246:11 266:13 293:1



MAGNA
LEGAL SERVICES

294:13 298:23 302:9,10,11 313:9 314:6 318:14 319:24 320:1 324:9,11 325:18 325:18 329:3,5 338:14 349:9,11 349:11,20 353:2 363:22 372:1 373:5 382:16
**days** 24:4 73:1 91:20,24 103:6 208:14 246:13 248:8,13 250:5 334:25 335:2 336:5,7,9,13 337:16,22 341:16 342:19,24 343:11 343:21,23 344:7 344:10 345:9,25 346:24 348:3,8 364:15 372:2,3 380:5 404:14,14 412:24,24
**day-to-day** 371:6
**dcampbell@dhd...** 2:18
**de** 62:18
**dead** 40:2 411:17
**deadline** 208:13
**deal** 28:1 29:10 37:10,17 62:1 230:20 231:24 394:5 404:9
**dealing** 43:18 221:19 330:1
**deals** 231:23 283:5
**dealt** 92:18 176:13
**December** 255:24
**declining** 247:23
**defend** 258:5 259:19 402:8
**Defendant** 2:14,19 7:1 19:15 37:19 54:21 55:5 226:19 227:23 248:1,2

**Defendants** 1:11 3:23 4:5 202:10 203:5,7 207:21 225:17 230:22 233:7,9 248:6,12 291:12 298:19 299:2
**defense** 16:3 185:25
**defining** 233:3,24
**definitely** 22:9 289:8 290:12 320:12,14 356:16 356:20 357:23 358:4 364:12 384:5 385:20,22 393:10 394:16 395:6,11 400:4
**definition** 212:2,4 212:19 213:1,7,16 213:25 234:4
**definitively** 388:10
**delay** 239:11 247:23
**delayed** 236:17 237:13
**delete** 91:12 92:11 93:17,20 128:12 128:15 159:8 163:7 171:9 172:1 180:7,14 215:18 215:20 229:24,25 230:14,15 258:17 259:2 273:15 362:7 380:18
**deleted** 11:8 39:23 51:24 52:3 69:6 91:7,10,11,16 92:13,17,20,23,25 94:18 125:23 127:14,14 128:7 161:11 163:9,11 163:19 164:14,25 171:17,23 172:3,4 179:16 186:9,25 230:3,19 286:19

394:21
**deleting** 127:16
**deletion** 93:3,6,12
**denied** 248:3 249:17 250:16
**Dennis** 2:23 6:12
**denote** 286:17
**department** 78:22 105:18
**departments** 106:1 106:2
**depending** 42:13 58:12 371:13
**depends** 24:24 36:4 42:9
**depictions** 20:3
**Deplorable** 123:5 135:18 147:17 178:3 188:3 277:1 277:19 280:3 281:12 282:14,19 322:1
**DeplorableTruth...** 119:10,19 123:17 124:5,17 125:24 126:11 169:8 277:9 281:9 284:20 358:2
**Deponent** 419:7
**deposed** 9:25
**deposition** 1:14 6:4 6:10 7:23 9:15 26:19 41:2 44:6 45:1 46:7,10,15 46:18 89:22 90:4 129:3,4,10 130:1 130:3,6,8 133:8 133:11,14,23,24 133:25 134:4,17 260:12,15,23,24 260:25 261:7,22 418:17,24 419:21 420:8
**depositions** 134:6 420:14
**deposition(s)** 420:4

420:6
**describe** 54:8 384:6
**described** 212:5 375:25
**describing** 278:12
**DESCRIPTION** 3:7 4:2 5:2
**desktop** 113:13 398:1,2
**despite** 124:5
**detail** 383:10
**detailed** 69:12 383:11
**detective** 78:25 79:8,23,25 80:3
**determine** 147:25
**device** 82:13 168:3 178:22,25 189:6 189:18 193:20 216:7 255:10 376:20 387:22 405:2
**devices** 4:12 27:5 59:1 69:12 218:9 244:25 245:11,16 272:20,23 273:3,7 273:11 285:13,18 286:1,11 298:20 299:6 315:22 327:24 331:21 332:2,5 334:10,20 345:11,23 346:8 415:22 416:1
**died** 408:23 411:18
**different** 22:6 31:25 32:2 47:4 57:25 79:3 105:25 106:1 175:14 181:13 205:8 217:14 280:14 302:8 318:14 319:7 324:5,6,8 324:15 325:2,24 326:7 328:25 329:19,19 330:7 349:24 373:3

374:2 395:10
**differentiate** 167:8
**differently** 205:10 205:13
**difficult** 244:23
**difficulty** 252:15
**digit** 146:22 147:4
**Dillon** 130:5
**DiNUCCI** 2:11,12 7:10,11,12 26:17 27:7 89:21 108:24 129:5,14,20 150:4 150:8,13 174:21 193:25 194:19 198:22 199:6,12 381:3 418:25 419:13,16,20
**direct** 67:3 380:8 380:10,15
**directed** 150:9 248:6
**disagree** 42:5
**disappear** 358:17 358:23,25
**disappeared** 361:12
**disclose** 276:12 283:21
**disclosed** 218:21
**disconnected** 398:20
**discontinued** 148:13
**Discord** 4:9 5:7,11 5:12,13,14,15,16 45:10,13 51:17,19 51:22,24 52:6,8 64:9 66:5,21,25 67:1,4,5 68:20,20 68:22,24 69:1,2 74:3 75:17 85:15 85:17 86:11,16 87:3,3 89:16 90:12,15 106:24 110:6 119:3 121:8 121:15,15 122:3,4


MAGNA
LEGAL SERVICES

122:9,9,24 123:12
123:20,22,24
130:14,18,19,24
145:17 146:20
147:7,12 148:25
149:7,10,12,13,19
149:23 150:1,18
151:15,16,22
152:7,11,12,13,14
152:20,22 153:4,9
153:14,20 154:3,9
154:11,19 156:4
156:22,24 157:1,4
157:9,10,16,19,22
157:24 158:1,5,10
158:17,18 159:1,4
159:7,8,16 160:8
160:13,25 161:12
161:21 162:9
175:2,2,6,21
219:18 220:21
221:15,21 222:16
225:10,11 226:2
234:25 238:12
240:14 275:3,12
275:21,23 276:2,8
276:12,24 278:3,6
278:11,16,25
280:25 283:4
286:17 287:18,19
287:20,22 288:5
288:23 289:3,4,23
290:2 296:18
308:7,8 312:15
316:11,19,20,24
317:1,9 322:22
327:21 342:21
370:13,18,25
371:19 372:5
374:8,15 376:8,10
376:12,23 377:5
378:6,8,9 379:17
380:11,12,14,15
380:17,18 381:21
382:14 390:13,21
391:6,15,16,19,23

391:24 392:2,7
393:7,12 394:12
394:25 398:13,24
398:25 399:2,5,17
400:7,16,19,20
401:6,10,19,24
402:1,3,6,24
403:24 404:3,5
406:15,24 407:4
412:2,25 413:4,18
413:25 418:1
**discoveries** 89:23
**discovery** 3:14 27:3
27:18 36:19,23
38:4 69:8 71:23
140:20 141:4,12
141:22 142:1
143:2,22 144:7,11
144:15,22 145:1,3
145:4,8 159:21
161:2,8 223:14,16
224:16,18 247:24
248:3,7,13,19
249:4,17,22 250:2
250:10,16,19,24
251:4,12,14
258:15,21 259:3
259:11 264:16,25
265:11 269:6,7,8
272:22 273:13,16
276:18 291:9,22
291:24 296:16
297:10 305:21
306:4 312:11
315:2 318:3
323:17 327:9
328:5,7 329:8
330:2 331:18
343:10 345:10,25
348:12 350:5
369:4
**discovery-related**
26:22
**discovery/ESI**
307:6 311:25
**discuss** 34:18 67:15

76:20 89:3,11,14
89:18 90:9,13
103:22 110:15
118:21 130:20
131:5,9,13,24
132:4,7,10,13,16
132:19,24 133:2,5
133:18 134:10,19
162:6 181:4
183:22 193:12,23
194:15,22 195:1,4
195:7,10,13,16
197:25 199:18
200:6,20 201:20
202:1,5
**discussed** 46:22
169:6 198:9
249:20 348:21
372:9
**discussing** 89:1
119:2 129:1
185:24 187:8
198:2 311:19
**discussion** 133:21
133:22 307:4
375:20 414:11
**dismissed** 251:5
**displaying** 359:23
**displays** 359:12
**dispose** 214:17
**District** 1:1,1 6:6,6
**Diversity** 240:17
**DIVISION** 1:2
**DM** 380:14
**DMs** 380:5,8
**doc** 52:13 122:11
387:2,6,13,14,16
387:21 388:19
**docket** 4:14 6:7
290:6,14 291:5
**docs** 52:13,15 53:5
63:9,11 74:8
110:4 122:18
370:16
**document** 11:2
18:4,5,10,13

20:13,20,21 21:24
31:13,18 40:10,11
40:15,25 51:15,23
52:5,10,14 53:8
104:5 106:24
107:12 110:2,6,8
118:7 120:4,5,6,8
120:12,14,18
121:18,24 122:10
122:21 123:16
125:1 170:4,8
173:9,11,21
174:14,18 175:5
175:18,23,25
176:3,15,17,20
177:13 202:14,15
203:2,11 204:1,2
205:8,17 206:11
207:8,18 208:22
209:2 219:3,24
224:19 230:3,7
231:1 232:11,14
232:19,24 233:2,6
233:13,13,16
234:7,17 235:10
235:21 247:5,9,10
247:16 248:15
251:16 258:19
260:19 275:7
276:9,11 282:24
286:4,6 290:9,11
290:13,19 298:2
300:9 306:11,13
312:20 313:15,17
315:11,18 326:24
327:7,8,10 330:13
332:22 333:16
336:25,25 337:13
337:20 338:9,9
339:20 341:21
342:1,7 343:2
353:15 362:12
367:5,6 370:1,5
371:2,5,19 372:10
372:14,18,23
373:14 374:23

375:4,6,8 376:9
376:11,13,15,21
377:2 379:15,20
380:4 381:10,11
381:18,22,24
382:10,13,21,24
383:3,5 384:8,8
384:10 390:16
393:1 401:15
406:22 413:3
**documents** 3:23
22:7 27:6,18 35:8
35:10,13,16,18
38:17 50:18,22,24
51:1,6,11,12,19
51:20 52:25 59:15
60:24 63:4,8
68:11,15,16 69:4
89:24 106:18,21
106:22 107:2,6,11
107:13,17,21,24
110:9 117:24,24
146:25 157:18,21
158:21 174:12
176:10,22 193:15
196:8 202:10
203:4 207:20
208:16 209:6
210:23 214:10,11
215:11,14,24
216:7 217:10,14
217:18,23 218:24
219:6,12,15 220:2
220:6,11 221:13
224:23 225:6,9
226:13,17,25
227:3,19 228:2,6
228:10,14,15,18
228:20,22 229:5,9
267:7 270:7
285:23 315:8,13
316:11 327:11,16
327:23 328:9,17
328:19,21,24,25
329:1,5,21,22,25
330:20 348:6,13



348:16 357:11
370:9,11,20
371:10,16,20
375:2 379:19,23
379:25 415:11,13
**Documents.pdf**
207:16
**DocuSign** 205:17
205:19 312:8
315:17 330:16,17
331:11,14 332:4
332:22 333:7,16
334:22 335:2,6,7
335:22 336:2,5
337:5,20 339:14
339:20,23 340:9
340:14 341:23
343:1,4,13 353:15
**DOE** 1:7
**dogs** 354:24
**doing** 17:6 29:23
34:25 50:4 78:20
110:7 140:20
151:25 199:14
210:11 244:21
272:25 292:5
317:23 335:7
355:15 368:23,25
369:13,20,21
374:21 375:15
376:7 383:9 386:7
406:4
**Dotson** 145:8,12
364:5 365:1
**Dotson's** 364:21
**download** 190:13
**downloaded** 157:24
**draft** 321:17
322:11,14,25
323:2,4,8,10,13
323:20,21
**drafts** 321:14
322:16
**drive** 2:11 15:22
18:24 46:25 47:23
52:25 63:12 107:4

110:4 118:10,13
120:24 157:23
175:12 193:17
200:3
**driving** 15:23 47:16
**drop** 40:13 236:7
**dropped** 37:18,19
248:25
**drugs** 9:18
**DUANE** 2:15
**due** 253:24
**duly** 7:3 420:6
**dump** 149:11
**dying** 32:24 33:1
408:21

---

**E**

**E** 420:1,1
**earlier** 21:1 26:7
35:3 39:6,10
46:23 81:21 87:6
106:14 120:7
124:16 133:4
140:5 147:23
148:12 150:14
155:4,10 156:25
162:21 174:22
181:5 198:23
199:25 206:17
223:3,7 253:15
276:14 285:2,11
290:19 292:24
297:11 299:11
302:4,12,17 303:1
310:11,18 314:5
315:17 316:17,24
317:7 350:4
353:23 356:11
357:5 358:5,20
362:13 366:14
372:15 375:12
388:25 401:4,5
404:25 405:16
412:1 413:8
417:11 419:2
**earliest** 355:21,24

356:24 417:14
**early** 60:21 115:2
151:13 252:11
255:14 275:22
276:2 395:24
396:9 407:18
408:19
**easier** 8:8
**easily** 134:1
**East** 220:12
**easy** 238:17 239:22
279:16
**Echo** 399:12
**edit** 121:19 371:7
381:12
**edited** 121:18,20
176:20 374:23
381:17,23 385:1
**editing** 120:17
176:11
**education** 49:13
**effect** 304:16
306:25
**effort** 27:12
**efforts** 89:24
226:12
**Ehrlich** 112:17
113:3 396:20
**eight** 38:8
**either** 67:1,3 79:19
108:8 135:18
136:11,16 142:12
151:18 163:11
172:3 175:15
188:3 207:4,22
232:17 247:22
277:8 279:11
283:14 291:10
314:15 325:11,13
388:19 396:13
406:10
**either/or** 178:4
**election** 409:10,11
409:13,20,25
410:2,3,17,18
411:11

**electronic** 4:11
238:3 244:25
245:11,16 272:20
285:13,18 286:1
286:11 298:20
299:5 330:1,14,15
345:11,22,23
415:21
**electronically**
298:22 327:22
329:9
**Eli** 5:7 25:4 38:19
39:13 48:18,21
49:3,5 52:21
112:4 122:24
131:22 135:19
144:16 146:21
149:7 150:1 151:3
151:15 160:7
162:17,19,22
163:4,10,23 164:6
164:11,19 166:16
166:18 167:2,2,5
167:21,23 174:1,6
182:5,5 183:3
188:4 277:5,20
280:3,3,10,11
291:7 301:4
306:15 307:1
320:11 322:2
358:4 367:10
376:23 377:8,17
391:3 394:3,7
401:1
**EliMosley** 182:25
**EliMosleyIE** 11:7
166:9
**EliMosleyOH**
166:20
**EliMosley@Iden...**
25:1 39:12 52:17
52:24
**EliMosley@Iden...**
33:15
**ELIZABETH** 1:5
**Eli.F.Mosley**

284:13
**Eli.F.Mosley@G...**
147:15
**Eli.F.Mosley@G...**
119:6 126:14
169:7 178:1
204:13 205:21
240:9 271:1
277:10 288:10
297:25 302:23
319:11 320:22
352:4 357:17
358:7,14 359:4,12
360:11
**Eli.Mosley** 39:14
**Eli.Mosley@Ide...**
119:8
**Eli.Mosley@Ide...**
148:3,4 360:14
**Eli_Mosley** 166:12
**Elliott** 1:14 3:4 6:4
7:3,18 33:14
48:17 49:4 52:22
291:6 301:4 307:1
341:2
**Elliott.Kline** 39:16
39:17
**Elliott.Kline@Id...**
39:15
**Elliott.Kline@Id...**
39:7
**Elmer** 17:21,22,23
**else's** 42:17 53:18
102:3 114:13
116:8,17,18
127:18 153:18
179:2 245:20
**employed** 49:24
50:1 420:16
**employer** 396:19
**enable** 170:1
226:13
**enabling** 137:15
**ended** 55:22 249:6
373:6,24,25
374:20 375:14


MAGNA
LEGAL SERVICES

376:2,6,7 388:5
**enemies/counter**
383:18
**engagement** 338:1
339:4
**engagements** 118:4
**Enoch** 84:24
188:18,19 201:12
**enter** 357:16
360:18
**entered** 359:25
360:1,3,5,10
**entire** 56:7 403:7
**entirely** 104:23
106:8 172:16
179:8 181:9
205:13 233:18
305:19 335:3
388:1 402:21
**Entry** 291:5
**envelope** 232:17
270:7
**Erick** 2:24
**Erika** 46:17 77:22
242:20 367:22
368:5,6,14 369:12
369:24 370:12
**Escape** 241:16
**Especially** 202:22
**ESQ** 2:4,8,12,17
**essentially** 15:5
21:21 306:2
384:10
**estimate** 55:21
**et** 1:10 6:5,5
**ethnically** 227:22
**ethnicity** 224:25
**European-Ameri...**
28:6
**event** 14:10 17:7,18
26:8 27:16,19
68:23 87:13,16,17
87:17 90:25
110:10 119:2
371:14 372:1
373:4,12,23

**events** 14:8 15:14
15:17 27:13 65:14
65:18,23,24 90:22
128:9 134:11
187:8 212:2,4,8
212:18,19 213:2,8
213:17 214:1
217:11,20,24
218:25 219:7,9,9
219:16 225:17
226:2,22 234:4,6
234:8,19,20 235:6
241:12,21,22
242:2,17,18
243:24 244:10,14
245:1,2,24
**everybody** 8:9
106:12 122:2
144:3
**Evropa** 27:23 28:3
28:15 29:6,9,14
29:23 30:1 32:14
33:23 34:11 37:6
37:22 39:11 50:3
50:11,19 51:7,13
51:19 55:2,5,8,11
55:17,21 56:15,17
57:5 61:14,16
62:12 63:11,14
64:6,8,11 65:11
65:19 66:24 67:5
67:18,23,25 68:6
68:20,25 69:3
79:20 80:8,18
81:9,15,17 84:5
107:4 122:13
123:8 127:23
147:20,22,25
148:9,22 152:10
152:21,23 169:9
169:13 178:16
179:6 188:5 210:4
220:18 241:8
252:14 265:20
266:10,12 269:15
311:20 322:3,5,6

357:20 360:6,8,22
407:22,24
**Evropa's** 52:8
55:25 66:2 68:22
81:12 266:2
**exact** 16:16 19:4
55:16 161:14
266:15 317:2
328:8 396:7,16
409:7
**exactly** 11:14,17
12:12 15:10 18:6
18:8,12 48:9,10
52:1 55:13,24
56:12 61:4,8 65:1
96:24 100:18
101:14 105:12,23
118:6 161:12
163:2 165:1,25
181:12 182:6
192:8 204:8
206:16 248:25
272:13 275:25
305:15 310:5
328:9
**examination** 3:3
7:13 419:5
**examined** 7:4
**example** 58:3 93:5
103:13 117:9
152:21,24 227:7
227:10 238:4
245:19,23
**examples** 217:15
225:3
**excerpts** 377:6
**exchange** 4:16,17
4:23 5:4,5 30:24
74:6 86:22,22,25
156:4 224:6 300:7
306:9 336:22
351:21 362:9
**exchanged** 86:19
155:2 157:1
222:20 224:3
417:25

**exclusively** 89:22
**excuse** 86:22
113:21 139:2
141:7 150:23
166:22 185:4
191:7 234:3 248:2
313:4 345:22
363:9 401:5
411:20
**execute** 276:15,16
276:21 334:19
343:9
**executed** 169:25
**executing** 334:9
**exhibit** 3:7 4:2 5:2
10:22,25 11:1
12:11 17:25 18:4
20:5,9,9,20 40:4,9
69:7,18 71:1
104:1,5 119:24
120:4 136:17
173:15,19,20
174:12 177:4
182:8,12,12 202:8
202:14 203:22
204:1 205:2
206:10 207:1,14
207:18 208:12
211:20 212:1
214:4 217:8
230:21 231:1
236:8 240:5,8
247:1,5 250:8
251:22 257:13
265:5,8,10 274:25
275:3,7 283:8,18
285:25 286:5
287:1,5,5 289:11
290:6,10 295:15
298:3 300:6,10
302:1,10 303:21
303:22 306:8,12
311:13 312:17,21
313:12,16 317:8
318:8,9 319:20
320:17,20 324:5

324:10,12,13
325:19 326:3,8,11
326:13 329:14,15
330:6,23 331:1
333:20,21 336:21
336:24 338:17
340:22 342:4,8
343:8,18 344:3
347:12,15 348:17
348:20,25 351:20
351:23 362:9,13
363:16 367:1,5
372:6,7 373:1
376:23 377:3
382:17,22 390:13
390:17 392:6
393:2,3 398:13,16
398:17,22 401:10
401:13,14 403:24
404:2 406:15,23
412:25 413:4
418:16
**exhibits** 3:6 4:1 5:1
265:2 270:19
**exist** 80:24 81:10
149:23 360:16
**existed** 289:21
371:3
**expectations** 312:1
312:11
**expected** 68:4
330:11 331:3
**expecting** 140:17
**experience** 54:9
**expired** 337:5,13
338:6,7,10,11
339:9,21,25 340:9
341:5,9,23
**expires** 420:21
**explain** 43:24
**explained** 36:24
55:1 209:22
210:14 229:23
251:14 273:19
361:17
**explaining** 21:22



110:6 139:17
258:14 273:22
315:1 317:25
383:9 384:13
**explanation** 303:6
**extension** 390:7
**extent** 90:2 193:25
306:5 311:5
**external** 82:13 91:8
193:16,19
**extremely** 174:14
174:17
**eyewitness** 15:8
**E-L-L-I-O-T-T**
7:18
**e-mail** 3:24 4:13,16
4:17,19,22 5:3,5
24:15,17,20,22,25
25:8,10,11 31:4,7
31:14 33:13,16,17
34:1,3,7,10,14,17
34:21 35:3,11
38:17,17,23 39:3
39:4,11,23,24
40:1,2 42:1 52:19
53:21 56:18,19,20
57:4,6,9,13,14
58:13,17,19,21
63:11,14,17,20
66:12,15 74:7
79:20,20 80:6,8
80:21 81:18 92:20
101:24 111:20,23
111:23 112:2
117:4 118:18,21
119:3,4,9,12,18
122:13 123:6,8,10
123:25 124:4,6,9
124:17,22 125:3,6
125:8,11 126:17
126:19,23 127:1,5
127:8,11,18,24
128:3 135:17
141:25 142:6,10
142:16 144:13,20
144:25 145:7

146:18 147:8,11
147:13,20,22
148:1,6,13 159:16
159:25 160:2,3,5
160:8,17 161:1,13
161:15,17 168:10
168:14,16,19,22
168:25 169:2,5,9
177:22,24 179:11
179:14 196:11
203:14,18,22
204:9,18 205:6,20
205:24 206:2,16
207:15,24 209:12
218:5 231:8,10
234:22 235:13,16
238:4 239:6,20
240:11 255:9,11
264:22 265:1,3,16
265:18,19 266:10
270:24 271:12
272:8,9,10,13
276:7,24,25
277:21 278:2
279:25 280:7,25
281:4,7,9,10,18
281:20,24 282:8
282:12,15,23
283:13,25 284:3,9
284:10,19 285:1
287:1,6,7,11,15
288:4,8,12,14,20
288:22 289:6,8,14
289:21,22,24
290:24 292:17
297:24 300:6,11
300:13,20,24
301:2,10 302:1,24
303:18 304:11,15
304:21,23 305:1,3
305:4 306:8,14,19
306:24 307:23
309:3 311:15,24
313:4,12,21,23
318:6,11,17 319:1
319:4,6,10,13,20

319:23 320:9,13
320:21,25 321:5
321:10,16 322:10
322:24 323:7,25
324:3,6,15,18,20
324:23 325:6,9,16
325:24 326:16,19
327:2 329:12,19
336:22 337:3,7,9
337:25 338:3,15
338:17,18,21,23
338:24 339:1,2,7
339:19 340:7,23
341:6,11,19,20,24
347:13,15,19,24
348:24 349:7,8,15
350:2 351:21
352:1,2,6,8,12,14
352:17,18 353:6
353:11,16,21,24
355:7,10,12,16,18
355:21,24 356:3,6
356:7,24 357:1,5
357:24 358:1,4,13
358:21 359:4,12
360:6,8,9,22
362:9 363:10,23
364:12,14,15,22
364:23 365:20,21
365:24 366:1,2,8
366:10 385:14
416:13,18 417:23
**e-mailed** 31:12,16
38:14 58:11 121:5
124:13 159:21,22
202:24 207:7,24
211:16,22 270:22
275:13,14 277:24
279:4,9 291:6,12
300:4 339:18
341:9 355:3
**e-mails** 4:21 25:2,5
33:9,12 34:6,13
40:22 56:15,22,25
57:1,8,16 58:8
59:2 68:13,14

79:10 80:7,11,14
82:3,10,12,15
111:11,14 116:10
116:11,14,15,18
116:19 117:3
119:1,5,13 124:14
125:23 128:7,12
128:15 138:25
159:18 160:6
161:10 168:11
169:2 196:18
209:9 211:18,23
229:14 271:5,7,9
271:13 272:9,11
277:13,17 278:11
278:15,16,24,24
279:15 282:17
284:4 290:2,2
292:6 293:17
301:16,18,19,20
308:12 320:18
325:10 337:24
339:3,12,17 344:2
349:9,12 350:5,11
350:16 353:2,18
354:25 356:13,14
356:17 357:6,7,9
358:17,22 359:13
359:17 360:12,24
361:21,23 362:7
362:14 363:1,3,7
363:15,21 366:16
416:15 417:25
418:9

---

**F**

**F** 25:4 38:19 112:4
135:19 144:16
160:7 188:4 277:5
280:3 320:11
322:2 358:4 420:1
**Facebook** 36:22
64:17 75:16
130:22 131:5
153:2 175:8
177:15,18,20,22

178:4,7,10,13,15
178:23 179:3,5,10
179:12,17 180:2,7
180:12,14,19,21
226:6 286:18,20
408:14,24 409:1
**fact** 105:22 205:12
277:20 397:20
406:19
**facto** 62:18
**fail** 266:24
**fair** 11:19 12:6
419:17
**fake** 48:24 244:17
**fall** 253:20 407:18
409:23 410:5
411:6,7
**familiar** 11:3 20:10
21:20 26:8 43:16
43:21 55:2 145:18
182:13 191:22
218:15 231:5
289:11 351:24
352:5 380:23,24
381:1
**family** 47:6 99:16
102:4,20 117:6
**fans** 411:23,24
**far** 20:11 25:5
34:22 42:20 51:4
69:25 75:24 87:12
231:5 241:16
251:15 265:17
291:24 293:14
309:25 310:3
319:18 388:18
**feature** 93:6,14
167:5
**February** 291:23
291:24 293:15
294:7
**Federal** 419:11
**feed** 165:13
**feel** 9:6 36:15
123:13 336:7
**fees** 28:1 29:11



female 67:11 78:12
105:5 351:3
fewer 181:18
Fields 2:19 7:1 83:4
87:23 154:12
243:1
fifth 2:7 366:8
figure 49:6 79:2
80:1 99:1 155:17
315:16
figured 124:25
249:9
filed 19:13 20:23
24:1,8 37:13
81:25 112:1
184:20 236:7,15
249:7 268:15
272:18 274:12,16
308:21 313:10,11
314:7,12
files 268:24
filing 210:15 211:1
236:19 237:11
239:11 269:7
fill 211:7,9,13,17,23
239:20,24 279:19
283:23 286:13,22
312:14 328:11
330:9 331:3,19,20
filled 206:20 281:8
316:2 331:8
filling 328:10,12
final 176:5,7
337:11 384:8,9
finally 41:16,19,19
253:17 254:23
271:11 278:3
335:25 340:20
financially 420:17
find 47:8,17 50:5
51:18 100:2 263:2
263:14 265:7
277:21 279:17
281:4 305:1
309:22 321:22
322:11,13 323:5,7

323:14,16,20,21
362:24
fine 94:20 122:8
137:6,10,20 237:6
244:21 285:10
364:19
finish 8:6 418:14
finished 54:16
Fink 2:6 6:21
fired 390:5 398:12
410:20
firm 6:18
first 3:9,21 4:3 7:25
12:10 16:21,22
17:25 18:9,10
20:19,21 22:15,22
25:13 42:18 55:10
56:9,12 69:15
72:1 79:17 113:10
122:4 126:22
162:9 182:18
198:1,2,4,11
202:9 203:3,10
206:11 207:15,19
208:9,10,12
209:15 210:24
215:4 229:22
230:21 233:5,6
247:10 248:7
251:13 255:18
258:22,23 265:19
273:14 288:8
292:23 293:6
296:10,12 306:6
315:7,18 330:25
333:10 334:2
335:18 345:20
346:25 347:25
353:8 369:2
371:24 373:14
382:23 414:18
fit 112:20
five 32:10,11 60:16
60:16 78:6 105:2
105:8 175:20,22
183:15 257:9

270:6 333:22
336:9
fix 253:20 256:3,5
306:4 361:5
fixed 94:11 95:19
95:25 96:1,6
97:21 98:5 176:16
216:2 253:17
256:5
Flexner 2:3 6:18
follow 28:12 250:9
325:4
followed 177:10,14
249:7
following 137:4
281:20 337:25
389:23
follows 7:5 183:11
follow-up 333:14
foregoing 420:6
forever 193:9
405:15
forget 138:12
form 1:19 4:9,10,12
142:4 167:5 182:5
211:7,10,14,15,23
239:19,20,24
264:23 275:3,15
276:12 278:7,21
279:6,19 283:8
284:23 285:7
286:1,13,22
287:14,14,17
288:2,7 296:20
299:1 312:8
316:10,15,16,25
317:1,2,3,9,11
318:1,14 324:6
326:6 343:18
344:1,7,8,10,11
344:15,25 345:2,5
345:13,16,18,21
346:3,6,14,19,21
347:11,20 348:19
349:3 418:16
format 120:22

175:14
formatted 205:9,13
368:1 400:9
formatting 400:18
former 306:25
formerly 28:14
forms 280:24
312:14,15,15
315:20 316:3
317:17 318:4,5,17
318:25 327:21
328:10,11,13
330:21 331:4,7
342:20 348:21
forum 44:20
forums 64:7
forward 90:5 125:8
271:14 278:17,18
279:2 281:17
330:14 417:24
418:8,12
forwarded 160:3
216:15
forward's 51:7
found 37:12 236:9
293:7 305:1
four 32:10,11 60:16
72:5 97:4 126:20
146:22 147:4
183:10,15
fourth 338:16
four-year-old 72:6
Frankenstein
113:18
Franklin 2:16
Fraternal 220:15
fraternity-type
28:7 56:3
freaked 51:4
free 9:6 31:2
119:15 123:13
124:19 181:17
230:17
FreeCantwell
10:13 12:12
frequent 373:13

frequently 293:22
373:9 378:9
Friday 14:18,22
17:15 85:20
289:15 298:23
299:7 365:1
417:12,14
friend 47:19 140:5
friends 16:6 165:11
165:24 197:10
friend's 139:12
Frolich 59:20
front 69:18 136:17
185:15 205:2
206:25 221:5
241:2,4 325:1
330:5 372:6 393:4
fucked 402:9
fulfilled 333:5
full 59:19 361:20
368:23 403:22,23
fully 307:5 311:25
312:10 420:10
full-time 369:1,13
369:18
funding 183:25
185:24,25
fundraising 183:25
further 1:19 248:5
251:6 274:17
345:8 359:9
393:22 420:14

_____
**G**
_____
G 214:5,8 370:16
Gab 3:20 131:9,15
131:19 180:25
181:3,13,19,21
182:1,4,8,15,17
182:21 183:3,5,6
282:13
game 44:22,23,25
45:19 46:1 133:5
games 43:25 44:2
133:1,18 135:11
gaming 150:21


MAGNA
LEGAL SERVICES

158:13
**gatherings** 201:16
  201:18
**general** 134:1
  177:5,7,8 251:15
  258:18,20 273:12
  373:17
**generally** 69:14
  129:13 294:16
  378:13
**generator** 25:8
**getting** 12:23 57:11
  57:11 71:9 92:1
  94:4 124:9 192:18
  256:23 267:17,18
  268:13 269:17
  272:22 293:15,17
  301:18 351:6,8
  366:16
**giant** 398:7
**girlfriend** 59:9,17
  112:10 395:22
  396:2,22 403:16
**girlfriend's** 60:7,15
  397:12 402:14
**give** 8:12 138:16
  139:3,15 141:15
  141:16 144:18
  168:17 170:7
  179:25 206:18
  237:4 242:1
  244:16 254:6
  271:25 272:1
  279:22 312:12,14
  316:9 334:13
  342:20 343:17
  346:21 403:5
  416:11
**given** 43:8,12 68:3
  138:15,18,21
  140:15,17 141:5
  141:14,18 170:4
  170:10 203:25
  231:17 323:18
  344:23 376:1,3
  398:16 401:13

420:9
**gives** 350:23
**giving** 15:8,11,13
  242:5 317:18
  344:22 402:18
**Gmail** 33:23 34:11
  39:8,9 52:18
  63:22 64:6 80:12
  80:19 81:1,5,8
  121:4,7 148:18
  161:18 320:9
  340:15,17 357:21
  357:23 359:7
  360:19,24
**Gmail.com** 38:22
  64:5
**go** 7:22 15:21 25:7
  27:14 42:20 48:2
  48:17,19,21 64:4
  65:15 86:17 87:13
  88:4 100:18
  101:23 112:9,14
  122:4 125:20
  126:6 128:17
  137:23 141:14
  168:13,15 169:21
  196:22 199:1
  210:10 218:14
  224:13 239:17
  246:4,13 248:21
  254:17 255:2
  262:15 263:7
  268:22 277:15,21
  278:22 281:6
  284:16 285:6
  286:21 288:24
  291:2 294:18
  296:6 309:6,23,25
  310:3,7 315:15
  322:10 323:6
  324:7 328:4
  337:14 338:5
  341:19 358:10,11
  362:7 366:19
  375:16 379:21
  384:17 391:2,10

391:11 396:10,15
  404:17 414:3,7
**goal** 56:4
**goals** 90:14
**goes** 75:25 102:13
  186:21 246:17
  273:18 289:5
  291:24 310:9
  318:10 359:9
**going** 7:22 12:13,20
  21:21 25:19,20
  36:5,18,19 37:7
  37:16,17,18 38:6
  42:14 43:4 45:25
  61:5,13 69:11
  76:24 78:20 80:5
  82:7 83:15 86:17
  86:18 90:2,5
  93:15 100:8
  105:10,11,16
  106:16 107:15
  109:5 118:17
  122:5 128:20
  133:8 137:6 138:7
  145:16 155:11,15
  161:9,10 164:25
  165:18 168:19
  197:16 199:12
  210:14 211:1
  229:24 233:1
  237:11 242:9
  244:22 246:8,20
  251:8 262:17,24
  262:25 269:21
  271:13,24 273:16
  279:24 282:17,25
  283:10 286:22
  293:14 296:10
  306:3 307:12,13
  307:20 308:1,2,2
  308:11,19 309:8
  309:11,17 312:3
  314:19,19 315:19
  315:20 321:2
  332:16 337:8
  338:5 341:10

356:11 357:3
  358:20 361:3,11
  366:22 371:9
  372:14 375:19
  379:21 380:1,2
  384:17 386:4
  403:8 414:7,10
  416:11 419:4
**good** 7:14,15 9:11
  59:23 149:10
  262:12 280:18
  303:17 341:19,25
  402:10 411:25
**goofy** 75:9
**Google** 39:21 48:8
  52:13,13,15,16,25
  53:5 63:8,11,12
  64:1,3 74:8 80:15
  81:5,11 107:3
  110:3,4 118:10,12
  120:24 121:4
  122:11,18 148:12
  157:23 175:12
  265:15,22,24,25
  266:1,2 370:16
  387:2,6,12,14,16
  387:21 388:19
**gotten** 35:16 54:3
  94:18 96:1 112:9
  112:14 116:19
  125:6 141:24
  165:21 203:14
  205:15 209:10
  239:12 267:4
  275:1 293:7
  294:20,21,22
  315:22 318:3
  351:9,15,18
  359:17
**Goy** 241:6
**GPS** 218:14 285:15
**grabbed** 102:23,24
  103:25
**grade** 395:9
**graduate** 49:19
**granted** 310:19

**GRAVATT** 2:15
**Gray** 394:22
**Greene** 4:13 287:1
  288:9
**Greensboro** 2:11
**Greenville** 60:11
  116:5
**Greer** 2:24
**ground** 7:23 77:8
  77:25 256:1
**grounds** 150:5,7,11
  150:13
**group** 68:2 252:14
  368:10 375:8
  377:24
**groups** 68:2,4 79:4
  220:3,8 373:16,18
  383:23 386:2,3,7
**grow** 46:20
**Guard** 54:11
**guess** 13:19 14:1
  18:7 21:23 25:21
  26:5 28:10 30:5
  34:24 36:16 37:20
  38:3 43:18 47:23
  50:3 55:15 62:18
  67:23 68:5 70:21
  76:22 79:4 81:19
  95:21 96:3 97:8
  106:1 115:3 117:2
  121:10 146:4
  148:9 172:23
  176:17 179:16
  184:1 186:9
  201:14 210:15
  211:5 224:7 232:1
  232:8 247:24
  250:12 256:8,16
  273:19 275:21
  276:7 281:5
  287:14,21 291:15
  299:17,18 312:24
  331:16 338:3,15
  348:1 365:6,8
  374:17 377:5
  390:22 400:17



409:11 415:5
417:10 419:18
**guessing** 327:5
**guy** 133:7 222:3
223:4,11 296:18
296:19
**guys** 13:18 38:3,19
70:20 71:24 101:3
101:8 102:25
107:1 123:9
125:19 138:7,15
138:16 141:16
161:9 170:7 193:8
206:17 218:4
221:25 224:15
237:4 271:25
272:1,7,8,9,14,16
277:2 278:19
280:21 281:22
283:15 284:1
285:2,3,3 287:21
289:2 299:19
306:3 308:3,5
311:11 312:13
325:11,12 357:24
361:17 365:9
369:3 370:1,25
371:8 385:18
394:20 402:18
404:17 416:11,13
416:16 417:23
**guy's** 221:20

**— H —**

**hacked** 162:23,24
162:25 163:5,10
165:16,22 166:2
167:24
**hacking** 164:19
**Hailey** 102:15
**half** 16:16 81:24
244:14
**halfway** 373:1
**hand** 20:14 137:16
142:11 169:22
170:1,5 211:7

321:21
**handed** 18:3 20:8
40:8 104:4 120:3
173:19 182:11
202:13 230:25
247:4 275:6 286:4
287:4 290:9 298:2
300:9 306:11
320:20 336:24
342:7 351:23
362:12 367:4
377:2 388:6
390:16 404:2
406:22 413:3
**handing** 11:1 61:6
61:13 114:20
137:24 170:10
313:15 392:23
**handle** 44:14
368:23 369:13
**handled** 110:18,23
**handles** 234:23
**hands** 67:12
**hang** 196:23 294:12
**HANNAH** 1:6
**happen** 105:17
106:16 161:10
178:8 229:24
**happened** 15:6,8,9
15:12 36:17 51:3
66:22 80:16 83:7
85:22,23,23 93:22
94:12,24 96:21
112:8,23 116:24
163:14,15,16
172:20,20 244:5
249:8,10 251:9
255:23 310:6
340:4,21 405:25
410:18
**happening** 249:6
299:22,25 300:3
301:7
**happens** 133:10,25
**happy** 137:23
169:21 208:24,25

299:9 331:20,23
332:1
**harassment** 224:24
**hard** 50:5 67:22
149:10 167:10
193:16
**Harrisburg** 1:16
6:11 260:17 261:1
261:7,24 262:9
**HAUCK** 2:15
**Hazleton** 335:13
**head** 8:11,13 29:17
145:9,13 196:5
354:19
**heading** 383:17
**hear** 148:19 150:7
150:8,11 209:16
209:18 257:19,25
259:10
**heard** 7:20 27:11
52:3 148:17
265:21 311:4
321:6
**hearing** 3:14 4:8
38:3 69:8,16,20
71:3 159:16
251:23 252:1
291:9,10,12 292:7
292:11,15 293:18
299:15,19,21,24
300:3 301:8
302:14 303:11
304:22 305:5
309:19 319:21
323:25 333:15
362:15
**hearings** 303:4
308:13,15,15
**Hecker** 2:6 6:21
**Heimbach** 77:4,19
88:6 130:9 156:7
195:10 200:20
201:7,12,19
221:18 223:18
243:9 291:7
**held** 20:13 219:8

**hell** 111:19 337:8
**hell's** 138:11
**help** 62:4
**helped** 25:25
120:15
**helping** 67:23
**hereto** 420:16
**hey** 17:5 23:3,5
31:1 37:6 38:5
42:22 44:5 65:15
79:23,25 80:4
81:2 89:7,8
100:16 102:21
140:20 142:10
143:3,8,8 161:1
168:16 170:5
210:20 211:6,17
222:18 244:5
258:15,16 267:18
271:23 295:2
296:14 337:9
340:8 341:9
384:14 387:8
**hi** 222:19 262:23
**hiding** 100:7
**high** 34:5,14,15
54:13 380:23
382:6 383:21
384:3,25 408:15
408:16
**highest** 49:13
**Hill** 84:8,11,13
88:10 156:11
195:15 243:13
**hint** 171:21,23
**hired** 27:22
**hit** 91:14 118:14,16
121:7 322:16
335:19 360:15
**hold** 231:3 236:7
265:4,6 321:23
323:14
**Holdings** 220:25
**holiday** 196:19,21
196:24 197:12,13
201:1

**holidays** 197:15
**holy** 165:3
**home** 19:2 217:6
218:14,16 231:15
270:4 397:16,21
397:23 398:5
399:13
**honest** 78:19
**Honestly** 300:12
**Honor** 326:20
334:15
**hopefully** 272:16
**Hoppe** 90:3 136:23
247:17 252:2
298:8 348:2
**Hopper** 130:6
222:5,5,6 223:12
223:15,19,20
**Hoppe's** 26:19
150:14 174:22
194:1
**hosted** 196:24
**hosting** 266:3
**hotel** 47:19
**hour** 399:10
**hours** 278:15 290:4
369:19 418:6
**house** 18:21,23
35:20 47:4,5,10
50:8 60:7,10
102:4 109:6,21
185:6,7 196:23
197:1 200:12
201:6,9 231:15,21
267:8 270:1,13
354:23 402:14
403:15 407:17
417:6
**house-sit** 353:21
**house-sitting**
335:12 354:5,16
354:21
**HR** 112:16
**Hudson** 2:3
**Huffington** 58:13
**huge** 394:5 397:5,6



404:9
**Hulu** 282:21
**hundred** 55:23
**hundreds** 103:14
**hurt** 384:17

**I**

**Ice** 184:1,2,3,6
185:13,18,19
**idea** 44:13 55:22
57:24 81:14 88:4
101:20 110:22
131:20 134:6
160:4 163:6 187:2
224:1 274:19
275:20 355:13
392:22
**ideas** 51:9 61:12
**identification** 10:23
18:1 20:6 40:6
69:9 104:2 120:1
173:17 182:9
202:11 203:23
230:23 247:2
251:23 275:4
283:9 286:2 287:2
290:7 295:16
300:7 306:9
312:18 313:13
320:18 336:22
342:5 351:21
362:10 367:2
376:25 382:19
390:14 398:14
401:11 403:25
406:16 413:1
**identified** 345:12
**identifier** 234:25
**identify** 137:1
220:18 234:18,21
235:5,18 238:8,11
239:3 241:19
242:11 243:23
244:20,25 245:11
245:15 285:18,21
331:23 334:20

**identifying** 137:10
137:14 334:10
383:23
**Identitarianism**
408:6
**identities** 74:20
**identity** 27:23 28:3
28:14 29:6,9,13
29:22 30:1 32:14
33:23 34:11 37:5
37:21 39:11 50:2
50:11,18 51:7,13
51:18 52:8 55:2,4
55:8,11,17,21,25
56:15,17 57:5
61:14,16 62:12
63:11,14 64:5,7
64:11 65:11,18
66:2,24 67:5,18
67:23,25 68:6,20
68:22,25 69:3
79:20 80:7,18
81:9,11,15,17
84:5 107:4 122:13
123:8 127:23
147:19,22,25
148:9,22 152:10
152:21,23 169:8
169:13 178:16
179:6 188:5 210:3
241:8 252:14
265:20 266:2,10
266:12 269:15
311:20 322:3,5,6
357:20 360:6,8,22
407:22,23
**IdentityEvropa**
52:20 57:2,7
**IdentityEvropa.c...**
58:21 63:17
126:16 265:16,18
**ignoring** 301:16,17
**image** 263:15
273:17 308:5
310:2
**imaged** 237:6

272:20,23 273:3,7
273:11 415:7
**images** 238:4
**imagine** 12:15
370:7,8
**imaging** 218:11
274:3,18 285:13
330:15 332:2,5
343:19 345:10
415:8 416:1 417:2
417:17
**immediately**
179:15
**impair** 9:18
**implications** 311:3
**imply** 312:12,13
**important** 8:12
165:19
**impression** 343:6
**inability** 252:12
255:15
**inaudible** 89:21
150:5
**inauguration**
409:19,20
**inbox** 272:11 304:2
304:4 319:14
352:8,10 358:10
358:11,14 359:5
362:6
**inboxes** 321:23,24
**incident** 13:24 15:4
**include** 82:25 83:2
83:4,8,21,24 84:2
84:4,8,15,17,19
84:21,23 85:1,8
203:8 233:10
238:1 281:22
299:3
**included** 112:12
212:19 213:16,25
217:15 245:20,23
348:21
**includes** 212:8
213:8 234:7
**including** 27:4

65:21 68:11 82:23
134:12,16 191:16
212:14 214:11
225:2 234:11,24
237:17 238:3
**INDEX** 3:1
**indicated** 26:7
27:22
**individual** 152:19
**individually** 68:7
**individuals** 86:18
89:3 152:18 196:1
**inference** 27:17
**influence** 9:17
**inform** 139:20,24
140:1 248:17,22
249:2 307:21
419:7
**information** 37:15
59:22,25 61:7
70:1 89:24 122:23
123:4,19 137:16
137:24 140:3
141:16 143:5
144:19 160:19
169:23 170:1,6,11
216:4,19 273:21
281:8 282:13
293:12 294:2
298:22 317:4
327:22 329:10
360:21 387:10
**informed** 257:16
257:21 258:3
259:6,23 264:19
264:24 267:14
307:5,12,21
311:25 312:11
327:20 419:17
**informing** 304:15
305:21
**initial** 268:14
**initially** 62:17
**Instagram** 132:7
134:24 136:1
**instructed** 93:16,19

128:11,14 215:10
249:3
**instructions** 318:4
318:6,17
**intend** 414:20,24
415:1,10,15
416:10,24 417:1,4
**intended** 316:5
**intending** 124:23
**intent** 376:1
**intention** 373:7
375:13
**interested** 420:17
**interject** 26:18
418:25
**internet** 60:5 97:10
106:23 111:19
116:13
**interrogatories** 4:4
230:22 233:7,21
234:15 236:12,21
236:25 237:8,16
241:19 264:6,14
315:7,12 347:1,25
414:19 415:10,21
415:25
**Interrogatory**
235:4 238:8,11,19
238:25 239:7,9
241:19 244:19,24
245:10,15 415:20
**interrupting**
143:14
**interview** 184:15
**interviewed** 57:22
185:15
**interviewing** 184:8
**interviews** 57:20
58:16 232:7
**intimidation**
224:24
**Invictus** 84:21
88:22 156:17
195:22 243:19
**invite** 145:24
**involve** 50:18



involved 22:21
30:12 53:19
226:21 231:13
involving 133:12
133:15 134:4
270:13
in-game 44:21
in-person 238:2
iPad 153:16,17,18
iPhone 31:23 32:7
32:24 33:1,12,13
33:22 54:2 58:24
59:4,11 63:6 70:5
70:6,9,11,12 73:7
73:16 95:1 96:8
96:18 97:21,25,25
98:1 100:20
101:18 103:4,9
104:16 107:20,20
120:19 130:25
131:3,6 153:3
155:8 168:5,7
171:7 180:18
189:24 190:11
193:1 216:21
217:2 254:23
255:19 256:3
262:6 263:22
310:14 389:11,13
393:20 416:25
IRL 241:12
issue 26:21 42:20
101:1 257:2
279:24 283:11,12
284:3 291:9 311:7
311:10 323:19
issued 98:8 208:10
issues 29:7 32:24
41:18,24 42:2
105:14 253:14,15
253:24 255:18,21
291:22,23 306:5
361:17,18
items 327:9
iteration 376:11
it'll 263:16,16

340:18 361:5

_____
**J**
_____
jail 16:13 200:8
James 2:19 7:1
17:20 83:4 243:1
306:14
January 208:4,10
215:6 233:13
235:21 237:10
255:20,21,24
256:10,18 409:20
Jason 1:10 46:14
77:17 82:23 87:5
87:11 110:18,23
120:15 122:7
154:6 242:18
368:9,16 369:12
369:25 370:12
378:15
JC 112:17 113:2
396:20
Jeff 84:19 243:17
jerk 89:8
Jessica 144:10
350:12,17,19,21
353:25 354:3
job 47:8,17 48:3
50:5 67:12 100:2
112:9,14 113:2
369:14,18 390:6
396:10,15 398:12
John 1:7 2:11,12
7:11
join 7:8 175:3
409:6
joined 54:12 56:2
409:12,15 410:1,7
joining 143:23
joke 174:20 392:15
392:19,21 394:23
403:20
joking 392:10
394:19 395:4
Jr 83:5 243:1
Judge 26:18 69:25

90:3 136:23
150:14 174:22
194:1 205:4
247:17 252:1
272:19 298:7
302:6 307:16,17
318:12 319:5
323:24 328:16,22
347:22 348:2
349:2,3,21
July 69:15 71:2
98:10,10,10 112:1
136:19 141:7,7
145:5 159:15
205:21 207:8,12
213:10 236:9
260:19 261:4
265:3 266:22
293:10 296:3
297:5,7,18 302:11
303:12 305:16
309:24,24 310:8
312:5 313:19
314:14 318:7,18
318:19,25 319:8,9
321:8 323:24
325:20,21,21
326:1,1,9 329:11
338:2,13,17,18,20
339:10,11 347:17
348:2 349:7,15
352:14,18 353:2,6
353:9,9,19,21
354:5
jump 377:24
June 98:10 306:14
309:3 311:17
313:21,23 314:12
320:22 347:6,7
352:22 355:25
356:8,10,25 357:1
357:4 358:15
359:13 360:25
366:12 372:19,20
372:21 374:9,11
420:22

junior 54:13,14,15

_____
**K**
_____
Kaplan 2:6 6:21
129:17 139:7
Karen 145:7
KarenD@vawd....
363:24
keep 215:14 246:19
258:25
keeping 71:16,20
101:7 229:1
keeps 322:7
Ken 340:23
kept 29:23 32:24
33:1 80:22 94:4
214:18 216:1
256:14 372:14
Kessler 1:10 6:5
7:22 19:16,19
26:15 46:15 77:1
77:17 82:23 86:23
87:1,16 110:18,23
121:18,25 122:1
123:24 134:16
154:6,22 155:3
194:22 197:18,22
201:12 242:18
267:23 270:15
288:15 304:6
324:23 368:16
369:12,25 370:12
371:10 382:2,3
kicked 11:12 63:23
148:14 360:1,4
kike 399:11
Kilby 6:13 7:4,25
8:8,14 10:25
420:3,19
kill 294:11 391:10
Kim 340:23
kind 13:5 14:8
15:12,13 16:1
17:6 22:25 28:7,9
28:11 31:1,20
44:20 45:11 47:3

47:7 50:4,7,13,24
50:25 51:5,9
52:16 56:4,9,10
56:12 57:1,8
62:18 65:13 67:22
68:1,4 70:4 73:6
79:2 101:17
106:11 110:24
111:7 113:12,18
115:9 122:4
124:25 158:16
167:10 171:21,22
174:19 176:17
193:19 198:16
216:9,22,25 231:5
231:16 258:17
267:20 319:17
335:23 368:1
371:4 378:7
379:19 388:21
kinds 64:13
Kingdom 49:6
KKK 213:10,15
220:13,23
Kline 1:14 3:4 6:4
7:3,7,14,18,19,20
9:25 11:2 14:25
18:3 20:8 27:12
27:21 40:8,16
41:10 46:20 48:17
52:22 69:11 95:24
102:15 120:3
128:25 182:11
199:18 202:13
203:25 205:5
230:25 247:4
251:25 252:12
255:16 257:12,18
258:4,8 259:8,10
259:16,18,21
260:12,13 261:13
262:22 275:6
277:12 280:23
283:1,17 285:11
287:4 291:6
295:18 297:12



301:4 303:19
307:1 309:16
321:20 326:15
334:13,14 341:2
365:1 367:4
375:25 382:21
388:25 389:19
390:8 395:13,16
398:18,23 399:9
414:16 418:20
**Kline's** 26:21 27:1
41:5
**knew** 24:1 41:23
124:24 164:21,22
164:23 165:13,18
191:5 213:9,12
222:8 250:1 268:3
272:21 273:4
285:3 293:5,9
296:12 307:14
312:7,12,13
314:19 331:2
333:16 371:8
384:11
**Knights** 220:12,16
220:22
**know** 7:25 8:19 9:6
11:10,14 13:6
15:11,25 16:16
17:2,6,18 18:6,8
19:1,2 20:16,18
21:8 22:6,17,20
25:20 26:1,6 36:7
37:6,9,10 38:5,6
41:1,9 44:1,2,14
47:11 48:9,9 50:4
50:9 51:6,8 52:1
55:15,23 56:16,21
56:25 57:3 58:1,4
58:5,13 59:20,24
59:25 60:2,12
61:5,25 62:5,5
63:23 64:4 65:1
66:7,10 67:6,10
67:11,13,17 68:14
70:11,15 72:4

73:7 74:17 75:24
76:14,15 77:5
78:12 79:7 81:13
81:23 83:6,12,13
84:18 85:20,22
88:3,4 91:13
93:11,14 94:16,18
95:7 97:18 100:18
101:14 102:1,2,16
103:17,18 105:20
105:22 106:12
111:18,25 113:13
113:15 115:18
116:6,7 121:20,21
124:24 131:11,12
131:13,17,20,22
133:8,13 135:16
136:7,14,16
139:10 141:1,2
142:23 143:4,7,25
145:10,14 146:24
148:9 149:5,11,12
149:18,18 151:4
152:3 153:10,24
156:21 157:12
158:3 162:1,3,5
164:10 165:10,23
165:25 166:4,5
167:7 168:13
170:19,19,21,25
171:20 172:6,8,21
172:22 175:10
176:15 177:21,23
178:4 181:11
182:3,6 183:14
184:7,24 185:20
185:20 186:4,10
187:1 188:2,7
192:8,8 200:10
206:3,7,7 207:9
209:15 212:11,21
213:6,10,19 221:1
222:10 223:25
224:1,7 228:3
229:25 230:12
232:8,9 233:22,25

236:4,13,22 237:7
237:7,9,20,23
239:1,2,4 240:3
242:1 244:6,15
247:24 248:25
249:5,6 250:2
251:2,8,8 254:16
254:22 255:25
257:17 259:8,12
259:13 260:2,5,8
260:14 262:3,7,10
263:5,8 265:17,23
266:14 267:1,12
267:16,25 268:23
268:25 269:10,13
269:24 270:6,9,21
271:19,20,24
272:1,21,25
273:21 274:11,24
275:19,25 277:2,7
277:15 279:25
280:4 282:21
283:14,24 286:19
288:24 291:13,14
291:20,20 292:2,3
292:4 293:3,15
294:15 295:22
296:21,25 297:19
297:20 298:13
299:20,21 300:16
301:7,8,12,14,24
302:15 303:15,15
304:8,10,13,17,18
305:10,11,14
307:19 308:11,14
308:17,19,21
310:1 312:14,16
313:7 314:20
315:21 316:23
317:13 318:21,22
319:8 321:3,10
322:25 324:7,21
324:24 325:2,8,16
326:17,18 327:5
328:9,10,14
330:24 334:7

335:17,17,18,21
336:13 337:24
338:3,12,14 339:6
341:15 347:8,12
347:16 349:16,18
350:18,19,22
351:1 352:24,25
354:19,20 355:4
356:5,19 358:19
359:8,10 361:3,4
361:10,23 364:10
364:18 365:6,9
367:8,24 368:4,6
370:7,23 372:2,17
379:2 382:3,5
384:4 385:1,12,14
385:15,15,19,22
386:3,13 387:4,4
387:16 388:14,15
388:16,17 390:19
391:20,20 392:9,9
392:16,18 394:15
394:17,18,21,22
394:24 395:2,3,5
396:6,16 399:3,4
399:6,19,25
400:17,23 401:17
401:21 402:17,17
402:19 403:4,16
403:18,20,21
406:8 407:13
409:7,8,11,14
410:11,11,14,14
410:17 411:8,9,9
411:16,18 412:14
412:17 413:8
415:5,17,18
418:12
**knowing** 127:16
392:11
**knowledge** 15:4,16
181:15 190:3
343:2
**known** 14:10 84:24
141:3,11 145:17
299:9 305:8,9

325:3
**knows** 12:13 307:7
307:8
**Kolenich** 17:20
29:18,19 30:4,17
31:7,20 35:6
36:11,20 38:16
43:7 46:10 100:13
130:2 139:8,9,20
139:24 140:8,23
210:5,7 214:25
229:20 235:23
236:3,11 247:14
247:19 248:17,22
249:2,20 250:15
250:18,25 251:11
252:10,21 253:2
253:23 254:6,12
254:20 255:14
257:16 258:3
259:5,17,22 260:4
260:11 261:14
263:19 264:1,18
266:17 273:8,25
274:3,16,21 296:2
296:22 297:17
305:24 306:1,14
306:20 307:10,14
307:19 308:10,18
308:24 309:2
310:12,25 311:5
311:15,20 312:9
332:24
**Kutztown** 102:13
**K-L-I-N-E** 7:19

---

**L**

**L** 2:8
**labeled** 377:14
**Lancaster** 111:22
116:13
**language** 194:1
199:10
**laptop** 59:8,10
60:15 398:12
407:7 408:21



late 112:9,15 114:2
  115:2 184:21
  275:22 276:1
  396:2,8,8,10,13
  396:14,17
latest 34:25 356:25
  357:14
law 1:3 2:11 6:18
  37:20
lawsuit 7:22 18:7
  19:13,16 37:7
  44:4,5,8 45:9
  54:22 55:5 81:25
  103:22 133:5,11
  133:15 134:16
  183:18 184:19
  214:11 215:25
  228:16,23 269:9
  269:13,17 274:12
  274:15 288:18
lawsuits 227:20
  228:4,5,7,8
lawyer 13:15 16:23
  17:20 37:8 38:6
  138:10,13 139:2,5
  139:12 140:6
  141:15 209:21,25
  210:2,3 239:13
  332:17
lawyers 16:4,4
  40:14 43:17
  138:10 139:2,11
  139:17
lawyer's 13:15,16
lead 27:17 378:14
leader 62:18 83:17
  222:1
leaders 76:23 83:16
  374:16 375:9
leadership 29:8
  65:10 83:15
  373:15 374:16,18
leadership-type
  65:17
leading 27:25 72:8
  79:1 108:11

109:15 134:11
  198:5 373:4
  410:17
League 84:9 88:18
  220:20 385:18
  388:3
leaked 68:18 71:12
  106:23,25 110:8
  125:1 292:24
leave 16:14 42:22
  47:25 354:23
  419:8
leaving 48:2 95:10
led 29:5 316:20
left 25:2 32:14
  33:15 44:5 47:14
  51:25 70:2 79:4
  95:11 99:24
  116:23 142:24
  143:12,17,21
  148:15 151:1,9,21
  246:1 266:12
  291:11,15 395:17
  398:2 404:12,16
  404:16,17 407:17
  415:19,20
legal 6:12,13 28:1,2
  29:11 37:20 43:8
  43:13,14,19 44:10
  66:15 183:25
  351:7
legs 408:20
letter 338:2 339:4
letters 127:10
  168:18 284:6
letting 39:23 81:2
  149:17 357:14
let's 65:15 262:15
  366:17 375:16
  414:3
level 49:13
liaison 221:23
lie 78:18 391:14
  392:3,7,13,16,18
lied 12:14 78:15
  391:14

life 406:2
limited 26:20 225:3
Line 205:5 252:21
  255:14 326:15
  327:13 333:18,25
lines 252:20
link 121:4,5,7
  370:16,18 381:21
list 58:16 61:12
  75:24 77:3 86:18
  142:4 143:8 167:8
  197:8 206:10
  217:13 226:15
  234:14 241:18
  242:1,5,10 244:7
  244:9,12 283:14
  284:1 285:1,2,4
  315:21 380:23
  383:21 384:2,11
  384:13,13,20,20
  384:22,24 385:3,4
  385:6,7,9,10,20
  385:22 386:14,18
  386:21,23,24
  387:1,1 388:18
  415:23
listed 173:8
listen 295:8,12
listened 191:2
  297:21
literally 25:9 56:7
  59:10,14 60:4
  63:1 100:3 115:14
  133:7 139:12
  146:17 217:5
  235:15,18 245:8
  267:19 278:20,20
  282:19 294:9
  312:3 321:14,19
  323:10 375:4
  403:6
litigation 25:13,15
  25:23 26:14 27:1
  40:18 43:16,22
  90:1 252:11,17
  253:7 255:15

258:6 259:20
little 16:18,24 38:1
  43:5 47:15 49:10
  67:20,21 74:6
  81:21 200:16
  305:17 334:24
  364:2 409:10,13
live 45:22 47:2,13
  56:10,10 185:1,8
  185:14,16,24
  186:7,8,12,17,20
  354:12
lived 23:16 47:15
  48:14 115:21,23
  198:7 199:20
lives 45:25
living 18:22 23:8,21
  48:4 116:4 176:17
  199:22 200:2,3
  371:5 372:13
  374:22 375:1
  403:15
LLC 220:25
LLP 2:3,6 6:18
lobby 13:2
local 58:7 65:14,23
locate 278:15,24
located 68:17
  102:12 189:13
location 216:22,25
log 39:5,25 40:1
  61:21 64:3,5 80:8
  80:10,22 81:7
  127:11 271:3
  282:15 309:18
  310:4
logged 53:5 357:21
  357:23 358:6,11
logging 81:17
logistical 174:20
logs 75:18,21
  121:15 310:7
long 13:3 19:23
  20:12 22:1 39:2
  41:19 72:16 91:16
  95:4,8 135:23

146:2 159:19
  175:25 176:4,5,7
  176:9 270:10,10
  284:17 297:12
  337:18 354:16
  411:10
longer 16:8,8,18
  20:1,2,12 22:2
  28:4 29:5 36:14
  48:19 80:21 97:5
  151:15,22 218:25
  245:12 246:7
  296:2 297:17
  305:17 360:22
longest 20:13
look 11:2 21:20
  48:2,8 76:8 88:5
  96:23 100:18
  114:23,24 115:10
  122:7 149:19
  182:7,13 186:24
  186:25 232:4
  275:11 277:16
  287:12 288:24
  298:15 304:4
  324:8 326:8 328:4
  351:24 352:5
  356:19 381:13
  384:9 387:1
  400:18 402:8
  403:6 412:23
looked 182:18
  193:9 278:4 302:4
  304:5 317:7
  355:10 356:10
  361:25 362:1,23
  386:23,25
looking 114:24
  142:14 149:13
  174:19 236:8
  259:4 279:13
  302:8 311:13,18
  318:12,14 319:18
  322:14 323:8
  324:13 325:2,5,22
  325:23,24 326:3,7



326:10 328:3,5
329:19 330:7
346:17 347:22,23
349:22,22,24
352:20 353:1
379:23 390:20
392:8 393:22
401:9
**looks** 122:8 149:12
149:18 173:25
182:24 183:14
206:19,19 211:19
211:20 218:4
231:5 265:2
287:13,14 289:11
298:12 312:23
348:23 399:18
404:4
**loose** 68:1
**lost** 25:3 94:14
230:7 361:19
**lot** 20:1,2,3 24:12
28:13 31:14 57:15
64:25 126:24
131:12 172:3
178:7 199:21
239:16 282:22
386:2,6,7 388:7
388:21 410:15
**lots** 58:7 112:12
153:25
**Loudoun** 48:11,11
48:12
**Loyal** 220:22
**lunch** 246:6 262:13
262:18 263:18
264:4 293:25
**lying** 78:13

**M**

**machine** 113:18
**Macungie** 354:13
354:14,15
**magical** 306:25
**MAGILL** 1:6
**Magna** 6:12,13

**mail** 19:3 23:6 24:5
35:14,22 36:1,7
103:7 138:23
267:5 268:18,20
269:18,19,25
270:1,3,12,17
**mailed** 291:11
**main** 71:7 181:24
**making** 50:18
51:16 74:4,7
110:5 199:3,9
246:15 388:19,20
388:22 400:15
**male** 67:11
**manager** 112:16
**Maps** 48:8
**March** 14:7,15,16
78:5 81:20,22
85:21,23 90:19
213:19,25 247:11
249:4 298:24
299:7 390:24
393:16,23 394:6
399:9 402:4,25
404:6 407:1 412:2
412:19 413:25
**MARCUS** 1:7
**MARISSA** 1:6
**mark** 399:13
**marked** 10:22 18:1
18:4 20:5 40:5
69:8 104:1,5
119:25 120:4
173:16,19 182:8
182:12 202:10,14
203:23 204:1
221:22 230:22
231:1 247:1,5
251:23 275:4,7
283:9 286:1,4
287:2,5 290:7,9
295:15 298:2
300:7,9 306:9,11
312:17,20 313:13
313:16 320:18
336:22 342:4,7

351:21 362:10,12
367:1,5 376:24
377:3 382:18,22
390:14,16 398:14
398:17 401:11,13
403:25 406:16,22
413:1,3
**marking** 10:25
**MARTIN** 1:7
**material** 89:25
**materials** 110:12
110:16,16,21
417:1
**Matt** 201:12 221:17
**matter** 6:4 19:8
26:19 69:16 245:9
334:9
**matters** 269:3
390:10,11 410:22
**Matthew** 77:19
84:15 130:9 243:9
243:11 291:7
**mbloch@kaplan...**
2:9
**McLean** 2:12
**mean** 11:4 21:4,9
25:20 34:13 39:18
49:9 50:2 51:3
57:24 61:19 64:4
75:23 78:16 80:13
94:17 97:15 98:16
101:20 103:18
105:15 107:3
109:12 115:7
124:24 131:10,12
142:9 158:8 166:3
173:6 183:10
186:17 187:15
191:2,10 199:20
200:15,22 201:11
204:19 207:11
208:1 209:18
223:6 224:5,15
233:22,23,25
235:15 237:19
238:16 244:3,7,14

249:8,13 254:16
254:18,22 256:19
261:17 263:5,8
268:25 271:10
275:11 277:19
280:4 281:3
282:21 291:13,18
291:21 292:1
294:8,25 295:1
296:6 300:4,25
301:9,22 303:22
306:16 307:8
309:4 310:23
311:4 312:10
313:4,9 314:4
321:19 322:4,18
323:14,16 325:10
327:5 332:16,21
336:8 337:15
341:15 343:2
346:5,13 347:6
351:19 354:2
357:11,12 358:9
358:19 361:16
365:6 366:6
367:24 368:3,25
369:11,19 370:7
370:22 371:12
373:22 379:3
382:12 387:16
390:22 391:13,14
391:18 392:15,20
394:13,13 395:8
397:22 398:1,4
399:3,18 400:17
403:13,14 404:22
406:2,9
**means** 140:15,17
141:5,14 161:8
170:10 191:19
206:18 212:4
213:2 215:13
234:18,21 235:5
238:1,2,9 239:3
265:13 270:21
272:24 316:7

328:15 380:14,15
399:20
**meant** 174:20
175:2 327:4 328:9
396:5 405:4,5
**media** 4:11 64:10
64:13,20,25 65:2
65:7 66:2,6,24
67:15 75:11
117:12 130:12,15
131:8 132:22,24
134:9 135:9
136:24 137:2,10
137:14,15,25
138:3,24 139:22
140:10,12,18,25
142:2,8,17,22
143:9,18 145:17
174:15 181:23
187:13,16,21
191:14 216:5
218:19 219:23
225:16 227:9
229:8,11 234:23
237:5 238:4
285:22,25 286:10
286:16 298:21
299:6 317:19
331:24 332:6
333:9 342:21
345:12,24 384:16
408:8,12,22 415:4
**medication** 9:18
**meet** 46:9 193:22
194:5,21,25 195:3
195:6,9,12,15
197:4,6,10,21
201:19,25 202:4,5
**meeting** 61:13
114:22 115:9
198:14,17 318:19
377:25 378:2
379:24
**meetings** 196:2,9
196:12,15,17
197:17 198:12



219:7 238:2 378:4
378:12,14,16,19
378:22,25 379:7
379:10,13,13,16
**member** 28:14,20
29:6 30:1 37:21
55:7,10,17 56:1
57:5 67:25 407:23
409:17 410:25
**members** 37:5
55:20 57:22 68:6
83:8,11 84:4
117:6 252:13
383:23
**memory** 94:24
**mentioned** 139:17
**merits** 26:23 27:10
199:1
**Mesa** 18:23 46:25
47:23
**mess** 279:4
**message** 3:8 10:22
12:10 16:21 23:1
42:22 56:5 67:3,4
86:9 87:16,19
89:2,12 90:10,11
90:16,22 92:23,25
100:16 121:8
123:13 160:18
196:14 224:6
256:25 257:1
369:23 377:16,19
380:14,15,16,18
391:8 392:8 393:6
393:23 394:6
398:24,25 399:8
399:22 400:13,19
402:3 403:3,7
404:3
**messaged** 155:1
222:23,24 337:4
**messages** 5:6,7 17:4
17:9 24:12 30:24
33:5 74:5 76:1
79:15,16 85:6,8,9
85:12,14,19 86:5

86:19,21,23,25
87:3,4,13 90:18
93:4,6,9 94:21
100:10 117:12,20
123:25 136:6,8
149:6,25 150:2
153:21 154:6,20
154:21,23 155:2
156:4 157:1,10,16
158:18,24 159:2,8
163:19,21 167:19
167:25 168:4
170:18,24 171:4
178:12 180:15
182:2 183:9
196:18 216:13,16
222:20 225:20,23
226:1,8 227:6,9
229:17 240:14,15
262:4,6,9 263:6
263:11,15 302:13
303:7,9,10 366:12
367:1,7,18,20,22
376:23 377:7,10
380:8,10,13,16,21
382:13 413:9
**messed** 322:17,18
360:9 361:14,15
**messenger** 180:12
180:13,19
**met** 17:15,17
194:14 196:1
198:1,4,9,19
199:17 200:5,19
201:16
**method** 154:1
**MI** 241:6
**mic** 253:20
**Michael** 2:8 6:20
84:8,11,13,17,23
88:17 189:3,15
243:13,15,21
272:12 306:15
318:18
**microphone** 189:20
246:20 294:11

**middle** 72:18
160:22 205:5
254:3 256:15,16
256:19 257:7,7
408:19
**Mike** 84:24 188:18
188:19,19 189:3
196:25 201:11,12
249:7,12 318:6
**military** 54:6,9,10
**Millersville** 49:18
49:23
**mind** 228:3 310:25
352:22 392:23
**mine** 165:11 399:19
400:22
**minute** 105:17
165:7 223:7,10
259:7 261:10
322:15 323:9
**minutes** 78:6 105:2
105:8 126:4,7
168:20 198:7
199:21 246:3,4,5
246:24,25 251:10
257:9 366:20
**mishear** 140:6
**misread** 142:12
**missed** 142:12
254:24 296:7
301:25 302:1,13
356:12
**mistaken** 177:23
**misunderstanding**
328:18
**misunderstood**
327:3
**mixed** 42:19 209:10
**Mm-hmm** 9:4 21:3
26:9 38:11 43:6
53:4,7 55:9 63:7
63:16 70:13 72:15
82:21 85:7 95:3
96:10 107:22
122:25 123:15
136:20 137:12

235:3 241:23
259:12 260:21
282:9 298:4 311:8
374:25 407:20
**mode** 77:10
**model** 70:9 73:8
**moment** 95:19
192:11 239:1
316:2 375:17
392:24 414:8
**Monday** 417:12,14
**money** 184:10,16
**month** 36:3 94:12
102:18,19 160:10
160:20,24 172:11
184:20 200:23
268:10 270:4
274:14 305:18
**months** 23:17
28:11 32:10,11
38:8 60:16 72:8
80:24,25 95:6,20
96:14,15 97:4,5
98:6,6 108:12
109:15 116:2
148:21 155:20,21
160:10 173:11,13
174:5 265:23
270:5 274:13
368:22 373:23
**Moonbase** 220:25
**morning** 7:14,15
319:9 325:21
355:5
**morphed** 28:8
**Mosley** 5:8 25:4
38:20 39:13 48:18
48:21 49:3,5
52:21 104:4 112:4
122:24 131:22
135:19 144:16
146:21 149:7
150:1 151:3,15
160:7 162:17,19
162:23 163:4,10
163:23 164:6,11

164:20 166:16,18
167:2,5,21,23
174:1,6 182:5,6
183:3 188:4 277:5
277:20 280:3,3,10
280:11 291:7
301:5 306:15
307:1 320:12
322:2 358:4
367:10 376:24
377:8,17 391:3
394:3,7 401:1
**motion** 3:11,11
37:13 40:4,5
210:15,16 211:1
236:15,19 237:11
239:11 247:23
248:1,2 249:7
250:15 251:4,4
268:24 272:19
292:1 299:16
301:3,12,15 304:9
304:11,16,23
305:5,9,14 312:24
313:1,7,24 314:2
314:7,9
**motions** 232:9
269:8 308:21
**move** 100:1
**moved** 65:16 97:1
112:9,18 114:6
116:2 299:12
395:21 396:1,6,11
396:22,24 404:12
406:13 407:18
**Movement** 221:3
298:14
**movies** 109:9
**moving** 32:12,23
41:15 47:3,7 51:7
99:11,11,13
**Mullin** 2:23 6:12
**multiple** 15:20,24
36:3 96:2 105:25
106:1 176:22
246:13 256:4



257:1 329:24
349:9 375:1,14
376:1 382:13
385:9 394:10
**multiples** 106:4
**MUNIZ** 1:6
**muted** 369:6

_____
N
_____

**N** 7:4 420:3,19
**name** 6:17 7:17,20
13:16,17,18 23:11
23:12,15,19,20
29:17 37:4 39:20
44:11 48:5,7,17
48:20,24 49:8
58:3 59:18,19,21
60:2 64:21 66:7
78:9,10 79:7
83:20 88:15,17
102:14 105:6
115:18,19 135:17
135:22 138:11,12
138:12 139:6,7,13
149:7,14,15,20,21
150:1 151:15
152:4,20 162:1,2
166:1 167:5
177:21 178:13
199:24 221:19,20
222:2,4 223:13
232:3,7 267:9
269:13,16 270:11
280:13 288:17
350:14 354:2,4,8
377:8 400:1,2,9
**named** 10:7 18:10
20:20 132:23
166:22,24 226:20
227:23 350:12,17
354:3 399:25
400:16
**names** 44:1 53:18
83:12,13,14
139:10 164:15
167:1 185:21,22

234:21 244:15,17
283:25 284:2
**NATALIE** 1:7
**Nathan** 29:8 50:22
51:6 53:17 56:22
56:24,24 62:2,14
62:17 65:1 152:24
179:7 184:13
185:9 194:8 243:7
265:21
**National** 54:11
298:14
**Nationalism** 408:4
**Nationalist** 221:2,5
**natural** 241:20
**nature** 13:22
**near** 35:21 291:25
306:25
**necessarily** 22:1
108:15 191:11
238:23 327:8
352:25
**necessary** 239:12
**need** 9:5 38:5,5
57:10,12 61:21
101:3,8 114:17,18
137:1 143:14
168:16 199:4,10
211:6 233:4
235:16 242:8
258:4,15 259:18
274:20 276:15
315:1 332:13
368:22 373:8
403:22,23 411:23
415:23,24,25
419:12
**needed** 25:7 61:6
127:7 273:6,10
303:16 317:25
**needs** 176:16 233:3
359:24 368:21
**neighbor** 59:9
**neighbor's** 60:2,7
60:15,25 115:13
115:18 116:22

118:13 397:12
**neither** 252:16
420:12
**Netflix** 402:15
413:14
**Networking** 241:12
**never** 18:21,25 19:4
19:5,8,9,11 24:16
31:6,11 33:10,18
34:5,12 42:24
58:14 59:6 62:15
66:14,15 82:5
91:11 92:17 107:6
117:4 124:3
131:14 136:2,9
138:2,5,9,14,17
138:21,22,24
139:6,14,15
140:11,18,21
141:4,13,17,17,23
141:25 142:6,14
142:16,21 144:5
159:22,23,23
161:24 170:10,23
179:2 181:7
183:11,21 187:10
190:25 191:6,8
192:14 193:10
196:4 201:23
202:17,19,22,24
203:15,19,20
205:23,25 207:22
210:22 211:4,9,21
216:6,9,12,15
218:1 222:24
228:3 236:20
237:15,19 239:15
247:21 248:14,14
248:15,20 249:7
249:10 250:22,25
251:5,18 254:10
254:15 260:5
263:3 264:9,13,18
264:21,24 265:2,3
265:10 266:4,5
267:14 270:20,20

274:6 284:12,18
286:7 288:2
290:19 294:6,14
296:6,8 298:10,10
298:25 300:2
312:6 316:6,20
318:3 331:10
340:5 345:16,17
347:11 352:22
376:20 379:6
393:19 394:16
**new** 2:4,7 11:12
32:25 41:20 56:11
56:11 58:4 71:10
71:10,10 73:1,4,6
92:1 96:6 98:13
98:14,19 100:25
101:5,6,6 103:5,9
127:6,7 151:4,19
152:3 172:11
174:6 179:13
218:17 222:1
241:10 254:13
255:1 257:5
271:20,23 272:14
356:12 361:4,5
416:12 417:5
**newest** 101:9 356:4
356:6,7 357:4
382:8
**news** 37:13 52:4
58:6 78:14 148:17
187:13,20 265:21
307:3,13,15,16,17
307:22
**nickname** 150:24
151:2
**night** 13:25 15:14
17:10,13,15 47:19
77:13 78:5,5
85:20 198:2 201:2
217:6
**nine** 176:3
**nodding** 8:11
**nods** 8:13
**non** 69:2

**noncommunicati...**
123:23
**noncompliance**
26:22
**nonpolitical** 158:12
**nonresponsive** 41:6
261:15
**nonstop** 71:13
**non-natural** 241:20
**non-picture** 230:16
**noon** 391:10
**Nope** 159:12
195:21
**Notary** 7:4 420:20
**Note** 174:21 194:19
**notes** 196:2 198:13
378:24 379:5,6
**notice** 91:18 291:12
296:4
**noticed** 204:21
293:24 337:15
**notices** 268:6,8,11
268:16
**noticing** 303:9
**Notwithstanding**
330:8
**November** 10:11
11:16,20 289:15
409:18
**no-no** 74:21
**number** 32:9 41:17
41:17 42:23,23
43:3 70:6 71:10
71:11 72:14,17,19
72:22 73:12 97:12
97:14,17,18,19
98:13,15,19,20,24
98:25 99:4 100:5
100:19 101:19
146:22 147:4
155:6,12,17,23
162:3 219:4
222:17 223:24
224:8,11 254:12
254:13 263:1,4,5
263:19 264:1



271:16,18,19,23 272:3,10,15 280:12 292:24 294:14 295:11,13 295:14,23 302:20 302:21 307:4 310:13,21 311:1 311:12 329:21 330:20,20 350:24 350:25 365:10,12 365:15 367:13 368:9 389:14,16 395:8 400:1 416:12

**numbers** 32:3,5 66:19,20 72:24 74:6 101:24 143:10 168:18 234:22 263:6,8,10 263:11 280:14 284:7 294:15 365:17,19

**NY** 2:4,7

---

**O**

**object** 90:2 150:4,7 150:11 214:9 248:7

**objected** 419:3

**objection** 9:2 26:18 27:14 108:24 174:21 193:25 194:19 198:23,25 199:3,3,9 381:3,5

**objections** 1:19 8:24,25 90:6,7 369:7

**obligated** 9:1 215:14,18 217:18 219:11 220:6 225:5,20 226:25

**obligation** 237:3

**obligations** 143:22 144:6,10,14,21 145:1 229:12,15 229:18,21 250:10

250:19 264:25 265:12 305:21 332:25 333:3,4 350:6 416:4,8,22

**obvious** 263:17

**obviously** 11:15 53:17 206:20 237:20 244:4 248:25 261:17 270:8 303:22 355:20 359:16 405:11

**occur** 197:2 217:4 255:18 258:12 378:2,10

**occurred** 136:19 164:20 201:21 202:2,6 223:1 255:21 256:17 378:5 379:13

**October** 18:17,18 20:24 215:7 272:19

**odd** 50:4,7

**offer** 33:4

**OFFICE** 2:11

**officer** 420:3

**official** 43:13

**oh** 55:22 56:21 107:10 121:3 130:23 160:1 161:9 166:21 171:11,18 176:13 176:16 182:17 186:2 212:13 278:3 316:20 321:13 339:18 340:1,10 346:2 368:10 372:8 387:4,4 404:22

**okay** 8:17,23 10:21 37:9 69:23 88:18 88:19 90:5 102:1 118:19 122:22 134:8,14,18 150:16 182:17

205:3 206:5 208:6 208:11 219:4 246:7,12,18 250:5 261:11 262:14 269:1 278:6 280:12 281:15,19 281:25 282:4,12 286:23 306:17 321:15,22 340:6 366:9,18 368:10 368:11,11 369:9 372:20 377:15 386:3 416:2,23

**old** 11:4,6 34:4,8 49:11 51:17 70:2 71:20 72:4,5 73:16,25 83:17 85:4 91:3 98:1,16 103:9 151:5 162:4 176:11 183:14 229:2 397:6 404:11 405:15

**oldest** 359:3

**once** 25:2 36:3 108:6 111:20 114:10 131:21 176:13 194:23 196:6 201:8 210:19 260:14 268:10 314:17 371:7,11,21,21,25 378:11 407:5 410:17 418:16

**ones** 34:8 58:7 157:22 169:6 172:6 209:10 219:23 267:16,18 278:25 279:1 285:4 315:20 329:3,22 331:9 357:10 418:11

**one's** 138:14 251:19

**ongoing** 374:23

**online** 22:19 43:25 44:1,2,14,19 45:9

45:12 64:7 238:5 399:24

**op** 383:8

**open** 261:3,7

**opened** 121:10 229:22 301:24 335:18 340:8 341:22 366:14

**operate** 178:18 244:16

**operated** 128:3 152:20 179:5 188:17

**operates** 184:5

**operating** 66:2 173:5

**Operation** 3:16,18 5:9 119:24 120:9 173:15 241:14 382:17

**operational** 174:12 370:5 383:13,15

**OPORD** 383:7,12

**opportunity** 138:15 138:18

**opposed** 383:24

**option** 402:10

**orange** 232:17

**order** 4:6,15,18,24 26:19 98:8 145:2 150:15 174:22 194:1 220:15 247:1,17,20,21,25 248:9 249:16,16 258:7 265:7 295:15 298:7,18 312:17,25 313:5 313:23 314:2,9,21 314:23 342:4,9,10 342:19,25 343:8 343:16,19 344:7 344:10 345:7 346:1,23 347:6 348:2,12,22 383:13,15 386:4

**ordered** 248:11,18

298:19 315:5,12 316:9 317:17 342:18 343:9 345:8 346:24 348:3

**orders** 26:22 177:5 177:7 319:19 329:13

**organization** 25:3 27:25 28:5,7,10 29:10 33:16 39:22 53:13 56:23 58:6 68:8 128:1 148:15 152:16

**organizational** 153:1

**organizational-ty...** 50:15,17

**organizations** 57:25 58:8 76:24

**organize** 25:25 27:12 65:14 67:23 378:12

**organized** 65:18,23 369:15

**organizers** 26:11

**organizing** 27:16 67:24 68:5,8 369:17

**original** 12:14 18:7 19:22 21:2,4,5 25:2,18 41:16 45:10 150:25 210:2 288:4 373:7 382:8

**originally** 21:11,11 22:18 24:25 25:18 28:5 29:21 38:2 42:25 68:19 138:6 138:13 139:3 184:19 209:21 210:13 273:9,25 336:8,8 341:16 373:22 374:20 381:13

**outline** 68:3



outlines 177:11
outset 369:7
outside 66:15
   129:15,19 138:10
   138:12 139:1,2
   217:6 255:25
   283:14
outstanding 291:9
   291:22
out-of-context
   392:22
overseeing 106:12
owner 152:25
owners 29:8
owns 44:3

**P**

PA 1:16 6:11
packages 18:20
packet 138:7
page 3:3,7 4:2 5:2
   18:9 20:19,21
   40:24 69:22,24
   121:22 122:20
   136:21,22,23
   137:4,4 153:2
   172:18 177:3,3
   205:2,5 208:4,12
   212:1 214:4,6,15
   217:8 219:3,24
   224:19 225:13
   226:15,15 227:16
   228:12 233:5,12
   234:2,3,14 237:14
   237:25 239:14
   240:4 241:18
   247:25 248:5
   252:7,9 255:13
   259:5 290:15,18
   298:17 299:1
   306:13,18,19
   311:18 315:4
   325:1,2,3 326:11
   326:12,13,15
   327:10,19 330:7
   333:18,25 334:3,4

334:12,14 338:16
340:22 345:7
349:23 352:21
367:9,11 368:8,18
368:19 369:23
372:18,23 373:1,2
377:13,16 380:3,3
383:14 390:23
392:5,8 393:3,23
pager 193:12
pages 19:5 20:14
   22:4 175:25 176:3
   270:10,10 375:7
paid 29:14 30:9
   50:10,14
paper 114:17
   138:23 250:4
   302:7
paperwork 249:11
paragraph 41:4,8
   214:5,8 234:4
   237:25 257:15
   258:2 259:4,15
   260:10 289:12
Paragraphs 212:5
Pardon 126:3
parents 18:21,23
   23:5,24 24:5
   35:20 36:6 46:23
   47:15 112:25
   113:5 231:15,21
   268:17,21 269:25
   270:12 395:17
   398:8 407:17
Parrott 84:15 88:8
   156:9 195:13
   243:11
part 23:13 26:14
   27:12,24,25 29:10
   59:23 68:7 94:11
   125:22 141:3,12
   146:12 148:8
   151:13 161:7
   176:13,14,16
   199:7 213:6 269:5
   269:8 272:22

273:4,12,16
287:13 289:11,25
306:16 315:14
331:16 395:24
participate 67:18
   252:17 253:6
participating
   252:24
parties 6:15 196:19
   196:20,21,22,24
   197:12 420:13,16
parts 210:16,16
   411:22
party 198:3 221:8
   221:13,23 298:23
   343:10 345:10,25
passing 17:17
password 11:23
   62:10 81:8 149:1
   149:4 163:12,20
   167:11 178:10
   357:17 359:24
   360:3,5,6,10,18
   391:10
passwords 167:14
paste 370:15
pasted 121:8
pasting 110:4
Patrick 37:23,24
   38:10 53:17
   296:11 299:13
   301:13,15 303:11
   304:18 305:2,12
   305:25,25 307:7,8
   307:11,24 309:5
   309:18 314:7,16
pay 28:1 29:11 30:7
   369:19
paying 29:22
PayPal 282:21
PC 2:15 394:4
   397:16,21,24
   398:6 399:14
   404:10,11 412:3,9
   412:11,12,20
PDF 206:19 218:4

242:9 275:15
peaceful 51:7
peacefully 51:9
PEARCE 1:6
Peinovich 84:23
   88:24 156:23
   188:20 189:3,16
   195:24 243:21
   249:13
Peinovich's 248:1,2
   249:16
pen 280:4
pending 9:7
Pennsylvania 32:13
   46:21 47:18 54:11
   54:18 100:1 398:3
   404:12 406:12,14
   406:21 412:12
   420:20
people 22:24 24:3,7
   24:14 26:2 37:3
   43:15,21,23,24
   44:2 45:8 51:21
   53:11,12,15 56:25
   57:25 66:12,17
   69:3,4 71:13
   73:19 74:5,18,22
   75:2,4,19 76:24
   77:1,2,2,6,11 90:9
   94:5 103:15,17,19
   105:14 123:12
   125:3,11 145:24
   153:24,25 155:1,5
   165:5,17,24 166:4
   175:3 177:9,11,12
   178:6,7 181:19
   185:19 188:23
   191:11 192:18
   194:7,8,9 196:22
   197:10 201:2,6,15
   201:18 242:2,5,10
   244:3,8,9,13,15
   293:1 294:10
   371:17,21 381:13
   382:10,14 384:11
   384:14,18 385:4,5

385:9,20,23 386:9
386:11,14,16,17
387:9,15 388:20
388:21
people's 103:14
pepper 13:24 14:2
percent 85:16 87:3
   123:19 232:5
   260:18 261:23
   262:2 267:8
   307:11 310:5
Perfect 372:20
period 16:10 28:17
   151:23 152:1
periodically 358:18
   358:23 359:1
permanent 47:6
permission 263:25
   288:6 308:23
   309:1 310:12,19
   317:3
person 45:20 64:19
   64:24 65:4,5,7
   67:6,9 78:25
   79:22 86:4 87:7
   121:9,12 124:1
   136:10 163:13,17
   163:21 166:1
   193:22 194:15,21
   194:24,25 195:3,6
   195:9,12,15
   197:11,22 198:19
   199:17 200:5,19
   201:20 202:4,5
   226:21 231:18
   244:2 251:17
   264:22 289:5
   337:2 365:7
   381:17 384:17,18
   386:12 387:4,5
   388:5,11,22
   399:21
personal 75:9
   389:9 390:1,10
   394:8 410:16
   411:5



personally 18:25 30:2,7,9,16 190:7
persons 224:24 241:20 242:12 244:20
person's 44:11 89:7
pertained 301:19
pet 50:8
Phillips 144:10,21 350:12,17,19,21 353:25 354:3
phone 7:9 8:25 17:8 24:9,13,14 30:20 30:22 31:20,21,22 32:3,5,8,15,19,25 33:2,4,17,21 38:10 39:4,4,5,9 39:18,24 41:20 42:2,4,11,13,14 42:17 43:3,5 48:8 52:15 53:1,6,9,23 54:4 59:5,13,15 61:3 63:1,4,12 66:20 67:16 70:3 70:6,22,25 71:5,7 71:10,11,12,15,20 72:1,2,5,6,7,10,13 72:14,16,19,22,24 73:1,2,4,6,12,13 73:18,20,23,25 74:4,4,6,10 75:6,7 75:8,12,16,16,17 75:18,19,22 76:2 76:8,17,21,21,23 77:7,9,10,21,25 78:16,23 79:18 80:6,8 82:19,22 83:21,24 85:4 87:11 91:4,5,6,16 91:19,22,23 92:2 92:5,6,9,18,21,24 93:1,2,10,23,24 93:25 94:2,3,5,6,7 94:13,23,24 95:2 95:5,15,18,21,23 95:25 96:1,2,6,11

96:13,16,17,21 97:3,6,7,7,12,13 97:14,17,22,24 98:11,13,14,16,17 98:19,20,23,25 99:1,7,8,21 100:1 100:3,5,6,7,8,9,10 100:12,14,15,25 101:2,3,6,10,12 101:13,15,17,19 101:20,24 102:2,3 102:7,10,16,22,24 103:4,5,9,10,12 103:25,25 104:10 104:11,15 111:16 114:9,23,25 115:10,11,15 117:14,22 118:2,5 118:10 120:25 122:11,17 129:6,9 138:6 143:9 145:5 145:11 147:24 155:6,12,12,14,15 155:19,23 157:20 159:5 168:25 171:5 176:10,25 178:24 179:3,16 189:21,22 192:14 193:6,7 214:18 216:1,24 218:13 218:17 219:17 222:3,17 223:4,11 223:12,13,15,18 223:24 224:4,7 229:3,4 230:1,13 230:14 234:22 237:5 245:7,20 253:14,15,16,17 253:24 254:4,4,6 254:9,12,13,17,19 254:22,23 255:1,3 255:6,18,21,22,23 256:9,11,20 257:3 257:5 260:6 262:3 263:1,4,12,16,19 263:20 264:1

271:12,16,17,19 271:21,23 272:3 272:10 273:5,17 274:4,18 277:14 277:18 278:2 281:3,6 285:19 290:20 292:9,18 292:24,25 293:10 294:9 295:11,23 296:7,13,21 297:8 302:11,20,21 303:12 308:4 309:23 310:2,13 310:13,21 311:1,2 311:12 312:13 314:20 315:2,3,15 318:13 321:25 322:9 330:4 335:6 335:8,9 337:12 340:18 342:11 344:4 349:11,21 350:23,24 351:6 352:15 353:2 355:18,19,24 356:7,20,24 357:1 357:4,8,16 358:7 358:15,18,23,25 359:11,22,25 360:9 361:4,5,7 361:11,13,14,15 361:16,25 362:1 362:24 363:2,5,13 365:13 366:11 367:13 369:3,6 376:16,18 386:21 387:23 389:1,3,5 389:8,9,22,25 390:4,5,6,7,9,10 390:11 391:9,21 395:10 404:9,13 404:20 405:1,6,12 405:17,23 406:3 406:19 410:19 411:11,14,19 412:3,20,22 415:4 415:6,8 416:12

417:5,16,17
phones 31:24,25 32:2 41:15,15,22 42:20 94:25 101:21 103:3,11 103:14,19 389:20 393:8,11,16,19,20 394:10,14,16,17 395:1,6,7,10,12
phone's 80:21 406:2
photo 74:15 76:12 92:13 104:12 193:5
photograph 3:15 104:1
photos 74:9,9,12,23 76:5,6 91:13,13 92:12 94:20 230:19
phrase 382:5
phrased 8:19
physical 35:14,16 35:18 47:21 107:5
physically 189:13
pick 35:22,25 42:13
picked 179:15 273:9,14 274:6,9 274:12,16 293:4
picture 91:15 104:9
pictures 21:8 22:5 74:18,21,22 75:1 75:4,7,8 76:9,10 193:1,9,11 230:16
pinged 273:25
pipeline 312:8 316:23
place 48:7 51:18 108:7 109:7,13 113:5 189:15 200:18,24 260:15 268:18,21 364:16 375:21 395:17 398:8 414:12
places 47:4 111:20 156:2

Plaintiff 226:19
Plaintiffs 1:8 2:10 3:21 4:3 6:19,21 7:21 21:22 25:24 89:22 107:9 137:17 138:4 139:4,21 140:9,11 140:24 141:8 142:7 143:18 202:8 203:3 206:11 207:15,19 208:23 209:2,6 217:18 218:2 219:12 224:10 225:21 230:21 233:6 248:7,12,18 249:3,22 260:11 264:6 272:18 274:23 278:11 289:13 299:12 300:2 313:1,24 315:7 316:9 317:8 317:18 324:1 325:13,25 327:12 327:17 342:20 343:17 346:25 347:24 348:5 350:6 351:3,10,16 414:19,23 416:7 416:21 417:21,25 418:2,9
plan 26:2 73:1 105:16 106:15,19 107:12 122:5 374:20
planned 226:21 373:22
planning 67:19 82:19 89:3,11 92:15 106:24 110:7 119:2 120:6 120:8 122:21 123:16 134:12 173:21 178:8 183:18 198:10 234:11 370:11


MAGNA
LEGAL SERVICES

371:24 372:10 379:18,20,22,24 381:10,11 382:9 383:3,4 384:7,8 384:10
**plans** 107:7
**platform** 181:17
**platforms** 181:23
**play** 43:25 44:2
**played** 43:25 407:5
**playing** 46:1
**plea** 37:9
**please** 6:24 7:16 8:2 8:6,19 9:6 54:8 69:22 90:4 122:20 136:21 143:15 205:2 214:5 252:7 257:13 326:11 337:25 357:2 368:19,20 377:13 382:23 392:6 393:1
**plenty** 77:9,24
**plug** 115:15 118:12
**plugged** 91:19
**pocket** 217:7
**Pod** 241:16
**podcast** 188:22,25 189:1,4,19 190:1 191:8,10,17 192:4
**podcasts** 188:8,11 188:15,16 190:3,5 190:9,10,14,17,19 190:23 191:1 238:5
**point** 55:7 58:5 61:11 169:16 181:25 266:18 283:7 298:18 321:4 386:1 396:21 405:13
**police** 77:12,12 78:3,6,8,11,17,22 79:13,16 104:23 104:25 105:3,8,18 105:21,21 106:2,6

106:9,11 192:18 384:13,14,21,23 385:5,6,11,21,23 387:11,25 388:4,6 388:15,17
**policies** 181:13
**policy** 171:18
**political** 49:6,22 56:5
**pool** 102:23
**popular** 116:6
**pop-up** 358:21 360:13
**pop-ups** 33:19
**portion** 264:17
**possession** 217:19 328:25 329:2
**possible** 171:3 219:22 307:18
**possibly** 230:15 292:8,12,16 369:16 415:18
**post** 3:20 56:6,8 58:4,13 64:16,18 65:15 66:8,13,17 66:24,25 111:7 122:8,9 136:6 145:25 150:1 165:6 168:3 174:15 175:7,15 175:17 181:19,21 181:22 182:8 238:23 240:14,14 370:25 371:18 372:4 379:20,22 387:9,21 413:25
**postcard** 239:6
**posted** 12:8 52:6,15 66:9 68:19 69:5 149:6,7,25 163:21 164:22,23,24 165:9,13 167:20 167:20,25 168:1 175:9,21 178:12 183:15 190:1 371:19 374:6,8,14

374:17 377:19 381:22 387:8,14 404:5 412:1,18
**poster** 110:12
**posters** 65:15
**posting** 51:21 163:3 163:7,13,18 165:4
**posts** 64:10,14 66:6 66:12,17 67:16 131:17 132:1 149:16 154:3,5,20 154:23 180:2,8,21 181:7,8 182:1 183:6,13,16 384:16 406:6
**potential** 382:15
**potentially** 89:25 285:23
**power** 394:21 411:25
**practices** 149:22
**premeditated** 26:2
**prepaid** 32:8,15,19 33:2,4 54:4
**preparation** 129:3 129:4,9 130:1,6,8
**prepare** 46:6
**prepared** 242:11 276:15,21 278:10 279:19,23 280:24 281:2 285:9,12,17 285:21 286:13,24
**present** 2:22 6:15 212:16,24 213:22
**preservation** 27:5 229:12,15,18,21
**preserve** 89:24 214:9 215:10 228:15,21 229:5 229:10
**preserved** 215:25
**press** 57:8,16,17,20 57:22
**pretrial** 89:23
**pretty** 48:23 49:5 52:23 60:17 66:5

86:16 104:24 293:22 313:10 320:4,5,7 359:15 359:18,20
**previously** 317:9 336:4 384:12 392:13 419:4
**primarily** 107:20
**primary** 77:9 154:1
**print** 60:25 61:3 108:8 114:16,21 115:11,14 117:23 118:14,16 397:13
**printed** 114:19 118:8
**printer** 59:11,15 60:6 115:16
**printing** 61:2
**prior** 219:8 253:25 259:5 260:24 334:4 403:10
**prison** 16:12,22 200:8
**private** 61:23 67:4 153:21 154:6,20 154:21,23,25 156:5 157:2,3 182:1 183:6,8 380:16
**privilege** 311:6,9
**privileges** 279:7
**probably** 24:9 28:18 33:8 35:2 49:9 55:15 60:16 70:25 72:5 87:5 113:9,11 151:12 160:11,21 164:2 166:3,4 174:9 175:20 190:7 215:5,9 233:17 262:7 268:10,14 277:1,3 301:10 305:16 319:8 349:12 353:4,12 359:21 374:7 378:11 386:16

403:14 404:11 408:19 409:23,24 410:1 412:13 413:6 417:12,12
**problem** 199:8
**Procedure** 419:11
**proceed** 90:4
**proceeding** 420:10
**PROCEEDINGS** 6:1
**process** 24:17 27:3 137:13,24 169:22 258:15,21 259:3 272:22 273:5
**produce** 36:21 111:5 217:18 219:6,12 220:6 225:6,20 226:25 278:10 290:3 298:20 299:5 316:11
**produced** 69:5 107:6 208:22 209:2 218:1 219:19 226:8 227:12 228:9 233:3,4
**production** 3:22 202:9 203:4 207:2 207:20 208:4,19 209:17,20 210:8 210:18 213:2 217:9 219:2,25 224:20 225:12,16 226:13,16,17 227:15,18 228:13 230:5 264:5,11,20 315:8,13 348:5,13 348:16 414:24 415:9
**profile** 181:1,3
**promote** 191:17,19
**promoted** 191:7,8 191:10,14
**promotion** 110:24
**promotional**


MAGNA
LEGAL SERVICES

110:11,16,21,25
**properly** 258:7
  259:21
**protest** 56:10
**protesting** 51:8
**protestors** 383:18
**protests** 212:11
**provide** 139:21
  140:2,9,12,14,17
  140:24 141:8
  142:7 143:17
  147:8 209:5
  218:18 224:10
  272:3 311:11
  315:1,5 338:1
  346:24 348:4
  415:23
**provided** 138:3
  202:19 263:19
  264:1 298:11
  317:11,14
**provider** 73:2
  342:22
**providing** 142:1,17
  142:22
**pseudonym** 48:24
  64:22
**pseudonyms**
  244:16
**public** 7:4 22:16
  57:9 61:18,20,22
  71:12 154:3,5,20
  154:23 156:5
  157:2 183:7 190:4
  387:15 420:20
**publish** 111:5
**pull** 39:24 310:2
**pulled** 322:8
**purpose** 137:15
**purposes** 234:7
**push** 330:14
**put** 40:12 63:3 65:2
  65:15 106:24
  120:22 123:16
  124:22 125:3,8
  138:8 141:3

157:22 168:22
175:8 265:6
273:20 280:2
370:10 381:22
382:4,5 386:12,23
387:7,12,15
388:23
**puts** 294:18
**putting** 53:13,16
  76:25 109:9 110:5
  123:18 124:5
  149:22 205:19
  207:6 209:1,1
  369:25 386:11,11
  388:18
**p.m** 128:20,23
  262:17,20 309:10
  309:14 321:8
  363:25 366:21,25
  375:19,23 390:24
  391:11 393:16,24
  394:1 399:10
  402:4 404:6
  414:10,14 418:23
  419:21

**Q**

**queries** 273:20
**question** 1:19 8:18
  8:21 9:1,7,9 13:8
  26:20 27:11,19
  149:23 185:3,3
  186:18,19 201:14
  297:11,14 310:24
  318:16 327:14
  336:1 344:20
  346:7,16,18 349:6
  358:22 360:20
  368:9 369:9,11
  389:24 399:13
  401:23
**questioning** 7:24
**questions** 8:7 13:1
  13:12 25:12 26:25
  43:4 58:16,18
  69:12 107:16

118:17 129:2
134:3,5 145:16
184:9 197:17
199:1 269:7
279:12 369:8
414:6,17 416:7,22
417:20,21 418:20
419:2,3
**quick** 10:15
**quits** 28:11
**quote** 10:12 12:11
  12:15 13:13 14:3
  21:2 34:12 41:4,5
  41:5,6,10 44:24
  100:22 106:15
  107:12 119:18
  121:2 123:13
  151:21 161:1,3
  169:2,4,21 184:11
  184:11 197:6
  252:10,25 258:4,8
  261:14 266:1
  284:4 291:5
  298:19,20 311:24
  312:1 315:5
  399:10,14 402:6,7
  402:10 404:10
  407:4,5 412:3,4
  412:20,20

**R**

**R** 420:1
**race** 224:25
**racially** 227:21
**radio** 184:1
**raining** 217:5 256:2
**raise** 184:10
**raising** 184:16
**rallies** 219:7
**rally** 13:25 14:3,6,7
  14:7,23 17:3,10
  17:11 77:10 78:4
  79:2 85:20,21,23
  87:9,12,12 104:10
  105:20 112:7
  188:24 192:9,17

197:3,4 213:10,15
382:9 383:24
384:15,19 385:21
386:10,17 387:9
**ran** 56:23 64:19
**random** 25:9 127:8
  127:9 168:17
  284:6
**rarely** 114:17
**Ray** 83:25 87:25
  154:16,17,18
  195:6 243:5
**reach** 257:18 259:8
  271:17 303:3
  331:17
**reached** 259:13
  296:11 307:1,2,25
  311:19 365:1
**reactivated** 70:19
  70:22 71:5,15
  91:4
**read** 19:21 20:3,14
  21:12 22:3,3,7,11
  22:17,19 78:14
  136:8 199:4,10,11
  199:12 204:24
  205:15,16,25
  206:4,6,23 208:2
  208:21 209:7
  214:14,16 232:20
  232:22 235:9
  241:24 265:3
  269:2 270:8,17
  271:7 291:19
  301:11,19,21,23
  301:23 304:1,5
  305:3,8 307:13,22
  314:21,23 332:11
  342:16 348:24
  349:6,8,10,14,19
  349:25 350:2
  352:2,11,13 353:4
  353:13,14,16,18
  364:1,2 367:25
  419:8,8
**reading** 21:24 22:3

46:21 49:7 99:16
165:2 204:20
233:23 237:23
305:7 326:25
327:6 329:25
330:2
**ready** 218:6,8,18
  245:7 271:21
  419:5
**real** 10:14 44:1
  168:10 169:2,5
  244:15
**reality** 37:19
**realize** 212:20
  303:14 328:7
  349:1,4 364:18
**realized** 348:18
**realizing** 330:6
**really** 10:19 13:3
  17:2,6,18 26:5
  31:11 36:2 43:2
  43:10,11 47:6
  50:5 53:18 65:13
  66:16 67:14 74:18
  77:5 84:6 91:1
  92:2 95:22 121:16
  162:4 164:23
  176:5 178:4
  183:12 201:13
  204:6 216:3
  233:25 235:11,13
  235:17 238:16
  240:6 250:21
  274:11 282:22
  334:8 335:5,8
  371:5 385:18
  401:8 402:10
  405:9 407:13
  411:8 412:16,16
**reason** 9:21 86:15
  172:5 179:25
  180:11 231:12
  253:16 256:13,23
  300:22 363:5
  410:10 419:14
**reasons** 381:4,6



MAGNA
LEGAL SERVICES

31:8 104:21 105:3
182:4 203:1
284:11
**receipt** 27:2 335:23
335:25 336:10
337:21 340:5,19
340:20 341:17
**receive** 57:15 85:11
90:18 160:5
204:19 205:6
206:2,5,8 207:1
250:20 268:8,16
269:25 271:5
290:24 291:19
292:6,9,13 293:21
295:5 301:9 303:7
303:18 326:16
331:6 335:23
338:13 342:12,14
344:8,11,14,17,19
345:1,6 346:2,5
346:10,14,21
348:11 353:11
354:25 363:23
364:3 365:21
366:1
**received** 18:21 21:6
22:20 35:18 49:14
73:9 79:19 124:4
128:8 138:22
141:25 142:6,10
142:16 144:5,9,13
144:20,25 145:7
145:11 203:11,17
204:5,17 205:24
232:19 235:20
268:20 270:20
281:15 282:10,11
283:1 290:20
291:14 294:3,6
300:23,25 314:2,4
315:11 318:5,17
318:21 319:8
323:25 324:12
326:19 327:2,12
327:16,20 328:2

328:17,21 329:12
329:17,21,23,24
330:17,19 338:20
339:11 345:18
346:20 347:5,11
348:15 350:5,11
350:16,20 351:2
352:1 353:24
356:3 357:6,7
358:4 361:24
362:14,21 365:3
365:13
**receiving** 21:14,16
22:22 31:10 94:9
256:14 288:20
303:9 313:3,5
320:25 330:13
345:20 361:1,6,7
365:17,18
**recess** 128:21
262:18 309:12
366:23
**recognize** 18:5
40:10 104:6 120:5
123:3 198:25
202:15 204:2
207:4,6 275:8
276:9,11 283:20
286:6 287:6,17
289:9 300:11,17
301:9 303:24,25
312:22 313:17
314:17 336:25
342:9 352:16
353:5 354:1,1,4
363:15,18 365:11
367:6 377:4,10
382:24 398:18,22
400:15 401:15
406:23 413:4
**recollection** 12:17
13:21 84:12 183:2
194:5 197:23
233:15 249:19
314:1 367:23
368:12

**record** 6:3 7:17 8:3
8:14 9:1 101:23
128:18,20,23
147:24 155:10
162:22 189:1,3,6
189:8 190:6
197:20 224:13
262:15,17,20,24
285:6 286:21
309:7,9,11,14
366:19,22,25
375:16,19,20,23
406:18 414:3,7,10
414:11,14 419:1
419:12,15 420:8
**recorded** 78:17
183:22 184:25
185:4 186:6,16
187:3 190:10
192:14 420:10
**recording** 186:1
189:11 198:16
378:21
**records** 78:16
**Red** 184:1,2,3,6
185:12,18,19
**Reddit** 132:4
134:22 135:20
**refer** 14:3,4,9,15
17:19,20 166:6
197:12 334:3
347:12 370:4
406:6
**reference** 225:17
399:16 400:24
405:10,22 413:10
**referenced** 120:7
309:3
**referencing** 307:3
307:15,23 319:6,7
385:4 399:4,7
401:18,22 402:12
403:11,14,18
**referring** 14:10,21
169:4 210:1,5
223:22 249:12

260:22,23 283:17
324:3,4,5 329:21
380:12
**reformatted** 121:10
**refresh** 12:17 183:2
249:19 314:1
368:12
**refused** 40:21
**Regard** 323:17
**regarding** 14:21
15:1,2 43:5 69:13
73:16 74:2 76:18
82:19 85:12 86:9
87:18 90:19 92:13
92:15 106:19
107:7,17,24 108:4
111:11,14 116:10
116:14,19 117:12
117:20 119:5,13
119:20 120:8
129:1,12 130:3,12
130:16 142:1,7,17
143:12,17,22
144:6,10,14,21
145:1,8 152:8
154:1 159:17
162:11 187:20
188:9 192:11,22
193:2 196:8,11,15
226:1 229:12,14
229:18,21 290:20
290:25 291:8
292:7,10,14
293:18 299:15
301:15 302:13
303:3 306:15,22
309:19 319:21
321:7 331:21
339:3 350:5 355:1
362:15 365:2
379:16,24 407:22
408:1,4 416:22
417:22 418:1
**regardless** 9:2
323:17
**regards** 93:1 143:2

144:18
**Regnery** 231:23
232:2,4 267:6,10
268:2,9,24 269:21
269:23 270:7
**Regnery's** 267:20
**regular** 258:25
**regularly** 258:5
259:19
**relate** 171:12 219:9
**related** 27:18 34:2
61:14 74:12,15,24
75:7,10 93:20
108:15,19 109:24
124:14 131:18
159:8 229:9
267:22 269:19,20
349:12 353:3
408:24 420:13
**relating** 93:17
124:13 193:5,16
227:21
**relation** 60:19
**relative** 215:24
228:16,22 420:15
**release** 142:3 145:4
278:7 383:21
**released** 375:10
**releasing** 14:1
384:2
**relevant** 27:5,19
89:25 100:8
214:10 215:15,20
216:19 218:24
238:9 285:23
**religion** 224:25
**religiously-motiv...**
227:22
**remember** 10:9,11
10:14,19 12:22
13:2,4,16,17,20
14:25 15:10,25
16:3 21:7,13,16
21:24 22:2,22
23:2,11,11,13,15
23:19,20 29:16



31:11 32:9,18 34:21 47:22 48:5 48:6 51:10,16 53:18 56:11,17 61:1,2,2,3,7 63:2 64:3,20,21,23 65:3,8 66:10 67:8 67:12,14 74:25 76:7 77:1,6,21 78:9,10 79:7,9 80:2,3 81:17 83:14,20 84:6,7 85:15 86:7,8 91:17 97:14,16 98:23,25 105:6,23 106:5 111:9,21 115:19,20,20,22 116:3 117:15,25 118:1,6 120:21 121:14,17 124:8 135:22 139:7,13 140:7 142:19 143:6,13,20 144:8 144:24 145:15 146:8 151:6 155:23 156:20 160:1,14 163:2,22 164:9,15 165:1,2 165:12 167:1,3,10 171:2 172:12 173:14 175:13 185:22 193:10 199:24 200:1 201:7 203:15 204:6,20 205:14 211:2 221:19,20 222:1,10 223:13 231:13 233:2,19 236:17 237:1,10 237:13,18 244:18 247:19 254:18,20 257:21 258:10 260:3 264:9 277:25 283:7,11 284:25 285:5,5 288:20 289:22

291:4,23 293:15 293:17 294:9 300:16 305:7 310:16 311:22 313:3,4 319:25 320:25 350:8,10 350:13,13,18 351:6 362:17,20 374:13 381:19,23 382:1 385:12,13 385:19,23,24 387:24 388:4,24 410:13
**remembered** 21:9 203:21
**reminding** 293:13
**remote** 189:10
**remove** 37:14 81:11 152:5 265:17 266:8
**removed** 39:22 75:14 80:16,18,20 80:25 81:1,14 148:16,18 164:18 180:23 265:15,20 266:1
**removing** 265:24 265:24
**Rentokil** 396:20
**repeat** 149:23
**rephrase** 8:20
**replaced** 94:11 96:3
**reply** 235:12 282:7
**report** 164:19 373:2
**reported** 177:4
**reporter** 6:13,24 150:6,10,16 381:5 381:8 420:19
**reports** 12:15 373:3
**represent** 6:16,19 6:21 7:21 36:12 36:14 258:7 259:21
**representation**

30:10
**representative** 377:24
**represented** 27:24 29:25 30:2 235:23 236:2 247:13 250:14
**representing** 35:7 236:5 266:17,20 296:3 297:17
**request** 9:8 90:6 213:2 217:9 219:2 219:25 224:20 225:12,15 226:17 227:15,18 228:12 228:13 261:21 264:5,19 289:13 315:8,13 348:5,15 414:23 415:9
**requested** 259:7 260:12 267:1
**requests** 3:22 202:9 203:4 207:2,20 208:3,9,19 209:16 209:20 210:8,18 214:12 217:10 224:22 226:16 230:5,10 248:8,13 248:19 249:4,22 264:10
**Requests.pdf** 206:12
**required** 249:21 369:8
**requirement** 214:23 215:3 248:23 249:25
**requirements** 251:12
**requires** 238:8
**resend** 337:6
**reserved** 1:20
**respect** 221:12
**respond** 58:15,18 59:2 208:13 233:20 235:16

236:12,14,21,22 236:24 237:16 239:2 248:6,12,18 249:3 259:10,11 261:20 264:15,19 271:9,13 272:14 277:10 281:16 289:6 292:17 294:23 295:1 315:12 319:23 364:9,17,21 415:10,16,24 416:15,17
**responded** 8:11 58:14 196:5 208:18 261:14,18 264:10,13 276:5 278:4 287:8,10 289:3 296:18,19 296:24 317:5 318:13 320:4,12 320:14 321:3,10 321:11 326:18 337:1 338:8 340:1 364:11 414:19,23
**responding** 111:15 124:8 239:5 296:9 297:1 319:25 322:22
**response** 41:5 42:7 137:5 161:13 236:16 272:11 291:10 297:12 340:10,14 341:5 341:25 365:3
**responses** 8:13,14 315:6 348:4
**responsibility** 297:20
**responsive** 214:12 230:4,8 417:1
**rest** 87:4 150:7 164:11 360:12
**restate** 198:23
**restrictions** 181:18
**retained** 70:1

**retaining** 30:12
**retrieve** 80:14 216:4
**return** 25:11 42:24 43:4 45:14
**returning** 76:5 197:18 238:25
**revealed** 74:20 305:4
**reversing** 279:9
**reviewed** 270:1 333:7
**revoked** 148:21
**re-send** 339:25 340:10 341:24
**re-sign** 338:5 353:14 358:3
**re-signed** 339:9
**RFPs** 415:25
**Richard** 2:14 7:11 82:25 108:5,18 166:3,6 184:13 185:7,9 194:8 242:22 397:11
**Richard's** 185:6
**Richmond** 2:16
**rid** 211:1 214:17
**right** 3:17,19 5:10 14:6,11 15:7 16:13,13 17:12 21:14,19 23:25 26:8,11 29:3 32:13 34:18 35:8 36:8 38:24 39:18 39:19 42:13 45:1 47:7 48:1,18 49:19 50:6 51:13 52:6 53:9 54:19 55:2,8 57:18 58:9 63:15 64:1 65:19 66:20 67:19 68:9 68:23 69:2,14,16 70:10,18 71:9 72:8,20 73:17,17 73:18,19 74:2,13 74:16,24 75:8



76:2,11,18,20
79:5 80:17 81:9
81:24 82:20 84:10
85:6,9,12 86:9
87:1,18 89:2,4,12
89:15,19 90:10,14
92:13,16,19 93:1
93:12,17,20 96:11
99:2 100:22 101:7
101:21 103:23
104:10,15 106:18
107:7,18,21,24
108:4,11,14,16,20
109:13,14,16,25
111:3,8,11 113:19
113:22 114:8
116:10,13,24
117:12,21 118:22
119:6,13,20,25
120:9,10,19 121:6
122:4,12 124:13
125:1,7,14 126:11
127:17,21 129:2
130:13,16,20
131:6,9,18,24
132:5,8,11,14,17
132:20,24 133:2
133:12,15,18,19
133:21 134:2,4,4
134:7,11,12,13,15
135:24 137:11,17
137:20,25 139:7
141:12 146:10
147:9 148:13
149:1,20 151:3,20
152:8 153:4 154:2
155:20,22 157:5
158:19 159:9
161:18 162:7,11
163:1,12 164:1,24
166:10 167:12
168:12 169:23
170:2,4,6,8
171:12 172:9,10
172:15,20,21,25
173:5,12,13,14,16

173:23,24 174:3,8
176:4 177:16
179:11 181:4,8
182:21 183:18,19
183:23 184:19
186:21 188:9,9,15
190:11 191:13,16
192:9,22 193:2,6
193:13,16,23
194:15,22 195:1,4
195:7,10,13,16
197:16,25 198:10
199:18 200:6,20
201:6,10,17,20,21
202:1,1,6,6
203:18 205:21
207:7,8 208:5,10
208:19 211:24
212:6,9,22 213:3
213:4,22 215:11
216:7,19 217:2,24
218:2,16 219:16
223:1 224:4 227:4
227:13 228:2,7,10
229:8,21 232:11
234:8,9,12 235:7
235:21,24 237:17
239:3,14,17,19,23
240:4,9,11 241:16
242:7,8 245:12,20
245:24 247:14
248:13 253:4,7,25
256:18 264:20
266:18,22 268:22
276:18 277:14
278:19 279:22
280:2,22 281:2,11
281:23 282:6,17
283:18,21 284:5
285:13 288:3,15
289:7,17 290:4,22
291:4 292:18
294:12,16,19,24
295:20 296:3,12
297:18,22,25
299:16 301:23

302:2,14,18 303:4
304:4,12,13,16,24
304:25 305:5,6
306:16 307:17
308:13,14 309:4
309:20 310:19
316:3,14 317:9,12
317:22,23 318:7
318:18 319:3,10
319:14,21 322:13
322:15,20,22,24
322:25 323:1,9
325:20 326:4,20
327:2 328:2,3,13
328:17 329:14
330:10,20 331:4
331:21,24 333:10
334:5 335:10
336:16 337:6
341:7,12 343:5,11
343:19 344:16,18
347:13,20,21,25
348:6,22 352:6,19
353:7 355:14,15
356:9,24 357:3
358:8,15 359:7,11
359:14,23,25
360:2,16,19
361:18,22,22
362:15,24 363:2
365:16 368:3
369:17 372:7
373:10,17 374:3
374:14,24 376:3
382:18 385:7
386:15 388:10
389:1,9,11,14
390:21 391:6,17
391:23 392:14
393:13,17 394:14
395:14,18,22
396:17 397:1,2,4
397:8 399:2,5
400:10,20 401:2,7
401:20,24 402:4
402:25 404:3,6,10

405:3,7,19,20,22
405:24,24 407:6
408:18 409:2
411:6,15 412:4,7
412:21 413:19,23
414:1,24 415:11
415:21 417:2,18
417:19 418:6,17
419:8,10
**rights** 419:7
**ring** 350:14
**road** 116:6,7
**Robert** 83:25
154:18 243:5
**role** 65:10,17
**ROMERO** 1:7
**room** 71:17 91:12
**row** 390:23
**rules** 7:23 110:6
419:11
**run** 62:14
**runs** 158:5
**rush** 368:22
**Russo** 222:12,15,21
222:25 223:21
**Russo's** 223:24
263:1

---

**S**

**S** 70:11,12
**safe** 192:18
**Sam** 59:18
**Samantha** 59:20
**sanctions** 299:12
299:16 301:4
313:1,24 314:3,10
**Saturday** 85:21
**save** 82:3,15 157:10
157:13,18 170:14
176:15 380:20
**saved** 45:17,22
51:16 91:8 99:3
177:22 180:1
263:4 273:5
**saving** 91:5 92:5
**saw** 97:2 165:12

194:23 198:6
200:12 239:15
249:8,10 269:23
270:18,20 283:11
294:1 296:8 304:7
308:16,16 314:18
314:18,18 338:14
339:7,18,19
341:19 355:9
356:12 364:13
387:4
**Sayer** 150:18 151:3
151:8 152:3 162:3
280:11,17
**saying** 8:9 23:3,5
24:5 33:19 80:22
91:19 100:16
140:7,14,15
142:10 143:3,8
161:1 170:5
210:25 222:18
223:17,20 247:22
249:11 251:3
258:15,16 262:5
277:24 278:21
280:22 289:24
291:18,21 304:25
305:6 314:5 320:1
320:8,13 321:4
331:12 337:3,9
340:3,8 341:4,5
342:2 347:6
350:10,13 355:23
356:2,4,9 384:14
384:16 391:18
392:1 405:21
412:14,15
**says** 18:11 70:14
81:10 138:23
145:3 207:12
208:1 228:4
235:16,18 239:20
250:4,5 253:8,11
282:15 303:22,23
312:10 337:5
338:6 352:9


MAGNA
LEGAL SERVICES

355:17 360:15 373:12 382:12 399:19 400:9,10 400:11 402:23
**sca** 281:21 316:10 317:17 342:20
**scanning** 205:8,10 326:19
**sca@bsfllp** 282:1
**sca@bsfllp.com** 289:14
**scheduled** 10:15 299:15 318:20
**scheduling** 301:3
**Schiller** 2:3 6:18
**Schoep** 84:19 88:14 88:20 156:15 195:20 243:17
**school** 34:5,14,15 54:13 65:16 72:18 408:15,16
**schools** 65:24
**science** 49:22,23
**scope** 90:3
**Scouts** 241:6
**screaming** 294:10
**screen** 19:10,24 20:17 21:7,8,17 21:19 22:4,8,10 82:9 92:8 157:14 157:15 170:17,23 171:4 180:4 216:12 338:11 399:13 402:12,13 402:15 403:3,11 403:17,17 413:7 413:13,17
**screwed** 316:22
**scrolled** 387:3
**sealing** 1:18
**search** 278:15,23
**second** 40:24 198:3 265:4 293:2 298:18 306:13,18 306:19 309:7 336:12 373:16

377:5 419:6
**seconds** 322:12
**secure** 216:22,25
**security** 383:23
**see** 12:10 18:9,11 19:2 20:19,23 40:15,20,23,25 41:4,7,8 69:24 70:11 76:9 116:15 116:19 122:23 123:5 136:22 137:5 161:9,14 167:8 174:11,13 177:4 182:23,25 183:10 189:10 203:2 204:9,12 205:4 206:9,13,14 207:14,18 208:7 208:13 209:8 212:1,3 214:5,8 217:9,13 219:2,4 219:5,24 224:19 224:22 225:12,15 226:16 227:15,25 228:13 233:5,12 234:2,3,14,17 235:2 237:22,25 238:11 241:18 244:24 246:16 247:10,16,25 248:5 249:15 252:9,18,20,21 253:1 254:17 255:3,6,10,13 257:15,20 258:2 259:5 260:10,20 262:25 269:22 270:22 286:9 288:7 289:12,21 290:16 291:5,13 294:19 296:5,7 298:7,18,25 300:5 300:13,15 301:2,6 302:7 304:4 306:13,17 313:20 313:22 315:4,9

316:8 317:16 319:2,4,5,15 320:23 321:5,9,9 323:6 326:6,14 327:10,15,19 330:22,23,25 333:18 334:2,16 338:2,16,18,19,21 339:1,2,3 340:23 341:1 342:18 345:8,14 346:23 347:6 353:10 354:2 355:23 357:9,13,13,14 363:5 364:5,15,22 364:25 365:4 366:4,5,10 367:9 367:25 368:8,18 368:24 369:24 371:1 372:18,23 375:6 377:7,16,23 380:3 383:17,25 387:9 390:18,23 391:1,3,8 392:12 393:6,9,9,23 394:2,6,9 399:9 400:12 413:9,10
**seeing** 21:7 203:1 203:15 305:7 307:3 316:19
**seek** 26:4
**seeks** 225:16 226:17 228:13
**seen** 18:13 19:1,4,6 19:8,11 20:4,13 107:1 173:21 202:17,21,22 203:19,20 204:4 204:22 207:22 208:16 211:21 231:2,4,6,7 239:15 240:5 247:6,21 248:14 248:15,15 250:8 251:5 285:4 286:7 290:11 298:5

299:1 316:16 317:15 318:15 329:18 331:1 351:25 356:3 357:6 364:12 370:5 379:6,15
**selling** 181:24
**send** 23:6 35:10,13 56:15 57:4,15 59:11,14 64:18 85:11 90:18 111:10,13 115:16 116:9,11,13 117:11,20 120:23 121:2,3 122:6,6 143:8 153:21 154:5 158:2,5,7,8 159:1,20 160:8,19 175:16 210:21 245:9 250:3,5,6 251:16,16 256:25 257:1 264:22 276:24 278:1 279:2 281:4,4 283:4 289:13 321:15 370:1,11 370:14 371:7,16 371:20 372:3 373:8 380:10 388:15
**sending** 31:9 56:18 56:19,20 64:15 68:13,14 196:18 239:5,6 279:15 370:24
**sends** 231:20 335:22
**senior** 54:15,15
**sense** 67:25 78:15 88:19 127:10 205:18 208:17 235:13,15 239:16 242:3,4 278:8 279:3 342:3 344:4 368:11 372:22 396:9,13

**sent** 18:20 24:2,2 35:8,20 38:16 52:13 56:22,24 58:8,13 63:1 79:22 85:19 90:22 120:20,21 121:1 121:12,21,21 122:2 128:8 138:7 142:3 145:2 159:16,18,23,25 160:2,17,18,25 175:12 204:4 205:20 207:11 209:15 215:5 229:14,17 231:8,9 231:11,14,20 232:10,13,14,15 232:17 233:16 235:15 239:10 240:8 242:9 251:3 255:1 267:7 272:9 275:12,13 276:4 279:1,1 281:7 287:19 288:23 289:2,3,24 294:21 295:4 300:17,19 302:9 303:23 313:18,20,22 314:17 315:18 316:7,19,21,25 317:1,9 323:7 324:9,10,16,18,20 325:8,17,18,20,25 325:25 326:6 329:3,5 331:9,10 337:6,17 338:23 341:23 344:2 349:7,15 352:3 354:3 356:5,17 357:24 358:1 362:17 363:6,9 364:16,23 366:6 370:18 371:10 373:9,13 380:16 381:21 384:12 385:5,13,13,15,16



385:20,22,25
386:3,13 387:24
388:11,16 416:16
416:18,18,21
**sentence** 123:1
174:13 225:2
372:24 383:20
403:6
**separate** 67:22
93:25 180:18
192:25 216:7
267:25 391:9
415:8,11
**September** 359:13
**serious** 41:18
**served** 18:16 22:18
22:25 23:24 27:4
54:6 208:14 264:6
**server** 51:17,19,25
52:2,8 63:19 67:5
68:20,21,22,24
69:1,2,4,5 80:17
81:6 123:13
145:23 146:13
149:13,19,21
152:12,13,23
238:12,18 376:12
**servers** 152:6
225:11 238:21
240:13
**service** 82:16 131:8
132:24 145:17
146:18 360:8
**services** 6:12,14
64:13 81:1,3,12
132:22 134:9
137:16,25
**set** 3:21 4:3 27:7
33:10,12,13,22,25
62:2 64:1 112:25
202:9 203:3
206:11 207:1,15
207:19 230:21
233:6 248:7
260:12 291:10
297:9 312:3 315:7

328:24,25 329:25
347:1,25 356:2
364:7,19 417:6,7
**SETH** 1:5
**sets** 329:25
**setting** 291:8
**seven** 38:8 342:19
342:24 343:10,21
343:23 344:7,10
349:12 353:3
**seventh** 395:9
**shakes** 8:13
**shaking** 196:5
**share** 121:3,5
190:19 321:17
370:20 375:9
385:10 413:12
**shared** 22:21 66:19
121:23 161:8
174:14,18 175:5
375:8 384:20,22
387:6,19 418:2
**sharing** 121:24
**shed** 99:14,15,18
113:1 114:4
**sheet** 4:14 290:6,14
**Sheli_Shmosley**
166:14 172:23
**Shippensburg**
49:17,22
**shit** 45:24 165:3
394:8
**shitty** 59:8 404:18
**Shoah** 192:2,3
**shock** 12:15
**shoot** 200:1 384:17
416:12
**short** 62:19 151:23
151:25 320:8
**shortly** 62:21
151:17 192:9
200:22 201:3
410:20
**shot** 157:14 171:4
**shots** 19:10,24
20:17 21:7,8,17

21:20 22:4,9,10
82:9 92:8 157:15
170:17,23 180:4
216:12
**show** 143:4 184:1
263:6,16 309:4,17
321:3 322:19
360:12
**showed** 232:16
323:18 357:7
358:21
**showing** 356:4,10
357:4,10 359:8
361:21 363:3,4
366:15
**shows** 191:24 204:5
**shut** 33:16,19
**sic** 254:7
**side** 36:17 91:15
**sided** 222:23
**sign** 39:8 63:10
119:14 124:19
127:3 138:7 145:3
145:3 147:7,12
168:10,20 170:6
279:20 287:23
322:7,9 330:13
331:15 332:13
334:22 335:9,19
335:21 336:1,18
337:11 339:21,24
339:24 340:1,4,12
341:18,21 342:1
360:13,15 399:12
400:13
**signature** 338:19
**signed** 73:1 117:4
118:14,14,15
126:24 179:10
275:14 278:6
282:14 287:18,25
288:1,2,8 322:8
330:18 331:14
333:17 335:1,14
335:15,18 336:4,9
336:15 337:3,4,19

337:19 338:8,10
339:6 340:11
341:2,6,11,15,16
341:25 343:5,7
**signing** 338:1,13
339:4 343:13
**silence** 41:6 261:15
**silent** 42:6,10
**similar** 44:4,4
287:13,15
**simple** 49:5 344:20
**Sines** 1:5 6:5 7:22
19:16,19 26:14
134:16 267:22
270:15 288:14
304:6 324:22
**single** 65:4,5 74:15
76:12 78:10 86:8
108:1 117:15
119:22 124:1,4,8
124:9 126:1
159:11 166:1
180:10 193:5
196:11,14 201:23
244:2 263:7 399:7
402:22 407:12
413:9
**sister** 102:9,12
117:8
**sister's** 101:13,15
102:2,6,14 103:12
**sit** 47:4
**sitted** 47:5
**sitting** 47:10 50:8,8
70:4 114:3 308:4
**situation** 209:22
**six** 54:10,17 70:16
175:20,22 270:6
336:9 341:16
349:12 353:3
**skimmed** 387:3
**skimming** 330:3
**slash** 123:13
**slowly** 8:2
**smart** 97:7 192:21
**SMS** 238:4

**snow** 256:1
**snowing** 255:25
**social** 4:11 17:18
64:10,13,19,25
65:2,7 66:2,6,24
67:15 75:11
117:11 130:12,15
131:8 132:22,24
134:9 135:9
136:24 137:1,10
137:14,15,25
138:3,24 139:22
140:10,12,18,25
142:1,8,17,22
143:9,18 145:17
174:15 181:22
191:13 201:15,17
216:5 218:19
219:22 225:16
227:9 229:8,11
234:23 237:4
238:4 285:22,25
286:10,16 298:21
299:6 317:19
331:24 332:6
333:9 342:21
345:11,24 384:16
408:8,12,22 415:3
**Socialist** 221:2
298:14
**Sol** 84:21 243:19
**somebody** 13:8
22:20 23:2 52:14
61:7 63:2 64:16
79:21,25 110:13
110:20 120:21
141:22 149:14
158:15 159:25
160:3 163:23
165:4 175:12
209:11 221:18,21
222:6,8 231:12,13
279:8 335:12
353:22 356:21
368:4 381:11
388:2,14 391:19



399:25
**someone's** 102:22
**soon** 72:25 164:24
269:22 272:1,4
415:17 417:5
**sorry** 150:6,9 199:6
253:19 259:16
326:13 333:21
335:15 339:10
370:15 409:19
**sort** 25:16,20 28:6
37:10 51:2 114:22
**sorts** 221:13
**sound** 77:14 380:24
**sounds** 9:11 106:10
380:25
**South** 60:11 84:10
88:18 112:10,18
114:6,11,14
115:25 116:4
220:20 385:18
388:3 395:21
396:2,22,24 398:3
406:12 412:13
**Southern** 84:9
241:2
**space** 230:17
**span** 406:2
**speak** 8:2 17:8
30:22 44:19 46:9
78:8,21 105:25
129:5,8 214:20
215:2 229:20
258:5 259:18
**speakers** 89:14
110:25
**speaking** 90:6
104:11 105:19,21
105:24 118:4
247:20 264:5
**specific** 51:11
52:12 139:19
210:20 211:11
237:14,14 251:16
251:20 318:4
319:16,16 323:7

333:9
**specifically** 57:3
70:20 84:7
**specifics** 251:17
333:12
**speech** 181:17
**speed** 326:21
**spell** 7:16 44:16
59:21 267:10,12
**Spencer** 2:14 7:11
82:25 87:19 108:5
154:8 166:7
194:10,14 198:20
199:18 201:25
242:22
**Spencer's** 108:6,18
109:5,6,21 116:25
118:4 153:11
185:7 245:22
397:11
**spoke** 38:1 44:12
44:24 78:11,24,25
154:22 210:25
221:25 223:15
224:3 258:24,24
**spoken** 38:7 43:15
43:22 44:9 45:5,8
79:6,9,22 91:1
306:7 323:23
**sporadic** 36:2
**spot** 173:3 242:9
282:20
**Spotify** 282:20
**spray** 13:24 14:2
**spring** 32:22 81:20
95:12,14,16 96:4
96:8 115:2 160:12
160:15,16,22
256:12,16 257:7,8
266:12,14,15
268:14 395:25
410:2,8
**Squad** 44:23,25
45:6
**stack** 268:18
**stacks** 268:20

**stand** 192:1 383:12
**standing** 199:3,9
**stands** 171:1
**start** 7:24 11:15
34:25 151:7 296:9
**started** 7:8 15:12
28:6 29:22 96:16
96:17 98:7 123:8
127:16 129:19
198:2 215:4
251:13 274:20
303:8,9 371:24
410:19
**starts** 392:17
**state** 6:16 7:16
16:14 106:9,11
393:7
**stated** 29:9 150:13
223:3,8 235:20
260:11 276:14
290:19 343:5
374:22 380:4
381:4,6 395:21
403:9
**statement** 42:6
252:10 321:12
391:16 393:12,15
394:11 402:24
412:6 413:18
**states** 1:1 40:15,20
214:8 234:17
248:1 289:12
290:13 291:17
306:24 311:24
321:6 341:1,6,11
343:8,16 373:2,14
375:7 407:4
**stating** 323:25
394:7
**status** 52:2 139:18
**stay** 47:18,19 248:3
249:16 250:15
258:6 259:20
**stayed** 16:24
200:15,17
**staying** 16:25

**Steam** 44:23 45:15
45:17 133:1,5,18
135:11
**steer** 382:15
**step** 264:21 333:11
333:11
**steps** 215:23 228:15
228:21 229:5
333:14
**STIPULATED**
1:18,19
**stipulations** 327:21
**stop** 37:7 49:8
95:17 97:24 98:1
143:14 257:6
**stopped** 11:17,17
28:9 54:17 93:2
98:3,4 148:8
236:5,7 257:4
266:17,20 360:25
409:22,24 410:5
410:12,18 411:5,5
411:9,10
**storage** 99:14,15,17
112:25 114:3
155:16 193:19
311:12 395:19
**store** 216:21,24
397:4
**stored** 298:22
327:22 329:9
**straight** 250:22,22
251:1
**strange** 333:8
358:19
**strangely** 368:2
**stream** 185:1,8,14
185:24 186:7,8,12
186:20
**streamed** 185:16
**street** 1:16 2:16
6:11 23:15
**strike** 71:25 177:2
191:7 330:8
**strokes** 229:23
**strong** 25:17

**stuck** 77:14
**studying** 49:21
**stuff** 34:2,9,12 35:1
35:22 36:20,23
38:4 50:4,7,9 51:5
62:1,3 63:24
66:16 70:20 71:23
74:8,20 75:9
89:10 94:17 97:9
100:2 103:15
110:19,23,25
111:12 112:7,11
112:13,20,21
113:24 114:16
118:23,24 119:15
124:15,20,25
126:24 128:6
155:18 158:8
159:20 163:3,18
164:23 176:11
188:12 192:15
214:19 223:14,16
224:16 229:25
231:16,23 232:6,6
258:17 265:22,24
266:1,7 270:8
273:15 282:21,22
283:5 296:16,24
308:7,9,9 315:1
328:5,6 330:2
331:18 369:5,15
388:7 391:9
394:23 397:13
402:16 410:15,16
411:3 417:7
**stupid** 89:9 381:14
**stupidest** 165:3
**subject** 288:14
304:6 324:22
**submit** 210:23
249:21 280:24
**subsequent** 93:23
**substance** 26:23
27:10
**sucked** 335:8
**sued** 27:21 269:9



269:16
**sufficient** 334:14
**Suite** 2:7,16
**summaries** 379:12
**summer** 28:25 29:2
32:20,21,22 81:19
95:16 96:4 102:21
115:3 151:12,13
151:14 160:12
254:3,3 256:8,8
256:10,16 268:14
**super** 239:22
279:16
**supply** 411:25
**Support** 3:11 40:4
**supposed** 10:17
13:10 14:2 175:2
177:9,12 188:23
233:25 235:12
237:12 239:7
267:15,17 272:25
273:3 290:21
291:1 292:5
331:15 369:4
**sure** 11:17 21:10
24:11 29:24 52:23
66:5 68:15 77:2
93:11 100:11
101:16 104:23,25
106:8,13 107:1
108:22 109:2
131:22 144:12,17
144:17,23 147:13
147:18 156:18
166:25 167:6
172:17 179:8
181:9 189:7
192:18 194:4
204:8,17,24
215:23 230:12
231:3,4 232:16
233:18 235:25
240:18 247:22
248:15,24 255:3
278:18 292:8,16
299:18 304:3

305:19 308:9
309:8 310:5,23
320:4,5,7 324:19
329:7 334:24
335:3 336:3 347:5
350:1 351:4
359:15,18,20
362:5 370:8 371:8
388:2 389:23
390:3 399:15
411:8 417:3
**surprised** 262:4,9
**swear** 6:24 13:5
**swing** 35:22,25
**switch** 158:14
373:4
**switching** 41:15,22
**sworn** 7:3 9:14
12:23,24 16:1
420:6
**system** 145:22
**S-A-Y-E-R** 150:19

---

## T

**T** 420:1,1
**table** 74:1 85:5
203:21 207:3
**tablet** 153:13
**take** 8:8 9:9 56:5
74:22 76:5,12
82:9 126:7 128:17
157:15 170:17
180:4 193:1 196:2
197:19 198:13
237:3 239:17
246:25 273:17
303:16 308:5
364:16 366:17
378:24 379:5
386:5
**taken** 6:10 30:14
75:1 82:8 91:14
92:12 128:21
141:23 157:23
170:23 171:3
215:23 228:15,21

229:5 262:18
264:16,17 265:22
290:1 296:17
308:8 309:12
366:23 386:2
400:22 420:4,14
**takes** 360:16
**talk** 24:13 43:25
45:19 73:19 79:23
125:12 154:19
196:20 197:11
201:16 312:4
**talked** 24:13 58:5
77:11,12,13 90:25
129:16,17 138:6
201:18 211:5
223:20 242:2
244:3,4 253:14
303:11 304:22
348:18 399:24
**talking** 16:3,23
22:25 45:24,24
46:5 66:15 80:3
104:22,25 105:1,4
165:24 175:4
192:17 205:17
206:16 222:13
223:14,18 260:7
261:18 265:9
271:22 307:18
323:3 326:17,21
326:24 328:19,24
329:7,9 330:4,6
332:22 348:19
349:1,3,4 352:21
352:22 370:23
372:16 384:25
388:3 400:24
402:20,21 403:21
403:21 404:11
405:9,25 407:11
407:13,15 413:7,7
413:11,11
**tape** 126:5 246:2
**target** 385:1
**targets** 380:24

382:6 383:22
384:3
**task** 244:23
**TDS** 191:22 192:1
**team** 37:20 184:1
351:7 383:23
**tech** 63:24 128:6
**technically** 13:5
50:2 97:8
**teleconference**
293:11 295:3
**Telegram** 132:16
135:5 136:13
**telephone** 2:12,17
238:1 291:8
**telephonic** 3:13 4:8
69:8 251:23 291:8
**tell** 8:20 9:15 24:8
41:21 98:14
138:15,18 140:19
140:23 146:17
149:11 161:12
165:21 177:11
190:22 191:4
209:19 210:7,10
210:12 251:11
268:5 273:10
274:21,23 295:14
315:20 346:20
400:8
**telling** 140:8 229:7
250:9 261:23
283:4 291:21
341:22 346:13
356:21 361:8
**tells** 39:25
**temporarily** 155:13
310:15
**temporary** 254:7
263:20 310:13
**ten** 105:2,8 168:19
**tending** 27:9
**tense** 407:11,14
**terms** 59:24 146:18
265:23
**testified** 7:5 10:3,6

12:18 21:1 36:6
39:10 73:15 76:17
77:16,24 82:18,22
85:3 87:6 93:24
95:24 106:14
107:19 108:13
114:7 115:8
118:20 133:4
139:1 148:12
162:21 167:24
180:25 251:10
264:18 302:12,17
303:1 309:17
316:17,24 333:6
362:13 388:25
395:13,16 396:25
397:3,10 400:6
412:1 414:18,22
**testify** 9:19,22
10:16 15:18 26:14
116:12 140:5
297:21 388:9
396:1 412:18
**testifying** 10:12,16
12:11 138:17
**testimony** 15:15
16:2 19:7 21:13
52:5 66:23 98:18
119:17 124:3
140:10,16 143:11
143:16 163:9
170:9 193:4
203:13 205:23
210:22 223:3,7
237:15 249:24
250:1 254:11
267:13 328:20,23
331:7 335:1
339:15 344:24
356:23 390:8
400:5 403:2,5,12
406:5 410:4 411:4
420:5,9
**Texas** 222:9,11
**text** 5:6 16:21 17:4
17:9 24:10,12



30:24 33:4 53:25
66:17 74:4 76:1
79:15,16 85:5,8,8
85:12,14,18,25
86:5,8,13,15,19
86:21,23,25 87:4
87:12,16,19 89:2
89:12 90:10,11,16
90:18,22 92:23,25
93:4,6,9 94:21
100:10,16 123:25
155:1,2,5 196:14
196:18 222:20
224:5 227:6
229:17 256:24
257:1 262:4,6,9
263:6,10,14
294:18 307:4
367:1,18,20,22
368:10,14 369:23
378:18
**texted** 38:12 85:24
90:24 222:17
**texts** 256:14 358:25
**Thank** 7:7,12
150:16 174:22
199:14,15 257:10
280:16,20,23
283:1 381:8
392:24 393:2,3
414:16 418:20
419:9,20
**thanks** 31:13,17
280:5
**Thanksgiving**
197:14
**therightstuff.biz**
188:13,14,17
190:2,14 191:25
**thing** 13:5 15:13
16:2 17:6 19:1,22
20:11 22:8 24:19
31:16 32:1 42:20
51:9 52:16 53:11
56:3,13 59:16
60:4,23 62:16,20

63:10 66:5 70:2
75:10 83:7,15
93:10 110:24
126:22 145:4
149:9 152:16
165:4,20 171:22
177:10,11 197:9
216:3 222:19
229:8 230:15
231:16 244:5
250:7,8 258:17
267:21 268:15
269:1,2 275:1
289:1,4 296:10
304:14 305:11
312:7 319:17
321:3,23 324:8
332:11 337:8
349:2 357:18,19
369:21 382:9
386:5 392:22
394:15 397:19
402:11 403:10,19
405:8 419:6
**things** 13:12 19:24
20:4 21:7 25:19
28:2 34:15,16
36:21,23 51:1,20
51:22,23 56:6
58:14 74:19 75:3
77:14 86:5 106:2
106:3 110:25
125:2 126:22,25
127:4 145:25
181:21 209:23
230:14,19 231:20
231:24 232:4
233:4,24 236:15
257:2 267:4,5,9,9
273:15 276:19
293:10 329:8
332:8 361:2 369:2
384:16 388:8
391:12 410:16
415:23 419:1
**think** 10:8,9,10,17

10:17,18 12:21,24
12:25 13:7,23
16:15 17:14 20:13
22:19 23:4 24:11
25:1 29:15,21,22
30:6 31:9,15,16
33:8 34:3 35:15
37:3 39:16 43:24
50:25 52:12,21
55:12,13 56:13
58:6 59:8,10 61:5
61:11 62:13,20,22
63:21 64:2 65:5
66:6 67:2,12
68:21 73:8 76:9
79:19,19,21,24
80:12,12,13,16,24
80:25 81:4 82:7
84:13 85:18 86:4
86:14,15 87:7,14
91:25 93:8,8,10
97:9 99:2 100:4
101:18 102:17
103:6 104:22
106:7 108:21
110:1 111:18
113:1,9,17 118:1
118:11,12 119:1
122:14,15 123:6,7
123:9 124:1,7,12
124:14 125:5,16
129:15,16,18,22
131:11 135:14
136:4,24 139:7,10
144:16 150:21,24
156:8 157:13,21
157:21 159:24
160:2,7,15,16,21
160:23 162:2,2
163:14,16 165:10
169:16 172:1,17
173:6,7,23,24
177:22 179:13,13
180:16 181:5,16
183:4,5,8,12
185:2,8 187:7

192:13 193:9
199:4,9 201:22
204:7 205:7
206:15,23 210:20
214:16 217:5
222:17,19,22,23
223:25 229:13
231:6,9,17,23
232:3,10,12,12,16
235:21,25 236:2,4
236:8,14 237:12
246:8,9 247:7
258:13 262:12
263:3 275:19
276:1,10 282:24
283:7 284:21
286:15 287:7,10
287:19 289:1
291:25 296:19
300:22 308:16
317:10,14 319:9
319:24 320:2,3,7
334:7,10,25
335:13,14 336:8
337:16,16 351:5,5
351:5,7,8,17,17
353:12 364:11,11
364:13 366:13
374:12,19,19
375:15 377:15
379:11,14 381:10
381:13 382:7
383:13 387:14,16
389:2,3 390:3,4
390:12 395:24,25
396:5,7,17,18
401:21 402:11
404:24 409:15
411:16,17 412:13
413:6 414:4
415:22 419:16,19
**thinking** 289:4
324:12
**third** 290:18
298:22 343:9
345:10,25

**third-party** 273:19
**Thomas** 222:12
**thought** 27:11 82:5
82:6 161:6,7
182:18 209:13
246:22 267:24
276:19 289:25
296:17 303:16
308:1,6,7 315:19
315:19 319:6
326:24 327:4,6
328:23 331:15,17
332:7,8,9,21
333:4,7,10,16
335:19 339:5
340:6 341:18
343:1 347:22
388:11 405:4,22
**thousands** 244:7
**threatened** 384:12
384:15
**threatening** 385:21
386:10,17 387:9
**three** 17:4 95:6,20
96:14,15 97:4
98:6 103:6 116:2
126:4 146:4,5
155:21 169:11
181:7,8 190:7
198:6 291:7
305:18 364:14
371:14,25 374:7
389:20 393:8,10
393:16,19 394:14
394:16,17 395:1,6
395:12 396:12
**throwaway** 124:22
125:2
**throwing** 388:20
**Thursday** 383:20
**tilt** 335:9
**time** 1:20 6:8 9:5,8
12:19 13:3 15:22
16:1,10 18:22
23:2,7,9 25:7 28:8
29:14 30:5 32:18



34:20 36:18 39:2
39:25 41:14,19,24
42:14 48:22 49:4
49:7 54:3,19 56:1
56:7 59:8,17
60:18 62:19 65:11
66:4 72:20 74:23
74:25 81:16 83:16
83:19 85:18 86:10
90:21 92:1,4 94:4
94:25 97:2 98:7,8
99:24,24 102:5
104:24 108:1
109:12 112:11
113:25 114:15,21
117:15 119:22
123:7 124:8 126:1
128:19,22 135:23
139:13 140:21
143:4 151:23
152:1 158:1 161:6
161:7 165:11,17
165:24 166:5
171:20,25 173:5
174:3 178:18,20
186:15,23 187:3
191:21 193:10
197:5,7 199:20
200:14 201:23
203:10 205:7,11
208:9 209:11,17
210:17,25 218:23
221:18 231:24
235:24 236:3
237:9 239:10,12
240:2,4,7 246:1
247:9,14 250:15
260:14,17 261:8
262:13,16,19
274:17 275:20
288:8 292:1,25
293:6 294:14
296:2 297:16
304:1 305:20
306:6 308:7
309:10,13 321:14

322:10 323:11,19
327:5 329:11,12
330:25 334:11,14
334:19 336:12
337:18 342:12,14
345:20 363:21
364:6,13,17,19,19
365:23 366:2,9,21
366:24 368:23
369:14 372:4
375:5,18,22
396:19 405:5
406:21 411:10
412:13 414:9,13
415:1,15 418:22
**timeline** 15:9,11,14
  16:5 163:3
**times** 15:20,24 35:7
  36:3 42:12 58:5
  64:25 67:13 89:5
  96:2 139:16
  163:25 164:2
  191:12 192:7
  198:5,6 217:22
  219:14 256:4
  257:1 291:7
  323:23 337:15
  382:13
**time's** 59:9
**titled** 207:19
**today** 6:7 7:23 21:1
  44:5 85:3 93:24
  100:21 104:19
  133:4 138:2 157:5
  162:21 169:6
  218:6,13 219:21
  219:23 245:7
  260:23 276:22
  279:20 285:18,21
  288:3 293:12
  316:1,13,16,16
  317:7 328:10,12
  330:25 333:15
  341:3,7 345:21
  356:13,14,16,17
  357:6,7,10 358:5

366:14,16 404:25
  405:16 414:17
  417:24 418:20
**today's** 46:6 417:10
  418:23
**told** 15:1,15 16:14
  24:3,7 30:14
  37:16 69:25 70:17
  78:18 79:25 80:2
  85:4 96:18 98:2
  98:20 99:20
  100:20 101:2
  104:16 105:24
  123:12 130:11
  133:7 137:9,19,22
  140:2,11,14 141:6
  141:17 159:15
  160:25 165:15,17
  166:1,3,4 168:9
  169:1,20 179:9
  190:25 191:6
  199:25 209:21
  210:9,13,18,22
  211:9,13 236:20
  236:24 237:16,20
  248:20 251:3,19
  252:21 253:2
  258:4 259:16,17
  259:18 260:16,17
  260:18,25 261:1,6
  261:24 262:2,3,10
  263:18 265:11
  273:6 296:17,20
  296:22 299:13,24
  300:2 305:25
  306:1 308:10,18
  318:3 319:24
  322:12 327:1
  328:1,16,21
  329:20 331:19
  334:18 336:15
  360:7 364:25
  369:12,24
**tomorrow** 26:24
  143:4 245:8
  246:12,14 293:13

294:1,2,4 295:3
  355:1 356:22
  362:15
**tonight** 245:8
  285:14 380:6
**tons** 153:24 187:16
**top** 29:17 56:23
  69:24 145:9,13
  174:11 177:3
  290:14 353:8
  354:19 367:9,10
  368:19 375:6
  390:23
**Torch** 14:7,15,16
  14:23 17:11,11
  78:5 85:20,21,22
  85:23 90:19
  105:20 213:19,24
**total** 55:20
**totally** 137:6,10,20
  205:10 237:6
  256:13 325:2
  349:24 401:17
  403:20
**touch** 57:10,13
  143:25 144:2
  254:21 258:6,25
  259:20 305:23
  306:1
**touched** 266:5
  395:20
**tough** 335:5
**tower** 397:6,19
  398:8 411:24
**town** 23:12,20 48:6
  48:12,12 354:15
**Trad** 240:19
**Traditionalist**
  221:7,12,23
**training** 43:19
  54:14
**transcribed** 420:7
**transcribing** 8:1
**transcript** 1:18
  3:13 4:7 69:7,19
  136:18 251:22

252:1,5 326:9
  333:21
**transformations**
  167:2
**transportation**
  386:6
**traveled** 71:18
**traveling** 71:21
  335:4,11 353:21
**trial** 1:20 10:6,8,13
  12:12,18 14:20,21
  15:18
**trials** 12:21 119:15
  124:19
**tried** 42:25 143:25
  144:1 179:13
  252:24 253:9
  255:6,11 335:24
  337:21
**trip** 61:5
**true** 26:4 133:19,20
  174:8 261:16
  312:2,12 352:25
  389:19,25 391:15
  395:1 397:20,23
  398:5,9 405:3,19
  420:8
**trust** 368:19,20
**truth** 9:15 123:5
  135:18 147:17
  178:3 188:3 277:1
  277:19 280:3
  281:12 282:14,19
  322:1
**truthfully** 9:19,22
**try** 39:19,25 42:15
  80:22 155:16
  255:5,9 308:3
  337:7,14
**trying** 10:14 26:4
  42:11 43:23 47:8
  47:16,17 50:25
  55:12,13 67:2
  79:2 80:1 100:2
  100:25 111:22
  152:5 184:10



MAGNA
LEGAL SERVICES

230:17 254:21
286:15 321:22
322:7,9,13 323:5
323:6,14 326:20
356:1,2 369:15
382:15 410:12
**Tubbs** 84:17 88:12
88:15,17 156:13
195:18 243:15
**turn** 69:22 101:1,21
101:22 122:20
136:21 147:2
205:1 218:8,12
252:7 257:12
258:16 281:3,6
285:12 298:17
306:12 326:11
332:1 377:13
383:14 392:5
416:1,24 417:1,15
**turned** 93:3,6,12
97:10 216:9
**turning** 40:24
101:2 206:25
210:11 214:4
234:2,3,14 290:18
340:22
**TV** 109:9 402:14
413:14
**tweeted** 171:14
**tweeting** 10:11
**tweets** 12:7 170:15
171:9,13,17,23
172:1,3,4
**twice** 108:7 131:21
194:23 268:10
**Twitter** 3:8 4:10
10:22 11:4,6,9,11
11:11,12,20,24
12:1,3,7 24:20
25:6 36:21 57:11
57:12 64:16 66:9
75:15,15 127:6,7
127:14,14,15
130:20 131:2
160:1,3 162:10,13

164:3,17,21
165:13 166:10,23
167:4,11,16,20,25
168:4,10,20
169:14,17,22
170:1,5,9,11,14
171:4,10 172:2,10
172:18,19,24
173:2,4,8,25
174:2,7 181:14
182:18 191:20
226:4 276:6 283:6
283:8,21 284:8,12
284:18,22 285:2,7
286:18 288:23
296:19 308:7,9
312:15 342:21
409:4 418:11,15
**Twitter's** 171:18
**two** 10:18 13:8,18
14:8 17:4,12 22:7
23:4 31:24,25
32:2 37:12 39:14
47:5 48:2 70:25
71:2 94:12,25
95:6 98:6 103:6
116:1 121:16
126:22 131:16
146:3,5 151:9
155:21 160:9,20
160:24 172:12
173:11,13 174:5,9
179:18 181:6,7,11
184:20 190:7
198:4,6,11 200:23
221:25 270:5
274:14 275:16
277:11 278:4,7
280:19 282:15
294:21 297:5,7
305:13,16 317:6
354:17,21 356:12
356:14 368:22
369:2 373:3,20,23
374:7,9,12 376:7
380:5 393:20

395:7,10 397:14
405:25 414:5
418:25
**TYLER** 1:6
**type** 26:1 43:16
63:12 64:5 81:8
81:10 82:16 108:8
108:14,19 109:22
176:14 185:1
282:11
**typed** 108:16 176:9
**types** 217:14 370:9
**typing** 45:21 110:2
321:20

———————————
**U**
———————————
**Uh** 49:9 150:20
156:18 160:9
166:13 167:13
179:18 192:2
214:15 222:16
240:24 243:14
249:5 322:1 364:8
371:12
**umm** 10:15 11:10
13:16 17:10 18:18
22:24 23:10,10
24:24 25:16 29:7
29:15 32:12,20
33:8 35:15 37:23
38:1,2,13 41:14
42:3,9 43:10,23
43:23 44:15,23
45:10 47:3 48:5,6
49:4 50:2,20,25
51:14 52:12 55:12
55:23 58:4 61:1
61:22,25 64:23
66:18 67:20 69:21
70:10 74:25 75:17
77:5 78:12,24
81:19 82:24 83:10
84:3,6,9,25 85:13
85:19 86:12 88:7
89:5 90:24 91:12
96:1,15 97:8 98:3

98:9 101:12
103:21 104:22
105:14,22 106:10
106:23,25 107:8
108:5,23 111:9
112:6 116:9,23
118:25 120:15
123:23 126:21
127:1 131:10
135:14,16,21
138:11,12 139:6
139:13 143:24
145:2,22 146:3,7
146:21 147:1,21
148:8 149:5,9
151:4,12 152:12
153:15,24 154:9
154:17 155:25
156:8,12,24
157:12,20 161:22
165:17,23 166:21
172:10 173:22
175:1,10,20
182:20 183:24
188:1,12 192:13
193:24 196:25
198:21 201:11,22
203:12 204:21
207:3 209:21
210:9,13,19 216:2
218:10 220:21
221:17 222:2,4,8
224:17 231:19
232:16,21 233:22
235:25 240:5
258:13 260:8
265:6 266:14
267:11 268:10
272:7,10 274:10
279:17 280:17
289:22 296:22
297:4 298:12
306:16 310:20
312:8 313:19
317:10 318:8
319:24 320:2

324:4,19,21 330:8
330:14 334:24
338:18 347:14
350:22 351:4,14
352:23 355:4,13
355:13 356:21
357:19 364:10
369:2 372:16
374:4 375:13
378:3,13,15
379:11,18,18
380:25 382:10
384:6 385:3,12,17
387:7 395:11,23
396:16 401:21
405:7 409:7,8,10
409:16 410:14
415:17 417:5
**unable** 253:3,12,23
**underneath** 400:9
**undersigned** 41:9
260:13
**understand** 8:4,10
8:16,18,21,22 9:3
9:12,14 18:12
26:13 28:12 36:18
55:4 93:22 186:18
186:19 201:13
203:7 212:8,18
213:1,7,15,24
215:13,17 217:17
219:11 220:5
225:5,19 226:24
232:24 233:9
234:6 235:9 238:7
242:7 244:19
245:10,14 286:8
288:17 299:2
310:23,24 315:10
323:11,19 332:4
340:3 361:10
397:22,25 398:2,4
416:3,6,14,17
417:20 418:8
**understanding**
25:14,17,22 27:1


MAGNA
LEGAL SERVICES

146:14 179:23 181:20 236:19 258:19 265:25
**understood** 137:13 401:9
**unit** 395:19
**Unite** 3:16,18 5:9 14:6,10 17:11 26:8,11 29:2 34:18 51:12 67:19 68:8,23 69:1,13 72:8,20 73:16,19 74:2,12,16,24 75:7 76:2,11,18 76:20 81:24 82:20 85:9,12 86:9 87:1 87:18 89:1,4,12 89:14,19 90:10,14 92:13,15,19 93:1 93:17,20 103:22 104:9 107:17,24 108:4,11,16,19 109:13,14,15,24 111:2,8,11 116:10 116:24 117:12,20 118:21 119:5,13 119:20,24 120:9 122:3 124:13 125:7,14 127:21 129:1 130:12,16 130:20 131:6,9,18 131:24 132:4,8,10 132:13,17,19,24 133:2,12,15,18,21 134:2,4,7,11,11 134:12,15 135:24 146:10 152:8 154:1 155:22 159:9 162:6,11 163:1 171:12 172:8,10,15,20,25 173:5,12,13,14,15 174:3 177:16 181:4,8 183:17,18 183:22 188:9 191:13,16 192:22

193:2,5,13,16,23 194:15,22 195:1,4 195:7,10,13,16 197:25 198:10 199:18 200:6,20 201:5,10,17,20,20 202:1,1,6,6 212:9 213:3,4 216:19 223:1 234:7,8,11 369:17 382:17 405:7,22,23,24
**United** 1:1 49:6
**University** 49:17 49:18
**Unlimited** 394:21
**Unofficial** 43:14
**unquote** 123:14
**unrelated** 108:17
**unresponsive** 40:16 41:12
**unsure** 12:12 266:4 267:11 269:18 349:8
**un-mute** 369:3
**upcoming** 303:3
**update** 338:1
**updated** 341:3,7
**updating** 105:10,12 380:2
**uploaded** 187:23
**use** 12:3 24:12,22 31:3,14,21 32:15 33:12,13,22 34:1 34:8,17 66:15 72:10 73:15,25 79:10 80:21 81:2 91:22 95:22 102:22 107:16 111:16 113:6 114:13 116:8 117:3,13 119:3,17 121:11 122:16 124:23 125:12 130:19,22 131:2,6 135:24 147:11 148:6 150:18,22

151:15,16 153:8 153:13,18,20 162:6 167:16 168:3,6,23 178:5 178:22,25 180:12 183:12,16 192:21 193:12 218:13 244:17 245:12 255:19 282:23,25 285:15 317:4 407:21,25 408:3,8 408:12,22 409:4 410:21
**user** 393:7 394:21 401:5
**username** 131:19 146:19 149:4 162:14,16 177:19 178:10 182:4,25 183:3 187:25 188:2,6 280:9,13 283:13 286:20 315:21 391:3,6 400:20 401:1
**usernames** 166:23 166:24 167:4 168:1 283:14
**uses** 225:16
**usually** 64:15 65:6 167:9 175:13 370:24
**UVA** 14:16 105:21
**U.S** 6:5 35:14

—————————
**V**
—————————

**v** 6:5 270:15
**VA** 2:12,16
**value** 380:24 382:6 383:21 384:3,25
**Vanguard** 83:8 221:10,24 222:7,9
**various** 145:25 217:22 219:14 220:3 233:4
**vendor** 142:1 298:23 343:4,10

345:10,25 346:9 346:10
**vendors** 348:12
**verbal** 8:12
**verbally** 16:25 262:3,11
**version** 173:20 174:11,13 176:7 176:19 177:4 372:11,12,15 373:15,16,24 374:11 375:7,10 375:12 376:2 382:8,9 383:4
**versions** 175:18,22 371:2 372:15 373:20 374:3,9,13 374:14 375:13,14 376:1,7,9 383:2
**versus** 7:22 19:16 19:19 26:14 134:16 267:22 288:15 304:6 324:22
**vetted** 174:15,17 175:3
**Vibrant** 240:17
**video** 6:3 128:20,23 183:21 184:14,25 185:1,5,10,13 186:1,15,20 187:11,14 238:5 262:17,20 309:11 309:14 366:22,25 375:19,23 399:11 414:10,14
**videographer** 2:23 6:2,11,23 126:3 128:19,22 246:3 253:19 257:9 261:10 262:16,19 309:6,10,13 366:21,24 375:18 375:22 414:9,13 418:22
**videos** 131:23

183:19 184:23 187:5,19,23 192:11,12,19
**view** 61:21
**viewed** 362:4
**violence** 224:24 227:20 228:5 382:15
**violent** 26:1,2 51:5 177:12
**Virginia** 1:1 6:7 16:15 23:7,8,13 32:13 47:14 48:4 95:10,12 97:17 199:24 200:2,18 200:23 295:14 365:19 406:13
**vision** 238:22,24
**VK** 132:19 135:7 136:15
**voice** 45:2,3,21 46:2,3,4 145:22 145:25
**voicemail** 142:24 143:12,17,21 144:3,5,9 145:12 254:25 255:5 292:18 294:1,3,6 294:18 295:10,19 350:20 355:4,8,9 363:5
**voicemails** 33:7 143:1,2 254:25 256:24 291:11,15 292:13 293:20,23 295:5,8 297:22 302:18 351:2,15 362:14,25 363:6,9
**vs** 1:9

—————————
**W**
—————————

**wait** 8:6 154:17 393:9
**waiting** 13:2 36:8 141:21 277:25,25 308:3,4 317:24



331:6
**waive** 311:9 419:8
**waived** 1:18
**walking** 75:2,5
**wall** 413:12,13
**Walmart** 31:22
32:8,19 33:2
93:25 94:2 95:1,4
95:15,17,23 96:11
96:13,21 97:3,6,7
97:13 98:16,17,19
99:21 103:4,10
155:12 216:24
253:16 254:5,7,12
256:9 257:5
263:20 310:13
311:1 389:3
393:21 395:11
**Walnut** 1:16 6:11
**want** 28:25 42:19
71:13 74:20 89:8
93:22 94:5 142:11
160:14,18 161:1
171:14 172:6
237:3 263:7,9
264:3,15 272:7
274:10 281:16
293:1 296:21
297:4 352:23
388:2 403:6
404:18 411:7
419:1,7
**wanted** 86:1 101:1
261:3 315:15
316:5,6 328:14
**Ward** 354:9,10
**Washington** 58:4
**wasn't** 13:9 14:2
15:22 18:22 19:23
36:15 50:20,21
51:20 54:4 56:4
60:18 61:8 71:21
93:15 94:9 95:7
96:5 111:16
112:11 114:19
115:6 124:23

128:5 134:2
140:14,15 155:14
155:14 163:4,18
165:19 172:2,7
176:12 177:13
185:3 201:16
205:18 211:6
221:17,17 223:19
223:20 239:11
253:18 256:12,13
256:23 291:25
297:1 301:17
308:9 324:14
325:3 330:11,11
337:24 339:22
345:17 346:3,6,11
347:23 349:6
358:11 388:16
390:6 395:1,23
397:25 400:4
405:3,8,9,18
406:1 407:23
412:11
**watch** 192:21,23
382:10 402:15
**watched** 413:14
**watching** 354:24
**water** 94:10,13
96:2,9 217:2,4
255:23 256:6,7,17
**way** 42:16 67:3
69:3 78:17,22
80:13 81:4 89:9,9
89:9 94:7 127:15
146:9 157:13
175:11 177:8
197:24 207:9
219:9 232:22
246:16 263:2
271:22 272:14
284:17,17 314:23
342:16 355:14
371:5 385:2
392:11 399:24
400:8 404:22
**ways** 59:23

**website** 61:16,18,22
62:1,5,8,25 63:3
148:17 168:15
181:10 188:13,15
284:7 338:9
**websites** 266:6
**Wednesday** 1:16
6:8 417:10,11,13
**week** 11:12,13 36:4
37:12 48:2 179:18
191:3 297:4,7
305:12,16 334:11
334:13,13,18
336:16,19 337:23
340:4 371:7,11,13
371:21,22 372:2
373:3 378:11
417:9,11,13,14,15
**weekly** 76:22 82:18
83:21,24 89:6
**weeks** 37:1,12 38:2
47:5 96:5 100:24
141:2,6 200:22
201:3,5,10 275:16
278:4,7 304:19,19
305:18 317:6
354:17,22 371:14
371:25 374:7
396:12
**week-and-a-half**
314:14 354:17,21
**weird** 83:15 332:9
335:20
**welcome** 125:20
193:8 262:22
**went** 13:6 25:25
48:19 54:14,16
62:21 83:14 94:19
111:17,18 114:16
123:20 172:16,17
204:23 206:15
254:24 263:13
269:17 293:25
301:23 332:10
335:19,24 336:11
337:7,19 338:4

339:8,10,14,16,17
339:20,23 340:5
341:18 353:13
362:6 376:5 398:3
**weren't** 61:4
**west** 2:16 23:12
**western** 1:1 6:6
23:13
**wet** 217:7 256:1
**we'll** 25:11 45:14
101:23 126:6,7
197:18 224:13
246:4,5,16,24
285:6 312:4
366:19 387:10
**White** 220:22 408:4
408:6
**whoever's** 197:1
**willing** 161:5
283:23 284:23
**wing** 188:16
**winter** 56:14 201:8
256:19 274:10
**WISPELWEY** 1:5
**withdraw** 3:12 40:5
257:19,25 259:9
**witness** 3:3 6:24
13:5 26:24 102:19
109:2 126:8 186:7
246:7,12,18,22
253:21 262:14
269:12 283:10
366:18 381:9
420:5,8,9
**Wolverine** 241:14
**woman** 350:23
**wonky** 257:2
**Woodard** 17:21,23
29:20 30:5,17
31:7,20 35:6
36:11 40:12 43:7
46:12 100:13
257:16 258:3
259:6,15,16,22
260:4,11 261:13
**word** 52:14 121:10

282:11 306:24
381:22 383:8
385:3
**worded** 384:4
**words** 170:9
**work** 33:20 50:3,10
50:13,16,18 68:8
75:15,16,17
103:15,18 113:2,8
156:2 256:20
306:4 386:18,21
386:22 389:22
390:1,5,7,10
394:7 398:9,12
407:5,10,15
408:21 409:15
410:15,21,24
411:3,3,21
**worked** 41:20 92:2
185:12 256:22
336:11 337:10
385:9 407:7,8
**Worker** 221:7,12
221:23 240:19
**working** 75:13 94:4
94:8 96:5 98:4,12
111:16 215:4
254:23 257:4,6
366:15 380:5
409:22,24 410:5
410:12 411:5,9,10
411:14 412:9
**works** 273:13
299:18 320:3,6,8
321:15 364:6
**world** 43:18
**wouldn't** 25:16
63:23 66:19 67:21
75:15,16 80:22
83:12,13 157:23
164:21 165:13
184:24 186:9
262:4,8 291:3
344:4 358:10
**wow** 321:13
**write** 62:25 63:8


MAGNA
LEGAL SERVICES

66:23 111:2,7 120:12,14 122:17 279:23 318:1 394:12 399:17,22
**written** 315:6 346:25 348:4
**wrong** 199:13 262:1 291:17 307:8,10 312:9 321:12 341:14 355:20 356:4 357:8 365:5
**wrote** 62:15,16,19 62:20,22 63:1,4 120:18,20 122:10 122:11 199:25 360:7 399:10 402:6,7 404:8 412:3
**Wyatt** 394:22

---
**X**
---
**x** 1:4,12

---
**Y**
---
**yada** 161:2,3,3
**Yards** 2:3
**ybarkai@bsfllp.c...** 2:5
**yeah** 8:5 9:13 11:4 12:16 20:25 24:1 28:23 33:3 34:13 41:18 45:2,4 49:2 50:16 51:21 53:2 53:10,24 57:6 58:20,23 59:5 60:22 62:13 63:5 64:23 65:5 70:15 71:6,23 74:11 82:24 84:13,14 86:21 87:9,15 95:16 99:10,10,19 99:19 100:11,15 100:23 102:11,19 105:9 108:15 122:15 123:5

124:21 126:8,21 127:25 135:14 139:14 140:7,19 150:21 155:4 158:20 159:18 164:2 166:8,8 171:11 173:1,22 176:5,6 178:14,14 179:12 180:20,20 182:22 183:4,4 186:24 189:12 191:18 194:4 197:10 198:12 205:7 206:13,14 207:12,23 210:9 212:3,13 215:9 219:10 224:5,5,12 224:21 229:22 231:6 232:3 234:16 235:11 241:25,25 253:21 253:21 254:1,13 255:22,22 256:19 256:22 258:11 264:3,3 268:22 272:13 276:3 277:23 278:18 279:3,17 285:10 285:16 287:7,19 288:19 294:25,25 297:8 298:25 300:15 301:6 306:17 314:4 318:10 320:2,7,16 326:18 328:6 330:18 338:21 348:23 350:9 354:2,11 358:16 359:20 361:1,19 365:22 367:24 368:24 372:8,13 372:20,21 374:12 376:4 377:20 378:13 380:1 381:1,9 383:19 386:16 389:2

390:22 391:13 392:20 393:9,10 394:4,9,13 397:5 398:7 399:15 401:9,16 402:11 404:22 405:14 408:14 409:3,14 410:9 413:6 414:2 417:10,23
**year** 28:18,20 49:9 49:10 54:15,16 81:23,23,24 91:1 95:25 112:6 155:22 254:18 257:8 299:11 409:24 410:3
**years** 10:18 54:10 54:17 72:4,5 93:9 121:16 126:20 146:4,5 151:10 174:10 181:11 282:15 405:12
**year-and-a** 16:15
**year-and-a-half** 16:17 28:19,21 95:11 151:10 174:10
**Yep** 14:19 63:10 214:13 219:13 226:5,7 248:14
**yesterday** 356:16 356:18 366:16
**York** 2:4,7 56:11 56:11 58:4
**Yotam** 2:4 6:17 7:21
**YouTube** 131:23 132:2 134:19 135:13 184:3,14 184:23 185:16 186:3,21 187:23 187:25 188:1,5

---
**#**
---
**#5269** 391:4 401:1
**#5941** 400:13,16

---
**1**
---
**1** 3:8 6:3 10:22,25 11:1 177:3 205:21 207:8,12 217:9 237:25 238:25 265:3 290:15 302:11 318:7,18 318:25 319:8 325:20,21 326:1 326:12 335:15 338:4,14,15,22 339:11,16,17 340:7,12,22,23 341:7,12,20,22 342:2 343:5 347:17 349:7,15 353:2,9,13,16 367:9,10,11 368:8 368:18,20 372:18 383:5 390:23 392:8
**1.0** 212:21 213:8 240:21
**1:00** 391:11
**1:05** 407:2
**10** 3:8,21 41:8 73:8 202:8,14 207:1,18 208:4,12 212:1 214:4 217:8 226:15 227:16
**10th** 383:20
**10:05** 1:16 6:9
**10:38** 404:6
**100** 2:16,16 20:16 260:18 261:23 262:2 307:11 310:5
**10001** 2:4
**10118** 2:7
**104** 3:15
**11** 3:24 14:18,22 15:17 17:16 76:13 90:19 192:19 203:22 204:1 207:14 211:20

213:20 240:5,8 250:8,12 265:5,8 265:10 274:25 302:2,10 318:9 324:5,10,12,13 325:19 326:3 329:14,15 330:6 330:23 331:1 344:3 347:12,15 348:17,20,25 355:25 356:8,10 356:25 357:1,4 358:15 359:13 360:25 366:12 372:19,21 374:9 374:11
**11/27/2018** 4:13 287:1
**115** 19:5
**117** 18:23 46:25 47:23
**119** 3:17
**12** 4:3 14:13 76:6 104:14 192:12 230:21 231:1 250:13 252:21
**12:00** 321:8
**12:04** 128:19
**12:13** 128:23
**12:24** 363:25
**12:37** 341:8
**12:50** 341:8
**13** 4:6 247:1,5
**14** 4:7 205:5 251:22 326:15 345:9,25
**15** 4:9 246:3,4,5,24 246:25 275:3,7 352:18 353:6,9,19 353:21 354:6
**16** 4:10 283:8,18
**17** 3:9 4:11 54:12 285:25 286:5
**173** 3:19
**18** 4:13 276:2 287:1 287:5 289:11
**18-digit** 234:24



**182** 3:20
**19** 4:14 69:22
   136:21,22 252:5
   276:2 290:6,10

_____
**2**
_____
**2** 3:9 17:25 18:4
   69:15 71:2 136:19
   141:7 159:15
   219:3 238:11
   266:22 293:10
   296:3 297:5,7,18
   303:12 305:17
   311:18 312:5
   313:19 314:14
   318:19 319:9
   321:8 323:24
   325:21 326:1,9
   329:11 345:7
   366:7 369:23
   383:14 392:5
   393:3 420:22
**2.0** 3:17,19 5:10
   119:25 120:9
   173:16 198:10
   240:15 382:18
**2:13** 262:16
**20** 3:10 4:15 137:5
   295:15 298:3
   386:16
**2012** 35:4 113:11
**2013** 35:4
**2014** 34:24
**2015** 34:24 409:23
   409:23 410:5
   411:6,7,8,17
   412:10
**2016** 28:22 35:1
   55:14 56:14 112:9
   112:15 113:22
   114:2 395:14,15
   395:18,22 396:3,8
   396:10,14,17
   397:18 398:11
   404:23 405:7,7
   407:15,18 408:17

408:19,23 409:11
409:12,13,19
410:2,8 411:14,17
411:18
**2017** 10:12 11:16
   11:21 14:13,18,22
   17:16 18:17,18
   20:24 28:25 29:2
   32:14,16,22 55:18
   60:21 72:11
   104:14 112:5,6
   113:19 115:2,3,5
   115:8 179:20
   184:21 212:12
   213:11 215:8
   274:15 359:21
   372:19 383:5
   389:1,2,6,8,20,22
   390:1,1,9,24
   393:16,23 394:6
   395:24,24,25
   396:5,5,7,9,14
   397:8,11,16,18,21
   397:24 398:6,10
   398:11 399:10
   402:4,25 404:6
   406:7,9 407:1,9
   407:10,19 409:21
   412:2,7,19 413:23
   414:1
**2018** 81:20,22
   95:12,13,14,16
   96:4,4,8 148:10
   148:23 151:12,13
   151:14 208:5,10
   215:6 233:13
   235:21 247:11
   249:4 252:5
   253:24 256:10
   260:20 261:4
   266:13,14,15
   272:19 274:10
   275:22,24 359:13
   389:2,3
**2019** 1:16 6:8 69:16
   136:19 205:21

207:8 266:22
275:22,24 293:15
294:7 296:3
297:18 298:24
299:7 306:14
323:24 340:24
347:7,17 348:3
349:7 352:18
353:6 359:14
363:24 364:23
**202** 3:23
**2023** 420:22
**203** 3:24
**21** 4:16 205:2,5
   248:8,13 250:5
   300:6,10 303:21
   303:22 314:12
   326:11,13,15
   346:23 347:7,7
   348:3,8 352:14,22
   359:13
**21st** 314:15
**212** 2:5,8
**22** 4:17 306:8,12
   311:13 333:24
   338:17,18,20
   363:24 399:9
   402:4 407:1 414:1
**22nd** 314:15
**22102** 2:12
**228** 1:16 6:10
**23** 4:18 236:9
   260:19 312:17,21
   327:13
**23rd** 314:15
**230** 4:5
**23220** 2:16
**24** 4:19 255:14
   278:15 290:3
   313:12,16 319:20
   418:6
**246** 4:6
**25** 4:20 208:4
   233:13 313:21,23
   320:17,20 333:18
   333:25 338:2

386:17
**25th** 339:19
**251** 4:8
**26** 4:22 311:17
   320:22 336:21,24
   340:22
**27** 4:24 49:12 342:4
   342:8 343:8
**275** 4:9
**28** 5:3 351:20,23
**283** 4:10
**285** 4:12
**286** 4:13
**29** 5:5 338:14
   339:10,11 362:9
   362:13 363:17
**29th** 339:7,18
**290** 4:14
**295** 4:15

_____
**3**
_____
**3** 3:10 20:5,9,9,20
   141:7 145:5 212:1
   219:25 234:3
   241:19 244:19
   247:25 248:5
   257:15 259:4
   298:17 315:4
   348:3
**3/22/2017** 5:12,13
   5:15,16 398:13
   401:10 406:15
   412:25
**3/26/2018** 4:6 247:1
**3/31/2017** 5:11,14
   390:13 403:24
**3/4/2019** 4:15
   295:15
**3:00** 262:20
**3:17-cv-00072-N...**
   1:4 6:7
**3:30** 364:17
**3:48** 309:10
**3:56** 309:14
**30** 5:6 164:2 199:20
   208:14 289:15

367:1,5
**300** 4:16
**306** 4:17
**31** 5:7 327:10
   376:23 377:3
   390:24 393:16,23
   394:6 404:6 412:2
**312** 4:18
**313** 4:19
**32** 5:9 327:19 334:3
   382:17,22
**320** 4:21
**33** 5:11 333:18,25
   334:12 390:13,17
**335** 212:5
**336** 4:23
**34** 5:12 334:14
   398:13,17
**342** 4:24
**35** 5:13 401:10,14
**350** 2:7
**351** 5:4
**36** 5:14 403:24
   404:2
**362** 5:5
**366** 5:6
**37** 5:15 406:15,23
**376** 5:8
**38** 5:16 412:25
   413:4
**382** 5:10
**390** 5:11
**398** 5:12

_____
**4**
_____
**4** 3:11 40:4,9
   224:20 236:8
   244:24 252:7,9
   255:13 257:13
   258:2 259:15
   372:23 373:1
**4chan** 132:10 135:1
   136:3,6,8,9
**4/19/2018** 4:7
   251:22
**4:54** 366:21


MAGNA
LEGAL SERVICES

**40** 3:12
**400** 404:13
**401** 5:13
**402** 291:5
**403** 5:14
**406** 5:15
**406-2229** 32:6
41:17 72:14 307:2
367:10
**412** 5:16
**434** 368:9
**446-2300** 2:5
**45** 198:7 212:5
**487** 91:20,24

---
**5**

**5** 3:13 69:7 71:1
122:20 136:17
205:2 214:4
225:13 234:2,4
260:10 326:8,11
326:13 333:21
364:22
**5/14/2019** 4:16
300:6
**5:02** 402:4
**5:04** 366:25
**5:12** 375:18
**5:13** 375:23
**5:53** 414:9
**5:59** 414:14
**50** 20:15 22:4
270:10
**50/50** 58:15
**500** 412:24
**5269** 147:3,5
280:15,16
**540** 365:18
**55** 2:3

---
**6**

**6** 3:15 41:4 104:1,5
226:17 363:4
377:13
**6/11** 355:17,20
357:12,13 374:6

**6/11/2017** 3:16
119:24
**6/18** 173:11
**6/21** 313:11 314:6,8
**6/21/2019** 4:18
312:17
**6/25/2019** 4:19,20
313:12 320:17
**6/26/2019** 4:17,20
306:8 320:17
**6:03** 418:23 419:21
**6:37** 390:24
**6:38** 393:16,24
394:1
**60** 20:14 22:4
270:10 322:12
**600** 404:14 412:24
**610** 32:5 41:17 43:3
70:7 72:14 97:19
155:6 189:24
271:17 302:20
307:2 367:10
389:13 395:8
**644-7400** 2:17
**65** 380:5
**69** 3:14

---
**7**

**7** 1:16 3:4,16 6:8
119:24 120:4
227:15 306:14
309:3 372:6,7,21
373:1 380:3
**7/1/2019** 3:24 5:3
203:22 351:20
**7/15/2019** 5:3
351:20
**7/2/2019** 3:13 69:7
**7/25/2019** 4:22
336:21
**7/3/2019** 4:24 342:4
**7/9/2019** 310:10
**703** 2:13
**7110** 2:7
**75** 232:5 267:8
**763-0883** 2:8

---
**8**

**8** 3:18 173:15,20
174:12 177:4
217:8 219:3
228:13 234:14
241:18 298:24
299:7 355:1
**8chan** 132:13 135:3
136:10,11
**8/1/2017** 5:9 382:17
**8/1/2019** 4:22
336:21
**8/10/2017** 3:18
173:15 177:5
**8/6/2019** 5:5 362:9
**8:42** 399:10
**804** 2:17
**8180** 2:11
**821-4232** 2:13

---
**9**

**9** 3:20 10:12 11:20
182:8,12 219:24
224:19
**9/21/18** 359:6
**929** 365:10,15
**95** 85:16 87:3
123:19

