# EXHIBIT 7

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

-----------------------------X
ELIZABETH SINES, et al.,
                                    Case No.
                Plaintiffs,

            v.                      3:17-cv-00072-NKM

JASON KESSLER, et al.,

                Defendants.
-----------------------------X


        REMOTE VIDEOTAPED DEPOSITION

                    OF

    ELLIOT KLINE A/K/A ELI MOSLEY

        Wednesday, August 12, 2020


Reported by:
ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR

JOB NO. 182791

Page 2

August 12, 2020

9:43 a.m.

REMOTE videotaped deposition of ELLIOTT KLINE A/K/A ELI MOSLEY, pursuant to Notice, before Annette Arlequin, a Certified Court Reporter, a Registered Professional Reporter, a Certified Realtime Reporter, and a Realtime Systems Administrator and a Notary Public of the State of New York and New Jersey.

Page 3

**A P P E A R A N C E S - R E M O T E L Y**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
Attorneys for Plaintiffs
   2001 K Street N.W.
   Washington, DC 20006
BY: JESSICA PHILLIPS, ESQ.

    - and -
BOIES SCHILLER FLEXNER
   1401 New York Avenue, N.W.
   Washington, DC 20005
BY: KATHERINE CHENG, ESQ.
    - and -
KAPLAN HECKER & FINK
   350 Fifth Avenue
   New York, New York 10118
BY: MICHAEL BLOCH, ESQ.

Page 4

**A P P E A R A N C E S (Cont'd.)**

KOLENICH LAW FIRM
Attorneys for Defendant Jason Kessler and
 Other Defendants
   9435 Waterstone Boulevard
   Cincinnati, Ohio 45249
BY: JAMES KOLENICH, ESQ.


DUANE HAUCK DAVIS GRAVATT & CAMPBELL
Attorneys for Defendant James Alex Fields, Jr.
   100 West Franklin Street
   Richmond, Virginia 23220
BY: DAVID CAMPBELL, ESQ.


ALSO PRESENT:
   JOHN HYLTON
   KATHLEEN M. BLEE, Expert
   PETER SIMI, Expert
   SHA-LA HOLLIS, Legal Videographer (1)
   DONALD BREUWET, Legal Videographer (2)
      - o0o -

Page 5

E. Kline

MS. PHILLIPS: Hi, this is Jessica Phillips from Paul, Weiss, Rifkind, Wharton & Garrison, LLP, representing the plaintiffs in Sines versus Kessler.

MR. BLOCH: This is Michael Bloch from Kaplan Hecker & Fink, also representing the plaintiffs.

MS. CHENG: This is Katherine Cheng from Boies Schiller Flexner, also representing the plaintiffs.

MR. KOLENICH: This is Jim Kolenich, Cincinnati, Ohio, representing Jason Kessler and several other defendants.

MR. CAMPBELL: This is Dave Campbell on behalf of defendant James Fields in Richmond, Virginia.

THE WITNESS: Eli Kline.

  *      *      *

E L L I O T  K L I N E, called as a witness, having been duly sworn remotely by a Notary Public, was examined and testified as follows:

Page 6

E. Kline

THE WITNESS: I do.

THE REPORTER: State your full name, please.

THE WITNESS: Elliot Kline.

EXAMINATION BY

MS. PHILLIPS:

Q. Mr. Kline, I want to talk to you about your appearance today.

Are you dialing in on the number 484-650-2445?

A. One second. Let me just check the phone number.

Yeah, that's my number.

Q. Whose phone are you using today?

A. I'm using a TracFone that I got.

Q. What is a TracFone?

A. It's like a prepaid minutes phone that you can get at Walmart or Kmart or something like that.

Q. And do you have the ability to appear at this deposition through video?

A. No, I do not.

Q. Why not?

A. The phone that I would have

Page 7

E. Kline

otherwise used is the one that I gave you guys, the $1,100 phone, or whatever it was, and I still haven't gotten word of what's going on with that phone or if I got it back or anything like that. So the only phone I can afford is kind of a crappy phone, crappy TracFone, or whatever, right now. And the camera port is only like a picture camera. It doesn't do video.

Q. What about the phone that you submitted -- that you used during the planning of Unite the Right that you submitted to the third-party discovery vendor and they sent back to you, which was also an iPhone?

A. So I activated the new phone right before that -- like right before I sent it in to you guys, and they would not let me switch back to my old -- that old phone, that old iPhone from the one that you guys have or the one that you guys had already.

Q. Who is "they"?

A. AT&T wouldn't let me switch back.

Page 8

E. Kline

Q. AT&T wouldn't let you switch your coverage from a new phone to old phone? That is your testimony?

A. It had something to do with the family plan that the original phone was on. And under the different plan the new phone was on, it wouldn't let me switch backwards. So I just basically dropped off that plan and I'm using the prepaid TracFone.

Q. Okay.

MS. PHILLIPS: Katie, I'd like to show Mr. Kline the May 5th email that I sent him.

Can you pull that up?

BY MS. PHILLIPS:

Q. Mr. Kline, can you -- oh, give it a minute.

Mr. Kline, can you see the email that's up through shared screen on the Zoom?

A. I can, yes.

Q. Okay. Do you see that this is an email from me, Jessica Phillips, to all

Page 9

E. Kline

three of your email addresses?

A. Yes.

Q. And do you see that this was sent on May 5th, 2020?

A. Yes.

Q. Okay. And do you see what I wrote to you is, "I am writing to inquire about your availability in June 2020 to sit for your deposition in Sines versus Kessler. As you know, the trial begins on October 26th, 2020, and party depositions must be complete by July 17th, 2020.

"Because of the pandemic, we will be taking depositions via video. Accordingly, in addition to informing me of your available dates to sit for a deposition, please also confirm whether you have access to a computer with a camera, a cellphone, and an Internet connection.

"If you have any questions, I can be reached at the number and my signature below."

Do you see that?

A. Yes.

Page 10

E. Kline

Q. May of 2020, I informed you that for your deposition, you needed access to a computer with a camera, a cellphone, and Internet connection, correct?

A. You sent me that email, yes.

Q. Okay. And I sent it to all three of your email addresses, correct?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, you can pull that down.

Let's pull up the deposition notice, please, for Mr. Kline.

(Plaintiffs' Exhibit 1, Email dated 5/5/2020 from Phillips to Mosley and others, not Bates-stamped, marked for identification, as of this date.)

MS. PHILLIPS: We will mark that first exhibit as Exhibit 1 to Mr. Kline's deposition.

Katie, if you can mark that when you have a moment, that would be great. Thank you.

(Plaintiffs' Exhibit 2,

Page 11

E. Kline

Plaintiffs' Deposition Notice of Defendant Elliott Kline a/k/a Eli Mosley, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. All right. Mr. Kline, we'll be marking this as Exhibit 2 to your deposition.

Do you see that this is plaintiff's Notice of Deposition of defendant Elliott Kline, a/k/a Eli Mosley?

A. Yes.

MS. PHILLIPS: Katie, can you scroll down? Thank you.

BY MS. PHILLIPS:

Q. This deposition notice says, "Please take notice that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of defendant Elliott Kline, a/k/a Eli Mosley, at 9:30 Eastern time on August 12th, 2020, and continuing from day to day until

Page 12

E. Kline

completed. The deposition will take place before a notary public or other person authorized by law to administer oaths. The deposition will take place via video conference, as agreed upon by the parties, or at such other location date method and time as may be mutually agreed upon by the parties."

Do you see that?

A. Yes.

Q. Okay. And do you also see that, after the portion I just read, "The deposition will be recorded by stenographic means and may be recorded by video means and through the instant visual display of the testimony"?

Do you see that?

A. Yes. But I didn't realize that meant that I had to be personally on video --

Q. Okay.

A. -- until I got on here and you said that then -- that is the first time I realized that.

Page 13

E. Kline

Q. Well, do you have an understanding what video conference means as opposed to teleconference, Mr. Kline?

A. I mean, it says it on here "...and may be recorded by video means through instant visual of the testimony." I just thought you guys would be sharing things on video, not that I would have to appear.

Q. Okay. Well, did you get my May 5th email where I told you that you needed to have a computer with a camera?

A. No, I don't remember seeing that. It's really hard for me to keep up with emails when I don't have my original cellphone or my cellphone.

MS. PHILLIPS: Katie, I would like to take this down and see the court order on our motion to compel when Mr. Kline failed to appear at his July 20th, 2020, deposition.

(Plaintiff's Exhibit 3, Fourth Discovery Order for Defendant Elliott Kline, marked for identification, as of

Page 14

E. Kline

this date.)

BY MS. PHILLIPS:

Q. Mr. Kline, you are aware we originally scheduled your deposition for July 2nd, 2020, correct?

A. I mean, I'm aware of it now, but at the time, I was not.

Q. And you failed to appear, correct?

A. Yes.

Q. And we filed a motion to compel your presence at this deposition, correct?

A. Yes.

Q. And the court granted that. And the court issued this order here.

MS. PHILLIPS: Katie, can you scroll down to where the court requires him to appear for his video deposition?

Thank you for the highlighting.

I appreciate it.

BY MS. PHILLIPS:

Q. Mr. Kline, can you see where the highlighting language is?

"Defendant Elliott Kline, a/k/a

Page 15

E. Kline

Eli Mosley, hereby ordered to appear by video conference for a deposition upon oral examination by plaintiff's counsel in this matter at 9:30 a.m. Eastern time on Wednesday, August 12th, 2020."

Do you see that?

A. Yes. Again, though, like I said, it says here "oral examination," so I thought that I just have to appear on voice and the video part of the video conference was just going to be for sharing screens for evidence and things like that. I didn't realize that I had to be on video.

Q. Well, Mr. Kline, you are required to be on video. The court has ordered you to be on video. I gave you notice as of May that you were going to be on video. I asked you to get in touch with me if that was going to be a problem and you didn't, correct? You never got in touch with me?

A. I didn't see that email at the time. The first time I saw the email --

Q. Okay. My question was, did you ever get in touch with me in response to

Page 16

E. Kline

that email?

A. No.

Q. Okay. So here is what I would like to do. I'm going to give you an hour. I would like to give you an hour. Please see what you can do by way of finding a computer with a camera so that you can appear by video as you are required to do in this order by the court and we can reconvene at that point.

A. Okay.

MS. PHILLIPS: I'd like to go off the record, please.

(Discussion off the record.)

THE VIDEOGRAPHER: Good morning. My name is Sha-la Hollis, and I am a legal videographer in association with TSG Reporting, Inc.

Due to the severity of the COVID-19 and following the practice of social distancing, I will not be in the same room as the witness. Instead, I will record this videotaped deposition remotely.

Page 17

E. Kline

The court reporter, Annette Arlequin, will not be in the same room and will swear the witness remotely.

Do all parties stipulate to the validity and video recording and swearing and that it will be admissible in the courtroom will following Rule 30 of the Federal Rules of Civil Procedures and the state's rules where the case is pending?

MS. PHILLIPS: Yes. This is Jessica Phillips on behalf of the plaintiffs, and of the plaintiffs stipulate. Thank you.

MR. CAMPBELL: This is Dave Campbell for defendant Fields, and I so stipulate. Thank you.

THE VIDEOGRAPHER: All right. Stand by.

This is the start of media labeled number 1 of the video-recorded deposition of Mr. Elliott Kline in the matter of Elizabeth Sines, et al., plaintiff, versus Jason Kessler, et

Page 18

E. Kline

al., defendants, in the United States District Court for the Western District of Virginia, Case No. 3:17-CV-00072-NKM.

Today's date is August the 12th, 2020, and the time is 10:43 a.m.

My name is Sha-la Hollis, and I am the legal video specialist from TSG Reporting, Inc.

The court reporter is Annette Arlequin, also in association with TSG Reporting, Inc.

All appearances have been noted for the record.

Will the court reporter please swear in the witness.

*        *        *

E L L I O T   K L I N E,  called as a witness, having been duly re-sworn by a Notary Public, remotely, was examined and testified as follows:

THE WITNESS:  I do.

EXAMINATION BY
MS. PHILLIPS:

Q.  Mr. Kline, I know that you have

Page 19

E. Kline

been deposed before in this case, but I want to start by going over some ground rules with you, particularly since this deposition is taking place virtually and not in person.

As you are aware, there is a court reporter transcribing everything that's being said.  So please speak slowly and clearly so that the court reporter can record everything that we both say.

Do you understand that?

A.  Yes.

Q.  Okay.  Please wait until I finish my questions before you begin answering them, again for the clarity of the court reporter who is transcribing everything we say today.

Do you understand that?

A.  Yes.

Q.  It's important to give verbal responses so that the court reporter can record those.

Do you understand?

A.  Yes.

Page 20

E. Kline

Q.  Great.

If I ask you a question that you don't understand, please let me know.  Just ask me to rephrase it and I'd be happy to do that.

If you don't ask me to rephrase a question, I will assume that you've understood it.

Is that okay?

A.  Yes.

Q.  Okay.  There may be objections from counsel on the phone.  Those objections are for the record.  You are obligated to answer my questions regardless of the objections.

Do you understand that?

A.  Yes.

Q.  If at any time you want a break, just let me know.  The only thing I will ask is that if I have a question pending to you, you answer that question and then we can take a break.

Is that fair?

A.  Yes.

Page 21

E. Kline

Q.  And do you understand that you were sworn to tell the truth today at this deposition?

A.  Yes.

Q.  Are you under the influence of any medication or drugs, including alcohol or prescription medicine, that would impair your ability to testify truthfully and accurately today?

A.  No.

Q.  Is there any other reason that you can think of that would impair your ability to testify truthfully today?

A.  No.

Q.  And did you hear the stipulation that the court reporter read at the beginning of your testimony just now?

A.  Yes.

Q.  And I want to make sure that you also stipulate to that.

A.  I do, yes.

Q.  Okay.  Great.

What did you do to prepare for your deposition today?

Page 22

E. Kline

A. Well, I had to go recharge that phone, the TracFone --

Q. Okay.

A. -- to originally get on the email to see what it was. The original deposition I thought was later that it ended up being. And so for this deposition, I basically got on the cellphone ready to go and everything like that.

I didn't know that I had to be on video, like I said earlier. I thought that the -- I thought it said it was a video conference call just so you can share a screen. And then it said to join audio, so I thought it was audio for myself. But now that I'm on video, I -- I'm borrowing a family member's camera to do this.

Q. Okay. And it's your father's tablet, correct?

A. Yes.

Q. Okay. Did you meet with counsel before your deposition today?

A. No.

Page 23

E. Kline

Q. Okay. Did you review any documents before your deposition today?

A. No.

Q. Have you spoken with anyone in preparation for your deposition today?

A. No.

Q. Have you spoken to any of the other defendants in this case about your deposition?

A. No.

Q. Have you spoken to any of the defendants, any of the other defendants in this case about their depositions that have been taken in this lawsuit, Sines versus Kessler?

A. No.

Q. Where are you currently living, Mr. Kline?

A. I'm currently staying with my family, my parents in Pennsylvania.

Q. And for how long have you been there?

A. Off and on but -- off and on for a while now, but since the whole COVID

Page 24

E. Kline

thing, basically the whole time. So I don't know, whenever this started. So five months ago, whenever it started.

Q. So would it be fair to say that from the middle of March of 2020 through to the present, you've been staying consistently at your parents'?

A. About that, yeah, about that.

Q. Okay. And where had you been living prior to the pandemic happening?

A. Nowhere. I was traveling, staying in hotel rooms.

Q. Okay. You lived in Greenville, South Carolina, at some point in 2017, correct?

A. I was staying with somebody. I wasn't living there. Like, I didn't pay rent or anything like that.

Q. All right. Let me see if I can understand that better.

You lived -- you lived in Greenville, South Carolina, at someone else's house; is that correct?

A. For like two weeks. I mean, like

Page 25

E. Kline

it wasn't going to be long enough to say -- like residence or living there. I was only there two or three weeks.

Q. Okay. So who were you living with in Greenville, South Carolina?

A. My girlfriend at the time.

Q. And is that Sam Frolich?

A. Yes.

Q. Okay. And your testimony is you only lived with her for two weeks?

A. It was like two, maybe three weeks. Maybe a month, but I don't think it was.

Q. Okay. And when do you think that -- when do you think that happened?

A. I don't know what dates exactly. It would have been the summer -- it would have been maybe two months before Unite the Right, maybe. Maybe June, somewhere around there, I think.

Q. So you lived with her in Greenville, South Carolina, from June 2017 until Unite the Right; is that correct?

A. No. Only for like that -- like a

Page 26

E. Kline

three-week period in June or four-week period in June, or something like that.

Q. And then did you move together to Leesburg, Virginia?

A. Yes.

Q. Okay. And do you have a recollection of where you -- I'm sorry, of when you moved to Leesburg, Virginia?

A. It was shortly after Unite the Right. Two weeks after or something like that. Like a week or two after Unite the Right.

Q. Okay. And where did you live between Greenville, South Carolina, and Leesburg, Virginia?

A. I was staying with friends at the -- like, I would just stay with someone that was a friend at the time.

Q. Who? Who were you staying with?

A. Like Richard Spencer a couple times. I would stay at his place for a while. I don't know -- I don't remember exactly who. I was staying with people that I knew between then, or whatever,

Page 27

E. Kline

people I knew from the Alt-Right and things like that. I don't even remember who -- exactly who I would have stayed with, or whatever. I was kind of moving around at the time.

Q. Okay. And you were dating Ms. Frolich throughout the summer of 2017 through until about Thanksgiving of 2017; is that correct?

A. I don't know when exactly that was done, but, yes, when it began, it was about -- the beginning is correct, about the summer of 2017. But I'm not sure exactly what the end date of that was.

Q. Okay. But it was after Unite the Right, correct?

A. Yes.

Q. And am I correct that you moved in with Ms. Frolich at her residence in Greenville, South Carolina, after you were doxxed, correct?

A. Correct. But, again, I didn't move in with her. Like, I didn't have all my things with me or anything like that. I

Page 28

E. Kline

just had, like, clothes or whatever I could carry, or whatever, and stuff like that. I didn't stay there that long. But, yes.

Q. Okay. Are you currently employed, Mr. Kline?

A. No.

Q. Do you have any source of income?

A. No.

Q. Are you still doing odd jobs off of Craig's List?

A. Not since the COVID-19 situation as well.

Q. Okay. Mr. Kline, I want to discuss your political views.

How do you define a white supremacist?

A. I define a white supremacist as somebody who is a, you know, white person who wants to rule over non-whites and suppress them or, I don't know, someone who wants to rule over or, you know, kind of wants to roll back the clock to, like, slavery-type thing is what -- to me, a white supremacist is someone who wants the

Page 29

E. Kline

to roll back the clock to slavery or to rule over other people.

Q. And how would you define a white nationalist?

A. I would define a white nationalist as somebody who believes that white people have a right to countries that they control immigration laws, and, you know, they have sovereignty over -- specifically that white people have sovereignty over their own countries or own country.

Q. Okay. Do you consider yourself to be a white supremacist?

A. No.

Q. Have you ever considered yourself to be a white supremacist?

A. No.

Q. So in 2017, you did not consider yourself to be a white supremacist?

A. No.

Q. Do you consider yourself to be a white nationalist?

A. Just to clarify, I don't follow

Page 30

E. Kline

these political views at all anymore. So do I right now? No.

Q. Okay.

A. Did I (inaudible) a white nationalist, yes.

Q. Okay. Let me be clear, then. In 2017, did you consider yourself to be a white nationalist?

A. Yes.

Q. In 2017, how would you describe your views with respect to Jewish people?

A. I believe that they were different than white people in that they were some -- they were different than white people in that, like, that they were not part of the, what I previously said, which is, you know, protecting white sovereignty, I guess you'd say. So it's a separate group than us, a separate group of white people than white people.

Q. Is it fair to say that you hated Jews in 2017?

A. No.

MS. PHILLIPS: Katie, I'd like

Page 31

E. Kline

you to pull up Tab 2, please.

BY MS. PHILLIPS:

Q. Mr. Kline, we'll be marking this as Exhibit 4.

(Plaintiffs' Exhibit 4, Discord post with handle Eli Mosley#5269, marked for identification, as of this date.)

A. Okay. Just so you know, when you guys grab these exhibits, it's really small for me, so I'm going to have to, like, take a second to zoom in, or whatever.

Q. No problem. Please do that. And we can also try to help on our end.

MS. PHILLIPS: Katie, if you can zoom in a bit.

BY MS. PHILLIPS:

Q. Mr. Kline, do you recognize this as a Discord post by you with the handle Eli Mosley#5269?

A. Yes.

Q. Okay. And you previously testified that you, during the operative period in this lawsuit, particularly in

Page 32

E. Kline

2017, you went by the alternate name Eli Mosley, correct?

A. Correct.

Q. And that was after the British fascist Oswald Mosley, correct?

A. Yes.

Q. And do you understand that this is -- actually, I think this is a direct message, excuse me, between yourself and someone with the handle Kurt#8752. And the post is from August 11th, 2017. Do you see that?

A. Yes.

Q. And you say, "I hate Jews." Do you see that?

A. Yes, I see that.

Q. Okay. Does this refresh your recollection that in fact in 2017, it would be fair to say that you hate Jews?

A. I would say that this is -- I'm not sure what the context of this was. It's just a single message. I would be interested to see what the context of it would be. But it's a good chance that a

Page 33

E. Kline

lot of things we said in the Alt-Right, specifically on Discord, was tongue in cheek joke kind of thing. So I don't know the context of me saying this, what it is. However, I know, you know, what my true feelings, or whatever, were or how I, you know, felt about the situation. And like I said, to me, they were just a different group of people that were not the same as white people, and that, you know, my views were being pro-white. That's all.

Q. Okay. What is the JQ? Have you heard of the JQ?

A. It refers to something called the Jewish Question.

Q. And what is the Jewish Question?

A. It's pretty broadly defined, I would say, so there's a lot of different definitions. But for me, my definition would be it -- the Jewish Question would be, you know, are Jews white Europeans. And to me, my answer is no. Or was no, sorry, to clarify, was no.

Page 34

E. Kline

Q. Okay.

A. But other people have different views of that term, I guess.

Q. Okay. And what does Jew-Wise mean?

A. That's another one that's kind of per person. To me, it just means somebody that understands that Jews are not the same group as white people.

Again, all is this in past tense, though. I don't know if -- I keep -- like, I don't -- again, just to clarify, I don't follow these views or participate in any of these political -- anything political or anything like that anymore. So these are all views that I previously had. So I'm trying to use the past tense to describe it. But, yes, so that's the way I would describe, describe Jew-Wise, or whatever that term would be, as somebody who understands that they're not white.

Q. Did you -- in 2017, did you believe that Jewish people were threatening to white people?

Page 35

E. Kline

A. I'm not sure. Threatening in terms of a direct, like, physical threat or like -- no, nothing like that.

But as far as like politically, just as far as political adversaries go, yes. The Republicans are threatening to the Democrats, you know what I mean, that kind of thing. Like just an adversarial, an adversarial, you know, group, or whatever.

Q. Okay. Mr. Kline, what is the Holocaust?

A. It's the systematic murder of Jews, homosexuals, and others from -- during World War II by German Nazi Party.

Q. Do you believe that the Holocaust happened?

A. I do now. At the time, I was, what I would say, questioning. So not that I would deny -- I don't -- I would never have said I was a denier or anything like that, but the -- at the time, I did question what the -- like the mainstream-taught narrative compared to

Page 36

E. Kline

what I was looking into.

Q. Okay. And you're talking about in 2017, you -- strike that.

In 2017, is it fair to say that you were a Holocaust doubter?

A. Yeah, I mean, not doubter. I mean, just critical, I was critical, I was a critical thinker of it, you know what I mean? I wasn't somebody who just accepted the mainstream kind of narrative of it and kind of looked into it. But like I said, saying I was a denier or anything like that, that's not really accurate in terms of my views. Like, I never, I never -- at any point did I -- I never say or I never thought, like, no one was ever killed or anything like that. I just was -- I kind of got into the, you know, numbers and things like that and, like, the very specifics of, you know, local areas, or whatever, for it.

Q. Okay. So when you say you got into the numbers, you are talking about you, in 2017, you questioned the number of

Page 37

E. Kline

people who died during the Holocaust; is that accurate?

A. Yes.

Q. What does the term "Judenjger" mean?

A. Oh, that is -- well, I believe that comes from a movie, is where it originated from, where we had got it, or whatever. But it was basically a term that was used to describe somebody who was able to -- like when the group had someone infiltrating who was Jewish, they were able to find out if that person was or was not Jewish. So it was just someone that was able to identify someone who was trying to infiltrate the group who was Jewish or not.

Q. Mr. Kline, doesn't the word "Judenjger" --

MS. PHILLIPS: And for the court reporter, that's J-u-d-e-n-j-a-g-e-r-s.

BY MS. PHILLIPS:

Q. -- doesn't that mean Jew hunter?

A. Oh, yes.

Q. And you've described yourself as

Page 38

E. Kline

a Judenjger, correct?

A. Like I said, it's mostly a joking term. But the term referred to -- at the time, it was a very tongue in cheek term. However, the term was used to describe somebody who was able to remove people from the group that weren't supposed to be there.

MS. PHILLIPS: I want to go show Tab 4, Katie, please.

(Plaintiffs' Exhibit 5, Discord post in the NiggKike Bar Mitzvah server, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This will be marked as Exhibit 5 to the deposition, Mr. Kline.

Do you see that this is a Discord post in the NiggKike Bar Mitzvah server, the General channel.

Do you see that?

A. Yes.

Q. And this is a post by you on May 29th, 2017.

Page 39

E. Kline

Do you see that?

A. Yes.

Q. And you say, "Be Norah."

Do you see that?

A. Yes.

Q. And Norah is in reference to Norah Fox, which was the handle of Samantha Frolich, your ex-girlfriend, your girlfriend at the time, correct?

A. Yes.

Q. The next line says, "Take Eli to hometown. Tell him he can't troll or reveal power level. Doesn't tell him that the entire town is full of kikes. Judenjger's head explodes."

Do you see that?

A. Yes.

Q. So in this context "Judenjger's head explodes," you're not referring at all to some Jew infiltrating the Alt-Right, are you?

A. In this context, no. I'm just referring to myself. A lot of people called me that specifically because I was

Page 40

E. Kline

able to do that. So I was just referring to myself in that last line there.

MS. PHILLIPS: Katie, we can take this down. Let's please put up Tab 7.

THE VIDEOGRAPHER: Counselor, excuse me. Can we go off the record just for a minute? For some reason every time they put up an exhibit, it's switching around the screen, and I've never seen that before.

MS. PHILLIPS: Okay. Yeah, all right. We'll go off the record. Thank you.

THE VIDEOGRAPHER: The time is 11:06 a.m., and we are off the record.

(Recess is taken.)

(Donald Breuwet replacing Sha-la Hollis as videographer due to technical issues.)

THE VIDEOGRAPHER: The time is 12:05. We are on the record.

BY MS. PHILLIPS:

Q. Mr. Kline, do you understand that you are still under oath?

Page 41

E. Kline

A. Yes.

Q. Okay. Great.

And you were testifying before the break about a Discord post in which you referred to yourself as the Judenjger, correct?

A. Yes.

Q. Okay. And I believe you testified that a lot of people called you the Judenjger, correct?

A. Yes.

Q. Okay. Who were those people who called you the Judenjger?

A. Just people that were in those Discords, those various Discords.

Q. Well, who specifically?

THE VIDEOGRAPHER: Can you hold on a second. We have to start this over, I'm sorry.

MS. PHILLIPS: All right. Let's go off the record then.

THE VIDEOGRAPHER: The time is 12:06. We are off the record.

(Off the record.)

Page 42

E. Kline

THE VIDEOGRAPHER: The time is 12:06. We are on the record.

BY MS. PHILLIPS:

Q. Okay. Mr. Kline, you understand that you are still under oath, correct?

A. Yes.

Q. Okay. And as I said, we were looking at a document, a Discord post in which you referred to yourself as the Judenjger, correct?

A. Yes.

Q. Okay. And again, Judenjger is the Jew hunter, correct?

A. Yes.

Q. Okay. And I was asking you about who specifically called you the Judenjger.

A. Yes.

Q. Okay. And who? Can you name anyone specifically who called you the Judenjger?

A. I can't name anyone specifically. I just know that was a common name in Discord.

Q. A common name for you in Discord?

Page 43

E. Kline

A. Yes, in Discord. Well, for me. Other people went by that same name, but --

Q. Okay. And did Mr. Spencer ever call you the Judenjger?

A. I don't believe so.

Q. Did Mr. Damigo ever call you the Judenjger?

A. I don't believe so.

Q. Did Mr. Heimbach ever call you the Judenjger?

A. No.

Q. Did any of the other defendants call you the Judenjger?

A. Not that I'm aware of.

Q. Okay. And do you know -- you said other people also were called the Judenjger, correct?

A. I mean, saying "the" in front of it, it was like a name that other people went by, yeah.

Q. Okay.

A. It was like, it wasn't like a nickname just for me.

Q. Who else went by the name

Page 44

E. Kline

Judenjger, then?

A. Other people in Discord. I'm not sure specifically who now. I just know other people in Discord.

Q. Okay.

MS. PHILLIPS: Katie, I'd like to show Mr. Kline Tab 7, please.

(Plaintiffs' Exhibit 6, Discord post in the Alt-Right server, marked for identification, as of this date.)

MS. PHILLIPS: And this will be Exhibit 6 to the deposition.

BY MS. PHILLIPS:

Q. Do you recognize this, Mr. Kline, as a Discord post in the Alt-Right server, the General channel, by you on June 2nd, 2017? Do you see that?

A. Yes.

Q. And you say, "Um, I'm literally the Judenjger."

Do you see that?

A. Yes.

Q. And you posted this, correct?

A. I believe so, yes.

Page 45

E. Kline

MS. PHILLIPS: Katie, I'd like to show Tab 8 now, please.

And this will be marked as Exhibit 7 to the deposition.

(Plaintiffs' Exhibit 7, Direct Messages between Kline and Wyatt#1030, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. These are direct messages between yourself and somebody going by the handle Wyatt#1030.

Do you see that?

A. Yes.

Q. Who is Wyatt?

A. What was the question?

Q. Who is Wyatt?

A. Somebody that I spoke with on Discord.

Q. Do you know that person is in real life?

A. No.

Q. You don't know the name of that individual?

Page 46

E. Kline

A. No.

Q. Okay. But they're an IE member, correct?

A. No. They never were an IE.

Q. How do you know they weren't an IE if you don't know who they are?

A. Well, I just know that it was someone I talked to on Discord, and I remember that that was not someone that was in IE.

Q. Again, how do you know if that person wasn't in IE if you don't know who Wyatt was?

A. Because to be an IE, you have to show your face and meet people in person. I just know that that's somebody we never saw who they were.

Q. Okay. So you are telling me you met in person every single member of IE?

A. No, but I know somebody who would have, right? So if from -- if you're from, like, Washington, right, I know someone from Washington had have seen you before. And I just remember this person

Page 47

E. Kline

specifically is someone no one has ever seen, right, so I know he wasn't -- I just know this person was in Identity Evropa.

Q. Okay. But I'm asking, did you have cause to ask people in Identity Evropa if Wyatt was a member?

A. No. I mean I -- no.

Q. Okay. Do you see -- do you see, excuse me, the very top post or message you say, "I am God."

Do you see that?

A. Yes.

Q. Okay. And then you say, three posts down, "No one should ever fuck with Eli."

And then four posts down, you say "I'm the Judenjger."

Do you see that?

A. Yes.

Q. You say "the woodchipper" and then "the Alpha."

Do you see that?

A. Yes.

Q. And you sent those direct

Page 48

E. Kline

messages to Wyatt, correct?

A. Yes.

MS. PHILLIPS: Katie, you can take that down. Thanks.

I'd like to put up Tab 10, please.

(Plaintiffs' Exhibit 8, Discord post in the NiggKike Bar Mitzvah server, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Do you recognize this as a Discord post that you made in the NiggKike Bar Mitzvah server, the General channel?

A. Yes.

Q. And this was an April 4, 2017, post.

Do you see that?

A. Yes.

Q. And this is a picture of Herman Goring, isn't it?

A. Yes.

Q. And you say, or the posts says, "Eli Mosley will decide who is a Jew,"

Page 49

E. Kline

correct?

A. Yes.

Q. And do you understand that Herman Goring is one of the most powerful -- was one of the most powerful figures in Nazi Germany?

A. Yes.

Q. And do you have an understanding that Herman Goring was convicted of war crimes?

A. Yes.

Q. Okay. And here, this is a post where you were comparing yourself to Mr. Goring, correct?

A. I don't remember this exact post, but I believe -- I don't remember 100 percent, but I believe this is one that was something someone sent to me. But, yes it's --

Q. But you posted it, correct?

A. Yes.

Q. Even if someone else sent it to you, you posted it. Yes?

A. Correct.

Page 50

E. Kline

Q. Okay. And so you were comparing yourself to one of the most powerful figures in Nazi Germany and a war criminal, correct?

A. I wasn't comparing myself. This is something that was sent to me, like I said.

Q. Yes, I understand that. But you posted it, right? So you owned this message by posting it out in the General channel of the NiggKike Bar Mitzvah server, correct?

A. Yeah. I don't know the context of this post is --

Q. Okay.

A. -- so --

Q. But you did post it, correct?

A. Yes.

Q. Okay. Now you --

MS. PHILLIPS: Katie, you can take that down. Thank you.

And that was Exhibit 8 for the record.

BY MS. PHILLIPS:

Page 51

E. Kline

Q. Mr. Kline, you've talked about gassing the kikes, correct?

A. I joked about that, yes.

Q. Okay. What's funny about gassing the kikes?

A. I mean, I don't know how to explain humor or the humor that was going at the time, but everything like that is a -- anything like that that I had said was all joking. You know, humor is kind of a complicated subject, I guess.

Q. Humor is a complicated subject?

A. Like, you know, what people find funny or what kind of humor, like, yeah.

Q. Okay. Well, what do you find funny about gassing the kikes?

A. Well, I don't find that funny, that kind of stuff anymore. But at the time, I thought it was a joke.

Q. I understand, but I'm asking you at the time in 2017, when you did find it funny, what about it was funny?

A. I'm not sure I can really -- I don't know how to explain it. It was just

Page 52

E. Kline

a joke. It was jokes --

Q. How do you use the phrase "ovening"?

A. I'm not sure.

Q. You don't recall ever using the phrase "ovening"?

A. No, I'm not sure if I did or did not.

Q. Okay. Do you understand that phrase to be a reference to sending Jewish people into ovens to burn?

A. I understand that's a joke, like the last one.

Q. Okay. Talking about ovening someone is also a joke?

A. Yeah. Dark humor is a thing, yeah.

Q. Okay. Have you ever used the phrase "up against the wall"?

A. I'm not sure.

Q. It's possible you've used the phrase "up against the wall"?

A. Yes.

Q. Do you know what the phrase "up

Page 53

E. Kline

against the wall" means?

A. No.

Q. But it's possible you've used it?

A. Yes, it's possible. But I'm not sure exactly what the context of that is.

Q. Are you familiar with the practice of book burnings?

A. Yes.

Q. Okay. Do you understand that it's a practice that was engaged in by Nazi German soldiers with respect to burning Jewish literature?

A. Yes. But I mean, book burnings have happened before from other things like that, yeah.

Q. Well, in fact, you participated in book burnings, correct?

A. Yes.

Q. And you have burned books by Jewish authors, correct?

A. Yeah, I'm not sure exactly what the details of it were. I just know again it was lighthearted jokes with friends, kind of thing.

Page 54

E. Kline

Q. Okay. So let me be clear. Gathering together with your friends and burning books by Jewish authors was a lighthearted joke with friends?

A. It wasn't like a political thing that we did out in public or anything like that. So, yeah, it was just, you know, kind of a joking thing, yes.

Q. What is the phrase "ZOG," Z-O-G?

A. I don't remember what it stands for, but I remember what the general idea of it is.

Q. What's the general idea of it?

A. The idea that western governments are controlled by Israel.

Q. Okay. Does it refresh your recollection if I tell you that ZOG stands for Zionist Occupation Government?

A. Okay, yeah, that makes sense.

Q. Okay. And did you ever use the word "ZOG"?

A. Yes.

Q. How would you describe your views in 2017 with regard to African-Americans?

Page 55

E. Kline

A. I mean, sympathy for -- I would say sympathy -- it's kind of complicated because in 2017, you know. I didn't hate black people or anything like that. In 2017, I -- it's complicated to really kind of explain it. But the best way I can explain it is I felt like they were given the short end of the stick. However, with that being said, it doesn't mean that, you know, I believe that white people should be punished for as well as future generation of white people should be punished for it, is I guess the way I would describe how I felt in general.

Q. Okay. Have you ever used the "N" word? And I'll spell it for the record. N-i-g-g-e-r.

A. Yes.

Q. Have you ever talked about killing Muslims?

A. As a joke, I believe, yes.

Q. Have you ever used the term "spic," s-p-i-c?

A. The joking term, yes.

Page 56

E. Kline

Q. And your testimony is, your use of the word "spic," s-p-i-c, is a joke?

A. Yes.

MS. PHILLIPS: Katie, let's play Tab 14. I want to see if we can tee it up to the 3 minute, 6 second mark, please.

(Audio playing at this time.)

Q. Mr. Kline, did you recognize your voice on that audio recording?

A. Yup.

Q. Okay. And do you recognize that that audio recording is from something called the War Room and it was --

A. Yes.

Q. -- recorded --

I'm sorry, the answer is "yes"?

A. Yes.

Q. And it was recorded on March 20th, 2017, correct?

A. Yes.

Q. And you said that you "worked in HR firing spics and niggers all day," correct?

Page 57

E. Kline

A. Yes.

Q. And before that, you were in the Army and you got to "kill Muslims for fun," correct?

A. Yes.

Q. And you said, "I'm not sure which one was better, watching niggers and spics cry because they can't feed their little mud children or watching Muslim brains spray on the wall," correct?

A. Yeah. So the --

Q. And then -- no, no. I'm sorry. You answered my question.

My next question is, "Honestly both probably suck compared to listening to a kikes scream while in the oven," correct? You said that?

A. That whole thing --

Q. Mr. Kline, that's a "yes" or "no" answer.

Did you say that?

A. It's not a "yes" or "no." This is me --

Q. Did you say, "Honestly both

Page 58

E. Kline

probably suck compared to listening to a kikes scream while in the oven."

Did you say that?

A. This is me reading somebody else's post online, if you listened. So what you're watching right now is from a video The New York Times did. However, on the actual podcast, they took it out of context. I'm reading specifically a post someone made to somebody else on social media. And that's the origin of that. So that is not -- that's me -- I'm literally reading in that. And you can hear in my voice that I'm reading. I'm not -- that's not me actually, you know what I mean, I'm not saying that, or whatever. I'm reading --

Q. Well, at the time, you did work in HR, didn't you?

A. At that time? I think I was fired by that time or doxxed by that time maybe --

Q. No --

A. But, yes, I did, which is the

Page 59

E. Kline

reason I was reading it because it was -- you know, it was, you know, similar to me, or whatever, similar to my situation.

Q. I'm sorry, you were reading a post from someone unnamed to someone else unnamed about somebody who worked in HR just like you and that's why you were reading it?

A. I was reading a social media post on that podcast, yes.

Q. Okay. What was the social media post? What social media platform were you reading from?

A. I don't remember. I just know it was a private message that I had up that I was reading.

Q. Well, who posted it? Who posted the private message?

A. I don't -- I don't remember.

Q. And did they speak to you?

A. Excuse me?

Q. Did they post it to you?

A. Yes.

Q. Did they send the private message

Page 60

E. Kline

to you?

A. Yes.

Q. So do you have that message from the unnamed individual that you were --

A. No. It would have been on one of the Twitter accounts that got banned, or something like that.

Like I said, I don't remember the exact details. I just know that was a social media post that I was reading. So when I watched that on The New York Times piece, or whatever, about me, I knew -- as soon as I started reading it, I was like -- or as soon as I listened to it, I was like, oh, my God, this is me reading a social media post. This isn't what I actually --

Q. Just to be clear, if we have the real podcast from which The New York Times pulled, you're telling me that you will make clear in the podcast that you were reading this social media post?

A. I believe so. I haven't listened --

Q. Okay.

Page 61

E. Kline

A. -- to the podcast. We've been off for a while.

Q. Okay.

A. But, yes, I believe in the podcast I am clear that I'm reading from a social media post. I just don't remember the -- like the details behind it or anything like that. I just remember, I mean, I'm reading -- I know I'm reading that. I'm not --

Q. Okay. And just to be clear, so you did work in HR, and you also were in the Army, correct?

A. Yes.

Q. Okay. So both of these references were accurate in terms of your --

A. No.

Q. Excuse me. In terms of your experience.

Wait for me to finish my question, please.

Go ahead. You can answer now.

A. Okay. No, the -- neither of

Page 62

E. Kline

those experiences are accurate. I didn't fire people in HR. That wasn't my job. I was a data puncher person. I wasn't involved in hiring or firing or firing, rather. I was involved in hiring, but not firing.

Q. Okay.

A. And then in the Army, I was in the infantry but nothing like that would have happened with me as far as the Muslim comment goes.

Q. Okay.

MS. PHILLIPS: Katie, can we pull up Tab 15, please?

(Plaintiffs' Exhibit 9, Audio/Video, marked for identification, as of this date.)

MS. PHILLIPS: For the record that audio was Exhibit 9.

And this Discord post is Exhibit 10.

(Plaintiffs' Exhibit 10, Discord Post in the #Vanguard#2353, marked for identification, as of this date.)

Page 63

E. Kline

MS. PHILLIPS:

Q. All right, Mr. Kline. It's awfully small.

MS. PHILLIPS: There we go. Thanks, Katie.

A. I was going to say --

Q. Okay. And this is direct messages between someone named Vanguard, excuse me, with the Discord handle Vanguard#2353 and you. And the post is from January 1st, 2017, correct?

A. Yes. This is very hard for me to see, but, yes, I believe that's what's showing.

Q. Okay. And I'll just direct your attention down to the bottom, down to the bottom two sentences in this post.

You say, "Now I'm the HR operations manager at 25 with no degree in it, but I manage the recruiting team and shit. It's pretty fun being an HR manager and redpilled because I get to fire all the non-whites in our call center. Laugh out loud."

Page 64

E. Kline

Do you see that?

A. Yes, I do.

Q. Okay. So you referred to your power to fire people, specifically non-whites in the call center, correct?

A. I mean, I was joking with this guy. I did not have that power. I 100 percent did not have the power to fire people at my place I was working at, at the time.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, in 2017, did you believe that black people were inferior to white people?

A. No, I just thought they were different.

Q. Was your use of the word, the "N" word n-i-g-g-e-r, was that as a joke as well?

A. I read it there as I was reading it. I very rarely said that word. That's

Page 65

E. Kline

probably that time and maybe one other time that I can think of, maybe two times where I used that word.

Q. Who was your employer when you were working in HR?

A. J. C. Ehrlich.

Q. J. C. Ehrlich.

And is that an individual or a company?

A. A company.

Q. And what kind of company?

A. They do pest control so... yeah, pest control.

Q. Okay. And who was your boss at the time?

A. The name slips me. I can't remember his name. If I remember, I'll come back, but I can't remember. It was like -- it was three years ago. We had a lot of different bosses because basically the company was acquiring other companies, so I had a different boss like every couple months basically. I don't know who my boss would have been at the time.

Page 66

E. Kline

Q. Well, do you not remember who was your boss was or --

A. I don't remember his name. I remember what he looks like. I just can't remember his name.

Q. Do you have his contact information?

A. No.

Q. Okay. In 2017, did you believe that black people were involved in a disproportionate number of crimes?

A. Well, the FBI believes that.

Q. Well, I'm asking you if you believed that in 2017?

A. Yes, I believed the FBI statistics that say that were true at the time.

Q. Okay. Now Mr. Kline, you used to write for The Daily Stormer, correct?

A. I think I wrote or I submitted two or three articles for them, yes.

Q. Okay. And you're familiar with the Stormer Style Guide, correct?

A. Yes.

Page 67

E. Kline

MS. PHILLIPS: Katie, let's pull up Tab 16. And we'll mark this as Exhibit 11 to the deposition.

(Plaintiffs' Exhibit 11, Email chain beginning with email dated 5/15/17 from Campbell to Mosley, Bates-stamped EK00019775 through 19784, marked for identification, as of this date.)

MS. PHILLIPS: Katie, can you highlight the portion just to draw Mr. Kline's attention to where -- I want to start in the section entitled "Morals and Dogma." It starts, "Most people are not..."

There it is.

BY MS. PHILLIPS:

Q. Mr. Kline, do you see -- two lines about where the highlighted portion is, there is a subsection "Lulz."

Do you see that?

A. Yes.

Q. Is that short for "laugh out louds"?

Page 68

E. Kline

A. Yes, pretty much, yeah.

Q. Okay. And do you see where it says, right under that, it says, "The tone of the site should be light. Most people are not comfortable with material that comes across as vitriolic, raging, non-ironic hatred."

Do you see that?

A. Yes, I see that.

Q. And then immediately under that, it says, "The unindoctrinated should not be able to tell if we are joking or not. There should also be a conscious awareness of mocking stereotypes of hateful racists. I usually think of this as self-deprecating humor. I'm a racist making fun of stereotypes of racists because I don't take myself super seriously."

MS. PHILLIPS: Katie, can you scroll down, please?

BY MS. PHILLIPS:

Q. "This is obviously a ploy, and I actually do want to gas kikes, but that's neither here nor there.

Page 69

E. Kline

"Serious articles are fine and can be written and published with absolute seriousness. However, articles which take a serious tone should not include racial slurs or even rude language about other races."

Do you see that?

A. Yes.

Q. And you followed these guidelines, correct?

A. I'm not sure if I got them beforehand, but I did read them before. I have read these before.

Q. Okay.

MS. PHILLIPS: Katie, let's --

A. I'm not entirely sure if I got this before I wrote articles for them, but I did read this. I have read this before.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 17, please.

This will be Exhibit 12.

(Plaintiffs' Exhibit 12, Direct Message from Mosley to Auernheimer with

Page 70

E. Kline

handle weev#2527, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. These are direct messages between yourself and someone with the handle Weev, W-e-e-v, hashtag 2527.

Do you see that?

A. Yup.

Q. And Weev is Andrew Auernheimer, correct?

A. Yes.

Q. And Weev says, "The style guide is a short read. Just try to look it over."

Do you see that?

A. Yes.

Q. That is that is DM to you on March 26th, 2017?

A. Yes.

Q. Okay. And you say, "Yes. I'll follow it to the T."

Correct?

A. Yes.

Q. Okay.

Page 71

E. Kline

MS. PHILLIPS: Katie, you can take that down. Thanks.

BY MS. PHILLIPS:

Q. Mr. Kline, do you know what the "day of the rope" is?

A. Yes.

Q. Okay. What is it?

A. It's like joking, kind of like when people will rise up kind of thing. Like kind of like a revolution kind of thing. It's like a nod to, like, a revolution is the best way to describe it.

Q. Does it refer to the mass murder of race traders and minorities?

A. Some people, it might, but it depends -- it depends who you ask and what the context is.

Q. Well, doesn't it come from something called "The Turner Diaries"?

A. I'm not familiar with that, so I'm not sure.

Q. You're not familiar with The Turner Diaries?

A. I think I remember what that is,

Page 72

E. Kline

but I'm not -- I think it's a -- I think it was -- I don't remember the details. I don't want to speak to the details. I just remember it being a book, but I don't know the details of it or anything. I don't remember the details.

Q. Do you know that it was a book written by William Pierce?

A. Okay. I know who that is.

Q. Okay. And do you have an understanding that The Turner Diaries is a fictionalized blueprint for white supremacist revolution?

A. I guess it's what it is. Like I said, I haven't personally read it or anything like that.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 18 --

A. Can you hear me? A call just came in.

Q. Yes.

A. Sorry. A call came through.

MS. PHILLIPS: Katie, can you

Page 73

E. Kline

please show Tab 18.

And this will be marked as Exhibit 13.

(Plaintiffs' Exhibit 13, Discord Post on NiggKike Bar Mitzvah server, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. These are a series of reason of posts in the NiggKike Bar Mitzvah server of the General channel. And your posts are the first three. They are from May 19th of 2017.

Do you see that?

A. Yes.

Q. All right. And your first post is, "They are scum."

The second post is, "They deserve their fate."

The third post is, "Goodbye Jews."

Do you see that?

A. Yes.

MS. PHILLIPS: Katie, can you

Page 74

E. Kline

scroll down, please?

BY MS. PHILLIPS:

Q. The very last post is, "They deserve the rope."

Do you see that?

A. Yes.

Q. Okay. And so that is a reference to the "day of the rope," correct?

A. I mean, it's clearly a joke. I'm not sure it's directly referencing the "day of the rope" or anything like that. I just know -- I mean, I'm confident it's a joke just by judging what was said above it.

Q. Okay. Just like you were taught to use jokes in the Daily Stormer style type, correct?

A. I wasn't taught to be jokes. People use jokes forever.

Q. Okay. Is this reference down here, "they deserve the rope," is that a reference to lynching?

A. I do not believe so.

Q. What is it a reference to?

A. I'm not sure. It was a comment I

Page 75

E. Kline

made in 2017, so I don't know, like, the context or anything like that. I just know that --

Q. Oh, you do know the context. You can see the context. Your posts are there.

MS. PHILLIPS: Katie, you can scroll up to show him the full context.

A. It's not really the full context. Who is "they are scum"? "They deserve their fate."

Like, I don't know what I'm talking about here. However, most of the time or -- well, pretty much all the time, when I'm making comments like that, they are dark humor and dark jokes.

Q. Do you know what the 14 words are, Mr. Kline?

A. Yes.

MS. PHILLIPS: You can take that down. Thank you.

BY MS. PHILLIPS:

Q. What are the 14 words?

A. I don't remember what they are now, but I do know them, or I do know what

Page 76

E. Kline

they are, rather.

Q. Okay. What are they?

A. I don't know what the words are. I know what they are.

Q. Right. And I understand. I'm not asking you what the exact 14 words are.

A. Oh, okay. I'm sorry.

Q. I'm asking what is your understanding of what the 14 words are.

A. It's like a saying about protecting white kids. I don't remember the exact saying, but it's about protecting white children and the future of white people.

Q. And are the 14 words from someone named David Lane?

A. I'm not sure, but probably. I don't remember the intricacies of who came up with what or anything like that, but you probably have it there. You probably know.

Q. Okay. I do have it here. The 14 words are, "We must secure the existence of our people and a future for white children."

Page 77

E. Kline

Is that your understanding of what the 14 words are?

A. Yes.

Q. Mr. Kline, what is the "okay" symbol in the Alt-Right?

A. The "okay" symbol started as people who were not in the Alt-Right saying that they were going to make fun of and troll and joke with the left people, leftist, getting them to believe that the "okay" symbol meant white power. And it ended up working. And people on the left believed that it meant white power. So I mean, that's -- to my knowledge, that's the -- to my knowledge, that's what it means or that's what it is. It's a joke that they fell for basically.

Q. And so eventually, did the "okay" symbol come to mean "white power" in the Alt-Right?

A. No. It came to mean look at how we, like, made these guys look dumb. It wasn't literally "white power," no.

Q. Okay. And when you said "these

Page 78

E. Kline

guys look dumb," who are the "these guys"?

A. Like the left, the mainstream media. I mean, the mainstream media went with that story right away. They bit, they bit that kind of thing.

MS. PHILLIPS: Okay. Katie, let's show him Tab 301, please.

BY MS. PHILLIPS:

Q. Okay. Mr. Kline, do you recognize yourself in this picture?

A. Yes.

Q. And are you the person who has the backpack on with the sunglasses in the middle of the photo?

A. Yes.

Q. And you are in fact flashing the "okay" symbol, correct?

A. Yes, the "okay" symbol, yeah. I think this is right when that was happening. When this picture was taken, it was right around the time that that "okay" symbol joke thing was going, kind of like when it originally started.

Q. When was that?

Page 79

E. Kline

A. It was before -- probably a year before -- oh, actually, hold on. This is at the Trump rally in Lancaster, I believe. Oh, no, this is the Trump rally in Harrisburg, so it would have been before the election. So 2016 is when this picture would have been taken.

I believe that is when the "okay" symbol, you know, joke, troll thing, when it first started, somewhere around there.

Q. Okay.

A. It was definitely during the election of that, you know, hey, can we trick these guys to think this means "white power" kind of thing happened.

Q. Okay. Sorry. We talked a little bit about the 14 words.

It's your understanding that the 14 words is a white supremacist slogan, correct?

A. I mean, it might have been invented by a white supremacist, but at the time, you know, when I was involved in the Alt-Right, when I was in this thing still,

Page 80

E. Kline

I -- you know, my view of it was that how can you say that white children shouldn't have a future, kind of thing, right, because that's really what the main gist of the saying is.

Q. In 2017, did you believe that there was a genocidal campaign against white people?

A. Yes.

Q. Okay. And who was responsible for that campaign against white people in your view?

A. Many individual people of various heritages, white people, you know, minorities, Jewish people. It wasn't like one group or one person or anything like that. It was a lot of different people.

Q. Okay. So you mentioned Jewish people, correct?

A. White people as well were part of the issue.

Q. Okay. What about -- and you said minorities. Specifically black people?

A. You know, specific individuals

Page 81

E. Kline

were involved in it is basically what I'm saying, not necessarily a group of people but specific individuals were, regardless of their race or, you know, whatever they are.

MS. PHILLIPS: Katie, you can take down that photo. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, what is -- what do the numbers 8, 8 mean?

A. I believe it refers to Adolf Hitler's name. The letter in the alphabet kind of thing, if I remember correctly.

Q. So the 8th letter of the alphabet is H; is that correct?

A. Yes.

Q. Okay. And so H, H would stand -- excuse me 8, 8 stands for H, H; is that correct?

A. I believe so, yes.

Q. And that would be Heil Hitler?

A. I believe that's what it stands for, yes.

Q. And, again, that was -- that was

Page 82

E. Kline

something -- that reference was something that was used in the Alt-Right, correct?

A. Yeah. It was a very common, like, edgy joke kind of thing, yes.

Q. Okay. What is a white ethnostate?

A. It's -- you know, my understanding of it was that it's a country or, you know, an autonomous state, or something like that, that is exclusively set aside for people of European heritage. They're able to determine, you know, their own laws and things like that.

Q. Okay. And in 2017, you believed in creating a white ethnostate, correct?

A. In creating, not -- yeah, yes, I guess you could say that, yeah.

Q. Okay.

MS. PHILLIPS: Katie, let's go with Tab 19, please.

This will be Exhibit 14, I believe.

(Plaintiffs' Exhibit 14, Photo, marked for identification, as of this

Page 83

E. Kline

date.)

(Plaintiffs' Exhibit 15, Discord Post onNiggKike Bar Mitzvah server, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Do you see this is another Discord post by you in the NiggKike Bar Mitzvah server, the General channel, and it looks like it's a March 5th, 2017, post.

Do you see that?

A. Yes.

Q. And you say, "Hail victory," exclamation point. "We are going to win our ethnostate goys." G-o-y-s.

Do you see that?

A. Yes, I do.

Q. And you say -- the first thing you say here is "hail victory," correct?

A. Yes.

Q. And "hail victory" is the English" translation of "sieg heil," correct?

A. I don't know German. I guess it

Page 84

E. Kline

is. I believe it is. I don't know.

Q. And in 2017, you believed that violence might be needed to create the white ethnostate, correct?

A. Absolutely not, no.

Q. So you just wanted a peaceful ethnic cleansing?

A. No. I never used those terms.

Q. Are you sure?

A. To my knowledge, I never called for ethnic cleansing or anything like that, no.

Q. Okay. Is it possible to have a peaceful ethnic cleansing?

A. I mean, I don't know. Those aren't my words, so you have to ask that person.

Q. Well, I'm asking you.

A. And I'm saying I don't know.

Q. You don't know if it's possible?

You don't have a position one way or the other?

A. I don't understand the term -- like the term doesn't even make sense,

Page 85

E. Kline

right, so --

Q. Well, that's kind of my point.

A. Right. But it's not a term I used --

Q. Okay.

A. -- to my knowledge. If I did, if I did use that term, I can't imagine it was in defense of it or anything like that because like I said, it's not something that I recall or remember using frequently -- like using or anything like that.

I mean, I know other people used that term, or whatever, but I never really understood that or kind of did that, to my knowledge.

Q. Do you agree that part of the motivation of -- for holding Unite the Right was to fight back against this white genocide?

A. No. Saying that, like, Unite the Right was to fight white genocide is really broad. The specific goals of Unite the Right night were to obviously, you know, try to get like a right-wing rally going

Page 86

E. Kline

and to defend those statutes. It wasn't -- I mean, I wouldn't -- I can't really speak to the overarching, you know, anything about it. I don't really want to say it was against white genocide or anything like that.

Q. You viewed the removal of the Confederate monuments as a form of white genocide, correct?

A. Not as form a white genocide, but as a precursor, yes, like to enabling violence against white people, yes. That's the way I viewed it.

Q. Mr. Kline, are you familiar with the concept of RaHoWa?

MS. PHILLIPS: For the record, that's r-a-h-o-w-a, with the RHW capitalized.

A. Yes, I'm familiar with the term. I just don't remember what it meant or stand for, or whatever. I mean, I know it basically means like revolution, kind of like the rope thing, but I don't remember exactly what it meant or anything like

Page 87

E. Kline

that.

Q. If I tell you that it's a shortened form of "racial holy war," does that help refresh your recollection?

A. I think to kind of speak to what you were reading before with that style guide, I believe it's a term from like old-timer, old-school, like, neo-Nazi types, and we kind of used it making fun of them, is the way I would basically view it, as least to me or to my circle. You know what I mean? It was like a joke, kind of like a self-deprecating joke kind of thing.

MS. PHILLIPS: Okay. Katie, let's show Tab 22, please.

I misspoke. I believe the previous exhibit was actually Exhibit 15, so this will be Exhibit 16.

(Plaintiff's Exhibit 16, Direct Message to #c6%G#8389, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Mr. Kline, these are direct messages on Discord between yourself and

Page 88

E. Kline

someone with the handle C6%G#8389.

Do you see that?

A. Yeah.

Q. All right. This is January 1st of 2017, correct? That is the post date?

A. Yes.

Q. And you say -- strike that.

How -- do you know who C6%G is?

A. No. I believe you can use special characters in Discord names, and that's what it comes up as in plain text. But I don't know who that is.

Q. Okay. And you were direct messaging with this individual in January of 2017, correct?

A. That's what it looks like, yes.

Q. And you say, "Yeah, dude, I feel ya. I'd be a full-on NEET," n-e-e-t, all caps, "if I hadn't joined the Army. I even gained hella weight after the Army now but I already started fixing that with my new found motivation of RaHoWa."

Do you see that?

A. Yes.

Page 89

E. Kline

Q. What is NEET, n-e-e-t?

A. I don't remember what that stands for, but it's a Japanese term for someone who is not in education, not in -- not employed and maybe the last one is not in training.

Q. Okay.

A. Someone who sits at home all day, is basically what it means.

Q. Okay.

A. But I mean, this is very -- like, to me, this is very clearly me joking about, like, working out kind of thing. It was a very common joke, I would say, in the Alt-Right that people who are working out for RaHoWa type thing, like how silly is that idea is basically what the joke kind of was. So that's way was talking about there.

Q. Okay.

MS. PHILLIPS: Katie, let's take this down. Let's see Tab 23, please. This is a post -- sorry.

This will be Exhibit 17.

Page 90

E. Kline

(Plaintiffs' Exhibit 17, Discord Post on NiggKike Bar Mitzvah server, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a post in the NiggKike Bar Mitzvah server, the General channel, March 12, 2017 by you.

Do you see that?

A. Yes.

Q. And you say, "Are you ready for RaHoWa? We are..."

A. Yeah, I mean, I don't know what the context of this is. But, again, I know that was a really common joke. To me anyways, it wasn't a serious thing whatsoever. It was a very clear joke.

Q. So you were not saying here, "We are ready for the RaHoWa"? Is that your testimony?

A. Not at all.

MS. PHILLIPS: Katie, can you pull up Tab 24, please?

And this will be marked as

Page 91

E. Kline

Exhibit 18.

(Plaintiffs' Exhibit 18, Discord DM with BellaDashwood#3889, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is another Discord DM between yourself and someone with the handle BellaDashwood#3889. This is an April 6th, 2017 post by, excuse me, DM by you.

Do you see that?

A. Yes.

Q. And you say, "Ready for RaHoWa. Ready for out-Jewing the Jews."

Do you see that?

A. Yes.

Q. What does it mean to out-Jew the Jews?

A. I don't know. I don't know the context of this message at all. I'm not sure what I meant here at all.

Q. Okay. But you did say you're ready for RaHoWa, correct?

A. I mean, this is -- I mean

Page 92

E. Kline

"out-Jewing the Jews" sounds like I'm joking. "Ready for RaHoWa" is clearly me joking.

It sounds like I'm joking with somebody over something. I don't know what the context of the joke or anything like that was, but, yeah, it's clearly a joke.

Q. Okay. Did you believe that Unite the Right was a battle in RaHoWa?

A. No.

Q. You were a member of The Proud Boys or maybe just Proud Boys; is that correct?

A. I was in the Facebook group, yes.

Q. Okay.

A. Long before Unite the Right.

Q. Okay. And why did you join the Proud Boys?

A. I listened to Gavin McInnes and joined their Facebook group.

I'm sorry. I'm trying to speak on the mike as clearly as I can.

I listened to Gavin McInnes and I joined before the election or when the

Page 93

E. Kline

election was going on. And I left, I'm not sure, sometime shortly after the -- sometime shortly after the election, probably November, December of 2016.

Q. Okay. And are you still a member of Proud Boys or The Proud Boys?

A. No.

Q. How did you hear about Proud Boys?

A. From Gavin McInnes's radio show.

Q. And what is his radio show? What's it called?

A. It was called -- I think it was called The Gavin McInnes Show. I think that's what it called. It was on the Cumia Network, I believe. I think it's C-u-m-i-a. I think that's how you spell that. But it was like a podcast radio show-type thing.

Q. Did you have -- at the time you joined Proud Boys, did you have an understanding of how a member of Proud Boys would rise through the ranks of that organization?

Page 94

E. Kline

A. It wasn't really structured with ranks or anything like that when I was in it. It was very -- it was like a guys' club on Facebook, is the best way to describe it.

Q. Okay.

A. It was largely apolitical until the election, right? It was, generally right wing, but it was more about, you know, making fun of people online, or whatever, not necessarily political.

Q. Okay. When did you end your membership in Proud Boys?

A. Like I said earlier, I think November or December of 2016. I hadn't really been like a -- it's not like you have a card. It's not like you're a card-carrying member of Proud Boys, right? It was literally just like a Facebook group that you joined and you would talk to people in there. That's pretty much all it was.

Q. Okay. I want to go back and ask you about one more thing with regard to

Page 95

E. Kline

RaHoWa. I think you said this, but I just want to be clear.

So the idea of working out for RaHoWa was something that was discussed amongst the Alt-Right, correct?

A. I mean, that was the joke, right, is, oh, why are you working out? That was the joke, right? So...

Q. And I'm sorry, why do you think that was a joke?

A. Because the idea of it's so ridiculous. Like what is a racial holy war? So you're working out for something that's ridiculous.

Q. Okay. At some point, you became a member of IE, correct?

A. Yes.

Q. When was that?

A. I want to say January of 2017.

Q. And --

A. I'm not --

Q. I'm sorry, go ahead.

A. I'm not entirely sure if that is the date, but somewhere a month or two,

Page 96

E. Kline

plus or minus. Somewhere in there.

Q. Okay. And I think you -- strike that.

You applied three times to get into IE; is that correct?

A. I'm not sure, but -- I'm not entirely sure.

Q. Okay. Do you recall applying more than once?

A. Yes, I remember applying. I just don't remember how many times or -- the only circumstance I remember is I applied and got nothing back because they had issues with their application system. And I talked to somebody who I knew was in and they helped me fix it.

Q. Okay. Did you have any leadership roles in IE?

A. Yes.

Q. What were those roles?

A. I'm trying to think what the titles were. I don't remember what the titles were, but, yeah, I was basically -- I would help with operational stuff, so,

Page 97

E. Kline

like, the day-to-day running type of thing of the organization. And then later after Unite the Right, I became, you know, the political leader for only a month or two or something like that, a very short period. And then I left the organization.

Q. Okay. So you were doing sort of day-to-day operation stuff, correct?

A. I mean, yes and -- there wasn't a lot to do day-to-day, right? So it was mostly kind of brainstorming ideas on protests and kind of organizing stuff like campus flyers, things like that. That was the big thing I did, I would say, is I helped organize campus flyers and things like that, campus flyering [sic].

Q. Okay. And you were involved with recruiting for IE, correct?

A. Very lightly, but, yes. Anyone who had been, like, a member with, like, a specific job, or whatever, they kind of helped do interviews and things like that as well.

Q. Okay. Let me make sure I

Page 98

E. Kline
understand what you're saying.

Those who held leadership positions in IE were also somewhat responsible --

A. Yeah, like it wasn't like we did an interview every day, but, if -- oh, hey can you interview this person, or whatever. And if you weren't busy, you kind of helped out, or whatever.

Q. So you did do -- strike that.

Did you review -- did you ever review applications for IE?

A. Like a role application? Probably not. But I do know that I was given, like, "hey, can you interview this person for me, because I have to go to dinner" or something like that. That happened pretty frequently.

Q. How many perspective members would you say that you interviewed?

A. No more than ten. Not a lot.

Q. Okay. In your view, what were the goals of Identity Evropa?

A. Identity Evropa's goals were to

Page 99

E. Kline
essentially get white people to start kind of waking up and seeing that they were the only group that didn't have an in-group preference and how detrimental that would be in the future. That's the best way I could put it. It wasn't really a group that was kind of advocating for a white ethnostate. Like that wasn't a big thing there, things like that.

And the other major thing compared to -- from Identity Evropa compared to other groups was kind of a sense of, like, non-violence or, you know, self-defense kind of thing.

Q. Was it a goal of Identity Evropa to recruit members?

A. Yes.

Q. Was it a goal of Identity Evropa to gain publicity?

A. Yes.

Q. Was it a goal to make the movements more acceptable to the mainstream or to "normies"?

A. Yes.

Page 100

E. Kline
Q. Was it a goal of Identity Evropa to separate the racists?

A. No. I don't think they had any long-term kind of thing like that, no. Like I said, it was more of a white-awakening type of movement.

Q. To what end?

A. I don't think it was to an end. It was -- that goal was the goal, and that is kind of what we did. Which is why we went around to colleges and things like that and postered and -- you know, that's kind of -- that was the goal, to get younger people to kind of see what was going on, or what we perceived was going on.

Q. Nathan Damigo was the founder of IE, correct?

A. Yes.

Q. Okay. And that was in May of 2016?

A. Yes. Sure.

Q. Well --

A. I don't know the founding date,

Page 101

E. Kline
but that sounds probably right.

Q. Okay. Mr. -- you're aware that Mr. Damigo punched a woman at an event in Berkeley, California, on April 25th, 2017?

A. Yes.

Q. Okay. And that event became known eventually as the "Battle of Berkeley," correct?

A. Yes.

Q. And you, in fact, congratulated Mr. Damigo for that event, correct?

A. Yes. Privately we had discussed, me, him -- me, him and -- I can't remember his name -- Patrick Casey. Patrick Casey, him and I discussed that that was not a good thing for him to have done, we spoke about privately.

Q. Is there -- do you have any recording of that conversation?

A. No.

Q. Notes from that conversation?

A. No.

Q. But I'm correct that you congratulated Mr. Damigo for punching that

Page 102

E. Kline

woman, correct?

A. I'm not sure. I don't know if I did or not. I don't have -- I don't have any recollection of back then what I said and what I didn't say.

Q. Okay.

A. It was like in 2015 or 2016.

Q. April 15th, 2017.

A. When was it? I'm sorry.

Q. April 15th, 2017.

A. That is when the Battle of Berkeley was? Okay. I thought it was in 2016.

Q. Prior to Berkeley, were you aware of violent white nationalists rallies being referred to as "battles"?

A. No.

Q. Okay.

A. I mean, that -- that wasn't a white nationalist rally, though, in Berkeley.

Q. So that phenomenon, then, of referring to violent white nationalists rallies began with Berkeley; is that

Page 103

E. Kline

correct?

A. No, because, I mean, Berkeley wasn't a white nationalist rally.

Q. Well, you agree with me, don't you, that it was violent, right?

A. On both sides.

Q. And you agree with me that it was called the "Battle of Berkeley," correct?

A. I mean, after the fact, yes. But it wasn't called that by the Alt-Right or anything like that. It was called that by everybody on both sides.

Q. Your testimony is that the Battle of Berkeley was not called the "Battle of Berkeley" by the Alt-Right?

A. I'm saying they didn't coin the term, is what I'm saying. I think that is what people online were calling it, you know, when it was going on.

Q. Okay. Let's take this step by step.

Do you agree with me that the Alt-Right, after the Battle of Berkeley, the Alt-Rights called it the "Battle of

Page 104

E. Kline

Berkeley"?

A. Well, everybody did, yes.

Q. Okay. And do you agree with me that additional rallies after Battle of Berkeley were also referred to as "battles" by the Alt-Right?

A. I can't think of any other, you know, rallies that would be called battle whatever.

Q. Okay.

A. You know, I can't think of any that were named that. It wasn't called the Battle of Charlottesville or anything. You know what I mean? Like I said, I don't know.

Also, again, just to say this, the Berkeley thing was not organized by members of the Alt-Right. That was the deal with Milo Yiannopoulos. I don't know how to spell that.

Q. Mr. Kline, were you at the Battle of Berkeley?

A. No.

MS. PHILLIPS: Okay. Katie, I

Page 105

E. Kline

want to show him Tab 31, please.

BY MS. PHILLIPS:

Q. Okay. Do you recognize -- we'll wait for the exhibit to be marked.

MS. PHILLIPS: This is being marked as Exhibit 19.

(Plaintiffs' Exhibit 19, Photo, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Do you recognize Mr. Damigo in the blue shirt and jeans on the left of the picture?

A. Yes, I do.

Q. Okay. And do you recognize the other individuals who are with Mr. Damigo in this photo?

A. No. With the people with masks on, no. I don't remember who the guy is on the right without a mask is either.

Q. Okay. If I tell you that that is Broden Sutherland, does that refresh your recollection of who that is?

A. Most people didn't go by their

Page 106

E. Kline

real names, so I wouldn't know his name.

Q. Okay. Do you understand that Broden Sutherland was IE member?

A. The guy on the far right, you're saying, with no mask?

Q. Yeah, correct, with the --

A. Yes.

Q. -- blue jeans in the red-and-blue --

A. Yeah.

Q. -- checked shirt?

A. Yes. I think he was an IE member. I'm not 100 percent sure, but I think he was.

Q. Okay. But you don't know him?

A. I mean, I don't know his name. I recognize that face, basically. And I think he was an IE, but I don't remember exactly, you know, what he went by or anything like that, no.

Q. Okay. Do you -- if you're facing the picture, the right of Mr. Damigo, do you recognize that as Tyler Lobb.

A. No. I don't know who that is.

Page 107

E. Kline

Q. Okay. And to the right of him with no mask, who is a little bit shorter, do you recognize him as Thomas Gillan?

A. Yeah, I don't know who that is either.

Q. Okay. And to the right of him with the mask, the tall gentleman with the mask and the blond hair, do you recognize him as Benjamin Drake Bailey -- excuse me, Benjamin Drake Daley, Ben Daley?

A. No, I do not.

Q. Okay. Do you recognize to the right of him with the mask, the gentleman with the brown hair who is also taller as Robert Bowman?

A. Yeah, I don't recognize any of those people.

Q. Okay. Do you know that these are members of the Rise Above Movement?

A. No. I'm not super familiar with them either.

Q. Okay. Is it fair to say that Nathan's punch had a big impact on recruiting for Identity Evropa?

Page 108

E. Kline

A. Yes and no. We had a lot of people apply, however, the people that applied were not the same people that we wanted, right? So people that were applying weren't necessarily the people that we were looking for. So they might have been excited, like, oh, he punched this, you know, Antifa girl, whatever, and that is so school, and that was the kind of people that we didn't want in the organization. So people applied, but it didn't really get more people that we wanted in the organization.

Q. I see.

MS. PHILLIPS: Katie, can you please pull up Tab 32, please? Thank you.

This will be Exhibit 20.

(Plaintiffs' Exhibit 20, DM Discord between Reinhard Wolff and Norah Fox, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Mr. Kline, these are DMs on

Page 109

E. Kline

Discord between Reinhard Wolff and Norah Fox.

Do you see that?

A. Um-hmm.

Q. And Norah Fox, as we talked about, is Sam Frolich, your girlfriend in 2017, correct?

A. Correct.

Q. And Reinhard Wolff is Patrick Casey, correct?

A. Correct.

Q. And Patrick Casey was an IE member, correct?

A. Him and Norah together ran the recruiting stuff, so, yeah.

Q. Yeah. Correct.

And his post on 4/16/2017, excuse me, his DM says, "Jesus, we're swamped."

And beneath that, he says, "Nathan should punch women in the face more often."

And Norah Fox says, "Ha, ha, ha, ha, ha."

Do you see that?

Page 110

E. Kline

A. Yes.

Q. Would you agree that the punch, Nathan Damigo's punch of the woman at the Battle of Berkeley made people excited to be part of Identity Evropa?

A. I'm not sure. I mean, if that's what these guys are saying. These guys -- two were in charge of recruiting much more than I was, right, so they would know, oh, my God, we have so many more applications.

My understanding of it was that we had more applications, but we didn't actually accept most of them. That was my understanding of it. But these two would have a better understanding, I guess, of recruitment.

Q. Yeah.

Fair to say that in fact they were excited? From what you see here in this Discord DM, is it fair to say they were in fact excited? "Nathan should punch women in the face more often," right? That's what Patrick --

A. I mean, Patrick Casey is clearly

Page 111

E. Kline

joking here since Norah is laughing.

But, yeah, I mean, I guess. I'm not sure. Like I said, I wasn't involved in the day-to-day recruiting stuff, so maybe I was -- maybe I'm wrong with the way I remember it or viewed it, or whatever, but to my -- my understanding of it was that when that punch happened, we had more applicants, but we did not actually get more people in the -- too many more people in the organization.

Q. Who is -- you say to your understanding, but you also say you weren't involved in recruiting.

So who was your understanding from? Where did you get that understanding?

A. I just remember from casual conversations. I mean, Norah at the time was my girlfriend, right, so just from casual conversations I remember us saying that, you know, we had a lot of applicants but a lot of them were bad applicants.

Q. Okay. But she's not saying that

Page 112

E. Kline

here, is she?

A. No. I mean, I'm not sure.

One moment, please, like literally like 30 seconds.

MS. PHILLIPS: Okay. Let's go off the record, please.

(Brief pause.)

THE WITNESS: I'm back. Sorry.

MS. PHILLIPS: We can go back on the record. Thank you.

THE VIDEOGRAPHER: Actually, I never went off. Sorry.

MS. PHILLIPS: Okay. No problem.

BY MS. PHILLIPS:

Q. All right. Mr. Kline, is it fair to say that Mr. Damigo was proud of the punch?

A. Not really. I don't think so. When him and I talked about it, I don't think he -- I feel like he -- the way he described it to me when it happened was that it was a kind of like a reflex kind of thing. It wasn't -- he didn't even know it was a girl until after kind of thing,

Page 113

E. Kline

right? It wasn't -- it ways a self-defense, like, reflex thing. It was not like he went out looking to punch somebody or anything like that. That's the way the conversation with him and I went.

Q. Did you hear -- did you ever hear Mr. Damigo brag about the punch?

A. Not really, no. No.

Q. Would you at a rally in Washington, D.C., in which Mr. Damigo participated in a chant of "moldy locks, moldy locks"?

A. I don't remember that, but I might have been.

Q. Okay. Do you understand moldy locks to be a reference to the woman that Mr. Damigo punched at the Battle of Berkeley?

A. Yes.

Q. Did you consider the Battle of Berkeley to be a physical victory over Antifa?

A. Not really. I mean, I don't really know how I -- I guess, I don't know.

Page 114

E. Kline

It's not something I would have thought about, right, so I'm not sure what I would have thought about it back then.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 33 please.

This will be Exhibit 21.

(Plaintiffs' Exhibit 21, Chat record, Bates-stamped EK00005778, marked for identification, as of this date.)

MS. PHILLIPS: Can you scroll up please, Katie?

BY MS. PHILLIPS:

Q. Okay.

A. Do you know who this was sent between?

Q. Well, I was going to ask you that.

So do you see under "participants," there is a phone number 610-406-2229.

Do you see that?

A. Yes.

Page 115

E. Kline

Q. Okay. And you recognize that as your number, of course, correct?

A. Yes.

Q. Okay. And you see the date of this, time-stamped date is April, sorry, April 17th, 2017.

Do you see that?

A. Yes.

Q. Do you know who this text message was sent to?

A. No.

Q. Okay.

MS. PHILLIPS: Can you scroll down, Katie?

BY MS. PHILLIPS:

Q. The substance of the text message says, "I hope our guys hardened the fuck up for this one. If we can have two physical victories over Antifa, that's a strong message."

Do you see that?

A. Yes.

Q. Do you know what the context of this message was?

Page 116

E. Kline

A. I really don't. I mean -- yeah, I really don't know what the context of this is. Not knowing who this is with, who the conversation is with and not knowing kind of what -- like what we're referring to, yeah, I don't know exactly what this is in reference to whatever.

Q. Okay. But you do see that you reference here that you "hope our guys hardened the fuck up."

Do you see that?

A. Yes.

Q. Okay. And you also reference, "If we can have two physical victories over Antifa, that is a strong message."

Do you see that?

A. Yeah. If I had to speculate, I would say I'm probably speaking of -- I mean, at the end of Berkeley, the Antifa were kind of marched out of the street kind of thing, right? So I think that that's what I'm referring to.

Q. Yeah. Okay.

A. Not saying by the Alt-Right

Page 117

E. Kline

either. I mean by the police.

Q. Well, you're talking about our guys having two physical victories over Antifa, correct?

A. Right, right, right.

Q. Not police victories over Antifa?

A. Right. I mean, it's too hard for me to know what the -- kind of reference or what the, you know, what the, you know, the mindset or what I was thinking about when I was making this message, to be honest. I don't know exactly what it's in reference to.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Have you ever wished that you could punch an Antifa girl like Nathan Damigo did?

A. I mean, in reality, absolutely not. I mean, in a joking manner, I might have said something like that, but I honestly was really kind of adverse to that

Page 118

E. Kline

kind of stuff.

Q. Okay.

MS. PHILLIPS: So, Katie, let's pull up Tab 34, please.

This will be marked as Exhibit 22.

(Plaintiffs' Exhibit 22, Chat record, Bates-stamped EK00001146, marked for identification, as of this date.)

A. Yeah, I mean --

MS. PHILLIPS: You can scroll up, Katie, please.

BY MS. PHILLIPS:

Q. Do you see here you're one of the participants, your 610 number?

A. Yes.

Q. And then the person that you are texting with is called Antifa Cat Lady and the phone number --

A. Yes.

Q. -- associated with that person is 571-419-7829.

Do you see that?

Page 119

E. Kline

A. Yes, I do see that.

Q. Who is Antifa Cat Lady?

A. I can't remember her name, but she was somebody that was like a leftist who I would talk to from time to time.

Q. Okay.

A. Because we had -- I mean -- yeah, we just had -- we just had conversations from time to time. I just called her Antifa Cat Lady as a joke.

Q. Okay. And you say down here, the substance of your text message is, "If you can provide an Antifa chick for me to punch, that would be fantastic."

Do you see that?

A. Yes. This is very much a -- this is a joke with her because she is new Antifa people, so I was just joking with her.

MS. PHILLIPS: Katie, let's take this down and let's go ahead and put up Tab 35, please.

(Plaintiffs' Exhibit 23, Chat record, Bates-stamped EK00000398,

Page 120

E. Kline

marked for identification, as of this date.)

MS. PHILLIPS: This will be marked as Exhibit 23 to the deposition.

BY MS. PHILLIPS:

Q. This is again a text message between yourself and someone named Bree, B-r-e-e. The number is 334-498-7599.

Do you see that?

A. Yes.

Q. Who is Bree?

A. It was a girl who I was talking to for a little bit.

Q. Are you saying she was a girlfriend?

A. Not really, no. Just someone -- just a girl I was talking to.

Q. And the substance of your message is, "I would love to beat someone up for you."

Do you see that?

A. Yes.

Q. Okay. And you texted that, correct?

Page 121

E. Kline

A. Yes. It's a -- it's a joke. I had a girlfriend in high school who, like, got off on fights. Like they wanted their boyfriend to fight people. So one day I was talking to Bree and I told her about it, or whatever, so that is what the joke is in reference when it comes to Bree.

MS. PHILLIPS: Katie, can you put that down, please?

BY MS. PHILLIPS:

Q. Mr. Kline, you have in fact been violent yourself, correct?

A. Never aggressive. Always self-defense.

Q. Okay. Am I correct that you threw someone to the ground for spraying glitter at Richard Spencer? Is that correct?

A. No. I mean, that's -- that's not the accurate description of what happened at all.

(Crosstalk.)

MS. PHILLIPS: I'd like to show him Tab 36, Katie.

Page 122

E. Kline

(Plaintiffs' Exhibit 24, DMs on Discord with Caerulus Rex, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. These are DMs on Discord between yourself and someone called Caerulus Rex, correct?

A. Yes.

Q. And do you know who Caerulus Rex is?

A. Yes.

Q. Who is it?

A. I can remember his real name, Brian, but I don't remember his last name.

Q. Is it Brian Brathove?

A. Yes.

Q. Brathove, B-r-a-t-h-o-v-e.

Do you see that these DMs were from April 9th of 2017?

A. Yes.

Q. Okay. And Caerulus Rex says to you, "I heard you BTFOed some cuck."

What is BTFOed?

A. Like blowing the fuck out. It's

Page 123

E. Kline

like --

Q. Say that one more time.

A. It stands for "blown the fuck out."

Q. "Blown the fuck out." Okay.

And you said, "I threw him" --

A. It doesn't mean anything violent. It doesn't mean anything violent.

Q. Okay. And then you said, "I threw him to the ground for shooting glitter at Spencer."

Correct?

A. Yes, but --

MS. PHILLIPS: Katie, let's --

A. -- that incident, we didn't know, we didn't know what it was that was shot at Richard Spencer, so I threw him to the ground and he was arrested, the guy who did that, because we didn't know what it was at the time. So this is me talking about it after the fact that we did realize it was just glitter.

Q. Okay.

A. We thought it was like a chemical

Page 124

E. Kline

substance or something like that.

MS. PHILLIPS: Katie, can you -- we'll take this down and we'll put up Tab 27, please.

And this will be marked as Exhibit 25.

(Plaintiffs' Exhibit 25, DMs on Discord with Erika Alduino, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And this is DMs between yourself and Erika, E-r-i-k-a.

Do you see that?

A. Yes.

Q. And Erika is Erika Alduino, correct?

A. Yes.

Q. And she is a member -- was a member of Identity Evropa, correct?

A. Yes.

Q. And these are also posts from April 9th of 2017, correct?

A. Yes.

Q. And you said, "I got that guy."

Page 125

E. Kline

Erika said, "A guy unleashed the glitter bomb?"

And you said, "Yeah."

And then you posted a YouTube link.

Do you see that?

A. Yes.

Q. You said, "He got hit with a sack of potatoes."

Do you see that?

A. Yes. Like I said, this is after the fact that we knew it was a glitter bomb. But at the time, you know, we believed that it was some sort of chemical thing, something like that.

Q. Okay.

MS. PHILLIPS: Katie, you can take down Exhibit 25. Thanks.

All right. Let's go ahead and see if we can play the audio from Tab 9, Katie.

This will be marked as Exhibit 26.

(Plaintiffs' Exhibit 26,

Page 126

E. Kline

Audio/Video, marked for identification, as of this date.)

MS. PHILLIPS: I want to start this, Katie, at the 26th minute, 19 second mark, and we'll go to 26 minutes, 42 seconds.

(Audio playing at this time.)

BY MS. PHILLIPS:

Q. Mr. Kline, do you recognize your voice on that audio?

A. Yes.

Q. Okay. And that was on the Salting the Earth podcast.

Do you have a recollection of appearing on the Salting the Earth podcast?

A. Yes.

Q. I'm sorry, who hosted the Salting the Earth podcast?

A. I know Brian Caerulus Rex was one of them. I'm not sure -- I'm not sure -- I don't remember who the other people were that were on that.

Q. Okay. So you were talking about the glitter bomb, correct?

Page 127

E. Kline

A. Yes.

Q. Okay. And you said it's actually kind of funny, correct?

A. Yes, and I'm referring to what I said earlier which is that it was a glitter bomb, right? Like we thought it was an actual, you know, chemical, or whatever it was, but it was a glitter bomb. Like what the hell, kind of thing.

Q. Okay.

MS. PHILLIPS: Katie, let's take that down and we'll pull up Tab 39, please.

And this will be Exhibit 27.

(Plaintiffs' Exhibit 27, Chat record with Rob Sowa, Bates-stamped EK0011588, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is text messages between yourself at the 610 number and another 610 number somebody called Rob Sowa, S-o-w-a.

Do you see that?

A. Yes.

Page 128

E. Kline

Q. Who is Rob Sowa?

A. He was my former roommate.

Q. When?

A. Like 2015, I think. 2014. I think I -- I think I stopped living with him in 2016.

Q. Okay. And where were you living at the time?

A. Somewhere in Reading, Reading, Pennsylvania.

Q. Was Rob Sowa a member of the Alt-Right?

A. Not at all.

Q. And if you scroll down, you'll see the date of this text message was April 10th, 2017.

Do you see that?

A. Yes.

Q. Okay. And you say, "Yeah, it was dope. Tackling that Antifa was fucking awesome, and then running through the streets was great. And then I hooked up with some Alt-Right chick from Poland in Spencer's room after the party. LOL."

Page 129

E. Kline

Do you see that?

A. Yeah.

Q. So, again, you wrote "tackling that Antifa was fucking awesome," right?

A. Yes. Yeah, I mean --

Q. And you were -- at the time, you were working as a bodyguard for Richard Spencer; is that right?

A. I mean, at the time, I just went there with him. I wasn't working for him. I wasn't getting paid or anything like that. It wasn't like an official position or anything like that. It was literally we went to do a protest outside the White House because of the bombing in Syria. We wanted to protest against that, by Donald Trump, so we were protesting against Donald Trump. And we also knew that, you know, Richard was -- it was unsafe for Richard to be in D.C. So we were just trying to make sure everyone was safe kind of thing.

Q. Okay.

MS. PHILLIPS: Katie, let's take this down and I'd like to put up Tab

Page 130

E. Kline

40, please.

This will be Exhibit 28.

(Plaintiffs' Exhibit 28, Discord Post DMs with Andrew Auernheimer, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And these are Discord DMs between yourself and Andrew Auernheimer.

Do you see that?

A. Yes.

Q. And Andrew Auernheimer sends you a DM on April 17th, 2017, that says "White supremacist street fighting is the only way forward politically."

Do you see that?

A. Yes. He's making a reference joke to a podcast he made.

Q. And you respond, "It is awesome, and I'm one of the three body guards for Spencer. Laugh out loud."

Do you see that?

A. Yes.

Q. And then you say, "I get to rough

Page 131

E. Kline

up a liberal like three times a week."

Do you see that?

A. Yeah. I mean I'm obviously joking. This is just me joking with Weev. I mean, his first comment is a joke and my response is another joke.

Q. Well, you don't say to him, "No, I disagree. White supremacist street fighting is not the way forward"?

A. That's because I know it's a joke, right? Like you don't -- he's joking when he says that.

Q. Okay. How do you know that?

A. Because it's a line he said in a podcast before, you know, that was, in that context, was clearly a joke. So he was quoting himself basically.

Q. So you know that this is a joke because he said it before and you think it's a joke before?

A. No. I know it's a joke because I mean, I listened to the podcast and I know what a joke is. He's very clearly joking.

Q. Okay.

Page 132

E. Kline

A. Which is why -- I mean, I respond with another joke, right? Like obviously I'm not roughing up any liberals three times a week. That's ridiculous.

Q. Well, except for a week before, you did, correct?

A. No, no. I didn't rough up a liberal three times a week the week before.

Q. But you did punch and tackle somebody a week before, correct?

A. In self-defense. One person.

Q. Okay. You did do it, correct?

A. I pushed him onto the ground. He was attacking me and my friend. Yes.

Q. I'm sorry, that person attacked you?

A. Yes.

Q. You also got glitter-bombed?

A. Oh, yeah, yeah. The whole -- it hit me and two other people that were next to Spencer. Yeah, it was a whole -- as I said, we thought it was a chemical when it first hit us in the eyes.

Q. Okay.

Page 133

E. Kline

A. It's, like, sticky. You know what I mean? Like it got in our eyes. We didn't know what it was.

Q. Okay.

MS. PHILLIPS: Katie, you can take this down. Let's put up Tab 41.

And that will be marked as Exhibit 28.

(Plaintiffs' Exhibit 28, Discord Post DM with Kurt#8752, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is another Discord DM between yourself and someone with the handle Kurt#8752. This is on August 6th, 2017. You DM'd him.

Do you see that?

A. Yes.

Q. You say, "Right, but I'll have people with me and I'll also be able to pull police and stuff too. Also Antifa sort of knows not to fuck with me. The last person that did, I gave 12 stitches to. LOL."

Page 134

E. Kline

Do you see that?

A. Yes. So I'm joking with Kirk here.

Q. Who is the last person that you gave 12 stitches to?

A. I'm sorry, what?

Q. Who was the person you gave 12 stitches?

A. Nobody. That is the joke. That is the joke. The joke was that after that incident, that Antifa person posted on social media, the one that did the glitter bomb thing, they posted on social media bragging like how they, you know, got us, or whatever. And somebody made a repost saying -- like making fun of it saying that, oh, we gave that guy 12 stitches and blah, blah, blah.

So the "12 stitches" line is a reference to that. It was the joke.

Q. Okay.

A. I didn't get stitches -- I've never given any stitches to anybody.

Q. Okay.

Page 135

E. Kline

MS. PHILLIPS: Katie, you can take this down and put up Tab 42, please.

And this will be marked as Exhibit 30.

(Plaintiffs' Exhibit 29, Discord Post DM with #Kurt#8752, marked for identification, as of this date.)

(Plaintiffs' Exhibit 30, Discord Post DM with #RealDonaldTrump#3777, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is another direct message on Discord between yourself and someone with the handle Real Donald Trump#3777.

This is from June 12th, 2017, and you say, "Hopefully they put up a better fight than Antifa. Every time I fought Antifa, it lasts like 10 seconds and they've never fought. So boring."

Do you see that?

A. Yes. I mean, I'm joking with this guy.

Page 136

E. Kline

Q. Okay. I see.

So every time that you refer to violence in any way, you're joking; is that correct?

A. I mean, yes. Before the Alt-Rights -- the night before and several times, during every planning meeting for the Unite the Right rally, I was always telling people how important it was to not be violent. And I was even suggesting to people don't be violent in self-defense, right? So if somebody attacks you, just keep going kind of thing.

MS. PHILLIPS: I'm going to move to strike everything in that last answer after "I mean, yes" as completely and utterly unresponsive to my question.

And, Katie, you can put this down, Exhibit 30, and we'll pull up Exhibit 31, which will be Tab 43.

(Plaintiffs' Exhibit 31, Discord Post DM with #RealDonaldTrump#3777, marked for identification, as of this

Page 137

E. Kline

date.)

BY MS. PHILLIPS:

Q. This is another DM between yourself and Real Donald Trump 3777 on June 12th, 2017.

You said, "I beat the Commies up in D.C. and Philly."

Do you see that?

A. Yup. I didn't do either one.

Q. You used the phrase "Antifa" and "commies" here synonymously, correct?

A. Yes.

Q. Okay. You refer to those two -- those two terms are used interchangeably; is that accurate?

A. Yes, pretty much.

Q. You've talked about -- strike that. Sorry.

MS. PHILLIPS: Katie, you can take this down.

BY MS. PHILLIPS:

Q. You threatened people in the past, haven't you, Mr. Kline?

A. Not that I am aware of, no.

Page 138

E. Kline

MS. PHILLIPS: Let's put up Tab 45, please.

This will be, I think, Exhibit 32.

Katie, you can correct me if I'm wrong.

(Plaintiffs' Exhibit 32, Discord Post DM with Vanguard#2353, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a Discord message, DM, between yourself and someone with the handle Vanguard#2353.

Do you see that?

A. Yes.

Q. It's from February 4th of 2017.

Do you see that?

A. Yes.

Q. And you say, "I told her I'd kill, like, all of her family. She has a little cousin who sort of looks like Anne Frank, and I sent that."

A. Yeah, I don't know what this is in reference to, but I never threatened

Page 139

E. Kline

anybody and tell them I'd kill their family.

Q. Okay. So you were just lying to Vanguard?

A. I don't know what this is in reference to. I could be joking. I could be lying. I don't know what this is in reference to. I don't know what the context is. But I've never threatened anybody like that, described in that message.

MS. PHILLIPS: You can take that down, Katie.

Let's pull up, let's pull up Tab 46, please. Actually I'm sorry, strike that.

Let's pull up Tab 47. Please.

(Plaintiffs' Exhibit 33, Discord Post DM with Wyatt, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a DM from August 6th, 2017, between yourself and Wyatt.

Do you see that?

Page 140

E. Kline

A. Yes.

Q. I said August 6th. I meant August 7th.

And you say, "I'm about to fucking punch her in the face."

Do you see that?

A. Yes.

Q. Okay. Do you know who the "her" is there?

A. No idea. But I don't know what the context of this is at all. It seems I'm probably talking shit. Like it's not serious or anything.

Q. Okay.

MS. PHILLIPS: Katie, let's pull -- sorry, let me mark that. That was Exhibit 33, I believe.

Katie, let's pull up Tab 48, please.

(Plaintiffs' Exhibit 34, Discord Post DM with Wyatt, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is the same day, the same

Page 141

E. Kline

DM, between you and Wyatt. And you said, "She's going to get stabbed with a fucking knife."

Do you see that?

A. Yeah. I don't know what this is in reference to, but I've never threatened with or had thoughts of or anything like that of stabbing someone with a knife, so...

Q. Okay.

MS. PHILLIPS: Katie, we can take down 34, and we'll put up Tab 49.

And that is Exhibit 35 or it will be Exhibit 35.

(Plaintiffs' Exhibit 35, Discord Post with #wyatt#1030, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Same date, same DMs. And you said, "When she gets off and comes in here trying to be nice, I'm telling her to kill herself."

Do you see that?

A. Yeah. Again, I'm not sure what

Page 142

E. Kline

this is in reference to.

Q. Okay.

A. But I never told someone to kill themselves so...

Q. No, but you're clearly referring to somebody who is near you and in physical proximity, correct?

A. Maybe. I'm not sure.

Q. You said, "When she gets off and comes in here trying to be nice."

A. It could be in the Discord.

Q. Okay.

MS. PHILLIPS: Katie, let's take down that and we'll put up Tab 50.

This will be marked as Exhibit 36.

(Plaintiffs' Exhibit 36, Discord Post with #wyatt#1030, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Same DMs, the same date. And here you say in all caps, "She is giving relationship advice in earshot of me while I plot her fucking murder."

Page 143

E. Kline

Do you see that?

A. Yes.

Q. All right. And did you post this to -- excuse me. Did you DM this to Wyatt?

A. Yes, I guess.

Q. At 3/15/17?

A. Yes. I'm not sure what the reference is here. I definitely wasn't serious.

Q. Well, you -- I think we -- let's take it one step at a time.

Can we agree that this isn't somebody that you're referring to on Discord, correct?

A. Yes. This seems like --

Q. You're talking like they're in earshot?

A. Yes, exactly.

Q. You said, "She is giving relationship advice in earshot of me," correct?

A. Yes.

Q. Okay. So you're referring to a woman, correct?

Page 144

E. Kline

A. Yes.

Q. And a woman that you can hear, correct?

A. Yes.

Q. And you were referring to plotting her murder, excuse me, her fucking murder, correct?

A. Yes. But obviously not something I was serious about.

Q. Okay.

MS. PHILLIPS: Can we take this down Katie, Exhibit 36. We'll pull up Tab 51.

This will be marked as Exhibit 37.

(Plaintiffs' Exhibit 37, Discord Post with #wyatt#1030, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is the same date and the same DM stream.

And you say, "I'm about to walk downstairs and just smash her."

Do you see that?

Page 145

E. Kline

A. Yes.

Q. Okay. Did you send that DM to Wyatt on August 7th, 2017?

A. Yes. But, again, I'm not sure what the reference here is or anything. Where I lived at, we didn't have a downstairs, so it doesn't make sense to me.

Q. Okay.

MS. PHILLIPS: All right. Katie let's take down Exhibit 37 and we'll put up Tab 52.

And this will be marked as Exhibit 38.

(Plaintiffs' Exhibit 38, Discord Post with #wyatt#1030, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is the same date, same series of DMs between yourself and Wyatt. And you say, "I'm going to push her down the fucking stairs."

Do you see that?

A. Yes, I do.

Q. Okay. So, again, you're

Page 146

E. Kline

referring to a woman, and you're referring to pushing that woman down the fucking stairs, correct?

A. Yes. But, again, I don't know the context of this. And, again, where we lived, we didn't have stairs, so it doesn't even make sense to me now. Like looking back, it doesn't even make sense.

Q. When you say "where we lived," what do you mean?

A. Like where I lived -- remember earlier I said I lived in Leesburg?

Q. Okay.

A. We didn't have stairs.

Q. Okay. When did you move to Leesburg?

A. It was -- I don't know if this was actually before or after. This might have been right around this time. But neither of the places we stayed at really had stairs, but...

Q. And when you say "we," you're referring to Samantha Frolich, correct?

A. Yes.

Page 147

E. Kline

Q. Is it fair to say that this series of posts was about Samantha Frolich when you referred to "her" and "she"?

A. I believe it is, yes.

Q. Okay.

A. I'm not 100 percent sure of the context.

MS. PHILLIPS: Katie, you can take this down.

BY MS. PHILLIPS:

Q. Mr. Kline, you've referred to yourself as evil, correct?

A. Maybe as a joke in the past. I don't know. Maybe. Yes. I don't know.

MS. PHILLIPS: Let's pull up Tab 53 Katie.

We'll mark this as Exhibit 39.

(Plaintiffs' Exhibit 39, Discord Post DM with #Vanguard#2353, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is another Discord DM. This is dated February 4th of 2017 between yourself and Vanguard#2353.

Page 148

E. Kline

You said -- in your first DM, you say, "I dated that girl forever. She knows I'm evil. I have no idea what made her think fucking with me was a good idea."

And Vanguard replies, "LOL. Being extremely right or fast does not intrinsically make one evil."

And you say, "Yeah, but I'm actually evil sometimes."

Do you see that?

A. Yeah. I mean, this isn't -- I don't know who this is in reference to, the girl part of this, but, like, this is just me having, like, a joke in conversation with somebody. I mean, I'm not actually -- I don't actually believe I'm an evil person, nor did I.

Q. Even though you say, "Yes, but I'm actually evil sometimes"?

A. I mean, this is three parts of a conversation that I don't know the context of it is. It looks to me I am probably joking about it, but I don't know. I didn't actually believe I was evil.

Page 149

E. Kline

Q. Okay. But you referred to yourself as "actually evil sometimes," correct?

A. Yes. In a joking manner.

MS. PHILLIPS: That's a good stopping point. And it's about 1:43.

Mr. Kline, let's go on the record and let's take a quick lunch break if we can because I think everybody is on the East Coast. So can we do it quickly? Otherwise we're going to be here all day. So is 20 minutes sufficient for everyone?

THE WITNESS: I have a question.

MS. PHILLIPS: Hold on. Should we go off the record, Mr. Kline?

THE WITNESS: Yes.

THE VIDEOGRAPHER: This ends media Number 1 of Elliot Kline. The time is 1:43. We're going off the record.

Page 150

E. Kline

AFTERNOON SESSION

(Time noted: 2:11 p.m.)

*   *   *

ELLIOTT KLINE, resumed and

testified as follows:

THE VIDEOGRAPHER: This marks the

beginning of media No. 2 in the

deposition of Elliott Kline. The time

is 2:12. We are on the record.

EXAMINATION BY (Cont'd.)

MS. PHILLIPS:

Q. Mr. Kline, are you familiar with an event that took place in Charlottesville, Virginia, on May 13th, 2017?

A. Yes.

Q. Okay. Was this event known as "Charlottesville 1.0"?

A. Yes.

Q. And it was your idea to plan this event, correct?

A. It was several people's idea.

Q. Okay. But you pitched the idea to Richard Spencer over a bottle of

Page 151

E. Kline

whiskey, correct?

A. Yes, me and several others did.

Q. Okay. And you planned the event with Evan Thomas, correct?

A. There's a lot of different people that planned it, but, yes.

Q. But Evan Thomas was one of them, correct?

A. Yes.

Q. And Richard Spencer was one of them?

A. Yes.

Q. And Jason Kessler was one of them?

A. For the first one, kind of not really. He knew it was happening. He knew the day, whatever, but he wasn't really involved in the planning of the first one.

Q. Okay. And Nathan Damigo was involved in the planning on the first one, correct?

A. Yes.

Q. Okay. Was there anybody else involved in the planning for

Page 152

E. Kline

Charlottesville 1.0 that I haven't listed?

A. Not that I can remember. It was Identity Evropa focused, right, so it would have been people in that organization. I don't really remember a whole lot of people's names.

Q. What about Erika Alduino?

A. Yes, she was involved.

Q. And was the reason for Charlottesville 1.0 to protest the removal of the Lee statue?

A. Yes.

Q. And it was -- in your view, it was important to go to Charlottesville because the statue removal was an attack on whites, correct?

A. Yes.

Q. And you considered the removal of this the statute to be an ethnic cleansing of sorts, correct?

A. No. I thought it was -- I believe it was like the precursors to one.

Q. Okay. And did you get -- did you get other organizations other than Identity

Page 153

E. Kline

Evropa involved in Charlottesville 1.0?

A. I don't believe so. I think it was mostly or all Identity Evropa people.

Q. But what about attending?

A. I'm not sure. I don't remember. I don't know if it was an all Identity Evropa event for attending or if it was kind of like mixed people -- a mixed group attending. I know the majority of people were Identity Evropa.

Q. You're talking about the majority of people who attended were Identity Evropa?

A. Yes. For sure, I know that. But like I said, I don't know if it was an exclusive Identity Evropa-only event or not. I don't remember.

Q. Okay.

MS. PHILLIPS: Katie, can we put up Tab 79, please.

Katie, what exhibit is this? I'm sorry?

MS. CHENG: Exhibit 40.

MS. PHILLIPS: Exhibit 40. Thank

Page 154

E. Kline

you.  Appreciate it.

(Plaintiff's Exhibit 40, Discord

Post DM by Fashy Haircut#A9734, marked

for identification, as of this date.)

BY MS. PHILLIPS:

Q.  I'll just direct your attention,

Mr. Kline, to the Discord post by Fashy

Haircut from March 18th, 2018, that says,

"Should be big.  We are working with other

Alt-Right groups on this one."

Do you see that?

A.  Yes.

Q.  Okay.  And do you understand that

Fashy Haircut, that Discord handle was

Nathan Damigo?

A.  Yes.

Q.  Okay.  And this was a post made

by -- a number of posts, but among those

was his post made in the Alt-Right Events

Project server in the General channel,

correct?

A.  Yes.

Q.  Okay.  So does that refresh your

recollection, his post that he indicated

Page 155

E. Kline

that Identity Evropa was working with other

Alt-Right groups on this one?

A.  Yes.  I mean, he's saying that,

but I don't remember -- I don't remember

the details if they showed up or not.

Q.  Okay.  And you were great friends

with --

MS. PHILLIPS:  Katie, you can

take that down.  Thank you.

BY MS. PHILLIPS:

Q.  Mr. Kline, you were great friends

with folks from League of the South and

Vanguard America, and the Traditionalist

Worker Party, correct?

A.  I mean, at that time, no, not

really.  Not for a long -- I mean, I wasn't

really good friends with them until after

the Alt-Right.  I wasn't really good

friends with all those groups you listed; I

was just friendly with them.

Q.  Okay.

MS. PHILLIPS:  Katie, let's pull

up Tab 78, please.

This will be marked as

Page 156

E. Kline

Exhibit 41.

(Plaintiffs' Exhibit 41, Discord

Post DM with Caerulus Rex, who is Brian

Brathove, marked for identification, as

of this date.)

BY MS. PHILLIPS:

Q.  These are direct messages between

Caerulus Rex, who is Brian Brathove, and

yourself from April 22nd, 2017.

And you say, "Ah, all right.

Well, see if he is interested.  I would

love to have him and meet him as well.  I

mean, I am known as Eli Mosley of the Daily

Stormer, i.e., TRS, Counter-Currents, NPI

and great friends with League of the South,

Vanguard America, and TWP, so I would love

to have as many people there represented as

possible."

Do you see it?

A.  Yes, I see it.

Q.  Okay.  So you, at least as of

April of 2017 were great friends with

League of the South, Vanguard America and

TWP, correct?

Page 157

E. Kline

A.  Sort of.  I mean yes and no.  I

wasn't great friends with them.  It's not

really a good way to describe it.  I just

knew people in those organizations that I

can get ahold of if I need to.

MS. PHILLIPS:  Katie, you can

take down that exhibit.  Thank you.

And I'm sorry, Katie, was that --

that was Exhibit 40.  No, that was

Exhibit 41.  Excuse me.

BY MS. PHILLIPS:

Q.  And did you and the others that

you mentioned used Discord to plan and

organize Charlottesville 1.0?

A.  Yes.

Q.  Do you recall what servers or

channels you used to plan and organize

Charlottesville 1.0?

A.  Yes, it was mostly the Alt-Right

Projects Discord --

Q.  Okay.

A.  -- that you previously had seen.

Q.  Okay.  Did you -- go ahead.

A.  I was just going to say it was

Page 158

E. Kline

originally named, I think, Charlottesville, like, Rally, or whatever. And then it changed to that I think --

Q. Okay.

A. -- after the event.

Q. Did you also use the server called the Lee server for the Charlottesville 1.0?

A. Maybe that was -- maybe that was the original name of the server and then it swapped to that one, but I don't remember. Like, I don't -- it was Discord. I don't remember the detailed of how things like that worked out, whatever.

Q. Okay. And you attended Charlottesville 1.0, correct?

A. Yes.

Q. And Jason Kessler attended as well, correct?

A. Yes.

Q. And Mr. Richard Spencer attended, correct?

A. Yes.

Q. Okay. And Nathan Damigo

Page 159

E. Kline

attended, correct?

A. Yes.

Q. And Matt Heimbach attended, correct?

A. I believe so, but I'm not 100 percent sure.

Q. And Chris Cantwell attended, correct?

A. I don't think he went to the first one.

Q. You don't think he was at 1.0?

A. No, because I think the first time I met him was at the second one.

Q. Okay.

A. If my memory is right, I think that's how it went. I definitely remember meeting him for the first time after that, though, so I don't think he was there for the first one.

Q. Okay. Did you bring anything with you to Charlottesville 1.0?

A. Yeah, like banners and things like that.

Q. Okay. So you brought banners

Page 160

E. Kline

with you?

A. Yeah.

Q. What did the banner say?

A. I don't remember. Something about the statutes. Maybe "protect our heritage" or something like that, but I don't remember exactly what it said.

Q. How many banners did you bring with you?

A. I don't know. I just know that we brought them as a group. And I didn't even -- maybe I did make that one or help make that one. I'm not sure. I don't remember exactly what the banner said, but we brought with us banners. People dressed, you know, nicely, or whatever, and that's it. We didn't really bring -- and people brought flags, I think, but that was really it.

Q. Did they bring flag poles?

A. Yeah. I think some people may have brought like whatever you're allowed to use for flag poles for a demonstration. I don't remember exactly what it was.

Page 161

E. Kline

Q. What about tiki torches, did you bring a tiki torch with you?

A. On the first Charlottesville?

Q. To Charlottesville 1.0, yes.

A. I think those were brought and we picked them up there. I don't remember -- I didn't, like, buy one and bring it with me to Charlottesville, no.

Q. Okay. Do you know who purchased the tiki torches that you used at Charlottesville 1.0?

A. No. I think, like, basically people went to the store and bought out like 10, or whatever, and they brought them and handed them to people around them, yeah, I think.

Q. But my question is, you don't remember who gave you yours?

A. No, no.

Q. And was a torch march in Lee Park as part of Charlottesville 1.0, correct?

A. Yes, that night.

Q. Okay. And you participated in that torch march, correct?

Page 162

E. Kline

A. Yes.

Q. Okay. And you're aware that torch marches were something that the Nazi party did in Germany in the 1930s, correct?

A. Torch marches have been a thing not just that the Nazis did. That is kind of silly.

The whole thing was like -- the whole thing was done in the sort of a way where -- we're sang like a -- like sang songs and stuff. It was a -- not like a funeral but kind of like this statute is going to die, or whatever, and no one is going to care kind of thing. It wasn't -- it wasn't, like, to intimidate or anything like that.

Q. Well, I'm going to move to strike that answer because my question was: Do you understand that torches and fire evoke Nazi Germany?

A. No, they don't. They mean many things.

Q. Okay. Do you understand how a Jewish person seeing the torch march by a

Page 163

E. Kline

group of white nationalists could understand that march to evoke and that fire to evoke Nazi Germany?

A. No, I don't.

Q. Okay. Do you -- were you aware that torch marches in the United States have been used by the KKK?

A. No. I'm not familiar with the KKK, like the KKK's history or anything like that.

Q. Okay. Do you know whose idea it was to have the torch march?

A. No, I don't. I don't remember.

Q. Okay. If I represented to you that -- well, strike that.

MS. PHILLIPS: Katie, let's show Tab 83, please. And I want to look specifically to page 21.

This is being marked as Exhibit 42.

(Plaintiffs' Exhibit 42, Defendant Spencer's Objection and Answers to Plaintiffs' Second Set of Interrogatories to all individual

Page 164

E. Kline

Defendants, marked for identification, as of this date.)

MS. PHILLIPS: These are defendant -- sorry, Katie, can you go up one more time and then I'll ask you to come down to page 22. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, these are defendant Richard Spencer's objections and answers to plaintiff's Second Set of Interrogatories in this case Sines versus Kessler.

MS. PHILLIPS: Go down to page 21, please, Katie.

And, Katie, go up just a teeny bit. I just want to see -- so there.

BY MS. PHILLIPS:

Q. The primary notation in the middle of that page, Mr. Kline, says "Slack direct messages."

Do you see that?

A. Yes.

Q. Okay. And underneath that in italics, it says "Group messages with Nathan Damigo, Eli Mosley, and Evan Thomas,

Page 165

E. Kline

paren, Evan Anderson."

Do you see that?

A. Yes.

Q. And if you go down to April 4, underneath that list, it says, "Damigo posts a link to YouTube video of a torch march in Germany and says that the group should organize something like that."

Do you see that?

A. Yes.

Q. Okay. Does that refresh your recollection that Nathan Damigo had the idea for the torch march?

A. Yeah, maybe he did, yeah.

Q. Okay. And you were on Slack direct messages with this group of people, correct?

A. Yes.

Q. Do you know if you produced any Slack messages to the plaintiffs in this case?

A. Yeah, I totally forgot that we even had a Slack because it got shut down shortly after this or I got kicked out of

E. Kline

it or something, I don't remember. But, no, but the Slack owner was Richard, so any kind of Slack information would be him -- through him.

Q. Well, but you obviously had access to it, correct?

A. Right, but I was removed from it at some point. I don't remember exactly when, but I was removed from it.

Q. Do you still have access to your Slack messages today?

A. No.

Q. When were you removed from Slack?

A. I'm not sure. It was around the same time I was banned from pretty much everything. Right after Unite the Right.

Q. And did you do anything to preserve your Slack messages?

A. I didn't even remember that I was part of this Slack. They're hosted on that person's server, whatever. So I was removed, so I have no way of getting back into that server.

Q. Okay. But my question was: Did

E. Kline

you do anything to preserve the Slack messages that you received from others?

A. The messages are on the server, so how would I do that?

Q. I'm asking you if you -- when you received messages, did you do anything to preserve the Slack messages that you received?

A. No. That's not possible.

Q. Okay. Was there an after-party after Charlottesville 1.0?

MS. PHILLIPS: You can take that down, Katie. Thank you.

A. Yes.

Q. Okay. And did you attend that after-party?

A. Yes.

Q. Okay. And you wrote a Daily Stormer article about Charlottesville 1.0, correct?

A. Yes.

Q. Okay.

MS. PHILLIPS: And, Katie, let's pull up Tab 86, which is that Daily

E. Kline

Stormer article.

And this will be marked as Exhibit 43, Mr. Kline.

(Plaintiffs' Exhibit 43, Daily Storm Article dated 5/16/17 entitled, "Charlottesville Ground Report: Nazi Occultists Resurrect Spirit of Confederacy," marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And do you see that picture at the top of the Daily Stormer article?

A. Yes.

Q. Is that a representation of the torch march from Charlottesville 1.0?

A. I believe so, yes.

Q. And I'm reading from the second -- sorry, I'll read from the first paragraph.

"On Saturday afternoon, a large group of over 200 pro-white activists took to marching on Jackson Park in Charlottesville in what was ostensively a protest against the local kikes and

E. Kline

nigroids attempting to destroy Confederate monuments. As a Daily Stormer correspondent who was live on the ground for this momentous occasion, I can give you some insight into the true objectives of the event."

A. Yes.

Q. Okay. And you were referring to yourself being on the ground at Charlottesville 1.0, correct?

A. Yes.

Q. Okay.

MS. PHILLIPS: And can you -- Katie, I want to go down a little bit. Thank you. I'd like to go down --

BY MS. PHILLIPS:

Q. Is that a photo of Richard Spencer, by the way, Mr. Kline?

A. Yes.

MS. PHILLIPS: Can you please keep going down, Katie? Sorry. I'm looking to the section that says "As Night Fell."

There we go.

Page 170

E. Kline

BY MS. PHILLIPS:

Q. "As night fell, the grand wizards of white power called upon their acolytes to commence the ritual, which was a right designed to resurrect the life force of the greatest heroes of the white race: General Robert E. Lee. The 200-plus honorable whites marched to the base of the statute as they carried torches reminiscent of the Third Reich while intoning glorious and secret maximums in the archaic language of their Nordic fathers."

So does this article refresh your recollection that at the time, you did understand that torches were in fact reminiscent of the Third Reich in Nazi Germany?

A. I mean, this whole article is like the most -- like this is like a very satirical article. The whole thing is intended to be over the top satire. Just from the title all the way through it, the whole thing is a satirical comedy article. It's not meant to be factual or anything

Page 171

E. Kline

like that.

As far as, you know, did I think this is, oh, this is a good thing I think we should do because it's what they did in Germany, or whatever, that's not --

Q. No. Mr. Kline, I'm going to interrupt you and strike all of that from the record. It's not responsive to my question, which was: There is a clear reference here to an understanding of the author, you, that the torches carried were reminiscent of the Third Reich. And that is all I'm asking you is, was it your understanding at the time that you did understand that torches like this were in fact reminiscent of the Third Reich?

A. No.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, what is white sharia?

A. It's like a -- it's a joke about adopting like Muslim sharia law for white

Page 172

E. Kline

people, basically.

Q. And what is sharia law?

A. It's like a strict, a strict kind of code, or whatever, a legal code that they use in Islam in many countries. Not all, but in some countries.

Q. Okay. And you were doxxed shortly after Charlottesville 1.0, correct?

A. Yes.

Q. Did you want to be doxxed?

A. Not really, no.

Q. Okay. But you didn't think it was a big deal, right?

A. No, it was a pretty big deal. Even if I said it wasn't, it was.

Q. Okay.

MS. PHILLIPS: Katie, let's go to Tab 87.

These are being marked as Exhibit 44 to the deposition.

(Plaintiffs' Exhibit 44, Chat record with Balabon, Bates-stamped EK00004838 marked for identification, as of this date.)

Page 173

E. Kline

BY MS. PHILLIPS:

Q. These are text messages dated June 19th, 2017, between yourself and someone called Balabon, B-a-l-a-b-o-n, with the number 512-808-3143.

Do you see that?

A. Yes.

MS. PHILLIPS: And can you scroll down, Katie, a little bit?

BY MS. PHILLIPS:

Q. Okay. The substance of the text is, "I essentially wanted to be doxxed from day one to help remove the chilling effect it causes. The fact that it basically took eight months while I was at and doing everything should show people it's not a big deal. Also we are going to hit critical mass of normalization within the next year or so where people don't care. I'm going to get Spencer in two to three schools a month next year and that will do wonders. I also want to get more people speaking at his things too."

Do you see that?

Page 174

E. Kline

A.  Yes.

Q.  Who is Balabon?

A.  I don't remember who that is.

Q.  Do you recognize the phone number?

A.  No.

Q.  But here, you did say, "I wanted to be doxxed," correct?

A.  Yeah.  I mean, what I said to him is one thing, but in all honestly, I didn't want to be doxxed.

Q.  Okay.  And you also said to him "it's not a big deal."

Do you see that?

A.  Yes.

Q.  Okay.  But your testimony is it was, in fact, a big deal?

A.  I mean, it affected my family and my relationships.  Yes, it was a big deal.

Q.  Okay.  And you tried to get the Daily Stormer, and in particular Andrew Auernheimer, to remove your byline from the Daily Stormer articles you wrote, correct?

A.  Maybe I did that.  I don't

Page 175

E. Kline

remember.  Yeah, I guess I did.  I just don't remember when or why.

Q.  Okay.  Let's see if we can refresh your recollection.

MS. PHILLIPS:  Katie, let's go to Tab 88.

This will be marked as Exhibit 45.

(Plaintiffs' Exhibit 45, Discord Post DM with Andrew Auernheimer, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q.  This is a Discord DM between you and Andrew Auernheimer.  This is June 1st, 2017.

You say, "Yo, dude, huge," in all caps, "emergency.  I just got doxxed and they are using my DS articles.  Can you try to get my articles on DS edited ASAP with a different name for the author?  IDC what the name is right now, I just don't want my work to link them all to me right now if it can be helped.  It's just a temporary thing for now."

Page 176

E. Kline

Do you see that?

A.  Yes.

Q.  Okay.  So does this refresh your recollection that you asked Andrew Auernheimer to remove your byline from the Daily Stormer article you wrote?

A.  Yes.

Q.  And the reason was because you got doxxed?

A.  Yes.

Q.  Okay.

MS. PHILLIPS:  You can take that down, Katie.  Thank you.

BY MS. PHILLIPS:

Q.  When you were planning events for the Alt-Right, did you use -- was your primary method of communication Discord?

A.  Yes.

Q.  And did you use Discord to plan those events in order to keep discussions secret?

A.  I mean, that wasn't the reason we used Discord.  Discord was very bad for keeping private stuff private.  We used it

Page 177

E. Kline

because that's what everybody used.

Q.  Okay.  Were you able to vet who could access the communications on Discord?

A.  I mean, you could, but not really effectively.  You could try, but it was like trying to catch, you know, rain with a net or something.  It was very hard.

Q.  Okay.  Well, did you try to vet the people who accessed Discord?

A.  Yes, on the servers that I was trying to vet people for, yes.

Q.  Okay.  And how did you vet those people?

A.  Generally if somebody else that was already -- that I already knew vouched for them was one way.  Just talking to them.  I don't really know specifics of what I -- what we did to vet people.

Q.  Okay.

A.  I don't remember exactly what we did.

Q.  Okay.  And when you say "we," who are you talking about besides yourself?

A.  Anyone who was on a Discord

Page 178

E. Kline

server vetting people for whatever it was for, or whatever.

Q. So you know you vetted people. You don't remember what you did to vet people?

A. Yeah. I think mostly when I was to, quote/unquote, vet somebody, it was mostly somebody else saying, hey, this person is cool; I know them.

Q. Did you have the authority to kick people off of Discord?

A. I mean, on some servers, yes. On some, no.

Q. Okay.

A. On most, no. It depends on what the server was.

Q. Okay. And did you exercise that right to kick people off of Discord --

A. Not frequently.

Q. -- off the servers?

A. Not frequently, no. Because, I mean, if I was, like, a moderator or like had the ability to kick someone off a server, that doesn't necessarily mean like

Page 179

E. Kline

that's what I did all the time. There was usually other people that were meant to do that or did that, and I would just have that role also whenever kind of thing in the Discord, if that makes sense.

Q. Yup.

And you kicked Erika Alduino off of the Charlottesville 2.0 server, correct?

A. I'm not sure I did.

Q. Well, you removed her privileges from the Charlottesville 2.0 server, correct?

A. Yes. I did remove -- yes, I removed some of her privileges from it, yes.

Q. Okay. And that was because people were freaking out over her not wanting guys to go to Charlottesville with the mindset to fight, correct?

A. No, that's not why.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 96, please.

(Plaintiff's Exhibit 46, Discord

Page 180

E. Kline

Post DM with Erika#9709, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. While we're waiting for Katie to pull that up, Mr. Kline, I just wanted to be clear, with the previous Daily Stormer article that we saw, you were the author of that article, correct?

A. Yes, but it was heavily edited just --

Q. Heavily edited by whom?

A. Somebody that, you know, did the Daily Stormer thing. That was my first article I ever sent to them, and I remember I sent it in and it was edited so heavily, it was barely the same article. Like the basic barebones was the same, but like the colorful language was all changed, I believe.

Q. Well, you also wrote a Daily Stormer article in the wake of the Philadelphia rally, correct?

A. Yes.

Q. Okay. And you understand the

Page 181

E. Kline

Philadelphia rally happened before Charlottesville 1.0, right?

A. Oh, okay. So, yeah, that was the first one. But that was also had heavily edited too, so, yeah, they were both heavily edited.

Q. Okay.

A. I wrote three articles in total for them. And I would send them in to I think Weev, maybe somebody else, and then they would edit them quite a bit. I don't know who edited them, but, yes.

Q. Okay. And this is a -- we're looking at Exhibit 46 now. And this is a direct message on Discord between yourself and Erika with a K, who is Erika Alduino.

Do you see that?

A. Yes.

Q. And this is dated July 18th, 2017. And she says, "To be fair, what just happened in Antifa watch didn't involve VA members. It didn't even involve other organizations. And other individuals were freaking out over me not wanting guys to

Page 182

E. Kline

Cville with the mindset to fight. That's literally why they sperged out."

Do you see that?

A. Yes, I see that.

Q. Okay. So in her mind, people were freaking out over her not want guys to go to Cville with the mindset to fight, correct?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, you set up the Alt-Right server on Discord, correct?

A. I'm not sure. I don't know. The name Alt-Right server, whatever, I don't know, does that mean the alt-right.com one?

Q. No, called -- I think called Alt-Right Leaders server.

A. Yes, I believe so.

Q. Okay. And Mr. Kline, you used -- in 2017 you used Google Voice numbers, correct?

Page 183

E. Kline

A. Yes, I think so.

Q. Okay. Did you use Google Voice numbers to keep your real phone number private or a secret?

A. I think sometimes I shared like a Google Voice number, and sometimes I shared my number. I don't know if it -- I don't think it was necessarily always to keep it secret, or whatever. Sometimes it was just to have things separated, or whatever.

Q. Okay. And you used burner phones as well during this time period, correct?

A. I mean, yes and no. Not really. I mean to do Alt-Right stuff, no. I said I did, but I didn't really. I mostly used that 610-406-2229 number and then I would tell people when I gave them my Google Voice number, I would say, oh, that's a burner phone. But it was just Google Voice, if that makes sense.

Q. Okay.

MS. PHILLIPS: Katie, can we see Tab 305, please?

A. Yeah, this is a Google --

Page 184

E. Kline

Q. This is Exhibit 47.

(Plaintiffs' Exhibit 47, Discord Post DM with Wyatt, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And this is a DM between yourself and Wyatt. And Wyatt is giving you a number 540-579-2313 and he asks if that's your number, right?

And you say, "Well, the burner number, yes."

Do you see that?

A. Yes.

Q. And is it your testimony that that 540 number was a Google Voice number?

A. I mean during -- in August, for example, I didn't have a burner phone. I just had my phone, right? So that number I believe is the Google number that I shared with people.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, what is Antifa?

Page 185

E. Kline

A. It's a group of violent communist domestic terrorists who want to overthrow the U.S. government in order to, you know, have their political ideology enforced on some people.

Q. And what is their political ideology?

A. I would -- I mean, different flavors, different brands of communism or anarcho-communism.

Q. Okay. And does Antifa stand for the anti-fascist?

A. Yes. It comes from the Italian word for it. I think it's anti-fascista or something like that, but they get their name from Italian.

Q. Okay. Are there specific groups that you label as Antifa?

A. I mean, not now, but back then, yeah. There was groups that I would say were Antifa groups, yes.

Q. Okay. Were what groups are those?

A. Oh, man, there's so many. There

Page 186

E. Kline

was a lot of them. They had weird names or -- I'm trying to think of what they were called. I can't -- I can't really remember what their actual -- like what their names were. If you showed me one or two of them, I can say, yeah, that was one or not. But I don't really remember their specific names.

Q. Okay. Do you consider Black Lives Matter to be an Antifa group?

A. I would say it's an Antifa adjacent group. They work with Antifa.

Q. What does that mean to be Antifa adjacent?

A. That means they work really closely with each other, have very similar goals.

Q. What is your understanding of the goals for Black Lives Matter?

A. The goals of Black Lives Matter is right on their website. It says they would like to have no immigration laws. They would like reparations for African-Americans. They would like no

Page 187

E. Kline

police or no criminal justice system at all in some cases. And they would like to retry, you know, African-Americans who are in jail right now.

They have a lot of -- you know, they have a list of demands, but that's some of them that I know off the top of my head.

Q. Is it fair to say that Antifa are supporters of racial and religious minorities?

A. No, I don't think so, no.

Q. No, you don't believe that Antifa are supporters of racial and religious minorities?

A. I do not believe that, no.

Q. Why not?

A. Because I think it's mostly white kids who pretend that they can -- that they are doing that, when in reality a lot of times are hurting them.

You can see what's going on right now, you know, the past couple months, whatever, and you can kind of see that

Page 188

E. Kline

going on where people outside of a city, you know, put on Antifa stuff, go in, loot or riot, you know, a local place where they don't even live at. So I don't think they help minorities, no.

Q. Well, that wasn't my question whether they helped minorities.

Is it fair to say that Antifa support racial and religious minorities?

A. No, I don't think looting a store of a minority business owner is in fact supporting them.

Q. And why is it your view that it was an Antifa person who looted the store of a minority-owned business?

A. I'm talking about Antifa, what they're doing right now, like what they've been doing in the last couple of months. This is -- you can see this. I don't know what you mean.

Q. I'm asking you, how is it that you are able, why -- strike that.

How are you -- how do you know who is an Antifa?

Page 189

E. Kline

A. Because they're wearing the black bloc uniform in a riot. They're generally members of a black bloc Antifa, whatever.

Q. So the only way you know someone is an Antifa is if they are in a black bloc uniform?

A. If I have no other way of knowing, sure. But I mean --

Q. Well, that is my question. How do you know? You identified the uniform as the way you know.

A. Yes. In the case of seeing somebody loot a building, yeah, it's an Antifa member if they're wearing the Antifa uniform with a bunch of other people who are all carrying Antifa flags and things like that. Yeah, they're from Antifa.

Q. Okay. And what are Antifa flags?

A. The red and black. It's got three arrows pointing down.

There is a bunch. There's one for local groups. There's a bunch of different types of Antifa, like, logos and things like that.

Page 190

E. Kline

Q. It's one flag or you're saying there are multiple flags?

A. There's multiple different, you know, ones that they use.

Q. Okay. Are there specific people that you can identify as Antifa?

A. Not that I remember their names, no.

Q. And were you aware of specific threats from Antifa prior to United the Right?

A. Yes.

Q. Okay. And what were those threats?

A. There were a list of people that we had got -- that were threatening the event in general. And I had sent that to Brian Brathove and he had forwarded that to the police.

Q. Okay. Who was on the list?

A. I don't remember any of their names.

Q. Okay. And what threats -- where did you find their threats?

Page 191

E. Kline

A. Mostly on social media online. On their personal public social media accounts, they would make threats.

Q. Okay. And Mr. Brathove did not attend the UTR, correct?

A. No, but he was -- he was in contact with the police for, like, leading up to it and stuff like that.

Q. Were you also in contact with the police leading up to Unite the Right?

A. Not as much as him, but, yes.

Q. How do you know that he was in touch with police?

A. He and I talked about it.

Q. He represented to you that he was in touch with police?

A. Yes. Yes.

Q. But, again, he didn't actually attend, correct?

A. Correct.

Q. Do you agree that Black Lives Matter is to support racial minorities?

A. No. It's a racial supremacy group.

Page 192

E. Kline

Q. Okay. Do you agree that their stated purpose is to support racial minorities?

A. Their stated purpose is a racial supremacy group. The leader of Black Lives Matter Chicago quite literally just said that not even two days ago.

Q. Okay. So you disagree that Black Lives Matter, one of its goals is to support racial minorities? That is your testimony?

A. My testimony is that Black Lives Matter is a racial supremacy group.

Q. That's fine, but I'm asking you to answer my question, which is whether you agree that Black Lives Matter, its stated purpose is to support racial minorities?

A. That is not its stated purpose, no.

Q. Okay. And what about Antifa, we talked about this before, but do you agree at least that Antifa's -- one of Antifa's stated purposes is to support racial and religious minorities?

Page 193

E. Kline

A. No, I do not believe that that's one of their goals.

Q. Again, a stated goal. No, you don't believe that?

A. No.

Q. Okay. And so I want to go back to the threats now. So is it fair to say that you did not tell law enforcement about the threats of which you were aware, correct?

A. No. The only time I had a conversation like that is a -- one of the police that I spoke to, I can't remember exactly who they were, it was about a month or two, maybe, before Unite the Right had asked me if we knew any threats or like that. And I told him, "I'm getting the list to Brian and he'll talk to you about it or he'll go over it with you." And that was the most I personally dealt with the police as far as threats go.

Q. Okay. And who was that officer?

A. I don't remember his name. He

Page 194

E. Kline
was a detective, actually. I do remember it was a detective was his rank. I don't remember what his name was.

Q. Do you have his contact information?

A. No, I don't. It would be in that phone that I had already sent to you guys, but I don't -- he might have talked -- only had talked once, and it was very brief, maybe 15 minutes or so, and then he talked to Brian.

Q. Well, that's what Brian told you, correct?

A. Correct.

Q. Okay. You said you spoke with this police officer, the detective, for about 15 minutes, correct?

A. Yes.

Q. Did he call you or did you call him?

A. I do not remember.

Q. All right. I want you to about your communications with some of the other organizers of Unite the Right.

Page 195

E. Kline
Is it fair to say in 2017 that you knew everyone in the Alt-Right?

A. Not everyone but I knew a lot of people, yes.

Q. Okay. Is it fair to say in 2017 you had the contact info for everyone in the Alt-Right?

A. Not everyone again, but I knew a lot of people and knew how to get in touch with people, yeah.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 99, please.

(Plaintiff's Exhibit 48, Discord Post DM with TheBigKK#8089, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a direct message on Discord between yourself and someone with the handle TheBigKK#8089 from July 28th, 2017.

Do you see that?

A. Yes.

Q. You are saying, "I have the

Page 196

E. Kline
contact info for everyone in the Alt-Right."

Do you see that?

A. Yes.

Q. All right. Who is The Big KK?

A. I don't remember who that is.

Q. You don't know that person's real name?

A. No.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

That is Exhibit 48 to the deposition.

BY MS. PHILLIPS:

Q. And in terms of your knowledge of folks in the Alt-Right and contact information for everyone in the Alt-Right, that included lawyers for the Alt-Right, correct?

A. I knew somebody who knew lawyers. And it was Evan Thomas. I'm sorry, Evan McLaren. Wait. Which one is which? Hold on. I'm trying to remember which one is

Page 197

E. Kline
which.

It was Evan McLaren.

Q. Okay. At that time in 2017, other Alt-Right organizations listened to you because you were a de facto high ranking, correct?

A. No, they listened to me because I was part of the people who put together the first one, and I was part of the group that was putting together the second one. It wasn't because I was high ranking or anything like that. There was no ranks between groups or anything.

Q. And you were invited -- in 2017 you were invited to join a few of the different Alt-Right organizations, correct?

A. No -- I don't really understand the question.

Q. Okay. You were invited to the inner circle of the Alt-Knights by Carl Chapman, correct?

A. I think maybe, but it was just to communicate with him and some of his people. But I don't remember exactly what

Page 198

E. Kline

the deal was.

Q. Okay. Communicate with him and some of his people about what?

A. About maybe coming to the rally that he ended up not coming to.

Q. Okay. When did you first meet Jason Kessler?

A. At the rally for -- the antiwar rally in front of the White House.

Q. When was that?

A. The day after, a couple days after Trump bombed Syria. I don't know the date, but that's when it was.

Q. Was that around April 2017?

A. Yes, somewhere around there.

Q. Okay. Did you speak with Mr. Kessler during the Syrian strike rally?

A. Yes.

Q. Okay. Did you exchange phone numbers at the time?

A. Yes.

Q. Okay. And when did you first discuss the idea of Unite the Right with Mr. Kessler?

Page 199

E. Kline

A. I think it was that night we talked about it maybe a little bit briefly. And then sometime after that.

MS. PHILLIPS: Katie, can we show Tab 105, please?

This is Exhibit 49.

Can you scroll up, please, Katie?

(Plaintiffs' Exhibit 49, Chat record with Kessler, Bates-stamped EK00009660, marked for identification, As of this date.)

BY MS. PHILLIPS:

Q. This is a text message between you and Mr. Kessler.

Do you see that?

A. Yes.

Q. This is a June 5th, 2017, text message?

A. Um-hmm.

Q. And you write to him, "You and I should get used to speaking daily now. Now that this is my full-time job, I'll be much more available to you."

Do you see that?

Page 200

E. Kline

A. Yes.

MS. PHILLIPS: Katie, can you scroll down, please? Thank you.

BY MS. PHILLIPS:

Q. And you were referring to planning Unite the Right, correct?

A. Yeah.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down.

BY MS. PHILLIPS:

Q. So you agreed with Mr. Kessler to plan Unite the Right with him, correct?

A. Yes.

Q. And you exchanged text messages obviously with Mr. Kessler about Unite the Right, correct?

A. Yes.

Q. And you spoke with Mr. Kessler on the phone about Unite the Right, correct?

A. Yes.

Q. Is it fair to say you spoke with Mr. Kessler nearly every day in the summer of 2017?

Page 201

E. Kline

A. Not every day, maybe four or five times a week, though.

Q. Multiple times a week, that's fair?

A. Yeah, that's fair.

Q. And did you see Mr. Kessler at Unite the Right?

A. The first one?

Q. No. I -- strike that.

Did you see Mr. Kessler at Unite the Right? So I'm talking about Charlottesville 2.0 --

(Crosstalk.)

A. Yes.

Q. I'll repeat the question. The question was: Did you see Mr. Kessler at Unite the Right?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 107, please.

This will be marked as Exhibit 50.

(Plaintiffs' Exhibit 50, Photo,

Page 202

E. Kline

marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And is that, Mr. Kline, a photograph of you speaking to Mr. Kessler at Unite the Right?

A. Yes.

Q. Okay. Thank you.

MS. PHILLIPS: Katie, you can take that down.

BY MS. PHILLIPS:

Q. Mr. Kline, is it fair to say that you and Mr. Kessler discussed your views regarding Jewish people in 2017?

A. Maybe a little bit. Him and I didn't talk politics too much, I don't think. Overall, it was more a focus on getting the planning and stuff like that done.

Q. Is it fair to say that you shared the same views as Mr. Kessler regarding Jewish people in 2017?

A. No. Him and I had very different views, I would say.

Page 203

E. Kline

Q. How were your views different?

A. He didn't seem to care too much about -- I don't really know how to describe it. He had a different focus than the rest of us, I would say. He really want to focus locally, and we were kind of looking at the national picture, I guess you could say. So we were kind of focused on, you know, other areas, and he really wanted to focus on Charlottesville, if that makes sense.

Q. Is it fair to say that you shared with Mr. Kessler your views about black people in 2017?

A. No. I think that he had a very -- I mean, maybe him and I had similar views on black people, yes, actually.

Q. Okay.

A. It's hard to recollect what my views were then, you know what I mean, what my views were then with somebody else, kind of thing --

Q. Okay.

A. -- someone else's views were.

Page 204

E. Kline

MS. PHILLIPS: Katie, can we pull up Tab 110, please?

BY MS. PHILLIPS:

Q. Mr. Kline, did you have the same goals for Unite the Right that Mr. Kessler did?

A. I'm not sure. Probably not, no. I don't think so.

(Plaintiffs' Exhibit 51, Discord Post in The Alt-Right Events Project by Mad Dimension, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Okay. Do you see Exhibit 51, a Discord post in The Alt-Right Events Project by Mad Dimension? The date is June 5th --

A. One moment. Sorry. One moment, please. I just got another call. I have to go back on the video thing. Okay. I'm back in. Sorry.

Q. It's okay. I'll repeat. This is Exhibit 51. It is a post by Mad Dimension on June 5th, 2017, in The

Page 205

E. Kline

Alt-Right Events Project server in the General channel. Do you see that?

A. Yes.

Q. And do you understand that Mad Dimension is Jason Kessler's Discord handle?

A. Yes.

Q. Okay. And do you see he says, "This event is going to be more like Battle of Berkeley 2"? Do you see that?

A. Yes.

Q. Did you agree that Charlottesville -- or, excuse me, that UTR was going to be more like Battle of Berkeley 2?

A. No.

Q. Excuse me. Sorry.

A. No, I was -- I was advocating for the deescalation -- as much deescalation as possible. We had a meeting the night or a couple of nights before, I guess, that got leaked, or whatever, the audio got leaked.

Page 206

E. Kline
And him and I are even in there and I'm saying, you know, this needs to be a non-violent event kind of thing.
So I did not -- I did not subscribe to the idea that this should be some sort of Battle of Berkeley 2.
Q. But Mr. Kessler did believe that it should be Battle of Berkeley 2?
A. I don't want to speak for what he believed. I mean, what he said here is what he said. I'm not sure what the context is.
Q. Okay.
A. But I don't know what he believes.
Q. In the meeting that you referred to, what meeting was that? Was that a Discord meeting?
A. Yeah, we had a Discord call a couple nights before the rally and the audio was leaked on, I believe, Unicorn Riot website. I think that's where I saw it when it first posted.
And, yeah, in that call, that's

Page 207

E. Kline
what I'm saying. I was very clear. I think I even -- I might have said this is not going to be another -- this is not going to be another Berkeley kind of thing.
Q. Okay.
A. Because him saying that in that chat, that's not something I would have said, or that's not something I agreed with, or whatever. Like I said, I wasn't trying to make it like that at all.
Q. Other than this Discord call where the audio was leaked, is there any other place that you can point to where you articulated the view that people should be deescalating at UTR?
A. I mean, it's in the Discord conversation. I have to kind of go through and see. But I'm consistently kind of trying to get people to relax kind of thing because people were like kind of really excited, really hyped up for it, or whatever, and...
Q. Do -- you agree that you saw people posting about violence in the

Page 208

E. Kline
Discord, correct?
A. Not really violence. They were just -- they were -- they wanted to be prepared for violence against them, if that makes sense. So people would say, "Oh, I'm bringing a helmet. I just bought this new helmet." And it was because they wanted to protect their head from getting hit, kind of thing.
Q. And -- sorry, are you done?
A. Yes.
Q. And it's your testimony that you made posts in the Discord about non-violence?
A. Posts in the Discord, yes. But I also said it on multiple podcasts leading up to the event as well as that leadership meeting.
Q. Okay. Let's talk about posts in the Discord.
Can you identify a single post in the Discord where you advocated for non-violence, a single one, just one.
A. I mean, I don't have access to

Page 209

E. Kline
these Discord messages. I'd have to go through and look through them.
Q. They were all produced in this case.
A. Okay. I'd have to go back through and look through them.
Q. Okay. But as you sit here right now, you cannot identify a single post that you made in the lead up to UTR advocating for nonviolence; is that right?
A. Other than the audio calls that were leaked, no.
Q. Well, let's be clear. It was one audio call, correct?
A. Well, there is an audio -- yes, there is one audio call that was leaked and then the podcast as well leading up to Unite the Right.
Q. Okay. And is it your testimony that the call that was leaked happened a couple of days before Unite the Right?
A. Yes.
Q. And by that point, you knew the Discord had been compromised, correct?

Page 210

E. Kline

A.  I suspected, yeah.

Q.  Okay.  When did you --

A.  Oh, I should --

Q.  -- strike that.

When was the last time you spoke with Mr. Kessler?

A.  A long time.  I'm not even sure.  I don't know, years ago, two years ago?  I don't know.

But just to clarify my last point, I knew it was compromised but only the general chat.  I did not know that the, like, leadership chat or leadership call was compromised.  Does that makes sense?  There's like different sections of a Discord server, and I kind of figured that the general population was compromised but not the leadership call.

Q.  You're talking about the server itself was compromised, correct?

A.  I knew that the -- well, the servers are like partitioned in different sections, so there is like a general section and there's like a leader section.

Page 211

E. Kline

So I figured the general section was compromised, but the leader section that ended up leaking, I did not know it was compromised until after.

Q.  Let's be clear.

So there are servers and then there are channels within servers, correct?

A.  Yes.

Q.  And if you are in a server, you can join -- if you've been admitted into a server, you can join any channel within the server, correct?

A.  No.

Q.  You have to be individually invited to each channel, that's your testimony?

A.  You have to be given a role and that role has to be attached to whichever server -- or, sorry, whichever channel.

So, you know, you might have ten channels, right?  And, you know, one of the channels is -- or one of the roles is like new person, and they can only see New Person channel, right?

Page 212

E. Kline

And there is a leadership role and they can see New Person channel and they can see Leadership channel.

So what I'm saying is, I knew that the -- or I figured or suspected that the general, the general one was compromised but not the leadership role was compromised.

Q.  I see.  Okay.

So when was the last time you spoke with Mr. Kessler?  You said two years ago, do you think?

A.  Yes.  Something like that.  Yeah.  Maybe even longer.  It's been a very long time since I've spoken with him.

Q.  Okay.  And what about communication of any kind, text message, DM, anything?

A.  No, it's been a while.  It's been a long time.  I don't even remember the last time I spoke with him or messaged him or anything like that.

Q.  Okay.  So would you say it was -- the last time was in 2018?

Page 213

E. Kline

A.  Yeah, I would say probably 2018.

Q.  Okay.  When did you first meet Nathan Damigo?

A.  Shortly after -- there is a really bad glare now.  Shortly after -- maybe January of 2017, somewhere around that time.

Q.  Okay.  And where were you when you met him?

A.  New York City.

Q.  And were you at an Alt-Right rally in New York City?

A.  Yes.  It was a banner event.

Q.  I'm sorry?

A.  We put a banner up as a protest.

Q.  Were you protesting?

A.  I don't remember the specific details of that one.  I just know I met him at a protest, a banner protest.

Q.  And were you a member of IE at the time?

A.  Yes.

Q.  And did you know who he was before you met him?

Page 214

E. Kline

A.  Yes.

Q.  And did you go with the purpose of meeting Mr. Damigo?

A.  No.  I went to do, you know, the protest, the banner, whatever, and him being there was kind of an extra thing.

Q.  Okay.  When did you first discuss the idea of Unite the Right with Mr. Damigo?

A.  I'm not sure.  I think that the -- we had discussed it with Jason Kessler and then we brought it and talked about it with me, Nathan and Richard, I think, maybe a couple other people and talked about the idea.  I don't remember exactly when that was or anything like that, though.

Q.  Okay.  Can you estimate maybe June 2017?  Earlier?  Later?

A.  I don't want to -- it would have been after, sometime after the first one, right?  So sometime after the first one and like shortly after that.

Q.  Okay.

A.  Maybe three weeks to two months,

Page 215

E. Kline

somewhere in that window maybe after the first one.

Q.  Okay.  And you texted with Mr. Damigo about UTR, correct?

A.  Yes.

Q.  And you spoke on the phone with Mr. Damigo about UTR, correct?

A.  Yes.

Q.  Okay.  And you spoke to Mr. Damigo about UTR multiple times through the spring and summer of 2017, correct?

A.  Yes.

Q.  And you also exchanged Slack messages with Mr. Damigo, correct?

A.  Yes, but like I said, I was removed from that Slack at some point.  I'm not sure exactly when, though.  It was sometime before Unite the Right, I think, but I'm not entirely sure.

Q.  Okay.  You and Mr. Damigo agreed to encourage IE members to attend UTR, correct?

A.  Yes.

Q.  Okay.  And did you see Mr. Damigo

Page 216

E. Kline

at UTR?

A.  Yes.

Q.  Where did you -- did you meet up with Mr. Damigo at UTR?

A.  Yes.

Q.  Where were you when you met up with him?

A.  I think the first time I saw him he was just unpacking his car in a parking lot like where he was staying, I think.  I don't remember exactly the details, when, or whatever.

Q.  And then did you meet up with him the event itself?

A.  I don't -- the speakers came in much later than I did at the actual event, so they were -- I think they were -- I don't know -- the actual day of, I don't think I saw him until he got on the ground or until he got to the statue.

Q.  And when you say "until he got on the ground," do you mean until he got to what we'll call Emancipation Park?

A.  Yes.  Yes.

Page 217

E. Kline

Q.  Okay.  When did you meet Richard Spencer for the first time?

A.  I want to say that same January 2017, sometime around there maybe, maybe a little bit before that.  I just met him at a dinner someone invited me to.

Q.  And where was that dinner?

A.  I think it was in D.C.

Q.  Who invited you to the dinner?

A.  I think it was somebody I knew at Identity Evropa.  I don't remember who it was but because I was still knew at that time.

Q.  Okay.  And you testified that in the summer of 2017 you occasionally stayed at Spencer's loft, yes?

A.  Yes.

Q.  Okay.  And you slept on his couch, correct?

A.  Yes.

Q.  Who else stayed at Richard Spencer's loft in the summer of 2017?

A.  Not many people other than Evan McLaren and then Brian occasionally.  I

Page 218

E. Kline

can't really remember anybody else, though.

Q. What about Greg Conte?

A. Oh, yes, yes, him.

Q. Also known as Greg Ritter?

A. Yes. I forgot about Greg. He stayed there too.

Q. Okay. And Greg Conte was an IE member, correct?

A. He was at one point, but he was removed from the group. I don't know why the reasoning.

Q. But he was removed after UTR, correct?

A. No, I think it was before UTR. I think he was removed -- I honestly think he was removed because he -- I don't remember. I don't want to speculate on the detail. I just think -- I think he was removed before Unite the Right, not after.

Q. And what about Evan McLaren, he was also an IE member, correct?

A. Yes. And he was also removed around the same time.

Q. But he was removed again after

Page 219

E. Kline

Unite the Right?

A. I don't know the -- I don't remember -- it was either right before or after the Unite the Right that those guys were removed. I can't remember which it was.

Q. Okay. And who removed them from IE?

A. I think it was Nathan. I'm pretty sure it was Nathan.

Q. Okay.

A. I don't know the reasoning or details or what -- behind -- I don't know the details of it are -- were, though.

Q. Okay. And in 2017, you attended multiple white nationalist events with Richard Spencer, correct?

A. Yes.

Q. And is it fair to say that he was an important friend of yours during that time period?

A. Yes.

Q. And you collaborated with Mr. Spencer on a number of projects related

Page 220

E. Kline

to White Nationalism or the Alt-Right?

A. Yes.

Q. And you provided security for some of his events?

A. Yes.

Q. Did you discuss with Mr. Spencer his views on Jewish people?

A. Occasionally, yes. Yes.

Q. Did you discuss with Mr. Spencer his views on black people?

A. Yes.

Q. Okay. And did his views match up with your views?

A. Not all the time, no. Him and I didn't see eye to eye on a lot of things. I don't remember the exact points of contention. I just remember him and I didn't always agree on everything.

Q. Are you speaking more broadly now you didn't always agree on anything or are you talking about --

A. No, on those specific topics, the political-type topics that, you know, we were involved with.

Page 221

E. Kline

Q. Okay. Well, what were your views on those topics in 2017?

A. I mean, my views were that that essentially that if white people do not, you know, start to realize that they're the only ones -- they're the only group that's not kind of playing the identity politics game, if they continue to do it, it's going to be bad news in the future and that's going to harm white people. So my kind of view or my kind of goal was to, you know, have white people realize that kind of thing, that they're the only ones not taking an in-group preference and it's not going to be good for their future. That was kind of my goal was to wake white people up basically to what's going on --

Q. Okay.

A. -- of what was going on, or whatever.

Q. Okay. And what were Spencer's views about Jews and black people at that time?

A. I don't want to speak for him,

Page 222

E. Kline

but his views were a lot more -- I mean, he like read into political philosophy a lot and he had much more, I guess you could say, fleshed-out kind of, then we'll do this, then we'll do this kind of idea. Like he had -- I was more kind of like I want to change the culture, and he was more into the politics and minutia of it.

Q. Well, how did you disagree there? What was the disagreement?

A. I just don't think -- I just never thought that focusing on minorities, whatever they were, was a path to my goal which was waking white people up. And I don't think that he agreed with that. But I don't -- it's hard for me to speak to his views. I mean, he's got, you know, hundreds of hours of him talking about stuff and you can ask him, but -- so I don't really know his views, how he would articulate his views.

Q. Well, I'm just asking how he articulated them to you, because I asked you if you discussed with Mr. Spencer his

Page 223

E. Kline

views on Jewish people and black people and you said yes. So that's all I'm asking. How did -- you said Mr. Spencer was focused on minorities and you were not focused on minorities.

How did Mr. Spencer focus on minorities?

A. I would just say like -- I don't know. It's hard to explain. I don't know. I just know what I personally believed was that the way for us to fix the issue that we had identified was to get white people thinking with an in-group preference and, you know, that was my goal. That's how I thought. And I don't think that's necessarily what Richard's long-term goal was and how he thought it was going to be gone about. But I don't know how to talk to his ideas, or whatever.

Q. Okay. Well, what did he tell you his long-term goal was?

A. I'm not sure. I don't really remember our political conversations. I mean, he wanted a white ethnostate, right?

Page 224

E. Kline

Like that's one of his political ideas, or whatever. To me, that was kind of far-fetched, kind of fantasy idea, whatever.

Q. Okay.

A. So we disagreed that --

Q. Go ahead. Sorry.

A. Sorry. I was just saying that him and I disagreed there. Like the idea of a white ethnostate to him was very important. But, for example, for me, I thought that that was kind of a fairytale idea.

Q. In 2017, would you have characterized Mr. Spencer as a white supremacist?

A. I wouldn't have characterized him as a white supremacist after Unite the Right.

Q. Okay. And why would you have characterized him as a white supremacist after Unite the Right?

A. Because the things he said after Unite the Right seemed to really piss him

Page 225

E. Kline

off about the way it was handled, what happened, kind of made me change my way how I viewed him and how I viewed what he thought kind of thing. I originally thought he was closer to me in terms of, you know, just want to wake white people up to self -- to in-group preferences, or whatever, but it seemed to me afterwards that he was not necessarily okay with just that. He wanted a white ethnostate.

Q. Were you a member of something called The Falinks or just Falinks?

A. Sort of. It was kind of just like a club associated with Richard. That's all it was. We'd go and hang out or talk and whatever. That's it.

Q. Okay. And what was the purpose of the club?

A. It was really just a networking. It was a networking club is the best way I could describe it.

Q. A network of members of the Alt-Right?

A. Yeah, it was networking club

Page 226

E. Kline

centered around Richard.

Q. Well, did it have a goal?

A. I mean, just like you would join a networking club for professional reasons, or whatever, so you'd know people kind of in your industry, or whatever, this was so you would know other people within the Alt-Right, or whatever kind of thing, have -- you know, we had a lot of new people, so basically a networking thing.

Q. What in the wake of Unite the Right, what did Richard Spencer say that led you to believe that he was a white supremacist?

A. There is leaked audio of this as well. It was all over the news a couple of months ago, I guess, of him basically -- I don't remember exactly what he said, but he was very angry. And like I said, he freaked out at Unite the Right. And when he freaked out like that, that made me realize that maybe he wasn't -- didn't have the same views as I did.

Q. Okay. And when did you hear that

Page 227

E. Kline

recording for the first time?

A. I was in the room.

Q. When he said this?

A. Yes. So I changed my view of him when I was there. It was the day of Unite the Right actually. We had all come back to the house after the day, or whatever, and we were all in a room talking and he went off super angry, and that's when I kind of was like, okay, Richard isn't who I thought he was. But that audio came out later, a couple of months ago, I think. But I was in the actual room when that was said.

Q. Okay. Who else was in the room when that was said?

A. I think Kessler was. And I know Kessler didn't like what he said. Nathan was. I don't know who else was in the room. I just know it was at least the four of us.

Q. Okay. And what were you guys doing in the room prior to Mr. Spencer's rant?

Page 228

E. Kline

A. We were talking about -- because at the time, we had just heard about the helicopter crash and then the car incident that happened in Charlottesville. So we had just heard about it, so we were talking about what to do. Like we were trying to figure out what the hell happened basically because we didn't -- no one knew that guy or anything like that, so we were trying to figure out what happened or what was going on.

Q. And why did that lead to Richard Spencer's rant?

A. I don't know how that did. I don't know how that led to that. I just know that he did. He want on a crazy rant.

Q. Okay. But you don't know what prompted the rant?

A. I don't know specifically what made him go off like that, but I know we were in there talking about, hey, you know, this is going on, what do we do.

And then he went on a rant. I just don't remember what caused him to go

Page 229

E. Kline

on that rant.

Q. Why was it you four who were in that room; Spencer, Kessler, Damigo and you?

A. I just think -- I mean, we were waiting for people to get back still. We were the ones in that room. We were the ones that were there. I don't think -- there wasn't a whole lot of people that were all the way back yet, is basically what it was.

Q. Okay. What time of day did that happen, this rant?

A. I don't know. It happened after we got back from the Unite the Right, so I don't know exactly when that -- my, like, recollection of that -- I mean, I got the crap beat out of me that day, so my recollection of that actual day or after the rally, rather, was kind of messed up.

Q. Okay.

A. A little hazy.

Q. And this was -- was this during the after-party or right before the

Page 230

E. Kline

after-party?

A. This is before the after-party.

Q. Okay. Got it.

And just so that I can be clear, the rant you're talking about, this is the rant where Richard Spencer refers to kikes and octoroons?

A. Yes.

So like for me, just personally, like using that kind of stuff as a joke was always as a joke, but I can tell he meant it.

Q. Okay. Is it fair to say that you and Spencer shared the same goals for UTR?

A. I'm not sure. I mean, leading up to it, obviously, yes, I thought that, but looking back on it, definitely no. I think he saw it as a Richard Spencer concert kind of thing, if that makes sense. It was a thing about him, for him, about him. Everyone was there to see him, kind of thing. And for me, it wasn't like that at all. But I didn't see that until afterwards.

Page 231

E. Kline

Q. And he gave you authority to make decisions for him, correct?

A. On some things.

MS. PHILLIPS: Can I see, Katie, Tab 113, please?

(Plaintiffs' Exhibit 52, Chat record with Richard Spencer, marked for identification, as of this date.)

MS. PHILLIPS: This is being marked as Exhibit 52 to the deposition.

And, Katie, if you can scroll up, please.

BY MS. PHILLIPS:

Q. This is a text message from Richard Spencer to someone with the number 434-996-5567.

Do you recognize that phone number 434-996-5567?

A. I don't, no.

MS. PHILLIPS: And, Katie, if you can scroll down, please.

BY MS. PHILLIPS:

Q. This is a text message from July 23rd, 2017.

Page 232

E. Kline

A. Just a little bit further. I can't see it.

Q. And Spencer says, "Could you talk to either Eli or Greg Ritter? They make all decisions for me."

Do you see that?

A. Yes, I see it, but I don't know if that is in reference to -- I mean, that could literally be in reference to what we eat for the night. I have no idea what that reference to.

Q. Well, did you make all decisions for Mr. Spencer about what he ate?

A. No, I'm just using it as an example. I have no idea what he's referring to with "they make all the decisions for me."

Q. Okay.

A. That's certainly not true.

Q. Okay.

A. I mean, Greg and I did not make all the decisions for Richard at all.

Q. Okay.

MS. PHILLIPS: Katie, can you go

Page 233

E. Kline

back up?

BY MS. PHILLIPS:

Q. Do you recognize that 434 number as Jason Kessler's number?

A. It might be. I'm not entirely sure.

Q. Okay.

MS. PHILLIPS: Katie, you can take that exhibit down. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline, when did you meet Chris Cantwell for the first time?

A. I met him at Unite the Right for the first time.

Q. Okay. Have you heard his -- had you prior to UTR, did you heard his show The Radical Agenda?

A. No, I was not a listener of his show.

Q. Okay.

A. I knew of the show, but I wasn't a listener.

Q. Were you aware of Mr. Cantwell's reputation prior to United the Right?

Page 234

E. Kline

A. Not really, no.

Q. Were you aware that he had expressed animus towards Jewish people prior to United the Right?

A. I didn't really follow Chris or anything like that. I listened to him when he was a guest on another podcast. I don't even remember which one. And that was the extent of what I knew about Chris.

Q. And that was prior to United the Right?

A. Yes. So the first time he and I met was that Friday, or whatever it was when we all went down there.

Q. And were you aware prior to United the Right that Mr. Cantwell had expressed animus toward black people?

A. No. Like I said, I didn't follow any of his content.

Q. Okay. And so you met him for the first time, you said, at UTR, correct?

A. Yes.

Q. Okay. And he -- you exchanged text messages with Mr. Kline during UTR,

Page 235

E. Kline

or, excuse me, with Mr. Cantwell during UTR, correct?

A. Yes.

Q. Okay. And how did you -- how did he get your number?

A. I'm not sure if I gave it to him or somebody else did. I don't know how he got my number exactly or -- yeah, I don't remember, or I don't know.

Q. And you also spoke with Mr. Kline -- excuse me, I keep doing that. Pardon me.

You also spoke with Mr. Cantwell during UTR, correct?

A. Yes, a little bit.

Q. Okay. What did you speak with him about?

A. So he had like an incident before the Friday night thing. I don't remember the -- I think it was something in a parking lot where people showed up and tried to attack him. So I spoke to him about that.

And then once he had his -- once

Page 236

E. Kline

he got pepper-sprayed, or whatever, and that whole incident happened at the statue on at UVA, he texted me and then called me for advice that night on what he should do. And I had told him that he should immediately get a lawyer and call the police and turn himself in.

Q. Okay.

MS. PHILLIPS: I had forgotten the court reporter asked us for a break, so we're going to go on that break right now. Can we go off the record, please?

THE VIDEOGRAPHER: Yes, this marks media No. 2 in the deposition of Elliott Kline. The time is 3:33. We are off the record.

(Recess is taken.)

THE VIDEOGRAPHER: This marks the beginning of media No. 3 in the deposition of Elliott Kline. The time is 3:51. We are on the record.

BY MS. PHILLIPS:

Q. Mr. Kline, when was the last time

Page 237

E. Kline

you spoke with Richard Spencer?

A. Probably 2018. Sometime in 2018. I don't know exactly when.

Q. What about any other form of communication, when was the last time you had any sort of text message, anything like that?

A. Yeah, 2018. I haven't spoken with him for a long time.

Q. Okay. What about Mr. Damigo, when was the last time you had any sort of communication with Mr. Damigo?

A. I think he contacted me something about the case at some point after the last time I spoke to Richard. But other than that, none. No communication.

Q. Okay. So Mr. Damigo reached out to you about Sines versus Kessler?

A. Something about the case. Yeah, I don't even remember what it was. It was also a ways back. I haven't spoken really to any of them.

Q. And did Mr. Damigo send you a text message?

Page 238

E. Kline

A.  I think so or he called me. I can't remember.

Q.  Okay.  And then other than that communication, have you had any communication with Mr. Damigo since that time?

A.  No.

Q.  Okay.  And Mr. Kline, do you know -- do you know Jeff Schoep.

A.   The name does not sound familiar. Do you mean Schoep or Schoep?

Q.  Yeah, I believe it's pronounced Schoep, but, yes.

A.  Okay.  I always thought it was Schoep.

I know of him, but I don't think I've ever spoken to him or met him.  I just know who he is.

Q.  Okay.  And he was in 2017, he was the commander of the National Socialist Movement, correct?

A.  I believe that was his title, yeah.

Q.  And it's your testimony you've

Page 239

E. Kline

never spoken to him prior to United the Right?

A.  I don't believe I've ever spoken to him, no.

Q.  Okay.  Did you see him at Unite the Right?

A.  I don't know even what he looks like.

Q.  Have you ever had any communication with him whatsoever?

A.  Not that I know of, no.

Q.  And do you know Michael Hill, Dr. Hill?

A.  I know of him.  Same thing for all questions for him.  I've never met him or spoken to him in person, to my knowledge.

Q.  Okay.

MS. PHILLIPS:  Katie, I want to show Tab 115, please.

This is being marked as Exhibit 53.

(Plaintiffs' Exhibit 53, Discord Post DM with Andrew Anglin, marked for

Page 240

E. Kline

identification, as of this date.)

BY MS. PHILLIPS:

Q.  This is direct messages on Discord between yourself and Andrew Anglin.

Do you see that?

A.  Yes.

Q.  Okay.  And this is dated July 20th, 2017.

And I'll direct your attention to -- well, I'll just read it.

"Hey, I have got a question for you actually in the same vein as this that I wanna know your take on.  Basically Dr. Duke, who I see as a sort of ideological grandfather since I read his books while in Iraq, wants to speak at Cville.  Everyone, and I mean basically everyone I spoke to, from Richard to Nathan to Heimbach to Dr. Hill, et cetera, wanted him to come."

Do you see that?

A.  Yes.

Q.  Okay.  And so does this refresh your recollection that you have in fact

Page 241

E. Kline

spoken to Dr. Hill?

A.  No, I think I spoke to his second-in-command.  He said what he thought about it, what Dr. Hill thought about it.

Q.  Okay.  And his second-in-command was Michael Tubbs?

A.  Yes.  I was going to say I hope you remember his name because I don't. That's definitely it, though.

Q.  Okay.  And do you recall -- do you recall when you spoke with Michael Tubbs about --

A.  No.  This is something that was happening a couple of days, I guess, or weeks leading up to the thing, so it was somewhere around this time.

Q.  This DM is dated July 20th, 2017, correct?

A.  Yes.  So I would say I probably spoke to all those people the day before that probably.

Q.  Okay.  So sometime in July of 2017?

A.  Correct.

Page 242

E. Kline

Q. And did you have a phone conversation with Michael Tubbs?

A. It was in Discord. It was a voice call in Discord. I had a phone -- I had a voice call conversation in Discord with probably ten people about that subject.

Q. Okay. And did you have the voice call in Discord with those ten people individually or all at once?

A. All at once.

Q. I see.

And Michael Tubbs was part of that conversation?

A. Yes.

Q. Did you have any separate conversations with Michael Tubbs?

A. Not that I can remember, no. No, not that I remember.

Q. And so going back to Dr. Hill, did you have any other communications with Dr. Hill in the lead up to United the Right?

A. I don't think I've ever spoken to

Page 243

E. Kline

Dr. Hill or met him.

Q. And did you see Dr. Hill at Unite the Right?

A. No, I do not. I don't -- he's another sorry. He is another person that I don't know what they look like.

Q. Okay. And did you see Michael Tubbs at Unite the Right?

A. I'm not sure what he looks like either.

Q. Other than the voice call in Discord that you had with Michael Tubbs and several other people, did you have any other communications with Mr. Tubbs?

A. No. No, I didn't.

Q. Do you know Matt Heimbach?

A. Yes.

MS. PHILLIPS: Katie, you can take down that exhibit. Thank you.

BY MS. PHILLIPS:

Q. When did you meet Mr. Heimbach for the first time?

A. I'm not sure the first time I met him. It might have been at Unite the Right

Page 244

E. Kline

1 -- I'm sorry, the Charlottesville 1.0, rather, the first time we went there. It might have been the first time I met him, but I'm not entirely sure.

Q. And at some point, he wanted you to join TWP, correct?

A. Yes.

Q. And you said that you love Heimbach, correct?

A. I've said that, but I didn't actually believe it.

Q. Okay. Did you help Mr. Heimbach with the TWP rally in Pikeville on April 29, 2017?

A. I don't believe I did, no.

Q. Were you planning on staying Mr. Heimbach with the TWP rally in --

A. Yeah, I might have told him I'd help out or something like that, but I don't think I ended up helping out at all for the rally or for that event, or whatever it was.

Q. And us you texted with Mr. Heimbach --

Page 245

E. Kline

A. Yes.

Q. -- in July and August of --

A. Yes.

(Discussion off the record.)

THE WITNESS: Sorry. Your thing came up and I couldn't tell when she was speaking because her video wasn't up. Sorry.

BY MS. PHILLIPS:

Q. I'm going to ask the question again.

You texted, you exchanged text messages with Mr. Heimbach throughout July and August of 2017, correct?

A. Yes.

Q. Okay. And you also spoke to Mr. Heimbach multiple times in July and August of 2017, correct?

A. Yes.

Q. Okay. And you spoke to him on July 7th, correct?

A. I would assume so, yes.

Q. Okay. You spoke to him on July 20th, correct?

Page 246

E. Kline

A.  Yeah, I would assume so, yes.

Q.  Okay.  You spoke to him on July 21st, correct?

A.  I don't know.  I don't know my phone call log, but by assume probably, yeah.

Q.  Okay.  You also spoke to him on August 7th and August 12th, correct?

A.  Yes.

Q.  And you spoke to him at least twice on August 12th, correct?

A.  I believe I called him, but I don't know if I actually got a hold of him -- you said on the 12th, right?

Q.  On the 12th, yes.

A.  Yeah, I don't think I got a hold of him the day of.  I called him, I believe, twice, but I don't think I ended up getting through to him.

Q.  Why did you call him?

A.  I was trying to coordinate -- or trying to coordinate what was going on and let him know that basically the way the police had set up the barricades and what

Page 247

E. Kline

was going -- like, basically the way the police had told us where to go and how to behave or where to go and things like that for the rally was not what they were doing in practice.  So I was trying to get a hold of him to let him know that, that he had to change the way they came in.  But I don't think he ever picked up the phone when I called him.

Q.  And who is the "they," when they came in?  Who are you referring to?

A.  TWP and the people that they came in with.  So I think they came with League of the South as well.

Q.  So it's your testimony that Heimbach and TWP and League of the South came in together; is that correct?

A.  Yes.  Essentially the only planning that I really did for them, I guess you could say, or with them was just very broad stuff like, yeah, we're going to show up at time and do this and we're going to go in this.  But they planned out their whole own how they were going to get in and

Page 248

E. Kline

out and all that other stuff.  They did that completely independently.

Q.  And did Mr. Heimbach -- strike that.  Sorry.

So is it your -- you know what?  Let's do it this way.

MS. PHILLIPS:  Katie, can you pull up Tab 111?  These are Mr. Kline's phone records.  And we'll go all the way to page 3784, please.

(Plaintiffs' Exhibit 54, AT&T Cellphone records, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q.  And Mr. Kline, do you recognize the number 301-525-1474 as Mr. Heimbach's phone number?

A.  No.  I don't know his number, but if that is his number, then...

Q.  I will represent to you that is in fact his number.

A.  Okay.  I'm sure it is.

Q.  Okay.  And do you see that you did in fact connect with him and reached

Page 249

E. Kline

him on August 12th, 2017?

A.  Yes.

Q.  Okay.  Do you recall -- well, is it fair to say you spoke about the plans for Unite the Right when you spoke with him?

A.  Yes.  This is at 11:30, it looks like.  It's really small for me.  It's 11:30, I believe, though, right?

So this would have been well after.  I think this was after we left the grounds, after we left the park that day.

Q.  My question was, though, do you recall what you said to him when you spoke?

A.  Oh, no, I don't remember exactly what we would have spoken about.

Q.  Sorry.

MS. PHILLIPS:  Katie, I want to make clear, what's the exhibit number for these phone records, please?  So that we can put it on the record.

MS. CHENG:  54.

MS. PHILLIPS:  Okay.  Thank you.

Okay, so the phone records are

Page 250

E. Kline

Exhibit 54.

And you can take those down now Katie. Thanks.

BY MS. PHILLIPS:

Q. And Mr. Kline, do you recall seeing Mr. Heimbach at UTR?

A. Yes, I do.

Q. And did you meet up with him at UTR?

A. I mean he had his own group, or whatever, so I saw him when they got to the park. I said hi, or whatever, and then I don't think I saw him after that, but I could be wrong. I don't really remember the timeline of when we met that day. Like I said, I got hit in the head with a metal pole and probably had a concussion, but didn't go to a doctor -- I got hit with a metal bat and probably had a concussion but didn't go to the doctor or anything like that. But I don't believe I spoke to him afterwards because he had his own after-party or his own thing that they did afterwards.

Page 251

E. Kline

Q. Heimbach had his own after-party is that what you're saying?

A. I believe so. I mean, he wasn't at the same place I was afterwards, so I assume him and his people were somewhere else.

Q. Okay. When was the last time -- no, strike that. Sorry.

Based on your communications and conversations with Mr. Heimbach, is it fair to say that you shared the same views regarding Jewish people that he did?

A. No. He was -- I don't know how to describe his views. His views are very different both mine and probably closer to Richard's, but also different than Richard's.

Q. Okay. Let's take that step by step.

How are his views, how are Mr. Heimbach's views different than yours?

A. He believed kind of in white communism, is the best way I can describe it. So he believed in basically communism

Page 252

E. Kline

but for white people, and I'm not a fan of that. That was the main difference.

Q. How does that relate to Jewish people, though?

A. He believed more in the kind of conspiratorial side, I would say, where he thought like a cabal of Jews ran the world, and I definitely didn't necessarily believe in that.

MS. PHILLIPS: Katie, can we show Mr. Kline Tab 121, please?

And this will be marked as Exhibit 55.

(Plaintiffs' Exhibit 55, Chat record with Bree, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is text messages between you -- a text message from you to Bree and this is dated January 2018.

MS. PHILLIPS: And, Katie, if you can go down.

BY MS. PHILLIPS:

Q. Do you see that, Mr. Kline?

Page 253

E. Kline

A. Yeah.

MS. PHILLIPS: Katie, can you move your -- there we go, thanks.

BY MS. PHILLIPS:

Q. You say, "Well, TBH, I was talking with Heimbach last night who was very, very Christian, and he was saying that the Jews are so goddamn evil and some of what they did is clearly inspired by evil that it brings him closer to God. I think that's true."

Do you see that?

A. Yeah. That's in reference to me saying I think it's true that it brings him closer to God, because he's like a super Christian.

Q. Okay.

A. So I was basically saying to her like, you know, his views are that he sees -- you know, bad things happening, and he's blaming -- and it's basically bringing him closer to God. And I was not necessarily saying I think that what he is saying is true, but that it does bring him closer to

Page 254

E. Kline

God.

Q. Well, let's go on and read the rest of what you say.

"Like of some these people honestly believe in abusing children and their Molech volcano fire demon and shit. It's crazy."

What were you referring to there?

A. Yeah. I'm referring to the people that -- so Heimbach believed in, like, weird -- I don't know how to describe it, like esoteric religious stuff, like that Jewish people worship a secret demon or something like that. I was saying it's crazy, like what he believes is crazy, but I do think that, you know -- I think in the context of this conversation we were basically saying -- talking about how Christian, how Christian he was. But I don't remember exactly the details. I just know that that's kind of something I noticed about him.

Q. Okay.

MS. PHILLIPS: Katie, you can

Page 255

E. Kline

take that down. Thanks.

BY MS. PHILLIPS:

Q. Mr. Kline, when was the last time that you had any sort of communication with Mr. Heimbach?

A. I don't remember. Probably the -- about the same time as Nathan or Richard. You know, a long time ago. Like two years ago or more.

Q. Okay. Well, what we just looked at was the text message where you said that at least as of January of 2018, you had a phone conversation with him, correct?

A. You said January 2018?

Q. Yes.

A. Yes, like I said, somewhere -- yeah, 2018 would have been the last time I would have spoken to anybody in the Alt-Right, early 2018.

Q. Okay. And did Mr. Heimbach reach out to you and offer you support after the article in The New York Times about you and your military service came out?

A. Yes.

Page 256

E. Kline

Q. Mr. Kline, do you know Matt Parrot?

A. I know of him, but I never met him.

Q. Did you meet -- did you meet Mr. Parrot ever at UTR?

A. I don't believe I did, no. He's another person who I know of but I don't know what they look like. So maybe I, you know, walked by them or something like that, but I don't ever remember being introduced to him or anything like that.

Q. Have you ever had any sort of communication with Mr. Parrot?

A. No.

Q. Do you know Dillon Hopper?

A. I think he's a Vanguard America guy or America Vanguard guy, if I remember. Maybe one of the leaders or the leader. I don't remember.

Q. Okay. Do you recall making an introduction between him and Nathan Damigo?

A. I don't remember introducing them, no.

Page 257

E. Kline

Q. During this time period in 2017, you heavily worked with the VA guys, correct?

A. In 2017, beforehand, I would say I was kind of like a liaison, I would say, between -- they had like two or three guys that were, like, organizing their stuff, and I was just talking with those couple guys. I didn't really know a whole lot of people that were in American Vanguard.

Q. Who were you liaising with?

A. That one guy that was VA or Vanguard, or whatever, on Discord.

Q. And who was that?

A. I don't know his real name.

Q. Okay.

A. And then -- I mean, that's pretty much the same person I spoke to actually. I can't remember anyone's like pseudonyms or real names or anything like that that I spoke to. But he was the main person that I spoke to.

MS. PHILLIPS: Katie, can we show Tab 123, please.

Page 258

E. Kline

This will be Exhibit 56.

(Plaintiffs' Exhibit 56, Discord Post DM with Francisco VA#9092, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a DM between yourself and Francisco VA#9092.

Do you see that?

A. Yes.

Q. This is June 7th, 2017, correct?

A. Yes.

Q. You said, "I'm in total chaos right now trying to work off my cellphone until I get Internet at my new place after my dox. Do me a favor call me tonight or tomorrow so we can chat about some stuff. I've been heavily working with VA guys for a while now and we should have a conference with some leadership on some stuff including Cville." And then you give your number.

Do you see that?

A. Yes.

Q. Who is Francisco VA?

Page 259

E. Kline

A. I do not remember. I don't know if VA -- so in this context, I don't know if VA stands for Virginia or Vanguard America because in the Identity Evropa score, people had their state after their name. So I don't know if this person, excuse me, is Vanguard America or Virginia and if VA is reference to Virginia or Vanguard America here.

Q. Okay. Well, were you working heavily with Virginia guys?

A. Oh, yeah. So the Identity Evropa Virginia people, yeah, because I was just in that area, so I was working with those guys on posters and stuff like that. So it could be me talking about Virginia, i.e., people.

Q. Okay. Do you know if you've had any communications -- did you have any communications in the lead up to United the Right with Dillon Hopper?

MS. PHILLIPS: Katie, you can take that down. Thank you.

A. I don't believe I spoke to Dillon

Page 260

E. Kline

Harper much. Once. Maybe once. Maybe once. You know, not multiple times or anything like that. I don't know even know if that one time I did speak to him or not. I mostly spoke to him through that person, that Vanguard America Discord account that you brought up earlier.

Q. Okay. Do you know Thomas Rousseau?

A. Yes.

Q. Okay. How do you know him?

A. He is someone I met at Unite the Right afterwards, after the day, like an after-party-type thing. He was just a member of Vanguard America or American Vanguard, or whatever, at the time.

Q. Was he a member of the VA or was he the leader of VA at the time?

A. I kind of remember there being some sort of weird who is the leader of the VA thing going on at that time, but I don't know the details or why or anything like that or who was the real leader or anything.

Page 261

E. Kline

Q. He was at your after-party with Richard Spencer and --

A. No, he was -- they had their own Vanguard America one. It wasn't actually a Vanguard America one. There were multiple people were at an airbnb, and I met him at one of those houses.

Q. And was that airbnb, Erika Aleuino's airbnb?

A. No, it was a different one.

Q. But you were at that after-party and so was Thomas Rousseau?

A. Yes. And that was the first time I met him.

Q. Okay. Who else was at that after-party?

A. I mean, there was a ton of people there. I don't remember any of their names other than I know Azzmador was there. I think Cantwell might have been there, Chris Cantwell. Other than that -- I mean, there were other people there, but I just don't remember -- I don't know any of their names or pseudonyms or anything like that that

Page 262

E. Kline

they used.

Q. Was Nathan Damigo at that party?

A. I don't think he was.

Q. Was Richard Spencer at that after-party?

A. He was not.

Q. Was Jason Kessler at that after-party?

A. No.

Q. How did you find out about that after-party?

A. I don't remember. I was invited by somebody. I don't remember who it was.

Q. Did you have any communication with Thomas Rousseau prior to UTR?

A. I don't believe I did. If I did, it might have been very small, a short conversation, maybe. But I think the first time I ever met him or talked to him -- actually, maybe I did have a short conversation with him beforehand. It's hard for me to remember, but I know I didn't come -- talk to him a lot until after I met him at Unite the Right.

Page 263

E. Kline

Q. So you spoke with Thomas Rousseau a lot after Unite the Right?

A. Not a lot, but, I mean, maybe once a month or so.

Q. Okay. And you said you might have had a sort conversation with Thomas Rousseau before Unite the Right, correct?

A. I don't really remember if I did or if I didn't.

Q. What did you speak about?

A. It would have been about Unite the Right. But I don't remember if I did or not.

Q. Okay. Do you know -- you referred to him as Azzmador.

Do you know Azzmador?

A. Yes, I know him.

Q. Okay. And his name is Robert Ray, correct?

A. Yes.

Q. And when did you first meet Azzmador?

A. At Unite the Right as well.

Q. But you had communications with

Page 264

E. Kline

Azzmador prior to UTR, correct?

A. Yes, briefly. Not too much.

Q. And did you have communications with Azzmador over Discord?

A. Yes.

Q. And did you have communications with Azzmador over the telephone?

A. Yes.

Q. And did you exchange text messages with Azzmador?

A. I don't think so. I don't think -- I don't think we texted each other.

Q. You spoke to Azzmador on the phone in July and August of 2017, correct?

A. I believe so. There was like some drama, or whatever, that he wanted to talk to me about.

Q. And do you know how he got your phone number?

A. No, I don't.

Q. Do you recall if you called him or if he called you?

A. I don't.

Q. And you spoke with him about

Page 265

E. Kline

Unite the Right, correct?

A. He wanted to have a speaking part at Unite the Right and some people didn't want him to speak there, so him and I were just talking about that.

Q. Okay. And he ultimately ended up being scheduled to speak, correct?

A. Yeah. I mean, no one spoke, right? So I believe he was scheduled to speak, but no one spoke.

Q. And were you familiar with Azzmador's reputation in the Alt-Right community prior to UTR?

A. Not really. I wasn't super familiar with him.

Q. Would it be fair to say that he was known at that time as violent neo-Nazi?

A. I don't think so. As far as like -- no, I wouldn't say that. I didn't know him that well, but I wouldn't say he was known as, like, the violent guy or anything like that, no.

Q. Do you know Augustus Sol Invictus.

Page 266

E. Kline

A. Yes.

Q. And when did you meet him for the first time?

A. I might have met him the first time we had a rally in D.C. before Unite the Right. And I think it was -- that was the first time I met him.

Q. And you texted with Augustus Sol Invictus, correct?

A. Yes.

Q. And you had dinner with him in South Carolina, correct?

A. Well, we were supposed to, but we never ended up having it.

Q. You met him at parties at Richard Spencer's house, correct?

A. Yes, he was there, yes.

Q. And you discussed security briefings for UTR with him, correct?

A. Yes.

Q. And you spoke to him in July and August of 2017, correct?

A. Yes.

Q. And you exchanged text messages

Page 267

E. Kline

-- well, we covered that had.

You texted with him, correct?

A. Yes.

Q. When was the last time you had any communication with Azzmador?

A. Probably at Unite the Right. I don't think I've spoken to him since then.

Q. When was the last time you had communication with Augustus Sol Invictus?

A. Maybe shortly after Unite the Right. But after that, none.

Q. And when was the last time you had communication with Thomas Rousseau?

A. He had contacted me something about the case, like, hey, you need to do something about the case, I can't remember what it was, because he still had my number. That's the last time he communicated with me.

Q. When was that?

A. I'm not sure. Sometime in 2019, maybe, early 2019. I'm not sure when it was.

Q. You know Andrew Anglin, correct?

Page 268

E. Kline

A. Yes.

Q. Have you ever met in person with Andrew Anglin?

A. No.

Q. In 2017, you had a weekly call with Andrew Anglin, correct?

A. Sort of. I didn't always attend. Maybe once a month I spoke to him.

Q. Okay. Did you speak with Mr. Anglin about Unite the Right?

A. Yes.

Q. And that was in August and July -- or, excuse me, July and August, correct?

A. Yes.

Q. And you invited Daily Stormers to attend Unite the Right, correct?

A. Sort of. I just -- they were already -- they weren't really an organized group or anything like that and they were already coming. So it wasn't like I was like here is your invitation to come. Like they were already coming and they were in the Discord and things like that. It was too hard to tell who was who.

Page 269

E. Kline

Q. Is it fair to say you spoke with Andrew Auernheimer and Andrew Anglin about Unite the Right?

A. Yes.

Q. Okay. And it fair to say that your view was if Andrew Auernheimer and Andrew Anglin told Daily Stormers to come to United the Right, that they would do that, correct?

A. Yes.

Q. Did you know Michael Chesmi?

A. That name does not sound familiar.

Q. All right. Did you know somebody by the handle Tyrone on Discord?

A. Still doesn't sound familiar.

Q. Do you remember making him a moderator in the Discord?

A. I don't.

Q. Do you recall that Tyrone also helped to organize UTR?

A. I don't remember that name, but it's a pseudonym name, right? So it's, like, hard to remember some of those.

Page 270

E. Kline

Also when someone's name in Discord, right -- so mine is like Eli Mosley and then hashtag and then four numbers. When you're in a server, you can right-click your name and change it to anything. So you guys, when you get to download it, report of Discord, it will show, you know, Tyrone number one, two, three, four, five, or whatever, but maybe in the Discord of the chat that I was in, he might have appeared as a different name, if that makes sense. But Tyrone doesn't sound familiar to me.

Q. Okay.

A. And that first name, Michael, whatever --

Q. Michael Chesmi?

A. Yeah, that doesn't sound familiar either.

Q. Did you refer to some meetings with other members of the Alt-Right as Nazi meetings?

A. Maybe as a joke, but, yeah.

Q. Okay. And there was a server on

Page 271

E. Kline

Discord where Unite the Right was planned, correct?

A. Yes.

Q. And that was the Charlottesville 2.0 server; is that correct?

A. Yes.

Q. And you posted in that server, correct?

A. Yes.

Q. And you read posts in that server?

A. Occasionally, yes. Mostly in the Leadership channels.

Q. And you had moderator authority in that server, correct?

A. Yes.

Q. And you created channels in that server, correct?

A. Yes.

Q. And we discussed this, but you had authority to ban users from the server, correct?

A. Yes.

Q. And you had authority to strip

Page 272

E. Kline

users of their privileges in the server, correct?

A. Yes.

Q. And you used Discord in the summer of 2017, correct?

A. Yes.

Q. Okay. And you at that time frame in 2017, you were on 36 Discord servers, correct?

A. Yes.

Q. Okay. And like five Slack chats, correct?

A. I think only one. I think I was just in Richard's Slack.

MS. PHILLIPS: Katie, let's show Tab 136, please.

This is Exhibit 57.

(Plaintiffs' Exhibit 57, Discord Post DM with Big KK, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a Discord DM between you and The Big KK from July 28, 2017. And you say, "Like I am in 36 Discord servers and

Page 273

E. Kline

like five Slack chats for the Alt-Right. I get like 200 to 300 messages a day between Discord, Twitter, Facebook and Slack, so it's just so tough to keep up."

Do you see that?

A. Yes.

Q. Does that refresh your recollection that you were in like five Slack chats?

A. I think I was kind of exaggerating here because he's asking me why I'm not answering him, if he had to infer based on what I see here. So -- and as far as saying five Slack chats, the only Slack server I was on ever was Richard's. And if I was referencing Slack chats, it would have been communications in that server.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Okay. And you were one of the primary organizers of UTR, correct?

Page 274

E. Kline

A. Yes.

Q. And you've claimed to run the Alt-Right like a military organization in the summer of 2017, correct?

A. I mean, yes, but it's kind of a tongue in cheek kind of thing.

Q. I'm sorry, so is it your testimony that your statement that you operated the Unite the Right like a military operation was also a joke?

A. Not that it was a joke, but it's kind of like tongue in cheek like how well can you run -- how much can you run something like a military where people don't have, like, a hierarchy kind of thing.

So, yeah, it was just kind of like -- I wouldn't say as a joke. It was kind of tongue in cheek because people obviously knew it was kind of ridiculous.

Q. Planning UTR was your full-time job, correct?

A. I mean, yes, yeah.

Q. And Identity Evropa helped with a

Page 275

E. Kline

lot of the organizing for UTR as well, correct?

A. Yeah. Most of the groups that came organized themselves and we just put up broad, kind of, guidelines, or whatever. So I didn't even organize the people in Identity Evropa. They organized themselves.

Q. Okay.

MS. PHILLIPS: I'm going to move to strike everything after "yes."

Right after "yeah." Excuse me.

BY MS. PHILLIPS:

Q. My question to you, Mr. Kline, was IE helped with a lot of the organizing, correct?

A. Yes.

Q. And Erika Alduino was involved in the planning for Unite the Right, correct?

A. Yes.

Q. And Jack Pierce or Allison Pierce, known as Ajax was involved in the planning, correct?

A. Yes.

Page 276

E. Kline

Q. And Patrick Casey was involved in some of the planning, correct?

A. Yes.

Q. And somebody named Matthias, M-a-t-t-h-i-a-s, was involved in some of the planning, correct?

A. Yes.

Q. And somebody named Kurt was involved in the planning, correct?

A. Yes.

Q. And Evan Thomas was involved in some of the planning; is that correct?

A. Yes.

Q. And Evan McLaren was involved in some of the planning; is that correct?

A. Yes.

Q. And somebody named Siggruna14 was involved in the planning, correct?

A. I don't recognize that name, but I assume probably.

Q. Okay.

A. I don't --

Q. You don't recognize Siggruna 14?

A. I think it's a Discord person,

Page 277

E. Kline

but I don't remember who it is.

Q. Okay. Do you recognize it as an IE member, though?

A. Oh, yeah, yeah, yeah, I remember -- yeah. We just called him Sig, so Siggruna threw me off. We called him Sig. So, yeah, I know who that is.

Q. Okay. What was his real name?

A. I don't know.

Q. Okay. You -- sorry. You encouraged IE members to come to UTR, correct?

A. Yes.

Q. Okay. And Nathan Damigo also encouraged you -- excuse me, also encouraged IE members to come to UTR, correct?

A. Yes.

Q. And you used Discord to communicate with IE members about UTR, correct?

A. Yes.

Q. Okay. And you disseminated information to attendees through other

Page 278

E. Kline

organizations, correct?

A. Yes.

Q. And IE was paying you during the time that you were organizing the rally; is that right?

A. Yes.

Q. And were you also at that time on Spencer's payroll as well?

A. When I would work for him, yes, but it wasn't like, you know, a biweekly paycheck or something like that.

Q. Okay. And that was sort of then throughout 2017; is that right?

A. Yeah.

Q. And was that mostly in relationship to the bodyguard stuff?

A. Um, I'm not sure what the...

I mean, I would help him with a ton of, like, weird things to help him with, like helping him get his website done, website work done. Just a bunch of things. I wasn't -- I wasn't being paid as a bodyguard.

Q. Okay. So let's sort of break

Page 279

E. Kline

that down.

When you helped him get his website done, did you hire somebody to do the website for him or did you just do it yourself?

A. No. He had somebody else do it, but, like -- I'm trying to think how to describe it.

Like organizing how the website would look, or whatever, things like that, like him, I and some other people were like working on the website like a lot, for a while.

And then I helped him with just getting into venues and getting them done properly for his speaking tour as well.

It's kind of hard to explain what I did for him. It was kind of like, hey, we need something done for whatever, for what I'm trying to do, and I would just say all right I got it, and I would help him. I would either make a call for reservations elevations, or whatever it would be. It was kind of like an all-purpose-type job

Page 280

E. Kline

kind of thing.

Q. Okay. Okay. Got it.

Going back. So you were on Spencer's payroll for these kind of jobs and on Identity Evropa's payroll during the summer of 2017, correct?

A. I was on Identity Evropa's payroll, so I was getting paid from them, but I was not on payroll with Spencer.

Q. Okay.

A. It was like, oh, you help me here, here's like a hundred bucks kind of thing.

Q. Okay. Are there any records of those transactions with Mr. Spencer?

A. No, not that I know of.

Q. Okay. And did he just pay you in cash or check, or how did he pay you?

A. I don't remember. He might have PayPal'd me or Vlemo'd me or something like that. I don't remember.

Q. And how did IE pay you?

A. That was done through -- I want to say that was done through direct

Page 281

E. Kline

deposit, but I'm not entirely sure. I don't remember exactly how they paid me. I just know that that was -- you know, I paid taxes and things like that on getting paid from IE, kind of thing.

Q. Okay. In terms of planning for Unite the Right, you planned each piece of the event, correct?

A. No. That's not really accurate to say. I would say I kind of -- the best to describe what I did is I kind of, with Kessler and other people, kind of came up with the broad idea of what we were trying to do, and then communicated to each group kind of what was going on and try to keep each group kind of together, or not together, but on the same page of what was going on for the event.

So the best way to describe what I was doing was kind of like I said earlier, like liaison between people, different groups of people.

Q. Okay. You were aware, of course, of the different pieces of the event,

Page 282

E. Kline

correct?

A. Depending on the piece.

Q. Okay. Well, you put together a document that outlines each piece of the event, correct?

A. Yes, but not everyone attending the event followed -- were part of that group for that document. That document was specifically for people that were, like, free -- that were coming that weren't part of a group. Parts of it were, sure, saying, like, Identity Evropa does this, or whatever, but overall, that's mostly what that document was for, was for people who weren't part of a group.

For example, this would be for League of the South and TWP, they organized and planned out basically their whole own thing completely independent of me. I have no idea what their plan was or anything like that. They just knew what time we were coming in and all that other stuff. They didn't -- I didn't know like what their plan was or anything like that.

Page 283

E. Kline

Q. Okay. When did they plan -- you said they planned -- so they -- what did they plan?

A. So, like, for me, right, I don't know exactly the times or dates here, but I would say, you know, we're going to meet here at this field at 9:30 and then we're going to get in our vans and drive to this point, drop people off and walk in together, right? That was the plan that I put out.

TWP and League of the South had their own completely different plans than I did, and so did other groups as well.

Q. How did you hear about the League of the South and TWP plan?

A. I didn't hear about it at all. I just -- like I said, I kind of just disseminated like, hey, this is what we're doing and they planned their own thing.

Q. Well, then, how do you know that they planned their own thing if you never heard about it?

A. Because I mean, they have to have

Page 284

E. Kline

planned their own thing to get to the event and go there.

Q. Right, but they went to the event, correct?

A. Yes, but they didn't come in --

Q. They showed up where you guys were, correct?

A. Two hours later from a different direction, coming in on foot, which was not my plan at all for anybody.

Q. Okay. But they came to Emancipation Park, correct?

A. Correct, yes.

Q. Okay. And they were on Discord, correct?

A. Yes.

Q. Okay.

A. They knew what we were doing but not necessarily what -- did I know what they were doing, if that makes sense.

Q. We talked previously, you actually called Matt Heimbach on August 12th twice, correct?

A. Yes, yes.

Page 285

E. Kline

Q. Okay. So you were coordinating with him on the 12th, correct?

A. I believe I was trying to, but like I said, I remember us not having a very fruitful conversation. I don't know if it was that when I called him, we couldn't hear each other or something like that, but I know it was very -- I originally -- I remember trying to call him to tell him, hey, the way you -- the way that we came in was blocked, like all the roads that were supposed to be blocked off were different than what they were supposed to be, so I was trying to get a hold of them for that. And then I don't remember what -- the call at 11:30, or whatever that was. I just remember trying to get ahold of him, but not what we talked about.

Q. Okay. But you were trying to communicate with him and coordinate with him about the plans for Unite the Right, correct?

A. I don't know what the context of our conversation was.

Page 286

E. Kline

Q. Okay. But you just testified that you were trying to let him know that certain roads were blocked off, correct?

A. Right, yes.

Q. Okay.

A. But the only call I saw on there was the one at 11:30 which would have been after --

MS. PHILLIPS: Katie --

BY MS. PHILLIPS:

Q. Let's clean up this timing issue, because it wasn't at 11:30. The notation on the records is UTC, which is, I believe, five hours earlier East Coast time.

A. Okay. So, yeah, that was what the call was, was me trying to tell him the way -- like the roads are not blocked off the same.

Q. Okay. And you actually did connect with him, we discussed, correct? You were able to connect with him --

A. I don't remember connecting with him, but it looks like on that call that we did, yes.

Page 287

E. Kline

Q. All right. So again we'll just --

MS. PHILLIPS: Katie, don't worry about bringing it up.

BY MS. PHILLIPS:

Q. But UTC, for the record, is Universal Coordinated Time, and that's five hours before East Coast time.

A. Okay.

Q. I'll just represent that to you. In any event, you did connect with Matt Heimbach on August 12th, correct?

A. Yes.

Q. Okay. And you were communicating to him about plans to attend Unite the Right?

A. Yes.

Q. Okay. All right. I would like to show you --

MS. PHILLIPS: Let's see Tab 150, Katie. Thanks.

(Plaintiffs' Exhibit 58, Discord group DM with Tyrone#4532, McCarthy#6928, Kurt#8752, Caerulus

Page 288

E. Kline

Rex#16, Hines-MI#4894, ShuffOH#8765 and Ajax#5410, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is Exhibit 58, Mr. Kline. And this is a group DM with Tyrone#4532, McCarthy#6928, Kurt#8752, Caerulus Rex#16, Hines-MI#4894, and you and Shuff, S-h-u-f-f, OH#8765 and Ajax#5410.

Do you see that?

A. Yes.

Q. Okay. And this is August 9th, a post on August 9th, 2017.

Do you see that?

A. Yes.

Q. Okay. And this group of individuals was a security group for UTR, correct?

A. Yes.

Q. Okay. And what was the purpose of that group?

A. I believe that that was Richard Spencer's bodyguards, or whatever.

Q. Okay. And Ajax is an IE member,

Page 289

E. Kline

correct?

A. Yes.

Q. And Kurt is an IE member, correct?

A. He was. He left the organization, but, yes.

Q. But, again, after UTR?

A. Yes.

Q. And Shuff Ohio is also an IE member, correct?

A. Yes.

Q. And McCarthy, also an IE member, correct?

A. Yes. Actually, I don't know for sure. I don't know if McCarthy is or isn't.

Q. Okay.

A. Everyone in here is an IE member except for Caerulus Rex.

Q. Okay.

A. I don't remember if Tyrone is or isn't. But I know the people that have the state behind their name and I know Ajax were in Identity Evropa.

Page 290

E. Kline

Q. Okay. And they helped plan aspects of the UTR, correct?

A. They did security stuff for Richard specifically.

Q. Right. And that was aspects of UTR, correct?

A. Yes.

Q. Okay. They helped draft various orders on like security and shields, correct?

A. Yes.

Q. Okay. And you helped with Kessler planning the timing for certain events, correct?

A. Yes.

Q. And so specifically you helped plan the timing for the Friday night torch march, correct?

A. Yes.

Q. And you also helped to plan the timing of the events on Saturday for the Unite the Right event, correct?

A. Yes.

MS. PHILLIPS: Katie, you can

Page 291

E. Kline

down that exhibit. Thank you.

BY MS. PHILLIPS:

Q. You organized and ran the leadership meetings, correct?

A. Yes.

MS. PHILLIPS: Katie, I want to show Tab 156, please. This will be marked as Exhibit 59.

(Plaintiffs' Exhibit 59, Discord Post by Eli Mosley#5269, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a post by you on July 11th, 2017, in the Charlottesville 2.0 server and the hashtag Announcements channel.

Do you see that?

A. Yes.

Q. And you say, "Everyone, we are having a leadership meeting in one hour in Discord."

Do you see that?

A. Yes.

Page 292

E. Kline

Q. How often were leadership calls held on the Discord?

A. Probably once a week or once every other week, depending on how far out the event was.

Q. And who represented each group in the leadership voice chat?

A. I don't -- I don't remember who represented each group. I just know each group had one person. Some groups had two maybe, but most groups had one person. I don't remember who represented each group.

Q. On average, how many people would attend the leadership voice chats?

A. I'm not sure. Maybe a dozen or a little bit more, maybe. I don't know.

Q. To your knowledge, are there any recordings or notes of the voice chats other than the one leaked one that we spoke about earlier?

A. That's the only one I know of that has notes or audio leaks or things like that.

Q. Are you aware of notes from that

Page 293

E. Kline

one that leaked?

A. No. The only thing I know of in reference to those meetings is that audio leak.

Q. The leaked audio. Okay.

MS. PHILLIPS: Okay. Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. And you had a weekly call with Mr. Spencer, Mr. Damigo, and Mr. Kessler that occurred on Wednesdays, correct?

A. I believe so, yes.

Q. How far in advance of Unite the Right did you have those weekly calls?

A. I really don't remember. It could -- I don't remember. I don't want to speculate because I don't remember.

Q. But at least in July and August?

A. Oh, yes, for sure. Yeah.

Q. In the leadership voice calls that we were talking about on Discord, was it generally the same people who participated each week?

A. I'm not sure. I don't remember.

Page 294

E. Kline

I'm not sure who was specifically on the calls or not.

Q. Were these just voice calls or could you see -- were they video calls like this where you can see me and I can see you?

A. They were just voice calls.

Q. Voice calls. Okay.

And did you ever do a -- like a roll call to say who is on this call?

A. No. Because everyone's names were in the list, right, so you can just see --

Q. I see. Okay.

A. -- this person from whatever, you know.

Q. Okay. So there was a list, though, on the side of the voice call that you can see who was present; is that right?

A. Who was present, right. But there wasn't like, oh, is somebody from this group here or somebody from that group here kind of thing.

Q. Okay. Was Mr. Kessler involved

Page 295

E. Kline

in those leadership calls?

A. He was in some of them. I don't think he went to all of them, though.

Q. Okay. And was Mr. Damigo on some of those leadership calls?

A. I don't believe he was. He might have been at one, but overall, I don't think he was a member of those.

Q. And was Mr. Heimbach in those calls?

A. The same thing, maybe once or twice. But, generally, he had somebody else representing TWP in there.

Q. Was that somebody else Matt Parrot?

A. No, I don't believe so.

Q. Okay.

A. It didn't really meet Matt until well after Unite the Right.

Q. Okay. Was Mr. Spencer ever in those Discord leadership voice chats?

A. No.

Q. Okay. And was Mr. -- sorry.

Was Mr. Cantwell in any of those

Page 296

E. Kline

voice chats?

A. No.

Q. And, again, I'm speaking of the leadership voice chats.

A. Correct, the answer to that.

Q. Were either Dr. Hill or Mr. Tubbs in the leadership voice chats?

A. Dr. Hill, no. Mr. Tubbs, yes, for sure. He was the one who represented the League of the South. He didn't attend all of them, but when League of the South was there, he was the one representing them.

Q. Okay. And the representative for Mr. Heimbach, was that an individual named Cesar Ortiz? Do you recall?

A. Sometimes, yes. But there was another person, I can't remember his name --

Q. Okay.

A. -- who also represented TWP.

Q. Okay. And these -- I want it to be clear, these weekly calls, these concerned Unite the Right, correct?

Page 297

E. Kline

A. Yes.

Q. And the weekly calls that you had with Spencer Damigo and Kessler, those were also about Unite the Right, correct?

A. Yes.

Q. And I think we talked about this, but just to be clear, you drafted the operational order document for Unite the Right, correct?

A. Yeah, I drafted it in Google Docs and I sent it to somebody else and, excuse me, they put it in Microsoft Word or edited it for me, or whatever, and then posted it for everybody else or sent it back to me and I posted it.

Q. Okay. And you considered that document to be a military operation document, correct?

A. Sort of yes. It was very loose. It was basically just -- you know, it was a very unorganized document. And like it didn't go by the military handbook or anything like that. It was just an organizational document explaining to

Page 298

E. Kline

people what was going on.

Q. Okay.

MS. PHILLIPS: Katie, I want to show Tab 160, please.

All right. Exhibit 60.

(Plaintiffs' Exhibit 60, Chat record with Richard Spencer, Bates-stamped EK00006584, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And this is a text message from you to Richard Spencer.

Do you see that?

A. Yes. Sorry. Is it to me from Richard or --

Q. No, from you, from 610 -- do you see --

A. Yes.

Q. -- to Richard Spencer on July 16th, 2017.

Do you see that?

A. Yes.

Q. Okay.

MS. PHILLIPS: And, Katie, if you

Page 299

E. Kline

can scroll down, please.

BY MS. PHILLIPS:

Q. The substance of the text is, (As read) "These people are insane. This is a Facebook post about them doing a pre-event to prepare for Cville. Look at this corporate language compared to our literal military operation documents. They are little corporate tools and we're a resistance fighting force. I hate this morons."

Do you see that?

A. Yes.

Q. And this -- when you're referring to "our literal military operation document," you are talking about the operation document that you drafted on Google Docs, correct?

A. Yes.

Q. Okay. And you referred to yourself and the other planners of Unite the Right as a "resistance fighting force," correct?

A. Yes.

Page 300

E. Kline

Q. Okay.

MS. PHILLIPS: Katie, you can put this down. Thank you.

BY MS. PHILLIPS:

Q. You put together a high value target list for Charlottesville, or, excuse me, for UTR, correct?

A. I don't remember naming it myself personally, but that was the name of the document that I ended up seeing.

Q. I'm sorry, that you ended up seeing?

A. Yeah. It was like a Google Doc where people could put stuff in. So I mean, I basically made a document, a Google Doc, that said, hey, if you see threats online from people, or whatever, put them on this Google Doc and then we'll circle back and look at it.

And I think somebody during that time had changed the name of it to "High Value Targets List." But the point of it was, was to identify people threatening the rally.

Page 301

E. Kline

Q. And Wes Bellamy was on that list, correct?

A. Yes.

Q. Did you believe that Wes Bellamy was an actual physical threat?

A. I'm not sure -- I don't remember who that is. Was that the assistant mayor.

Q. The city counselor.

A. The city counselor?

I don't remember exactly what the reasoning was or why he was on there or anything like that.

Q. Okay. But is it fair to say that that high value target list didn't necessarily mean that there were physical threats by --

A. No.

Q. You have got to let me finish, Mr. Kline. Let me -- just for the record, let me get my question out. Even if you know where I'm going, let me get my question out, and then I will let you get your answer out, okay?

A. Yup.

Page 302

E. Kline

Q. Okay. My question was: Is it fair to say that for purposes of this high value target list, that was the list where you identified, quote/unquote, threats made prior to UTR, that that did not necessarily refer to physical threats; is that fair?

A. No, it did refer to physical threats.

Q. Okay. Where did you see that Wes Bellamy posted on social media a physical threat against those attending UTR?

A. It's been a while, so I don't remember specifically, but if his -- if he was put on that list, that's what that list was and that's what it was for, but I don't remember the specifics.

Q. And Emily Gorcenski is on that list as well, correct?

A. Yes, I assume so.

Q. Do you know who that is?

A. Yes. She is Antifa leader who did make very real threats against the event.

Q. I'm sorry, your testimony is

Page 303

E. Kline

she's an Antifa leader?

A. Yes.

Q. What organization is she the leader of?

A. I don't remember the name. It's the Charlottesville local Antifa group.

Q. And where did she post her alleged threats?

A. I'm not sure. It's been a while, so I don't remember exactly which -- what she said.

Q. And she attended the torch march on August 11th, correct?

A. Yes.

Q. Okay. Let me rephrase.

She was present at the statue that your group surrounded on August 11th as part of the torch march, correct?

A. Yes.

Q. Okay. And are you aware that she was injured on August 11th?

A. I was not aware of that, no.

Q. Okay. Are you familiar with an event that took place on July 8th, 2017, in

Page 304

E. Kline

Charlottesville, Virginia?

A. No. The only -- no.

Q. It was at a KKK rally. Do you recall that?

A. Oh, yeah, I didn't know anything about that.

Q. Okay. Did you attend the KKK rally in Charlottesville?

A. No.

Q. Did you watch it on live stream?

A. Yes.

Q. Okay. What platform did you watch it on?

A. I don't know. Probably Twitter. I'm not too sure.

Q. The rally, that rally, the KKK rally helped inform how you and other organizers of UTR planned certain aspects of UTR, correct?

A. Yes. Just as far as knowing how the police would react and how the local anti-protesters would react.

Q. Okay. And you spoke with Mr. Spencer and Mr. Damigo about the KKK

Page 305

E. Kline

rally, correct?

A. I believe so, yes.

Q. All right. And you -- in fact, you changed some of the operation order in response to the KKK rally, correct?

A. Maybe. I'm not sure.

Q. Do you remember indicating on Discord that you "had to rethink some of what we're doing based on seeing the rally last weekend"?

A. Yes. So originally the plan was that we were going to rent a bunch of, like, Greyhound buses and then, you know, make a line, people would just kind of get off and do their -- you know, get off the bus at the park, we're going to have our rally, and then people were going to get on the busses.

At that KKK rally, I remember seeing -- they tried to do something with buses and they were blocked on getting in or out of the city, which was dangerous, so we had to redo that part of how we were going to get in and out.

Page 306

E. Kline

Q. I see. Okay. So it was just with regard to the buses?

A. Yes. It was transportation getting in and out pretty much.

Q. Okay. And you, in terms of your planning and organizing, you said you were the liaison between various other groups and individuals involved with UTR, correct?

A. Yes.

Q. Okay. And you -- I think we talked about this a bit, but you organized security as well, correct?

A. Yes.

Q. And you organized and directed phone calls with the police, correct?

A. Yes.

Q. And at some point, you spoke with the police directly; is that correct?

A. Yes.

Q. And I believe you said it was a detective; is that correct?

A. Yes. It was a detective -- I want to say his first name was John, but I don't know for sure. You know what I mean?

Page 307

E. Kline

Like that's a pretty common name, so...

Q. Okay.

A. But I just remember speaking to a detective from Charlottesville.

Q. Okay. And you spoke with that person one time, correct?

A. Yes.

Q. And otherwise the communication between organizers of UTR and the police happened through Caerulus Rex, is that right, Brian Brathove?

A. Yes, him and I think Tubbs, the guy from League of the South, he also had contacted the police as well.

Q. Okay. And you organized transportation for the rally, correct?

A. Yes.

Q. Did you -- well, you tried to raise money for that transportation, correct?

A. Yes.

Q. And you got groups to donate money for that, correct?

A. Um-hmm, yes.

Page 308

E. Kline

Q. And, in fact, IE donated money for that, correct?

A. Yes.

Q. And you helped organize lodging for some of the speakers; is that right?

A. Myself and my girlfriend at the time, yes.

Q. And you made the decision about how to involve David Duke at UTR, correct?

A. Yes and no. I had originally said no David Duke. I was the only one and I couldn't -- well, me and Kessler were the only ones saying no, pretty much, and everyone else was kind of saying yes.

And then I guess -- I don't even remember exactly how it happened, but it ended up being he was coming anyway. I don't remember if I had budged or Kessler had budged or if people just said fuck you, we're bringing him, or whatever.

Q. You helped decide who some of the speakers at UTR would be, correct?

A. Yeah, that was mostly Kessler who dealt with and did the whole speaker thing,

Page 309

E. Kline

but I helped him out a little tiny bit.

Q. And you helped to decide who would be encouraged to come to UTR, which groups would be invited, correct?

A. Generally, yes.

Q. And you encouraged individuals from Vanguard to, Vanguard America, excuse me, to come to UTR, correct?

A. Yes.

Q. Okay. And you invited RAM members to come to UTR?

A. I'm not sure. I don't remember hearing about RAM until after Unite the Right, maybe. I remember I saw like a promotional video of them and I remember saying, oh, that's cool, but I didn't really know who they were. I thought they were like a California-based group, or whatever, but I didn't really know too much about them until much, much later. After I was out of the Alt-Right and done with the Alt-Right, I saw an article somewhere -- like I was going through my news, or whatever, and I saw an article about them

Page 310

E. Kline

and I was like, oh, wow. Like, I didn't really know anything about them, really, other than their name being familiar to me. But I didn't know -- I didn't know the members or who the leaders were or what they stood for. I didn't really know. I didn't know any of their details, because when I was in the Alt-Right, I didn't really know those guys.

Q. Well, you understood that some IE members were also in RAM, correct?

A. I did not know that. Part of being a member of Identity Evropa was that you weren't allowed to be in another group.

Q. Okay. Well, you made sure that FOAK, the Fraternal Order of the Alt-Knights was coming to United the Right, correct?

A. No, we tried to get them and they ended up not coming, to my knowledge.

Q. Okay. But you tried to encourage them to come, correct?

A. Yes.

Q. And you also encouraged Proud

Page 311

E. Kline

Boys to come, right?

A. Yeah. I would -- just for your sake, I would say that those two groups are pretty much the same thing. The Alt-Knights, or whatever, and Proud Boys were pretty much the same thing.

Q. Okay. And you gave instructions to other groups coming, correct?

A. Yes.

Q. And you approved press releases, correct?

A. I'm not sure what you mean.

Q. Sure.

So, for example, Kyle Chapman put out a press release which you approved, correct?

A. I don't believe I did approve Kyle Chapman's press release.

Q. Okay.

MS. PHILLIPS: Katie, let's take a look at Tab 194, please.

These text messages will be marked as Exhibit 61.

And if you can go up, Katie,

Page 312

E. Kline

we'll take a look at the numbers.

(Plaintiffs' Exhibit 61, Chat record with Kessler, Bates-stamped JK00030209 through 30210, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. So these are text messages between you, the 610 number and 434-996-5567, which is a phone number we've seen before today. It's Jason Kessler's.

MS. PHILLIPS: And if you scroll down to the Bates number, please, Katie.

BY MS. PHILLIPS:

Q. You'll see that this is Bates numbered JK00030207, Mr. Kline, which is an indication that this was produced by Jason Kessler.

A. Got it.

MS. PHILLIPS: And, Katie, I'm sorry, can you scroll up so we can see who this first text message is from?

(Document review.)

MS. PHILLIPS: Thank you.

Page 313

E. Kline

BY MS. PHILLIPS:

Q. Sorry. From Jason Kessler to you.

MS. PHILLIPS: Thank you, Katie.

BY MS. PHILLIPS:

Q. And the substance of the text message says, "Give me your opinion on this press release from Kyle Chapman."

And then it says "For immediate release."

A. Oh, okay.

Q. So you see the press release?

A. Yeah, I mean, I see this, but I mean -- hold on.

(Document review.)

Q. Yeah, take your time to read it.

MS. PHILLIPS: And, Katie, let's go down and show Mr. Kline his text in response.

(Document review.)

BY MS. PHILLIPS:

Q. The substance of the text says, "I think it's all right except he kind of backs himself in the corner by pretending

Page 314

E. Kline

some of our guys aren't Nazis.  I think he needs more wiggle room just in case there are salutes."

Do you see that?

A.  Yes.

Q.  Okay.  So does this refresh your recollection about receiving the press release that Chapman put out?

A.  I don't really remember this conversation too much, but it seems to me like -- I don't really approve his thing, but somebody sent it to me for an opinion.

Q.  Well, Mr. Kessler did, correct?

A.  Yes, exactly.

Q.  With whom you were organizing the event?

A.  Yes, Kessler.  But it wasn't like I had a final approval on what Kyle Chapman posted or anything like that.

Q.  Understood.

But you could clearly weigh in, correct?

A.  Yes.

Q.  And the only concern raised here

Page 315

E. Kline

is that Mr. Chapman "backs himself in the corner by pretending some of our guys aren't Nazis," correct?

A.  Yes.

Q.  Okay.  No other concerns raised about the rest of the substance of the press release, correct?

A.  Correct.

Q.  That you see here?  Okay.

MS. PHILLIPS:  Katie, you can take that down.  Thank you.

BY MS. PHILLIPS:

Q.  Okay.  And Mr. Kline, you also help to create promotional material for UTR, correct?

A.  Sort of.  Kind of, yeah.  I don't know.  Some people made stuff and I kind of sifted through what was good and bad.  I didn't make anything.  I don't have an artistic bone in my body, so I don't actually make anything.

Q.  Okay.  A fair distinction.

So you approved promotional material for the event?

Page 316

E. Kline

A.  Sure, yes.

Q.  Okay.

A.  Kessler handled most of the promotional stuff, though.

Q.  Okay.

A.  So like the red lines coming out, I guess, from that poster, like all the red lines on it, that was entirely Kessler.

Q.  Okay.  But, again, you approved -- you know, regardless of Mr. Kessler's role, you also agreed that you --

A.  Yes.

Q.  -- approved some promotional materials for the event, correct?

A.  Yes.

Q.  Okay.

MS. PHILLIPS:  Katie, let's take a look at Tab 195.

And that is Exhibit -- that will be Exhibit 62.

(Plaintiffs' Exhibit 62, Chat record with Kessler, Bates-stamped EK00009720 through 9721, marked for identification, as of this date.)

Page 317

E. Kline

BY MS. PHILLIPS:

Q.  Do you see that this is -- there we go.

This is -- participants are the 610 number, yours, and the 434 number, Jason Kessler's.

Do you see that?

A.  Yes.

Q.  Okay.  And the text message says, "It seems that we have a pretty nice digital flyer at this point.  Only question is whether to put Spencer and Hyde in there."

Do you see that?

A.  Yes.

Q.  Okay.  If you go down, this was one promotional flyer for the event, correct?

A.  Yes.

Q.  Okay.  And this flyer has obviously Confederate flags on it, correct?

A.  Yes.

Q.  And militia with guns, correct?

A.  Yes.

Page 318

E. Kline

Q. Okay. And symbols of Nazi Germany, correct?

A. Yes.

Q. And Pepe, the frog, correct?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, you can take that off.

BY MS. PHILLIPS:

Q. Mr. Kline, you helped select the chants that would be used during UTR, correct?

A. Yes.

Q. And you helped select the songs to sing at UTR, correct?

A. Yes.

Q. And you chose -- one of the songs that you chose was "Dixie," correct?

A. That was Richard Spencer's song choice.

Q. So Mr. Spencer chose "Dixie"?

A. Yeah, whether it was him telling me to put it in or -- I just remember -- I remember his -- he likes that song.

Page 319

E. Kline

Q. Okay.

A. I specifically remember he put the song in.

Q. Do you have an understanding that there are different versions of "Dixie"?

A. No, I'm not familiar with that -- I mean, I'm from the north, so I don't really know a lot of -- kind of that kind of stuff.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 197, please. This will be Exhibit 63.

(Plaintiffs' Exhibit 63, Discord Post DM in the Charlottesville 2.1 of the Dixie Lyrics channel on August 11th, 2017, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Okay. So this is your post on Discord in the Charlottesville 2.1 of the Dixie Lyrics channel on August 11th, 2017. And you say, "This is the version of 'Dixie' we are using."

Page 320

E. Kline

Do you see that?

A. Yes.

Q. So there are, in fact, different versions of "Dixie." Do you understand that?

A. Yes.

Q. Okay. And this particular version of "Dixie," if you go down to your second post, the third line is "To arms. To arms. To arms. In Dixie." Do you see that?

A. Yes.

Q. Okay. And this is the version of "Dixie" that is a call to arms, correct?

A. I mean, I don't know enough of the song to know what its message is, or whatever.

Q. Okay. Well, this was Mr. Spencer's choice, correct?

A. It also says to have peace at the last line so...

Q. And "conquer peace for Dixie," correct?

A. To have peace, right, yes.

Page 321

E. Kline

Q. Again, "To arms. To arms. And conquer peace for Dixie"?

A. Right. Okay. But, yes, that's the one that Richard chose.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down.

BY MS. PHILLIPS:

Q. And the chants that the organizers of UTR approved were, "You will not replace us," correct?

A. Yes.

Q. And "Jews will not replace us," correct?

A. No, that was not an approved chant.

Q. Okay. But it was in fact a chant, correct?

A. Yeah, I mean, yes, on that Friday night.

Q. It was chanted on Friday night, correct?

A. Yes.

Q. Okay. And it was chanted again

Page 322

E. Kline

on Saturday, correct?

A. Yes. Even though I tried to get -- I tried to stop people, but...

Q. You tried to stop people from chanting "Jews will not replace us"?

A. Yes.

Q. Who did you try to stop chanting "Jews will not replace us"?

A. I told -- when it was -- originally started getting chanted, I believe it was Christopher Cantwell was near me, and I leaned into him and I said "Dude, you have to like, that's not -- that's bad. Like, that's not a good thing to chant," or whatever.

Q. Did Mr. Cantwell start that chant?

A. I don't know who started it, but I know he had -- you know, he has influence over people that liked him, or whatever, so I was -- I did try to stop that chant because that is not a chant that I would want to march next to.

Q. Okay. And did Mr. Cantwell try

Page 323

E. Kline

to stop that chant after you told him not to or, excuse me, after you told him to?

A. No.

Q. And, in fact, he chanted it himself, didn't he?

A. Yes.

Q. Did you approve of the chant "White lives matter"?

A. No.

Q. Do you -- but it was -- sorry. Strike that.

"White lives matter" was chanted on Friday night, correct, August 11th?

A. Yes.

Q. Did the organizers and planners approve the chant "Into the ovens"?

A. No.

Q. But it was chanted on Friday night, correct?

A. I'm not sure if it was or if it wasn't.

Q. Okay. And was the chant "Gas the kikes, raise war now" approved?

A. No.

Page 324

E. Kline

Q. But it was chanted, correct?

A. I'm not sure. There was like hundreds of people, and I was directing the line to, you know, keep moving and where everyone was going to go, where everyone was going to. So I don't -- the only one I remember hearing was the "Jews will not replace us thing" --

Q. Okay.

A. -- and I remember that pissing me off.

Q. And "You will not replace us" is an Identity Evropa chant, correct?

A. Correct.

Q. And you just testified you were directing the -- you were directing the line of people on Friday night, correct?

A. Yeah, like the route we were taking.

Q. Okay.

A. Because I had spoken to the police, the UVA police on which route we should take, so I was going through what the police had told us to do.

Page 325

E. Kline

Q. Were you involved in deciding which signs were permitted to be carried at UTR?

A. No. We didn't really have like a way of filtering anything like that. We basically told people don't be -- don't be overly edgy or anything like that. Like people don't get the same jokes you do, kind of thing, and don't bring stupid signs. But there was no vetting process for signs --

Q. Okay. You were --

A. -- or flags.

Q. I'm sorry?

A. There was no vetting process for signs or flags or anything like that.

Q. Okay. You made plans for what would happen if the -- strike that.

You're aware Mr. Kessler had a permit for the Saturday event, correct?

A. Yes.

Q. Okay. And you made plans for what would happen if the permit was -- strike that again.

Page 326

E. Kline

And that permit was rescinded for a period of time; is that correct?

A. I believe so, yes.

Q. And you made plans for what would happen if the permit was not reinstated, correct?

A. Yes.

Q. Okay. And you made a couple -- you made at least two different plans; is that right?

A. I don't know the details, but I do remember making kind of like backup plans in case it gets -- the permit gets pulled.

Q. Okay.

A. I just don't remember what the plans were.

Q. Okay. But you did make contingency plans, correct?

A. Yes.

Q. Okay. And do you recall that one of your plans was to go to the park anyway regardless of whether or not you had a permit?

Page 327

E. Kline

A. Yes.

Q. Okay. And you considered the possibility that a state of emergency would be declared, correct?

A. I don't know if I necessarily knew that. Maybe I did. I don't really remember. But it would kind of make sense, looking back obviously, that was going to happen, or something like that could have happened.

Q. Okay. And did you consider -- strike that.

Is it fair to say that you and Spencer and other of the planners and organizers for UTR set the strategy, quote/unquote, for Charlottesville?

A. Yes.

MS. PHILLIPS: I want to take a quick break just to grab a little bit more water if that's okay. So if we can go off the record.

THE VIDEOGRAPHER: This marks the end of media No. 3 in the deposition of Elliott Kline.

Page 328

E. Kline

The time is 5:18. We are off the record.

(Recess is taken.)

THE VIDEOGRAPHER: This marks the beginning of media No. 4 in the deposition of Elliott Kline. The time is 5:32. We are on the record.

BY MS. PHILLIPS:

Q. Mr. Kline, we talked about how you were a member of Identity Evropa and how you had a leadership role at Identity Evropa, correct?

A. Yes.

Q. And you had the authority to approve activism for Identity Evropa members, correct?

A. Yes. My general area, though, mostly. If people in California wanted to do something -- mostly in my general area, but if people wanted to do something out in California, for example, I had no say in that.

Q. And Mr. Damigo also obviously had authority to approve activism for IE,

Page 329

E. Kline

right?

A. Yes.

Q. And Mr. Damigo trusted you to approve activism form IE members, correct?

A. Yes.

Q. Okay. And he trained you to do so, correct?

A. Yes.

Q. And Mr. Damigo nominated you to be the PR representative for Identity Evropa, correct?

A. Yes.

Q. Okay. And there were regular conferences for from the PR reps from the different groups, correct?

A. Yes.

Q. Okay. And that was to assist in planning Unite the Right, correct?

A. That and the general running of IE.

Q. Okay. Why was Charlottesville chosen as a location for Unite the Right?

A. It was chosen because the statue coming down was obviously part of the

Page 330

E. Kline

political messaging.

And then we had somebody on the ground that kind of convinced people, so that was -- Kessler kind of got people to buy into the idea of, you know, Charlottesville being a good place to go.

And then another reason would be because Richard Spencer was a UVA grad so he was familiar with the area as well.

So that was the reason that was chosen.

Q. Okay. Are you familiar with the term "summer of hate" being used in reference to the summer of 2017?

A. No, I have not heard that.

Q. And you and Mr. Spencer discussed how the summer of 2017 was going to be a violent summer, correct?

A. I don't remember that conversation.

Q. Do you recall it being over text message?

A. No, I don't remember that conversation.

Page 331

E. Kline

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 209, please.

(Plaintiffs' Exhibit 64, Chat record with Richard Spencer, Bates-stamped RS00095071, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is Exhibit 64. And this is a text message from Richard Spencer, the 571 number.

Do you see that?

A. Yes.

Q. To you, the 610 number, correct?

A. Yes.

Q. And this is dated June 14th, 2017.

Do you see that?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, can you scroll down?

BY MS. PHILLIPS:

Q. You see the body of the text

Page 332

E. Kline

message from Mr. Spencer is, "This is going to be a violent summer."

Do you see that?

A. Yes.

Q. Okay. Do you recall getting this text message from Mr. Spencer?

A. No, but I'm sure it's in reference to the rally and things like that that were going on all over, all over the country and stuff like that because of the 2016-2017 kind of political climate, or whatever, that's kind of still going on.

Q. Was the goal --

MS. PHILLIPS: Katie, you can put that down. Thank you.

BY MS. PHILLIPS:

Q. One of the goals of holding Unite the Right was to hear the speeches, correct?

A. Yes.

Q. Okay. And another goal of Unite the Right was to step out of the shadows, so to speak?

A. Yes.

Page 333

E. Kline

Q. Another goal of Unite the Right was to stand up against other racists?

A. No.

Q. Was -- a goal in holding Unite the Right was to express your views about race?

A. About race in general, yes.

Q. Was a goal in holding Unite the Right to create an ethnostate?

A. No.

Q. Was the goal in holding Unite the Right to unite white nationalists against other racists?

A. No.

Q. Instilling fear, that was a goal of Unite the Right?

A. No.

Q. What about to be a battle in RaHoWa, was that a purpose of Unite the Right?

A. No.

Q. What about confrontation, to have a confrontation, was that a goal of Unite the Right?

Page 334

E. Kline

A. No.

Q. Did you see UTR as a significant event?

A. Yes.

Q. And you anticipated that violence would occur at Unite the Right?

A. Against us, yes.

Q. You were aware that some participants on Discord thought UTR would turn into a shootout, correct?

A. Because we were going to be attacked, yes.

Q. You thought that it was a possibility that UTR would turn into a street brawl, correct?

A. Yes, from us getting attacked.

MS. PHILLIPS: Katie, let's show Tab 212, please. I believe this is Exhibit 65.

(Plaintiffs' Exhibit 65, Discord Post DM with Heinz-MI 4894, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is direct messages between

Page 335

E. Kline

yourself and Heinz-MI 4894.

And we've talked about this, but Heinz is a member of IE, correct?

A. Yes.

Q. And these messages are sent on August 10th, 2017, correct?

A. Yes.

Q. And you said Eli -- Heinz said, "Eli, what is your opinion of having a group of people that are open-carrying acting as a QRF in case SHTF."

Do you see that?

A. Yes.

Q. QRF means "quick reaction force," correct?

A. Yes.

Q. And SHTF means "shit hits the fan," correct?

A. Yes.

Q. Okay. And Heinz says, "Kurt is talking to me and is convinced this will turn into a shoot-out."

Do you see that?

A. Yes.

Page 336

E. Kline

Q. And we talked about Kurt as well. Kurt is also a member of IE, correct?

A. Yes.

Q. And he was a member of that security force that we talked about previously for Richard Spencer, correct?

A. Yes.

Q. Okay. And you see Heinz also says, "I don't want to arm everybody and have them wear battle rattle because that would essentially hamstring them if this turns into a street brawl."

Do you see that?

A. Yes.

Q. Okay. So, again, you were aware that people thought this was a possibility, that things one turn into a street brawl, correct?

A. Yeah, because -- yes. The conversation I then had with him was that he needs to relax and that the only violence that should be coming should be -- like, you know, we knew it was going to be

Page 337

E. Kline

violent in the fact that we know Antifa was going to be there. They were planning to be violent. So people were looking for ways to defend themselves and to keep safe. And there was people who wanted to, excuse me, there were people who wanted to carry guns, you know, or whatever, and I told them not to.

There's a podcast that's -- it's with Mike Peinovich, him and I did like two days -- I think it was like right about this time, actually, that I sent this message where him and I had a podcast where we basically said we're not going to stop people because -- I mean, it's against the law, first of all, to stop people from carrying in Virginia, is what we found out. But we recommended that people do not bring guns to the rally. That was myself and Mike.

Q. Okay. And what podcast was that?

A. One of Mike's podcasts on therightstuff.biz. I'm not sure of what the name would have been or anything. But

Page 338

E. Kline

it aired like a day or two days before Charlottesville.

Q. Okay.

MS. PHILLIPS: You can take that down. Thanks, Katie.

BY MS. PHILLIPS:

Q. So your security and organizing team knew about discussions of violence on Discord, correct?

A. Violence against them, yes.

MS. PHILLIPS: Katie, let's take a look at Tab 213, please.

(Plaintiffs' Exhibit 66, Discord Post DM with Kurt#8752, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This will be marked as Exhibit 66. This is a post from August 11th, 2017, by Kurt in the Charlottesville 2.0 server, the Medic Team. He says, "It is probably the worst idea in the world for any women to come at this point TBH. There are enough guys with CLS experience and enough city medics that

Page 339

E. Kline

women being there is pretty much an undue risk," correct?

A. Yes.

Q. And, again, Kurt was a member of IE and part of the security organization team, correct?

A. Yes. There were certain members of -- like him and a couple of other people who were -- they were -- I don't know how to-- they were incredibly nervous over the whole thing because they were seeing kind of the other side threaten us and things like that and they were worried about like, you know, people's safety.

So I mean, this is like -- this is him just talking about that, or whatever, in general, I guess.

Q. Okay. Okay.

MS. PHILLIPS: Katie, let's show Tab 215, please.

And this will be marked as Exhibit 67 to the deposition.

(Plaintiffs' Exhibit 67, Discord Post DM with Kurt#8752, marked for

Page 340

E. Kline

identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a post or, excuse me, a series of posts in the Charlottesville 2.0 server. The Flags, Banners and Signs channel.

Do you see that?

A. Yes.

Q. And that first post is from that same Kurt individual who we saw posting about women being at Charlottesville as an undue risk in Exhibit 66.

Do you see that?

A. Yes.

Q. And here he's saying, "Impaling people is always the best option TBH."

Do you see that?

A. Yes.

Q. Do you see do you think he's talking about I am page people in self-defense?

A. He's very clearly joking and putting an animated post as the -- like, they're joking.

Page 341

E. Kline

Q. Well, that's not his post, correct? That's Tyrone's post?

A. No. But that's literally what they're talking about.

Q. I understand.

But, again -- first of all, his post comes first, correct? Kurt's post is first --

A. I mean, Kurt --

Q. -- correct?

A. Yes. But Kurt very clearly is not serious on that post.

Q. I see. So when he talks about violence, asserting violence, he's joking, but when he talks about self-defense, it's real?

A. So do you honestly think that he planned to impale people? With what? With 15-foot pikes? That doesn't make sense.

Q. My question was: When he talks about violence, asserting violence, it's a joke; but when he talks about self-defense, it's real? That's your testimony?

A. No, I did not say that.

Page 342

E. Kline

Q. Okay.

MS. PHILLIPS: Katie, you can take down Exhibit 67. Thanks.

BY MS. PHILLIPS:

Q. And the security team, members of the security team also discussed using shields as a weapon, correct?

A. I'm not familiar with that.

Q. Are you familiar with Heinz-MI, the IE member and member of that security organizing team discussing doing a shield wall and learning to actually fight with shields?

A. No, I'm not familiar with that.

Q. Okay. And you posted -- well, had DMs with Andrew Anglin about anticipating violence at UTR, correct?

A. Perhaps, yes.

MS. PHILLIPS: Let's show Tab 217, please.

This will be Exhibit 68.

(Plaintiffs' Exhibit 68, Discord Post DM with Andrew Anglin, marked for identification, as of this date.)

Page 343

E. Kline

BY MS. PHILLIPS:

Q. This is messages, direct messages on Discord between yourself and Andrew Anglin. The date is July 20th, 2017. He said, "I think we are going to see some serious brawls at Cville next month too and we'll see blood on some of these white polos. Laugh out loud."

Correct?

A. Yes.

Q. Okay. And the blood on white polos -- strike that.

White polos are part of the uniform for some members of the Alt-Right, correct?

A. Yes.

Q. The blood on the white polos that you're referring to is from counter-protesters, correct?

A. No, they're from violent domestic terrorists who beat the shit out of me with a metal rod, sprayed me with pepper spray, and threw bleach on my hair.

Q. Okay. I'm going to move to

Page 344

E. Kline

strike everything after "no" because my question was: In July 20th -- on July 20th, 2017, in this post, what you're referring to, the "blood on white polos" that you're referring to was from counter-protesters, correct?

A. No, not counter-protesters but domestic terrorists.

Q. Okay. Is it your testimony that everybody who came as a counter-protester to Charlottesville, excuse me, to UTR was a domestic terrorist?

A. No. My testimony is that anybody who would attack the demonstrators there is a domestic terrorist.

Q. Okay. So anybody who committed violence at UTR is a domestic terrorist; is that right?

A. That's not what I said.

Q. Well, I'm asking you. That's what I'm asking you.

A. No.

Q. Okay.

MS. PHILLIPS: Katie, you can

Page 345

E. Kline

take this down. Thank you.

BY MS. PHILLIPS:

Q. And I think we've talked about this, but you referred to the Alt-Right rally goers as a resistance fighting force, correct?

A. Yes.

Q. And you referred to the individuals attending to counter-protest as, quote, "little corporate tools," correct?

A. Yes.

Q. Have you ever heard the term "triggering"?

A. Yes.

Q. What is triggering?

A. People who have really light -- or really thin skin, making them upset.

Q. So it's a method design to invoke an angry response, correct?

A. Specifically from people who are thin-skinned. So over little things that shouldn't actually upset people.

Q. Like your jokes?

Page 346

E. Kline

A. Sure.

Q. Was triggering other people one of the intents of Unite the Right?

A. Not really. Not for me anyway.

Q. Are you aware of discussions on Discord about triggering counter-protesters?

A. No, I wasn't able to read all the discussion on Discord.

Q. Did you appear on Red Ice, do a Red Ice interview?

A. Yes.

Q. Do you recall saying, "One of the most advantageous things we can do as the Alt-Right is to continue to trigger the left? Triggering the left has become one of the best strategies for us since it makes the left look irrational and pushes people our direction. The more we can do that, the more we are going to see success."

Do you see that?

A. Sure. Yes.

Q. Sorry, I'm sorry. Strike "do you

Page 347

E. Kline

see that."

Is that your -- do you remember giving that interview with Red Ice?

A. This sounds like something I would have said.

Q. And is it still your testimony that triggering other people was not one of your intentions in holding Unite the Right?

A. No, that was not one of my intentions with Unite the Right.

MS. PHILLIPS: Katie, I want to show Tab 220, please.

I believe it will be Exhibit 69.

(Plaintiffs' Exhibit 69, Discord Post DM between Andrew Anglin and Azzmador on August 9th, 2017, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a Discord exchange between Andrew Anglin and Azzmador on August 9th, 2017.

Do you see that?

A. Yes.

Q. And it says, "And he and Enoch

Page 348

E. Kline

went on TDS last night and basically told everyone to bring guns if they want."

Do you see that?

A. Yes.

Q. Is that a reference to the podcast that you spoke about that you went on with Mike Peinovich?

A. It might be but I don't know why he -- how he would get that message out of it. We quite clearly told people, like, we can't stop you from bringing guns and if you, like -- if you're going to bring put it, follow the law. However, we don't think you should bring guns, is what we told people. So I don't know why he'd think -- I don't know why he would have gotten this message out of it.

Q. And to be clear, Enoch, E-n-o-c-h, that is Mike Peinovich, correct?

A. Yes.

MS. PHILLIPS: Katie, you can take down Exhibit 69. Thank you.

Let's put up Tab 294, please.

(Plaintiffs' Exhibit 70, Chat

Page 349

E. Kline

record with Bree, Bates-stamped EK00000406, marked for identification, as of this date.)

MS. PHILLIPS: This will be Exhibit 70.

BY MS. PHILLIPS:

Q. This is a February 12th, 2018, text message from you to Bree.

MS. PHILLIPS: And, Katie, if you can go all the way down so we can see the Bates number on this.

(Document review.)

MS. PHILLIPS: Katie, are you able to show us the Bates number? I can't see it. I'm not sure if you've got it up.

MS. CHENG: That's as far down as it goes. The Bates number, if I can read it, is EK00000406.

MS. PHILLIPS: Thank you. I just wanted to demonstrate to Mr. Kline that this came from his text message.

BY MS. PHILLIPS:

Q. And the subject of this text

Page 350

E. Kline

message says, "They are using the point that I called for guns at Cville as an example."

Do you see that?

A. Yes.

Q. Okay. So you, yourself, note that you called for guns at Cville?

A. No, this is -- I mean, this is one text message that is completely out of context. I don't know what this is in reference to, but I did not call for guns at Cville.

Q. Okay.

A. I was one of the people that said do not to bring guns to Cville.

Q. Okay, but --

A. So I don't know what this --

Q. -- this is your text message, correct?

A. Sure, yes.

Q. Okay. And the previous exhibit we looked at, Exhibit 69, is from Azzmador to Andrew Anglin indicating that you and Enoch went on TDS last night and basically

Page 351

E. Kline

told everybody to bring guns if they want, correct?

A. And that's not true. Yes, that is not true.

Q. Okay. So both of these exhibits are false?

A. I mean, the last one is definitely false. This one is one text message in a string of text messages without any context, so I'm not sure what this is in reference to or anything.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

BY MS. PHILLIPS:

Q. Previously you testified about the list of individuals, Antifa individuals that you provided to Mr. Brathove who provided that to the police.

Do you remember that testimony?

A. Yes.

Q. What social media sites were you or other organizers reviewing in order to gather that information?

Page 352

E. Kline

A. Like I said earlier, basically I posted a Google Doc and told people to put in their information or their evidence and things like that into, you know, one place. And they mostly got it from Twitter, is where most of the threats came from.

Q. I see.

So people were openly posting violent threats on Twitter is your testimony, Antifa people?

A. Yes, towards the Unite the Right rally.

Q. Okay. So you weren't doing the research yourself; is that correct?

A. There might have been one or two that I put on the list from stuff that I saw; but, no, overall, it was kind of crowd-sourced.

Q. Okay. And did you verify, after you received the crowd-sourced information, did you verify that the threats were all actually made?

A. So, yeah, what we basically -- or what I basically did is, I think, we had

Page 353

E. Kline

them archive, like, the Tweets, or whatever, and we would go back and check -- I would just check those archives, or whatever.

Q. Where were the Tweets archived?

A. On -- I don't even know. I think it was archive.is. It's like a website that just archives web pages, or whatever.

Q. And there was a collection of Antifa tweets at this archive?

A. I believe so, yes.

Q. And who created the archive?

A. It's literally -- all you do is copy a web browser, like, address and paste it into this website and it gives you an archive of it.

Q. Is archive.is still functioning today, do you know?

A. I have no idea.

Q. Okay. And were those -- but you checked yourself archive.is and cross-referenced the crowd-sourced information with the Twitter archived stuff?

Page 354

E. Kline

A. For some of them, I did myself. I don't know -- I think there was somebody else that was looking through them as well, but I don't remember who it was. There was somebody who was good with kind of verifying that kind of thing.

Q. And who was that person?

A. I don't remember who it was.

Q. And we talked a bit at some point you became aware that Discord was compromised, correct?

A. Yes. The general Discord chat, yes.

Q. And how did you learn that?

A. I'm not too sure how I learned that. I don't remember. I just remember learning it and realizing that, you know, anything we posted there was going to be public within, like, five minutes. I don't remember how I figured that out, though, or how we came to that conclusion.

Q. And when did you -- approximately when in time did you learn that Discord was compromised?

Page 355

E. Kline

A. I'm not too sure. Maybe a few weeks before the event.

Q. Okay.

MS. PHILLIPS: Katie, I want to show 223, please.

(Plaintiffs' Exhibit 71, Discord Post DM with #McCarthy#6928, marked for identification, as of this date.)

MS. PHILLIPS: Okay. Katie I specifically -- if you can highlight, "I'm probably not going to release..." is where I want to look. Yeah, exactly.

BY MS. PHILLIPS:

Q. This is a message, Mr. Kline, between you and McCarthy 6928 on August 1st, 2017. And you say, "I'm probably not going to release a version for everyone else for a bit because as of the middle of last month, we have 100 percent confirmation that the Discord has been compromised by Antifa."

Do you see that?

A. Yes.

Page 356

E. Kline

Q. So does that refresh your recollection that it was approximately the middle of July when you learned that Antifa had compromised the Discord?

A. Yes.

Q. Okay.

MS. PHILLIPS: You can take that down. Thanks, Katie.

And that was Exhibit 71, for the record.

Katie, I want to see Tab 224, please.

This will be Exhibit 72 for the record.

(Plaintiffs' Exhibit 72, Discord Post DM dated 8/11/17 in Charlottesville server, the Leadership Discussion channel, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a post by you on August 11th, 2017, on the Charlottesville server, the Leadership Discussion channel. And you say, "At everyone. I need to get

Page 357

E. Kline

in touch with one of the fake Antifa account people stat. Please get them in touch with me. Preferably one of the more believable ones. Please utilize your networks for this."

Do you see that?

A. Yes.

Q. Who were the fake Antifa account people?

A. Those were like Twitter accounts that were fake Antifa. Like they would say -- like one of them was, I think, like Beverly Hills Antifa was one of the accounts. That's the only one I really remember. That was like a very -- it was like a fake Twitter handle pretending to be like Antifa group.

Q. And this was Alt-Right individuals making fake Antifa accounts?

A. I wouldn't necessarily say they were Alt-Right people. I think they were just people on the right in general who were making fun of Antifa. I don't know who was making those accounts. I have no

Page 358

E. Kline

idea.

Q. Okay. But you asked them -- you wanted them to get in touch with you, correct?

A. Yes.

Q. And "preferably one of the more believable ones," correct?

A. Yes.

Q. Why? Why did you want them to get in touch with you?

A. I don't remember.

Q. You have no idea?

A. No, I don't remember what the reasoning was here.

Q. On August 11th? Okay.

MS. PHILLIPS: Katie, you can take down Exhibit 72.

BY MS. PHILLIPS:

Q. You decided to put this information on Discord, correct?

A. Maybe. I'm not sure.

Q. Okay. In the wake of the Discord infiltration, you don't recall deciding to put out misinformation on the Discord?

Page 359

E. Kline

A. I'm sure that's something I would have done. I just don't remember what it was or what the specifics, or whatever, behind it were or what I said or anything like that.

Q. Okay. In terms of UTR, you were hoping to give -- sorry.

You were hoping to hear some of the folks give their speeches, correct?

A. Yes.

Q. You were hoping to hear Richard Spencer speak?

A. Yes.

Q. You were hoping to hear Mr. Damigo speak?

A. Yes.

Q. Others -- were you looking forward to others speaking as well?

A. I didn't really expect myself to personally be able to hear them or anything like that because I would have been doing other stuff, but, yeah, I wanted them to get the chance to speak.

Q. Okay. And did that, did that

Page 360

E. Kline

happen? Did you get a chance to hear them speak?

A. No.

Q. And were you hoping that UTR would be peaceful?

A. Yes.

Q. Did that happen? Was UTR peaceful?

A. No.

Q. Okay. So did any of the things that you hoped to achieve at the rally at UTR, did any of them get achieved?

A. No.

Q. And you're familiar -- we talked a bit about it, but you are familiar with the torch march that took place on August 11th, 2017, correct?

A. Yes.

Q. And that was a torch march across UVA's campus, correct?

A. Yes.

Q. Whose idea was it to do a torch march at UTR?

A. I'm not entirely sure who the

Page 361

E. Kline

idea was. It might have been Richard. I don't really recall whose idea, original idea it was.

Q. Okay. Is it fair to say that torches held by white supremacists or white nationalists would cause to Jewish people to be fearful?

A. I mean, I'm not -- I don't understand the question.

Q. I'm asking you, if you're a Jewish person and you see at nightfall a group of white nationalists or white supremacists carrying torches, would that cause you to be fearful?

A. I have no idea.

Q. Is it fair to say that if you're an African-American person and at nightfall you see a group of white supremacists carrying torches, that that would cause you as a black person to be fearful?

A. I have no idea.

Q. Do you agree that the torch march was intended to intimidate Jewish people and their supporters?

Page 362

E. Kline

A.  No.

Q.  Do you agree that the torch march was intended to intimidate people of color and their supporters?

A.  No.

Q.  The plan was to meet at Nameless Field on Friday night, correct?

A.  Yes.

Q.  Okay.  And then the march would occur from there; is that correct?

A.  Yes.

Q.  All right.  And the plans for the torch march were kept secret, correct?

A.  Yes.

Q.  And there was no permit, nobody had a permit for the Friday night torch march, correct?

A.  No, but we looked -- I remember, I don't know the specifics of it, but generally speaking, I remember we looked into it and we didn't actually need a permit.  And we just needed to contact the UVA police at least like the day of or the day before or something like that.  So

Page 363

E. Kline

that's what we ended up doing.

Q.  Who looked up the rules on whether you needed a permit?

A.  I might have been Evan McLaren, but I am not entirely sure who it was.

Q.  Was it you?  Did you look up the rules for whether or not you needed a permit?

A.  I don't think so, no.  I don't think it was specifically me who looked it up.  I may have asked somebody to look that kind of stuff up.

Q.  And you -- and, I'm sorry, and you asked Mr. McLaren to look that up; is that correct?

A.  I believe that's something I would have asked Mr. McLaren to look up, but I'm not -- I don't know that as a fact that that was him that I asked.  Just that's the kind of question that I would have asked him.

Q.  Okay.  And you said that you spoke with the UVA police; is that correct?

A.  Yes.

Page 364

E. Kline

Q.  Okay.  And do you recall who you spoke with?

A.  I just remember it was a female. I don't remember her name.

Q.  Does the name Angela Tabler ring a bell?

A.  Maybe.  I don't know.  The name doesn't really -- even if I heard it, I don't remember the name.  It was so long ago.

Q.  Okay.

MS. PHILLIPS:  Katie, I want to show Tab 235, please.

(Plaintiffs' Exhibit 73, Affidavit of Angela Tabler, Bates-stamped JK00122085 through 122089, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q.  This is being marked as Exhibit 73. This is an affidavit of Angela Tabler.  And the first paragraph says, "I state the following upon my personal knowledge or information and reports I

Page 365

E. Kline

considered reliable upon receipt and consider reliable today.  All of the following has been previously reported to university administration, culminating in the creation of the UPD timeline posted by the university on September 11th, 2017.  If called to testify in this matter, I will state as follows."

Paragraph 2 says, "I serve as a patrol lieutenant for the University of Virginia Police Department.  I have served in this capacity since 2015, and have been with UPD since 2003.

"On Friday, August 11th, 2017, Alt-Right, protesters associated with the Unite the Right rally organized by Jason Kessler staged a surprise torch-lit March on university property."

Do you see that?

A.  Yes.

MS. PHILLIPS:  Katie, can you scroll down, please?

(Document review.)

MS. PHILLIPS:  Sorry.  And I want

Page 366

E. Kline

to go to the next page. Thank you.

(Document review.)

BY MS. PHILLIPS:

Q. Okay. That's great.

I want to direct your attention, Mr. Kline, to paragraph 9. It says, "At 8:15 p.m., I called Mr. Kessler to inquire about his plans for the march. Mr. Kessler answered the phone and spoke briefly to me. He then handed the phone to a man he described as 'my security guy,' Eli Mosley. I understood from Mr. Kessler's comment both that Mr. Kessler was an organizer and leader of the group's efforts and that Mr. Mosley was acting at Mr. Kessler's direction and his subordinate. Only a second elapsed between when Mr. Kessler spoke on the phone and when I began speaking with Mr. Mosley. Mr. Mosley did not dispute Mr. Kessler's description of Mr. Mosley as Mr. Kessler's 'security guy.' I inferred from that interaction both that Mr. Kessler was within earshot of any conversation Mr. Mosley would have with me

Page 367

E. Kline

and that Mr. Kessler was using his own cellphone to facilitate Mr. Mosley's communication with me."

MS. PHILLIPS: Please go down, Katie.

BY MS. PHILLIPS:

Q. "During that first call at 8:15 p.m. with Mr. Mosley, Mr. Mosley stated that he believed the marchers would gather at Nameless Field, but that he could not confirm the location. We subsequently learned that the rally organizers had long planned a torchlight march at Nameless Field to the Jefferson statue on the north side of the rotunda but were keeping this information secret. Mr. Mosley promised that he would call me to confirm the march, but neither he nor Mr. Kessler, who I believe to have been within earshot of Mr. Mosley at the time this promise was made, ever did."

MS. PHILLIPS: Can you scroll down, Katie, please. Thank you.

BY MS. PHILLIPS:

Page 368

E. Kline

Q. I'm going to jump down to paragraph 11 where it says, "At 8:50 p.m., I again called Mr. Kessler's number. Mr. Mosley answered. This time Mr. Mosley indicated that demonstrators would gather at Nameless Field at 9:30 p.m. and would commence a march at 10:00 p.m. He stated that the marchers would proceed directly up University Avenue to the Jefferson statue, where they would assemble for 15 minutes and then leave the area. These statements, had they been honored, would have resulted only in a very short walk from Nameless Field, I estimate two or three minutes, along the periphery of university property. These statements, however, proved to be false and the route that Mr. Kessler's group ultimately marched resulted in a very different route through the middle of university property over a very much longer period of time."

Do you see that, Mr. Mosley, excuse me, Mr. Kline? Sorry.

A. Yes.

Page 369

E. Kline

Q. Does that refresh your recollection that you spoke with Angela Tabler on August 11th?

A. Yes.

Q. Okay. And that you told her the route that your group planned to take in the torch march was up University Avenue from Nameless Field?

A. I don't remember specifically what I told her, but we definitely had the route preplanned as far as we told her we were meeting at Nameless Field and we were going down -- I don't remember which road that was, but we were going down a certain -- like a park road and then to the statue, is what we told her.

Q. Well, do you understand that she's saying your statements proved to be false and the route the group ultimately marched resulted in a very different route through the middle of university property?

Do you understand that that's her testimony in this affidavit?

A. Yes. I don't know why she has

Page 370

E. Kline

that or why she said that. That's -- the reason that we -- when we originally called the university, or whatever, they asked us where we were going and they -- we said Nameless Field, which is like -- it's a weird name for a location, but that's what showed up on Google Maps and everything like that for us. But it's like a large area, so they were trying to figure out where exactly we were meeting, and we didn't really know how to describe that to them, as we told everybody to meet at Nameless Field.

So the -- once we got there, or whatever, we were on the ground and we could see like where on Nameless Field we were meeting, we then took off and marched towards the statue.

Q. Right. But you did not take the route you told her you were going to take.

You do not march up University Avenue, correct?

A. I don't remember -- I don't remember telling her we were going to be

Page 371

E. Kline

using University Avenue.

Q. Well, do you remember telling her that you planned to march through the lawn at UVA with fire?

A. I believe we told her we were walking through the main park. I don't remember what it's called. But it's like a pathway that leads to the statue.

Q. Okay. Your testimony is that you accurately described to Angela Tabler the route that you had planned for months to take; is that correct?

A. We didn't plan this specific park for months. However, yes, I believe I accurately described to her where we were going.

The idea that I told her we why going to use University Road, or whatever that is, or avenue, I don't even know which road or -- I don't know what that is, so I'm not sure why I would have told her that. I don't believe I told her that.

Q. Okay.

MS. PHILLIPS: Katie, you can

Page 372

E. Kline

take this down. Thank you.

BY MS. PHILLIPS:

Q. How many people did you expect to participate in the torch march?

A. Honestly, only like 100 or maybe a little bit more. But I believe more showed up than was to be expected.

Q. And were attendees encouraged to buy their torches in advance?

A. Yes.

Q. And was that to ensure that everybody could get them?

A. Yeah.

Q. And attendees were also encouraged to bring lighter fluid, correct?

A. Just the people -- just the people who were bringing, like, multiple torches for other people.

Q. Okay. But people were encouraged to bring lighter fluid to light the torches, correct?

A. Yes.

Q. And we talked about the torch march was kept a secret, correct?

Page 373

E. Kline

A. Yes. It was not leaked -- it was leaked, I guess, but it wasn't as public as the rest of the rally and stuff.

Q. Okay. And you meant to keep the time and location for the torch march secret, correct?

A. From Antifa, yes.

Q. Well, from everyone, correct?

A. No.

Q. Okay. You did believe that the torch march should not be made public, correct?

A. Yes.

Q. Okay. So you were trying to make sure that those in the Alt-Right knew about it but everyone else did not, correct?

A. No, specifically we didn't want Antifa to know about it.

Q. But also others, correct?

A. No. Just specifically Antifa.

Q. Well, then, why didn't you call the university before to let them know?

They're not Antifa, correct?

A. We did. We spoke to the

Page 374

E. Kline

university.

Q. You spoke to the university prior to August 11th? That's your testimony?

A. No, the -- we spoke to the police officer because --

Q. On August 11th, correct?

A. Correct.

We looked up to see if we needed a permit for UVA. We did not. We can hold the demonstration on a public college campus without having any sort of permit or anything like that. We're allowed to do that.

So we were planning on going there and doing our thing and contacting the police and letting them know what was going on for the purpose of safety.

Our main goal was to keep Antifa from knowing.

Q. Okay. How did you get to Charlottesville?

A. Drove.

Q. Who did you drive with?

A. I believe myself.

Page 375

E. Kline

Q. You didn't drive with anyone else?

A. I don't think so no.

Q. Okay. Your girlfriend Samantha Frolich didn't go with you?

A. No. I think she showed up at -- her own car after work.

Q. You think she showed up where?

A. I think she showed up afterwards in her own car. I don't think she drove there with me.

Q. Well, she didn't attend UTR, did she?

A. Oh, I guess she didn't attend the second one. The first one she went -- was at, but the second one, she did not.

Q. Do you mean Charlottesville 1.0 she attended?

A. Correct.

Q. Okay. And when did you arrive at Charlottesville on August 11th?

A. I was pretty late. Maybe like 4 or 5.

Q. And what did you do after you

Page 376

E. Kline

arrived at Charlottesville?

A. We met up at one of the parks, the local parks, or whatever, and went over what to do with the torch rally that was happening that night.

Q. And who is "we"?

A. It was like me, Kurt. I don't remember who else was there. It was a couple that we met with at the park to talk about the torch rally march basically.

Q. Was Kessler there?

A. Yes.

Q. And who is Kurt? I mean, what is his real name?

A. I'm not sure.

Q. Okay. You met him in person, but you don't know what his name is?

A. Correct.

Q. Where did you stay in Charlottesville?

A. Somebody's airbnb. I'm not sure whose.

Q. You mean somebody in the Alt-Right?

Page 377

E. Kline

A. Yes.

Q. And who else were you staying with at the airbnb?

A. I'm not sure who else was at the house. There were a bunch of people from Identity Evropa, basically. It was like an Identity Evropa airbnb.

Q. And is that location, that Identity Evropa airbnb, was that the location of the meeting between you and Nathan Damigo and Richard Spencer and Jason Kessler when Richard Spencer went on his tirade that you testified about earlier?

A. Yes.

Q. Okay. There was a leadership meeting at McIntire Park before the torch march.

Is that the meeting that you're talking about?

A. Yes.

Q. Okay. And Mr. Cantwell was there, correct?

A. Yes, I think he was, yeah.

Q. Okay. And Greg Conte was there,

Page 378

E. Kline

correct?

A. Yes.

Q. Okay. Do you remember during that discussion a reference to the "truck of peace"?

A. No, I'm not sure.

Q. I'm sorry, what was your testimony?

A. I'm not familiar with the reference during that time, no.

Q. What is the truck of peace? Do you know?

A. It's like a joke talking about, like, Islam -- an Islamic terrorist. He like drove a truck through somewhere in southern France in -- I think it was in 2016, maybe, 2015. It's like a joking reference to that because the response to leftists in France was that it was a peaceful act, or whatever, and it killed a bunch of people.

Q. Okay. And your testimony is you don't have a recollection of a discussion about the "truck of peace" happening if the

Page 379

E. Kline

rally participants would be surrounded at UTR?

A. No.

Q. Okay. When you spoke to the university police, did you tell them that you would be carrying open flames on university property?

A. Yes. I told them that we were going to have torches.

Q. And did you look up whether it was against the law to carry open flames on university property?

A. I personally did not look up the rules and regulations for it.

Q. Did somebody else look up whether it was against the law to carry open flames on university property?

A. I think so, yes, but I'm not sure who it was.

Q. And are you aware that the police asked marchers to put out their torches?

A. No, I was not aware of that, but -- sorry, I'm not aware of it that they were told that, no.

Page 380

E. Kline

Q. Okay. When you met at Nameless Field, do you have an idea of approximately how many people were present?

A. No idea. I mean, like I said, I thought maybe 100, maybe would show up, but maybe 150 showed up, maybe even more. I really don't know. I don't have a good way of estimating that.

Q. All right. And approximately what time did the torch march begin?

A. I'm not sure. I don't remember the timeline for that night.

Q. Did UVA give you permission to have open flames on UVA's campus?

A. I do not remember what the communication or stipulation there was.

Q. Who set the route that you would take on August 11th, 2017?

A. I'm not sure. I'm not sure. I know it wasn't me who set, like, the route. I knew what it was, but it wasn't me who set it. I don't remember who it was who set the actual route to the campus. It might have been Jason, because he was

Page 381

E. Kline

familiar with the area, but I don't really remember for sure who it was.

Q. Okay. What were you carrying with you on August 11th, 2017, at the torch march?

A. My cellphone, myself. I don't even think I had a torch. I'm not sure what else I had on me.

Q. You don't remember carrying a torch?

A. I don't know if I had a torch, I said.

Q. Well, that's what I'm asking. Did you have a torch?

A. I don't know. I don't remember.

Q. Okay.

A. I had, what are they called, the speakerphones -- I can't think.

Q. A bullhorn?

A. No. One of those things you speak into, not a bullhorn, but -- I can't remember the name of it. But I had one of the -- like a walkie-talkie thing with, like, a sound projector on the end of it.

Page 382

E. Kline

Q. Is that because you were leading the group on the route?

A. It was mostly to get people to get in line and get going, not necessarily on the route. Because the route was so spread out that they wouldn't be able to hear me anyway. But it was mostly to let people know to get ready to go and line up and then go.

Q. And you had drones -- the group had drones flying in advance of the route, correct?

A. Yes.

Q. And whose drones were they?

A. I am actually not familiar with who did that or ran that kind of whole thing. I was surprised that we were doing that afterwards.

Q. Okay. How many torch marches have you participated in?

A. That was the only one other than the Charlottesville 1.0.

Q. Okay. And you don't remember carrying a torch at that torch rally?

Page 383

E. Kline

A. At the 1.0 or 2.0?

Q. No, at UTR.

A. No, I don't know if I did carry a torch or not just because --

Q. Carrying a flame in the middle of the night is not memorable?

A. No, I don't think I had one. I really don't think I had one because I had the speaker thing and I was running back and forth to kind of coordinate things, so I remember running. And when I was running, I obviously didn't have a torch.

Q. Okay. And at some point, the group walked up the lawn at UVA, correct?

A. Yes.

Q. Are you aware that students live on the lawn?

A. No.

Q. Okay. And you came to the rotunda at the top of the lawn, correct?

A. Yes.

Q. And the group went around the rotunda, correct?

A. Yes.

Page 384

E. Kline

Q. And then went down a set of stairs to get to the Thomas Jefferson statue; is that correct?

A. Yes.

Q. And there were students surrounding the statue, correct?

A. Yes.

Q. Do you have a sense of how many students were surrounding the statue?

A. No, I don't know how many there were because I was lagging behind. So by the time I got up there, all of the people, all of the Alt-Right people were already there at the statue. I was at the very tail end of the train.

Q. And they had -- the Alt-Right individuals who were marching in the torch march had surrounded the students at the statue, correct?

A. Yes.

Q. Okay. Did you see the counter-protesters with any signs?

A. Not that I remember or recognized.

Page 385

E. Kline

Q. Okay. Did you see any of them with weapon cons?

A. Not that I remember.

Q. And they were locked arms, correct, the students?

A. I'm not sure. Like I said, by the time I got to the statue, there's like ten people deep, you know what I mean? Like I couldn't actually get in there to see what was going on. I was -- I was at the back trying to get people to get back up to the stairs that lead up to the Jefferson statue, or, I'm sorry, behind the Jefferson statue. I was trying to get our people on those stairs and stand on those away from the counter-demonstrators, yeah.

Q. Okay. And were you successful in getting some people to move?

A. Some people did but then it just went crazy because of all of the stuff that was going on. Someone pepper-sprayed one of our guys and then all chaos kind of broke out.

Q. You saw somebody pepper-spray

Page 386

E. Kline

someone from the Alt-Right?

A. Not when I was there, but I saw a video footage of it after the fact that somebody had used in the Chris Cantwell case.

Q. Well, what did you see when you were there?

A. It was too hard for me to see that close. Like I said, there was so many people and I was trying to get people to move and I couldn't see -- I couldn't see exactly what was going on.

Q. The students who were surrounding the statue had their arms linked, right? We talked about that?

A. Yes, I believe that's true yes.

Q. And they weren't moving forward to the Alt-Right group, correct?

A. No. But from the video, what I remember seeing is that they unlinked their arms for some reason, a couple of them did, and then a scuffle broke out. But I don't know who started it or what happened. I don't know the details. I couldn't see it

Page 387

E. Kline

myself.

Q. Okay. So I was going to ask you, do you know who started the brawl?

A. No. I honestly have no idea what happened.

Q. Okay.

A. I was just trying to break it up. Get people to back up.

Q. How were you trying to break it up if you were backed up on the stairs?

A. I was trying to get people to get away from the statue and get up on the stairs.

Q. Okay. So you wanted to leave the statue; is that correct?

A. I wanted to make sure there was -- so when we had spoken to the police, I said to them that there was going to be likely counter-protesters there. And I said, you know, there's probably going to be counter-protesters there and I'll try to keep our people separated or whatever. And so whoever it was that I spoke to, Angela, I believe her name was, when I spoke to

Page 388

E. Kline

them, they said, yes, we can -- like, yes, we'll keep them separated, or whatever, when we were on the phone.

So when we got down there and our -- like, the Alt-Right people were all crowded around and the police were all standing off to the side just watching, doing nothing, I couldn't even believe it. Because I thought, when we spoke to them on the phone, they were going to keep, you know, people separated.

Q. Well, the police were on University Avenue, correct?

A. I'm not sure what -- they were off to the side just watching this whole thing.

Q. Yeah, they were on the street behind the statue, correct?

A. No, no, no. They were at the statue. Like, you know, arm's length away from the statue, they were right there.

Q. On the University Avenue side, correct?

A. I don't -- I'm not sure I follow

Page 389

E. Kline

you. They were literally within arm's reach from the statue away. They were there with the counter-protesters.

Q. Okay. I'll move on.

Is it your testimony that the people who were surrounding the statue on August 11th were Antifa?

A. That were surrounding the statue with their arm's crossed?

Q. Yes.

A. Some of them definitely were. I mean, Emily Gorcenski is 100 percent Antifa and she was there. So I'm not sure if there's others or not, if the others were or not, but I assume they were.

Q. Okay. Other than Emily, do you have any evidence that anybody was actually affiliated with Antifa who was present --

A. Yeah, I mean --

Q. Let me finish.

-- around the statue on August 11th, 2017?

A. Yes, there were several other members of Antifa that were later

Page 390

E. Kline

confirmed.

Q. Okay. But my question was: Do you have any evidence that they were actually affiliated with Antifa?

A. Yes. They were with Emily listening to Emily Gorcenski.

Q. So because somebody is with Emily Gorcenski, then they're automatically Antifa? Is that your testimony?

A. No, my testimony is that if someone is taking orders from a domestic terrorist, that they are in fact a member of that domestic terrorist group.

Q. Okay. Who made the decision to surround the protestors who were linking arms around the statue?

A. I don't think it was a decision. I think it kind of just happened. Like I said, I was at the tail of the line when they got up there, so I'm not sure. I have no idea.

Q. Alt-Right, is it fair to say the Alt-Right individuals outnumbered the students and protesters?

Page 391

E. Kline

A. Yes, the Alt-Right outnumbered the domestic terrorists.

Q. So now all of them are domestic terrorists? Is that your testimony?

A. Anyone following Emily Gorcenski is a domestic terrorist, yes.

Q. I'm talking about everyone who was surrounding the statue, other than the Alt-Right individuals who surrounded them.

A. Yes, with Emily Gorcenski, they are domestic terrorists, yes.

Q. Again, so your -- I would like to understand if your testimony is that every single one of the protesters who linked arms around the statue is a domestic terrorist?

A. According to the president, they are, so, yes.

Q. Okay. I just wanted to know.

So everybody surrounding the statue, that is your testimony is a domestic --

A. Everybody --

Q. -- terrorist?

Page 392

E. Kline

That's fine?

So is it fair to say --

(Crosstalk.)

Q. Is it fair to say that the ratio was --

(Crosstalk.)

A. The record is that I said anyone following what Emily Gorcenski said. That's what I said.

Q. We'll leave the record as it is.

My question for you, is it fair to say that the ratio was 25 to 1?

A. No, I don't know.

Q. You don't know. Okay.

Is it fair to say there were about 20 people linking arms around the statue?

A. I'm not sure.

Q. And you're aware that some of the counter-protesters on August 11th were injured, correct?

A. I have no idea.

Q. Okay. Did you see counter-protesters calling for medical

Page 393

E. Kline

attention?

A. No, I did not see anything like that, no, not that I remember.

Q. Okay. Is it your understanding that some counter-protesters were hit with torches?

A. I'm not sure.

Q. Is it your testimony that some -- strike that.

Are you aware that some counter-protesters were hit with lighter fluid?

A. I'm not aware of that.

Q. Are you aware that some counter-protesters were burned on August 11th?

A. I'm not aware of any of that.

Q. Okay. Did you see other defendants at the statue on August 11th?

A. Just Richard but he was up on the stairs where I thought he would go. And then Chris Cantwell was down towards the statue itself.

Q. Okay. And did you actually see

Page 394

E. Kline

Cantwell?

A. I mean, he's a tall dude, and he has a bald head, so he stuck out pretty well.

Q. When Mr. Spencer climbed up on the Thomas Jefferson statue, people yelled "Heil Spencer," right?

A. I'm not sure.

Q. Do you recall that they yelled "Hail victory"?

A. I don't remember what they yelled.

Q. Did you hear his speech when he was up on the statue?

A. No, because I was trying to figure out how we were going to get back, the route we were going to take to get back to Nameless Field the safest way.

Q. Okay. So you didn't hear his speech?

A. No, I did not.

Q. Okay. And where did you go after you left the statue?

A. We went back to Nameless Field.

Page 395

E. Kline

Q. And where did you go after that?

A. Back to the airbnb I was staying at.

Q. Okay. And in your view, the torch march as a success, correct?

A. Generally speaking, yes.

Q. And you told -- you texted Mr. Kessler that evening and said "Great work," correct?

A. Yes.

Q. Did you at any point on August 11th, in evening of August 11th, disavow any other violence that occurred that night?

A. I wasn't -- I don't know who started or what was going on so --

Q. That wasn't my question. I'm asking you if you disavowed any of the violence that occurred?

A. I'm unsure.

Q. Okay. After the violence that occurred at the torch march, did you believe that there would be violence at UTR the next day?

Page 396

E. Kline

A. Against us, yes.

Q. Do you have any discussions on August 11th, the evening of August 11th, with others about the violence that you anticipated the next day?

A. I'm not sure. I don't really remember what conversations I had that night.

MS. PHILLIPS: I just want to take a quick two-minute break. If we can go off the record.

THE VIDEOGRAPHER: The time is 6:37. We are off the record.

(Recess is taken.)

THE VIDEOGRAPHER: The time is 6:49. We are on the record.

BY MS. PHILLIPS:

Q. Okay. Mr. Kline, we talked about how Mr. Kessler got a permit for UTR, correct?

A. Yes.

Q. And there was a legal challenge pertaining to that permit, correct?

A. Yes.

Page 397

E. Kline

Q. And this was over whether the rally could be held in Emancipation Park, correct?

A. Yes.

Q. And you were involved in challenging that action, correct?

A. Not really. I mean, I knew it was going on, or whatever, but I wasn't part of like the legal process or anything.

Q. You spoke to the attorneys at the ACLU about an injunction, though, correct?

A. Yes, briefly.

Q. Okay. And as I believe we talked earlier, you intended, you, the Alt-Right, intended to go to Emancipation Park regardless of the outcome of the permit, correct?

A. I mean, that was one of the -- I can't think of what it's called. That was one of the plans, potential plans. We had other potential plans as well to go just to one of the other parks, or something like that, as well.

Q. What other park were you

Page 398

E. Kline

considering going to?

A. The one that we staged at or you said earlier. McKinley I think you said it was.

Q. McIntire?

A. McIntire Park I think was the other plan.

Q. And did you have a plan to be at McIntire Park?

A. No, but like I said, I don't know -- I wasn't part of the exact details of what that was. I just came up with -- we came up with what we were going do if it failed, or whatever. But we were also very confident that it was going to get upheld.

Q. Okay.

MS. PHILLIPS: Katie, I want to show Tab 240, please.

(Plaintiffs' Exhibit 74, Discord Post DM between Nathan Damigo and Fashy Haircut, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is a Discord post by Nathan

Page 399

E. Kline

Damigo.

Do you see that?

Fashy Haircut is his handle, correct?

A. Yes.

Q. And it's a post from August 10, 2017, in the Identity Evropa server, the Announcements channel. And it says, "At everyone. We will be going to Charlottesville with or without a permit. The city council can go shove their permit up their ass."

Do you see that?

A. Yes.

Q. And that is consistent with the plan to continue to hold the rally regardless of what the city council did, correct?

A. Right, but not necessarily at the Emancipation Park. We were planning with going maybe to McIntire Park or somewhere else where we didn't necessarily need a permit.

Q. Okay. Understood.

Page 400

E. Kline

But like I said, with or without a permit, you guys were going to go, correct?

A. Yes.

Q. Okay. Did you consider whether Emancipation Park was big enough for all the potential participants of UTR?

A. Yes.

Q. Okay. And what was your view on that?

A. We had spoken to the police. They had given us like a maximum number for -- that we could have there, and we were well within that. Like the number was really, really high. I don't remember what it was.

I think Brian would know the details of that conversation better than I would.

Q. Well, that's because you only had one conversation with the police, correct?

A. Yes.

Q. Okay. Did you consider whether holding UTR at Emancipation Park would pose

Page 401

E. Kline

logistical or security challenges?

A. I mean, I knew it would, but it was stuff we could overcome.

Q. Okay.

MS. PHILLIPS: Katie, you can take that down. Thank you.

Katie, I would like to put up Tab 304, please.

(Plaintiffs' Exhibit 75, Chat record with Kessler, Bates-stamped JK00030593, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. This is being marked as Exhibit 75, Mr. Kline. And this is a text message dated August 7th, 2017.

MS. PHILLIPS: If you can go up, Katie.

(Document review.)

BY MS. PHILLIPS:

Q. This is from Jason Kessler to you, right? The 434 number is Jason Kessler, and the 601 number is yours.

MS. PHILLIPS: You can scroll

Page 402

E. Kline

down, Katie, to the substance of the text.

BY MS. PHILLIPS:

Q. It says, "If they refuse to reinstate the permit, then we're going to have to be there to defend the territory."

Do you see that?

A. Yes.

Q. Okay. And he is talking about defending the location of Unite the Right, correct?

A. Yes.

Q. Okay. And that's if there is no permit, correct?

A. Yes.

Q. Okay.

MS. PHILLIPS: You can take that down now Katie. Thanks.

BY MS. PHILLIPS:

Q. McIntire Park was a gathering spot before UTR, correct?

A. Yes.

Q. And how did you get to McIntire Park on August 12th?

Page 403

E. Kline

A. I drove my car.

Q. Did you park at McIntire Park?

A. I did, yes.

Q. What were you wearing?

A. I'm not sure.

Q. You don't remember what you were wearing on August 12th?

A. I think a white polo. When I got there, I don't think I was wearing the white polo. I was wearing khakis and a white polo for most of the day.

Q. Okay. And did you change into that at McIntire Park?

A. I think so. I don't think I showed up with a white polo on.

Q. Okay. And who did you meet up with at McIntire Park?

A. The other people that were running, like, the convoys to get the people to the park itself.

Q. And who was that?

A. The various different groups that were going in with us. Identity Evropa members, people like that. I don't know, I

Page 404

E. Kline

don't know exactly who it was. But it was just the normal people that were going that were part of -- the people that were part of our group that were going in is who --

Q. By your group, you mean Identity Evropa?

A. Identity Evropa and anyone that was not part of a group but was also part of, you know, the planning that we had done.

Q. And what did you bring with you on August 12th?

A. Just pretty much my cellphone. And I'm not sure if I had anything else on me that day.

Q. Do you carry a banner or a flag on that point on August 12th?

A. I don't believe I did, no.

Q. Did you have another device to speak into to amplify your voice?

A. I don't think so, not at the rally.

Q. Did you have a personal security detail with you on August 12th?

Page 405

E. Kline

A. Not for me or not with me, no.

Q. Okay. Did anybody other than Spencer have a personal security detail with them?

A. I'm not sure. I would only be able to speak to Spencer's.

Q. Okay. What did you do after you arrived at McIntire Park?

Did you go directly to Emancipation Park?

A. No. We kind of staged all the vehicles together. I told everybody, you know, hey, we're doing this, this, this. We're getting in the vehicles, we're going to get dropped off here, you know, be safe kind of thing, and then we went.

Q. Okay. At some point on August 12th were you wearing military fatigues?

A. I think when I got back, I -- my shirt was like ruined, completely ruined, so I had to put something on. And I had like a military-style jacket that I put on that I grabbed out of my car.

Page 406

E. Kline

Q. Okay. This was after you got back, after the rally when you got back to the airbnb?

A. Yes. Like I said earlier, I had gotten the crap been out of me, so I was changing my shirt, and I put that on, that top.

Q. Okay. And how did you get from McIntire Park to Emancipation Park?

A. We had ordered -- or we had rented vans or had people -- or borrowed -- we borrowed and rented vans, like I think eight passenger vans, maybe ten passenger vans. And we basically went in groups, ferried people over to where the cops told us to drop people off. And those groups would together walk to the park.

Q. Okay. And how far was the drop-off site to Emancipation Park?

A. I mean, the original plan was like a block, maybe even less than a block. But the police had different roads blocked off than what was communicated to us, so it end up being a little bit further, like two

Page 407

E. Kline

blocks or so.

Q. Okay. So two blocks to get into the park; is that correct?

A. Yes, something like that.

Q. Okay. And did you walk into the park after being dropped off?

A. Yes.

Q. And did you stay in Emancipation Park from that point on?

A. No. We had to -- so we had also set up with the police that we wanted to get our sound equipment because we had, you know, speakers and things like that for the public speaking and stuff like that. And we had two guys who had rented speaker systems and all that stuff that were supposed to get it set up. And we talked to the police, hey, can we get our guys over there. And they wouldn't let us bring the speakers into the venue. And it was all part of the permit.

So we had to -- they told us we had to go around the back. So we took five or six guys to help lift it out of

Page 408

E. Kline

vehicles, maybe ten guys or so, to help get the speakers out of the vehicles and we'd run around the back like the police said.

But from then on, I was inside the park the rest of the day. Well, not the rest of the day, but the rest of the rally.

Q. And you did not go back and forth between McIntire, excuse me, McIntire Park and Emancipation Park several times, correct?

A. No.

Q. Okay. You just went once from McIntire Park to Emancipation Park, correct?

A. Yes.

Q. Okay. And which entrance did you -- where did you enter Emancipation Park?

A. I don't remember the position, if it was -- I think it was the southwest corner, but I'm not entirely sure on that.

Q. Okay. Do you remember the cross streets?

A. No. It was the opposite -- the

Page 409

E. Kline

opposite direction that Heimbach's group came in at. So they came in from one direction and we came in from the opposite direction.

Q. Okay. But you don't know the street?

A. No. That is the only reference point I know is the opposite direction Heimbach's group came in.

Q. Okay.

A. I think it was the southwest, but like I said, I'm not entirely sure.

Q. Okay. And at what time did you reach Emancipation Park?

A. I'm not sure what the exact time was. I want to say 9:30, maybe 10 o'clock, but I don't know entirely. I don't know for sure what time it was.

Q. Okay. And did you have to push through any counter-protesters to get into the park?

A. Oh, yes. Yes.

Q. Okay. You pushed through counter-protesters?

Page 410

E. Kline

A.  I mean, it wasn't pushing through, but they were -- basically the police said they were going to block off one section of the street to separate us from other counter-protesters and that's not where they had blocked off, so we had to walk through them, like right past them while they were throwing stuff at us and shooting pepper spray at us and stuff like that.

So we actually didn't make physical contact with anybody or touch anybody or anything like that, but we had to walk right past them as they threw stuff at us.

Q.  I'm going to move to strike that entire answer as nonresponsive to my question which was:  You pushed through counter-protesters?

A.  No, the answer is no.

Q.  Okay.  And you saw two or three street brawls, correct?

A.  Yes.

Q.  Okay.  And you were yelling,

Page 411

E. Kline

yelling out orders as you were walking along toward Emancipation Park, correct?

A.  Yes.

Q.  Okay.  And you saw people getting into fights, correct?

A.  On the way to the park, no.

Q.  Okay.

MS. PHILLIPS:  Katie, I would like to pull up Tab 244, which is a video.  And I'd like to -- at the outset we'll just play the first 32 seconds of the video, please.

(Video playing at this time.)

MS. PHILLIPS:  That's good, Katie.  Thank you.

BY MS. PHILLIPS:

Q.  And that was you, correct, in the white polo, Mr. Kline, yes?

A.  Yes.

Q.  Okay.  And is that an accurate video of what you were doing, in part, on August 12th, 2017, at Unite the Right?

A.  So this is what I was describing earlier with the speakers.  So this is the

Page 412

E. Kline

group of people that we brought around the back, and we were cornered in this section.  And Antifa basically had brought -- blocked our exit so we couldn't leave.  So what I'm telling those guys there everybody put their hand on the shoulder on the guy in front of you and just walk past them and do not get involved, is what I'm saying.  Just push through.  Just keep on walking.

Q.  I am again going to move everything in that answer as nonresponsive.

My question was:  Is this an accurate the video of what was happening, what you were doing in part on August 12th, 2017 at Unite the Right?

A.  Yes.

Q.  Okay.  And you were yelling orders at this group of rally-goers, correct?

A.  Yes.

Q.  And you were leading them on the ground, correct?

A.  Yes.

Q.  Okay.  And did you recognize

Page 413

E. Kline

Jason Kessler there in the green jacket?

A.  I didn't see him in the video.

MS. PHILLIPS:  Katie, are you able to move back just a little bit and identify him?  He is -- keep going.  Keep going.

Can you see -- can you sort of circle his head again through the flag?

(Viewing video.)

BY MS. PHILLIPS:

Q.  Can you see him right there, Mr. Kline?  Mr. Kessler is in the olive green jacket there with the sunglasses on.

Do you see him through there?

A.  Yeah, sure.  I don't think that's him, though, but sure.

Q.  Oh, well, if you don't think that's him -- okay.

Well, let's go ahead and play --

A.  Just real quick, that photo you showed me earlier me talking to Mr. Kessler is when he got there on the ground.  And that photo was taken after we got back from here.

Page 414

E. Kline

So I don't think that that's him. But that person does look like him for sure.

Q.  Okay.  All right.  Well, that's good to know.

MS. PHILLIPS:  And I believe, Katie, this is Exhibit 76.  Am I correct about that?  Yes.  76.

(Plaintiffs' Exhibit 76, Audio/Video, marked for identification, as of this date.)

MS. PHILLIPS:  Let's keep 76 and play from the 30-second mark until a minute, 27, please.

(Video playing at this time.)

MS. PHILLIPS:  Okay.  Thank you, Katie.

BY MS. PHILLIPS:

Q.  And did you see that blond man there who's sort of the middle of the video with sunglasses and tape around his hands, do you see him?  He's got on a white shirt.

A.  Yes, I see him.

Q.  Do you recognize that as Ben

Page 415

E. Kline

Daley?

A.  I'm not sure who that is.

Q.  Okay.  But did you see in that video that he was punching protesters?

A.  After they completely blocked off the street and assaulted us, yes.

Q.  We can play the video again, but where did you see any counter-protester assault anybody?

A.  You didn't see the entire counter-protesters blocking us from our right-of-way on the sidewalk?  I mean --

Q.  Standing in your way -- are you equating standing in your way blocking somebody at -- sorry --

A.  Denying someone the right of passage through force on a public sidewalk, yes.

Q.  Okay.  All right.

And then you saw the blond gentleman punching several people, correct?

A.  Yes.

Q.  And what about the tall gentleman, who you can see -- there is a

Page 416

E. Kline

gentleman in, yeah, right there where the arrow is who is wearing the red cap.

Do you see that individual?

A.  Yes.

Q.  Okay.  And do you recognize that gentleman in the red cap as Mike Miselis?

A.  I don't know who that is.

Q.  Okay.  Do you know that Mike Miselis is a member of IE?

A.  I don't really know people's real name, so I'm not sure who that is.

Q.  Okay.  I should say was a member of IE.

Okay.  All right.  Let's go ahead and continue playing on --

MS. PHILLIPS:  I'm sorry, I should note for the record that we stopped Exhibit 76 at a minute, 28.  And we're going to go ahead and play it from the minute, 28 until a minute, 50.

Go ahead.

(Video playing at this time.)

MS. PHILLIPS:  The video was stopped at 1:50, for the record.

Page 417

E. Kline

BY MS. PHILLIPS:

Q.  Were you able to see that Mr. Daley and Mr. Miselis continued to punch counter-protesters as they were walking up the sidewalk?

A.  Yes.  (Inaudible) trying to break up the fights.

Q.  And you were right there, correct?

A.  Yes.  I was trying to break up the fights.

Q.  Okay.  And did you see those fights when you were on the ground at UTR?

A.  Yes.  I mean, it's very obvious on the video I'm trying to stop both sides there.

Q.  Okay.

MS. PHILLIPS:  Katie, we can take this exhibit down and let's put up 246, please.

And this will be Exhibit 77.

(Plaintiffs' Exhibit 77, Photo, marked for identification, as of this date.)

Page 418

E. Kline

BY MS. PHILLIPS:

Q. This is a photograph, an image of that same general area, correct?

A. It looks like it, yes.

Q. And can you see the gentleman in the white cap, Mike Miselis right here, do you see how his hands are wrapped like boxers, both hands?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, we can take down Exhibit 77.

We'll put up -- let's put up Tab 247, please.

And this will be Exhibit 78.

(Plaintiffs' Exhibit 78, Photo, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. All right. Mr. Kline, do you see yourself in the middle of the crosswalk there pointing with your right hand?

A. Yes.

Q. Okay. And do you see that Mike

Page 419

E. Kline

Miselis, with the red cap and the hands taped up like boxers, is sort of behind you in the crosswalk?

Do you see that?

A. Yes. I'm telling him to keep moving.

Q. Yes. And Ben Daley is also right in front of you there with at least his right hand that we can see and his left hand there also both taped up like boxers.

Do you see that?

A. Yes.

Q. And he's got some sort of roll of something resting on his right shoulder.

Do you see that?

A. Yeah. I don't know what that is. But, yes, I see it.

Q. Okay. And you were, again, you're directing them to keep moving and go across the street, correct?

A. Yes. I was trying -- I mean, during this whole time, I'm trying to deescalate and get them out of there.

Q. Did you ask them why they had

Page 420

E. Kline

their hands taped up?

A. I didn't even notice it until I seen these photos.

Q. Okay. What about gentleman carrying the Confederate flag with the black glove on, did you ask him why he had on the black glove?

A. No.

Q. And was this group of individuals helping you to carry the speakers?

A. Yes.

Q. Okay.

A. And all I did was say -- when we were on the ground, I said, "Can I get some volunteers to help me move these speakers. Come with me if you want to help out."

That's how that kind of thing, that's how it went down.

Q. Um-hmm. I see.

So you didn't ask these folks -- strike that. Sorry terrible question.

Do you see what Mr. Daley is carrying in his right hand?

Is that a PVC pipe?

Page 421

E. Kline

A. I'm not sure what that is.

Q. Well, did you see it when you were standing less than a foot from him as he was cross in front of you?

A. No, I didn't notice it.

Q. Okay. You didn't ask him what it was that he was carrying?

A. No.

Q. Okay.

A. I didn't even notice it.

Q. Okay. But, again, this is the group that you asked to -- is this the whole group that you asked to come help --

A. No, this is missing a few people --

Q. Mr. Kline, you have to let me finish my question.

My question is: Is this the whole group that you asked to come help you move the sound equipment?

A. No.

Q. Okay. It was a larger group; is that correct?

A. Yes.

Page 422

E. Kline

Q. Okay.

MS. PHILLIPS: Katie, you can take down Exhibit 78. Thank you.

BY MS. PHILLIPS:

Q. Mr. Kline --

MS. PHILLIPS: Actually, Katie can you pull 78 back up? It was the picture we just had. Sorry.

BY MS. PHILLIPS:

Q. Mr. Kline, do you know who took that photo?

A. No.

Q. Is it an accurate representation of what was happening on August 12th?

A. Yes.

MS. PHILLIPS: Now you can take it down. Thanks.

BY MS. PHILLIPS:

Q. Who else did you communicate with during UTR?

A. Not many people that I can think of as far as, like, their names, their actual names are because everybody went by a pseudonym. So I don't remember people's

Page 423

E. Kline

names very well.

Q. Tell me the pseudonyms of the people that you --

A. I don't even remember them because -- because they were pseudonyms, people changed them a lot.

Q. Okay. So you don't remember anybody else that you spoke with, you communicated with during UTR?

A. No, I don't remember specific people I communicated with.

Q. You communicated with Mr. Kessler, correct?

A. Yes.

Q. And you communicated with Mr. Heimbach?

A. Yes.

Q. Okay. Did you communicate with Mr. Damigo at UTR?

A. Yes.

Q. Did you see members of Vanguard America at UTR?

A. Yes.

Q. Did you see members of TWP at

Page 424

E. Kline

UTR?

A. Yes.

Q. Did you see League of the South at UTR?

A. Yes.

Q. Did you see NSM at UTR?

A. I'm not sure.

Q. Okay. And you obviously saw members of the Rise Above Movement at UTR, correct?

A. Yes.

Q. Did you participate in any chants at UTR?

A. I'm not sure. I don't remember.

Q. And you were a leader on the ground at UTR, correct?

A. Yes.

Q. And in fact, you have indicated that you need to be -- you needed to be a frontline commander at UTR, correct?

A. Yes.

Q. You were yelling out orders at UTR?

A. Yes.

Page 425

E. Kline

Q. And you marched at the head of a column of participants from a number of different groups, right?

A. Yes. The first group I spoke about earlier that came in.

Q. Okay.

MS. PHILLIPS: Katie, let's show Tab 251, please, which is another video from UTR.

(Video playing at this time.)

MS. PHILLIPS: Thank you, Katie.

We just played this exhibit from the first second to the 44th second. For the record, this is Exhibit 79.

(Plaintiffs' Exhibit 79, Audio/Video, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. And Mr. Kline, do you recognize yourself at the front of that column of individuals --

A. Yes.

Q. -- marching?

And that was Vanguard America,

Page 426

E. Kline

correct, members of Vanguard America?

A. Yes.

Q. That was with the black shields with the white crossed fasces and white shield with the black eagle, correct?

A. Yes.

Q. Okay. And was that the Detroit Red Wings behind them, the white shield with the Red Wings symbol?

A. Yes.

Q. Was that a fair and accurate video taken of part of August 12th, 2017?

A. Yes.

Q. Okay. And James Field was in that group with Vanguard America, correct?

A. I'm not sure if he was in that specific first group or not.

Q. Okay.

MS. PHILLIPS: So, Katie, let's play the rest of Exhibit 79 from -- if you can jump forward to 1:45, the 1 minute, 45 second mark, and then we'll play this to 2 minutes and 11 seconds.

(Video playing at this time.)

Page 427

E. Kline

MS. PHILLIPS: Can you back up just one second, Katie, so that we can get Mr. Fields. Right there. Yeah, there we go.

BY MS. PHILLIPS:

Q. It's a little blurry because it's in movement, but do you see Mr. Fields there --

A. Yes.

Q. -- Mr. Kline?

A. Yes.

Q. Okay. He was walking in that group, correct?

That was the same shields that that group of individuals were carrying as earlier in the video, correct?

A. Yes.

MS. PHILLIPS: And, again, we played that video from the 1 minute, 45 second mark to the 2 minute, 11 second mark.

BY MS. PHILLIPS:

Q. And in the first video, the first portion of the video that we showed, could

Page 428

E. Kline

you hear the chanting "blood and soil"?

A. Yes.

Q. And this group chanted, "You will not replace us," correct?

A. Yes.

Q. Okay. Let's see.

There were a couple of other times where you were with Mr. Fields on August 12th, correct?

A. I'm not sure.

Q. Okay.

A. I didn't know who he was until after.

Q. Okay.

MS. PHILLIPS: Let's take down Exhibit 79, Katie, and we'll put up Exhibit 80, please, which is a photograph.

Like I said, this is being marked as Exhibit 80.

(Plaintiffs' Exhibit 80, Photo, marked for identification, as of this date.)

BY MS. PHILLIPS:

Page 429

E. Kline

Q. Mr. Kline, do you recognize yourself on the telephone --

A. Yes.

Q. -- on the forefront of the picture?

A. Yes.

Q. Do you recognize Mr. Fields slightly to your right in the picture? He is wearing khakis and holding up Vanguard America shield.

Do you see that?

A. Yes, I see him in the background.

Q. Okay. And you're aware that Mr. Fields also participated in Daily Stormer forums, correct?

A. No, I was not aware of that.

Q. Okay. All right. You're on the phone here.

Do you know who you were speaking with?

A. No, I don't.

Q. You also have a microphone, it looks like, in your shirt; is that correct?

A. Yes.

Page 430

E. Kline

Q. What was the purpose of that?

A. That was just to talk to the people who were dropping, dropping people off in those vans, those ten-passenger vans I talked about. They also had walkie-talkies to tell me, hey, the next group is leaving or, hey, we're dropping off, you know, the next group, or whatever.

Q. Okay. Is that a speck of blood on your shirt there?

A. I'm not sure. Probably, though.

Q. And is this a photo a fair and accurate representation of August 12th?

A. Yes.

MS. PHILLIPS: I'd like to go back -- Katie, we can take this down. I want to go to Tab 253, please.

(Plaintiffs' Exhibit 81, Chat record with Antifa Cat Lady, Bates-stamped EK00002237, marked for identification, as of this date.)

BY MS. PHILLIPS:

Q. Okay. These are text messages between you and that Antifa Cat Lady, 571

Page 431

E. Kline

number?

A. Yes.

Q. And this is a text message from December 24, 2017.

Do you see that?

A. Yes.

Q. And you say "Fields was from DS forums."

Do you see that?

A. Yeah.

Q. Does that refresh your recollection that Mr. Fields participated in the Daily Stormer forums?

A. I'm not sure. I'm not sure what this is in reference to with this person, but, I mean, this is well after the fact. So maybe. Maybe I found that out, but I don't remember. Maybe I found that out later that he was a Daily Stormer forum person, but I don't remember how I got that information or anything like that.

MS. PHILLIPS: And this was, for the record, marked as Exhibit 81.

Katie, you can put that down.

Page 432

E. Kline

Thank you.

Katie, I would like to bring back up Tab 251, which I believe is Exhibit 79. And I'd like to play the video this time from the 4 minute mark to the 4 minute 25 second mark.

(Video playing at this time.)

MS. PHILLIPS: Thanks, Katie.

BY MS. PHILLIPS:

Q. So this was you, again, directing attendees at Unite the Right, correct?

A. Yes.

Q. Okay. And you were shouting, "Let's go," correct?

A. Yes.

Q. Okay. And this was a different group than the group that you were leading before, correct?

A. Yes. Basically people would get dropped off by those vans and we would go get them bring them in as safely as we could.

Q. I thought you didn't leave Emancipation Park after you got back in

Page 433

E. Kline

with the sound equipment?

A. No, I mean, the -- it's like -- it's right down that street, like two blocks, and it was a left, I think, and then a right, maybe, where they were dropping people off at. So I think this is either me walking back from dropping the speakers off with those guys, telling them to keep moving, or whatever, or it's me getting the tail end of a group to get back into the park.

Q. Okay.

A. But I'm not sure where this is or when this was taken during the day.

Q. Understood. But either way, you agree you're not in Emancipation Park, correct?

A. Yes.

Q. And you agree you're with a different group here than you were before, correct?

A. I'm not sure if it was a different group or not.

Q. Well, this group had different

Case 1:20-mc-00241-KPF    Document 27-9    Filed 11/05/20    Page 111 of 156

Page 434

E. Kline

shields, correct? This group had the Sun and Brad shield, correct?

A. Sure.

Q. So you directed multiple different groups, correct?

A. Yes.

Q. And you left Emancipation Park at least on a couple of occasions, correct?

A. I'm not sure. I don't remember.

Q. Okay.

MS. PHILLIPS: Katie, I want -- let's go ahead and play this video again starting at the 4 minute, 44 second mark.

(Video playing at this time.)

MS. PHILLIPS: Okay.

BY MS. PHILLIPS:

Q. So first of all, Mr. Kline, do you see the individual in the khaki green jacket at the beginning of this group here?

A. Yes.

Q. And do you recognize that as Jason Kessler?

A. No. Can you zoom in any more? I

Page 435

E. Kline

still don't think it was him.

MS. PHILLIPS: Let's go back to the 4 minute, 44 second mark, Katie, and see if we can --

A. Yes, that's not him.

Q. That's not Jason Kessler?

A. No, that's somebody else. I can't remember his name, though.

Q. Okay. But you know who it is?

A. I mean, I recognize him. I just know it's not Jason.

Q. Okay.

A. He is a little taller than Jason.

Q. Okay. And you were also leading the group behind there, correct, towards the end of that video?

A. I'm not sure. It seems like I was getting people to move.

MS. PHILLIPS: Katie, let's go ahead and play that again. We'll play it from the 4 minute, 44 second mark to the 4 minute, 55 second mark.

And, again, this is Exhibit 79 for the record.

Page 436

E. Kline

(Video playing at this time.)

BY MS. PHILLIPS:

Q. Do you see yourself walking in the street, correct?

A. Yes.

Q. And you were moving people along, correct?

A. Yes.

Q. So again you were directing another group of attendees at UTR, correct?

A. This could be the one from last video you showed me. I just don't know. I don't know if it was taken in the end of the day, in the middle, when this was.

Q. Okay. But you're not in Emancipation Park here, correct?

A. Correct.

MS. PHILLIPS: Katie, you can take that down now. Thank you.

BY MS. PHILLIPS:

Q. And we watched at least four different chunks of that video, all of which was Exhibit 79, Mr. Kline.

Were those each fair and accurate

Page 437

E. Kline

representations of August 12, 2017?

A. Yes.

THE VIDEOGRAPHER: Jessica, I have ten minutes remaining on the media.

MS. PHILLIPS: Do you want to take a break and we'll let you switch that out?

THE VIDEOGRAPHER: Sure.

MS. PHILLIPS: Let's go ahead and go off the record. Thank you.

THE VIDEOGRAPHER: This marks the end of media No. 4 in the deposition of Elliott Kline. The time is 7:30. We are off the record.

(Recess is taken.)

THE VIDEOGRAPHER: This marks the beginning of media No. 5 in the deposition of Elliott Kline. The time is 7:44. We are on the record.

BY MS. PHILLIPS:

Q. Okay. Mr. Kline I believe that you testified previously that you were injured, you sustained some sort of injury

*TSG Reporting - Worldwide    877-702-9580*

Page 438

E. Kline
on August 12, 2017; is that correct?
A. Yes.
Q. Okay. I believe you said that someone hit you with a steel pipe; is that correct?
A. A metal, it was some sort of metal rod-shaped thing.
Q. Okay.
A. Might have been like a flag pole or something like, but it was metal for sure.
Q. And where were you when this happened?
A. I was getting people out of the park, and I was one of the last people to leave because I was trying to make sure that everyone who was trying to get out -- that was trying to get out got out. And I was one of the last to leave. I was in the tail end of everybody. And I turned around and after I got out and somebody sprayed me with pepper spray and I couldn't see, so I was covering my eyes. I just -- like people just started beating the crap out of

Page 439

E. Kline
my legs and my back and my head.
Q. You're saying it was more than one person?
A. I'm fairly certain it was more than one, yes. But it was hard for me to tell because I had pepper spray in my eyes.
Q. And you were hit with a metal rod-shaped device?
A. Yes.
Q. Okay. And where did you say you were hit again?
A. In the back of the legs, the back, and the back of my head.
Q. And you did not have a helmet on that day, correct?
A. No.
Q. Okay. And for how long did this go on?
A. Basically as I was leaving the -- as I was leaving, walking down that street, I was pepper-sprayed and I was hit. And somebody came and got me and, like, took me around the corner where there was, like, a medical area. And they were trying to get

Page 440

E. Kline
the pepper spray out of my eyes using, like, water some or something like that. And they ended up taking me -- picking me up and -- like, because I couldn't see at all; I was completely blind -- and taking me to -- I believe it was a Black Lives Matter medical facility or medical tent and the ladies there fixed me up. And then I had to get an Uber back to McIntire Park.
Q. Okay. So you -- so how long approximately did the attack happen?
A. I'm not sure. Maybe 30 seconds, 45 seconds. I'm not too sure. It was pretty quick. But like I said, I was the last one to leave the park, so it was very easy to pick me off.
Q. Okay. And you said that someone then came and picked you up and took you to a medical area; is that correct?
A. Yes.
Q. Who was that person who picked you up and took you to a medical --
A. I don't know who it was. Well, I shouldn't say -- I don't remember who it

Page 441

E. Kline
was. I knew who it was at the time. I don't remember who it was now.
Q. Okay. Was it a member of the Alt-Right?
A. Yes.
Q. Okay.
A. But I was completely blind. I couldn't see at all, so it was kind of --
Q. But you spoke to the person clearly, correct?
A. Yes. I just don't remember who it was.
Q. And did that person stay with you at the medical area?
A. Yes.
Q. Okay. And did they go with you to the Black Lives Matter medical tent?
A. Yes.
Q. Okay. And the Black Lives Matter medical tent assisted you; is that correct?
A. Yes.
Q. And what did they do for you?
A. They just helped me wash the stuff out of my eyes and I -- it was just

Page 442

E. Kline

some nice old ladies. And they were talking to me, "Hey, we're from Black Lives Matter, and we're helping you."

And I was just thanking them for their help. But they were very separate from the other groups that were there.

Q. How many times did you get hit with the metal rod-shaped device?

A. At least three times. I had bruises on the back of my leg and my back.

Q. And how many times did you get hit in the head?

A. Once.

Q. I believe you testified earlier that your polo shirt was ruined.

Was that as a result of this event?

A. Yes.

Q. And what happened with the polo shirt?

A. I mean, it had pepper spray all over on it, so it was getting back up into my eyes because it had pepper spray on the front part of the shirt.

Page 443

E. Kline

Q. Okay. And did you bleed as a result of the --

A. Yeah, I -- sorry.

Q. Did you bleed as a result of being struck with the metal rod-shaped device?

A. Yes.

Q. Okay. And did you bleed from your head? Your back? Your legs?

A. Yes, my head.

Q. Okay. And were you hit, like, on the face or the back --

A. Right here on the back of my head, just right here. (Indicating). I can't remember what this is called. Like where your hair grows out of. Cowlick? I don't know. Right in the back of my head.

Q. Did you get treated at the Black Lives Matter medical tent for the bleeding in your head or your back or your legs?

A. No, just the pepper spray. I told them to get the pepper spray out because I couldn't -- I didn't actually know I got hit in the back of the head

Page 444

E. Kline

until later. Somebody showed me a video of me getting hit in the back of the head. And then like while we were in the car, the Uber car leaving the Black Lives Matter tent, somebody showed me, like, dude, look, this is what happened to you.

And he showed me. And then I put my hand back there and I felt, like, blood. So I didn't even know it was bleeding until I got in the car leaving the medical area.

Q. Okay. Let's sort of take that step by step.

How hard did you get hit with the metal rod-shaped device?

A. Pretty hard. It was the last hit. So they hit me in the leg, the back, and then the head.

Q. Okay. But you were not aware that you got hit in the head?

A. I wasn't aware that I was bleeding.

Q. Oh, okay. You were aware that you got hit in the head?

A. Yes, yes, yes.

Page 445

E. Kline

Q. Okay. And, I'm sorry, did you say that someone showed you a video of you being hit?

A. Yes. He was filming at the time. It was somebody in the Alt-Right that had a camera, and they were filming people leaving. And as soon as I got hit like that, he put the camera down. But he had filmed it. But I don't remember who that guy was. I can't remember his name, excuse me, his pseudonym.

Q. Is the video available anywhere to your knowledge?

A. I mean, it was probably posted online somewhere, but not that know of. I never saw it again.

Q. And you never tried to get the video?

A. No. Like I said, I don't remember who that was or -- who that person was. I don't remember who it was.

Q. Well, I understand you don't remember who they are now, but certainly in the days after UTR, you recalled who it

Page 446

E. Kline

was, correct?

A. No, I never reached out to them to get the video or anything like that.

Q. Okay. And then you got an Uber; is that correct?

A. Um-hmm, yes.

Q. And were you still with the other individual who was the member of the Alt-Right?

A. I know there is at least one person in the car with me that was Alt-Right, but I don't know if it was the person that helped me. I can't remember who was in the car with me.

Q. Okay. And you took an Uber to McIntire Park; is that correct?

A. Yes. And that's when I changed my shirt.

Q. Okay. Did you get any -- you got no medical treatment for any other injuries other than the pepper spray at the medical tent, correct?

A. Correct.

Q. Okay. And you -- were you

Page 447

E. Kline

bandaged at all?

A. No. They had -- not milk. They had something -- sort of solution. It was like water, like, with white chalky stuff in it that was meant to get pepper spray, and they kept pouring it in my eyes to get it out of my eyes.

Q. But I'm talking about your other wounds.

Were you bandaged? Did you receive stitches?

A. No, no. The only thing they did was pour that stuff in my eyes basically and put ice on the back of my neck.

Q. And you didn't get medical treatment for any of your other injuries; is that correct?

A. Correct.

Q. And do you have any documentation of those injuries?

A. No.

Q. Did you talk to anybody about those injuries?

A. Yeah. I mean, I had to like lay

Page 448

E. Kline

on the couch when we got back to the airbnb. People kind of knew what happened to me. So other people saw it, but I didn't have like a conversation or anything like that with anybody, like, that I can remember.

Q. Did you tell Jason Kessler about what had happened?

A. I believe so, yes.

Q. Did you tell Mr. Damigo about what happened?

A. I believe so.

Q. Did you tell Mr. Spencer about what happened?

A. Yes, for sure.

Q. Okay. Great.

And this was after the state of emergency was declared as you were leaving the park; is that correct?

A. Correct.

Q. Okay.

MS. PHILLIPS: Katie, please pull up Tab 254, please. We will mark this as an exhibit. And I'd like to play at

Page 449

E. Kline

the 2 minute mark -- 2 minute, 10 second mark, excuse me.

(Video playing at this time.)

MS. PHILLIPS: Katie, I want to play this to the 2 minute, 39 second mark, please.

(Video playing at this time.)

BY MS. PHILLIPS:

Q. Mr. Kline, do you recognize yourself in that video?

A. Yes.

Q. And that video is from Unite the Right, correct?

A. Yes.

Q. And you were speaking with Mr. Matt Heimbach there, correct?

A. Yes.

Q. And we played that video from the 2 minute mark, 10 seconds to the 2 minute, 39 seconds.

Is that a fair and accurate representation of a portion of the events from August 12th, 2017?

A. Yes.

Page 450

E. Kline

Q. Okay. And was this before the state of emergency was declared or after?

A. I believe this is me telling Matthew Heimbach the state of emergency was declared and that we're leaving.

Q. Okay.

MS. PHILLIPS: And, Katie, what was the exhibit number on this? Because I want to make clear for the record, please.

MS. CHENG: 82.

(Plaintiffs' Exhibit 82, Audio/Video, marked for identification, as of this date.)

MS. PHILLIPS: Okay. That was Exhibit 82 for the record.

Katie, I want to go play Tab 255.

(Plaintiffs' Exhibit 83, Audio/Video, marked for identification, as of this date.)

MS. PHILLIPS: This is another video. This will be marked as Exhibit 83.

Katie, on this, I would like to

Page 451

E. Kline

play the 9 minute mark to the 9 minute, 18 second mark.

(Video playing at this time.)

BY MS. PHILLIPS:

Q. Okay. Mr. Kline, do you recognize yourself in that video?

A. Yes.

Q. Okay. This is in McIntire Park, correct?

A. Yes.

Q. And is that a fair and accurate representation of a portion of August 12th, 2017?

A. Yes.

Q. And with whom are you speaking on the phone there?

A. My police contact person who was supposed to be coordinating the speakers. They weren't letting the speaker guys, like, leave, and they were surrounded by counter-protesters with those expensive speakers. So we were trying to get them out and the cops wouldn't let us go back in to get them. And they were -- those guys

Page 452

E. Kline

were, like, terrified. They wanted to get out of there.

Q. And when you say "speaker guys," you mean the individuals who were going to be speaking at UTR?

A. No, like the electronic speakers, the people who rented and were setting up the speaking equipment.

Q. Okay. Were they members of the Alt-Right?

A. Yes.

Q. Okay.

MS. PHILLIPS: Katie, you can put that exhibit down. Thank you.

BY MS. PHILLIPS:

Q. And you threatened to send in 200 people with guns; is that correct?

A. Yes. But we obviously didn't have that number of people with something like that. I was trying to explain that there's -- basically behind me was a bunch of people saying that they were going to go back in and get them, and I was trying to prevent them.

Page 453

E. Kline

MS. PHILLIPS: I strike everything after "yes" as nonresponsive to the question.

BY MS. PHILLIPS:

Q. Mr. Kline, in the wake of UTR, did you believe you were a war hero?

A. No. But the seven-hour mark just hit as well.

Q. Well, we are going to go for at least ten minutes because of the time you required for us to waste on the record for me to establish that you were required to be on video at the start of this deposition.

So my question to you is: Did you believe that you were a war hero in the wake of UTR?

A. No.

Q. Do you recall going home and telling Samantha Frolich that her boyfriend was a war hero?

A. No.

Q. You believed the UTR rally was a

Page 454

E. Kline

huge victory, correct?

A. No.

Q. Do you dispute that you wrote in a DM to Wyatt that this was an overall victory?

A. I don't feel that way.

Q. What did you feel -- are you testifying that you don't feel that way now?

A. At one point I might have thought that, but overall, I don't -- my overall idea of it was not like that.

Q. Okay. So you agree that at some point, you believed that it was an overall victory, UTR?

A. Yes.

Q. Is that correct?

Okay. And Mr. Damigo praised you for your efforts in organizing UTR, correct?

A. Yes.

Q. In the wake of UTR, you thought it was important to shut down the Discord, correct?

Page 455

E. Kline

A. Yes.

Q. Did you and Mr. Spencer and Mr. Damigo plan a press release or, excuse me, a press conference?

A. We were going to, but we ended up not doing it.

Q. Okay. But you did plan to have a press response?

A. We did have -- I'm sorry. We planned a press response, and then they went and did it, Nathan and Richard, without me.

Q. Okay. But you assisted in planning it, correct?

A. Yes.

Q. Okay. And in the subsequent days after UTR, you took over as the CEO of Identity Evropa, correct?

A. In name, yes, but actually owning the organization or having CEO title, like, legally, no, I was not the legal CEO.

Q. Okay. But you were in that role until November of 2017, correct?

A. Yes.

Page 456

E. Kline

Q. Okay. And then Mr. Damigo asked you to leave the organization; is that correct?

A. Yes.

Q. Why did he ask you to leave the organization?

A. Him and I had disagreements over the direction that he wanted to go with everything. And he wanted to give Patrick Casey the CEO title over me.

Q. Did he tell you why --

A. He refused to tell me why.

Q. Do you believe it had anything to do with your racist rhetoric?

A. No.

Q. Did Mr. Damigo ever talk to you and admonish you about your racist rhetoric?

A. No.

Q. At any point when you were an IE member, did he ever talk to you about your race --

A. Not that I remember.

Q. Okay. At some point in the fall

Page 457

E. Kline

of 2017, there was a Charlottesville 3.0, correct?

A. I'm not sure. When was this?

Q. In October of 2017.

A. Maybe there was. I don't remember if there was or wasn't.

Q. All right. You don't recall planning Charlottesville 3.0 --

A. No.

Q. -- in October 7th, 2017?

A. I remember there was people going and protesting for Cantwell, for Cantwell being arrested. But other than that, I don't really remember a 3.0. -- I'm trying to think did we -- oh, never mind, we did go back. Yes, I remember now. We went back with Identity Evropa members.

Q. You also went back with Richard Spencer, correct?

A. Yes. Right, Richard, yes.

Q. Okay. And you helped plan Charlottesville 3.0, correct?

A. Yes.

Q. And you helped plan

Page 458

E. Kline

Charlottesville 3.0 with Richard Spencer, correct?

A. Yes.

Q. And you asked Mr. Damigo's advice on certain aspects of Charlottesville 3.0, correct?

A. Yes.

Q. You asked him specifically whether to sing songs, correct?

A. Yes.

Q. And what songs to sing, correct?

A. Yes.

Q. Okay. In the wake of UTR, you sought to raise money to fund your participation in lawsuits arising from the events in Charlottesville, correct?

A. Yes.

Q. Okay. And did you raise that money?

A. I don't understand the question.

Q. Were you able to raise money to help fund your --

A. Yes.

Q. Okay. And from what sources did

Page 459

E. Kline

you raise the money?

A. We asked for open donations. So while we were on podcasts or when we're talking to people, we would ask people to donate.

Q. Where did those people send their donations?

A. I'm not too sure. I don't remember. Nathan Damigo would know. He set up the account, I believe.

Q. This was a request for support for IE; is that correct?

A. Yes. I think there was a general fund and there was specifically an IE one as well. I wasn't involved in any of the accounting stuff, so I'm not sure how that went down or how we were collecting funds.

Q. Okay. Can. Did you ever hear Damigo ask for money for his defense lawyer relating to his arrest at Unite the Right?

A. I don't remember.

Q. Do you know how much money you raised in total?

A. No.

Page 460

E. Kline

Q. Do you know how much you have left in total?

A. No.

Q. Do you have any of it left in total?

A. I mean, it didn't personally go to me, so no.

Q. Okay.

MS. PHILLIPS: All right. Let's go off the record one more time, and I think I may be done, Mr. Kline.

THE WITNESS: Okay.

THE VIDEOGRAPHER: The time is 8:06. We are off the record.

(Recess is taken.)

THE VIDEOGRAPHER: The time is 8:09. We are on the record.

BY MS. PHILLIPS:

Q. Okay. Mr. Kline, did you have any communication of any sort with Matthew Heimbach in 2019?

A. In 2019? Not that I can remember. He might have sent me a text, but I don't know if I responded or not.

Page 461

E. Kline

But we didn't have any communication that I remember.

Q. Okay. And did you have any communication whatsoever with Matthew Heimbach in 2020?

A. No. I don't believe so, no.

Q. Okay.

MS. PHILLIPS: I'm all done. I don't have any more questions.

THE WITNESS: Okay.

MS. PHILLIPS: Hang on one second.

THE WITNESS: Yup.

MS. PHILLIPS: Jim, Dave, do either of you have questions?

MR. CAMPBELL: This is Dave Campbell, and I don't have any questions and I don't need a copy of the transcript --

MS. PHILLIPS: Okay.

MR. CAMPBELL: -- at this time. Thank you, though.

MR. KOLENICH: This is Jim Kolenich. Just a few questions.

Page 462

E. Kline

EXAMINATION BY

MR. KOLENICH:

Q.  Good evening, Mr. Kline.

Could you explain for us the relationship with Richard Spencer or the relationship between Richard Spencer and Jason Kessler at the planning of the August 11th torchlight march?

A.  I'm not sure --

MS. PHILLIPS:  Wait, wait, wait. Sorry.

Object to the form.

Go ahead.

A.  I'm not sure what communication those two had between each other.

Q.  Okay.  And same question for the August 12th event.

MS. PHILLIPS:  Objection.

A.  I'm not sure which -- I'm not sure what their communication was like between those two.

Q.  Did you ever hear Richard Spencer discuss Jason Kessler in relation to the planning of either August 11th or

Page 463

E. Kline

August 12th?

A.  Yes.

Q.  And what did Mr. Spencer say about Mr. Kessler?

A.  Richard didn't like Kessler, so he said negative things.  I don't remember the specifics or anything like that.  I just know that those two did not like each other.

Q.  Did you ever express concerns about Mr. Kessler because he was Jewish?

A.  Yes.

MS. PHILLIPS:  Object to form.

Go ahead.

BY MR. KOLENICH:

Q.  Did you tell Mr. Spencer that Kessler was Jewish?

A.  I told him that I was giving him information saying he was.

Q.  Do you recall who gave you that information?

A.  No, he don't.

MR. KOLENICH:  Okay.  Thank you. I have no further questions.

Page 464

E. Kline

MS. PHILLIPS:  I just have one follow-up question on that, Mr. Kline.

FURTHER EXAMINATION BY

MS. PHILLIPS:

Q.  Mr. Kline, you testified that you told Mr. Spencer that Mr. Kessler was Jewish.  You told him that you was giving -- that you were given information saying that; is that correct?

A.  Yes.

Q.  When did you tell Mr. Spencer that?

A.  Well after the -- maybe -- actually, I'm not sure when it was.  A little bit before Unite the Right I was told this information.  I just told Richard because I thought he would want to know that I was told that information.  I didn't know if it was true one way or the other, one way or another.  I just told Richard because I was told the same thing.

Q.  And I want to be clear on the timing.

Your testimony is that it might

Page 465

E. Kline

have been before UTR, but it also might have been after UTR?

A.  I believe it was -- I think it was before UTR, is when I told Richard.

Q.  Okay.  And how did you tell him?

A.  I'm not sure.  It might have been in person.  It might have been over the phone.  I'm not sure.

Q.  Okay.  Did you put it in a text?

A.  I'm not sure.

Q.  Okay.

MS. PHILLIPS:  I don't have any other questions about that.

MR. KOLENICH:  No further questions.

(Continued on following page to include jurat.)

Page 466

E. Kline

THE VIDEOGRAPHER: All right. This marks the end of media No. 5 in the deposition of Elliott. This also excludes today's deposition. The time is 8:13. We are off the record.

(Time noted: 8:13 p.m.)

_____.

ELLIOT KLINE A/K/A ELI MOSLEY

Subscribed and sworn to before me this ____ day of _____, 2020.

_____

NOTARY PUBLIC

Page 467

CERTIFICATE

STATE OF NEW YORK    )
        : ss.
COUNTY OF WESTCHESTER  )

I, ANNETTE ARLEQUIN, a Notary Public within and for the State of New York, do hereby certify:

That ELLIOT KLINE A/K/A ELI MOSLEY, whose deposition is hereinbefore set forth, was duly sworn by me, and that the transcript of such depositions is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of August, 2020.

_____

ANNETTE ARLEQUIN, CCR, RPR, CRR, RSA

Page 468

INDEX

WITNESS                    PAGE

ELLIOTT KLINE A/K/A ELI MOSLEY
  MS. PHILLIPS          6,  464
  MR. KOLENICH              462

INDEX OF EXHIBITS
DESCRIPTION                PAGE

Plaintiffs' Exhibit 1, Email dated        10
5/5/2020 from Phillips to Mosley and others, not Bates-stamped

Plaintiffs' Exhibit 2, Plaintiffs'        10
Deposition Notice of Defendant Elliott Kline a/k/a Eli Mosley

Plaintiff's Exhibit 3, Fourth             13
Discovery Order for Defendant Elliott Kline

Plaintiffs' Exhibit 4, Discord post       31
with handle Eli Mosley#5269

Plaintiffs' Exhibit 5, Discord post       38
in the NiggKike Bar Mitzvah server

Page 469

INDEX OF EXHIBITS(Cont'd.)
DESCRIPTION                    PAGE

Plaintiffs' Exhibit 6, Discord post        44
in the Alt-Right server

Plaintiffs' Exhibit 7, Direct              45
Messages between Kline and Wyatt#1030

Plaintiffs' Exhibit 8, Discord post        48
in the NiggKike Bar Mitzvah server

Plaintiffs' Exhibit 9, Audio/Video         62

Plaintiffs' Exhibit 10, Discord Post       62
in the #Vanguard#2353

Plaintiffs' Exhibit 11, Email chain        67
beginning with email dated 5/15/17 from Campbell to Mosley, Bates-stamped EK00019775 through 19784

Plaintiffs' Exhibit 12, Direct             69
Message from Mosley to Auernheimer with handle weev#2527

Plaintiffs' Exhibit 13, Discord Post       73
on NiggKike Bar Mitzvah server

Plaintiffs' Exhibit 14, Photo              82

Plaintiffs' Exhibit 15, Discord Post       83
onNiggKike Bar Mitzvah server

Page 470

INDEX OF EXHIBITS(Cont'd.)

| DESCRIPTION | PAGE |
|---|---|
| Plaintiffs' Exhibit 16, Direct Message to #c6%G#8389 | 87 |
| Plaintiffs' Exhibit 17, Discord Post on NiggKike Bar Mitzvah server | 90 |
| Plaintiffs' Exhibit 18, Discord DM with BellaDashwood#3889 | 91 |
| Plaintiffs' Exhibit 19, Photo | 105 |
| Plaintiffs' Exhibit 20, DM Discord between Reinhard Wolff and Norah Fox | 108 |
| Plaintiffs' Exhibit 21, Chat record, Bates-stamped EK00005778 | 114 |
| Plaintiffs' Exhibit 22, Chat record, Bates-stamped EK00001146 | 118 |
| Plaintiffs' Exhibit 23, Chat record, Bates-stamped EK00000398 | 119 |
| Plaintiffs' Exhibit 24, DMs on Discord with Caerulus Rex | 122 |
| Plaintiffs' Exhibit 25, DMs on Discord with Erika Alduino | 124 |
| Plaintiffs' Exhibit 26, Audio/Video | 125 |

Page 471

INDEX OF EXHIBITS(Cont'd.)

| DESCRIPTION | PAGE |
|---|---|
| Plaintiffs' Exhibit 27, Chat record with Rob Sowa, Bates-stamped EK0011588, | 127 |
| Plaintiffs' Exhibit 28, Discord Post DMs with Andrew Auernheimer | 130 |
| Plaintiffs' Exhibit 28, Discord Post DM with Kurt#8752 | 133 |
| Plaintiffs' Exhibit 29, Discord Post DM with #Kurt#8752 | 135 |
| Plaintiffs' Exhibit 30, Discord Post DM with #RealDonaldTrump#3777 | 135 |
| Plaintiffs' Exhibit 31, Discord Post DM with #RealDonaldTrump#3777 | 136 |
| Plaintiffs' Exhibit 32, Discord Post DM with Vanguard#2353 | 138 |
| Plaintiffs' Exhibit 33, Discord Post DM with Wyatt | 139 |
| Plaintiffs' Exhibit 34, Discord Post DM with Wyatt | 140 |
| Plaintiffs' Exhibit 35, Discord Post with #wyatt#1030 | 141 |
| Plaintiffs' Exhibit 36, Discord Post with #wyatt#1030 | 142 |

Page 472

INDEX OF EXHIBITS(Cont'd.)

| DESCRIPTION | PAGE |
|---|---|
| Plaintiffs' Exhibit 37, Discord Post with #wyatt#1030 | 144 |
| Plaintiffs' Exhibit 38, Discord Post with #wyatt#1030 | 145 |
| Plaintiffs' Exhibit 39, Discord Post DM with #Vanguard#2353 | 147 |
| Plaintiff's Exhibit 40, Discord Post DM by Fashy Haircut#A9734 | 154 |
| Plaintiffs' Exhibit 41, Discord Post DM with Caerulus Rex, who is Brian Brathove | 156 |
| Plaintiffs' Exhibit 42, Defendant Spencer's Objection and Answers to Plaintiffs' Second Set of Interrogatories to all individual Defendants | 163 |
| Plaintiffs' Exhibit 43, Daily Storm Article dated 5/16/17 entitled, "Charlottesville Ground Report: Nazi Occultists Resurrect Spirit of Confederacy | 168 |
| Plaintiffs' Exhibit 44, Chat record with Balabon, Bates-stamped EK00004838 | 172 |
| Plaintiffs' Exhibit 45, Discord Post DM with Andrew Auernheimer | 175 |

Page 473

INDEX OF EXHIBITS(Cont'd.)

| DESCRIPTION | PAGE |
|---|---|
| Plaintiff's Exhibit 46, Discord Post DM with Erika#9709 | 179 |
| Plaintiffs' Exhibit 47, Discord Post DM with Wyatt | 184 |
| Plaintiff's Exhibit 48, Discord Post DM with TheBigKK#8089 | 195 |
| Plaintiffs' Exhibit 49, Chat record with Kessler, Bates-stamped EK00009660, | 199 |
| Plaintiffs' Exhibit 50, Photo | 201 |
| Plaintiffs' Exhibit 51, Discord Post in The Alt-Right Events Project by Mad Dimension | 204 |
| Plaintiffs' Exhibit 52, Chat record with Richard Spencer | 231 |
| Plaintiffs' Exhibit 53, Discord Post DM with Andrew Anglin | 239 |
| Plaintiffs' Exhibit 54, AT&T Cellphone records | 248 |
| Plaintiffs' Exhibit 55, Chat record with Bree | 252 |
| Plaintiffs' Exhibit 56, Discord Post DM with Francisco VA#9092 | 258 |

Page 474

INDEX OF EXHIBITS(Cont'd.)

DESCRIPTION                                    PAGE

Plaintiffs' Exhibit 57, Discord Post      272
DM with Big KK

Plaintiffs' Exhibit 58, Discord group     287
DM with Tyrone#4532, McCarthy#6928,
Kurt#8752, Caerulus Rex#16,
Hines-MI#4894, ShuffOH#8765 and
Ajax#5410

Plaintiffs' Exhibit 59, Discord Post      291
by Eli Mosley#5269

Plaintiffs' Exhibit 60, Chat record       298
with Richard Spencer, Bates-stamped
EK00006584

Plaintiffs' Exhibit 61, Chat record       312
with Kessler, Bates-stamped
JK00030209 through 30210

Plaintiffs' Exhibit 62, Chat record       316
with Kessler, Bates-stamped
EK00009720 through 9721

Plaintiffs' Exhibit 63, Discord Post      319
DM in the Charlottesville 2.1 of the
Dixie Lyrics channel on August 11th,
2017

Plaintiffs' Exhibit 64, Chat record       331
with Richard Spencer, Bates-stamped
RS00095071

Plaintiffs' Exhibit 65, Discord Post      334
DM with Heinz-MI 4894

Page 475

INDEX OF EXHIBITS(Cont'd.)

DESCRIPTION                                    PAGE

Plaintiffs' Exhibit 66, Discord Post      338
DM with Kurt#8752

Plaintiffs' Exhibit 67, Discord Post      339
DM with Kurt#8752

Plaintiffs' Exhibit 68, Discord Post      342
DM with Andrew Anglin

Plaintiffs' Exhibit 69, Discord Post      347
DM between Andrew Anglin and Azzmador
on August 9th, 2017

Plaintiffs' Exhibit 70, Chat record       348
with Bree, Bates-stamped EK00000406

Plaintiffs' Exhibit 71, Discord Post      355
DM with #McCarthy#6928

Plaintiffs' Exhibit 72, Discord Post      356
DM dated 8/11/17 in Charlottesville
server, the Leadership Discussion
channel

Plaintiffs' Exhibit 73, Affidavit of      364
Angela Tabler, Bates-stamped
JK00122085 through 122089

Plaintiffs' Exhibit 74, Discord Post      398
DM between Nathan Damigo and Fashy
Haircut

Page 476

INDEX OF EXHIBITS(Cont'd.)

DESCRIPTION                                    PAGE

Plaintiffs' Exhibit 75, Chat record       401
with Kessler, Bates-stamped
JK00030593

Plaintiffs' Exhibit 76, Audio/Video       414

Plaintiffs' Exhibit 77, Photo             417

Plaintiffs' Exhibit 78, Photo             418

Plaintiffs' Exhibit 79, Audio/Video       425

Plaintiffs' Exhibit 80, Photo             428

Plaintiffs' Exhibit 81, Chat record       430
with Antifa Cat Lady, Bates-stamped
EK00002237

Plaintiffs' Exhibit 82, Audio/Video       450

Plaintiffs' Exhibit 83, Audio/Video       450

Page 477

ERRATA SHEET

Case Name:

Deposition Date:

Deponent:

Pg. No. Now Reads   Should Read  Reason

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

___ _____   _____   _____

_____

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS ____ DAY OF _____, 2020.

_____
(Notary Public)  MY COMMISSION EXPIRES:_____

# #

**#c6%g#8389** 87:21 470:1

**#kurt#8752** 135:8 471:11

**#mccarthy#6928** 355:8 475:15

**#realdonaldtrump# 3777** 135:11 136:24 471:13,15

**#vanguard#2353** 62:24 147:20 469:12 472:1

**#wyatt#1030** 141:17 142:19 144:18 145:16 471:23,25 472:1

# $

**$1,100** 7:3

# (

**(1)** 4:23

**(2)** 4:24

# 1

**1** 10:15,20 17:22 149:20 244:2 392:13 426:22 427:20 468:13

**1.0** 150:19 152:2,11 153:2 157:15,19 158:9,17 159:12,22 161:5,12,22 167:12, 20 168:16 169:11 172:9 181:3 244:2 375:18 382:23 383:2

**10** 48:6 62:22,23 135:21 161:15 399:7 409:17 449:2,20 468:13,16 469:11

**100** 4:14 49:17 64:8 106:14 147:7 159:6 355:21 372:6 380:6

389:13

**10118** 3:18

**105** 199:6 470:10

**107** 201:22

**108** 470:11

**10:00** 368:8

**10:43** 18:6

**10th** 128:17 335:7

**11** 67:4,5 368:3 426:24 427:21 469:13

**110** 204:3

**111** 248:9

**113** 231:6

**114** 470:13

**115** 239:21

**118** 470:15

**119** 470:17

**11:06** 40:16

**11:30** 249:8,10 285:17 286:8,13

**11th** 32:12 291:16 303:14,18,22 319:18, 23 323:14 338:20 356:23 358:16 360:18 365:7,15 369:4 374:4,7 375:22 380:19 381:5 389:8, 23 392:21 393:17,20 395:13 396:4 462:9, 25 474:20

**12** 69:23,24 90:9 133:24 134:6,8,18,20 437:2 438:2 469:17

**121** 252:12

**122** 470:19

**122089** 364:18 475:20

**123** 257:25

**124** 470:21

**125** 470:23

**127** 471:1

**12:05** 40:22

**12:06** 41:24 42:3

**12th** 11:24 15:6 18:5 135:18 137:6 246:9, 12,15,16 249:2 284:24 285:3 287:13 349:8 402:25 403:8 404:13,18,25 405:19 411:23 412:15 422:15 426:13 428:10 430:14 449:24 451:13 462:18 463:2

**13** 73:4,5 468:18 469:19

**130** 471:1

**133** 471:1

**135** 471:10,12

**136** 272:17 471:14

**138** 471:16

**139** 471:18

**13th** 150:15

**14** 56:6 75:17,23 76:7,10,16,22 77:3 79:18,20 82:22,24 276:24 469:21

**140** 471:20

**1401** 3:12

**141** 471:22

**142** 471:24

**144** 472:1

**145** 472:1

**147** 472:1

**14th** 331:17

**15** 62:15 83:3 87:19 194:11,18 368:11 469:23

**15-foot** 341:20

**150** 287:21 380:7

**154** 472:10

**156** 291:8 472:12

**15th** 102:9,11

**16** 67:3 87:19,20 470:1

**160** 298:5

**163** 472:14

**168** 472:18

**16th** 298:21

**17** 69:22 89:25 90:2 470:1

**172** 472:21

**175** 472:24

**179** 473:1

**17th** 9:13 115:7 130:14

**18** 72:20 73:2 91:2,3 451:3 470:1

**184** 473:1

**18th** 154:9 181:20 467:23

**19** 82:21 105:7,8 126:5 470:10

**1930s** 162:5

**194** 311:22

**195** 316:19 473:1

**197** 319:13

**19784** 67:8

**199** 473:10

**19th** 73:13 173:4

**1:43** 149:7,21

**1:45** 426:22

**1:50** 416:25

**1st** 63:12 88:5 175:15 355:18

# 2

**2** 10:25 11:8 31:2 150:8 205:12,18 206:7,9 236:16 365:10 426:24 427:21 449:2,6,20 468:16

**2.0** 179:9,12 201:13

271:6 291:16 338:21 340:5 383:2

**2.1** 319:16,22 474:19

**20** 108:19,20 149:13 392:17 470:11

**200** 168:22 273:3 452:17

**200-plus** 170:8

**20005** 3:13

**20006** 3:7

**2001** 3:6

**2003** 365:14

**201** 473:12

**2014** 128:5

**2015** 102:8 128:5 365:13 378:18

**2016** 79:7 93:5 94:16 100:22 102:8,14 128:7 378:18

**2016-2017** 332:12

**2017** 24:15 25:23 27:8,9,14 29:20 30:8, 11,23 32:2,12,19 34:23 36:4,5,25 38:25 44:18 48:17 51:22 54:25 55:4,6 56:21 63:12 64:16 66:10,15 70:19 73:14 75:2 80:7 82:15 83:11 84:3 88:6,16 90:9 91:10 95:20 101:5 102:9,11 109:8 115:7 122:20 124:23 128:17 130:14 133:17 135:18 137:6 138:17 139:24 145:4 147:24 150:16 156:10,23 173:4 175:16 181:21 182:24 195:2,6,22 197:4,15 198:15 199:18 200:25 202:15,23 203:15 204:25 213:7 214:19 215:12 217:5,16,23 219:16 221:3 224:15 231:25 238:20 240:9 241:18,24 244:15 245:15,19 249:2

257:2,5 258:11 264:15 266:23 268:6 272:6,9,24 274:5 278:14 280:7 288:14 291:16 298:21 303:25 319:18,23 330:15,18 331:18 335:7 338:20 343:5 344:4 347:17,22 355:18 356:23 360:18 365:7,15 380:19 381:5 389:23 399:8 401:17 411:23 412:16 426:13 431:5 437:2 438:2 449:24 451:14 455:24 457:2, 5,11 475:11

**2018** 154:9 212:25 213:2 237:3,9 252:21 255:13,15,18,20 349:8

**2019** 267:22,23 460:22,23

**2020** 9:5,9,12,13 10:2 11:24 13:22 14:6 15:6 18:6 24:6 461:6 466:16 467:23

**204** 473:14

**209** 331:4

**20th** 13:22 56:21 240:9 241:18 245:25 343:5 344:3,4

**21** 114:8,9 163:19 164:14 470:13

**212** 334:19

**213** 338:13

**215** 339:21

**217** 342:21

**21st** 246:4

**22** 87:16 118:7,8 164:7 470:15

**220** 347:13

**223** 355:6

**224** 356:12

**22nd** 156:10

**23** 89:23 119:24 120:5 470:17

**231** 473:16

**23220** 4:15

**235** 364:14

**239** 473:18

**23rd** 231:25

**24** 90:24 122:2 431:5 470:19

**240** 398:19

**244** 411:10

**246** 417:20

**247** 418:15

**248** 473:20

**25** 63:20 124:7,8 125:19 392:13 432:7 470:21

**251** 425:9 432:4

**252** 473:22

**2527** 70:7

**253** 430:18

**254** 448:24

**255** 450:18

**258** 473:24

**25th** 101:5

**26** 125:24,25 126:6 470:23

**26th** 9:12 70:19 126:5

**27** 124:5 127:15,16 414:15 471:1

**272** 474:1

**28** 130:3,4 133:9,10 272:24 416:19,21 471:1

**287** 474:1

**28th** 195:21

**29** 135:7 244:15 471:10

**291** 474:1

**294** 348:24

**298** 474:11

**29th** 38:25

**2:11** 150:3

**2:12** 150:10

**2nd** 14:6 44:17

---

**3**

---

**3** 13:23 56:7 236:21 327:24 468:18

**3.0** 457:2,9,15,23 458:2,6

**3/15/17** 143:7

**30** 17:8 112:5 135:6, 10 136:21 440:13 471:12

**30(b)(1)** 11:19

**30-second** 414:14

**300** 273:3

**301** 78:8

**301-525-1474** 248:17

**30210** 312:5 474:15

**304** 401:9

**305** 183:24

**31** 105:2 136:22,23 468:21 471:14

**312** 474:14

**316** 474:16

**319** 474:19

**32** 108:17 138:5,8 411:13 471:16

**33** 114:7 139:19 140:18 471:18

**331** 474:22

**334** 474:24

**334-498-7599** 120:9

**338** 475:1

**339** 475:1

**34** 118:5 140:21 141:13 471:20

**342** 475:1

**347** 475:10

**348** 475:12

**35** 119:23 141:14,15, 16 471:22

**350** 3:17

**355** 475:14

**356** 475:16

**36** 121:25 142:17,18 144:13 272:9,25 471:24

**364** 475:19

**37** 144:16,17 145:11 472:1

**3777** 137:5

**3784** 248:11

**38** 145:14,15 468:23 472:1

**39** 127:13 147:18,19 449:6,21 472:1

**398** 475:22

**3:17-CV-00072-NKM** 18:4

**3:33** 236:17

**3:51** 236:23

---

**4**

---

**4** 31:5,6 38:11 48:17 165:5 328:6 375:23 432:6,7 434:14 435:4,22,23 437:14 468:21

**4/16/2017** 109:18

**40** 130:2 153:24,25 154:3 157:10 472:10

**401** 476:1

**41** 133:7 156:2,3 157:11 472:12

**414** 476:1

**417** 476:1

**418** 476:1

**42** 126:7 135:3 163:21,22 472:14

**425** 476:11

**428** 476:12

**43** 136:22 168:4,5 472:18

**430** 476:14

**434** 233:4 317:6 401:23

**434-996-5567** 231:17,19 312:10

**44** 172:21,22 434:14 435:4,22 469:1 472:21

**44th** 425:14

**45** 138:3 175:9,10 426:23 427:20 440:14 469:1 472:24

**450** 476:16,18

**45249** 4:8

**46** 139:16 179:25 181:15 473:1

**462** 468:8

**464** 468:7

**47** 139:18 184:2,3 473:1

**48** 140:19 195:15 196:14 469:1 473:1

**484-650-2445** 6:11

**4894** 334:22 335:2 474:25

**49** 141:13 199:7,9 473:10

**4th** 138:17 147:24

---

**5**

---

**5** 38:12,17 375:24 437:19 466:3 468:23

**5/15/17** 67:7 469:14

**5/16/17** 168:6 472:18

**5/5/2020** 10:16 468:14

**50** 142:15 201:24,25 416:21 473:12

**51** 144:14 204:10,15, 24 473:14

**512-808-3143** 173:6

**52** 145:12 231:7,11 473:16

**53** 147:17 239:23,24 473:18

**54** 248:12 249:23 250:2 473:20

**540** 184:16

**540-579-2313** 184:9

**55** 252:14,15 435:23 473:22

**56** 258:2,3 473:24

**57** 272:18,19 474:1

**571** 331:12 430:25

**571-419-7829** 118:24

**58** 287:23 288:6 474:1

**59** 291:10,11 474:1

**5:18** 328:2

**5:32** 328:8

**5th** 8:14 9:5 13:12 83:11 199:18 204:18, 25

---

**6**

**6** 44:9,13 56:7 468:7 469:1

**60** 298:6,7 474:11

**601** 401:24

**61** 311:24 312:3 474:14

**610** 118:17 127:22 298:17 312:9 317:6 331:15

**610-406-2229** 114:23 183:17

**62** 316:21,22 469:10, 11 474:16

**63** 319:14,15 474:19

**64** 331:5,10 474:22

**65** 334:20,21 474:24

**66** 338:14,19 340:13 475:1

**67** 339:23,24 342:4 469:13 475:1

**68** 342:22,23 475:1

**69** 347:14,15 348:23 350:23 469:17 475:10

**6928** 355:17

**6:37** 396:14

**6:49** 396:17

**6th** 91:10 133:16 139:23 140:3

---

**7**

**7** 40:5 44:8 45:5,6 469:1

**70** 348:25 349:6 475:12

**71** 355:7 356:10 475:14

**72** 356:14,16 358:18 475:16

**73** 364:15,22 469:19 475:19

**74** 398:20 475:22

**75** 401:10,16 476:1

**76** 414:8,9,10,13 416:19 476:1

**77** 417:22,23 418:13 476:1

**78** 155:24 418:16,17 422:4,8 476:1

**79** 153:21 425:15,16 426:21 428:17 432:5 435:24 436:24 476:11

**7:30** 437:15

**7:44** 437:21

**7th** 140:4 145:4 245:22 246:9 258:11

401:17 457:11

---

**8**

**8** 45:3 48:8 50:23 81:11,19 469:1

**8/11/17** 356:17 475:17

**80** 428:18,21,22 476:12

**81** 430:19 431:24 476:14

**82** 450:12,13,17 469:21 476:16

**83** 163:18 450:19,24 469:23 476:18

**86** 167:25

**87** 172:19 470:1

**88** 175:7

**8:06** 460:15

**8:09** 460:18

**8:13** 466:6,7

**8:15** 366:8 367:9

**8:50** 368:3

**8th** 81:15 303:25

---

**9**

**9** 62:16,20 125:22 366:7 451:2 469:10

**90** 470:1

**91** 470:1

**9435** 4:7

**96** 179:24

**9721** 316:24 474:17

**99** 195:14

**9:30** 11:24 15:5 283:8 368:7 409:17

**9th** 122:20 124:23 288:13,14 347:17,22 475:11

---

**A**

**a.m.** 15:5 18:6 40:16

**a/k/a** 11:3,12,23 14:25 466:11 467:11 468:6,17

**ability** 6:21 21:9,14 178:24

**absolute** 69:3

**absolutely** 84:6 117:22

**abusing** 254:6

**accept** 110:14

**acceptable** 99:23

**accepted** 36:10

**access** 9:19 10:3 166:7,11 177:4 208:25

**accessed** 177:10

**account** 260:7 357:3,9 459:11

**accounting** 459:17

**accounts** 60:7 191:4 357:11,15,20,25

**accurate** 36:14 37:3 61:17 62:2 121:21 137:16 281:10 411:21 412:14 422:14 426:12 430:14 436:25 449:22 451:12

**accurately** 21:10 371:11,16

**achieve** 360:12

**achieved** 360:13

**ACLU** 397:12

**acolytes** 170:4

**acquiring** 65:22

**act** 378:21

**acting** 335:12 366:16

**action** 397:7 467:19

**activated** 7:17

**activism** 328:16,25 329:5

**activists** 168:22

**actual** 58:9 127:8 186:5 216:17,19 227:14 229:20 301:6 380:24 422:24

**addition** 9:16

**additional** 104:5

**address** 353:15

**addresses** 9:2 10:8

**adjacent** 186:13,15

**administer** 12:4

**administration** 365:5

**admissible** 17:7

**admitted** 211:11

**admonish** 456:18

**Adolf** 81:12

**adopting** 171:25

**advance** 293:14 372:10 382:12

**advantageous** 346:15

**adversarial** 35:9,10

**adversaries** 35:6

**adverse** 117:25

**advice** 142:24 143:21 236:5 458:5

**advocated** 208:23

**advocating** 99:8 205:21 209:10

**affected** 174:19

**affidavit** 364:16,22 369:24 475:19

**affiliated** 389:19 390:5

**afford** 7:7

**African-american** 361:18

**African-americans**

---

*TSG Reporting - Worldwide    877-702-9580*

54:25 186:25 187:4

**after-party** 167:11, 17 229:25 230:2,3 250:24 251:2 261:2, 12,17 262:6,9,12

**after-party-type** 260:15

**afternoon** 168:21

**Agenda** 233:18

**aggressive** 121:14

**agree** 85:17 103:5,8, 23 104:4 110:3 143:13 191:22 192:2, 17,22 205:15 207:24 220:19,21 361:23 362:3 433:17,20 454:14

**agreed** 12:6,8 200:13 207:9 215:21 222:16 316:12

**ahead** 61:24 95:23 119:22 125:20 157:24 224:8 413:20 416:15,20,22 434:13 435:21 437:11 462:14 463:15

**ahold** 157:6 285:18

**airbnb** 261:7,9,10 376:22 377:4,8,10 395:3 406:4 448:3

**aired** 338:2

**Ajax** 275:23 288:25 289:24

**Ajax#5410** 288:3,10 474:1

**alcohol** 21:7

**Alduino** 124:9,16 152:8 179:8 181:17 275:19 470:22

**Aleuino's** 261:10

**Alex** 4:13

**all-purpose-type** 279:25

**alleged** 303:9

**Allison** 275:22

**allowed** 160:23 310:15 374:13

**Alpha** 47:22

**alphabet** 81:13,15

**Alt-knights** 197:21 310:18 311:6

**Alt-right** 27:2 33:2 39:21 44:10,16 77:6, 8,21 79:25 82:3 89:16 95:6 103:11, 16,24 104:7,19 116:25 128:13,24 154:11,20 155:3,19 157:20 176:17 182:16,18,21 183:15 195:3,8 196:3,18,19, 20 197:5,17 204:11, 16 205:2 213:12 220:2 225:24 226:9 255:20 265:13 270:22 273:2 274:4 309:22,23 310:9 343:15 345:5 346:16 357:19,22 365:16 373:16 376:25 384:14,17 386:2,19 388:6 390:23,24 391:2,10 397:15 441:5 445:6 446:10, 13 452:11 469:1 473:14

**alt-right.com** 182:19

**Alt-rights** 103:25 136:7

**alternate** 32:2

**America** 155:14 156:17,24 256:18,19 259:5,8,10 260:7,16 261:5,6 309:8 423:23 425:25 426:2,16 429:11

**American** 257:11 260:16

**amplify** 404:21

**anarcho-communism** 185:11

**Anderson** 165:2

**Andrew** 70:10 130:5, 10,13 174:22 175:11,

15 176:5 239:25 240:5 267:25 268:4,7 269:3,7,8 342:17,24 343:4 347:16,21 350:24 471:1 472:24 473:19 475:1,10

**Angela** 364:6,16,22 369:3 371:11 387:24 475:20

**Anglin** 239:25 240:5 267:25 268:4,7,11 269:3,8 342:17,24 343:5 347:16,21 350:24 473:19 475:1, 10

**angry** 226:20 227:10 345:21

**animated** 340:24

**animus** 234:4,18

**Anne** 138:22

**Annette** 17:2 18:10 467:8,25

**Announcements** 291:17 399:9

**answering** 19:15 273:13

**answers** 163:24 164:10 472:15

**anti-fascist** 185:13

**anti-fascista** 185:15

**anti-protesters** 304:23

**anticipated** 334:6 396:6

**anticipating** 342:18

**Antifa** 108:9 113:23 115:20 116:16,20 117:5,7,20 118:20 119:3,11,14,19 128:21 129:5 133:22 134:12 135:20,21 137:11 181:22 184:25 185:12,19,22 186:11,12,13,14 187:10,14 188:3,9, 15,17,25 189:4,6,15, 17,18,19,24 190:7,11 192:21 302:22 303:2,

7 337:2 351:18 352:11 353:11 355:23 356:4 357:2, 9,12,14,18,20,24 373:8,19,21,24 374:19 389:8,13,19, 25 390:5,10 412:4 430:20,25 476:14

**Antifa's** 192:23

**antiwar** 198:9

**anymore** 30:2 34:16 51:19

**anyone's** 257:20

**apolitical** 94:8

**appearance** 6:9

**appearances** 18:13

**appeared** 270:12

**appearing** 126:16

**applicants** 111:10, 23,24

**application** 96:15 98:14

**applications** 98:13 110:11,13

**applied** 96:5,13 108:4,12

**apply** 108:3

**applying** 96:9,11 108:6

**approval** 314:19

**approve** 311:18 314:12 323:8,17 328:16,25 329:5

**approved** 311:11,16 315:24 316:10,14 321:11,16 323:24

**approximately** 354:23 356:3 380:3, 10 440:12

**April** 48:17 91:10 101:5 102:9,11 115:6,7 122:20 124:23 128:17 130:14 156:10,23 165:5 198:15 244:14

**archaic** 170:12

**archive** 353:2,11,13, 17

**archive.is** 353:18,22

**archive.is.** 353:8

**archived** 353:6,24

**archives** 353:4,9

**area** 259:15 328:18, 20 330:10 368:12 370:10 381:2 418:4 439:25 440:20 441:15 444:11

**areas** 36:21 203:10

**arising** 458:16

**Arlequin** 17:3 18:11 467:8,25

**arm** 336:11

**arm's** 388:21 389:2, 10

**arms** 320:10,11,15 321:2 385:5 386:15, 22 390:17 391:16 392:17

**Army** 57:4 61:14 62:9 88:20,21

**arrest** 459:21

**arrested** 123:19 457:14

**arrive** 375:21

**arrived** 376:2 405:9

**arrow** 416:3

**arrows** 189:21

**article** 167:20 168:2, 6,13 170:14,19,21,24 176:7 180:8,9,15,17, 22 255:23 309:23,25 472:18

**articles** 66:22 69:2,4, 18 174:24 175:19,20 181:9

**articulate** 222:22

**articulated** 207:15 222:24

**artistic** 315:21

**ASAP** 175:20

**asks** 184:9

**aspects** 290:3,6 304:19 458:6

**ass** 399:13

**assault** 415:10

**assaulted** 415:7

**assemble** 368:11

**asserting** 341:15,22

**assist** 329:18

**assistant** 301:8

**assisted** 441:21 455:14

**association** 16:18 18:11

**assume** 20:8 245:23 246:2,6 251:6 276:21 302:20 389:16

**AT&T** 7:25 8:2 248:12 473:20

**ate** 232:14

**attached** 211:19

**attack** 152:16 235:23 344:15 440:12

**attacked** 132:16 334:13,17

**attacking** 132:15

**attacks** 136:13

**attempting** 169:2

**attend** 167:16 191:6, 20 215:22 268:8,17 287:16 292:15 296:11 304:8 375:13, 15

**attended** 153:13 158:16,19,22 159:2, 4,8 219:16 303:13 375:19

**attendees** 277:25 372:9,15 432:12 436:11

**attending** 153:5,8,10 282:7 302:12 345:10

**attention** 63:17 67:13 154:7 240:10 366:6 393:2

**attorneys** 3:5 4:5,13 397:11

**audio** 22:16,17 56:9, 11,14 62:20 125:21 126:8,11 205:25 206:22 207:13 209:12,15,16,17 226:16 227:12 292:23 293:4,6

**Audio/video** 62:17 126:2 414:11 425:17 450:14,20 469:10 470:23 476:1,11,16, 18

**Auernheimer** 69:25 70:10 130:5,10,13 174:23 175:11,15 176:6 269:3,7 469:17 471:1 472:24

**August** 11:24 15:6 18:5 32:12 133:16 139:23 140:3,4 145:4 184:17 245:3,15,19 246:9,12 249:2 264:15 266:23 268:13,14 284:24 287:13 288:13,14 293:19 303:14,18,22 319:17,23 323:14 335:7 338:20 347:17, 22 355:17 356:23 358:16 360:18 365:15 369:4 374:4,7 375:22 380:19 381:5 389:8,23 392:21 393:17,20 395:13 396:4 399:7 401:17 402:25 403:8 404:13, 18,25 405:19 411:23 412:15 422:15 426:13 428:10 430:14 437:2 438:2 449:24 451:13 462:9, 18,25 463:2 467:23 474:20 475:11

**Augustus** 265:24 266:9 267:10

**author** 171:12 175:21 180:8

**authority** 178:11 231:2 271:15,22,25 328:15,25

**authorized** 12:4

**authors** 53:21 54:4

**automatically** 390:9

**autonomous** 82:10

**availability** 9:9

**avenue** 3:12,17 368:10 369:8 370:23 371:2,20 388:14,23

**average** 292:14

**aware** 14:4,7 19:7 43:15 101:3 102:15 137:25 162:3 163:6 190:10 193:11 233:24 234:3,16 281:24 292:25 303:21,23 325:20 334:9 336:17 346:6 354:11 379:21,23,24 383:17 392:20 393:11,14,15,18 429:14,17 444:19,21, 23

**awareness** 68:14

**awesome** 128:22 129:5 130:20

**Azzmador** 261:20 263:16,17,23 264:2, 5,8,11,14 267:6 347:17,21 350:23 475:10

**Azzmador's** 265:13

———

**B**

———

**B-A-L-A-B-O-N** 173:5

**B-R-A-T-H-O-V-E** 122:18

**B-R-E-E** 120:9

**back** 7:6,15,20,25 28:23 29:2 65:19 85:19 94:24 96:14 102:5 112:9,10 114:4 146:9 166:23 185:20 193:7 204:21,22 209:6 227:7 229:7, 11,16 230:18 233:2 237:22 242:21 280:4 297:15 300:20 327:9 353:3 383:10 385:12 387:9 394:17,18,25 395:3 405:21 406:3 407:24 408:4,9 412:3 413:5,24 422:8 427:2 430:17 432:3,25 433:8,11 435:3 439:2,13,14 440:10 442:11,23 443:10,13, 14,18,21,25 444:3,9, 17 447:15 448:2 451:24 452:24 457:17,18,19

**backed** 387:11

**background** 429:13

**backpack** 78:14

**backs** 313:25 315:2

**backup** 326:13

**backwards** 8:9

**bad** 111:24 176:24 213:6 221:10 253:21 315:19 322:15

**Bailey** 107:10

**Balabon** 172:23 173:5 174:3 472:22

**bald** 394:4

**ban** 271:22

**bandaged** 447:2,11

**banned** 60:7 166:16

**banner** 160:4,15 213:14,16,20 214:6 404:17

**banners** 159:23,25 160:9,16 340:6

**Bar** 38:13,20 48:9,15 50:12 73:6,11 83:4,9 90:3,8 468:23 469:1, 20,23 470:1

**barebones** 180:18

**barely** 180:17

**barricades** 246:25

**base** 170:9

**based** 251:10 273:14 305:10

**basic** 180:18

**basically** 8:9 22:9 24:2 37:10 65:21,24 77:18 81:2 86:23 87:11 89:10,18 96:24 106:18 131:18 161:13 172:2 173:15 221:18 226:11,18 228:8 229:11 240:14, 18 246:24 247:2 251:25 253:19,22 254:19 282:19 297:21 300:16 325:7 337:15 348:2 350:25 352:2,24,25 376:11 377:7 406:15 410:3 412:4 432:20 439:20 447:14 452:22

**bat** 250:20

**Bates** 312:13,16 349:12,15,19

**Bates-stamped** 10:17 67:8 114:10 118:9 119:25 127:17 172:23 199:10 298:9 312:4 316:23 331:7 349:2 364:17 401:11 430:21 468:14 469:15 470:14,16,18 471:1 472:22 473:10 474:12,14,17,22 475:13,20 476:1,14

**battle** 92:10 101:8 102:12 103:9,14,15, 24,25 104:5,9,14,22 110:5 113:18,21 205:11,17 206:7,9 333:19 336:12

**battles** 102:17 104:6

**beat** 120:20 137:7 229:19 343:22

**beating** 438:25

**began** 27:12 102:25 366:19

**begin** 19:15 380:11

**beginning** 21:18 27:13 67:6 150:8 236:21 328:6 434:21 437:19 469:14

**begins** 9:11

**behalf** 5:18 17:13

**behave** 247:4

**believable** 357:5 358:8

**believed** 66:15,16 77:14 82:15 84:3 125:15 206:11 223:11 251:23,25 252:6 254:11 367:10 453:25 454:15

**believes** 29:7 66:13 206:16 254:16

**bell** 364:7

**Belladashwood# 3889** 91:4,9 470:1

**Bellamy** 301:2,5 302:11

**Ben** 107:11 414:25 419:8

**beneath** 109:20

**Benjamin** 107:10,11

**Berkeley** 101:5,9 102:13,15,22,25 103:3,9,15,16,24 104:2,6,18,23 110:5 113:19,22 116:20 205:12,18 206:7,9 207:5

**Beverly** 357:14

**big** 97:15 99:9 107:24 154:10 172:14,15 173:18 174:14,18,20 196:6 272:20,24 400:7 474:1

**bit** 31:17 78:5,6 79:18 107:3 120:14 164:16 169:15 173:10 181:12 199:3 202:16 217:6 232:2 235:16 292:17 306:12 309:2 327:20 354:10

355:20 360:16 372:7 406:25 413:5 464:16

**biweekly** 278:11

**black** 55:5 64:17 66:11 80:24 186:10, 20,21 189:2,4,6,20 191:22 192:6,9,13,17 203:14,18 220:11 221:23 223:2 234:18 361:21 420:7,8 426:4,6 440:7 441:18,20 442:3 443:19 444:5

**blah** 134:19

**blaming** 253:22

**bleach** 343:24

**BLEE** 4:21

**bleed** 443:2,5,9

**bleeding** 443:20 444:10,22

**blind** 440:6 441:8

**bloc** 189:3,4,6

**Bloch** 3:19 5:7

**block** 406:22 410:4

**blocked** 285:12,13 286:4,18 305:22 406:23 410:7 412:4 415:6

**blocking** 415:12,15

**blocks** 407:2,3 433:5

**blond** 107:9 414:20 415:21

**blood** 343:8,12,18 344:5 428:2 430:10 444:9 467:19

**blowing** 122:25

**blown** 123:4,6

**blue** 105:13 106:9

**blueprint** 72:13

**blurry** 427:7

**body** 130:21 315:21 331:25

**bodyguard** 129:8

278:17,24

**bodyguards** 288:24

**Boies** 3:11 5:11

**bomb** 125:3,14 126:25 127:7,9 134:14

**bombed** 198:13

**bombing** 129:16

**bone** 315:21

**book** 53:8,14,18 72:5,8

**books** 53:20 54:4 240:17

**boring** 135:22

**borrowed** 406:12,13

**borrowing** 22:18

**boss** 65:15,23,24 66:3

**bosses** 65:21

**bottle** 150:25

**bottom** 63:17,18

**bought** 161:14 208:7

**Boulevard** 4:7

**Bowman** 107:16

**boxers** 418:9 419:3, 11

**boyfriend** 121:5 453:22

**Boys** 92:13,19 93:7, 10,22,23 94:14,19 311:2,6

**Brad** 434:3

**brag** 113:8

**bragging** 134:15

**brains** 57:10

**brainstorming** 97:12

**brands** 185:10

**Brathove** 122:16,18 156:5,9 190:19 191:5 307:12 351:19

472:13

**brawl** 334:16 336:14, 19 387:4

**brawls** 343:7 410:23

**break** 20:19,23 41:5 149:9 236:12,13 278:25 327:20 387:8, 10 396:11 417:7,11 437:8

**Bree** 120:8,12 121:6, 8 252:16,20 349:2,9 473:23 475:13

**Breuwet** 4:24 40:18

**Brian** 122:15,16 126:20 156:4,9 190:19 193:19 194:12,13 217:25 307:12 400:18 472:12

**briefings** 266:20

**briefly** 199:3 264:3 366:10 397:13

**bring** 159:21 160:9, 18,21 161:3,8 253:25 325:10 337:19 348:3, 13,15 350:16 351:2 372:16,21 404:12 407:20 432:3,22

**bringing** 208:7 253:22 287:5 308:21 348:12 372:18

**brings** 253:11,15

**British** 32:5

**broad** 85:23 247:22 275:6 281:14

**broadly** 33:19 220:20

**Broden** 105:23 106:4

**broke** 385:24 386:23

**brought** 159:25 160:12,16,19,23 161:6,15 214:13 260:8 412:2,4

**brown** 107:15

**browser** 353:15

**bruises** 442:11

**BTFOED** 122:23,24

**bucks** 280:13

**budged** 308:19,20

**building** 189:14

**bullhorn** 381:20,22

**bunch** 189:16,22,23 278:22 305:13 377:6 378:22 452:22

**burn** 52:12

**burned** 53:20 393:16

**burner** 183:12,20 184:11,18

**burning** 53:12 54:4

**burnings** 53:8,14,18

**bus** 305:17

**buses** 305:14,22 306:3

**business** 188:12,16

**busses** 305:19

**busy** 98:9

**buy** 161:8 330:6 372:10

**byline** 174:23 176:6

---

**C**

---

**C-U-M-I-A** 93:18

**C6%g** 88:9

**C6%g#8389** 88:2

**cabal** 252:8

**Caerulus** 122:3,7,10, 22 126:20 156:4,9 287:25 288:8 289:20 307:11 470:20 472:12 474:1

**California** 101:5 328:19,22

**California-based** 309:19

**call** 22:15 43:5,7,10, 14 63:24 64:6 72:21,

24 194:20 204:20 206:20,25 207:12 209:15,17,21 210:14, 19 216:24 236:7 242:5,6,10 243:12 246:6,21 258:16 268:6 279:23 285:10, 17 286:7,17,24 293:10 294:11,19 320:15 350:12 367:8, 18 373:22

**called** 5:22 18:18 33:16 39:25 41:10,14 42:17,20 43:17 56:15 71:20 84:11 93:13, 14,15,16 103:9,11, 12,15,25 104:9,13 118:20 119:10 122:7 127:23 158:8 170:4 173:5 182:20 186:4 225:13 236:4 238:2 246:13,18 247:10 264:22,23 277:6,7 284:23 285:7 350:3,8 365:8 366:8 368:4 370:3 371:8 381:18 397:20 443:16

**calling** 103:19 392:25

**calls** 209:12 292:2 293:15,21 294:3,4,5, 8,9 295:2,6,11 296:24 297:3 306:16

**camera** 7:9,10 9:19 10:4 13:13 16:8 22:19 445:7,9

**campaign** 80:8,12

**Campbell** 4:12,16 5:17,18 17:16,17 67:7 461:17,18,22 469:14

**campus** 97:14,16,17 360:21 374:12 380:15,24

**Cantwell** 159:8 233:13 234:17 235:2, 14 261:21,22 295:25 322:12,17,25 377:22 386:5 393:23 394:2 457:13

**Cantwell's** 233:24

**cap** 416:3,7 418:7 419:2

**capacity** 365:13

**capitalized** 86:19

**caps** 88:20 142:23 175:18

**car** 216:10 228:4 375:8,11 403:2 405:25 444:4,5,11 446:12,15

**card** 94:18

**card-carrying** 94:19

**care** 162:15 173:20 203:3

**Carl** 197:21

**Carolina** 24:15,23 25:6,23 26:15 27:21 266:13

**carried** 170:10 171:12 325:3

**carry** 28:3 337:7 379:12,17 383:4 404:17 420:11

**carrying** 189:17 337:18 361:14,20 379:7 381:4,10 382:25 383:6 420:6, 24 421:8 427:16

**case** 17:11 18:4 19:2 23:9,14 164:12 165:22 189:13 209:5 237:15,20 267:16,17 314:3 326:14 335:12 386:6

**cases** 187:3

**Casey** 101:15 109:11,13 110:25 276:2 456:11

**cash** 280:19

**casual** 111:19,22

**Cat** 118:20 119:3,11 430:20,25 476:14

**catch** 177:7

**caused** 228:25

**CCR** 467:25

**cellphone** 9:20 10:4 13:17 22:10 248:13 258:14 367:3 381:7 404:14 473:21

**center** 63:24 64:6

**centered** 226:2

**CEO** 455:18,21,22 456:11

**certify** 467:10,17

**Cesar** 296:17

**cetera** 240:20

**chain** 67:6 469:13

**chalky** 447:5

**challenge** 396:23

**challenges** 401:2

**challenging** 397:7

**chance** 32:25 359:24 360:2

**change** 222:8 225:3 247:8 270:6 403:13

**changed** 158:4 180:19 227:5 300:22 305:5 423:7 446:18

**changing** 406:7

**channel** 38:21 44:17 48:15 50:12 73:12 83:10 90:8 154:21 205:3 211:12,16,20, 25 212:3,4 291:18 319:17,23 340:7 356:19,24 399:9 474:20 475:18

**channels** 157:18 211:8,22,23 271:14, 18

**chant** 113:12 321:17, 19 322:16,18,22,23 323:2,8,17,23 324:14

**chanted** 321:22,25 322:11 323:5,13,19 324:2 428:4

**chanting** 322:6,8 428:2

**chants** 318:12 321:10 424:13

**chaos** 258:13 385:23

**Chapman** 197:22 311:15 313:9 314:9, 19 315:2

**Chapman's** 311:19

**characterized** 224:16,18,22

**characters** 88:11

**charge** 110:9

**Charlottesville** 104:14 150:15,19 152:2,11,15 153:2 157:15,19 158:2,9,17 159:22 161:4,5,9,12, 22 167:12,20 168:7, 16,24 169:11 172:9 179:9,12,19 181:3 201:13 203:11 205:16 228:5 244:2 271:5 291:16 300:7 303:7 304:2,9 307:5 319:16,22 327:17 329:22 330:7 338:3, 21 340:5,12 344:12 356:18,23 374:22 375:18,22 376:2,21 382:23 399:11 457:2, 9,23 458:2,6,17 472:19 474:19 475:17

**chat** 114:9 118:8 119:24 127:16 172:22 199:9 207:8 210:13,14 231:7 252:15 258:17 270:11 292:8 298:7 312:3 316:22 331:5 348:25 354:13 401:10 430:19 470:13,15,17 471:1 472:21 473:10,16,22 474:11,14,16,22 475:12 476:1,14

**chats** 272:12 273:2, 10,15,17 292:15,19 295:22 296:2,5,8

**check** 6:12 280:19 353:3,4

**checked** 106:12 353:22

**chaos** 258:13 385:23

**cheek** 33:4 38:5 274:7,13,20

**chemical** 123:25 125:15 127:8 132:23

**Cheng** 3:14 5:10,11 153:24 249:23 349:18 450:12

**Chesmi** 269:12 270:18

**Chicago** 192:7

**chick** 119:14 128:24

**children** 57:10 76:14,25 80:3 254:6

**chilling** 173:14

**choice** 318:21 320:20

**chose** 318:18,19,22 321:5

**chosen** 329:23,24 330:12

**Chris** 159:8 233:13 234:6,10 261:21 386:5 393:23

**Christian** 253:8,17 254:20

**Christopher** 322:12

**chunks** 436:23

**Cincinnati** 4:8 5:14

**circle** 87:12 197:21 300:19 413:9

**circumstance** 96:13

**city** 188:2 213:11,13 301:9,10 305:23 338:25 399:12,18

**Civil** 11:19 17:9

**claimed** 274:3

**clarify** 29:25 33:25 34:13 210:11

**clarity** 19:16

**clean** 286:12

**cleansing** 84:8,12, 15 152:20

**clear** 30:7 54:2 60:18,21 61:6,12 90:18 95:3 171:10 180:7 207:2 209:14 211:6 230:5 249:20 296:24 297:8 348:19 450:10 464:23

**climate** 332:12

**climbed** 394:6

**clock** 28:23 29:2

**close** 386:10

**closely** 186:17

**closer** 225:6 251:16 253:11,16,23,25

**clothes** 28:2

**CLS** 338:24

**club** 94:5 225:15,19, 21,25 226:5

**Coast** 149:11 286:15 287:9

**code** 172:5

**coin** 103:17

**collaborated** 219:24

**collecting** 459:18

**collection** 353:10

**college** 374:11

**colleges** 100:12

**color** 362:4

**colorful** 180:19

**column** 425:3,21

**comedy** 170:24

**comfortable** 68:6

**commander** 238:21 424:21

**commence** 170:5 368:8

**comment** 62:12 74:25 131:6 366:13

**comments** 75:15

**commies** 137:7,12

**committed** 344:17

**common** 42:23,25 82:4 89:15 90:16 307:2

**communicate** 197:24 198:3 277:21 285:21 422:20 423:19

**communicated** 267:20 281:15 406:24 423:10,12,13, 16

**communicating** 287:15

**communication** 176:18 212:18 237:6, 13,17 238:5,6 239:11 255:5 256:15 262:15 267:6,10,14 307:9 367:4 380:17 460:21 461:2,5 462:15,21

**communications** 177:4 194:24 242:22 243:15 251:10 259:20,21 263:25 264:4,7 273:18

**communism** 185:10 251:24,25

**communist** 185:2

**community** 265:14

**companies** 65:22

**company** 65:10,11, 12,22

**compared** 35:25 57:16 58:2 99:12,13 299:8

**comparing** 49:14 50:2,6

**compel** 13:20 14:12

**complete** 9:13

**completed** 12:2

**completely** 136:18 248:3 282:20 283:14 350:10 405:22 415:6 440:6 441:8

**complicated** 51:12, 13 55:3,6

**compromised** 209:25 210:12,15,18, 21 211:3,5 212:8,9 354:12,25 355:23 356:5

**computer** 9:19 10:4 13:13 16:8

**concept** 86:16

**concern** 314:25

**concerned** 296:25

**concerns** 315:6 463:11

**concert** 230:19

**conclusion** 354:22

**concussion** 250:18, 20

**Confederacy** 168:9 472:20

**Confederate** 86:9 169:2 317:22 420:6

**conference** 12:6 13:3 15:3,11 22:15 258:19 455:5

**conferences** 329:15

**confident** 74:13 398:16

**confirm** 9:18 367:12, 18

**confirmation** 355:22

**confirmed** 390:2

**confrontation** 333:23,24

**congratulated** 101:11,25

**connect** 248:25 286:21,22 287:12

**connecting** 286:23

**connection** 9:20 10:5

**conquer** 320:23 321:3

**cons** 385:3

**conscious** 68:14

**considered** 29:17 152:19 297:17 327:3 365:2

**consistent** 399:16

**consistently** 24:8 207:19

**conspiratorial** 252:7

**Cont'd** 4:2 150:11

**contact** 66:7 191:8, 10 194:5 195:7 196:2,18 362:23 410:13 451:18

**contacted** 237:14 267:15 307:15

**contacting** 374:16

**Conte** 218:3,8 377:25

**content** 234:20

**contention** 220:18

**context** 32:22,24 33:5 39:19,23 50:14 53:6 58:10 71:18 75:3,5,6,8,9 90:15 91:21 92:7 115:24 116:3 131:17 139:10 140:12 146:6 147:8 148:22 206:13 254:18 259:3 285:24 350:11 351:11

**contingency** 326:20

**continue** 221:9 346:16 399:17 416:16

**continued** 417:4 465:17

**continuing** 11:25

**control** 29:9 65:13, 14

**controlled** 54:16

**conversation** 101:20,22 113:6 116:5 148:15,22 193:13 207:18 242:3, 6,15 254:18 255:14 262:19,22 263:7 285:6,25 314:11

330:21,25 336:22 366:25 400:19,22 448:5

**conversations** 111:20,22 119:9 223:24 242:18 251:11 396:8

**convicted** 49:10

**convinced** 330:4 335:22

**convoys** 403:20

**cool** 178:10 309:17

**coordinate** 246:22, 23 285:21 383:11

**Coordinated** 287:8

**coordinating** 285:2 451:19

**cops** 406:16 451:24

**copy** 353:15 461:19

**corner** 313:25 315:3 408:22 439:24

**cornered** 412:3

**corporate** 299:8,10 345:11

**correct** 10:5,8 14:6, 10,13 15:21 22:21 24:16,24 25:24 27:10,13,17,19,22,23 32:3,4,6 38:2 39:10 41:7,11 42:6,11,14 43:18 44:24 46:4 48:2 49:2,15,21,25 50:5,13,18 51:3 53:18,21 56:21,25 57:5,11,17 61:14 63:12 64:6 66:20,24 69:11 70:11,23 74:9, 17 78:18 79:21 80:20 81:16,20 82:3,16 83:20,24 84:5 86:10 88:6,16 91:24 92:14 95:6,17 96:6 97:9,19 100:19 101:9,12,24 102:2 103:2,9 106:7 109:8,9,11,12,14,17 115:3 117:5 120:25 121:13,16,19 122:8 123:13 124:17,20,23 126:25 127:4 132:7,

11,13 136:5 137:12 138:6 142:8 143:15, 22,25 144:4,8 146:4, 24 147:13 149:4 150:22 151:2,5,9,22 152:17,21 154:22 155:15 156:25 158:17,20,23 159:2, 5,9 161:22,25 162:5 165:18 166:7 167:21 169:11 172:9 174:9, 24 179:9,13,20 180:9,23 182:9,16,25 183:13 191:6,20,21 193:11 194:14,15,18 196:21 197:7,17,22 200:7,14,18,21 208:2 209:15,25 210:21 211:8,13 215:5,8,12, 15,23 217:20 218:9, 14,22 219:18 231:3 234:22 235:3,15 238:22 241:19,25 244:7,10 245:15,19, 22,25 246:4,9,12 247:18 255:14 257:4 258:11 263:8,20 264:2,15 265:2,8 266:10,13,17,20,23 267:3,25 268:7,14,17 269:10 271:3,6,9,16, 19,23 272:3,6,10,13 273:25 274:5,23 275:3,17,20,24 276:3,7,10,13,16,19 277:13,18,22 278:2 280:7 281:9 282:2,6 284:5,8,13,14,16,24 285:3,23 286:4,21 287:13 288:19 289:2, 5,11,14 290:3,7,11, 15,19,23 291:5 293:12 296:6,25 297:5,10,19 299:19, 24 300:8 301:3 302:19 303:14,19 304:20 305:2,6 306:9,13,16,19,22 307:7,17,21,24 308:3,10,23 309:5,9 310:12,19,23 311:9, 12,17 314:14,23 315:4,8,9,16 316:15 317:19,22,24 318:3, 5,13,16,19 320:15, 20,24 321:12,15,19,

23 322:2 323:14,20 324:2,14,15,18 325:21 326:3,7,20 327:5 328:13,17 329:5,8,12,16,19 330:19 331:15 332:20 334:11,16 335:4,7,16,19 336:4, 8,20 338:10 339:3,7 341:3,8,11 342:8,18 343:10,16,20 344:7 345:7,12,21 348:20 350:20 351:3 352:15 354:12 358:5,8,21 359:10 360:18,21 362:8,11,14,18 363:16,24 370:23 371:13 372:16,22,25 373:7,9,13,17,20,24 374:7,8 375:20 376:19 377:23 378:2 382:13 383:15,21,24 384:4,7,20 385:6 386:19 387:16 388:14,19,24 392:22 395:6,10 396:21,24 397:4,7,12,18 399:5, 19 400:4,22 402:12, 15,22 407:4 408:12, 16 410:23 411:3,6,18 412:20,23 414:9 415:22 417:10 418:4 419:21 421:24 423:14 424:11,17,21 426:2,6,16 427:14,17 428:5,10 429:16,24 432:12,15,19 433:18, 22 434:2,3,6,9 435:16 436:5,8,11, 17,18 438:2,6 439:16 440:20 441:11,21 446:2,6,17,23,24 447:18,19 448:20,21 449:14,17 451:10 452:18 454:2,18,21, 25 455:15,19,24 456:4 457:3,20,23 458:3,7,10,12,17 459:13 464:10

**correctly** 81:14

**correspondent** 169:4

**couch** 217:20 448:2

**council** 399:12,18

**counsel** 11:21 15:4 20:13 22:23

**counselor** 40:6 301:9,10

**Counter-currents** 156:15

**counter-demonstrators** 385:17

**counter-protest** 345:10

**counter-protester** 344:11 415:9

**counter-protesters** 343:20 344:7,8 346:8 384:23 387:20,22 389:4 392:21,25 393:6,12,16 409:21, 25 410:6,20 415:12 417:5 451:22

**countries** 29:8,12 172:6,7

**country** 29:13 82:9 332:11

**COUNTY** 467:6

**couple** 26:21 65:23 187:24 188:19 198:12 205:24 206:21 209:22 214:15 226:17 227:13 241:15 257:9 326:9 339:9 376:10 386:22 428:8 434:9

**court** 13:20 14:15,16, 18 15:16 16:10 17:2 18:3,10,15 19:8,10, 16,22 21:17 37:20 236:11

**courtroom** 17:8

**cousin** 138:22

**coverage** 8:3

**covered** 267:2

**covering** 438:24

**COVID** 23:25

**COVID-19** 16:21 28:12

**Cowlick** 443:17

**Craig's** 28:11

**crap** 229:19 406:6 438:25

**crappy** 7:7,8

**crash** 228:4

**crazy** 228:17 254:8, 16 385:21

**create** 84:4 315:15 333:10

**created** 271:18 353:13

**creating** 82:16,17

**creation** 365:6

**crimes** 49:11 66:12

**criminal** 50:4 187:2

**critical** 36:8,9 173:19

**cross** 408:23 421:5

**cross-referenced** 353:23

**crossed** 389:10 426:5

**Crosstalk** 121:23 201:14 392:4,7

**crosswalk** 418:22 419:4

**crowd-sourced** 352:19,21 353:23

**crowded** 388:7

**CRR** 467:25

**cry** 57:9

**cuck** 122:23

**culminating** 365:5

**culture** 222:8

**Cumia** 93:16

**Cville** 182:2,8 240:18 258:21 299:7 343:7 350:3,8,13,16

### D

**D.C.** 113:11 129:21 137:8 217:9 266:6

**daily** 66:20 74:16 156:14 167:19,25 168:5,13 169:3 174:22,24 176:7 180:7,14,21 199:22 268:16 269:8 429:15 431:14,20 472:18

**Daley** 107:11 415:2 417:4 419:8 420:23

**Damigo** 43:7 100:18 101:4,12,25 105:12, 17 106:23 112:17 113:8,11,18 117:21 151:20 154:16 158:25 164:25 165:6, 13 213:4 214:4,10 215:5,8,11,15,21,25 216:5 229:4 237:11, 13,18,24 238:6 256:23 262:3 277:15 293:11 295:5 297:4 304:25 328:24 329:4, 10 359:16 377:12 398:21 399:2 423:20 448:11 454:19 455:4 456:2,17 459:10,20 475:22

**Damigo's** 110:4 458:5

**dangerous** 305:23

**dark** 52:17 75:16

**data** 62:4

**date** 10:18 11:5 12:7 14:2 18:5 27:15 31:9 38:15 44:11 45:9 48:11 62:18,25 67:10 70:3 73:8 83:2,6 87:22 88:6 90:5 91:5 95:25 100:25 105:10 108:23 114:12 115:5, 6 118:11 120:3 122:4 124:10 126:3 127:19 128:16 130:7 133:12 135:9,13 137:2 138:10 139:21 140:23 141:18,20 142:20,22 144:19,21

145:17,19 147:21 154:5 156:6 164:3 168:10 172:25 175:12 180:3 184:5 195:17 198:14 199:12 202:3 204:13,17 231:9 240:2 248:14 252:17 258:5 272:21 288:4 291:13 298:10 312:6 316:25 319:19 331:8 334:23 338:16 340:2 342:25 343:5 347:18 349:4 355:9 356:20 364:19 398:23 401:13 414:12 417:25 418:19 425:18 428:24 430:22 450:15,21

**dated** 10:16 67:6 147:24 148:3 168:6 173:3 181:20 240:8 241:18 252:21 331:17 356:17 401:17 468:13 469:14 472:18 475:17

**dates** 9:17 25:17 283:6

**dating** 27:7

**Dave** 5:17 17:16 461:15,17

**David** 4:16 76:17 308:10,12

**DAVIS** 4:12

**day** 11:25 56:24 71:6 74:9,11 89:9 98:7 121:5 140:25 149:13 151:18 173:14 198:12 200:24 201:2 216:19 227:6,8 229:13,19,20 241:21 246:18 249:13 250:16 260:14 273:3 338:2 362:24,25 395:25 396:6 403:12 404:16 408:6,7 433:15 436:15 439:16 466:16 467:23

**day-to-day** 97:2,9,11 111:5

**days** 192:8 198:12 209:22 241:15 337:12 338:2 445:25 455:17

**DC** 3:7,13

**de** 197:6

**deal** 104:20 172:14, 15 173:18 174:14,18, 20 198:2

**dealt** 193:22 308:25

**December** 93:5 94:16 431:5

**decide** 48:25 308:22 309:3

**decided** 358:20

**deciding** 325:2 358:24

**decision** 308:9 390:15,18

**decisions** 231:3 232:6,13,18,23

**declared** 327:5 448:19 450:3,6

**deep** 385:9

**deescalate** 419:24

**deescalating** 207:16

**deescalation** 205:22

**defend** 86:2 337:5 402:7

**defendant** 4:5,13 5:18 11:3,12,23 13:24 14:25 17:17 163:23 164:5,9 468:16,19 472:14

**defendants** 4:6 5:16 18:2 23:9,13 43:13 164:2 393:20 472:16

**defending** 402:11

**defense** 85:9 459:20

**define** 28:16,18 29:4, 6

**defined** 33:19

**definition** 33:21

**definitions** 33:21

**degree** 63:20

**demands** 187:7

**Democrats** 35:8

**demon** 254:7,14

**demonstrate** 349:22

**demonstration** 160:24 374:11

**demonstrators** 344:15 368:6

**denier** 35:22 36:13

**deny** 35:21

**Denying** 415:17

**Department** 365:12

**depending** 282:3 292:5

**depends** 71:17 178:16

**deposed** 19:2

**deposit** 281:2

**deposition** 6:22 9:10,18 10:3,13,21 11:2,9,11,17,22 12:2, 5,14 13:22 14:5,13, 19 15:3 16:24 17:23 19:5 21:4,25 22:7,9, 24 23:3,6,10 38:18 44:13 45:5 67:4 120:5 150:9 172:21 196:15 231:11 236:16,22 327:24 328:7 339:23 437:14, 20 453:16 466:4,5 467:12 468:16

**depositions** 9:12,15 23:14 467:14

**describe** 30:11 34:18,20 37:11 38:6 54:24 55:14 71:13 94:6 157:4 203:5 225:22 251:15,24 254:12 279:9 281:12, 20 370:12

**describing** 411:24

**description** 121:21 366:21 468:12 469:1

470:1 471:1 472:1 473:1 474:1 475:1 476:1

**deserve** 73:19 74:5, 21 75:10

**design** 345:20

**designed** 170:6

**destroy** 169:2

**detail** 218:18 404:25 405:4

**detailed** 158:14

**details** 53:23 60:10 61:8 72:3,4,6,7 155:6 213:19 216:12 219:14,15 254:21 260:23 310:8 326:12 386:25 398:12 400:19

**detective** 194:2,3,17 306:22,23 307:5

**determine** 82:13

**detrimental** 99:5

**Detroit** 426:8

**device** 404:20 439:9 442:9 443:7 444:15

**dialing** 6:10

**Diaries** 71:20,24 72:12

**die** 162:14

**died** 37:2

**difference** 252:3

**digital** 317:12

**Dillon** 256:17 259:22, 25

**Dimension** 204:12, 17,25 205:7 473:15

**dinner** 98:18 217:7,8, 10 266:12

**direct** 32:9 35:3 45:6, 11 47:25 63:8,16 69:24 70:5 87:20,24 88:14 135:15 154:7 156:8 164:20 165:17 181:16 195:19 240:4,

10 280:25 334:25 343:3 366:6 469:1,17 470:1

**directed** 306:15 434:5

**directing** 324:4,17 419:20 432:11 436:10

**direction** 284:10 346:20 366:17 409:2, 4,5,9 456:9

**directly** 74:11 306:19 368:9 405:10

**disagree** 131:9 192:9 222:10

**disagreed** 224:7,10

**disagreement** 222:11

**disagreements** 456:8

**disavow** 395:14

**disavowed** 395:19

**Discord** 31:6,20 33:3 38:12,19 41:5 42:9, 24,25 43:2 44:3,5,9, 16 45:20 46:9 48:8, 14 62:21,23 63:10 73:5 83:3,9 87:25 88:11 90:2 91:3,7 108:21 109:2 110:21 122:3,6 124:9 130:4, 9 133:10,14 135:7, 10,16 136:23 138:8, 12 139:19 140:21 141:16 142:12,18 143:15 144:17 145:15 147:19,23 154:3,8,15 156:3 157:14,21 158:13 175:10,14 176:18,20, 24 177:4,10,25 178:12,19 179:6,25 181:16 182:16 184:3 195:15,20 204:10,16 205:7 206:19,20 207:12,17 208:2,14, 16,21,23 209:2,25 210:17 239:24 240:5 242:4,5,6,10 243:13 257:14 258:3 260:7

264:5 268:24 269:16, 19 270:3,8,11 271:2 272:5,9,19,23,25 273:4 276:25 277:20 284:15 287:23 291:11,23 292:3 293:22 295:22 305:9 319:15,22 334:10,21 338:10,14 339:24 342:23 343:4 346:7, 10 347:15,20 354:11, 13,24 355:7,22 356:5,16 358:21,23, 25 398:20,25 454:24 468:21,23 469:1,11, 19,23 470:1,11,20,22 471:1,10,12,14,16, 18,20,22,24 472:1, 10,12,24 473:1,14, 18,24 474:1,19,24 475:1,10,14,16,22

**Discords** 41:16

**discovery** 7:14 13:24 468:19

**discuss** 28:15 198:24 214:8 220:7, 10 462:24

**discussed** 95:5 101:13,16 202:14 214:12 222:25 266:19 271:21 286:21 330:17 342:7

**discussing** 342:12

**discussion** 16:15 245:5 346:10 356:19, 24 378:5,24 475:17

**discussions** 176:21 338:9 346:6 396:3

**display** 12:16

**disproportionate** 66:12

**dispute** 366:21 454:4

**disseminated** 277:24 283:20

**distancing** 16:22

**distinction** 315:23

**District** 18:3

**Dixie** 318:19,22

319:6,17,23,25 320:5,9,11,15,23 321:3 474:20

**DM** 70:18 91:4,7,10 108:20 109:19 110:21 130:14 133:11,14 135:8,11 136:24 137:4 138:9, 12 139:20,23 140:22 141:2 143:5 144:22 145:3 147:20,23 148:2 154:4 156:4 175:11,14 180:2 184:4,7 195:16 212:19 239:25 241:18 258:4,7 272:20,23 287:24 288:7 319:16 334:22 338:15 339:25 342:24 347:16 355:8 356:17 398:21 454:5 470:1,11 471:1,11, 13,15,17,19,21 472:1,10,12,24 473:1,19,25 474:1, 19,25 475:1,10,15, 17,22

**DM'D** 133:17

**DMS** 108:25 122:2,6, 19 124:8,12 130:5,9 141:20 142:22 145:20 342:17 470:19,21 471:1

**Doc** 300:14,17,19 352:3

**Docs** 297:11 299:19

**doctor** 250:19,21

**document** 42:9 282:5,9,15 297:9,18, 19,22,25 299:17,18 300:11,16 312:24 313:16,21 349:13 365:24 366:3 401:20

**documentation** 447:20

**documents** 23:3 299:9

**Dogma** 67:15

**domestic** 185:3 343:21 344:9,13,16,

18 390:12,14 391:3, 4,7,12,16,23

**donald** 4:24 40:18 129:17,18 135:17 137:5

**donate** 307:23 459:6

**donated** 308:2

**donations** 459:3,8

**dope** 128:21

**doubter** 36:6,7

**download** 270:8

**downstairs** 144:24 145:8

**dox** 258:16

**doxxed** 27:22 58:22 172:8,11 173:13 174:9,12 175:18 176:10

**dozen** 292:16

**draft** 290:9

**drafted** 297:8,11 299:18

**Drake** 107:10,11

**drama** 264:17

**draw** 67:12

**dressed** 160:17

**drive** 283:9 374:24 375:2

**drones** 382:11,12,15

**drop** 283:10 406:17

**drop-off** 406:20

**dropped** 8:9 405:16 407:7 432:21

**dropping** 430:4,8 433:7,8

**drove** 374:23 375:11 378:16 403:2

**drugs** 21:7

**DS** 175:19,20 431:8

**DUANE** 4:12

**dude** 88:18 175:17

322:14 394:3 444:6

**due** 16:20 40:19

**Duke** 240:15 308:10, 12

**duly** 5:23 18:19 467:13

**dumb** 77:23 78:2

---

**E**

**E-N-O-C-H** 348:20

**E-R-I-K-A** 124:13

**eagle** 426:6

**earlier** 22:13 94:15 127:6 146:13 214:19 260:8 281:22 286:15 292:21 352:2 377:14 397:15 398:4 406:5 411:25 413:22 425:6 427:17 442:15

**early** 255:20 267:23

**earshot** 142:24 143:18,21 366:24 367:20

**Earth** 126:14,16,19

**East** 149:11 286:15 287:9

**Eastern** 11:24 15:5

**easy** 440:17

**eat** 232:11

**edgy** 82:5 325:8

**edit** 181:12

**edited** 175:20 180:10,12,16 181:6, 7,13 297:13

**education** 89:5

**effect** 173:14

**effectively** 177:6

**efforts** 366:15 454:20

**Ehrlich** 65:7,8

**EK00000398** 119:25 470:18

**EK00000406** 349:3, 20 475:13

**EK00001146** 118:9 470:16

**EK00002237** 430:21 476:15

**EK00004838** 172:24 472:22

**EK00005778** 114:10 470:14

**EK00006584** 298:9 474:12

**EK00009660** 199:11 473:11

**EK00009720** 316:24 474:17

**EK00019775** 67:8 469:15

**EK0011588** 127:18 471:1

**elapsed** 366:18

**election** 79:7,14 92:25 93:2,4 94:9

**electronic** 452:7

**elevations** 279:24

**Eli** 5:20 11:3,12,23 15:2 31:7,21 32:2 39:12 47:16 48:25 156:14 164:25 232:5 270:3 291:12 335:9, 10 366:12 466:11 467:11 468:6,17,21 474:10

**Elizabeth** 17:24

**Elliot** 6:5 149:20 466:11 467:11

**Elliott** 11:3,12,23 13:24 14:25 17:23 150:9 236:17,22 327:25 328:7 437:15, 20 466:4 468:6,17,19

**else's** 24:24 58:6 203:25

**email** 8:14,20,25 9:2 10:6,8,15 13:12 15:22,23 16:2 22:5

67:5,6 468:13 469:13,14

**emails** 13:16

**Emancipation** 216:24 284:13 397:3, 16 399:21 400:7,25 405:11 406:10,20 407:9 408:11,15,19 409:15 411:3 432:25 433:17 434:8 436:17

**emergency** 175:18 327:4 448:19 450:3,5

**Emily** 302:18 389:13, 17 390:6,7,8 391:6, 11 392:9

**employed** 28:6 89:6

**employer** 65:5

**enabling** 86:12

**encourage** 215:22 310:22

**encouraged** 277:12, 16,17 309:4,7 310:25 372:9,16,20

**end** 27:15 31:15 55:9 94:13 100:8,9 116:20 327:24 381:25 384:16 406:25 433:11 435:17 436:14 437:14 438:21 466:3

**ended** 22:8 77:13 198:6 211:4 244:21 246:19 265:7 266:15 300:11,12 308:18 310:21 363:2 440:4 455:6

**ends** 149:19

**enforced** 185:5

**enforcement** 193:10

**engaged** 53:11

**English** 83:23

**Enoch** 347:25 348:19 350:25

**ensure** 372:12

**enter** 408:19

**entire** 39:15 410:18 415:11

**entitled** 67:14 168:6 472:18

**entrance** 408:18

**equating** 415:15

**equipment** 407:13 421:21 433:2 452:9

**Erika** 124:9,13,16 125:2 152:8 179:8 181:17 261:9 275:19 470:22

**Erika#9709** 180:2 473:1

**esoteric** 254:13

**ESQ** 3:8,14,19 4:9,16

**essentially** 99:2 173:13 221:5 247:19 336:13

**establish** 453:14

**estimate** 214:18 368:15

**estimating** 380:9

**et al** 17:24

**ethnic** 84:8,12,15 152:20

**ethnostate** 82:7,16 83:16 84:5 99:9 223:25 224:11 225:11 333:10

**European** 82:12

**Europeans** 33:23

**Evan** 151:5,8 164:25 165:2 196:23 197:3 217:24 218:21 276:12,15 363:5

**evening** 395:9,13 396:4 462:4

**event** 101:4,7,12 150:14,18,22 151:4 153:8,17 158:6 169:7 190:18 205:11 206:4 208:18 213:14 216:15,17 244:22 281:9,19,25 282:6,8 284:2,5 287:12

290:23 292:6 302:24 303:25 314:17 315:25 316:15 317:18 325:21 334:4 355:3 442:18 462:18

**events** 154:20 176:16,21 204:11,16 205:2 219:17 220:5 290:15,22 449:23 458:17 473:14

**eventually** 77:19 101:8

**everyone's** 294:12

**evidence** 15:13 352:4 389:18 390:4

**evil** 147:13 148:4,8, 10,17,20,25 149:3 253:9,11

**evoke** 162:20 163:3, 4

**Evropa** 47:4,6 98:24 99:12,16,19 100:2 107:25 110:6 124:20 152:4 153:2,4,8,11, 14 155:2 217:12 259:5,13 274:25 275:8 282:13 289:25 310:14 324:14 328:11,13,16 329:12 377:7,8,10 399:8 403:24 404:7,8 455:19 457:18

**Evropa's** 98:25 280:6,8

**Evropa-only** 153:17

**ex-girlfriend** 39:9

**exact** 49:16 60:10 76:7,13 220:17 398:12 409:16

**exaggerating** 273:12

**examination** 6:6 11:22 15:4,9 18:23 150:11 462:2 464:4

**examined** 5:25 18:21

**exchange** 198:20 264:10 347:20

**exchanged** 200:16 215:14 234:24 245:13 266:25

**excited** 108:8 110:5, 20,22 207:22

**exclamation** 83:15

**excludes** 466:5

**exclusive** 153:17

**exclusively** 82:11

**excuse** 32:10 40:7 47:10 59:22 61:20 63:10 81:19 91:10 107:10 109:18 143:5 144:7 157:11 205:16, 20 235:2,12 259:8 268:14 275:13 277:16 297:12 300:7 309:8 323:3 337:6 340:4 344:12 368:24 408:10 445:11 449:3 455:4

**exercise** 178:18

**exhibit** 10:15,20,25 11:8 13:23 31:5,6 38:12,17 40:9 44:9, 13 45:5,6 48:8 50:23 62:16,20,22,23 67:4, 5 69:23,24 73:4,5 82:22,24 83:3 87:18, 19,20 89:25 90:2 91:2,3 105:5,7,8 108:19,20 114:8,9 118:7,8 119:24 120:5 122:2 124:7,8 125:19,24,25 127:15, 16 130:3,4 133:9,10 135:6,7,10 136:21, 22,23 138:5,8 139:19 140:18,21 141:14,15, 16 142:17,18 144:13, 16,17 145:11,14,15 147:18,19 153:22,24, 25 154:3 156:2,3 157:8,10,11 163:21, 22 168:4,5 172:21,22 175:9,10 179:25 181:15 184:2,3 195:15 196:14 199:7, 9 201:24,25 204:10, 15,24 231:7,11 233:10 239:23,24 243:20 248:12

249:20 250:2 252:14, 15 258:2,3 272:18,19 287:23 288:6 291:2, 10,11 298:6,7 311:24 312:3 316:20,21,22 319:14,15 331:5,10 334:20,21 338:14,19 339:23,24 340:13 342:4,22,23 347:14, 15 348:23,25 349:6 350:22,23 355:7 356:10,14,16 358:18 364:15,22 398:20 401:10,16 414:8,10 416:19 417:20,22,23 418:13,16,17 422:4 425:13,15,16 426:21 428:17,18,21,22 430:19 431:24 432:5 435:24 436:24 448:25 450:9,13,17, 19,24 452:15 468:13, 16,18,21,23 469:1, 10,11,13,17,19,21,23 470:1,10,11,13,15, 17,19,21,23 471:1, 10,12,14,16,18,20, 22,24 472:1,10,12, 14,18,21,24 473:1, 10,12,14,16,18,20, 22,24 474:1,11,14, 16,19,22,24 475:1, 10,12,14,16,19,22 476:1,11,12,14,16,18

**exhibits** 31:11 351:6

**existence** 76:23

**exit** 412:5

**expect** 359:20 372:4

**expected** 372:8

**expensive** 451:22

**experience** 61:21 338:25

**experiences** 62:2

**Expert** 4:21,22

**explain** 51:8,25 55:7, 8 223:10 279:18 452:21 462:5

**explaining** 297:25

**explodes** 39:16,20

**express** 333:6 463:11

**expressed** 234:4,18

**extent** 234:10

**extra** 214:7

**extremely** 148:7

**eye** 220:16

**eyes** 132:24 133:3 438:24 439:7 440:2 441:25 442:24 447:7, 8,14

## F

**face** 46:16 106:18 109:21 110:23 140:6 443:13

**Facebook** 92:15,21 94:5,20 273:4 299:6

**facilitate** 367:3

**facility** 440:8

**facing** 106:22

**fact** 32:19 53:17 78:17 101:11 103:10 110:19,22 121:12 123:22 125:13 170:16 171:17 173:15 174:18 188:12 240:25 248:22,25 305:4 308:2 320:4 321:18 323:5 337:2 363:19 386:4 390:13 424:19 431:17

**facto** 197:6

**factual** 170:25

**failed** 13:21 14:9 398:15

**fair** 20:24 24:5 30:22 32:20 36:5 107:23 110:19,21 112:16 147:2 181:21 187:10 188:9 193:9 195:2,6 200:23 201:5,6 202:13,21 203:13 219:20 230:14 249:5 251:11 265:17 269:2,

**6** 301:14 302:3,7 315:23 327:14 361:5, 17 390:23 392:3,5, 12,16 426:12 430:13 436:25 449:22 451:12

**fairly** 439:5

**fairytale** 224:13

**fake** 357:2,9,12,17,20

**Falinks** 225:13

**fall** 456:25

**false** 351:7,9 368:18 369:20

**familiar** 53:7 66:23 71:21,23 86:15,20 107:21 150:13 163:9 238:11 265:12,16 269:14,17 270:14,19 303:24 310:4 319:7 330:10,13 342:9,10, 15 360:15,16 378:10 381:2 382:16

**family** 8:6 22:19 23:21 138:21 139:3 174:19

**fan** 252:2 335:19

**fantastic** 119:15

**fantasy** 224:4

**far-fetched** 224:4

**fasces** 426:5

**fascist** 32:6

**Fashy** 154:4,8,15 398:21 399:4 472:10 475:22

**fast** 148:7

**fate** 73:20 75:11

**father's** 22:20

**fathers** 170:13

**fatigues** 405:20

**favor** 258:16

**FBI** 66:13,16

**fear** 333:16

**fearful** 361:8,15,21

**February** 138:17 147:24 349:8

**Federal** 11:19 17:9

**feed** 57:9

**feel** 88:18 112:21 454:7,8,9

**feelings** 33:7

**fell** 77:18 169:24 170:3

**felt** 33:8 55:8,15 444:9

**female** 364:4

**ferried** 406:16

**fictionalized** 72:13

**field** 283:8 362:8 367:11,15 368:7,15 369:9,13 370:6,14,17 380:3 394:19,25 426:15

**Fields** 4:13 5:19 17:17 427:4,8 428:9 429:8,15 431:8,13

**fight** 85:19,22 121:5 135:20 179:20 182:2, 8 342:13

**fighting** 130:15 131:10 299:11,23 345:6

**fights** 121:4 411:6 417:8,12,14

**figure** 228:8,11 370:10 394:17

**figured** 210:17 211:2 212:6 354:21

**figures** 49:6 50:4

**filed** 14:12

**filmed** 445:10

**filming** 445:5,7

**filtering** 325:6

**final** 314:19

**find** 37:14 51:14,16, 18,22 190:25 262:11

**finding** 16:7

**fine** 69:2 192:15 392:2

**finish** 19:14 61:22 301:19 389:21 421:18

**Fink** 3:16 5:8

**fire** 62:3 63:23 64:5,9 162:20 163:4 254:7 371:5

**fired** 58:22

**firing** 56:24 62:5,7

**FIRM** 4:4

**fix** 96:17 223:12

**fixed** 440:9

**fixing** 88:22

**flag** 160:21,24 190:2 404:17 413:9 420:6 438:10

**flags** 160:19 189:17, 19 190:3 317:22 325:14,17 340:6

**flame** 383:6

**flames** 379:7,12,17 380:15

**flashing** 78:17

**flavors** 185:10

**fleshed-out** 222:5

**Flexner** 3:11 5:11

**fluid** 372:16,21 393:13

**flyer** 317:12,18,21

**flyering** 97:17

**flyers** 97:14,16

**flying** 382:12

**FOAK** 310:17

**focus** 202:18 203:5, 7,11 223:7

**focused** 152:4 203:9 223:5,6

**focusing** 222:13

**folks** 155:13 196:18 359:10 420:21

**follow** 29:25 34:14 70:22 234:6,19 348:14 388:25

**follow-up** 464:3

**foot** 284:10 421:4

**footage** 386:4

**force** 170:6 299:11, 23 335:15 336:7 345:6 415:18

**forefront** 429:5

**forever** 74:19 148:3

**forgot** 165:23 218:6

**forgotten** 236:10

**form** 86:9,11 87:4 237:5 329:5 462:13 463:14

**forum** 431:20

**forums** 429:16 431:9,14

**forward** 130:16 131:10 359:19 386:18 408:10 426:22

**forwarded** 190:19

**fought** 135:20,22

**found** 88:23 337:18 431:18,19

**founder** 100:18

**founding** 100:25

**four-week** 26:2

**Fourth** 13:23 468:18

**Fox** 39:8 108:22 109:3,6,23 470:12

**frame** 272:8

**France** 378:17,20

**Francisco** 258:4,8, 25 473:25

**Frank** 138:23

**Franklin** 4:14

**Fraternal** 310:17

**freaked** 226:21,22

**freaking** 179:18 181:25 182:7

**free** 282:11

**frequently** 85:11 98:19 178:20,22

**Friday** 234:14 235:20 290:18 321:20,22 323:14,19 324:18 362:8,17 365:15

**friend** 26:19 132:15 219:21

**friendly** 155:21

**friends** 26:17 53:24 54:4,5 155:7,12,18, 20 156:16,23 157:3

**frog** 318:5

**Frolich** 25:8 27:8,20 39:9 109:7 146:24 147:3 375:6 453:22

**front** 43:19 198:10 412:8 419:9 421:5 425:21 442:25

**frontline** 424:21

**fruitful** 285:6

**fuck** 47:15 115:18 116:11 122:25 123:4, 6 133:23 308:20

**fucking** 128:21 129:5 140:6 141:3 142:25 144:7 145:22 146:3 148:5

**full** 6:3 39:15 75:8,9

**full-on** 88:19

**full-time** 199:23 274:22

**fun** 57:4 63:22 68:17 77:9 87:10 94:11 134:17 357:24

**functioning** 353:18

**fund** 458:15,23 459:15

**funds** 459:18

**funeral** 162:13

**funny** 51:5,15,17,18,

23 127:4

**future** 55:12 76:14, 24 80:4 99:6 221:10, 16

---

## G

**G-O-Y-S** 83:16

**gain** 99:20

**gained** 88:21

**game** 221:9

**Garrison** 3:4 5:4

**gas** 68:24 323:23

**gassing** 51:3,5,17

**gather** 351:25 367:11 368:6

**gathering** 54:3 402:21

**gave** 7:2 15:17 133:24 134:6,8,18 161:19 183:18 231:2 235:7 311:8 463:21

**Gavin** 92:20,24 93:11,15

**general** 38:21 44:17 48:15 50:11 54:12,14 55:15 73:12 83:10 90:8 154:21 170:7 190:18 205:3 210:13, 18,24 211:2 212:7 328:18,20 329:20 333:8 339:18 354:13 357:23 418:4 459:14

**generally** 94:9 177:15 189:3 293:23 295:13 309:6 362:21 395:7

**generation** 55:12

**genocidal** 80:8

**genocide** 85:20,22 86:6,10,11

**gentleman** 107:8,14 415:22,25 416:2,7 418:6 420:5

**German** 35:16 53:12 83:25

**Germany** 49:7 50:4 162:5,21 163:4 165:8 170:18 171:6 318:3

**Gillan** 107:4

**girl** 108:9 112:25 117:20 120:13,18 148:3,14

**girlfriend** 25:7 39:10 109:7 111:21 120:16 121:3 308:7 375:5

**gist** 80:5

**give** 8:18 16:5,6 19:21 169:5 258:21 313:8 359:8,10 380:14 456:10

**giving** 142:23 143:20 184:8 347:4 463:19 464:8

**glare** 213:6

**glitter** 121:18 123:12, 23 125:3,13 126:25 127:6,9 134:13

**glitter-bombed** 132:19

**glorious** 170:11

**glove** 420:7,8

**goal** 99:16,19,22 100:2,10,14 193:4 221:12,17 222:14 223:15,17,22 226:3 332:14,22 333:2,5,9, 12,16,24 374:19

**goals** 85:23 98:24,25 186:18,20,21 192:10 193:3 204:6 230:15 332:18

**God** 47:11 60:16 110:11 253:11,16,23 254:2

**goddamn** 253:9

**goers** 345:6

**good** 16:16 32:25 101:17 148:5 149:6 155:18,19 157:4 171:4 221:16 315:19 322:15 330:7 354:6 380:8 411:15 414:6

462:4

**Goodbye** 73:21

**Google** 182:24 183:3,7,18,20,25 184:16,20 297:11 299:19 300:14,16,19 352:3 370:8

**Gorcenski** 302:18 389:13 390:7,9 391:6,11 392:9

**Goring** 48:22 49:5, 10,15

**government** 54:19 185:4

**governments** 54:15

**goys** 83:16

**grab** 31:11 327:20

**grabbed** 405:25

**grad** 330:9

**grand** 170:3

**grandfather** 240:16

**granted** 14:15

**GRAVATT** 4:12

**great** 10:23 20:2 21:23 41:3 128:23 155:7,12 156:16,23 157:3 366:5 395:9 448:17

**greatest** 170:7

**green** 413:2,14 434:20

**Greenville** 24:14,23 25:6,23 26:15 27:21

**Greg** 218:3,5,6,8 232:5,22 377:25

**Greyhound** 305:14

**ground** 19:3 121:17 123:11,19 132:14 168:7 169:4,10 216:20,23 330:4 370:16 412:23 413:23 417:14 420:15 424:17 472:19

**grounds** 249:13

**group** 30:20 33:10 34:10 35:10 37:12,17 38:8 80:17 81:3 92:15,21 94:20 99:4, 7 153:9 160:12 163:2 164:24 165:8,17 168:22 185:2 186:11, 13 191:25 192:6,14 197:10 218:11 221:7 250:11 268:20 281:15,17 282:9,12, 16 287:24 288:7,17, 18,22 292:7,10,11,13 294:23 303:7,18 309:19 310:15 335:11 357:18 361:13,19 368:19 369:7,20 382:3,11 383:15,23 386:19 390:14 404:5,6,9 409:2,10 412:2,19 420:10 421:13,14,20, 23 425:5 426:16,18 427:14,16 428:4 430:8,9 432:18 433:11,21,24,25 434:2,21 435:16 436:11 474:1

**group's** 366:15

**groups** 99:13 154:11 155:3,20 185:18,21, 22,23 189:23 197:14 275:4 281:23 283:15 292:11,12 306:8 307:23 309:5 311:4,9 329:16 403:23 406:15,17 425:4 434:6 442:7

**grows** 443:17

**guards** 130:21

**guess** 30:19 34:4 51:12 55:14 72:15 82:18 83:25 110:16 111:3 113:25 143:6 175:2 203:8 205:24 222:4 226:18 241:15 247:21 308:16 316:8 339:18 373:3 375:15

**guest** 234:8

**guide** 66:24 70:13 87:8

**guidelines** 69:11
275:6

**guns** 317:24 337:8,
20 348:3,12,15
350:3,8,12,16 351:2
452:18

**guy** 64:8 105:20
106:5 123:19 124:25
125:2 134:18 135:25
228:9 256:19 257:13
265:22 307:14
366:12,22 412:7
445:11

**guys** 7:3,19,22 13:8
31:11 77:23 78:2
79:15 110:8 115:18
116:10 117:4 179:19
181:25 182:7 194:8
219:5 227:23 257:3,
7,10 258:18 259:12,
16 270:7 284:7
310:10 314:2 315:3
338:24 385:23 400:3
407:16,19,25 408:2
412:6 433:9 451:20,
25 452:4

**guys'** 94:4

---

**H**

**ha** 109:23,24

**hail** 83:14,20,22
394:11

**hair** 107:9,15 343:24
443:17

**Haircut** 154:9,15
398:22 399:4 475:23

**Haircut#a9734**
154:4 472:10

**hamstring** 336:13

**hand** 412:7 418:23
419:10,11 420:24
444:9 467:23

**handbook** 297:23

**handed** 161:16
366:11

**handle** 31:7,20 32:11
39:8 45:12 63:10

70:2,6 88:2 91:9
133:16 135:17
138:14 154:15
195:21 205:8 269:16
357:17 399:4 468:21
469:18

**handled** 225:2 316:4

**hands** 414:22 418:8,
9 419:2 420:2

**hang** 225:16 461:12

**happen** 229:14
325:19,24 326:6
327:10 360:2,8
440:12

**happened** 25:16
35:18 53:15 62:11
79:16 98:19 111:9
112:22 121:21 181:2,
22 209:21 225:3
228:5,8,11 229:15
236:3 307:11 308:17
327:11 386:24 387:6
390:19 438:14
442:20 444:7 448:3,
9,12,15

**happening** 24:11
78:21 151:17 241:15
253:21 376:6 378:25
412:14 422:15

**happy** 20:5

**hard** 13:15 63:13
117:8 177:8 203:20
222:17 223:10
262:23 268:25
269:25 279:18 386:9
439:6 444:14,16

**hardened** 115:18
116:11

**harm** 221:11

**Harper** 260:2

**Harrisburg** 79:6

**hashtag** 70:7 270:4
291:17

**hate** 32:15,20 55:4
299:11 330:14

**hated** 30:22

**hateful** 68:15

**hatred** 68:8

**HAUCK** 4:12

**hazy** 229:23

**he'll** 193:19,20

**head** 39:16,20 187:9
208:9 250:17 394:4
413:9 425:2 439:2,14
442:13 443:10,11,15,
18,21,25 444:3,18,
20,24

**hear** 21:16 58:14
72:21 93:9 113:7
144:3 226:25 283:16,
18 285:8 332:19
359:9,12,15,21 360:2
382:8 394:14,20
428:2 459:19 462:23

**heard** 33:15 122:23
228:3,6 233:16,17
283:24 330:16
345:14 364:9

**hearing** 309:14
324:8

**heavily** 180:10,12,16
181:5,7 257:3 258:18
259:12

**Hecker** 3:16 5:8

**heil** 81:22 83:23
394:8

**Heimbach** 43:10
159:4 240:20 243:17,
22 244:10,13,18,25
245:14,18 247:17
248:4 250:7 251:2,11
253:7 254:11 255:6,
21 284:23 287:13
295:10 296:16
423:17 449:17 450:5
460:22 461:6

**Heimbach's** 248:17
251:22 409:2,10

**Heinz** 335:4,9,21
336:10

**Heinz-mi** 334:22
335:2 342:10 474:25

**held** 98:3 292:3 361:6
397:3

**helicopter** 228:4

**hell** 127:10 228:8

**hella** 88:21

**helmet** 208:7,8
439:15

**helped** 96:17 97:16,
23 98:9 175:24 188:8
269:22 274:25
275:16 279:3,15
290:2,9,13,17,21
304:18 308:5,22
309:2,3 318:11,15
441:24 446:14
457:22,25

**helping** 244:21
278:21 420:11 442:4

**hereinbefore** 467:12

**hereunto** 467:22

**heritage** 82:12 160:7

**heritages** 80:15

**Herman** 48:21 49:4,
10

**hero** 453:7,18,23

**heroes** 170:7

**hey** 79:14 98:7,16
178:9 228:22 240:12
267:16 279:19
283:20 285:11
300:17 405:14
407:19 430:7,8 442:3

**hierarchy** 274:16

**high** 121:3 197:6,12
300:6,22 301:15
302:3 400:16

**highlight** 67:12
355:11

**highlighted** 67:20

**highlighting** 14:20,
24

**Hill** 239:13,14 240:20
241:2,5 242:21,23
243:2,3 296:7,9

**Hills** 357:14

**Hines-mi#4894**
288:2,9 474:1

**hire** 279:4

**hiring** 62:5,6

**history** 163:10

**hit** 125:9 132:21,24
173:18 208:9 250:17,
19 393:6,12 438:5
439:8,12,22 442:8,13
443:12,25 444:3,14,
17,20,24 445:4,8
453:9

**Hitler** 81:22

**Hitler's** 81:13

**hits** 335:18

**hold** 41:18 79:3
149:16 196:24
246:14,17 247:6
285:15 313:15
374:10 399:17

**holding** 85:18
332:18 333:5,9,12
347:9 400:25 429:10

**Hollis** 4:23 16:17
18:7 40:19

**Holocaust** 35:13,17
36:6 37:2

**holy** 87:4 95:13

**home** 89:9 453:21

**hometown** 39:13

**homosexuals** 35:15

**honest** 117:12

**honestly** 57:15,25
117:25 174:11
218:16 254:6 341:18
372:6 387:5

**honorable** 170:8

**honored** 368:13

**hooked** 128:23

**hope** 115:18 116:10
241:8

**hoped** 360:12

**hoping** 359:8,9,12,
15 360:5

**Hopper** 256:17
259:22

**hosted** 126:18 166:21

**hotel** 24:13

**hour** 16:5,6 291:22

**hours** 222:19 284:9 286:15 287:9

**house** 24:24 129:16 198:10 227:8 266:17 377:6

**houses** 261:8

**HR** 56:24 58:20 59:7 61:13 62:3 63:19,22 65:6

**huge** 175:17 454:2

**humor** 51:8,11,13,15 52:17 68:17 75:16

**hundred** 280:13

**hundreds** 222:19 324:4

**hunter** 37:23 42:14

**hurting** 187:22

**Hyde** 317:13

**HYLTON** 4:20

**hyped** 207:22

---

**I**

---

**i.e.** 156:15 259:17

**ice** 346:11,12 347:4 447:15

**IDC** 175:21

**idea** 54:12,14,15 89:18 95:4,12 140:11 148:4,5 150:21,23,24 163:12 165:14 198:24 206:6 214:9, 16 222:6 224:4,10,14 232:11,16 281:14 282:21 330:6 338:22 353:20 358:2,13 360:23 361:2,3,4,16, 22 371:18 380:3,5 387:5 390:22 392:23 454:13

**ideas** 97:12 223:20

224:2

**identification** 10:18 11:4 13:25 31:8 38:14 44:11 45:8 48:10 62:17,25 67:9 70:3 73:7 82:25 83:5 87:22 90:4 91:5 105:9 108:22 114:11 118:10 120:2 122:4 124:10 126:2 127:18 130:6 133:12 135:9, 12 136:25 138:10 139:21 140:23 141:18 142:20 144:19 145:17 147:21 154:5 156:5 164:2 168:10 172:24 175:12 180:3 184:5 195:17 199:11 202:2 204:13 231:9 240:2 248:14 252:17 258:5 272:21 288:3 291:13 298:10 312:6 316:25 319:18 331:8 334:23 338:16 340:2 342:25 347:18 349:3 355:9 356:20 364:18 398:22 401:12 414:11 417:24 418:18 425:17 428:23 430:22 450:14,20

**identified** 189:11 223:13 302:5

**identify** 37:16 190:7 208:22 209:9 300:24 413:6

**identity** 47:4,6 98:24, 25 99:12,16,19 100:2 107:25 110:6 124:20 152:4,25 153:4,7,11, 13,17 155:2 217:12 221:8 259:5,13 274:25 275:8 280:6,8 282:13 289:25 310:14 324:14 328:11,12,16 329:11 377:7,8,10 399:8 403:24 404:6,8 455:19 457:18

**ideological** 240:16

**ideology** 185:5,8

**II** 35:16

**image** 418:3

**imagine** 85:8

**immediately** 68:11 236:7

**immigration** 29:9 186:23

**impact** 107:24

**impair** 21:8,13

**impale** 341:19

**Impaling** 340:16

**important** 19:21 136:10 152:15 219:21 224:12 454:24

**in-group** 99:4 221:15 223:14 225:8

**inaudible** 30:5 417:7

**incident** 123:16 134:12 228:4 235:19 236:3

**include** 69:5 465:18

**included** 196:20

**including** 21:7 258:21

**income** 28:8

**incredibly** 339:11

**independent** 282:20

**independently** 248:3

**indicating** 305:8 350:24 443:15

**indication** 312:18

**individual** 45:25 60:5 65:9 80:14 88:15 163:25 296:16 340:11 416:4 434:20 446:9 472:16

**individually** 211:15 242:11

**individuals** 80:25 81:4 105:17 181:24 288:18 306:9 309:7

345:10 351:18 357:20 384:18 390:24 391:10 420:10 425:22 427:16 452:5

**industry** 226:7

**infantry** 62:10

**infer** 273:14

**inferior** 64:17

**inferred** 366:23

**infiltrate** 37:17

**infiltrating** 37:13 39:21

**infiltration** 358:24

**influence** 21:6 322:20

**info** 195:7 196:2

**inform** 304:18

**information** 66:8 166:4 194:6 196:19 277:25 351:25 352:4, 21 353:24 358:21 364:25 367:17 431:22 463:20,22 464:9,17,19

**informed** 10:2

**informing** 9:16

**injunction** 397:12

**injured** 303:22 392:22 437:25

**injuries** 446:21 447:17,21,24

**injury** 437:25

**inquire** 9:8 366:8

**insane** 299:5

**inside** 408:5

**insight** 169:6

**inspired** 253:10

**instant** 12:16 13:7

**Instilling** 333:16

**instructions** 311:8

**intended** 170:22 361:24 362:4 397:15, 16

**intentions** 347:9,11

**intents** 346:4

**interaction** 366:23

**interchangeably** 137:15

**interested** 32:24 156:12 467:20

**Internet** 9:20 10:5 258:15

**Interrogatories** 163:25 164:11 472:16

**interrupt** 171:8

**interview** 98:7,8,16 346:12 347:4

**interviewed** 98:21

**interviews** 97:23

**intimidate** 162:16 361:24 362:4

**intoning** 170:11

**intricacies** 76:19

**intrinsically** 148:8

**introduced** 256:13

**introducing** 256:24

**introduction** 256:23

**invented** 79:23

**Invictus** 265:25 266:10 267:10

**invitation** 268:22

**invited** 197:15,16,20 211:16 217:7,10 262:13 268:16 309:5, 11

**invoke** 345:20

**involve** 181:22,23 308:10

**involved** 62:5,6 66:11 79:24 81:2 97:18 111:4,15 151:19,21,25 152:9

153:2 220:25 275:19, 23 276:2,6,10,12,15, 19 294:25 306:9 325:2 397:6 412:9 459:16

**iphone** 7:16,21

**Iraq** 240:17

**irrational** 346:19

**Islam** 172:6 378:15

**Islamic** 378:15

**Israel** 54:16

**issue** 80:22 223:12 286:12

**issued** 14:16

**issues** 40:20 96:15

**Italian** 185:14,17

**italics** 164:24

---

**J**

**J-U-D-E-N-J-A-G-E-R-S** 37:21

**Jack** 275:22

**jacket** 405:24 413:2, 14 434:21

**Jackson** 168:23

**jail** 187:5

**James** 4:9,13 5:18 426:15

**January** 63:12 88:5, 15 95:20 213:7 217:5 252:21 255:13,15

**Japanese** 89:4

**Jason** 4:5 5:15 17:25 151:14 158:19 198:8 205:7 214:12 233:5 262:8 312:11,18 313:3 317:7 365:17 377:12 380:25 401:22,23 413:2 434:24 435:7,12,14 448:8 462:8,24

**jeans** 105:13 106:9

**Jeff** 238:10

**Jefferson** 367:15 368:10 384:3 385:14, 15 394:7

**Jessica** 3:8 5:3 8:25 17:13 437:4

**Jesus** 109:19

**Jew** 37:23 39:21 42:14 48:25

**Jew-wise** 34:5,20

**Jewish** 30:12 33:17, 18,22 34:24 37:13, 15,17 52:11 53:13,21 54:4 80:16,19 162:25 202:15,23 220:8 223:2 234:4 251:13 252:4 254:14 361:7, 12,24 463:12,18 464:8

**Jews** 30:23 32:15,20 33:23 34:9 35:15 73:22 91:15,19 92:2 221:23 252:8 253:9 321:14 322:6,9 324:8

**Jim** 5:13 461:15,24

**JK00030207** 312:17

**JK00030209** 312:5 474:15

**JK00030593** 401:12 476:1

**JK00122085** 364:17 475:20

**job** 62:3 97:22 199:23 274:23 279:25

**jobs** 28:10 280:5

**John** 4:20 306:24

**join** 22:16 92:18 197:16 211:11,12 226:4 244:7

**joined** 88:20 92:21, 25 93:22 94:21

**joke** 33:4 51:20 52:2, 13,16 54:5 55:22 56:3 64:22 74:10,13 77:10,17 78:23 79:10 82:5 87:13,14 89:15, 18 90:16,18 92:7,8 95:7,9,11 119:11,18

121:2,7 130:19 131:6,7,12,17,19,21, 22,24 132:3 134:10, 11,21 147:14 148:15 171:24 230:11,12 270:24 274:11,12,19 341:23 378:14

**joked** 51:4

**jokes** 52:2 53:24 74:16,18,19 75:16 325:9 345:25

**joking** 38:3 51:11 54:9 55:25 64:7 68:13 71:9 89:13 92:3,4,5 111:2 117:23 119:19 131:5, 12,24 134:3 135:24 136:4 139:7 148:24 149:5 340:23,25 341:15 378:18

**JQ** 33:14,15

**Jr** 4:13

**Judenjäger** 37:5,19 38:2 41:6,11,14 42:11,13,17,21 43:5, 8,11,14,18 44:2,21 47:18

**Judenjäger's** 39:16, 19

**judging** 74:14

**July** 9:13 13:22 14:6 181:20 195:21 231:25 240:9 241:18, 23 245:3,14,18,22,25 246:4 264:15 266:22 268:13,14 272:24 291:15 293:19 298:21 303:25 343:5 344:3,4 356:4

**jump** 368:2 426:22

**June** 9:9 25:20,23 26:2,3 44:17 135:18 137:6 173:4 175:15 199:18 204:17,25 214:19 258:11 331:17

**jurat** 465:18

**justice** 187:2

---

**K**

**Kaplan** 3:16 5:8

**Katherine** 3:14 5:10

**KATHLEEN** 4:21

**Katie** 8:13 10:11,22 11:14 13:18 14:17 30:25 31:16 38:11 40:4 44:7 45:2 48:4 50:21 56:5 62:14 63:6 64:13 67:2,11 68:20 69:16,21 71:2 72:19,25 73:25 75:7 78:7 81:7 82:20 87:15 89:22 90:23 104:25 108:16 114:6, 14 115:15 117:16 118:4,14 119:21 121:9,25 123:15 124:3 125:18,22 126:5 127:12 129:24 133:6 135:2 136:20 137:20 138:6 139:14 140:16,19 141:12 142:14 144:13 145:10 147:9,17 153:20,22 155:9,23 157:7,9 163:17 164:5,14,15 167:14, 24 169:15,22 171:20 172:18 173:10 175:6 176:14 179:23 180:5 182:12 183:23 184:22 195:13 196:12 199:5,8 200:3,10 201:21 202:10 204:2 231:5, 12,21 232:25 233:9 239:20 243:19 248:8 249:19 250:4 252:11, 22 253:3 254:25 257:24 259:23 272:16 273:21 286:10 287:4,22 290:25 291:7 293:7 298:4,25 300:3 311:21,25 312:14,21 313:5,18 315:11 316:18 318:8 319:12 321:7 331:3,22 332:15 334:18 338:6, 12 339:20 342:3 344:25 347:12

348:22 349:10,14 351:14 355:5,10 356:9,12 358:17 364:13 365:22 367:6, 24 371:25 398:18 401:6,8,19 402:2,19 411:9,16 413:4 414:8,18 417:19 418:12 422:3,7 425:8,12 426:20 427:3 428:17 430:17 431:25 432:3,9 434:12 435:4,20 436:19 448:23 449:5 450:8,18,25 452:14

**keeping** 176:25 367:16

**Kessler** 4:5 5:6,15 9:11 17:25 23:16 151:14 158:19 164:12 198:8,18,25 199:10,15 200:13,17, 20,24 201:7,11,17 202:6,14,22 203:14 204:6 206:8 210:7 212:12 214:12 227:18,19 229:4 237:19 262:8 281:13 290:14 293:11 294:25 297:4 308:13, 19,24 312:4,19 313:3 314:14,18 316:4,9,23 325:20 330:5 365:18 366:8,9,14,18,24 367:2,19 376:12 377:13 395:9 396:20 401:11,22,24 413:2, 13,22 423:14 434:24 435:7 448:8 462:8,24 463:5,6,12,18 464:7 473:10 474:14,17 476:1

**Kessler's** 205:7 233:5 312:11 316:11 317:7 366:13,16,21, 22 368:4,18

**khaki** 434:20

**khakis** 403:11 429:10

**kick** 178:12,19,24

**kicked** 165:25 179:8

---

**kids** 76:12 187:20

**kikes** 39:15 51:3,6,17 57:17 58:3 68:24 168:25 230:7 323:24

**kill** 57:4 138:21 139:2 141:22 142:4

**killed** 36:17 378:21

**killing** 55:21

**kind** 7:7 27:5 28:22 33:4 34:7 35:9 36:11, 12,18 51:11,15,19 53:25 54:9 55:3,6 65:12 71:9,10,11 78:6,24 79:16 80:4 81:14 82:5 85:3,15 86:23 87:6,10,13,14 89:14,18 97:12,13,22 98:9 99:2,8,13,15 100:5,11,14,15 108:10 112:23,25 116:6,21 117:9,25 118:2 127:4,10 129:22 136:14 151:16 153:9 162:7, 13,15 166:4 172:4 179:5 187:25 203:7, 9,22 206:4 207:5,18, 19,20,21 208:9 210:17 212:18 214:7 221:8,11,12,13,17 222:5,6,7 224:3,4,13 225:3,5,14 226:6,9 227:11 229:21 230:11,19,22 251:23 252:6 254:22 257:6 260:20 273:11 274:6, 7,13,16,18,20,21 275:6 279:18,19,25 280:2,5,13 281:6,11, 12,13,16,17,21 283:19 294:24 305:15 308:15 313:24 315:17,18 319:9 325:10 326:13 327:8 330:4,5 332:12,13 339:12 352:18 354:6,7 363:13,21 382:17 383:11 385:23 390:19 405:12,17 420:18 441:9 448:3

**Kirk** 134:3

**KK** 196:6 272:20,24 474:1

**KKK** 163:8,10 304:4, 8,17,25 305:6,20

**KKK's** 163:10

**Kline** 5:1,20 6:1,5,8 7:1 8:1,14,18,20 9:1 10:1,14 11:1,3,7,12, 23 12:1 13:1,4,21,25 14:1,4,23,25 15:1,15 16:1 17:1,23 18:1,25 19:1 20:1 21:1 22:1 23:1,19 24:1 25:1 26:1 27:1 28:1,6,14 29:1 30:1 31:1,4,19 32:1 33:1 34:1 35:1, 12 36:1 37:1,18 38:1, 18 39:1 40:1,24 41:1 42:1,5 43:1 44:1,8,15 45:1,7 46:1 47:1 48:1 49:1 50:1 51:1,2 52:1 53:1 54:1 55:1 56:1, 10 57:1,20 58:1 59:1 60:1 61:1 62:1 63:1,3 64:1,16 65:1 66:1,19 67:1,19 68:1 69:1 70:1 71:1,5 72:1 73:1 74:1 75:1,18 76:1 77:1,5 78:1,10 79:1 80:1 81:1,10 82:1 83:1 84:1 85:1 86:1, 15 87:1,24 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1,22 105:1 106:1 107:1 108:1,25 109:1 110:1 111:1 112:1,16 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1,12 122:1 123:1 124:1 125:1 126:1,10 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1,24 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1,12 148:1 149:1,8,17,20 150:1, 9,13 151:1 152:1 153:1 154:1,8 155:1,

12 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1,9, 19 165:1 166:1 167:1 168:1,4 169:1,19 170:1 171:1,7,23 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1,6 181:1 182:1,15,23 183:1 184:1,25 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1,5,13 203:1 204:1,5 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1,12 234:1,25 235:1,11 236:1,17, 22,25 237:1 238:1,9 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1,16 249:1 250:1,6 251:1 252:1, 12,25 253:1 254:1 255:1,4 256:1,2 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1,15 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1,6 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1,20 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1 312:1,17

313:1,19 314:1 315:1,14 316:1 317:1 318:1,11 319:1 320:1 321:1 322:1 323:1 324:1 325:1 326:1 327:1,25 328:1,7,10 329:1 330:1 331:1 332:1 333:1 334:1 335:1 336:1 337:1 338:1 339:1 340:1 341:1 342:1 343:1 344:1 345:1 346:1 347:1 348:1 349:1,22 350:1 351:1 352:1 353:1 354:1 355:1,16 356:1 357:1 358:1 359:1 360:1 361:1 362:1 363:1 364:1 365:1 366:1,7 367:1 368:1,24 369:1 370:1 371:1 372:1 373:1 374:1 375:1 376:1 377:1 378:1 379:1 380:1 381:1 382:1 383:1 384:1 385:1 386:1 387:1 388:1 389:1 390:1 391:1 392:1 393:1 394:1 395:1 396:1,19 397:1 398:1 399:1 400:1 401:1,16 402:1 403:1 404:1 405:1 406:1 407:1 408:1 409:1 410:1 411:1,19 412:1 413:1,13 414:1 415:1 416:1 417:1 418:1,21 419:1 420:1 421:1,17 422:1,6,11 423:1 424:1 425:1,20 426:1 427:1,11 428:1 429:1,2 430:1 431:1 432:1 433:1 434:1,19 435:1 436:1,24 437:1,15,20,23 438:1 439:1 440:1 441:1 442:1 443:1 444:1 445:1 446:1 447:1 448:1 449:1,10 450:1 451:1,6 452:1 453:1, 6 454:1 455:1 456:1 457:1 458:1 459:1 460:1,12,20 461:1 462:1,4 463:1 464:1, 3,6 465:1 466:1,11 467:11 468:6,17,19 469:1

**Kline's** 10:21 67:13 248:9

**Kmart** 6:19

**knew** 26:25 27:2 60:13 96:16 125:13 129:19 151:17 157:5 177:16 193:17 195:3, 4,9,10 196:22 209:24 210:12,22 212:5 217:11,13 228:9 233:22 234:10 274:21 282:22 284:19 327:7 336:25 338:9 373:16 380:22 397:8 401:3 441:2 448:3

**knife** 141:4,9

**knowing** 116:4,5 189:9 304:21 374:20

**knowledge** 77:15,16 84:11 85:7,16 196:17 239:18 292:18 310:21 364:25 445:14

**Kolenich** 4:4,9 5:13, 14 461:24,25 462:3 463:16,24 465:15 468:8

**Kurt** 276:9 289:4 335:21 336:2,3 338:20 339:5 340:11 341:10,12 376:8,14

**Kurt#8752** 32:11 133:11,16 287:25 288:8 338:15 339:25 471:1 474:1 475:1

**Kurt's** 341:8

**Kyle** 311:15,19 313:9 314:19

---

**L**

---

**label** 185:19

**labeled** 17:22

**ladies** 440:9 442:2

**Lady** 118:20 119:3, 11 430:20,25 476:14

**lagging** 384:12

**Lancaster** 79:4

**Lane** 76:17

**language** 14:24 69:6 170:12 180:19 299:8

**large** 168:21 370:9

**largely** 94:8

**larger** 421:23

**lasts** 135:21

**late** 375:23

**laugh** 63:24 67:24 130:22 343:9

**laughing** 111:2

**law** 4:4 12:4 171:25 172:3 193:10 337:17 348:14 379:12,17

**lawn** 371:4 383:15, 18,21

**laws** 29:9 82:14 186:23

**lawsuit** 23:15 31:25

**lawsuits** 458:16

**lawyer** 236:7 459:20

**lawyers** 196:20,22

**lay** 447:25

**lead** 209:10 228:13 242:23 259:21 385:13

**leader** 97:5 192:6 210:25 211:3 256:20 260:19,21,24 302:22 303:2,5 366:15 424:16

**leaders** 182:21 256:20 310:6

**leadership** 96:19 98:3 208:18 210:14, 19 212:2,4,8 258:20 271:14 291:5,22 292:2,8,15 293:21 295:2,6,22 296:5,8 328:12 356:18,24 377:16 475:17

**leading** 191:8,11 208:17 209:18 230:16 241:16 382:2 412:22 432:18 435:15

**leads** 371:9

**League** 155:13 156:16,24 247:14,17 282:18 283:13,16 296:11,12 307:14 424:4

**leak** 293:5

**leaked** 205:25 206:22 207:13 209:13,17,21 226:16 292:20 293:2,6 373:2,3

**leaking** 211:4

**leaks** 292:23

**leaned** 322:13

**learn** 354:15,24

**learned** 354:16 356:4 367:13

**learning** 342:13 354:18

**leave** 368:12 387:15 392:11 412:5 432:24 438:17,20 440:16 451:21 456:3,6

**leaving** 430:8 439:20,21 444:5,11 445:8 448:19 450:6

**led** 226:14 228:16

**Lee** 152:12 158:8 161:21 170:8

**Leesburg** 26:5,9,16 146:13,17

**left** 77:10,13 78:3 93:2 97:7 105:13 249:12,13 289:6 346:17,19 394:24 419:10 433:5 434:8 460:3,5

**leftist** 77:11 119:5

**leftists** 378:20

**leg** 442:11 444:17

**legal** 4:23,24 16:18 18:8 172:5 396:23 397:10 455:22

**legally** 455:22

**legs** 439:2,13 443:10, 21

**length** 388:21

**letter** 81:13,15

**letting** 374:17 451:20

**level** 39:14

**liaising** 257:12

**liaison** 257:6 281:22 306:8

**liberal** 131:2 132:9

**liberals** 132:4

**lieutenant** 365:11

**life** 45:22 170:6

**lift** 407:25

**light** 68:5 345:18 372:21

**lighter** 372:16,21 393:12

**lighthearted** 53:24 54:5

**lightly** 97:20

**likes** 318:25

**lines** 67:20 316:7,9

**link** 125:6 165:7 175:23

**linked** 386:15 391:15

**linking** 390:16 392:17

**list** 28:11 165:6 187:7 190:16,21 193:19 294:13,18 300:7,23 301:2,15 302:4,15,19 351:18 352:17

**listed** 152:2 155:20

**listened** 58:6 60:15, 24 92:20,24 131:23 197:5,8 234:7

**listener** 233:19,23

**listening** 57:16 58:2 390:7

**literal** 299:8,16

**literally** 44:20 58:13 77:24 94:20 112:5 129:14 182:3 192:7 232:10 341:4 353:14 389:2

**literature** 53:13

**live** 26:14 169:4 188:5 304:11 383:17

**lived** 24:14,22 25:11, 22 145:7 146:7,10, 12,13

**lives** 186:11,20,21 191:22 192:6,10,13, 17 323:9,13 440:7 441:18,20 442:3 443:20 444:5

**living** 23:18 24:11,18 25:3,5 128:6,8

**LLP** 5:4

**Lobb** 106:24

**local** 36:21 168:25 188:4 189:23 303:7 304:22 376:4

**locally** 203:7

**location** 12:7 329:23 367:12 370:7 373:6 377:9,11 402:11

**locked** 385:5

**locks** 113:12,13,17

**lodging** 308:5

**loft** 217:17,23

**log** 246:6

**logistical** 401:2

**logos** 189:24

**LOL** 128:25 133:25 148:6

**long** 23:22 25:2 28:4 92:17 155:17 210:8 212:15,21 237:10 255:9 364:10 367:13 439:18 440:11

**long-term** 100:5 223:17,22

**longer** 212:15 368:21

**looked** 36:12 255:11 350:23 362:19,21 363:3,11 374:9

**loose** 297:20

**loot** 188:3 189:14

**looted** 188:15

**looting** 188:11

**lot** 33:2,20 39:24 41:10 65:21 80:18 97:11 98:22 108:2 111:23,24 151:6 152:6 186:2 187:6,21 195:4,10 216:11 220:16 222:2,3 226:10 229:10 235:22 257:10 262:24 263:3,4 275:2,16 279:13 319:9 423:7

**loud** 63:25 130:22 343:9

**louds** 67:25

**love** 120:20 156:13, 17 244:9

**Lulz** 67:21

**lunch** 149:9

**lying** 139:4,8

**lynching** 74:22

**Lyrics** 319:17,23 474:20

---

**M**

**M-A-T-T-H-I-A-S** 276:6

**Mad** 204:12,17,25 205:6 473:15

**made** 48:14 58:11 75:2 77:23 110:5 130:19 134:16 148:4 154:18,20 208:14 209:10 225:3 226:22 228:21 300:16 302:5

308:9 310:16 315:18 325:18,23 326:5,9,10 352:23 367:22 373:12 390:15

**main** 80:5 252:3 257:22 371:7 374:19

**mainstream** 36:11 78:3,4 99:23

**mainstream-taught** 35:25

**major** 99:11

**majority** 153:10,12

**make** 21:20 60:21 77:9 84:25 97:25 99:22 129:21 145:8 146:8,9 148:8 160:13,14 191:4 207:11 231:2 232:5, 13,17,22 249:20 279:23 302:23 305:15 315:20,22 326:19 327:8 341:20 373:15 387:17 410:12 438:17 450:10

**makes** 54:20 179:6 183:21 203:12 208:6 210:15 230:20 270:13 284:21 346:19

**making** 68:17 75:15 87:10 94:11 117:12 130:18 134:17 256:22 269:18 326:13 345:19 357:20,24,25

**man** 185:25 366:11 414:20

**manage** 63:21

**manager** 63:20,22

**manner** 117:23 149:5

**Maps** 370:8

**march** 24:6 56:21 70:19 83:11 90:9 154:9 161:21,25 162:25 163:3,13 165:8,14 168:16 290:19 303:13,19

322:24 360:17,20,24 361:23 362:3,10,14, 18 365:18 366:9 367:14,18 368:8 369:8 370:22 371:4 372:5,25 373:6,12 376:11 377:18 380:11 381:6 384:19 395:6,23 462:9

**marched** 116:21 170:9 368:19 369:21 370:18 425:2

**marchers** 367:10 368:9 379:22

**marches** 162:4,6 163:7 382:20

**marching** 168:23 384:18 425:24

**mark** 10:19,22 56:7 67:3 126:6 140:17 147:18 414:14 426:23 427:21,22 432:6,7 434:15 435:4,22,23 448:24 449:2,3,7,20 451:2,3 453:9

**marked** 10:17 11:4 13:25 31:8 38:14,17 44:10 45:4,8 48:10 62:17,24 67:9 70:2 73:3,7 82:25 83:5 87:21 90:4,25 91:4 105:5,7,9 108:22 114:11 118:6,10 120:2,5 122:3 124:6, 9 125:23 126:2 127:18 130:6 133:8, 11 135:5,8,12 136:25 138:9 139:20 140:22 141:17 142:16,19 144:15,18 145:13,16 147:20 154:4 155:25 156:5 163:20 164:2 168:3,9 172:20,24 175:8,11 180:2 184:4 195:16 199:11 201:23 202:2 204:12 231:8,11 239:22,25 248:13 252:13,16 258:4 272:20 288:3 291:9,12 298:9 311:24 312:5 316:24 319:18 331:7 334:22

338:15,18 339:22,25 342:24 347:17 349:3 355:8 356:19 364:18, 21 398:22 401:12,15 414:11 417:24 418:18 425:17 428:20,23 430:21 431:24 450:14,20,23

**marking** 11:8 31:4

**marks** 150:7 236:16, 20 327:23 328:5 437:13,18 466:3

**marriage** 467:19

**mask** 105:21 106:6 107:3,8,9,14

**masks** 105:19

**mass** 71:14 173:19

**match** 220:13

**material** 68:6 315:15,25

**materials** 316:15

**Matt** 159:4 243:17 256:2 284:23 287:13 295:15,19 449:17

**matter** 15:5 17:24 186:11,20,21 191:23 192:7,10,14,17 323:9,13 365:8 440:8 441:18,20 442:4 443:20 444:5 467:21

**Matthew** 450:5 460:21 461:5

**Matthias** 276:5

**maximum** 400:13

**maximums** 170:12

**mayor** 301:8

**Mccarthy** 289:13,16 355:17

**Mccarthy#6928** 287:25 288:8 474:1

**Mcinnes** 92:20,24 93:15

**Mcinnes's** 93:11

**Mcintire** 377:17 398:6,7,10 399:22

402:21,24 403:3,14, 18 405:9 406:10 408:10,11,15 440:10 446:17 451:9

**Mckinley** 398:4

**Mclaren** 196:24 197:3 217:25 218:21 276:15 363:5,15,18

**means** 12:15 13:3,6 34:8 53:2 77:16 79:15 86:23 89:10 186:16 335:15,18

**meant** 12:20 77:12, 14 86:21,25 91:22 140:3 170:25 179:3 230:12 373:5 447:6

**media** 17:21 58:12 59:10,12,13 60:11, 17,22 61:7 78:4 134:13,14 149:20 150:8 191:2,3 236:16,21 302:11 327:24 328:6 351:23 437:6,14,19 466:3

**Medic** 338:21

**medical** 392:25 439:25 440:8,20,23 441:15,18,21 443:20 444:11 446:21,22 447:16

**medication** 21:7

**medicine** 21:8

**medics** 338:25

**meet** 22:23 46:16 156:13 198:7 213:3 216:4,14 217:2 233:12 243:22 250:9 256:6 263:22 266:3 283:7 295:19 362:7 370:13 403:17

**meeting** 136:8 159:18 205:23 206:17,18,19 208:19 214:4 291:22 369:13 370:11,18 377:11,17, 19

**meetings** 270:21,23 291:5 293:4

**member** 46:3,20 47:7 92:12 93:6,23 94:19 95:17 97:21 106:4,14 109:14 124:19,20 128:12 189:15 213:21 218:9, 22 225:12 260:16,18 277:4 288:25 289:4, 11,13,19 295:9 310:14 328:11 335:4 336:3,6 339:5 342:11 390:13 416:10,13 441:4 446:9 456:22

**member's** 22:19

**members** 98:20 99:17 104:19 107:20 181:23 189:4 215:22 225:23 270:22 277:12,17,21 309:12 310:6,12 328:17 329:5 339:8 342:6 343:15 389:25 403:25 423:22,25 424:10 426:2 452:10 457:18

**membership** 94:14

**memorable** 383:7

**memory** 159:16

**mentioned** 80:19 157:14

**message** 32:10,23 47:10 50:11 59:16, 19,25 60:4 69:25 87:21 91:21 115:10, 17,21,25 116:16 117:12 119:13 120:7, 19 128:16 135:15 138:12 139:12 181:16 195:19 199:14,19 212:18 231:15,24 237:7,25 252:20 255:12 298:12 312:23 313:8 317:10 320:17 330:23 331:11 332:2, 7 337:14 348:10,18 349:9,23 350:2,10,19 351:10 355:16 401:17 431:4 469:17 470:1

**messaged** 212:22

**messages** 45:7,11 48:2 63:9 70:5 87:25 127:21 156:8 164:20, 24 165:17,21 166:12, 19 167:3,4,7,8 173:3 200:16 209:2 215:15 234:25 240:4 245:14 252:19 264:11 266:25 273:3 311:23 312:8 334:25 335:6 343:3 351:10 430:24 469:1

**messaging** 88:15 330:2

**messed** 229:21

**met** 46:20 159:14 213:10,19,25 216:7 217:6 233:14 234:14, 21 238:18 239:16 243:2,24 244:4 250:16 256:4 260:13 261:7,15 262:20,25 266:5,8,16 268:3 376:3,10,17 380:2

**metal** 250:17,20 343:23 438:7,8,11 439:8 442:9 443:6 444:15

**method** 12:7 176:18 345:20

**Michael** 3:19 5:7 239:13 241:7,12 242:3,14,18 243:8,13 269:12 270:16,18

**microphone** 429:23

**Microsoft** 297:13

**middle** 24:6 78:15 164:19 355:20 356:4 368:20 369:22 383:6 414:21 418:22 436:15

**mike** 92:23 337:11,21 348:8,20 416:7,9 418:7,25

**Mike's** 337:23

**military** 255:24 274:4,11,15 297:18, 23 299:9,16 405:19

**military-style**

405:24

**militia** 317:24

**milk** 447:3

**Milo** 104:20

**mind** 182:6 457:16

**mindset** 117:11 179:20 182:2,8

**mine** 251:16 270:3

**minorities** 71:15 80:16,24 187:12,16 188:6,8,10 191:23 192:4,11,18,25 222:13 223:5,6,8

**minority** 188:12

**minority-owned** 188:16

**minus** 96:2

**minute** 8:19 40:8 56:7 126:5 414:15 416:19,21 426:23 427:20,21 432:6,7 434:14 435:4,22,23 449:2,6,20 451:2

**minutes** 6:18 126:7 149:13 194:11,18 354:20 368:11,15 426:24 437:5 453:12

**minutia** 222:9

**Miselis** 416:7,10 417:4 418:7 419:2

**misinformation** 358:25

**missing** 421:15

**misspoke** 87:17

**Mitzvah** 38:13,20 48:9,15 50:12 73:6, 11 83:4,10 90:3,8 468:23 469:1,20,23 470:1

**mixed** 153:9

**mocking** 68:15

**moderator** 178:23 269:19 271:15

**moldy** 113:12,13,16

**Molech** 254:7

**moment** 10:23 112:4 204:19

**momentous** 169:5

**money** 307:20,24 308:2 458:15,20,22 459:2,20,23

**month** 25:13 95:25 97:5 173:22 193:15 263:5 268:9 343:7 355:21

**months** 24:4 25:19 65:24 173:16 187:24 188:19 214:25 226:18 227:13 371:12,15

**monuments** 86:9 169:3

**Morals** 67:15

**morning** 16:16

**morons** 299:12

**Mosley** 10:16 11:4, 12,23 15:2 32:3,6 48:25 67:7 69:25 156:14 164:25 270:4 366:12,16,20,22,25 367:9,17,21 368:5,23 466:11 467:11 468:6, 14,17 469:14,17

**Mosley#5269** 31:7, 21 291:12 468:21 474:10

**Mosley's** 367:3

**motion** 13:20 14:12

**motivation** 85:18 88:23

**move** 26:4 27:24 136:15 146:16 162:18 253:4 275:11 343:25 385:19 386:12 389:5 410:17 412:11 413:5 420:16 421:21 435:19

**moved** 26:9 27:19

**movement** 100:7 107:20 238:22 424:10 427:8

**movements** 99:23

**movie** 37:8

**moving** 27:5 324:5 386:18 419:7,20 433:10 436:7

**mud** 57:10

**multiple** 190:3,4 201:4 208:17 215:11 219:17 245:18 260:3 261:6 372:18 434:5

**murder** 35:14 71:14 142:25 144:7,8

**Muslim** 57:10 62:11 171:25

**Muslims** 55:21 57:4

**mutually** 12:8

_____

**N**

**n-e-e-t** 88:19 89:2

**n-i-g-g-e-r** 55:18 64:22

**N.W.** 3:6,12

**named** 63:9 76:17 104:13 120:8 158:2 276:5,9,18 296:16

**Nameless** 362:7 367:11,14 368:7,14 369:9,13 370:6,14,17 380:2 394:19,25

**names** 88:11 106:2 152:7 186:2,5,9 190:8,23 257:21 261:19,24 294:12 422:23,24 423:2

**naming** 300:9

**narrative** 35:25 36:11

**Nathan** 100:18 109:21 110:4,22 117:20 151:20 154:16 158:25 164:25 165:13 213:4 214:14 219:10,11 227:19 240:19 255:8 256:23 262:3 277:15 377:12 398:21,25

455:12 459:10 475:22

**Nathan's** 107:24

**national** 203:8 238:21

**Nationalism** 220:2

**nationalist** 29:5,7,24 30:6,9 102:21 103:4 219:17

**nationalists** 102:16, 24 163:2 333:13 361:7,13

**Nazi** 35:16 49:6 50:4 53:11 162:4,21 163:4 168:7 170:17 270:22 318:2 472:19

**Nazis** 162:7 314:2 315:4

**necessarily** 81:3 94:12 108:6 178:25 183:9 223:17 225:10 252:9 253:23 284:20 301:16 302:6 327:6 357:21 382:5 399:20, 23

**neck** 447:15

**needed** 10:3 13:13 84:4 362:23 363:4,8 374:9 424:20

**NEET** 88:19 89:2

**negative** 463:7

**neo-nazi** 87:9 265:18

**nervous** 339:11

**net** 177:8

**network** 93:17 225:23

**networking** 225:20, 21,25 226:5,11

**networks** 357:6

**news** 221:10 226:17 309:24

**nice** 141:22 142:11 317:11 442:2

**nicely** 160:17

**nickname** 43:24

**niggers** 56:24 57:8

**Niggkike** 38:13,20 48:9,14 50:12 73:6, 11 83:9 90:3,7 468:23 469:1,20 470:1

**night** 85:24 136:7 161:23 169:24 170:3 199:2 205:23 232:11 235:20 236:5 253:7 290:18 321:21,22 323:14,20 324:18 348:2 350:25 362:8, 17 376:6 380:13 383:7 395:15 396:9

**nightfall** 361:12,18

**nights** 205:24 206:21

**nigroids** 169:2

**nod** 71:12

**nominated** 329:10

**non-ironic** 68:8

**non-violence** 99:14 208:15,24

**non-violent** 206:4

**non-whites** 28:20 63:24 64:6

**nonresponsive** 410:18 412:12 453:3

**nonviolence** 209:11

**Norah** 39:4,7,8 108:22 109:2,6,15,23 111:2,20 470:12

**Nordic** 170:13

**normal** 404:3

**normalization** 173:19

**normies** 99:24

**north** 319:8 367:15

**notary** 5:24 12:3 18:20 466:18 467:8

**notation** 164:18 286:13

**note** 350:7 416:18

**noted** 18:13 150:3 466:7

**notes** 101:22 292:19, 23,25

**notice** 10:14 11:2,11, 17,18 15:17 420:3 421:6,11 468:16

**noticed** 254:23

**November** 93:5 94:16 455:24

**NPI** 156:15

**NSM** 424:7

**number** 6:10,13,14 9:22 17:22 36:25 66:12 114:22 115:3 118:17,21 120:9 127:22,23 149:20 154:19 173:6 174:6 183:4,7,8,17,19 184:9,10,12,16,19,20 219:25 231:16,19 233:4,5 235:6,9 248:17,18,19,20,22 249:20 258:22 264:20 267:19 270:9 312:9,10,13 317:6 331:12,15 349:12,15, 19 368:4 400:13,15 401:23,24 425:3 431:2 450:9 452:20

**numbered** 312:17

**numbers** 36:19,24 81:11 182:24 183:4 198:21 270:5 312:2

---

**O**

**oath** 40:25 42:6

**oaths** 12:4

**Object** 462:13 463:14

**Objection** 163:23 462:19 472:15

**objections** 20:12,14, 16 164:10

**objectives** 169:6

**obligated** 20:15

**obvious** 417:15

**occasion** 169:5

**occasionally** 217:16,25 220:9 271:13

**occasions** 434:9

**Occultists** 168:8 472:19

**Occupation** 54:19

**occur** 334:7 362:11

**occurred** 293:12 395:14,20,23

**October** 9:12 457:5, 11

**octoroons** 230:8

**odd** 28:10

**offer** 255:22

**officer** 193:24 194:17 374:6

**official** 129:13

**OH#8765** 288:10

**Ohio** 4:8 5:14 289:10

**old-school** 87:9

**old-timer** 87:9

**olive** 413:13

**online** 58:6 94:11 103:19 191:2 300:18 445:16

**onniggkike** 83:4 469:23

**open** 379:7,12,17 380:15 459:3

**open-carrying** 335:11

**openly** 352:9

**operated** 274:10

**operation** 97:9 274:11 297:18 299:9, 16,18 305:5

**operational** 96:25 297:9

**operations** 63:20

**operative** 31:24

**opinion** 313:8 314:13 335:10

**opposed** 13:4

**opposite** 408:25 409:2,4,9

**option** 340:17

**oral** 11:22 15:3,9

**order** 13:20,24 14:16 16:10 176:21 185:4 297:9 305:5 310:17 351:24 468:19

**ordered** 15:2,16 406:11

**orders** 290:10 390:12 411:2 412:19 424:23

**organization** 93:25 97:3,7 108:12,14 111:12 152:5 274:4 289:7 303:4 339:6 455:21 456:3,7

**organizational** 297:25

**organizations** 152:25 157:5 181:24 197:5,17 278:2

**organize** 97:16 157:15,18 165:9 269:22 275:7 308:5

**organized** 104:18 268:19 275:5,8 282:18 291:4 306:12, 15 307:16 365:17

**organizer** 366:14

**organizers** 194:25 273:25 304:19 307:10 321:11 323:16 327:16 351:24 367:13

**organizing** 97:13 257:8 275:2,16 278:5 279:10 306:7 314:16 338:8 342:12 454:20

**origin** 58:12

**original** 8:6 13:16 22:6 158:11 361:3 406:21

**originally** 14:5 22:5 78:24 158:2 225:5 285:10 305:12 308:11 322:11 370:3

**originated** 37:9

**Ortiz** 296:17

**ostensively** 168:24

**Oswald** 32:6

**out-jew** 91:18

**out-jewing** 91:15 92:2

**outcome** 397:17 467:20

**outlines** 282:5

**outnumbered** 390:24 391:2

**outset** 411:12

**oven** 57:17 58:3

**ovening** 52:4,7,15

**ovens** 52:12 323:17

**overarching** 86:4

**overcome** 401:4

**overly** 325:8

**overthrow** 185:3

**owned** 50:10

**owner** 166:3 188:12

**owning** 455:20

---

**P**

**p.m.** 150:3 366:8 367:9 368:3,7,8 466:7

**pages** 353:9

**paid** 129:12 278:23 280:9 281:3,4,5

**pandemic** 9:14 24:11

**paragraph** 168:20

364:23 365:10 366:7 368:3

**Pardon** 235:12

**paren** 165:2

**parents** 23:21

**parents'** 24:8

**park** 161:21 168:23 216:24 249:13 250:13 284:13 305:17 326:23 369:16 371:7,14 376:10 377:17 397:3, 16,25 398:7,10 399:21,22 400:7,25 402:21,25 403:3,14, 18,21 405:9,11 406:10,18,20 407:4, 7,10 408:6,11,15,19 409:15,22 411:3,7 432:25 433:12,17 434:8 436:17 438:16 440:10,16 446:17 448:20 451:9

**parking** 216:10 235:22

**parks** 376:3,4 397:23

**Parrot** 256:3,7,15 295:16

**part** 15:11 30:17 80:21 85:17 110:6 148:14 161:22 166:21 197:9,10 242:14 265:3 282:8, 11,16 303:19 305:24 310:13 329:25 339:6 343:14 397:10 398:12 404:4,9 407:22 411:22 412:15 426:13 442:25

**participants** 114:22 118:17 317:5 334:10 379:2 400:8 425:3

**participate** 34:14 372:5 424:13

**participated** 53:17 113:12 161:24 293:24 382:21 429:15 431:13

**participation** 458:16

**parties** 12:6,9 17:5 266:16 467:18

**partitioned** 210:23

**parts** 148:21 282:12

**party** 9:12 35:16 128:25 155:15 162:5 262:3

**passage** 415:18

**passenger** 406:14

**past** 34:11,18 137:24 147:14 187:24 410:8, 15 412:8

**paste** 353:15

**path** 222:14

**pathway** 371:9

**Patrick** 101:15 109:10,13 110:24,25 276:2 456:10

**patrol** 365:11

**Paul** 3:4 5:3

**pause** 112:8

**pay** 24:18 280:18,19, 23

**paycheck** 278:12

**paying** 278:4

**Paypal'd** 280:21

**payroll** 278:9 280:5, 6,9,10

**peace** 320:21,23,25 321:3 378:6,12,25

**peaceful** 84:7,15 360:6,9 378:21

**Peinovich** 337:11 348:8,20

**pending** 17:11 20:21

**Pennsylvania** 23:21 128:11

**people** 26:24 27:2 29:3,8,11 30:12,14, 16,21 33:11,12 34:3, 10,24,25 37:2 38:7 39:24 41:10,13,15

43:3,17,20 44:3,5 46:16 47:6 51:14 52:12 55:5,11,13 62:3 64:5,10,17,18 66:11 67:16 68:5 71:10,16 74:19 76:15,24 77:8,10,13 80:9,12,14,15,16,18, 20,21,24 81:3 82:12 85:13 86:13 89:16 94:11,22 99:2 100:15 103:19 105:19,25 107:18 108:3,4,5,6, 11,12,13 110:5 111:11 119:19 121:5 126:22 132:21 133:21 136:10,12 137:23 151:6 152:5 153:4,9,10,13 156:18 157:5 160:16,19,22 161:14,16 165:17 172:2 173:17,20,23 177:10,12,14,19 178:2,4,6,12,19 179:3,18 182:6 183:18 184:21 185:6 188:2 189:16 190:6, 16 195:5,10,11 197:9,25 198:4 202:15,23 203:15,18 207:15,20,21,25 208:6 214:15 217:24 220:8,11 221:5,11, 13,18,23 222:15 223:2,13 225:7 226:6,8,10 229:7,10 234:4,18 235:22 241:21 242:7,10 243:14 247:13 251:6, 13 252:2,5 254:5,11, 14 257:11 259:6,14, 18 261:7,18,23 265:4 274:15,20 275:7 279:12 281:13,22,23 282:10,15 283:10 289:23 292:14 293:23 298:2 299:5 300:15,18,24 305:15, 18 308:20 315:18 322:4,5,21 324:4,18 325:7,9 328:19,21 330:4,5 335:11 336:18 337:4,6,7,16, 17,19 339:9 340:17, 21 341:19 345:18,22, 24 346:3,20 347:8

348:11,16 350:15 352:3,9,11 357:3,10, 22,23 361:7,24 362:4 372:4,17,18,19,20 377:6 378:22 380:4 382:4,9 384:13,14 385:9,12,16,19,20 386:11 387:9,12,23 388:6,12 389:7 392:17 394:7 403:19, 21,25 404:3,4 406:12,16,17 411:5 412:2 415:22 421:16 422:22 423:4,7,12 430:4 432:20 433:7 435:19 436:7 438:15, 16,25 445:7 448:3,4 452:8,18,20,23 457:12 459:5,7

**people's** 150:23 152:7 339:15 416:11 422:25

**Pepe** 318:5

**pepper** 343:23 410:10 438:23 439:7 440:2 442:22,24 443:22,23 446:22 447:6

**pepper-spray** 385:25

**pepper-sprayed** 236:2 385:22 439:22

**perceived** 100:16

**percent** 49:18 64:9 106:14 147:7 159:7 355:21 389:13

**period** 26:2,3 31:25 97:6 183:13 219:22 257:2 326:3 368:22

**periphery** 368:16

**permission** 380:14

**permit** 325:21,24 326:2,6,14,25 362:16,17,23 363:4,9 374:10,12 396:20,24 397:17 399:11,12,24 400:3 402:6,15 407:22

**permitted** 325:3

**person** 12:3 19:6 28:19 34:8 37:14 45:21 46:13,16,20,25 47:4 62:4 78:13 80:17 84:18 98:8,17 118:19,23 132:12,16 133:24 134:5,8,12 148:18 162:25 178:10 188:15 211:24,25 212:3 239:17 243:6 256:9 257:19,22 259:7 260:6 268:3 276:25 292:11,12 294:16 296:19 307:7 354:8 361:12,18,21 376:17 414:3 431:16,21 439:4 440:22 441:10, 14 445:21 446:12,14 451:18 465:8

**person's** 166:22 196:8

**personal** 191:3 364:24 404:24 405:4

**personally** 12:20 72:16 193:22 223:11 230:10 300:10 359:21 379:14 460:7

**perspective** 98:20

**pertaining** 396:24

**pest** 65:13,14

**PETER** 4:22

**phenomenon** 102:23

**Philadelphia** 180:23 181:2

**Phillips** 3:8 5:2,3 6:7 8:13,17,25 10:11,16, 19 11:6,14,16 13:18 14:3,17,22 16:13 17:12,13 18:24 30:25 31:3,16,18 37:20,22 38:10,16 40:4,12,23 41:21 42:4 44:7,12, 14 45:2,10 48:4,12 50:21,25 56:5 62:14, 19 63:2,5 64:13,15 67:2,11,18 68:20,22 69:16,21 70:4 71:2,4 72:19,25 73:9,25 74:3 75:7,20,22 78:7,

9 81:7,9 82:20 83:7 86:17 87:15,23 89:22 90:6,23 91:6 104:25 105:3,6,11 108:16,24 112:6,10,14,15 114:6,13,15 115:14, 16 117:16,18 118:4, 13,15 119:21 120:4,6 121:9,11,24 122:5 123:15 124:3,11 125:18 126:4,9 127:12,20 129:24 130:8 133:6,13 135:2,14 136:15 137:3,20,22 138:2,11 139:13,22 140:16,24 141:12,19 142:14,21 144:12,20 145:10,18 147:9,11,16,22 149:6,16 150:12 153:20,25 154:6 155:9,11,23 156:7 157:7,12 163:17 164:4,8,13,17 167:13,24 168:11 169:14,17,21 170:2 171:20,22 172:18 173:2,9,11 175:6,13 176:13,15 179:23 180:4 182:12,14 183:23 184:6,22,24 195:13,18 196:12,16 199:5,13 200:3,5,10, 12 201:21 202:4,10, 12 204:2,4,14 231:5, 10,14,21,23 232:25 233:3,9,11 236:10,24 239:20 240:3 243:19, 21 245:10 248:8,15 249:19,24 250:5 252:11,18,22,24 253:3,5 254:25 255:3 257:24 258:6 259:23 272:16,22 273:21,23 275:11,14 286:10,11 287:4,6,21 288:5 290:25 291:3,7,14 293:7,9 298:4,11,25 299:3 300:3,5 311:21 312:7,12,15,21,25 313:2,5,6,18,22 315:11,13 316:18 317:2 318:8,10 319:12,20 321:7,9 327:19 328:9 331:3, 9,22,24 332:15,17

334:18,24 338:5,7, 12,17 339:20 340:3 342:3,5,20 343:2 344:25 345:3 347:12, 19 348:22 349:5,7, 10,14,21,24 351:14, 16 355:5,10,15 356:8,21 358:17,19 364:13,20 365:22,25 366:4 367:5,7,23,25 371:25 372:3 396:10, 18 398:18,24 401:6, 14,18,21,25 402:4, 18,20 411:9,15,17 413:4,11 414:7,13, 17,19 416:17,24 417:2,19 418:2,12,20 422:3,5,7,10,17,19 425:8,12,19 426:20 427:2,6,19,23 428:16,25 430:16,23 431:23 432:9,10 434:12,17,18 435:3, 20 436:3,19,21 437:7,11,22 448:23 449:5,9 450:8,16,22 451:5 452:14,16 453:2,5 460:10,19 461:9,12,15,21 462:11,19 463:14 464:2,5 465:13 468:7,14

**Philly** 137:8

**philosophy** 222:3

**phone** 6:13,15,18,25 7:3,5,7,8,11,17,21 8:3,6,7 20:13 22:3 114:22 118:21 174:5 183:4,20 184:18,19 194:8 198:20 200:21 215:7 231:18 242:2,5 246:6 247:9 248:10, 18 249:21,25 255:14 264:15,20 306:16 312:10 366:10,11,19 388:4,11 429:19 451:17 465:9

**phones** 183:12

**photo** 78:15 81:8 82:24 105:8,18 169:18 201:25 413:21,24 417:23 418:17 422:12

428:22 430:13 469:21 470:10 473:12 476:1,12

**photograph** 202:6 418:3 428:19

**photos** 420:4

**phrase** 52:3,7,11,20, 23,25 54:10 137:11

**physical** 35:3 113:22 115:19 116:15 117:4 142:7 301:6,16 302:7,8,11 410:13

**pick** 440:17

**picked** 161:7 247:9 440:19,22

**picking** 440:4

**picture** 7:10 48:21 78:11,21 79:7 105:14 106:23 168:12 203:8 422:9 429:6,9

**piece** 60:13 281:8 282:3,5

**pieces** 281:25

**Pierce** 72:9 275:22, 23

**pikes** 341:20

**Pikeville** 244:14

**pipe** 420:25 438:5

**piss** 224:25

**pissing** 324:11

**pitched** 150:24

**place** 12:2,5 19:5 26:22 64:10 150:14 188:4 207:14 251:5 258:15 303:25 330:7 352:5 360:17

**places** 146:21

**plain** 88:12

**plaintiff** 17:25

**plaintiff's** 11:11 13:23 15:4 87:20 154:3 164:11 179:25 195:15 468:18 470:1 472:10 473:1

**plaintiffs** 3:5 5:5,9, 12 11:20 17:14 165:21

**plaintiffs'** 10:15,25 11:2 31:6 38:12 44:9 45:6 48:8 62:16,23 67:5 69:24 73:5 82:24 83:3 90:2 91:3 105:8 108:20 114:9 118:8 119:24 122:2 124:8 125:25 127:16 130:4 133:10 135:7, 10 136:23 138:8 139:19 140:21 141:16 142:18 144:17 145:15 147:19 156:3 163:22, 24 168:5 172:22 175:10 184:3 199:9 201:25 204:10 231:7 239:24 248:12 252:15 258:3 272:19 287:23 291:11 298:7 312:3 316:22 319:15 331:5 334:21 338:14 339:24 342:23 347:15 348:25 355:7 356:16 364:15 398:20 401:10 414:10 417:23 418:17 425:16 428:22 430:19 450:13,19 468:13,16, 21,23 469:1,10,11, 13,17,19,21,23 470:1,10,11,13,15, 17,19,21,23 471:1, 10,12,14,16,18,20, 22,24 472:1,12,14, 15,18,21,24 473:1, 10,12,14,16,18,20, 22,24 474:1,11,14, 16,19,22,24 475:1, 10,12,14,16,19,22 476:1,11,12,14,16,18

**plan** 8:6,7,10 150:21 157:14,18 176:20 200:14 282:21,25 283:2,4,11,17 284:11 290:2,18,21 305:12 362:7 371:14 398:8,9 399:17 406:21 455:4, 8 457:22,25

**planned** 151:4,7

247:24 271:2 281:8 282:19 283:3,21,23 284:2 304:19 341:19 367:14 369:7 371:4, 12 455:11

**planners** 299:22 323:16 327:15

**planning** 7:13 136:8 151:19,21,25 176:16 200:7 202:19 244:17 247:20 274:22 275:20,24 276:3,7, 10,13,16,19 281:7 290:14 306:7 329:19 337:3 374:15 399:21 404:10 455:15 457:9 462:8,25

**plans** 249:5 283:14 285:22 287:16 325:18,23 326:5,10, 14,18,20,23 362:13 366:9 397:21,22

**platform** 59:13 304:13

**play** 56:5 125:21 411:12 413:20 414:14 415:8 416:20 426:21,24 432:5 434:13 435:21 448:25 449:6 450:18 451:2

**played** 425:13 427:20 449:19

**playing** 56:9 126:8 221:8 411:14 414:16 416:16,23 425:11 426:25 432:8 434:16 436:2 449:4,8 451:4

**plot** 142:25

**plotting** 144:7

**ploy** 68:23

**podcast** 58:9 59:11 60:19,21 61:2,6 93:19 126:14,16,19 130:19 131:16,23 209:18 234:8 337:10, 14,22 348:7

**podcasts** 208:17 337:23 459:4

**point** 16:11 24:15 36:16 83:15 85:3 95:16 149:7 166:9 207:14 209:24 210:12 215:17 218:10 237:15 244:6 283:10 300:23 306:18 317:12 338:24 350:2 354:10 383:14 395:12 404:18 405:18 407:10 409:9 454:11, 15 456:21,25

**pointing** 189:21 418:23

**points** 220:17

**Poland** 128:24

**pole** 250:18 438:10

**poles** 160:21,24

**police** 117:2,7 133:22 187:2 190:20 191:8,11,14,17 193:14,22 194:17 236:8 246:25 247:3 304:22 306:16,19 307:10,15 324:23,25 351:20 362:24 363:24 365:12 374:5, 17 379:6,21 387:18 388:7,13 400:12,22 406:23 407:12,19 408:4 410:4 451:18

**political** 28:15 30:2 34:15 35:6 54:6 94:12 97:5 185:5,7 222:3 223:24 224:2 330:2 332:12

**political-type** 220:24

**politically** 35:5 130:16

**politics** 202:17 221:8 222:9

**polo** 403:9,11,12,16 411:19 442:16,20

**polos** 343:9,13,14,18 344:5

**population** 210:18

**port** 7:9

**portion** 12:13 67:12, 20 427:25 449:23 451:13

**pose** 400:25

**position** 84:22 129:13 408:20

**positions** 98:4

**possibility** 327:4 334:15 336:18

**post** 31:7,20 32:12 38:13,20,24 41:5 42:9 44:10,16 47:10 48:9,14,18 49:13,16 50:15,18 58:6,10 59:6,10,13,23 60:11, 17,22 61:7 62:21,24 63:11,18 73:6,17,19, 21 74:4 83:4,9,11 88:6 89:24 90:3,7 91:10 109:18 130:5 133:11 135:8,11 136:24 138:9 139:20 140:22 141:17 142:19 143:4 144:18 145:16 147:20 154:4, 8,18,20,25 156:4 175:11 180:2 184:4 195:16 204:11,16,24 208:22 209:9 239:25 258:4 272:20 288:14 291:12,15 299:6 303:8 319:16,21 320:10 334:22 338:15,19 339:25 340:4,10,24 341:2,3, 8,13 342:24 344:4 347:16 355:8 356:17, 22 398:21,25 399:7 468:21,23 469:1,11, 19,23 470:1 471:1, 10,12,14,16,18,20, 22,24 472:1,10,12,24 473:1,14,18,24 474:1,19,24 475:1, 10,14,16,22

**posted** 44:24 49:21, 24 50:10 59:18 125:5 134:12,14 206:24 271:8 297:14,16 302:11 314:20 342:16 352:3 354:19

365:6 445:15

**poster** 316:8

**postered** 100:13

**posters** 259:16

**posting** 50:11 207:25 340:11 352:9

**posts** 47:15,17 48:24 73:11,12 75:6 124:22 147:3 154:19 165:7 208:14,16,20 271:11 340:5

**potatoes** 125:10

**potential** 397:21,22 400:8

**pour** 447:14

**pouring** 447:7

**power** 39:14 64:5,8,9 77:12,14,20,24 79:16 170:4

**powerful** 49:5,6 50:3

**PR** 329:11,15

**practice** 16:21 53:8, 11 247:6

**praised** 454:19

**pre-event** 299:6

**precursor** 86:12

**precursors** 152:23

**preferably** 357:4 358:7

**preference** 99:5 221:15 223:14

**preferences** 225:8

**prepaid** 6:18 8:10

**preparation** 23:6

**prepare** 21:24 299:7

**prepared** 208:5

**preplanned** 369:12

**prescription** 21:8

**presence** 14:13

**present** 4:19 24:7 294:20,21 303:17

380:4 389:19

**preserve** 166:19 167:2,8

**president** 391:18

**press** 311:11,16,19 313:9,13 314:8 315:8 455:4,5,9,11

**pretend** 187:20

**pretending** 313:25 315:3 357:17

**pretty** 33:19 63:22 68:2 75:14 94:22 98:19 137:17 166:16 172:15 219:11 257:18 306:5 307:2 308:14 311:5,7 317:11 339:2 375:23 394:4 404:14 440:15 444:16

**prevent** 452:25

**previous** 87:18 180:7 350:22

**previously** 30:17 31:23 34:17 157:23 284:22 336:8 351:17 365:4 437:24

**primary** 164:18 176:18 273:25

**prior** 24:11 102:15 190:11 227:24 233:17,25 234:5,11, 16 239:2 262:16 264:2 265:14 302:6 374:3

**private** 59:16,19,25 176:25 183:5

**privately** 101:13,18

**privileges** 179:11,15 272:2

**pro-white** 33:13 168:22

**problem** 15:20 31:14 112:14

**Procedure** 11:20

**Procedures** 17:10

**proceed** 368:9

**process** 325:11,16 397:10

**produced** 165:20 209:4 312:18

**professional** 226:5

**Project** 154:21 204:11,17 205:2 473:14

**projector** 381:25

**projects** 157:21 219:25

**promise** 367:21

**promised** 367:17

**promotional** 309:16 315:15,24 316:5,14 317:18

**prompted** 228:19

**pronounced** 238:13

**properly** 279:17

**property** 365:19 368:16,21 369:22 379:8,13,18

**protect** 160:6 208:9

**protecting** 30:18 76:12,13

**protest** 129:15,17 152:11 168:25 213:16,20 214:6

**protesters** 365:16 390:25 391:15 415:5

**protesting** 129:18 213:17 457:13

**protestors** 390:16

**protests** 97:13

**proud** 92:12,13,19 93:7,9,22,23 94:14, 19 112:17 310:25 311:6

**proved** 368:17 369:19

**provide** 119:14

**provided** 220:4 351:19,20

**proximity** 142:8

**pseudonym** 269:24 422:25 445:12

**pseudonyms** 257:20 261:25 423:3, 6

**public** 5:24 12:3 18:20 54:7 191:3 354:20 373:3,12 374:11 407:15 415:18 466:18 467:9

**publicity** 99:20

**published** 69:3

**pull** 8:16 10:12,13 31:2 62:14 67:2 90:24 108:17 118:5 127:13 133:22 136:21 139:15,18 140:16,19 144:13 147:16 155:23 167:25 180:6 204:2 248:9 411:10 422:8 448:23

**pulled** 60:20 326:15

**punch** 107:24 109:21 110:3,4,22 111:9 112:18 113:4,8 117:20 119:15 132:10 140:6 417:5

**punched** 101:4 108:8 113:18

**puncher** 62:4

**punching** 101:25 415:5,22

**punished** 55:12,13

**purchased** 161:10

**purpose** 192:3,5,18, 19 214:3 225:18 288:21 333:20 374:18 430:2

**purposes** 192:24 302:3

**pursuant** 11:18

**push** 145:21 409:20 412:10

**pushed** 132:14 409:24 410:19

**pushes** 346:19

**pushing** 146:3 410:2

**put** 40:5,9 48:6 99:7 119:22 121:9 124:4 129:25 133:7 135:3, 19 136:20 138:2 141:13 142:15 145:12 153:20 188:3 197:9 213:16 249:22 275:5 282:4 283:12 297:13 300:3,6,15,18 302:15 311:15 314:9 317:13 318:24 319:3 332:15 348:13,24 352:3,17 358:20,25 379:22 401:8 405:23, 24 406:7 412:6 417:20 418:14 428:17 431:25 444:8 445:9 447:15 452:14 465:10

**putting** 197:11 340:24

**PVC** 420:25

### Q

**QRF** 335:12,15

**question** 15:24 20:3, 8,21,22 33:17,18,22 35:24 45:17 57:14,15 61:23 136:19 149:15 161:18 162:19 166:25 171:10 188:7 189:10 192:16 197:19 201:16,17 240:12 245:11 249:14 275:15 301:21,23 302:2 317:12 341:21 344:3 361:10 363:21 390:3 392:12 395:18 410:19 412:13 420:22 421:18,19 453:4,17 458:21 462:17 464:3

**questioned** 36:25

**questioning** 35:20

**questions** 9:21 19:15 20:15 239:16 461:10,16,19,25

463:25 465:14,16

**quick** 149:9 327:20 335:15 396:11 413:21 440:15

**quickly** 149:12

**quote** 345:11

**quote/unquote** 178:8 302:5 327:17

**quoting** 131:18

### R

**r-a-h-o-w-a** 86:18

**race** 71:15 81:5 170:7 333:7,8 456:23

**races** 69:7

**racial** 69:5 87:4 95:13 187:11,15 188:10 191:23,24 192:3,5,11,14,18,24

**racist** 68:17 456:15, 18

**racists** 68:15,18 100:3 333:3,14

**Radical** 233:18

**radio** 93:11,12,19

**raging** 68:7

**Rahowa** 86:16 88:23 89:17 90:13,20 91:14,24 92:3,10 95:2,5 333:20

**rain** 177:7

**raise** 307:20 323:24 458:15,19,22 459:2

**raised** 314:25 315:6 459:24

**rallies** 102:16,25 104:5,9

**rally** 79:4,5 85:25 102:21 103:4 113:10 136:9 158:3 180:23 181:2 198:5,9,10,18 206:21 213:13 229:21 244:14,18,22 247:5 266:6 278:5

300:25 304:4,9,17,18 305:2,6,10,18,20 307:17 332:9 337:20 345:6 352:13 360:12 365:17 367:13 373:4 376:5,11 379:2 382:25 397:3 399:17 404:23 406:3 408:8 453:25

**rally-goers** 412:19

**RAM** 309:11,14 310:12

**ran** 109:15 252:8 291:4 382:17

**rank** 194:3

**ranking** 197:7,12

**ranks** 93:24 94:3 197:13

**rant** 227:25 228:14, 17,19,24 229:2,14 230:6,7

**rarely** 64:25

**ratio** 392:5,13

**rattle** 336:12

**Ray** 263:20

**re-sworn** 18:19

**reach** 255:21 389:3 409:15

**reached** 9:22 237:18 248:25 446:3

**react** 304:22,23

**reaction** 335:15

**read** 12:13 21:17 64:24 69:13,14,19 70:14 72:16 168:19 222:3 240:11,16 254:3 271:11 299:5 313:17 346:9 349:20

**reading** 58:5,10,14, 15,18 59:2,5,9,10,14, 17 60:11,14,16,22 61:6,10 64:24 87:7 128:10 168:18

**ready** 22:10 90:12,20 91:14,15,24 92:3 382:9

**real** 45:22 60:19 106:2 122:14 135:17 137:5 183:4 196:8 257:16,21 260:24 277:9 302:23 341:17, 24 376:15 413:21 416:11

**reality** 117:22 187:21

**realize** 12:19 15:14 123:22 221:6,13 226:23

**realized** 12:25

**realizing** 354:18

**reason** 21:12 40:8 59:2 73:10 152:10 176:9,23 330:8,11 370:3 386:22

**reasoning** 218:12 219:13 301:12 358:15

**reasons** 226:5

**recall** 52:6 85:11 96:9 157:17 241:11, 12 249:4,15 250:6 256:22 264:22 269:21 296:17 304:5 326:22 330:22 332:6 346:14 358:24 361:3 364:2 394:10 453:21 457:8 463:21

**recalled** 445:25

**receipt** 365:2

**receive** 447:12

**received** 167:3,7,9 352:21

**receiving** 314:8

**recess** 40:17 236:19 328:4 396:15 437:17 460:16

**recharge** 22:2

**recognize** 31:19 44:15 48:13 56:10,13 78:11 105:4,12,16 106:18,24 107:4,9, 13,17 115:2 126:10 174:5 231:18 233:4 248:16 276:20,24 277:3 412:25 414:25

416:6 425:20 429:2,8 434:23 435:11 449:10 451:7

**recognized** 384:25

**recollect** 203:20

**recollection** 26:8 32:19 54:18 87:5 102:5 105:24 126:15 154:25 165:13 170:15 175:5 176:5 229:18,20 240:25 273:9 314:8 356:3 369:3 378:24 431:13

**recommended** 337:19

**reconvene** 16:11

**record** 16:14,15,24 18:14 19:11,23 20:14 40:7,13,16,22 41:22, 24,25 42:3 50:24 55:17 62:19 86:17 112:7,11 114:10 118:9 119:25 127:17 149:8,17,22 150:10 171:9 172:23 199:10 231:8 236:14,18,23 245:5 249:22 252:16 287:7 298:8 301:20 312:4 316:23 327:22 328:3,8 331:6 349:2 356:11,15 392:8,11 396:12,14,17 401:11 416:18,25 425:15 430:20 431:24 435:25 437:12,16,21 450:11,17 453:13 460:11,15,18 466:6 467:15 470:13,15,17 471:1 472:21 473:10, 16,22 474:11,14,16, 22 475:12 476:1,14

**recorded** 12:14,15 13:6 56:17,20

**recording** 17:6 56:11,14 101:20 227:2

**recordings** 292:19

**records** 248:10,13 249:21,25 280:15 286:14 473:21

**recruit** 99:17

**recruiting** 63:21 97:19 107:25 109:16 110:9 111:5,15

**recruitment** 110:17

**red** 189:20 316:7,8 346:11,12 347:4 416:3,7 419:2 426:9, 10

**red-and-blue** 106:10

**redo** 305:24

**redpilled** 63:23

**refer** 71:14 136:3 137:14 270:21 302:7, 8

**reference** 39:7 52:11 74:8,20,22,24 82:2 113:17 116:8,10,14 117:9,13 121:8 130:18 134:21 138:25 139:7,9 141:7 142:2 143:9 145:6 148:13 171:11 232:9, 10,12 253:14 259:9 293:4 330:15 332:9 348:6 350:12 351:12 378:5,11,19 409:8 431:16

**references** 61:17

**referencing** 74:11 273:17

**referred** 38:4 41:6 42:10 64:4 102:17 104:6 147:4,12 149:2 206:17 263:16 299:21 345:5,9

**referring** 39:20,24 40:2 102:24 116:6,23 127:5 142:6 143:14, 24 144:6 146:2,24 169:9 200:6 232:17 247:12 254:9,10 299:15 343:19 344:5, 6

**refers** 33:16 81:12 230:7

**reflex** 112:23 113:3

**refresh** 32:18 54:17

87:5 105:23 154:24 165:12 170:14 175:5 176:4 240:24 273:8 314:7 356:2 369:2 431:12

**refuse** 402:5

**refused** 456:13

**regard** 54:25 94:25 306:3

**regular** 329:14

**regulations** 379:15

**Reich** 170:11,17 171:13,17

**Reinhard** 108:21 109:2,10 470:12

**reinstate** 402:6

**reinstated** 326:6

**relate** 252:4

**related** 219:25 467:18

**relating** 459:21

**relation** 462:24

**relationship** 142:24 143:21 278:17 462:6, 7

**relationships** 174:20

**relax** 207:20 336:23

**release** 311:16,19 313:9,11,13 314:9 315:8 355:12,19 455:4

**releases** 311:11

**reliable** 365:2,3

**religious** 187:11,15 188:10 192:25 254:13

**remaining** 437:5

**remember** 13:14 26:23 27:3 46:10,25 49:16,17 54:11,12 59:15,20 60:9 61:7,9 65:18,19 66:2,4,5,6 71:25 72:3,5,7 75:24

76:12,19 81:14 85:11 86:21,24 89:3 96:11, 12,13,23 101:14 105:20 106:19 111:7, 19,22 113:14 119:4 122:14,15 126:22 146:12 152:3,6 153:6,18 155:5 158:12,14 159:17 160:5,8,15,25 161:7, 19 163:14 166:2,9,20 174:4 175:2,3 177:21 178:5 180:15 186:4,8 190:8,22 193:14,25 194:2,4,22 196:7,25 197:25 212:21 213:18 214:16 216:12 217:12 218:2, 17 219:4,6 220:17,18 223:24 226:19 228:25 234:9 235:10, 20 237:21 238:3 241:9 242:19,20 249:16 250:15 254:21 255:7 256:12, 19,21,24 257:20 259:2 260:20 261:19, 24 262:13,14,23 263:9,13 267:17 269:18,23,25 277:2,5 280:20,22 281:3 285:5,10,16,18 286:23 289:22 292:9, 13 293:16,17,18,25 296:19 300:9 301:7, 11 302:14,17 303:6, 11 305:8,20 307:4 308:17,19 309:13,15, 16 314:10 318:24,25 319:3 324:8,11 326:13,17 327:8 330:20,24 347:3 351:21 354:5,9,17,21 357:16 358:12,14 359:3 362:19,21 364:4,5,10 369:10,14 370:24,25 371:3,8 376:9 378:4 380:12, 16,23 381:3,10,16,23 382:24 383:12 384:24 385:4 386:21 393:4 394:12 396:8 400:16 403:7 408:20, 23 422:25 423:5,8,11 424:15 431:19,21 434:10 435:9 440:25

441:3,12 443:16 445:10,11,21,22,24 446:14 448:7 456:24 457:7,12,15,17 459:10,22 460:24 461:3 463:7

**reminiscent** 170:10, 17 171:13,17

**remotely** 5:24 16:25 17:4 18:20

**removal** 86:8 152:11,16,19

**remove** 38:7 173:14 174:23 176:6 179:14

**removed** 166:8,10, 14,23 179:11,15 215:17 218:11,13,16, 17,19,23,25 219:6,8

**rent** 24:19 305:13

**rented** 406:12,13 407:16 452:8

**reparations** 186:24

**repeat** 201:16 204:23

**rephrase** 20:5,7 303:16

**replace** 321:12,14 322:6,9 324:9,13 428:5

**replacing** 40:18

**replies** 148:6

**report** 168:7 270:8 472:19

**reported** 365:4

**reporter** 6:3 17:2 18:10,15 19:8,10,17, 22 21:17 37:21 236:11

**Reporting** 16:19 18:9,12

**reports** 364:25

**repost** 134:16

**represent** 248:21 287:11

**representation** 168:15 422:14

430:14 449:23 451:13

**representations** 437:2

**representative** 296:15 329:11

**represented** 156:18 163:15 191:16 292:7, 10,13 296:10,22

**representing** 5:5,9, 12,15 295:14 296:13

**reps** 329:15

**Republicans** 35:7

**reputation** 233:25 265:13

**request** 459:12

**required** 15:15 16:9 453:13,14

**requires** 14:18

**rescinded** 326:2

**research** 352:15

**reservations** 279:23

**residence** 25:3 27:20

**resistance** 299:11, 23 345:6

**respect** 30:12 53:12

**respond** 130:20 132:2

**responded** 460:25

**response** 15:25 131:7 305:6 313:20 345:21 378:19 455:9, 11

**responses** 19:22

**responsible** 80:11 98:5

**responsive** 171:9

**rest** 203:6 254:4 315:7 373:4 408:6,7 426:21

**resting** 419:15

**result** 442:17 443:3,5

**resulted** 368:13,19 369:21

**resumed** 150:5

**resurrect** 168:8 170:6 472:19

**rethink** 305:9

**retry** 187:4

**reveal** 39:14

**review** 23:2 98:12,13 312:24 313:16,21 349:13 365:24 366:3 401:20

**reviewing** 351:24

**revolution** 71:11,13 72:14 86:23

**Rex** 122:3,7,10,22 126:20 156:4,9 289:20 307:11 470:20 472:12

**Rex#16** 288:2,8 474:1

**rhetoric** 456:15,19

**RHW** 86:18

**Richard** 26:21 121:18 123:18 129:8, 20 150:25 151:11 158:22 164:10 166:3 169:18 214:14 217:2, 22 219:18 225:15 226:2,13 227:11 228:13 230:7,19 231:8,16 232:23 237:2,16 240:19 255:9 261:3 262:5 266:16 288:23 290:5 298:8,13,16,20 318:20 321:5 330:9 331:6,11 336:8 359:12 361:2 377:12, 13 393:21 455:12 457:19,21 458:2 462:6,7,23 463:6 464:17,21 465:5 473:17 474:12,22

**Richard's** 223:17 251:17,18 272:15 273:16

**Richmond** 4:15 5:19

**ridiculous** 95:13,15 132:5 274:21

**Rifkind** 3:4 5:4

**right-click** 270:6

**right-of-way** 415:13

**right-wing** 85:25

**ring** 364:6

**riot** 188:4 189:3 206:23

**rise** 71:10 93:24 107:20 424:10

**risk** 339:3 340:13

**Ritter** 218:5 232:5

**ritual** 170:5

**road** 369:14,16 371:19,21

**roads** 285:13 286:4, 18 406:23

**Rob** 127:17,23 128:2, 12 471:1

**Robert** 107:16 170:8 263:19

**rod** 343:23

**rod-shaped** 438:8 439:9 442:9 443:6 444:15

**role** 98:14 179:5 211:18,19 212:2,8 316:12 328:12 455:23

**roles** 96:19,21 211:23

**roll** 28:23 29:2 294:11 419:14

**room** 16:23 17:3 56:15 128:25 227:3, 9,14,16,21,24 229:4, 8 314:3

**roommate** 128:3

**rooms** 24:13

**rope** 71:6 74:5,9,12, 21 86:24

**rotunda** 367:16 383:21,24

**rough** 130:25 132:8

**roughing** 132:4

**Rousseau** 260:10 261:13 262:16 263:2, 8 267:14

**route** 324:19,23 368:18,20 369:7,12, 20,21 370:21 371:12 380:18,21,24 382:3, 6,12 394:18

**RPR** 467:25

**RS00095071** 331:7 474:23

**RSA** 467:25

**rude** 69:6

**ruined** 405:22 442:16

**rule** 11:18 17:8 28:20,22 29:3

**rules** 11:19 17:9,10 19:4 363:3,8 379:15

**run** 274:3,14 408:4

**running** 97:2 128:22 329:20 383:10,12,13 403:20

---

## S

**S(cont'd.)** 469:1 470:1 471:1 472:1 473:1 474:1 475:1 476:1

**S-H-U-F-F** 288:10

**S-O-W-A** 127:23

**s-p-i-c** 55:24 56:3

**sack** 125:9

**safe** 129:22 337:5 405:16

**safely** 432:22

**safest** 394:19

**safety** 339:15 374:18

**sake** 311:4

**Salting** 126:14,16,18

**salutes** 314:4

**Sam** 25:8 109:7

**Samantha** 39:8 146:24 147:3 375:5 453:22

**sang** 162:11

**satire** 170:22

**satirical** 170:21,24

**Saturday** 168:21 290:22 322:2 325:21

**scheduled** 14:5 265:8,10

**Schiller** 3:11 5:11

**Schoep** 238:10,12, 14,16

**school** 108:10 121:3

**schools** 173:22

**score** 259:6

**scream** 57:17 58:3

**screen** 8:21 22:16 40:10

**screens** 15:12

**scroll** 11:15 14:18 68:21 74:2 75:8 114:13 115:14 118:13 128:15 173:9 199:8 200:4 231:12, 22 299:2 312:12,22 331:23 365:23 367:23 401:25

**scuffle** 386:23

**scum** 73:18 75:10

**second-in- command** 241:4,6

**seconds** 112:5 126:7 135:21 411:13 426:24 440:13,14 449:20,21

**secret** 170:12 176:22 183:5,10 254:14 362:14 367:17 372:25 373:7

**section** 67:14 169:23 210:25 211:2,3 410:5 412:3

**sections** 210:16,24

**secure** 76:23

**security** 220:4 266:19 288:18 290:4, 10 306:13 336:7 338:8 339:6 342:6,7, 11 366:12,22 401:2 404:24 405:4

**sees** 253:20

**select** 318:11,15

**self-defense** 99:15 113:3 121:15 132:12 136:12 340:22 341:16,23

**self-deprecating** 68:16 87:14

**send** 59:25 145:3 181:10 237:24 452:17 459:7

**sending** 52:11

**sends** 130:13

**sense** 54:20 84:25 99:14 145:8 146:8,9 179:6 183:21 203:12 208:6 210:15 230:20 270:13 284:21 327:8 341:20 384:9

**sentences** 63:18

**separate** 30:19,20 100:3 242:17 410:5 442:6

**separated** 183:11 387:23 388:3,12

**September** 365:7

**series** 73:10 145:20 147:3 340:5

**seriousness** 69:4

**serve** 365:10

**served** 365:12

**server** 38:14,20 44:10,16 48:10,15 50:12 73:6,11 83:4, 10 90:3,8 154:21

158:7,8,11 166:22,24 167:4 178:2,17,25 179:9,12 182:16,18, 21 205:2 210:17,20 211:10,12,13,20 270:5,25 271:6,8,12, 16,19,22 272:2 273:16,19 291:17 338:21 340:6 356:18, 24 399:8 468:23 469:1,20,23 470:1 475:17

**servers** 157:17 177:11 178:13,21 210:23 211:7,8 272:9,25

**service** 255:24

**set** 82:12 163:24 164:11 182:15 246:25 327:16 380:18,21,23,24 384:2 407:12,18 459:11 467:12,23 472:15

**setting** 452:8

**seven-hour** 453:9

**severity** 16:20

**Sha-la** 4:23 16:17 18:7 40:18

**shadows** 332:23

**share** 22:15

**shared** 8:21 183:6,7 184:20 202:21 203:13 230:15 251:12

**sharia** 171:23,25 172:3

**sharing** 13:8 15:12

**shield** 342:12 426:6, 9 429:11 434:3

**shields** 290:10 342:8,14 426:4 427:15 434:2

**shirt** 105:13 106:12 405:22 406:7 414:23 429:24 430:11 442:16,21,25 446:19

**shit** 63:22 140:13 254:7 335:18 343:22

**shoot-out** 335:23

**shooting** 123:11 410:10

**shootout** 334:11

**short** 55:9 67:24 70:14 97:6 262:18,21 368:14

**shortened** 87:4

**shorter** 107:3

**shortly** 26:10 93:3,4 165:25 172:9 213:5,6 214:23 267:11

**shot** 123:17

**shoulder** 412:7 419:15

**shouting** 432:14

**shove** 399:12

**show** 8:14 38:10 44:8 45:3 46:16 69:21 72:19 73:2 75:8 78:8 87:16 93:11,12,15 105:2 114:6 121:24 163:17 173:17 179:23 195:13 199:5 201:21 233:17,20,22 239:21 247:23 252:11 257:24 270:9 272:16 287:20 291:8 298:5 313:19 319:12 331:3 334:18 339:20 342:20 347:13 349:15 355:6 364:14 380:6 398:19 425:8

**show-type** 93:20

**showed** 155:6 186:6 235:22 284:7 370:8 372:8 375:7,9,10 380:7 403:16 413:22 427:25 436:13 444:2, 6,8 445:3

**showing** 63:15

**SHTF** 335:12,18

**Shuff** 288:9 289:10

**Shuffoh#8765** 288:2 474:1

**shut** 165:24 454:24

**sic** 97:17

**side** 252:7 294:19 339:13 367:16 388:8, 16,23

**sides** 103:7,13 417:16

**sidewalk** 415:13,18 417:6

**sieg** 83:23

**sifted** 315:19

**Sig** 277:6,7

**Siggruna** 276:24 277:7

**Siggruna14** 276:18

**signature** 9:22

**significant** 334:3

**signs** 325:3,11,12,17 340:6 384:23

**silly** 89:17 162:8

**SIMI** 4:22

**similar** 59:3,4 186:17 203:17

**Sines** 5:5 9:10 17:24 23:15 164:12 237:19

**sing** 318:16 458:10, 12

**single** 32:23 46:20 208:22,24 209:9 391:15

**sit** 9:9,17 209:8

**site** 68:5 406:20

**sites** 351:23

**sits** 89:9

**situation** 28:12 33:9 59:4

**skin** 345:19

**Slack** 164:19 165:16, 21,24 166:3,4,12,14, 19,21 167:2,8 215:14,17 272:12,15 273:2,4,10,15,16,17

**slavery** 29:2

**slavery-type** 28:24

**slept** 217:19

**slightly** 429:9

**slips** 65:17

**slogan** 79:20

**slowly** 19:9

**slurs** 69:6

**small** 31:11 63:4 249:9 262:18

**smash** 144:24

**social** 16:22 58:11 59:10,12,13 60:11, 16,22 61:7 134:13,14 191:2,3 302:11 351:23

**Socialist** 238:21

**soil** 428:2

**Sol** 265:24 266:9 267:10

**soldiers** 53:12

**solution** 447:4

**Somebody's** 376:22

**someone's** 270:2

**song** 318:20,25 319:4 320:17

**songs** 162:12 318:15,18 458:10,12

**sort** 97:8 125:15 133:23 138:22 157:2 162:10 206:7 225:14 237:7,12 240:15 255:5 256:14 260:21 263:7 268:8,18 278:13,25 297:20 315:17 374:12 413:8 414:21 419:3,14 437:25 438:7 444:12 447:4 460:21

**sorts** 152:21

**sought** 458:15

**sound** 238:11 269:13,17 270:14,19 381:25 407:13

421:21 433:2

**sounds** 92:2,5 101:2 347:5

**source** 28:8

**sources** 458:25

**South** 24:15,23 25:6, 23 26:15 27:21 155:13 156:16,24 247:15,17 266:13 282:18 283:13,17 296:11,12 307:14 424:4

**southern** 378:17

**southwest** 408:21 409:12

**sovereignty** 29:10, 12 30:18

**Sowa** 127:17,23 128:2,12 471:1

**speak** 19:9 59:21 72:4 86:3 87:6 92:22 198:17 206:10 221:25 222:17 235:17 240:17 260:5 263:11 265:5,8,11 268:10 332:24 359:13,16,24 360:3 381:22 404:21 405:7

**speaker** 308:25 383:10 407:16 451:20 452:4

**speakerphones** 381:19

**speakers** 216:16 308:6,23 407:14,21 408:3 411:25 420:11, 16 433:9 451:19,23 452:7

**speaking** 116:19 173:24 199:22 202:6 220:20 245:8 265:3 279:17 296:4 307:4 359:19 362:21 366:20 395:7 407:15 429:20 449:16 451:16 452:6,9

**special** 88:11

**specialist** 18:8

**specific** 80:25 81:4 85:23 97:22 185:18 186:8 190:6,10 213:18 220:23 371:14 423:11 426:18

**specifically** 29:11 33:3 39:25 41:17 42:17,20,22 44:4 47:2 58:10 64:5 80:24 163:19 228:20 282:10 290:5,17 294:2 302:14 319:3 345:22 355:11 363:11 369:10 373:18,21 458:9 459:15

**specifics** 36:21 177:18 302:17 359:4 362:20 463:8

**speck** 430:10

**speculate** 116:18 218:18 293:18

**speech** 394:14,21

**speeches** 332:19 359:10

**spell** 55:17 93:18 104:21

**Spencer** 26:21 43:4 121:18 123:12,18 129:9 130:22 132:22 150:25 151:11 158:22 169:19 173:21 217:3 219:18, 25 220:7,10 222:25 223:4,7 224:16 226:13 229:4 230:7, 15,19 231:8,16 232:4,14 237:2 261:3 262:5 280:10,16 293:11 295:21 297:4 298:8,13,20 304:25 317:13 318:22 327:15 330:9,17 331:6,11 332:2,7 336:8 359:13 377:12, 13 394:6,8 405:4 448:14 455:3 457:20 458:2 462:6,7,23 463:4,17 464:7,12 473:17 474:12,22

**Spencer's** 128:25 163:23 164:10 217:17,23 221:22 227:24 228:14 266:17 278:9 280:5 288:24 318:20 320:20 405:7 472:15

**sperged** 182:3

**spic** 55:24 56:3

**spics** 56:24 57:8

**Spirit** 168:8 472:19

**spoke** 45:19 101:17 193:14 194:16 200:20,23 210:6 212:12,22 215:7,10 235:11,14,23 237:2, 16 240:19 241:3,12, 21 245:17,21,24 246:3,8,11 249:5,6, 15 250:22 257:19,22, 23 259:25 260:6 263:2 264:14,25 265:9,11 266:22 268:9 269:2 292:20 304:24 306:18 307:6 348:7 363:24 364:3 366:10,19 369:3 373:25 374:3,5 379:5 387:24,25 388:10 397:11 423:9 425:5 441:10

**spoken** 23:5,8,12 212:16 237:9,22 238:18 239:2,4,17 241:2 242:25 249:17 255:19 267:8 324:22 387:18 400:12

**spot** 402:22

**spray** 57:11 343:23 410:10 438:23 439:7 440:2 442:22,24 443:22,23 446:22 447:6

**sprayed** 343:23 438:22

**spraying** 121:17

**spread** 382:7

**spring** 215:12

**ss** 467:5

**stabbed** 141:3

**stabbing** 141:9

**staged** 365:18 398:3 405:12

**stairs** 145:22 146:4, 7,15,22 384:3 385:13,16 387:11,14 393:22

**stand** 17:20 81:18 86:22 185:12 333:3 385:16

**standing** 388:8 415:14,15 421:4

**stands** 54:11,18 81:19,23 89:3 123:4 259:4

**start** 17:21 19:3 41:19 67:14 99:2 126:4 221:6 322:17 453:15

**started** 24:3,4 60:14 77:7 78:24 79:11 88:22 322:11,19 386:24 387:4 395:17 438:25

**starting** 434:14

**starts** 67:15

**stat** 357:3

**state** 6:3 82:10 259:6 289:24 327:4 364:24 365:9 448:18 450:3,5 467:4,9

**state's** 17:10

**stated** 192:3,5,17,19, 24 193:4 367:10 368:8

**statement** 274:9

**statements** 368:12, 17 369:19

**States** 18:2 163:7

**statistics** 66:17

**statue** 152:12,16 216:21 236:3 303:17 329:24 367:15 368:10 369:16 370:19 371:9 384:4,

7,10,15,20 385:8,14, 15 386:15 387:13,16 388:19,21,22 389:3, 7,9,22 390:17 391:9, 16,22 392:18 393:20, 24 394:7,15,24

**statute** 152:20 162:13 170:9

**statutes** 86:2 160:6

**stay** 26:18,22 28:4 376:20 407:9 441:14

**stayed** 27:4 146:21 217:16,22 218:7

**staying** 23:20 24:7, 13,17 26:17,20,24 216:11 244:17 377:3 395:3

**steel** 438:5

**stenographic** 12:14

**step** 103:21,22 143:12 251:19,20 332:23 444:13

**stereotypes** 68:15, 18

**stick** 55:9

**sticky** 133:2

**stipulate** 17:5,15,18 21:21

**stipulation** 21:16 380:17

**stitches** 133:24 134:6,9,18,20,23,24 447:12

**stood** 310:7

**stop** 322:4,5,8,22 323:2 337:15,17 348:12 417:16

**stopped** 128:6 416:19,25

**stopping** 149:7

**store** 161:14 188:11, 15

**Storm** 168:6 472:18

**Stormer** 66:20,24 74:16 156:15 167:20

168:2,13 169:3
174:22,24 176:7
180:7,14,22 429:16
431:14,20

**Stormers** 268:16
269:8

**story** 78:5

**strategies** 346:18

**strategy** 327:16

**stream** 144:22
304:11

**street** 3:6 4:14
116:21 130:15 131:9
334:16 336:14,19
388:18 409:7 410:5,
23 415:7 419:21
433:4 436:5 439:21

**streets** 128:23
408:24

**strict** 172:4

**strike** 36:4 88:8 96:3
98:11 136:16 137:18
139:16 162:18
163:16 171:8 188:23
198:18 201:10 210:5
248:4 251:9 275:12
323:12 325:19,25
327:13 343:13 344:2
346:25 393:10
410:17 420:22 453:2

**string** 351:10

**strip** 271:25

**strong** 115:20
116:16

**struck** 443:6

**structured** 94:2

**stuck** 394:4

**students** 383:17
384:6,10,19 385:6
386:14 390:25

**stuff** 28:3 51:19
96:25 97:9,13 109:16
111:5 118:2 133:22
162:12 176:25
183:15 188:3 191:9
202:19 222:20
230:11 247:22 248:2

254:13 257:8 258:17,
20 259:16 278:17
282:23 290:4 300:15
315:18 316:5 319:10
332:11 352:17
353:25 359:23
363:13 373:4 385:21
401:4 407:15,17
410:9,10,15 441:25
447:5,14 459:17

**stupid** 325:10

**style** 66:24 70:13
74:16 87:7

**subject** 51:12,13
242:8 349:25

**submitted** 7:12,14
66:21

**subordinate** 366:17

**subscribe** 206:6

**Subscribed** 466:15

**subsection** 67:21

**subsequent** 455:17

**subsequently**
367:12

**substance** 115:17
119:13 120:19 124:2
173:12 299:4 313:7,
23 315:7 402:2

**success** 346:22
395:6

**successful** 385:18

**suck** 57:16 58:2

**sufficient** 149:14

**suggesting** 136:11

**summer** 25:18 27:8,
14 200:24 215:12
217:16,23 272:6
274:5 280:7 330:14,
15,18,19 332:3

**Sun** 434:2

**sunglasses** 78:14
413:14 414:22

**super** 68:19 107:21
227:10 253:16
265:15

**support** 188:10
191:23 192:3,11,18,
24 255:22 459:12

**supporters** 187:11,
15 361:25 362:5

**supporting** 188:13

**supposed** 38:8
266:14 285:13,14
407:18 451:19

**suppress** 28:21

**supremacist** 28:17,
18,25 29:15,18,21
72:14 79:20,23
130:15 131:9 224:17,
19,22 226:15

**supremacists**
361:6,14,19

**supremacy** 191:24
192:6,14

**surprise** 365:18

**surprised** 382:18

**surround** 390:16

**surrounded** 303:18
379:2 384:19 391:10
451:21

**surrounding** 384:7,
10 386:14 389:7,9
391:9,21

**suspected** 210:2
212:6

**sustained** 437:25

**Sutherland** 105:23
106:4

**swamped** 109:19

**swapped** 158:12

**swear** 17:4 18:16

**swearing** 17:7

**switch** 7:20,25 8:2,8
437:8

**switching** 40:10

**sworn** 5:23 21:3
466:15 467:13

**symbol** 77:6,7,12,20
78:18,19,23 79:10

426:10

**symbols** 318:2

**sympathy** 55:2,3

**synonymously**
137:12

**Syria** 129:16 198:13

**Syrian** 198:18

**system** 96:15 187:2

**systematic** 35:14

**systems** 407:17

---

**T**

---

**Tab** 31:2 38:11 40:5
44:8 45:3 48:6 56:6
62:15 67:3 69:22
72:20 73:2 78:8
82:21 87:16 89:23
90:24 105:2 108:17
114:7 118:5 119:23
121:25 124:5 125:21
127:13 129:25 133:7
135:3 136:22 138:2
139:15,18 140:19
141:13 142:15
144:14 145:12
147:16 153:21
155:24 163:18
167:25 172:19 175:7
179:24 183:24
195:14 199:6 201:22
204:3 231:6 239:21
248:9 252:12 257:25
272:17 287:21 291:8
298:5 311:22 316:19
319:13 331:4 334:19
338:13 339:21
342:20 347:13
348:24 356:12
364:14 398:19 401:8
411:10 418:14 425:9
430:18 432:4 448:24
450:18

**Tabler** 364:6,16,23
369:4 371:11 475:20

**tablet** 22:21

**tackle** 132:10

**tackling** 128:21
129:4

**tail** 384:16 390:20
433:11 438:21

**taking** 9:15 19:5
221:15 324:20
390:12 440:4,6

**talk** 6:8 94:21 119:6
193:19 202:17
208:20 223:19
225:17 232:4 262:24
264:18 376:10 430:3
447:23 456:17,22

**talked** 46:9 51:2
55:20 79:17 96:16
109:6 112:20 137:18
191:15 192:22 194:9,
10,11 199:3 214:13,
15 262:20 284:22
285:19 297:7 306:12
328:10 335:3 336:2,7
345:4 354:10 360:15
372:24 386:16
396:19 397:14
407:18 430:6

**talking** 36:3,24 52:15
75:13 89:19 117:3
120:13,18 121:6
123:21 126:24
140:13 143:17
153:12 177:17,24
188:17 201:12
210:20 220:22
222:19 227:9 228:2,
6,22 230:6 253:7
254:19 257:9 259:17
265:6 293:22 299:17
335:22 339:17
340:21 341:5 377:20
378:14 391:8 402:10
413:22 442:3 447:9
459:5

**talks** 341:14,16,21,23

**tall** 107:8 394:3
415:24

**taller** 107:15 435:14

**tape** 414:22

**taped** 419:3,11 420:2

**target** 300:7 301:15
302:4

**Targets** 300:23

**taught** 74:15,18

**taxes** 281:5

**TBH** 253:6 338:24 340:17

**TDS** 348:2 350:25

**team** 63:21 338:9,21 339:7 342:6,7,12

**technical** 40:19

**tee** 56:6

**teeny** 164:15

**teleconference** 13:4

**telephone** 264:8 429:3

**telling** 46:19 60:20 136:10 141:22 318:23 370:25 371:3 412:6 419:6 433:9 450:4 453:22

**temporary** 175:24

**ten** 98:22 211:21 242:7,10 385:9 406:14 408:2 437:5 453:12

**ten-passenger** 430:5

**tense** 34:11,18

**tent** 440:8 441:18,21 443:20 444:6 446:23

**term** 34:4,21 37:5,10 38:4,5,6 55:23,25 84:24,25 85:4,8,14 86:20 87:8 89:4 103:18 330:14 345:14

**terms** 35:3 36:14 61:17,20 84:9 137:15 196:17 225:6 281:7 306:6 359:7

**terrible** 420:22

**terrified** 452:2

**territory** 402:7

**terrorist** 344:13,16, 18 378:15 390:13,14 391:7,17,25

**terrorists** 185:3 343:22 344:9 391:3, 5,12

**testified** 5:25 18:21 31:24 41:10 150:6 217:15 286:2 324:16 351:17 377:14 437:24 442:15 464:6

**testify** 21:9,14 365:8

**testifying** 41:4 454:9

**testimony** 8:4 12:17 13:7 21:18 25:10 56:2 90:21 103:14 174:17 184:15 192:12,13 208:13 209:20 211:17 238:25 247:16 274:9 302:25 341:24 344:10,14 347:7 351:21 352:11 369:24 371:10 374:4 378:9,23 389:6 390:10,11 391:5,14, 22 393:9 464:25 467:15

**text** 88:12 115:10,17 119:13 120:7 127:21 128:16 173:3,12 199:14,18 200:16 212:18 231:15,24 234:25 237:7,25 245:13 252:19,20 255:12 264:10 266:25 298:12 299:4 311:23 312:8,23 313:7,19,23 317:10 330:22 331:11,25 332:7 349:9,23,25 350:10,19 351:9,10 401:16 402:3 430:24 431:4 460:24 465:10

**texted** 120:24 215:4 236:4 244:24 245:13 264:13 266:9 267:3 395:8

**texting** 118:20

**thanking** 442:5

**Thanksgiving** 27:9

**Thebigkk#8089** 195:16,21 473:1

**therightstuff.biz.** 337:24

**thin** 345:19

**thin-skinned** 345:23

**thing** 20:20 24:2 28:24 33:4 35:9 52:17 53:25 54:6,9 57:19 71:10,12 78:6, 23 79:10,16,25 80:4 81:14 82:5 83:19 86:24 87:14 89:14,17 90:17 93:20 94:25 97:2,15 99:9,11,15 100:5 101:17 104:18 112:24,25 113:3 116:22 125:16 127:10 129:22 134:14 136:14 162:6, 9,10,15 170:21,24 171:4 174:11 175:24 179:5 180:14 203:23 204:21 206:4 207:5, 20 208:10 214:7 221:14 225:5 226:9, 11 230:20,21,23 235:20 239:15 241:16 245:6 250:24 260:15,22 274:7,17 280:2,14 281:6 282:20 283:21,23 284:2 293:3 294:24 295:12 308:25 311:5, 7 314:12 322:15 324:9 325:10 339:12 354:7 374:16 381:24 382:18 383:10 388:17 405:17 420:18 438:8 447:13 464:22

**things** 13:9 15:13 27:2,25 33:2 36:20 53:15 82:14 97:14, 16,23 99:10 100:12 158:14 159:23 162:23 173:24 183:11 189:17,25 220:16 224:24 231:4 247:4 253:21 268:24 278:20,23 279:11 281:5 292:23 332:9 336:19 339:13 345:23 346:15 352:5 360:11 381:21 383:11 407:14 463:7

**thinker** 36:9

**thinking** 117:11 223:14

**third-party** 7:14

**Thomas** 107:4 151:5,8 164:25 196:23 260:9 261:13 262:16 263:2,7 267:14 276:12 384:3 394:7

**thought** 13:8 15:10 22:7,13,14,17 36:17 51:20 64:19 102:13 114:2,4 123:25 127:7 132:23 152:22 222:13 223:16,18 224:13 225:5,6 227:12 230:17 238:15 241:4,5 252:8 309:18 334:10,14 336:18 380:6 388:10 393:22 432:24 454:11,23 464:18

**thoughts** 141:8

**threat** 35:3 301:6 302:12

**threaten** 339:13

**threatened** 137:23 138:25 139:10 141:7 452:17

**threatening** 34:24 35:2,7 190:17 300:24

**threats** 190:11,15, 24,25 191:4 193:8, 10,17,23 300:17 301:17 302:5,7,9,23 303:9 352:7,10,22

**three-week** 26:2

**threw** 121:17 123:7, 11,18 277:7 343:24 410:15

**throwing** 410:9

**tiki** 161:2,3,11

**time** 11:24 12:8,24 14:8 15:5,23 18:6 20:19 24:2 25:7 26:19 27:6 35:19,23 38:5 39:10 40:9,15, 21 41:23 42:2 51:9, 20,22 56:9 58:19,21, 22 64:11 65:2,16,25 66:18 75:14 78:22 79:24 93:21 111:20 119:6,10 123:3,21 125:14 126:8 128:9 129:7,10 135:20 136:3 143:12 146:20 149:21 150:3,9 155:16 159:14,18 164:6 166:16 170:15 171:15 179:2 183:13 193:12 197:4 198:21 210:6,8 212:11,16, 21,22,25 213:8,22 216:9 217:3,14 218:24 219:22 220:15 221:24 227:2 228:3 229:13 233:13, 15 234:13,22 236:17, 22,25 237:6,10,12,16 238:7 241:17 243:23, 24 244:3,4 247:23 251:8 255:4,8,9,18 257:2 260:5,17,19,22 261:14 262:20 265:18 266:4,6,8 267:5,9,13,19 272:8 278:5,8 282:22 286:15 287:8,9 300:22 307:7 308:8 313:17 326:3 328:2,7 337:13 354:24 367:21 368:5,22 373:6 378:11 380:11 384:13 385:8 396:13, 16 409:14,16,19 411:14 414:16 416:23 419:23 425:11 426:25 432:6, 8 434:16 436:2 437:15,20 441:2 445:5 449:4,8 451:4 453:12 460:11,14,17 461:22 466:5,7

**time-stamped** 115:6

**timeline** 250:16 365:6 380:13

**times** 26:22 58:8 60:12,19 65:3 96:5, 12 131:2 132:5,9 136:8 187:22 201:3,4 215:11 245:18

255:23 260:3 283:6 408:12 428:9 442:8, 10,12

**timing** 286:12 290:14,18,22 464:24

**tiny** 309:2

**tirade** 377:14

**title** 170:23 238:23 455:21 456:11

**titles** 96:23,24

**to--** 339:11

**today** 6:9,15 19:18 21:3,10,14,25 22:24 23:3,6 166:12 312:11 353:19 365:3

**today's** 18:5 466:5

**told** 13:12 121:6 138:20 142:4 193:18 194:13 236:6 244:19 247:3 269:8 322:10 323:2,3 324:25 325:7 337:8 348:2,11,16 351:2 352:3 369:6, 11,12,17 370:13,21 371:6,18,22,23 379:9,25 395:8 405:13 406:16 407:23 443:23 463:19 464:7,8,17, 19,21,22 465:5

**tomorrow** 258:17

**ton** 261:18 278:20

**tone** 68:4 69:5

**tongue** 33:3 38:5 274:7,13,20

**tonight** 258:16

**tools** 299:10 345:11

**top** 47:10 168:13 170:22 187:8 383:21 406:8

**topics** 220:23,24 221:3

**torch** 161:3,21,25 162:4,6,25 163:7,13 165:7,14 168:16 290:18 303:13,19 360:17,20,23 361:23

362:3,14,17 369:8 372:5,24 373:6,12 376:5,11 377:17 380:11 381:5,8,11, 12,15 382:20,25 383:5,13 384:18 395:6,23

**torch-lit** 365:18

**torches** 161:2,11 162:20 170:10,16 171:12,16 361:6,14, 20 372:10,19,22 379:10,22 393:7

**torchlight** 367:14 462:9

**total** 181:9 258:13 459:24 460:3,6

**totally** 165:23

**touch** 15:19,21,25 191:14,17 195:10 357:2,4 358:4,11 410:13

**tough** 273:5

**tour** 279:17

**town** 39:15

**Tracfone** 6:16,17 7:8 8:11 22:3

**traders** 71:15

**Traditionalist** 155:14

**train** 384:16

**trained** 329:7

**training** 89:7

**transactions** 280:16

**transcribing** 19:8,17

**transcript** 461:20 467:14

**translation** 83:23

**transportation** 306:4 307:17,20

**traveling** 24:12

**treated** 443:19

**treatment** 446:21 447:17

**trial** 9:11

**trick** 79:15

**trigger** 346:16

**triggering** 345:15,17 346:3,7,17 347:8

**troll** 39:13 77:10 79:10

**TRS** 156:15

**truck** 378:5,12,16,25

**true** 33:7 66:17 169:6 232:20 253:12,15,25 351:4,5 386:17 464:20 467:15

**Trump** 79:4,5 129:18,19 137:5 198:13

**Trump#3777** 135:17

**trusted** 329:4

**truth** 21:3

**truthfully** 21:9,14

**TSG** 16:19 18:8,11

**Tubbs** 241:7,13 242:3,14,18 243:9, 13,15 296:7,9 307:13

**turn** 236:8 334:11,15 335:23 336:19

**turned** 438:21

**Turner** 71:20,24 72:12

**turns** 336:14

**tweets** 353:2,6,11

**Twitter** 60:7 273:4 304:15 352:6,10 353:24 357:11,17

**two-minute** 396:11

**TWP** 156:17,25 244:7,14,18 247:13, 17 282:18 283:13,17 295:14 296:22 423:25

**Tyler** 106:24

**type** 74:17 89:17 97:2 100:7

**types** 87:10 189:24

**Tyrone** 269:16,21 270:9,13 289:22

**Tyrone#4532** 287:24 288:7 474:1

**Tyrone's** 341:3

---

**U**

---

**U.S.** 185:4

**Uber** 440:10 444:5 446:5,16

**ultimately** 265:7 368:19 369:20

**Um-hmm** 109:5 199:20 307:25 420:20 446:7

**underneath** 164:23 165:6

**undersigned** 11:21

**understand** 19:12, 19,24 20:4,17 21:2 24:21 32:8 40:24 42:5 49:4 50:9 51:21 52:10,13 53:10 76:6 84:24 98:2 106:3 113:16 154:14 162:20,24 163:3 170:16 171:16 180:25 197:18 205:6 320:6 341:6 361:10 369:18,23 391:14 445:23 458:21

**understanding** 13:3 49:9 72:12 76:10 77:2 79:19 82:9 93:23 110:12,15,16 111:8,14,16,18 171:11,15 186:19 319:5 393:5

**understands** 34:9, 22

**understood** 20:9 85:15 310:11 314:21 366:13 399:25 433:16

**undue** 339:2 340:13

**Unicorn** 206:22

**uniform** 189:3,7,11, 16 343:15

**unindoctrinated** 68:12

**unite** 7:13 25:19,24 26:10,12 27:16 85:18,21,23 92:9,17 97:4 136:9 166:17 191:11 193:16 194:25 198:24 200:7, 14,17,21 201:8,11,18 202:7 204:6 209:19, 22 214:9 215:19 218:20 219:2,5 224:19,23,25 226:12, 21 227:6 229:16 233:14 239:6 243:3, 9,25 249:6 260:13 262:25 263:3,8,12,24 265:2,4 266:6 267:7, 11 268:11,17 269:4 271:2 274:10 275:20 281:8 285:22 287:16 290:23 293:14 295:20 296:25 297:5, 9 299:22 309:14 329:19,23 332:18,22 333:2,5,9,12,13,17, 20,24 334:7 346:4 347:9,11 352:12 365:17 402:11 411:23 412:16 432:12 449:13 459:21 464:16

**United** 18:2 163:7 190:11 233:25 234:5, 11,17 239:2 242:23 259:21 269:9 310:18

**Universal** 287:8

**university** 365:5,7, 11,19 368:10,16,21 369:8,22 370:4,22 371:2,19 373:23 374:2,3 379:6,8,13, 18 388:14,23

**unleashed** 125:2

**unlinked** 386:21

**unnamed** 59:6,7 60:5

**unorganized** 297:22

**unpacking** 216:10

**unresponsive** 136:18

**unsafe** 129:20

**unsure** 395:21

**UPD** 365:6,14

**upheld** 398:16

**upset** 345:19,24

**users** 271:22 272:2

**UTC** 286:14 287:7

**utilize** 357:5

**UTR** 191:6 205:16 207:16 209:10 215:5, 8,11,22 216:2,5 218:13,15 230:15 233:17 234:22,25 235:3,15 250:7,10 256:7 262:16 264:2 265:14 266:20 269:22 273:25 274:22 275:2 277:12, 17,21 288:18 289:8 290:3,7 300:8 302:6, 12 304:19,20 306:9 307:10 308:10,23 309:4,9,12 315:16 318:12,16 321:11 325:4 327:16 334:3, 10,15 342:18 344:12, 18 359:7 360:5,8,13, 24 375:13 379:3 383:3 395:24 396:20 400:8,25 402:22 417:14 422:21 423:10,20,23 424:2, 5,7,10,14,17,21,24 425:10 436:11 445:25 452:6 453:6, 19,25 454:16,20,23 455:18 458:14 465:2, 3,5

**utterly** 136:18

**UVA** 236:4 324:23 330:9 362:24 363:24 371:5 374:10 380:14 383:15

**UVA's** 360:21 380:15

---
**V**
---

**VA** 181:22 257:3,13 258:18,25 259:3,4,9 260:18,19,22

**VA#9092** 258:4,8 473:25

**validity** 17:6

**Vanguard** 63:9 139:5 148:6 155:14 156:17,24 256:18,19 257:11,14 259:4,8,10 260:7,16,17 261:5,6 309:8 423:22 425:25 426:2,16 429:10

**Vanguard#2353** 63:11 138:9,14 147:25 471:17

**vans** 283:9 406:12, 13,14,15 430:5 432:21

**vehicles** 405:13,15 408:2,3

**vein** 240:13

**vendor** 7:15

**venue** 407:21

**venues** 279:16

**verbal** 19:21

**verify** 352:20,22

**verifying** 354:7

**version** 319:24 320:9,14 355:19

**versions** 319:6 320:5

**versus** 5:6 9:10 17:25 23:15 164:12 237:19

**vet** 177:3,9,12,13,19 178:5,8

**vetted** 178:4

**vetting** 178:2 325:11, 16

**victories** 115:20 116:15 117:4,7

**victory** 83:14,20,22 113:22 394:11 454:2, 6,16

**video** 6:22 7:10 9:15 12:5,15,21 13:3,6,9 14:19 15:3,11,14,16, 17,18 16:9 17:6 18:8 22:13,14,18 58:8 165:7 204:21 245:8 294:5 309:16 386:4, 20 411:11,13,14,22 412:14 413:3,10 414:16,21 415:5,8 416:23,24 417:16 425:9,11 426:13,25 427:17,20,24,25 432:6,8 434:13,16 435:17 436:2,13,23 444:2 445:3,13,19 446:4 449:4,8,11,13, 19 450:23 451:4,7 453:15

**video-recorded** 17:22

**VIEMO'D** 280:21

**view** 80:2,13 87:11 98:23 152:14 188:14 207:15 221:12 227:5 269:7 395:5 400:10

**viewed** 86:8,14 111:7 225:4

**viewing** 413:10

**views** 28:15 30:2,12 33:12 34:4,14,17 36:15 54:24 202:14, 22,25 203:2,14,18, 21,22,25 220:8,11, 13,14 221:2,4,23 222:2,18,21,22 223:2 226:24 251:12,15,21, 22 253:20 333:6

**violence** 84:4 86:13 136:4 207:25 208:3,5 334:6 336:24 338:9, 11 341:15,22 342:18 344:18 395:14,20,22, 24 396:5

**violent** 102:16,24 103:6 121:13 123:8,9 136:11,12 185:2 265:18,22 330:19

332:3 337:2,4 343:21 352:10

**Virginia** 4:15 5:19 18:4 26:5,9,16 150:15 259:4,8,9,12, 14,17 304:2 337:18 365:12

**virtually** 19:5

**visual** 12:16 13:7

**vitriolic** 68:7

**voice** 15:10 56:11 58:15 126:11 182:24 183:3,7,19,21 184:16 242:5,6,9 243:12 292:8,15,19 293:21 294:4,8,9,19 295:22 296:2,5,8 404:21

**volcano** 254:7

**volunteers** 420:16

**vouched** 177:16

---
**W**
---

**W-E-E-V** 70:7

**wait** 19:14 61:22 105:5 196:24 462:11

**waiting** 180:5 229:7

**wake** 180:22 221:17 225:7 226:12 358:23 453:6,19 454:23 458:14

**waking** 99:3 222:15

**walk** 144:23 283:10 368:14 406:18 407:6 410:8,15 412:8

**walked** 256:11 383:15

**walkie-talkie** 381:24

**walkie-talkies** 430:7

**walking** 371:7 411:2 412:10 417:6 427:13 433:8 436:4 439:21

**wall** 52:20,23 53:2 57:11 342:13

**Walmart** 6:19

**wanna** 240:14

**wanted** 84:7 108:5, 14 121:4 129:17 173:13 174:8 180:6 203:11 208:4,8 223:25 225:11 240:20 244:6 264:17 265:3 328:19,21 337:6,7 349:22 358:4 359:23 387:15,17 391:20 407:12 452:2 456:9,10

**wanting** 179:19 181:25

**war** 35:16 49:10 50:4 56:15 87:4 95:14 323:24 453:7,18,23

**wash** 441:24

**Washington** 3:7,13 46:23,24 113:11

**waste** 453:13

**watch** 181:22 304:11,14

**watched** 60:12 436:22

**watching** 57:8,10 58:7 388:8,16

**water** 327:21 440:3 447:5

**Waterstone** 4:7

**ways** 113:2 237:22 337:5

**weapon** 342:8 385:3

**wear** 336:12

**wearing** 189:2,15 403:5,8,10,11 405:19 416:3 429:10

**web** 353:9,15

**website** 186:22 206:23 278:21,22 279:4,5,10,13 353:8, 16

**Wednesday** 15:6

**Wednesdays** 293:12

**week** 26:12 131:2 132:5,6,9,11 201:3,4 292:4,5 293:24

**weekend** 305:11

**weekly** 268:6 293:10, 15 296:24 297:3

**weeks** 24:25 25:4,11, 13 26:11 214:25 241:16 355:3

**Weev** 70:6,10,13 131:5 181:11

**weev#2527** 70:2 469:18

**weigh** 314:22

**weight** 88:21

**weird** 186:2 254:12 260:21 278:20 370:7

**Weiss** 3:4 5:3

**Wes** 301:2,5 302:10

**West** 4:14

**WESTCHESTER** 467:6

**western** 18:3 54:15

**Wharton** 3:4 5:4

**whatsoever** 90:18 239:11 461:5

**WHEREOF** 467:22

**whichever** 211:19, 20

**whiskey** 151:2

**white** 28:16,18,19,25 29:4,6,8,11,15,18,21, 24 30:5,9,14,15,18, 20,21 33:11,23 34:10,22,25 55:11,13 64:18 72:13 76:12, 14,24 77:12,14,20,24 79:15,20,23 80:3,9, 12,15,21 82:6,16 84:5 85:19,22 86:6,9, 11,13 99:2,8 102:16, 21,24 103:4 129:15 130:14 131:9 163:2 170:4,7 171:23,25 187:19 198:10 219:17 220:2 221:5,

11,13,17 222:15 223:13,25 224:11,16, 19,22 225:7,11 226:14 251:23 252:2 323:9,13 333:13 343:8,12,14,18 344:5 361:6,13,19 403:9, 11,12,16 411:19 414:23 418:7 426:5,9 447:5

**white-awakening** 100:7

**whites** 152:17 170:9

**wiggle** 314:3

**William** 72:9

**win** 83:15

**window** 215:2

**wing** 94:10

**Wings** 426:9,10

**wished** 117:19

**wizards** 170:3

**Wolff** 108:21 109:2, 10 470:12

**woman** 101:4 102:2 110:4 113:17 143:25 144:3 146:2,3

**women** 109:21 110:23 338:23 339:2 340:12

**wonders** 173:23

**woodchipper** 47:21

**word** 7:4 37:18 54:22 55:17 56:3 64:21,22, 25 65:4 185:15 297:13

**words** 75:17,23 76:4, 7,10,16,23 77:3 79:18,20 84:17

**work** 58:19 61:13 175:23 186:13,16 258:14 278:10,22 375:8 395:10

**worked** 56:23 59:7 158:15 257:3

**Worker** 155:15

**working** 64:10 65:6 77:13 89:14,16 95:4, 8,14 129:8,11 154:10 155:2 258:18 259:11, 15 279:13

**world** 35:16 252:8 338:23

**worried** 339:14

**worry** 287:4

**worship** 254:14

**worst** 338:22

**wounds** 447:10

**wow** 310:2

**wrapped** 418:8

**write** 66:20 199:21

**writing** 9:8

**written** 69:3 72:9

**wrong** 111:6 138:7 250:15

**wrote** 9:8 66:21 69:18 129:4 167:19 174:24 176:7 180:21 181:9 454:4

**Wyatt** 45:16,18 46:14 47:7 48:2 139:20,24 140:22 141:2 143:5 145:4,20 184:4,8 454:5 471:19,21 473:1

**Wyatt#1030** 45:7,13 469:1

───────────

**Y**

**ya** 88:19

**year** 79:2 173:20,22

**years** 65:20 210:9 212:12 255:10

**yelled** 394:7,10,13

**yelling** 410:25 411:2 412:18 424:23

**Yiannopoulos** 104:20

**Yo** 175:17

**York** 3:12,18 58:8 60:12,19 213:11,13 255:23 467:4,10

**younger** 100:15

**Youtube** 125:5 165:7

**Yup** 56:12 70:9 137:10 179:7 301:25 461:14

───────────

**Z**

**Z-O-G** 54:10

**Zionist** 54:19

**ZOG** 54:10,18,22

**zoom** 8:22 31:13,17 434:25