UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>      Movants,<br><br>    -v.-<br><br>MILO YIANNOPOULOS,<br><br>      Respondent. | 20 Misc. 241 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  By Order dated October 14, 2020, Respondent was to have submitted a response to Movants' November 5, 2020 submission on or before November 19, 2020. (Dkt. #24). Respondent filed no response. The Court hereby extends Respondent's deadline to submit his response to November 27, 2020. The Court will consider Movant's submission to be unopposed if Respondent fails to comply with this Order. No further extensions will be authorized.

  SO ORDERED.

Dated: November 20, 2020
     New York, New York

                            KATHERINE POLK FAILLA
                            United States District Judge

*A copy of this Order was emailed by Chambers to:*

Milo Yiannopolous at: m@milo.net